Donna Bullock, Esq.
(SBN 109223)
LAW OFFICES OF DONNA BULLOCK
800 W. 6th St., Ste. 1250
Los Angeles, CA 90017
Tel: (562) 726-0778
Fax: (562) 683-0319
donnabullockcarrera@yahoo.com

UNITED STATES BANKRUPTCY COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| In re: | ) | Case No. 2:21-bk-16674.ER |
|---|---|---|
| JINZHENG GROUP (USA) LLC | ) | Chapter 11 |
| Debtor-in-Possession | ) | LIST OF EQUITY SECURITY HOLDERS |

JINZHENG GROUP (USA) LLC, the above-named Chapter 11 Debtor in Possession, submits the following as its List of Equity Security Holders in accordance with Bankruptcy Rule 1007(a)(3):

Debtor is a California Limited Liability Company and has no equity security holders, such as shareholders.

However, a mistake was made on the 2018 federal Income Tax Return treating Debtor as a C Corporation, which will be corrected in the 2020 tax return to be filed on October 15, 2021.

The members of the Debtor are:

1. Jianqing Yang,
c/o Sh Jianghuang Jinzheng Real Estate Development
66 Yuhan Rd. West
Shi Jiazhuang
Hebei Province 65000 China

1
LIST OF EQUITY SECURITY HOLDERS

2. Betula Lenta, Inc.
800 W. 6th St., Ste. 1250-B
Los Angeles, CA 90017

The co-managers of the Debtor are:

(1) Jianqing Yang

(2) Betula Lenta, Inc. and

(3) Betty Zheng
100 E. Huntington Dr., Ste. 207
Alhambra, CA 91801.

Dated: September 7, 2021            By _____
                                     Donna Bullock, Attorney for
                                     Debtor in Possession
                                     JINZHENG GROUP (USA) LLC