Fill in this information to identify the case:

Debtor name    JINZHENG GROUP (USA) LLC

United States Bankruptcy Court for the:    Central    District of California
                                                                          (State)

Case number (If known):    2:21-bk-16674-ER

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
Royalty Equity ~~Bobs LLC~~ Lending LLC

**Creditor's mailing address**
600 S. Spring St, #106
Los Angeles, CA 90014

**Creditor's email address, if known**
rshy.realty@gmail.com

**Date debt was incurred** 2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
2929 Amethyst; 2526-2528, 2520-2522 1/2,
2602 Lincoln Park & APN 5209-005-003

**Describe the lien**
1st Trust Deed

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 9,233,000.00     Column B: $ 26,450,000.00

**2.2**

**Creditor's name**
Royal Business Bank

**Creditor's mailing address**
1055 Wilshire Blvd, Ste 1220
Los Angeles, CA 90017

**Creditor's email address, if known**

**Date debt was incurred** 10/25/2016

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2240 Lorain Rd.
San Marino, CA 91108

**Describe the lien**
1st Trust Deed

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 1,100,000.00     Column B: $ 3,000,000

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 10,333,000.00

Debtor    JINZHENG GROUP (USA) LLC

Name

Case number (if known)  2:21-bk-16674-ER

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2.3** Creditor's name

Corona Capital

Creditor's mailing address

1222 Crenshaw Blvd., #B

Torrance, CA 90501

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☑ Yes. Have you already specified the relative
priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.
_____
_____
_____

☑ Yes. The relative priority of creditors is
specified on lines 2.2

Describe debtor's property that is subject to a lien

2240 Lorain Rd

San Marino, CA 91406                $ 540,000        $ 3,000,000

Describe the lien

2nd Trust Deed

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2._** Creditor's name

DNQ LLC

Creditor's mailing address

6145 W. Spring Mountain Rd. Ste 205

Las Vegas, NV 89146

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in the
same property?
☐ No
☑ Yes. Have you already specified the relative
priority?
☐ No. Specify each creditor, including this
creditor, and its relative priority.
_____
_____
_____

☑ Yes. The relative priority of creditors is
specified on lines 2.2 & 2.3

Describe debtor's property that is subject to a lien

2240 Lorain Rd.

San Marino, CA 91406                $ 420,000        $ 3,000,000

Describe the lien

3rd Trust Deed

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    JINZHENG GROUP (USA) LLC                          Case number (if known)  2:21-bk-16674-ER
        Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._3_** Creditor's name

Investment Managment Co.

Creditor's mailing address
1507 7th St, #344
\Santa Monica,
CA 90401

Creditor's email address, if known
brian@imc.property.com

Date debt was incurred   8/7/20
Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☒ Yes. The relative priority of creditors is specified on lines  2.6 & 2.7

Describe debtor's property that is subject to a lien
6840 De Celis Place #9
Van Nuys, CA 91406                    $ 350,000    $ 660,000

(condominium)

Describe the lien
1st Trust Deed

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2._** Creditor's name

The Alison Company

Creditor's mailing address

2060D Avenida De Los Arboles
Ste. 471
Thousand Oaks, CA 91362

Creditor's email address, if known
michael@alisonmorgage.com

Date debt was incurred   _____
Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☒ Yes. The relative priority of creditors is specified on lines  2.5

Describe debtor's property that is subject to a lien
6840 De Celis Place #9
Van Nuys, CA 91406                    $ 50,000    $ 660,000
(condominium)

Describe the lien
2nd Trust Deed

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor ___JINZHENG GROUP (USA) LLC___          Case number (*if known*)__2:21-bk-16674-ER__
       Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Column A** Amount of claim
Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**

**Creditor's name**

___Pacific Mortgage Exchange___

**Creditor's mailing address**

___7341 Hwy 11, Ste 1-A___
___Palm Desert, CA 92260___

**Creditor's email address, if known**

_____

**Date debt was incurred** ___2016-2017___
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

___10 vacant lots on Paradise Drive___       $ 127,000       $ 266,000
_____
_____

**Describe the lien**
___1st Trust Deed___

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $_____ $_____
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   __JINZHENG GROUP (USA) LLC_____      Case number (if known)  __2:21-bk-16674-ER__
         Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BEST ALLIANCE FORECLOSURE SERVICES<br>16133 Ventura Blvd, Ste 700<br>Encino, CA 91436<br>"sid@bestalliance.com" | Line 2. _1_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |