**Fill in this information to identify the case:**

Debtor name: __JINZHENG GROUP (USA) LLC__

United States Bankruptcy Court for the: __Central__ District of __California__ (State)

Case number (If known): __2:21-bk-16674-ER__    Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Project Management and Development Services | Betula Lenta, Inc. 800 W. 6th St., Ste. 1250-B Los Angeles, CA 90017 |
| | State the term remaining | open ended through entitlement | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Construction Cost Estimation Services | Build Group Construction Company, Inc. ATTN: Chase Mordy 700 Flower Street #575 L.A. CA 90017 |
| | State the term remaining | open ended | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Permits and Entitlements | Craig Fry & Associates 990 S Arroyo Parkway #4 Pasadena, CA 91105 |
| | State the term remaining | open ended | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Environmental | EFI Global, Inc. 5261 W. Imperial Highway, Los Angeles, CA 90045 (888) 706-6300 (310)854-6300 |
| | State the term remaining | open ended | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Traffic study | Overland Traffic Consultants 952 Manhattan Beach Blvd. #100, Manhattan Beach, CA 90266 ATTN: Liz Fleming (310) 545-1235 liz@overlandtraffic.com |
| | State the term remaining | open ended | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of ___

Debtor __JINZHENG GROUP (USA) LLC__    Case number (if known) __2:21-bk-16674-ER__
        Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest: Soils Engineering Services<br>State the term remaining: open ended through entitlement<br>List the contract number of any government contract: | Pacific Geotech, Inc.<br>15038 Clark Ave,<br>Hacienda Heights, CA 91745<br>ATTN: Jirayus Pukkanasut<br>(626) 333-8507  info@PGIsoil.com |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest: Pre-construction Services<br>State the term remaining: open ended<br>List the contract number of any government contract: | Pennington Construction Advisors, Inc.<br>ATTN: Todd Pennington<br>79 Bell Pasture Road<br>Ladera Ranch, CA  92694 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest: Architectural services<br>State the term remaining: open ended<br>List the contract number of any government contract: | The Code Solution, Inc.<br>800 W. 6th St., Ste. 1250-A<br>Los Angeles, CA 90017 |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest: Weed Abatement and property maintenance<br>State the term remaining: 1-2 months<br>List the contract number of any government contract: | Yepez Gardening Services<br>2124 N Marengo Ave<br>Altadena, CA 91001 |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page ___ of ___