**Fill in this information to identify the case:**

Debtor name: JINZHENG GROUP (USA) LLC

United States Bankruptcy Court for the: CENTRAL District of California (State)

Case number (If known): 2:21-bk-16674-ER

☑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | The Code Solution<br>800 W 6th St, Ste 1250A<br>Los Angeles, CA 90017 | Jamie Cho<br>"Jamie@thecodesolution.com"<br>(213) 634.2642 | Architectural services | unliquidated | | | $1,200,000 |
| 2 | Jade Capital<br>333 Thornall St, Ste 101<br>Edison, NJ 08837 | Cher Chang<br>(917) 868-2187 | Loan Brkr | Contingent | | | $500,000 |
| 3 | Craig Fry & Assoc.<br>990 S. Arroyo Pkwy #4<br>Pasadena, CA 91105 | Laura Liu<br>(323) 451-7376 | Permits & Entitlements | unliquidated | | | $200,000 |
| 4 | Testa Capital Group<br>620 Newprt Ctr Dr, #1100<br>Newprt Beach, CA 92660 | Thomas Testa<br>ttesta@testacapitalgroup.com | Loan Broker Base Fee | | | | $186,550 |
| 5 | Pennington Construction<br>79 Bell Pasture Road<br>Ladera Ranch, CA 92694 | Todd Pennington<br>949.637.6210 | | | | | $100,000 |
| 6 | Land Design Consultants<br>800 Royal Oaks Dr, Ste104<br>Monrovia, CA 91016 | Pam Want<br>PWang@ldcla.com<br>(626) 578-7000 | Civil Engineer | | | | $100,000 |
| 7 | Build Group Construction<br>700 Flower Street, #575<br>Los Angeles, CA 90017 | Chase Mordy<br>(213) 212-9802 | | | | | $50,000 |
| 8 | Pacific Geotech<br>15038 Clark Ave<br>Hacnda Hghts, CA 91745 | Jirayus Pukkanasut<br>(626) 333-8507<br>Fax (626) 333-5056 | Soil Engineer | | | | $45,000 |

| Debtor | JINZHANG GROUP (USA) LLC | | Case number (if known) | 2:21-bk-16674-ER |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Overland Traffic Consultants<br>952 Manhttn Bch Blvd. #100<br>Manhattan Beach, CA 90266 | (310) 545-1235 | Traffic Study | | | | $45,000 |
| 10 | EFI Global<br>5261 W. Imperial Hwy<br>Los Angeles, CA 90045 | 310.854.6300 | Environmental Svcs | | | | $20,000 |
| 11 | UltraSystems Environmt<br>16431 Scientific Way,<br>Irvine, CA 92618 | (949) 788-4900 x224<br>Fax (949) 788-4901 | Environmental Svcs | | | | $10,000 |
| 12 | David Z. Su<br>100 N. Citrus St., Ste 330<br>West Covina, CA 91791 | (626) 915-4288 | Legal Svcs | | | | $8,000 |
| 13 | Yepez Gardening Svcs<br>2124 N. Marengo Ave<br>Altadena, CA 91001 | (626) 798-6934 | Landscaping | | | | $6,000 |
| 14 | Accutax Services<br>9040 Telstar Ave, Ste 105<br>El Monte, CA 91731 | Lily Yan<br>(626) 782-8888 | Accountants | | | | $5,000 |
| 15 | The Phalanx Group<br>424 E. 15th St. Ste 10<br>Los Angeles, CA 90015 | Anthony Rodriguez<br>Anthony@phalanx.group<br>(213) 494-8542 | Site Security | | | | $180,000 |
| 16 | Griffin Underwriters<br>PO Box 3867<br>Bellevue, WA 98009 | | Insurance | | | | $2,000 |
| 17 | State Farm<br>PO Box 588002<br>North Metro, GA 30029 | | Insurance | | | | $2,000 |
| 18 | California American Water<br>8657 Grand Avenue<br>Rosemead, CA 91770 | | Utilities | | | | $1,500 |
| 19 | Bamboo Insurance<br>7050 Un Pk Ctr Ste 400B<br>Midvale, UT 84047 | | Insurance | | | | $750.00 |
| 20 | American Modern Insurance<br>7000 Midland Blvd<br>Amelia OH 45102 | | | | | | $500 |