**Fill in this information to identify the case:**

Debtor name __JINZHENG GROUP (USA) LLC__

United States Bankruptcy Court for the: __CENTRAL__ District of __CA__
(State)

Case number (if known): __2:21-bk-16674-ER__

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2021 to | Filing date | ☐ Operating a business ☒ Other RENTAL INCOME | $15,987 |
| For prior year: | From 01/01/2020 to | 12/31/2020 | ☐ Operating a business ☒ Other RENTAL INCOME | $40,644 |
| For the year before that: | From 01/01/2019 to | 12/31/2019 | ☐ Operating a business ☒ Other RENTAL INCOME | $18,763 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From ___ to | Filing date | _____ | $_____ |
| For prior year: | From ___ to ___ | | _____ | $_____ |
| For the year before that: | From ___ to ___ | | _____ | $_____ |

Debtor __JINZHENG GROUP (USA) LLC__    Case number (if known) __2:21-bk-16674-ER__
Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**    See Attachment

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Bobs, LLC<br>*Creditor's name*<br>600 S. Spring Street Ste 106<br>*Street*<br>Los Angeles, CA 90014<br>*City  State  ZIP Code* | 7/1/2021<br><br>8/1/2021 | $ 174,432.90 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | LA County Tax Assessor<br>*Creditor's name*<br>255 N. Hill Street, First Fl<br>*Street*<br>Los Angeles CA 90012<br>*City  State  ZIP Code* | 1/19<br>&<br>1/20/21 | 29,813.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other __Unsecured priority property taxes__ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Betula Lenta<br>*Insider's name*<br>800 W. 6th Street, Suite 1250B<br>*Street*<br>Los Angeles, CA 90017<br>*City  State  ZIP Code*<br>*Relationship to debtor*<br>Manager/Member | 1/1/ &<br>4/22/21 | $ 324,194 | Developer/Project Manager |
| 4.2. | Jianqing Yang<br>*Insider's name*<br>PO Box 3702<br>*Street*<br>Alhambra, CA 91803<br>*City  State  ZIP Code*<br>*Relationship to debtor* | 1/15/21 | 46,800<br>$ | Loan Payment |

Debtor __JINZHENG GROUP (USA) LLC__   Case number (if known) __2:21-bk-16674-ER__
      Name

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $ |
| 5.2. | | | $ |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | Last 4 digits of account number: XXXX– ___ ___ ___ ___ | | $ |

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Jinzheng Group v. Best Alliance | Mortgage Foreclosure Action | Los Angeles Superior Court, 111 North Hill Street, Los Angeles, CA 90012 | ☒ Pending ☐ On appeal ☐ Concluded |
| Case number: 21STCV30513 | | | |
| 7.2. | | | ☐ Pending ☐ On appeal ☐ Concluded |

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 3

Debtor    JINZHENG GROUP (USA) LLC    Case number (if known) 2:21-bk-16674-ER
        Name

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| Street | Case title | Court name and address |
| | | Name |
| | Case number | Street |
| City   State   ZIP Code | | |
| | Date of order or assignment | City   State   ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor  JINZHENG GROUP (USA) LLC  
_Name_

Case number (if known) 2:21-bk-16674-ER

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy** See Attachment

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Marshak Hays | | 8/23/21 | $ 9,207.50 |
| | **Address** 870 Roosevelt Street | | | |
| | Irvine, CA 90260 City / State / ZIP Code | | | |
| | **Email or website address** www.marshakhays.com | | | |
| | Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Best, Best Krieger | | 8/23/2021 | $ 5,000 |
| | **Address** 18101 Von Karman Ave Ste 1000 Street | | | |
| | Irvine, CA 92612 City / State / ZIP Code | | | |
| | **Email or website address** www.bbklaw.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Debtor    **JINZHENG GROUP (USA) LLC**    Case number (if known) 2:21-bk-16674-ER
Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | BOBS LLC ~~Royalty Equity Lending LLC~~<br><br>Address<br>~~7525 Avalon Bay St~~<br>Las Vegas, NV 89139<br><br>Relationship to debtor<br>Secured Creditor | Security Interest in 2526 - 2528 Lincoln Park, 2520 - 2522 1/2 Lincoln Park, 2602 Lincoln Park and Lot with no new value; $3 million payoffs of 1st trust deeds on these properties and Loan extension fee of $430,500 | 11/25/2020 | $4,607,946 |
| 13.2. | 150 La Sierra, LLC<br><br>Address<br>150 E. La Sierra Drive<br>Arcadia, CA 91006<br><br>Relationship to debtor<br>None, Debtor was former member. | 150 La Sierra, Arcadia, CA | 1/9/2020 | $1,950,000 |

### Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street<br><br>City    State    ZIP Code | From _____ To _____ |
| 14.2. | Street<br><br>City    State    ZIP Code | From _____ To _____ |

Debtor  JINZHENG GROUP (USA) LLC                             Case number (if known) 2:21-bk-16674-ER
_____
Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
_____
Facility name

_____
Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

_____
City        State       ZIP Code

Check all that apply:
☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
_____
Facility name

_____
Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

_____
City        State       ZIP Code

Check all that apply:
☐ Electronically
☐ Paper

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____
      Does the debtor have a privacy policy about that information?
      ☐ No
      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
      ☐ No. Go to Part 10.
      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

Has the plan been terminated?
☐ No
☐ Yes

Debtor __JINZHENG GROUP (USA) LLC__    Case number (if known) __2:21-bk-16674-ER__
      Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. East West Bank<br>403 W. Valley Blvd<br>Alhambra, CA 91803 | XXXX– 4528 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 8/26/2021 | $202,531.79 |
| 18.2. East West Bank<br>403 W. Valley Blvd<br>Alhambra, CA 91803 | XXXX– 9189 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 8/30/2021 | $11,129.77 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |

Debtor  JINZHENG GROUP (USA) LLC                        Case number (if known) 2:21-bk-16674-ER
_____Name_____

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name / Street / City State ZIP Code | | | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:
- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name / Street / City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

Debtor  **JINZHENG GROUP (USA) LLC**  
Name  

Case number (*if known*) 2:21-bk-16674-ER

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**
- ☒ No
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

---

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **150 La Sierra, LLC**<br>Name<br>**150 E. La Sierra Drive**<br>Street<br>**Arcadia, CA 91006**<br>City  State  ZIP Code | Real Estate Development | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From 12/2019 To present |
| 25.2. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

Debtor  JINZHENG GROUP (USA) LLC    Case number (if known) 2:21-bk-16674-ER

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**26a.1.**
Name and address:
Accutax Services / Lily Yan
9040 Telstar Ave, Ste 105
El Monte, CA 91731

Dates of service: From 2018 To Present

**26a.2.**
Name and address: [blank]

Dates of service: From ___ To ___

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**26b.1.** [blank]

**26b.2.** [blank]

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**26c.1.**
Name and address:
Betty Zheng
100 E. Huntington Drive, Suite 207
Alhambra, CA 91801

If any books of account and records are unavailable, explain why: [blank]

Debtor  **JINZHENG GROUP (USA) LLC**  Case number (if known) 2:21-bk-16674-ER
_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Name | |
| Street | |
| City  State  ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Name **Testa Capital Group** |
| Street **620 Newport Center Drive, Suite 1100** |
| **Newport Beach, CA 92660** |
| City  State  ZIP Code |

| Name and address |
|---|
| 26d.2. Name **JLJ Capital LLC** |
| Street **330 Changebridge Rd** |
| **Pinebrook, NJ 07058** |
| City  State  ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Name |
| Street |
| City  State  ZIP Code |

Debtor: JINZHENG GROUP (USA) LLC

Case number (if known): 2:21-bk-16674-ER

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2.
Name
Street
City    State    ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Betty Zheng | 100 E. Huntington Dr. Ste 207 | Manager | 0 |
| Jianqing Yang | PO Box 3702, Alhambra, CA 91803 | Member | 90% |
| Betula Lenta | 800 W. 6th Street, Ste 1250 | Member | 10% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?
☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ___ To ___ |
| | | | From ___ To ___ |
| | | | From ___ To ___ |
| | | | From ___ To ___ |

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Jianqing Yang<br>PO Box 3702,<br>Alhambra, CA 91803<br>Relationship to debtor: Manager | 184,483.28 | 1/5, 6/1, 6/5, 6/29, 7/16, 7/28, 7/29, 8/3 & 8/12/21 | Loan Repayment |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 13

Debtor  **JINZHENG GROUP (USA) LLC**  Case number (if known) 2:21-bk-16674-ER

---

**30.2** Name and address of recipient: $324,194 — Jan 15 / April 12 — Development Project Mgmt

Name: Betula Lenta
Street: 800 W. 6th Street, Suite 11250
City/State/ZIP: Los Angeles, CA 90017

Relationship to debtor: Member

---

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
☒ No
☐ Yes. Identify below.

Name of the parent corporation: _____
Employer identification number of the parent corporation: EIN: __ __ – __ __ __ __ __ __ __

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
☒ No
☐ Yes. Identify below.

Name of the pension fund: _____
Employer identification number of the pension fund: EIN: __ __ – __ __ __ __ __ __ __

---

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/11/2021

X _/s/_
Signature of individual signing on behalf of the debtor

Printed name: Betty Zheng

Position or relationship to debtor: Manager

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

JINZHENG GROUP (USA) LLC

Case number 2:21-bk-16674-ER

**Continuation Sheets Certain payments or transfers to creditors within 90 days**

| | Name Address | Dates | Total Amount or Value | Reason for payment or transfer |
|---|---|---|---|---|
| 3.3 | Jianqing Yang<br>PO Box 3702<br>Alhambra, CA 91803 | 5-Jun<br>12-Aug<br>1-Jun<br>29-Jun | $133,246.00 | ☐ Secured Debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.4 | The Code Solution<br>800 W. 6th Street, Suite 1250A<br>Los Angeles, CA 90017 | 7-Jul | $64,800.00 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.5 | Marshak Hays<br>870 Roosevelt<br>Irvine, CA 92620 | 23-Aug | $65,000.00 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.6 | JLJ Capital<br>330 Changebridge Rd<br>Pinebrook, NJ 07058 | 2-Jun | $50,000.00 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.7 | Testa Capital Group<br>620 Newport Center Drive, Suite 1100<br>Newport Beach, CA 92660 | 12-Aug | $35,100.00 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |

Continuation Pages 90 Day Payments                                                                 Page 1

JINZHENG GROUP (USA) LLC
Case number 2:21-bk-16674-ER

**Continuation Sheets Certain payments or transfers to creditors within 90 days**

| | | | | |
|---|---|---|---|---|
| 3.8 | KP Consulting C/O David Park<br>800 W. 6th Street, Suite 1250<br>Los Angeles, CA 90017 | 7-Jul<br>9-Jun<br>5-Aug | $18,600.00 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.9 | The Phalanx Group<br>424 E. 15th St, Ste. 10<br>Los Angeles, CA 90015 | 5-Aug<br>9-Jun<br>7-Jul | 13,725.00 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.10 | JBC Professional Brush Removal<br>PO Box 661625<br>Los Angeles, CA 90066 | 18-Jun<br>23-Jun<br>30-Jun | $12,500.00 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.11 | Betty Zheng<br>100 E. Huntington Dr., Ste. 207<br>Alhambra, CA 91801 | 23-Aug<br>12-Aug | $11,000.00 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Office expense |
| 3.12 | Ben Park C/O David Park<br>800 W. 6th Street, Suite 1250<br>Los Angeles, CA 90017 | 27-May<br>5-Aug | $16,500.00 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.13 | Land Design Consultants | 5-Aug | 6,974.21 | ☐ Secured Debt |

**Continuation Sheets Certain payments or transfers to creditors within 90 days**

|   |   |   |   |   |
|---|---|---|---|---|
|   | 800 Royal Oak Drive, Ste 104<br>Monrovia, CA 91016 |   |   | ☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.14 | Yepez Gardening Services<br>2124 N. Marengo Ave,<br>Altadena, CA 91001 | 26-May | 3,200.00 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.15 | Griffin Underwriters<br>PO Box 3867<br>Bellevue, WA 98009 | 22-Jul<br>3-Aug<br>5-Aug | 2,416.40 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Insurance Premium |
| 3.16 | American Modern Payment<br>7000 Midland Blvd<br>Amelia OH 45102 | 26-Jul<br>26-Jul<br>26-Jul<br>30-Jul | 2,043.00 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Insurance Premium |
| 3.17 | State Farm<br>PO Box 588002<br>North Metro, GA 30029 | 14-Jul<br>14-Jul | $2,037.88 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Insurance Premium |
| 3.18 | Bamboo Insurance | 4-Aug | $1,568.00 | ☐ Secured Debt |

**Continuation Sheets Certain payments or transfers to creditors within 90 days**

| | | | | |
|---|---|---|---|---|
| | 7050 Union Park Center, Ste 400 B<br>Midvale, UT 84047 | 4-Aug | | ☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Insurance Premium |
| 3.19 | California American Water<br>8657 Grand Avenue<br>Rosemead, CA 91770 | 6-Jul | 1,077.34 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Utility Payment |
| 3.20 | Hayward Appraisal<br>22243 Peralta Street<br>Hayward, CA 94541 | 10-Jul | $750.00 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other |
| 3.21 | LADWP<br>PO Box 51111<br>Los Angeles, CA 90051-0100 | 7-Jun<br>30-Jul | $619.19 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Utility Payment |
| 3.22 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | 10-Jun | 567.39 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other |
| 3.23 | So California Edison | 13-Jul | $311.15 | ☐ Secured Debt |

Continuation Pages 90 Day Payments    Page 4

**Continuation Sheets Certain payments or transfers to creditors within 90 days**

| | | | | |
|---|---|---|---|---|
| | P.O. Box 800<br>Rosemead, CA 91770 | 10-Aug | | ☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Utility Payment |
| 3.24 | State of CA Franchise Tax Board<br>PO Box 942857<br>Sacramento CA 94257-05313581 | 13-Jul | 88.72 | ☐ Secured Debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Tax |

JINZHENG GROUP (USA) LLC
Case number 2:21-bk-16674-ER

## Continuation Payments Related to bankruptcy

| | Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3 | Donna Bullock<br>800 W 6th Street Ste 1250<br>Los Angeles, CA 90017<br><br>Donnabullock@ymail.com<br><br>Who made payment if not debtor?<br>Marshak Hays | | 23-Aug | $45,000.00 |

| | Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.4 | Grobstein Teeple<br><br>23832 Rockfield Boulevard, Suite 245<br>Lake Forest, California 92630<br><br>https://www.gtllp.com/ | | 23-Aug | $2,402.50 |