**Fill in this information to identify the case:**

Debtor: __JINZHENG GROUP (USA) LLC__

United States Bankruptcy Court for the: __Central__ District of __California__
(State)

Case number (If known): __2:21-bk-16674-ER__

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address
LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

Date or dates debt was incurred
2020-2021

Last 4 digits of account number  9 0 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7b )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
2020 default Property Tax
2929 Amethyst

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $ 573,954.07
Priority amount: $ 573,954.07

**2.2** Priority creditor's name and mailing address
LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

Date or dates debt was incurred
2020-2021

Last 4 digits of account number  5 0 0 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7b )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
2020 default Property Tax
2526-2528 Lincoln Park

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $ 27,040.23
Priority amount: $ 27,040.23

**2.3** Priority creditor's name and mailing address
LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

Date or dates debt was incurred
2020-2021

Last 4 digits of account number  5 0 0 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7b )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
2020 default Property Tax
2520-2522 1/2 Lincoln Park

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $ 19,341.94
Priority amount: $ 19,341.94

Debtor ___JINZHENG GROUP (USA) LLC___  Case number (if known) __2:21-bk-16674-ER__
      Name

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._4_** Priority creditor's name and mailing address

___LA Cty Treasurer & Tax Assessor -___
___255 N. Hill St, 1st Floor___
___Los Angeles, CA 90012___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __11,534.34__    $ __11,534.34__

Date or dates debt was incurred
___2021___

Basis for the claim:
___2021 Property Tax___
___2602 Lincoln Park___

Last 4 digits of account number  __5 0 1 4__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7b_)

---

**2._5_** Priority creditor's name and mailing address

___LA Cty Treasurer & Tax Assessor -___
___255 N. Hill St, 1st Floor___
___Los Angeles, CA 90012___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __7,965.41__    $ __7,965.41__

Date or dates debt was incurred
___2020-2021___

Basis for the claim:
___2020 default 2600 Sierra___
___APN 5209-005-003___

Last 4 digits of account number  __5 0 0 3__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7b_)

---

**2._6_** Priority creditor's name and mailing address

___LA Cty Treasurer & Tax Assessor -___
___255 N. Hill St, 1st Floor___
___Los Angeles, CA 90012___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __6,493.32__    $ __6,493.32__

Date or dates debt was incurred
___2021___

Basis for the claim:
___2021 Property Tax___
___6840 De Celis #9___

Last 4 digits of account number  __1 0 4 3__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7b_)

---

**2._7_** Priority creditor's name and mailing address

___LA Cty Treasurer & Tax Assessor -___
___255 N. Hill St, 1st Floor___
___Los Angeles, CA 90012___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ __472.63__    $ __472.63__

Date or dates debt was incurred
___2021___

Basis for the claim:
___2021 Property Tax___
___APN 5209-021-002___

Last 4 digits of account number  __1 0 0 2__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7b_)

Debtor __JINZHENG GROUP (USA) LLC__   Case number (if known) __2:21-bk-16674-ER__
         Name

### Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._8_** Priority creditor's name and mailing address

LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

Date or dates debt was incurred
2021

Last 4 digits of account number __1 0 0 5__

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7b_)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__2021 Property Tax__
APN 5209-021-005

Is the claim subject to offset?
☒ No
☐ Yes

$ __413.50__   $ __413.50__

**2._8_** Priority creditor's name and mailing address

LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

Date or dates debt was incurred
2021

Last 4 digits of account number __1 0 0 6__

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7b_)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__2021 Property Tax__
APN 5209-021-006

Is the claim subject to offset?
☒ No
☐ Yes

$ __413.64__   $ __413.64__

**2._9_** Priority creditor's name and mailing address

LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

Date or dates debt was incurred
2021

Last 4 digits of account number __2 0 0 7__

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7b_)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__2021 Property Tax__
APN 5209-022-007

Is the claim subject to offset?
☒ No
☐ Yes

$ __1,638.55__   $ __1,638.55__

**2._10_** Priority creditor's name and mailing address

LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

Date or dates debt was incurred
2021

Last 4 digits of account number __3 0 2 2__

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7b_)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__2021 Property Tax__
APN 5209-023-022

Is the claim subject to offset?
☒ No
☐ Yes

$ __1,007.08__   $ __1,007.08__

Debtor    JINZHENG GROUP (USA) LLC
Name

Case number (if known) 2:21-bk-16674-ER

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._8 11** Priority creditor's name and mailing address

LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

Date or dates debt was incurred: 2021

Last 4 digits of account number: 3 0 2 9

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7b )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2021 Property Tax
APN 5209-023-029

Is the claim subject to offset?
☒ No
☐ Yes

$ 537.71    $ 537.71

**2._12** Priority creditor's name and mailing address

LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

Date or dates debt was incurred: 2021

Last 4 digits of account number: 3 0 3 0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7b )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2021 Property Tax
APN 5209-023-030

Is the claim subject to offset?
☒ No
☐ Yes

$ 478.98    $ 478.98

**2._13** Priority creditor's name and mailing address

LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

Date or dates debt was incurred: 2021

Last 4 digits of account number: 3 0 3 1

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7b )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2021 Property Tax
APN 5209-023-031

Is the claim subject to offset?
☒ No
☐ Yes

$ 483.20    $ 483.20

**2._14** Priority creditor's name and mailing address

LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

Date or dates debt was incurred: 2021

Last 4 digits of account number: 5 0 3 2

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7b )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2021 Property Tax
APN 5209-023-032

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,213.99    $ 1,213.99

Debtor __JINZHENG GROUP (USA) LLC__    Case number (if known) __2:21-bk-16674-ER__
            Name

# Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Total claim**    **Priority amount**

| 2.8 15 | Priority creditor's name and mailing address | | $ 1,419.55 | $ 1,419.55 |

LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
__2021__

Basis for the claim:
__2021 Property Tax__
APN 5209-025-006

Last 4 digits of account
number __5 0 0 6__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( __7b__ )

---

| 2.16 | Priority creditor's name and mailing address | | $ 325.88 | $ 325.88 |

LA Cty Treasurer & Tax Assessor -
255 N. Hill St, 1st Floor
Los Angeles, CA 90012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
__2019__

Basis for the claim:
__2021 Property Tax__
APN 5365-019-052

Last 4 digits of account
number __9 0 5 2__

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( __7b__ )

---

2._  Priority creditor's name and mailing address    $ _____    $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( ____ )

---

2._  Priority creditor's name and mailing address    $ _____    $ _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( ____ )

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  JINZHENG GROUP (USA) LLC  Case number (if known) 2:21-bk-16674-ER

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
Accutax Services
9040 Telstar Ave, Ste 105
El Monte, CA 91731

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,000.00

Basis for the claim: 2020 tax return and CPA services

Date or dates debt was incurred: 2020-2021
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
American Modern Insurance
7000 Midland Blvd
Amelia, OH

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500.00

Basis for the claim: 2021 insurance premium

Date or dates debt was incurred: 2021
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Bamboo Insurance
7050 Union Park Center, Ste 400B
Midvale, UT 84047

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 750.00

Basis for the claim: 2021 insurance premium

Date or dates debt was incurred: 2021
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Betula Lenta, Inc.
800 W. 6th St., Ste. 1250-B
Los Angeles, CA 90017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000,000.00 pre-petition

$2,749,000 balance due-contract

Basis for the claim: Project Management Development Services

Date or dates debt was incurred: 2016-2021
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Build Group Construction Co.
700 Flower St, #575
Los Angeles, CA 90017

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ 50,000 est.

Basis for the claim: construction cost estimation

Date or dates debt was incurred: through 2021
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
California American Water
8657 Grand Ave
Rosemead, CA 91770

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,500.00 est.

Basis for the claim: utilities for property

Date or dates debt was incurred: 2021
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor __JINZHENG GROUP (USA) LLC__ Case number (if known) __2:21-bk-16674-ER__

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
7  Craig Fry and Associates
   990 S. Arroyo Parkway #
   Pasadena, CA 91105

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$ 200,000

Basis for the claim: Permits and Entitlements Processing for Oro Vista Estates 2929 Amethyst

Date or dates debt was incurred: through 2021
Last 4 digits of account number: _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
8  EFI Global, Inc
   5261 W Imperial Hwy
   Los Angeles, CA 90045

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ 20,000 est.

Basis for the claim: Environmental Study - revision

Date or dates debt was incurred: through 2021
Last 4 digits of account number: _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
9  Griffin Underwriters
   PO Box 3867
   Bellevue, WA 98009

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000

Basis for the claim: insurance

Date or dates debt was incurred: 2021
Last 4 digits of account number: _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
10 Home Loans Unlimited
   28859 Phantom Trail
   Santa Clarita, CA 91390

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

$ 186,500

Basis for the claim: Loan brokerage fees on pending loan applications

Date or dates debt was incurred: 2020-2021
Last 4 digits of account number: _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
11 Jade Capital
   333 Thornall St, Ste 101
   Edison, NJ 08837

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 500,000

Basis for the claim: Loan brokerage fees on pending loan applications

Date or dates debt was incurred: 2020-2021
Last 4 digits of account number: _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
12 Yepez Gardening Services
   2124 N. Marengo Ave
   Pasadena, CA 91001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 6,000

Basis for the claim: Weed Abatement and maintenance

Date or dates debt was incurred: 2021
Last 4 digits of account number: _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address
Land Design Consultants
800 Royal Oak Dr, Ste 104
Monrovia, CA 91016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 100,000

Basis for the claim: Civil Engineering Services

Date or dates debt was incurred: through 2021
Last 4 digits of account number: ____

Is the claim subject to offset?
☐ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address
~~Overland Traffic Consultants~~
952 Manhattan Beach Blvd., #100
Manhattan Beach, CA 90266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 45,000 est.

Basis for the claim: Update of Traffic Study Report

Date or dates debt was incurred: through 2021
Last 4 digits of account number: ____

Is the claim subject to offset?
☐ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address
~~Pacific Geotech, Inc.~~
Attn: Jirayus Pukkanasut
15038 Clark Ave
Hacienda Heights, CA 91745

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 45,000 est.

Basis for the claim: update Soils Engineering Report

Date or dates debt was incurred: ~~through 2021~~
Last 4 digits of account number: ____

Is the claim subject to offset?
☐ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address
Pennington Construction Advisors, Inc.
Attn: Todd Pennington
~~79 Bell Pasture Road~~
~~Ladera Ranch, CA 92694~~

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 100,000 est.

Basis for the claim: Pre-construction services

Date or dates debt was incurred: through 2021
Last 4 digits of account number: ____

Is the claim subject to offset?
☐ No
☐ Yes

**3.17** Nonpriority creditor's name and mailing address
David S. Zu
100 N. Citrus St, Ste 330
~~West Covina, CA 91791~~

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,000 est

Basis for the claim: legal services

Date or dates debt was incurred: 2018-2019
Last 4 digits of account number: ____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor __JINZHENG GROUP (USA) LLC__  Case number (if known) __2:21-bk-16674-ER__

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.18** Nonpriority creditor's name and mailing address
Testa Capital Group
620 Newport Center Drive, Ste 1100
Newport Beach, CA 92660

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

$ 186,500

Basis for the claim: loan broker fees

Date or dates debt was incurred: 2019-2021
Last 4 digits of account number: ____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
The Code Solution, Inc.
Attn: Jamie Cho
800 W. 6th St., Ste. 1250-A
Los Angeles, CA 90017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000,000

Basis for the claim: Architectural and Entitlements Services

Date or dates debt was incurred: 2019-2021
Last 4 digits of account number: ____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
Jianqing Yang
PO Box 3702
Alhambra, CA 91803

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43,523,255.42

($34,152,087 principal
$9,555,651.70 interest
through 8/24/2021
Less $184,483.28 for
payments made on
behalf of lender

Basis for the claim: Loans to Company

Date or dates debt was incurred: 2016-2021
Last 4 digits of account number: ____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
State Farm Insurance
PO Box 588002
North Metro, GA 30029

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

Basis for the claim: insurance

Date or dates debt was incurred: 2021
Last 4 digits of account number: ____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address
The Phalanx Group
424 E. 15th St, Ste. 10
Los Angeles, CA 90015

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180,000

Basis for the claim: Security Services for properties

Date or dates debt was incurred: 2019-2021
Last 4 digits of account number: ____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor __JINZHENG GROUP (USA) LLC__ Case number (if known) __2:21-bk-16674-ER__

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

Ultrasystems Environmental
Attn: Hassan Ayati
16431 Scientific Way
Irvine, CA 92618

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 10,000 est

Basis for the claim: __Professional services__

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.__ | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.__ | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.__ | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 10 of 12

Debtor    JINZHENG GROUP (USA) LLC
Name

Case number (if known)  2:21-bk-16674-ER

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Ji Anqi Ngyang<br>66 Yuhua West Road<br>Shi Ji Azhuang, Hebei Province 050000 China | Line 3.20<br>☐ Not listed. Explain | — — — — |
| 4.2. | | Line ____<br>☐ Not listed. Explain | — — — — |
| 4.3. | | Line ____<br>☐ Not listed. Explain | — — — — |
| 4.4. | | Line ____<br>☐ Not listed. Explain | — — — — |
| 4.1. | | Line ____<br>☐ Not listed. Explain | — — — — |
| 4.5. | | Line ____<br>☐ Not listed. Explain | — — — — |
| 4.6. | | Line ____<br>☐ Not listed. Explain | — — — — |
| 4.7. | | Line ____<br>☐ Not listed. Explain | — — — — |
| 4.8. | | Line ____<br>☐ Not listed. Explain | — — — — |
| 4.9. | | Line ____<br>☐ Not listed. Explain | — — — — |
| 4.10. | | Line ____<br>☐ Not listed. Explain | — — — — |
| 4.11. | | Line ____<br>☐ Not listed. Explain | — — — — |

Debtor  __JINZHENG GROUP (USA) LLC__   Case number (if known) __2:21-bk-16674-ER__
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 654,734.02 |
| 5b. Total claims from Part 2 | 5b. + | $ 47,172,055.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 47,826,789.44 |

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 12 of 12