**Fill in this information to identify the case:**

Debtor name __JINZHENG GROUP (USA) LLC__

United States Bankruptcy Court for the: __CENTRAL__ District of __CA__
(State)

Case number (If known): __2:21-bk-16674-ER__

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*......................................................................... $ 29,976,000

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................... $ 2,062,788.50

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................... $ 34,101,576

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................. $ 11,820,000

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................ $ 654,734.02

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... + $ 47,172,055.42

4. **Total liabilities**.................................................................................................................. $ 59,646,789.44
Lines 2 + 3a + 3b