**ALLAN D. SARVER** SBN 106282
Attorney at Law
16000 Ventura Boulevard
Suite 1000
Encino, California 91436

Telephone No.: (818) 981-0581
Facsimile No.: (818) 981-0026
Email: ads@asarverlaw.com

Attorney for Secured Creditors
Investment Management Company, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>JINZHENG GROUP (USA) LLC<br><br><br><br><br><br>Debtors<br><br>_____ | ) Chapter 11<br>) Case No.: 2:21-BK-16674ER<br>)<br>) NOTICE OF SECURED CLAIM AND<br>) PERFECTION BY SECURED CREDITOR<br>) OF INTEREST IN RENTS, ISSUES<br>) & PROFITS FROM REAL PROPERTY<br>) AND NOTICE OF OBJECTION TO USE<br>) OF CASH COLLATERAL.<br>)<br>)<br>) Date:<br>  Time:<br>  Place: |

**TO: ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL OTHER INTERESTED PARTIES:**

    **PLEASE TAKE NOTICE** that INVESTMENT MANAGEMENT COMPANY, LLC, hereby gives notice of its interest in all rents, issues, profits and income from that property commonly known as 6840

De Celis Place #9, Van Nuys, CA 91406 (the "Property") and hereby perfects said interest pursuant to 11 U.S.C. §546(b) and applicable state law, to the extent that said interest may not already have been perfected by the prior actions of creditor or their counsel and hereby gives notice pursuant to 11 U.S.C. §363 that the creditors do not consent to any use of said rents, issues, profits, and income, which are the secured creditor's cash collateral.

Dated: September 10, 2021        LAW OFFICE OF ALLAN D. SARVER

_____
ALLAN D. SARVER,
Attorney for Secured Creditor
Investment Management Company, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

16000 Ventura Blvd., Suite 1000, Encino, CA. 91436

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF SECURED CLAIM AND PERFECTION BY SECURED CR4EDITOR OF INTEREST IN
RENTS, ISSUES AND PROFITS FROM REAL PROPERTY AND NOTICE OF OBJECTION TO USE OF
CASH COLLATERAL
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/13/2021____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __09/13/2021____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __09/13/2021____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/13/0201 | M.Swanston | _____ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

In Re: Jinzheng Group (USA) LLC
Chapter 11 Case No. 2:21-bk-16674-ER


Attachment Proof of Service


**1. SERVICE VIA ELECTRONIC NOTICE (NEF)**

Donna C Bullock donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
M. Jonathan Hayes jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
Eric A Mitnick MitnickLaw@aol.com, mitnicklaw@gmail.com
Giovanni Orantes go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
Matthew D. Resnik matt@rhmfirm.com, roksana@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Allan D Sarver ADS@asarverlaw.com
United States Trustee (LA)ustpregion16.la.ecf@usdoj.gov
Hatty K Yip hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov


**2. SERVICE VIA U.S. MAIL**

Debtor
Jinzheng Group (USA) LLC
100 E. Huntington Drive, Suite 207
Alhambra, CA 91801

Debtor's Counsel
Donna C. Bullock
Law Offices of Donna Bullock
800 W. 6th Street, Suite 1250
Los Angeles, CA 90017

United States Trustee
Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017