| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven P. Chang, CSB 221783<br>Christopher Langley, CSB 228851<br>Shioda, Langley & Chang, LLP.<br>1063 E. Las Tunas Dr.<br>San Gabriel, CA 91776<br>TEL: 626-281-1232<br>FAX: 626-281-2919<br><br>*Attorney for:* Debtor [PROPOSED] | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Jinzheng Group (USA), LLC.<br><br>                                Debtor(s). | CASE NO.: 2:21-bk-16674-ER<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 11 |
|---|---|
| <br>                                Plaintiff(s),<br>vs.<br><br>                                Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Jinzheng Group (USA), LLC., Debtor in Possession

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   Shioda, Langley & Chang, LLP.
   1063 E. Las Tunas Dr., San Gabriel, CA 91776
   TEL: 626-281-1232   FAX: 626-281-2919   Email: chris@slclawoffice.com

3. New attorney hereby appears in the following matters:   ☒ the bankruptcy case   ☐ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 1                                    F 2091-1.SUBSTITUTION.ATTY

4.  The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

    Donna Bullock Carrera, CSB 109223

Date: 11/21/2021

*[Signature]*
Signature of party

Jinzheng Group (USA), LLC., by Jianqing Yang
Printed name of party

_____
Signature of second party (if applicable)

_____
Printed name of second party (if applicable)

_____
Signature of third party (if applicable)

_____
Printed name of third party (if applicable)

_____
Signature of fourth party (if applicable)

_____
Printed name of fourth party (if applicable)

I consent to the above substitution.

Date: 11/30/2021

*Donna Bullock Carrera*
Signature of present attorney

Donna Bullock Carrera
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 11/21/2021

/s/Christopher J. Langley.
Signature of new attorney

Steven P. Chang
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                           Page 2                           F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**4158 14th Riverside St., Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **Substitution of Attorney** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/3/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Donna C Bullock**    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Susan Titus Collins**    scollins@counsel.lacounty.gov
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Benjamin R Levinson**    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **12/6/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/6/2021 | John Martinez | /s/ John Martinez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:21-bk-16674-ER<br>Central District of California<br>Los Angeles<br>Fri Dec  3 16:47:35 PST 2021 | Chekian Law Office, Inc.<br>Chekian Law Office, Inc.<br>445 South Figueroa Street<br>31st Floor<br>Los Angeles, CA 90071-1635 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Investment Management Company LLC<br>Law Offices Allan Sarver<br>16000 Ventura Blvd<br>Suite 1000<br>Encino, CA 91436-2762 |
| JINZHENG GROUP (USA) LLC<br>100 E. Huntington Drive<br>Ste. 207<br>Alhambra, CA 91801-1022 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | (p)OFFICE OF FINANCE   CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 |
| Orantes Law Firm, P.C.<br>The Orantes Law Firm, P.C.<br>3435 Wilshire Blvd., suite 2920<br>los angeles, CA 90010-2015 | Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| Accutax Services<br>9040 Telstar Ave Ste 105<br>El Monte CA 91731-2838 | American Modern Insurance<br>7000 Midland Blvd<br>Amelia OH 45102-2608 | BOBS LLC<br>Attn: Barry Shy<br>7525 Avalon Bay St<br>Las Vegas, NV 89139-5307 |
| Bamboo Insurance<br>7050 Union Park Center Ste 400B<br>Midvale UT 84047-6055 | Best Alliance<br>16133 Ventura Blvd.<br>Suite 700<br>Encino, CA 91436-2406 | Betula Lenta, Inc.<br>800 W. 6th Street<br>Suite 1250-B<br>Los Angeles, CA 90017-2704 |
| Build Group Construction Co<br>700 Flower St 575<br>Los Angeles CA 90017-4122 | California American Water<br>8657 Grand Ave<br>Rosemead CA 91770-1220 | Corona Capital Group, LLC<br>1222 Crenshaw Blvd.<br>#B<br>Torrance, CA 90501-2496 |
| Craig Fry & Associates<br>990 S. Arroya Pkwy, #4<br>Pasadena, CA 91105-3920 | David S Zu<br>100 N Citrus St Ste 330<br>West Covina CA 91791-1674 | Donna Bullock<br>Attorney at Law<br>800 W 6th St<br>Suite 1250<br>Los Angeles, CA 90017-2721 |
| EFI Global<br>5261 W Imperial Hwy<br>Los Angeles CA 90045-6231 | Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | Griffin Underwriters<br>PO Box 3867<br>Bellevue WA 98009-3867 |
| Home Loans Unlimited<br>28859 Phantom Trail<br>Santa Clarita, CA 91390-5295 | Investment Management Company<br>1507 7th Street, #344<br>Santa Monica, CA 90401-2605 | Jade Capital<br>333 Thornall St Ste 101<br>Edison NJ 08837-2220 |

```
Jianqing Yang                    LA City Treasurer and Tax Collector    Land Design Consultants
PO Box 3702                      255 N Hill St 1st Fl                   800 Royal Oaks Drive
Alhambra CA 91803-0702           Los Angeles CA 90012-2705              Suite 104
                                                                        Monrovia, CA 91016-6364


Law Offices of Matthew C. Mullhofer   Los Angeles Treasurer Tax Collector   Marc Cohen
2107 N. Broadway                      P.O. Box 54018                        Cohen Law Group, APC
Suite 103                             Los Angeles, CA 90054-0018            541 S. Spring Street
Santa Ana, CA 92706-2633                                                    Ste. 1208
                                                                            Los Angeles, CA 90013-1667


Michael E. Dorff and Shari L. Dorff   Office of the United States Trustee   Overland Traffic Consultants
3239 Bordero Lane                     915 Wilshire Blvd.                    952 Manhattan Beach Blvd 100
Thousand Oaks, CA 91362-4659          Los Angeles, CA 90017-3409            Manhattan Beach CA 90266-5112


Pacific Geotech Inc              Pacific Mortgae Exchange, Inc.         Pennington Construction Advisors Inc
Attn Jirayus Pukkansasut         73241 Hwy. 111, Ste. 1-A                Attn Todd Pennington
15038 Clark Ave                  Palm Desert, CA 92260-3921              79 Bell Pasture Rd
Hacienda Heights CA 91745-1408                                           Ladera Ranch CA 92694-1558


Phalanx                          (p)ROYAL BUSINESS BANK                 Royalty Equity Lending LLC
424 E. 15th Street               1055 WILSHIRE BLVD SUITE 1220          600 S. Spring Street
Suite 10                         LOS ANGELES CA 90017-3103              Suite 106
Los Angeles, CA 90015-3140                                              Los Angeles, CA 90014-1979


Shawn Charles Sourgose           State Farm Insurance                   Testa Capital Group
24730 Avenue Tibbits             PO Box 588002                          620 Newport Center Drive
#180                             North Metro GA 30029-8002              Suite 1100
Valencia, CA 91355-4768                                                 Newport Beach, CA 92660-8011


The Alison Company               The Code Solution, Inc.                The Phallanx Group
2060 D Avenida De Los Arboles    800 W. 6th Street                      424 E 15th St Ste 10
#471                             Suite 1250 A                           Los Angeles CA 90015-3140
Thousand Oaks, CA 91362-1376     Los Angeles, CA 90017-2721


UltraSystems Environmental       United States Trustee (LA)             Yepez Gardening Services
Attn Hassan Ayati                915 Wilshire Blvd, Suite 1850          2121 N Marengo Ave
16431 Scientific Way             Los Angeles, CA 90017-3560             Pasadena CA 91001
Irvine, CA 92618-4355


Donna C Bullock
Law Offices of Donna Bullock
800 W 6th St Ste 1250
Los Angeles, CA 90017-2721
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
L.A. County Tax Collector              Los Angeles City Clerk              (d)Los Angeles County Tax Collector
Bankruptcy Unit                        P.O. Box 53200                      225 N. Hill Street, #1
P.O. Box 54110                         Los Angeles, CA 90053-0200          Los Angeles, CA 90012
Los Angeles, CA 90051-0110


(d)Los Angeles County Tax Collector    (d)Los Angeles County Treasurer and Tax Colle    Royal Business Bank
P.O. Box 54018                         Attn: Bankruptcy Unit                            1055 Wilshire Blvd.
Los Angeles, CA 90054-0018             PO Box 54110                                     Suite 1220
                                       Los Angeles, CA 90054-0110                       Los Angeles, CA 90017
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Courtesy NEF                        (u)Michael E. Dorff and Shari L. Dorff    (d)Employment Development Department
                                                                                 Bankruptcy Group MIC 92E
                                                                                 P.O. Box 826880
                                                                                 Sacramento, CA 94280-0001


(d)Franchise Tax Board                 (d)Internal Revenue Service            (u)Ji Anqi Ngyang
Bankruptcy Section, MS:A-340           P.O. Box 7346                          66 Yuhua West Rd
P.O. Box 2952                          Philadelphia, PA 19101-7346            Shi Ji Azhuang Hebei Province 050000 Chi
Sacramento, CA 95812-2952


(d)Jinzheng Group (USA) LLC            End of Label Matrix
100 E. Huntington Dr. Ste 207          Mailable recipients    54
Alhambra, CA 91801-1022                Bypassed recipients     7
                                       Total                  61
```