Gene H. Shioda – SBN 186780
ghs@slclawoffice.com
Christopher J. Langley – SBN 258851
chris@slclawoffce.com
Steven P. Chang – SBN 221783
schang@slclawoffice.com
**SHIODA, LANGLEY & CHANG LLP**
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
Tel: (626)281-1232
Fax: (626)281-2919

Proposed Counsel for Jinzheng Group (USA) LLC
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re | Case No. 2:21-bk-16674-ER |
|---|---|
| JINZHENG GROUP (USA) LLC | Chapter 11 |
| Debtor and Debtor in Possession. | **APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY SHIODA LANGLEY & CHANG LLP AS GENERAL INSOLVENCY COUNSEL [LOCAL RULE 2014-1(b)(2)].** |
| | No hearing required unless objection filed) 11 U.S.C. § 327(a); F.R.B.P. 2014; Local Rule 2014-1) |

**TO THE HONORABLE ERNEST M. ROBLES, U.S. BANKRUPTCY JUDGE, OFFICE OF THE U.S. TRUSTEE, AND ALL PARTIES IN INTEREST:**

Jinzheng Group (USA) LLC, the chapter 11 debtor and debtor-in -possession (hereafter "Applicant"), respectfully represents as follows:

1.  Applicant filed for relief under Chapter 11 of the United State Bankruptcy Code on August 24, 2021

1

2. Applicant proposes to employ Shioda, Langley & Chang LLP, (hereinafter "SLC LLP") to serve as general insolvency counsel to the Debtor, pursuant to 11 U.S.C §327(a).

3. SLC LLP has experience in chapter 11 matters and Applicant believes that they are well qualified to represent it as a Debtor and Debtor-in-Possession in the above captioned proceedings. Christopher J. Langley will be primarily responsible for this matter. Mr. Langley is a bankruptcy certified specialist and is duly admitted to practice law in all state and federal courts of the State of California, including in the United States District Court for the Central District of California and the Ninth Circuit Court of Appeals. The hourly rate for partners in this matter is $450.00. Associates employed by SLC LLP are billed at $360.00 per hour, and the paralegals' rate is $180.00 for services performed on this chapter 11 matter.

4. The legal services required will be legal advice and guidance with respect to the powers, duties, rights and obligations of the Applicant as Debtor-in Possession, the formulation and preparation of a Plan of Reorganization and Disclosure Statement, and to prepare on behalf of the Applicant all legal documents as may be necessary, and to perform such legal services as are required in these Chapter 11 proceedings.

5. To the best of the Applicant's knowledge, SLP LLP is a "disinterested person" as defined by 11 U.S.C. Section 101(14) and it has no connection with the Applicant's creditors, or any other party.

6. SLC LLP is not a pre-petition creditor of the Applicant.

7. SLC LLP has no connection with the Office of the United States Trustee, the United States Trustee, nor with any person employed by the Office of the United States Trustee.

8. SLC LLP has no interest adverse to the Applicant's Chapter 11 estate, the employment proposes herein would be to the best interest of the estate.

9. SLC LLP has agreed to undertake this employment as attorney for the Applicant if authorized by this Court and to be compensated in accordance with 11 U.S.C. Section 330 and 331, the Local Rules for the Central District of California and the Guidelines of the Office of the United States Trustee.

10. SLC LLP has not done any pre-petition work on this case. They were retained

after the filing of the case to substitute out Donna C. Bullock, the filing attorney. SLC LLP received total retainer in the amount of $40,000 form LT Global Investment on behalf of Jianqing Yang, the majority member of the Debtor. None of the payment came from property of the Chapter 11 estate or other estate assets. The payment was placed in SLC LLP 's segregated Attorney/Client Trust account.

11. SLC LLP will adhere to the Guidelines of the Office of the United States Trustee regarding applications for payment of professional fees and expenses and an application will be file in this Court for compensation in conformity with Bankruptcy Code Section 330 and (if interim compensation is sought) 11 U..S.C. Section 331, and payment of professional fees and expenses will be subject to approval of the United States Bankruptcy Court.

12. This Application is made in compliance with the requirements of Local Rule 2014-1, and is based on the foregoing Application, the Notice of Application filed concurrently herewith, the Statement of Disinterestedness of Employment of Professional Person under F.R.B.P. 2014, attached hereto as Exhibit "A," the resumes of the members of the firm are annexed hereto as Exhibit "B" and the declaration from Max Yang is included hereto.

**ANY OBJECTION OR REQUEST FOR HEARING IN CONNECTION WITH THIS APPLICATION MUST BE FILED AND SERVED NOT MORE THAN FOURTEEN DAYS (14) AFTER THE SERVICE OF THIS NOTICE AND IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, IT MAY BE DEEMED A WAIVER OF OPPOSITION TO RELIEF REQUESTED HEREIN.**

**WHEREFORE**, the Applicant prays that this Court authorize the employment of SLC LLP, as general insolvency counsel for Jinzheng Group (USA) LLC, chapter 11 Debtor and Debtor-In-Possession.

///

///

Dated: December 3, 2021

By: Max Yang
Authorized Representative

Dated: December 3, 2021

By: Christopher J. Langley
Proposed Attorneys for Debtor and Debtor in Possession

## DECLARATION OF MAX YANG

I, Max Yang, am the attorney in fact for Jianquing Yang, the managing member of Debtor and Debtor-in-Possession, Jinzheng Group (USA) LLC. I make this declaration in support of the *Application to Employ Shioda Langley & Chang LLP as General Insolvency Counsel* ("Application"), to which this declaration is attached.

1. This bankruptcy was commenced through the filing a voluntary chapter 11 bankruptcy petition on August 24, 2021 (the "Petition Date").

2. The Debtor continue to manage its financial affairs as a debtor in possession pursuant.

3. The Debtor requires legal counsel to assist it in carrying out its responsibilities as a chapter 11 debtor in possession, including to: Advise and assist it with respect to compliance with the requirements of the Office of the United States Trustee; Advise it regarding matters of bankruptcy law, including the bankruptcy estate's rights and remedies in regards assets and with respect to the claims of creditors; Represent it in any proceedings or hearings in the Bankruptcy Court and in any action in any other court where the bankruptcy estate's rights under the Bankruptcy Code may be litigated or affected; Conduct examinations of witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, and pleadings related to this Chapter 11 case; Advise it concerning the requirements of the Bankruptcy Court and applicable rules as the same affect me in this proceeding; Assist in negotiation, formulation, confirmation, and implementation of a Chapter 11 plan of reorganization; Make any bankruptcy court appearances on its behalf; and Take such other action and perform such other services as may be required in connection with this Chapter 11 case.

4. I believe my employment of the Firm as my general bankruptcy counsel is in the best interests of the bankruptcy estate.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 3, 2021        By: _____
                                    Max Yang

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **4158 14th Street, Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY SHIODA LANGKLEY & CHANG LLP AS GENERAL INSOLVENCY COUNSEL [LOCAL RULE 2014-1(b)(2)].** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 6, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Donna C Bullock** donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Michael F Chekian** mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Susan Titus Collins** scollins@counsel.lacounty.gov
- **Richard Girgado** rgirgado@counsel.lacounty.gov
- **M. Jonathan Hayes** jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Benjamin R Levinson** ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Eric A Mitnick** MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Giovanni Orantes** go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Allan D Sarver** ADS@asarverlaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip** hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 6, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

Office of the United States Trustee
915 Wilshire Blvd. Ste 1850
Los Angeles, CA 90017-3409

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 6, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 6, 2021 | John Martinez | /s/John Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# EXHIBIT A

## DECLARATION OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014
### [Drafted to Conform with Court Form L.B.R. FORM 2014-1]

1. **Name, address and telephone number of the professional ("the Professional") submitting this Statement**:
Shioda Langley & Chang LLP
1063 E. Las Tunas Ave.
San Gabriel, CA 91776
626-281-1232

2. **The services to be rendered by the Professional in this case are (specify)**:
The legal services required will be legal advice and guidance with respect to the powers, duties, rights and obligations of the Applicant as Debtor-in-Possession, the formulation and preparation of a Plan of Reorganization and Disclosure Statement, and to prepare on behalf of the Applicant all legal documents as may be necessary, and to perform such legal services as are required in these Chapter 11 proceedings.

3. **The terms and source of the proposed compensation and reimbursement of the Professional are (specify)**:
The source of the retainer was payment by the Applicant's managing member Jianquing Yang. Post-Petition, compensation shall be made from the Debtor's bankruptcy estate if allowed by the Bankruptcy Court, in accordance with accordance with 11 U.S.C. Section 330, the Local Rules for the Central District of California and the Guidelines of the Office of the United States Trustee for the Central District of California. The hourly rate for partners at the firm is $500.00. Rates for associate attorneys will be $450.00, and paralegals employed by Shoida Langley & Chang, LLP in this matter shall be $125 per hour.

4. **The nature and terms of the retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are (specify)**:
Shioda Langley & Chang LLP received total a pre-representation retainer of $40,000, which payment was placed in Shioda Langley & Chang LLP's segregated Attorney/Client Trust account.
The Professional will be paid on an hourly basis and will seek court approval of fees and costs pursuant to 11 U.S.C. §§ 330 and 331. The hourly rate for attorney services is $500.00. Costs are to be billed according to the U.S. Trustee's Fee Guide. The retainer is not from property of the estate and is a guarantee against fees.

5. **The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (specify):**
The Professional cross-referenced the Debtor's name against the firm's client data base and no references to the Debtor appeared. In addition, I reviewed the Debtor's petition, schedules, and mailing matrix, and determined that the neither I, nor Shioda Langley & Chang represents any of the Debtor's creditors in any matter whether related to the Debtor's case or not.

6. **The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (specify)**:
None.

7. **The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows (specify)**:
None.

8. **The Professional is not and was not an investment banker for any outstanding security of the debtor**.

9. **The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor**.

10. **The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor**.

11. **The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows (specify)**:
None.

12. **Name, address, and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):**
Christopher J. Langley, 1063 E. Las Tunas Dr. San Gabriel, CA 91776; 626-281-1232

13. **The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify)**:
None

14. **Total number of attached pages of supporting documentation**:
Firm resumes are annexed as Exhibit "B".

15. **After conducting the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.**

Executed on December 3, 2021, Santa Ana, California.
/s/Christopher J. Langley
Christopher J. Langley, Esquire

# EXHIBIT B

# FIRM RESUMES

## GENE H. SHIODA

Gene H. Shioda is a seasoned litigator with over 25 years of courtroom experience. Gene is the head of the firm's litigation department. He has extensive jury and bench trial experience. His verdicts range from $4.3 Million dollars to $500,000.00. He has defended cases which have led to positive results for the clients.

Gene received his law degree at Southwestern Law School where he graduated Summa Cum Laude. He was editor in Chief of the Law Review. He received his undergraduate degree at Clark University, Worcester, Massachusetts, 1993 Magna cum Laude

## CHRISTOPHER J. LANGLEY

Chris is a named partner of Shioda, Langley & Chang LLP, which was founded in 2019. Chris is a Certified Bankruptcy Law Specialist by the State Bar of California. Chris began working "Of Counsel" with Simon & Resnik LLP in late 2010 and then Simon Resnik Hayes LLP while he established his own firm.

Chris is a California native but graduated from Regina Apostolorum Pontifical University (Rome, Italy) with a Bachelor of Arts degree in Philosophy. Besides extensive international travels, during his undergraduate studies, Chris also lived in Mexico. He graduated from Loyola Law School in Los Angeles, California. He gained his first experience with bankruptcy law while in law school with he worked as a law clerk for a Chapter 7 Trustee and externed for bankruptcy Judge, Richard M. Neiter.

Chris began his legal career at a creditor's rights law firm who specialized in representing vehicle finance companies, mortgage lenders, and commercial creditors in bankruptcy. Chris's bankruptcy law experience includes representing consumer and corporate debtors, creditors, and trustees in both litigation and transactional forums. In addition to his bankruptcy expertise, Chris has represented clients in the formation of corporate entities, ensuring corporate compliance, creating estate plans, as well as other general civil litigation matters.

Chris is admitted to practice law before the Northern, Eastern, Central and Southern Federal District Courts of California and is a member of the State Bar of California and Georgia. Additionally, Christopher is a member of the Orange County Bar Association and the National Association of Consumer Bankruptcy Attorneys.

## STEVEN P. CHANG

Steven is a named partner of Shioda Langley & Chang LLP since the foundation of the firm in 2014. Steven has been admitted to the California Bar since 2002 after receiving his Juris Doctor from Southwestern University School of Law, Los Angeles, California. While there he was a Staff Member, Southwestern Journal of Law & Trade in the Americas 2000-2001, Vice-President, Asian Pacific American Law Student Association 2000-2001, Recipient, Paul W. Wildman Scholarship 1999 – 2002, Recipient, Southern California American Lawyers Association Scholarship 2001-2002 and the Recipient, CALI Excellence for the Future Award (Property I) – Fall 1999. He completed his undergraduate studies at California State University, Los Angeles, California where he received a Bachelor of Arts, Political Science.

Prior to his membership with Shioda Langley & Chang LLP his experience includes operating the Law Offices of Steven P. Chang, founded in Alhambra, California and later relocated to the City of Industry, California. He practiced extensively in bankruptcy. And he has filed and completed over two hundred bankruptcy petitions, including chapter 7, 11 and 13.  His experience included preparing plans of reorganization, petitions, adversary proceedings (involving preference, 707 issues, and 523 issues), Responses to Motions to Lift Automatic Stay, Motions to Avoid Judicial liens, Cash Collateral Motions. Prior experience includes clerking with Yoka & Smith, LLP, Los Angeles, California and Litigation Support Document Analyst with the Attorney General's Office, Los Angeles, California

### HEIDI M. CHENG

Heidi has been employed as an associate attorney with the Law Offices of Langley and Chang since its establishment in 2014. Prior to that time, she was employed as an associate attorney with the Law Offices of Steven P. Chang. Her past experience includes clerking for Los Angeles District Attorney's Office, Pasadena, CA where she assisted in a capital murder case with legal research and writing; Briefed transcripts and depositions; Prepared exhibits for DDA for use in trial; and Prepared and assisted in jury selection process. She also clerked with the Law Offices of Jeffrey T. Bell, Rosemead, worked as a *Certified Law Clerk,* Los Angeles District Attorney's Office, West Covina, CA and was Judicial Extern at the California Superior Court Stanley Mosk, Los Angeles, CA (2008)

Heidi was admitted to the California State Bar as well as the District Court, Central District of California in 2013. She received her Juris Doctor from Whittier Law School in Costa Mesa where she was the recipient of  Dean's Merit Scholarship, and CALI Award- International Law She was a member of Phi Alpha Delta Law Fraternity the Student Bar Association (SBA), Entertainment & Sports Law Society (ESLS) and Asian Pacific American Law Students Association (APALSA). She received her Bachelor of the Art in Political Science at University of California, San Diego, La Jolla, CA where she was a recipient of the Dean's Honor Roll.

### MICHAEL SMITH

Michael manages the Riverside location of Shioda Langley & Chang LLP, as well as the Chapter 13 department of the firm. He has over 10 years of consumer bankruptcy experience and has a unique knowledge of the practical application of the bankruptcy code as applies in consumer cases. He has filed hundreds of chapter 7 and chapter 13 cases.

Michael obtained his Juris Doctor from Loyola Law School in Los Angeles and was admitted to the bar in 2008.

**OF COUNSEL:**

### DAVID SHEVITZ

Mr. Shevitz is an experienced bankruptcy attorney.  He is certified as a bankruptcy specialist by the State Bar of California, Board of Legal Specialization.

His practice focuses on business reorganizations, individual debtor representation, and creditor representation in bankruptcy proceedings and related business litigation matters.

Between 2011 and 2015, David was an attorney at a boutique bankruptcy firm where he represented individuals and businesses in Chapters 7, 11 and 13 as well related business litigation matters.

During law school, David served as a legal intern for the Honorable Sheri Bluebond, US Bankruptcy Court for the Central District of California and served as an intern for the Office of the United States Trustee's Santa Ana Division.

Mr. Shevitz has also served as staff writer and research editor of the Loyola of Los Angeles Entertainment Law Review.

Mr. Shevitz is a board member of the James T. King Bankruptcy Inn of Court and the Central District Consumer Bankruptcy Attorney Association (CDCBAA).