1  Gene H. Shioda – SBN 186780
   ghs@slclawoffice.com
2  Christopher J. Langley – SBN 258851
   chris@slclawoffce.com
3  Steven P. Chang – SBN 221783
   schang@slclawoffice.com
4  **SHIODA, LANGLEY & CHANG LLP**
5  1063 E. Las Tunas Dr.
   San Gabriel, CA 91776
6  Tel: (626)281-1232
7  Fax: (626)281-2919

8  Proposed Counsel for Jinzheng Group (USA) LLC
   Debtor and Debtor-in-Possession

**FILED & ENTERED**

**JAN 18 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF DEBTOR FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD TO FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO**<br><br>**HEARING DATE:**<br><br>Date:     January 4, 2022<br>Time:     10:00am<br>Location: Ctrm 1568<br>          255 E. Temple St.<br>          Los Angeles, CA 90012 |

1

On January 4, 2022, the Court held a hearing on the *Motion of Debtor for Order Extending Debtor's Exclusivity Period to File Chapter 11 Plan and Solicit Acceptances Thereto* [Doc. 61] ("Motion") filed by Jinzheng Group (USA), LLC ("Debtor"). The Court having considered the Motion and the pleadings filed in support and opposition thereto, as well as the oral arguments of counsel, and for good cause appearing,

IT IS HEREBY ORDERED:

1. The Motion is granted for the reasons set forth in the Court's tentative ruling (attached hereto) and for the reasons stated on the record.

2. The Debtor's exclusive deadline to file a Chapter 11 Plan is extended through and including April 21, 2022.

3. The Debtor's exclusive deadline to solicit acceptances of its Plan is extended through and including May 20, 2022.

4. This ruling is without prejudice to any party in interest filing a motion for early termination of exclusivity upon a showing that the *Henry Mayo Newhall* factors no longer support the extensions granted herein.

**IT IS SO ORDERED.**

###

Date: January 18, 2022

_Ernest M. Robles_
Ernest M. Robles
United States Bankruptcy Judge

3