Gene H. Shioda – SBN 186780
ghs@slclawoffice.com
Christopher J. Langley – SBN 258851
chris@slclawoffce.com
Steven P. Chang – SBN 221783
schang@slclawoffice.com
**SHIODA, LANGLEY & CHANG LLP**
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
Tel: (626)281-1232
Fax: (626)281-2919

Proposed Counsel for Jinzheng Group (USA) LLC
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**JAN 18 2022**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER ~~APPROVING~~ GRANTING APPLICATION TO EMPLOY SHIODA, LANGLEY & CHANG LLP AS GENERAL INSOLVENCY COUNSEL FOR DEBTOR IN POSSESSION** |

1

The Court having considered the *Application of Debtor and Debtor-in-Possession to Employ Shioda Langley & Chang LLP as General Insolvency Counsel* [Doc. 49] ("Application"), no opposition made thereto, and for good cause appearing,

IT IS HEREBY ORDERED:

1. The Application is approved.

2. The Debtor's employment of the Shioda, Langley & Chang LLP (the "Firm") is approved pursuant to 11 U.S.C. § 327 on the terms set forth in the Application effective as of November 21, 2021.

3. The Firm may seek court approval of compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 330, 331.

IT IS SO ORDERED.

###

Date: January 18, 2022

Ernest M. Robles
United States Bankruptcy Judge

2