| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher J. Langley 258851<br>1063 E. Las Tunas Dr.<br>San Gabriel, CA 91776<br>951-383-3388 Fax: 877-483-4434<br>258851 CA<br>chris@slclawoffice.com | |
| ☐ Individual appearing without attorney<br>☑ Attorney for Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Jinzheng Group (USA) LLC**<br><br><br><br>Debtor(s) | CASE NO.: **2:21-bk-16674-ER**<br><br>CHAPTER: **11**<br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B   ☐ Schedule C   ☐ Schedule D   ☑ Schedule E/F   ☐ Schedule G

☐ Schedule H   ☐ Schedule I   ☐ Schedule J   ☐ Schedule J-2   ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)   ☐ Statement of Intentions   ☐ Master Mailing List

☐ Other *(specify)* _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:   **January 21, 2022**   _____/s/_____
                              Debtor 1 Signature

                              _____
                              Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                     Page 1                                     F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify the case:**

Debtor name: **Jinzheng Group (USA) LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): **2:21-bk-16674-ER**

☒ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,700.70 | $28,700.70 |
| | Date or dates debt was incurred | Basis for the claim:<br>**FICA tax estimate per proof of claim** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Michael Carlin (9)**<br>**PO Box 67132**<br>**Los Angeles, CA 90067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $15,650.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Post Petition Administrative Work performed for Debtor** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>☐ No<br>☒ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Jinzheng Group (USA) LLC** | Case number (if known) | **2:21-bk-16674-ER** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** <br> **Accutax Services** <br> **9040 Telstar Ave. Ste 105** <br> **El Monte, CA 91731** <br><br> Date(s) debt was incurred  **2020-2021** <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:  2020 tax return and CPA services** <br><br> Is the claim subject to offset?   ■ No   ☐ Yes | **$5,000.00** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** <br> **American Modern Insurance** <br> **7000 Midland Blvd.** <br> **Amelia, OH 45102** <br><br> Date(s) debt was incurred  **2021** <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:  Insurance premium** <br><br> Is the claim subject to offset?   ■ No   ☐ Yes | **$500.00** |
| 3.3 | **Nonpriority creditor's name and mailing address** <br> **Bamboo Insurance** <br> **7050 Ulnion Park Center Ste 400B** <br> **Midvale, UT 84047** <br><br> Date(s) debt was incurred  **2021** <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:  Insurance premium** <br><br> Is the claim subject to offset?   ■ No   ☐ Yes | **$750.00** |
| 3.4 | **Nonpriority creditor's name and mailing address** <br> **Bentula Lenta Inc.** <br> **800 W. 6th St. Ste 1250-B** <br> **Los Angeles, CA 90017** <br><br> Date(s) debt was incurred  **2016-2021** <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:  Project Management Contract** <br><br> Is the claim subject to offset?   ☐ No   ■ Yes | **Unknown** |
| 3.5 | **Nonpriority creditor's name and mailing address** <br> **Build Group Construction Co.** <br> **700 Flower St, #575** <br> **Los Angeles, CA 90017** <br><br> Date(s) debt was incurred  _ <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset?   ☐ No   ■ Yes | **Unknown** |
| 3.6 | **Nonpriority creditor's name and mailing address** <br> **California American Water** <br> **8657 Grand Ave.** <br> **Rosemead, CA 91770** <br><br> Date(s) debt was incurred  **2021** <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:  Utilities** <br><br> Is the claim subject to offset?   ■ No   ☐ Yes | **$1,500.00** |
| 3.7 | **Nonpriority creditor's name and mailing address** <br> **Craig Fry and Associates** <br> **990 S. Arroyo Parkway #4** <br> **Pasadena, CA 91105** <br><br> Date(s) debt was incurred  _ <br> Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ■ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:  Permit and Entitlement services** <br><br> Is the claim subject to offset?   ■ No   ☐ Yes | **Unknown** |

| Debtor | **Jinzheng Group (USA) LLC** | Case number (if known) | **2:21-bk-16674-ER** |
|---|---|---|---|

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**David Z. Su**<br>**100 N. Citrus Street Ste 615**<br>**West Covina, CA 91791**<br><br>Date(s) debt was incurred **2018-2019**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Legal Services**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**EFI Global, Inc.**<br>**5261 W. Imperial Hwy**<br>**Los Angeles, CA 90045**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Environmental Study**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Griffin Underwriters**<br>**PO Box 3867**<br>**Bellevue, WA 98009**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Insurance services**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,000.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Home Loans Unlimited, Inc. (7)**<br>**Attn Daniel Triana**<br>**28859 Phantom Trail**<br>**Santa Clarita, CA 91390**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Serives related to loan. Proof of claim #7 filed.**<br><br>Is the claim subject to offset?  ☐ No   ■ Yes | **$686,550.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Jade Capital**<br>**333 Thornall St. Ste 101**<br>**Edison, NJ 08837**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Loan application fees**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Jianquing Yang**<br>**PO Box 3702**<br>**Alhambra, CA 91803**<br><br>Date(s) debt was incurred **2016-2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loans to company**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$43,523,255.42** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Land Design Consultants**<br>**800 Royal Oak Dr. Ste 104**<br>**Monrovia, CA 91016**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Civil Engineering Services**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |

| Debtor | Jinzheng Group (USA) LLC | Case number (if known) | 2:21-bk-16674-ER |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Overland Traffic Consultants**<br>**952 Manhattan Beach Blvd. #100**<br>**Manhattan Beach, CA 90266**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Traffic study report<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Pacific Geotech, Inc.**<br>**Attn: Jirayus Pukkanasut**<br>**15038 Clark Ave.**<br>**Hacienda Heights, CA 91745**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Soils Engineering Report<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Pennington Construction Advisors**<br>**Attn Todd Pennington**<br>**79 Bell Pasture Road**<br>**Ladera Ranch, CA 92694**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Construction Services<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**State Farm Insurance**<br>**PO Box 588002**<br>**North Metro, GA 30029**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** insurance services<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$200.00** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Testa Capital Group (6)**<br>**Attn: Thomas L. Testa**<br>**620 Newport Center Drive Ste 1100**<br>**Newport Beach, CA 92660**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Services related to loan. Proof of claim #6 filed.<br><br>Is the claim subject to offset? ☐ No  ■ Yes | **$686,550.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**The Code Solution, Inc.**<br>**Attn: Jamie Cho**<br>**800 W. 6th St. Ste 1250-A**<br>**Los Angeles, CA 90017**<br><br>**Date(s) debt was incurred** 2019-2021<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Architectural & Entitlement services<br><br>Is the claim subject to offset? ☐ No  ■ Yes | **Unknown** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**The Phalanx Group**<br>**424 E. 15th St Ste 10**<br>**Los Angeles, CA 90015**<br><br>**Date(s) debt was incurred** 2019-2021<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Security Services<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| Debtor | Jinzheng Group (USA) LLC | Case number (if known) | 2:21-bk-16674-ER |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Ultrasystems Environmental**<br>**Attn: Hassan Ayati**<br>**16431 Scientific Way**<br>**Irvine, CA 92618** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$10,000.00** |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?   ■ No   ☐ Yes | |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Ultrasystems Environmental**<br>**Attn: Hassan Ayati**<br>**16431 Scientific Way**<br>**Irvine, CA 92618** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
| | Date(s) debt was incurred __ | Basis for the claim: **Professional Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?   ■ No   ☐ Yes | |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Yepez Gardening Services**<br>**2124 N. Marengo Ave.**<br>**Altadena, CA 91001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$6,000.00** |
| | Date(s) debt was incurred __ | Basis for the claim: **weed abatement and maintenance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?   ■ No   ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **The Orantes Law Firm APC**<br>**3435 Wilshire Blvd. Ste 2920**<br>**Los Angeles, CA 90010** | Line **3.19**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **The Orantes Law Firm APC**<br>**3435 Wilshire Blvd. Ste 2920**<br>**Los Angeles, CA 90010** | Line **3.11**<br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 44,350.70 |
| **5b. Total claims from Part 2** | 5b. + | $ | 44,922,305.42 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c. | $ | 44,966,656.12 |

# Amended Master Mailing List

Jinzheng Group (USA) LLC
100 E. Hunitingtonm Dr. Ste 207
Alhambra, CA 91801

Christopher J. Langley
Shioda Langley & Chang LLP
1063 E. Las Tunas Dr.
San Gabriel, CA 91776

Accutax Services
9040 Telstar Ave. Ste 105
El Monte, CA 91731

American Modern Insurance
7000 Midland Blvd.
Amelia, OH 45102

Bamboo Insurance
7050 UInion Park Center Ste 400B
Midvale, UT 84047

Bentula Lenta Inc.
800 W. 6th St. Ste 1250-B
Los Angeles, CA 90017

Bobs LLC/Royalty Equity Lending LLC
c/o Resnik Hayes Moradi LLP
17609 Ventura Blvd. Ste 314
Encino, CA 91316

Build Group Construction Co.
700 Flower St, #575
Los Angeles, CA 90017

```
California American Water
8657 Grand Ave.
Rosemead, CA 91770


Corona Capital Group, LLC (8)
c/o Law Office of Eric Alan Mitnick
21515 Hawthorne Blvd. Suite 1030
Torrance, CA 90503


Craig Fry and Associates
990 S. Arroyo Parkway #4
Pasadena, CA 91105


David Z. Su
100 N. Citrus Street Ste 615
West Covina, CA 91791


DNQ LLC
6145 W. Spring Mountain Rd Ste 205
Las Vegas, NV 89146


EFI Global, Inc.
5261 W. Imperial Hwy
Los Angeles, CA 90045


Griffin Underwriters
PO Box 3867
Bellevue, WA 98009


Home Loans Unlimited, Inc. (7)
Attn Daniel Triana
28859 Phantom Trail
Santa Clarita, CA 91390
```

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Investment Management Co. (5)
1507 7th St. #344
Santa Monica, CA 90401


Jade Capital
333 Thornall St. Ste 101
Edison, NJ 08837


Jianquing Yang
PO Box 3702
Alhambra, CA 91803


Land Design Consultants
800 Royal Oak Dr. Ste 104
Monrovia, CA 91016


Los Angeles County Treasurer (1)
PO Box 54110
Los Angeles, CA 90054


Michael Carlin (9)
PO Box 67132
Los Angeles, CA 90067


Michael E. Dorff & Shari Dorff (4)
3239 Bordero Ln.
Thousand Oaks, CA 91362
```

Overland Traffic Consultants
952 Manhattan Beach Blvd. #100
Manhattan Beach, CA 90266


Pacific Geotech, Inc.
Attn: Jirayus Pukkanasut
15038 Clark Ave.
Hacienda Heights, CA 91745


Pacific Mortgage Exchange
7341 Hwy 11 Ste 1
Palm Desert, CA 92260


Pennington Construction Advisors
Attn Todd Pennington
79 Bell Pasture Road
Ladera Ranch, CA 92694


Royal Business Bank
1055 Wilshire Blvd. Ste 1220
Los Angeles, CA 90017


State Farm Insurance
PO Box 588002
North Metro, GA 30029


Testa Capital Group (6)
Attn: Thomas L. Testa
620 Newport Center Drive Ste 1100
Newport Beach, CA 92660


The Code Solution, Inc.
Attn: Jamie Cho
800 W. 6th St. Ste 1250-A
Los Angeles, CA 90017

The Orantes Law Firm APC
3435 Wilshire Blvd. Ste 2920
Los Angeles, CA 90010


The Phalanx Group
424 E. 15th St Ste 10
Los Angeles, CA 90015


Ultrasystems Environmental
Attn: Hassan Ayati
16431 Scientific Way
Irvine, CA 92618


Yepez Gardening Services
2124 N. Marengo Ave.
Altadena, CA 91001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4158 14th St.
Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED SCHEDULE E/F AND SUMMARY OF AMENDED SCHEDULES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **01/24/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Donna C Bullock**   donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
**Michael F Chekian**   mike@cheklaw.com, chekianmr84018@notify.bestcase.com
**Susan Titus Collins**   scollins@counsel.lacounty.gov
**Richard Girgado**   rgirgado@counsel.lacounty.gov
**M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
**Christopher J Langley**   chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com
**Benjamin R Levinson**   ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
**Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
**Giovanni Orantes**   go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
**Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
**Allan D Sarver**   ADS@asarverlaw.com
**David Samuel Shevitz**   david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
**United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
**Hatty K Yip**   hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **01/24/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **01/24/2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/24/2022 | John Martinez | /s/ John Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:21-bk-16674-ER<br>Central District of California<br>Los Angeles<br>Mon Jan 24 16:43:08 PST 2022 | Chekian Law Office, Inc.<br>Chekian Law Office, Inc.<br>445 South Figueroa Street<br>31st Floor<br>Los Angeles, CA 90071-1635 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Investment Management Company LLC<br>Law Offices Allan Sarver<br>16000 Ventura Blvd<br>Suite 1000<br>Encino, CA 91436-2762 |
| JINZHENG GROUP (USA) LLC<br>100 E. Huntington Drive<br>Ste. 207<br>Alhambra, CA 91801-1022 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | (p)OFFICE OF FINANCE CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 |
| Orantes Law Firm, P.C.<br>The Orantes Law Firm, P.C.<br>3435 Wilshire Blvd., suite 2920<br>los angeles, CA 90010-2015 | Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| Accutax Services<br>9040 Telstar Ave Ste 105<br>El Monte CA 91731-2838 | American Modern Insurance<br>7000 Midland Blvd<br>Amelia OH 45102-2608 | BOBS LLC<br>Attn: Barry Shy<br>7525 Avalon Bay St<br>Las Vegas, NV 89139-5307 |
| Bamboo Insurance<br>7050 Union Park Center Ste 400B<br>Midvale UT 84047-6055 | Best Alliance<br>16133 Ventura Blvd.<br>Suite 700<br>Encino, CA 91436-2406 | Betula Lenta, Inc.<br>800 W. 6th Street<br>Suite 1250-B<br>Los Angeles, CA 90017-2704 |
| Build Group Construction Co<br>700 Flower St 575<br>Los Angeles CA 90017-4122 | California American Water<br>8657 Grand Ave<br>Rosemead CA 91770-1220 | Corona Capital Group, LLC<br>1222 Crenshaw Blvd.<br>#B<br>Torrance, CA 90501-2496 |
| Craig Fry & Associates<br>990 S. Arroya Pkwy, #4<br>Pasadena, CA 91105-3920 | David S Zu<br>100 N Citrus St Ste 330<br>West Covina CA 91791-1674 | Donna Bullock<br>Attorney at Law<br>800 W 6th St<br>Suite 1250<br>Los Angeles, CA 90017-2721 |
| EFI Global<br>5261 W Imperial Hwy<br>Los Angeles CA 90045-6231 | Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | Griffin Underwriters<br>PO Box 3867<br>Bellevue WA 98009-3867 |
| Home Loans Unlimited<br>28859 Phantom Trail<br>Santa Clarita, CA 91390-5295 | Investment Management Company<br>1507 7th Street, #344<br>Santa Monica, CA 90401-2605 | Jade Capital<br>333 Thornall St Ste 101<br>Edison NJ 08837-2220 |

| | | |
|---|---|---|
| Jianqing Yang<br>PO Box 3702<br>Alhambra CA 91803-0702 | LA City Treasurer and Tax Collector<br>255 N Hill St 1st Fl<br>Los Angeles CA 90012-2705 | Land Design Consultants<br>800 Royal Oaks Drive<br>Suite 104<br>Monrovia, CA 91016-6364 |
| Law Offices of Matthew C. Mullhofer<br>2107 N. Broadway<br>Suite 103<br>Santa Ana, CA 92706-2633 | Los Angeles Treasurer Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 | Marc Cohen<br>Cohen Law Group, APC<br>541 S. Spring Street<br>Ste. 1208<br>Los Angeles, CA 90013-1667 |
| Michael Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 | Michael E. Dorff and Shari L. Dorff<br>3239 Bordero Lane<br>Thousand Oaks, CA 91362-4659 | Office of the United States Trustee<br>915 Wilshire Blvd.<br>Los Angeles, CA 90017-3409 |
| Overland Traffic Consultants<br>952 Manhattan Beach Blvd 100<br>Manhattan Beach CA 90266-5112 | Pacific Geotech Inc<br>Attn Jirayus Pukkansasut<br>15038 Clark Ave<br>Hacienda Heights CA 91745-1408 | Pacific Mortgae Exchange, Inc.<br>73241 Hwy. 111, Ste. 1-A<br>Palm Desert, CA 92260-3921 |
| Pennington Construction Advisors Inc<br>Attn Todd Pennington<br>79 Bell Pasture Rd<br>Ladera Ranch CA 92694-1558 | Phalanx<br>424 E. 15th Street<br>Suite 10<br>Los Angeles, CA 90015-3140 | (p)ROYAL BUSINESS BANK<br>1055 WILSHIRE BLVD SUITE 1220<br>LOS ANGELES CA 90017-3103 |
| Royalty Equity Lending LLC<br>600 S. Spring Street<br>Suite 106<br>Los Angeles, CA 90014-1979 | Shawn Charles Sourgose<br>24730 Avenue Tibbits<br>#180<br>Valencia, CA 91355-4768 | State Farm Insurance<br>PO Box 588002<br>North Metro GA 30029-8002 |
| Testa Capital Group<br>620 Newport Center Drive<br>Suite 1100<br>Newport Beach, CA 92660-8011 | The Alison Company<br>2060 D Avenida De Los Arboles<br>#471<br>Thousand Oaks, CA 91362-1376 | The Code Solution, Inc.<br>800 W. 6th Street<br>Suite 1250 A<br>Los Angeles, CA 90017-2721 |
| The Phallanx Group<br>424 E 15th St Ste 10<br>Los Angeles CA 90015-3140 | UltraSystems Environmental<br>Attn Hassan Ayati<br>16431 Scientific Way<br>Irvine, CA 92618-4355 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Yepez Gardening Services<br>2121 N Marengo Ave<br>Pasadena CA 91001 | Christopher J Langley<br>Shioda, Langley & Chang LLP<br>4158 14th St.<br>Riverside, CA 92501-3426 | Donna Bullock Carrera<br>LAW OFFICES OF DONNA BULLOCK<br>800 W 6th St<br>Ste 1250<br>Los Angeles, CA 90017-2721 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).