PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd, Suite 1850
Los Angeles, California 90017
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:21-bk-16674-ER |
| **JINZHENG GROUP (USA) LLC,** | Chapter 11 |
| Debtor(s). | **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following three (3) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: January 25, 2022

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

JILL STURTEVANT  *Digitally signed by JILL STURTEVANT*
*Date: 2022.01.25 09:46:13 -08'00'*

By:    JILL M. STURTEVANT
       Assistant United States Trustee

- 1 -

Case 2:21-bk-16674-ER    Doc 93    Filed 01/25/22    Entered 01/25/22 10:15:11    Desc
Main Document    Page 2 of 2

**EXHIBIT A**

In re: Jinzheng Group (USA) LLC, Case No. 2:21-bk-16674-ER

Betula Lenta, Inc.
David Park
800 West 6th Street, Suite 1250
Los Angeles, CA 90017
(213) 537-0158
david@thecodesolution.com

Pennington Construction Advisors, Inc.
Todd Pennington
79 Bell Pasture Rd.
Ladera Ranch, CA 92694
(949) 637-6210
todd@penncoinc.com

The Phalanx Group, Inc.
Anthony Rodriguez
424 E. 1st Street, Unit #10
Los Angeles, CA 90015
(213) 494-8542
anthony@phalanx.group