Jeffrey W. Dulberg (State Bar No. 181200)
Teddy M. Kapur (State Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
         tkapur@pszjlaw.com

[Proposed] Counsel to the Official Committee of
Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JINZHENG GROUP (USA) LLC,<br><br>Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF JANUARY 25, 2022**<br><br>**[Declaration of Teddy M. Kapur in Support Thereof Filed Concurrently Herewith]**<br><br>[No Hearing Required] |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), proposed counsel to the Official Unsecured Creditors' Committee (the "Committee") appointed in the case of Jinzheng Group (USA) LLC, the above-captioned debtor and debtor in possession (the "Debtor"), hereby submits this application to be employed as bankruptcy counsel to the Committee, effective as of January 25, 2022 (the "Application"). This Application is brought pursuant to section 1103(a) of title 11 of the United

DOCS_LA:341879.1 46360/002

States Code (the "Bankruptcy Code"),[1] Rule 2014 of the Federal Rules of Bankruptcy Procedure,[2] and Local Bankruptcy Rule 2014-1 for an order authorizing the employment of PSZJ. In support of this Application, the Committee respectfully represents as follows:

## Jurisdiction and Venue

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157.

2. The relief sought with this Application is based upon Sections 328, 330, and 1103 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

## Statement of Facts

3. On August 24, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. On January 25, 2022, the United States Trustee appointed the Committee to represent the interests of all unsecured creditors in this case pursuant to section 1102 of the Bankruptcy Code. The members appointed to the Committee are: (i) Betula Lenta, Inc.; (ii) Pennington Construction Advisors, Inc.; and (iii) The Phalanx Group, Inc. *See Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims* [Docket No. 93]. On January 27, 2022, the Committee met and, among other things, voted to retain PSZJ as its bankruptcy counsel.

5. The Debtor continues in possession of its property and is operating and managing its business as a debtor in possession pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108. No trustee or examiner has been appointed in the Debtor's Chapter 11 Case.

## Relief Requested

6. By this Application, the Committee respectfully requests that the Court enter an order, pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local

---

[1] All references to "sections" herein are to sections of the Bankruptcy Code, 11 U.S.C. §§101, *et seq*, as amended, unless otherwise noted.

[2] All references to "Bankruptcy Rules" herein are to the provisions of the Federal Rules of Bankruptcy Procedure.

DOCS_LA:341879.1 46360/002    2

Rule 2014-1, authorizing the Committee to employ and retain PSZJ as its bankruptcy counsel in this case effective as of January 25, 2022.

## Qualifications of PSZJ

7.      The Firm has 75 attorneys with a practice concentrated on reorganization, bankruptcy, litigation and commercial matters. The Firm's attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and others in a wide variety of bankruptcy cases. Attorneys of the Firm have extensive experience representing creditors' committees in complex chapter 11 cases in this District and throughout the country, including B&B Liquidating, Zetta Jet, Liberty Asset Management, Freedom Communications, Anna's Linens, and HVI Cat Canyon, among others. More information about PSZJ generally and its expertise as counsel to committees specifically is available on its website at www.pszjlaw.com. Based on these facts, the Committee believes that the Firm is well-qualified to render the services as described below.

## Services to be Rendered

8.      Subject to further order of this Court, PSZJ is expected to render, among other services, the following services to the Committee:

- Assisting, advising and representing the Committee in its consultations with the Debtor regarding the administration of this Case;

- Assisting, advising and representing the Committee with respect to the Debtor's retention of professionals and advisors with respect to the Debtor's business and this Case;

- Assisting, advising and representing the Committee in analyzing the Debtor's assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

- Assisting, advising and representing the Committee in any manner relevant to reviewing and determining the Debtor's rights and obligations under leases and other executory contracts;

- Assisting, advising and representing the Committee in investigating the acts, conduct, assets, liabilities and financial condition of the Debtor, the Debtor's operations and the desirability of the continuance of any portion of those operations, and any other matters relevant to this Case or to the formulation of a plan;

- Assisting, advising and representing the Committee in connection with any sale of the Debtor's assets;

- Assisting, advising and representing the Committee in its analysis of and any objection to any disclosure statement;

- Assisting, advising and representing the Committee in its participation in the negotiation, formulation, or objection to any plan of liquidation or reorganization;

- Assisting, advising and representing the Committee in understanding its powers and its duties under the Bankruptcy Code and the Bankruptcy Rules and in performing other services as are in the interests of those represented by the Committee;

- Assisting, advising and representing the Committee in the evaluation of claims and on any litigation matters, including avoidance actions; and

- Providing such other services to the Committee as may be necessary in this Case.

**No Adverse Interest and Disclosure of Connections**

9. To the best of the Committee's knowledge, neither the Firm, nor any of its attorneys represent or hold any interest adverse to that of the Committee, the Debtor, its creditors, the Debtor's estate, or any party in interest herein in the matters on which the Firm is to be retained.

10. To the best of the Committee's knowledge, and based upon the accompanying Declaration of Teddy M. Kapur (the "Kapur Declaration"), neither PSZJ nor any of its attorneys has any connection with the United States Trustee or any of the Trial Attorneys in the Los Angeles office of the United States Trustee, or any of the judges for the United States Bankruptcy Court for the Central District of California.

11. To the best of the Committee's knowledge, and except as set forth in the Kapur Declaration and below, neither PSZJ nor any of its attorneys has a prior or current connection with the Committee, the Debtor, its creditors or any party in interest herein in the matters on which the Firm is to be retained.

12. As set forth in the Kapur Declaration, PSZJ regularly appears in cases, proceedings, and transactions involving many attorneys, accountants, financial advisors and investment bankers, some of which now or may in the future represent the Debtor, its creditors, the Committee, and other parties in interest in this Case. Further, PSZJ may have represented, may currently represent, and in the future may represent professionals and advisors to members of the Committee in matters unrelated to the Debtor and this Case. PSZJ does not and will not represent any such entity in this Case. PSZJ

DOCS_LA:341879.1 46360/002    4

Case 2:21-bk-16674-ER    Doc 98    Filed 02/08/22    Entered 02/08/22 11:41:54    Desc
Main Document    Page 5 of 9

does not have a relationship with any such entities, attorneys, accountants, financial advisors or investment bankers that would be adverse to the Committee or the Debtor's estate.

13. As set forth in the Kapur Declaration, PSZJ has represented, represents, and in the future will likely represent many committees in matters unrelated to the Debtor and this Case, whose members may be creditors and/or committee members in this Case.

14. As set forth in the Kapur Declaration, the Firm is not representing any of those entities in this case and will not represent any members of those committees in any claims that they may have collectively or individually against the Debtor.

15. Further, PSZJ has represented, represents, and in the future will likely represent debtors, creditors' committees, trustees or other parties against creditors of the Debtor, including members of the Committee, in cases or proceedings that are unrelated to this Case.

16. As set forth in the Kapur Declaration, PSZJ and certain of its partners, of counsel and associates represented, represent, and in the future will likely represent certain of the creditors of the Debtor in connection with matters unrelated to the Debtor and this Case.  Based upon the conflicts review performed, at this time, the Firm is not aware of any such current representations except as set forth in the Kapur Declaration.  If the Firm identifies any further representations, the Firm shall make disclosures as may be appropriate at that time.  The Firm, however, is not representing and will not represent any of those entities in this Case.

17. Although section 1103(b) does not incorporate the "disinterestedness" standard of section 327(a) of the Bankruptcy Code, PSZJ is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the Firm, its partners, of counsel and associates:

- are not creditors, equity security holders or insiders of the Debtor;
- are not and were not, within two (2) years before the Petition Date, a director, officer, or employee of the Debtor; and
- do not hold nor represent an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

18. Therefore, to the best of the Committee's knowledge, PSZJ and the Firm's attorneys are disinterested persons within the meaning of section 101(14) of the Bankruptcy Code. The

Committee submits that its proposed employment of PSZJ is in the best interests of the Committee and the Debtor's estate.

**Professional Compensation**

19. Subject to Court approval in accordance with section 330(a) of the Bankruptcy Code and any applicable orders of this Court, compensation will be payable to PSZJ on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by PSZJ. The professionals and paralegals presently designated to represent the Committee and their current standard hourly rates are:

| | |
|---|---|
| Jeffrey W. Dulberg | $1,145.00 per hour |
| Teddy M. Kapur | $975.00 per hour |
| Beth Dassa | $495.00 per hour |

20. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. PSZJ reviews and revises its billing rates on January 1 of each year. Changes in applicable hourly rates will be noted on the invoices for the first time period in which the revised rates became effective. As an accommodation to the estate, the Firm has voluntarily agreed to a 10% reduction of its standard hourly rates.

21. The hourly rates set forth above are PSZJ's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate PSZJ for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. The Committee desires to employ PSZJ with reasonable fees to be determined by the Bankruptcy Court. No compensation will be paid to the Firm except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to, and approval by, the Bankruptcy Court after notice and a hearing. The Firm has not received a retainer in this case.

22. It is PSZJ's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies

(including, without limitation, envelopes and labels) provided by PSZJ to outside copying services for use in mass mailings, travel expenses, expenses for working meals, computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. PSZJ will charge the Committee for these expenses in a manner and at rates consistent with charges made generally to PSZJ's other clients, and all amendments and supplemental standing orders of the Court. PSZJ believes that it is more appropriate to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

WHEREFORE, the Committee respectfully requests entry of an Order authorizing the Committee to employ and retain PSZJ as its counsel, as of January 25, 2022, and granting such other and further relief as is just and proper.

Dated:  February 7, 2022

THE OFFICIAL UNSECURED CREDITORS' COMMITTEE OF JINZHENG GROUP (USA) LLC

_/s/ David Park_

Betula Lenta, Inc.
By: David Park, Its ___President___

Solely in his capacity as Chair of the Official Unsecured Creditors' Committee of Jinzheng Group (USA) LLC, and not in any other capacity

DOCS_LA:341879.1 46360/002

7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF JANUARY 25, 2022** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **February 8, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 8, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA US MAIL**
JINZHENG GROUP (USA) LLC
100 E. Huntington Drive, Ste. 207
Alhambra, CA  91801

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 8, 2022,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Ernest Robles
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1560
Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 8, 2022 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:342157.1 46360/002

**SERVICE INFORMATION FOR CASE NO. 2:21-bk-16674-ER**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

   - **Donna C Bullock**    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
   - **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
   - **Susan Titus Collins**    scollins@counsel.lacounty.gov
   - **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
   - **Richard Girgado**    rgirgado@counsel.lacounty.gov
   - **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
   - **Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com
   - **Benjamin R Levinson**    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
   - **Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
   - **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
   - **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
   - **Allan D Sarver**    ADS@asarverlaw.com
   - **David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
   - **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
   - **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

2. <u>**TO BE SERVED BY EMAIL**</u>

   - Gene H. Shioda – ghs@slclaw office.com
   - Steven P. Chang – schang@slclawoffice.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:342157.1 46360/002