## UNANIMOUS WRITTEN CONSENT OF THE MEMBERS OF

## JINZHENG GROUP (USA) LLC

The undersigned, JIANQING YANG, BETTY ZHENG and BETULA LENTA, a California corporation, being all of the Members of Jinzheng Group (USA) LLC, (the "Company") by this writing approve of the following resolutions.

### BANKRUPTCY FILING

WHEREAS, it has been determined to be in the best interests of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

NOW, THEREFORE, BE IT RESOLVED, that the Members of the Company have approved by separate resolution the filing by the Company of a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

IT IS FURTHER RESOLVED that the Law Offices of Donna Bullock be, and hereby is, retained as attorneys for the Company. The Law Offices of Donna Bullock may take such actions as are directed by the Company, its managers and members, including but not limited to, the filing of a bankruptcy petition under Title 11 of the United States Code and the prosecution of such a case to its conclusion; is authorized to accept directly the balance of the refunded retainer previously paid by the Company to former retained counsel Marshak Hayes which failed and refused to file the emergency Petition as directed by this Company and which action by former counsel placed at risk of loss the primary real estate asset of this Company to a foreclosure auction sale. She is authorized to assist the Company to retain, as, when and if she deems necessary, co-counsel to act as general bankruptcy counsel with her on behalf of this Company.

This consent is executed pursuant to Section 17704.07(c)(4)(B) of the Corporations Code.

Dated: August 23, 2021    By JIANQING YANG by ——— as he's attorney in fact
                              Jianqing Yang, Member

Dated: August 23, 2021    By: _____
                              Betty Zheng, Member-Manager

Dated: August 23, 2021    BETULA LENTA,
                          a California corporation

                          By: _____
                              Jonathan Pae, Chief Executive Officer

09865.05300\34303179.7

# UNANIMOUS WRITTEN CONSENT OF THE MEMBERS OF

# JINZHENG GROUP (USA) LLC

The undersigned, JIANQING YANG, BETTY ZHENG and BETULA LENTA, a California corporation, being all of the Members of Jinzheng Group (USA) LLC, (the "Company") by this writing approve of the following resolutions.

## BANKRUPTCY FILING

WHEREAS, it has been determined to be in the best interests of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

WHEREAS, the Members have retained the Law Offices of Donna Bullock to represent the Company in its Petition.

WHEREAS, it has been determined to be in the best interest of the Company to appoint Betty Zheng as the Manager of the Company to execute and deliver all documents, and perform all acts necessary to initiate and perfect a voluntary Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Central District of California, in the name and on behalf of the Company it is

NOW, THEREFORE, BE IT RESOLVED, that the Members of the Company approve the filing of the Company of a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

RESOLVED FURTHER, that the retention of the Law Offices of Donna Bullock as counsel to represent the Company in its petition is hereby approved, which may take such actions as directed by the Manager, including but not limited to the filing of a bankruptcy petition under Title 11 of the United States Code and the prosecution of such a case to its conclusion.

IT IS FURTHER RESOLVED that the Manager Betty Zheng for the Company may also retain and employ assistance by legal counsel for the plan confirmation, and other professionals, or such individuals as she may deem necessary and proper with a view to the successful conclusion of such bankruptcy proceedings.

IT IS FURTHER RESOLVED that the Betty Zheng be, and hereby is, authorized and directed to do all acts necessary, to make all decisions relating to the Company or its management after the execution of this Resolution, and provide such documentation as requested to carry out the intent of these resolutions.

09865.05300\34303179.7

This consent is executed pursuant to Section 17704.07(c)(4)(B) of the California Corporations Code.

Dated: August 23, 2021

By: JIANQING YANG by ___ as his attorney in fact
Jianqing Yang, Member

Dated: August 23, 2021

By: _____
Betty Zheng, Member-Manager

Dated: August 23, 2021

BETULA LENTA,
a California corporation

By: _____
Jonathan Pae, Chief Executive Officer

09865.05300\34303179.7