JINZHENG GROUP (USA) LLC

Case No. 2:21-bk-16674-ER

**Statement of Major Issues and Timetable Report**

INTRODUCTION AND OVERVIEW OF PLAN OF REORGANIZATION

The primary asset of Debtor JINZHENG GROUP (USA) LLC ("Debtor") is 2929 Amethyst St., Los Angeles, CA consisting of 31.02 acres of residentially-zoned unimproved vacant property in the Lincoln Heights area of City of Los Angeles. The property is a hillside with breath-taking views, is next to the expansive USC Keck Medical Campus, minutes from downtown Los Angeles, and one of the last such building opportunities in Los Angeles. This asset is critical to Debtors effective reorganization, and the major component of the residential housing development "Oro Vista Estates." The 2929 Amethyst property is currently appraised at $23,400,00, and the foreclosing creditor's total claim is $9.233 million. Upon entitlement the appraised value of this property increases to a minimum of $38,200,000. The refinance upon this increase in value, and hence increase in equity, would payoff the foreclosing creditor and fully fund Debtor's plan of reorganization.

Debtor's plan to reorganize includes refinancing the equity in its several real estate assets which will be enough to pay off the creditor foreclosing upon the 2929 Amethyst parcel, all of its unsecured creditors and permit Debtor to successfully continue its business operations on all existing projects, if allowed bankruptcy protection against the foreclosure on 2929 Amethyst until Oro Vista Estates obtains its entitlement. The entitlements process is estimated to be completed in up to eighteen months (See Timetable below). Debtor plans to refinance its existing assets, sell certain real estate assets not required for the Oro Vista project and/or rent certain residential properties to generate income to the estate, and preserve the properties to be included on the Oro Vista development until its increase in value upon entitlement.

The appraised value of the properties to be included in the Oro Vista project currently and without entitlements, for the undeveloped building lots, under a conservative appraisal dated June 20, 2021 from Cushman & Wakefield exceeds $23,450,000. All prior appraisals confirm the unimproved propert(ies) value will certainly increase, this most recent appraised the entitled value at a minimum of $38,200,000, while another previously appraised the increase to $60,000,000 (this market value depending upon the project density approval).

REORGANIZATION THROUGH REFINANCE OR SALES OF OTHER ASSETS TO PROTECT THE ORO VISTA ESTATES PROJECT

Debtor can reorganize and pay off all creditors, if given the time to entitle the Oro Vista Estates project. The time estimated for entitlement due to the delays and restrictions created by the Covid-19 pandemic, is 12 to 18 months. Upon entitlement, Debtor will refinance the 2929 Amethyst property (and the contiguous properties in the project), based upon the market rate loan-to-value requirements for this type of project of interested lenders on the increased

appraised value between $38,200,000 - $60,000,000 (depending upon the approved number of units). A conservative 50% loan-to-value loan would generate enough funding to pay off the first trust deed holder and foreclosing creditor Bobs LLC (Note: there are no junior trust deed liens against 2929 Amethyst property, other than tax liens, etc.).

Debtor does not have the cashflow income to the estate as of commencement of this Chapter 11 case to pay off the foreclosing creditors matured loan. The actions of the creditor foreclosing on 2929 Amethyst and the impact of the Covid-19 pandemic have impacted Debtor's cashflow, but Debtor has equity in its real estate holdings to fund reorganization. Debtor would lose the Amethyst parcel without bankruptcy protection and without it be deprived of an effective reorganization. However, the proposed reorganization based upon the actual equity in all of its properties, and using the equity from the Oro Vista Estates parcels upon entitlement (2929 Amethyst, 2526-2528 Lincoln Park Ave., 2602 Lincoln Park Ave. and 2600 Sierra St.) would result in a refinance at 50% or more loan-to-value. This would be sufficient to payoff the foreclosing creditor Bobs LLC that forced it into Chapter 11 and fund its reorganization, by paying the claims of all unsecured creditors, fund completion of the Oro Vista entitlements process to providers during this Chapter 11, and start construction. Debtor requires only the time and expenses to complete the entitlement process for Oro Vista Estates. Without the protection of this Chapter 11 proceeding, Debtor Jinzheng Group will lose its real estate holdings to an unreasonable creditor seeking a huge windfall, without the time or ability to further seek state court relief against the foreclosure and the conduct of the foreclosing creditor. (See discussion below)

Upon full construction and sales of the Oro Vista Project in its currently proposed reduced 70 residential units estimated to be completed by 2024, the June 20, 2021 conservative appraisal by Cushman & Wakefield estimates the residential unit sales price at $3,599,108. By simple calculation, the potential sales is estimated to be $223,829,027, with a net profit of $104,135,896.

Most of Debtors other unsecured creditors, particularly those working on the entitlements process, including the engineers and geologists, are willing to accept partial payments during the Chapter 11 for new value from ongoing work toward entitlement, if their claims are to be paid in full from the refinance upon entitlement in the plan. Any net proceeds from the entitlement Loan refinance, after ample interest reserves are set aside, will be used to get the project permit-ready, where construction funds will be available, permitting Debtor to proceed with the successful development of the Oro Vista Estates project to construct and sell the residential units.

Debtor is willing and will continue to work on refinancing or sale of certain of its real estate assets in the meantime, to generate funding to pay operating expenses.

Alternatively, Debtor can reorganize to generate funding for operating expenses and to continue with the entitlements process, by sale of its other non-essential real estate assets not required for the development and approval of Oro Vista Estates.

Debtor's other assets include ownership of (1) 10 unimproved and unentitled building lots not contiguous but within the neighboring area of the Oro Vista Estates project, which can be sold (2) the condominium in Van Nuys which Debtor proposes to sell and has listed (with acceptance of any offers to be conditioned upon Court approval), and (3) a single-family residence for which renovations will be completed in 1-2 months and the property ready to rent for an estimated $10,000 monthly rental to provide income to the bankruptcy estate or to be sold.

It is the one oversecured foreclosing creditor Bobs LLC and Royalty Equity Lending (essentially the same lender, owned by Barry Shy and his son Rommy Shy), which actually created and now seeks to take advantage of Debtor's cash flow problems exacerbated by the Covid-19 pandemic, and the delays attendant in entitlement of the Oro Vista project, that caused this bankruptcy and presents the risk of losing the 2929 Amethyst parcel which will deprive the Debtor of the ability to reorganize, without the protection and assistance of this Chapter 11.

Delays in Entitlement due to Covid-19

Entitlement for Oro Vista Estates consists of subdivision and re-zoning of the main parcel from (Q)A1-D1; (5 acre equestrian estates) to RE9 (Single-Family Residential Estates); which is more consistent with the neighbor zoning of RE20 and R1. The adjacent parcels at the entrance of the proposed Oro Vista Development are already zoned for R1 (Single-Family Residences). Due to COVID-19 directly related delays and issues, including but not limited to the Los Angeles Planning Department and the Los Angeles Department of Building and Safety suffering shut-downs of operations required to issue clearances and approvals for entitlements; delays caused by the "stay at home" and related shut-downs and delays of operations of its permits and entitlements officers, engineers, geologists and other contractors and service providers required to complete the requirements for entitlement of the subject property and other delays in the subdivision and re-zoning. Completion of the entitlements process is expected to take another 12-18 months. (See timeline for entitlement below)

In addition, one of the co-managing members, Jianqing Yang, is a resident of Beijing, China and an experienced real estate developer. As a direct result of United States COVID-19 travel restrictions from China, Mr. Yang has been unable to travel here to participate in Debtor's business or provide any cash infusions. In fact, China had imposed additional restrictions upon the transfer of money from China into the United States during the pandemic. The pandemic spans not only the date of presidential declarations of the state of emergency declared in the United States in response to Covid-19 https://crsreports.congress.gov/product/pdf/IN/IN11264 but also for a period preceding the March 20, 2020 US declaration of emergency, during which China imposed its own state of emergency months before and at the latest by January 23, 2020, with serious restrictions upon business impacting Mr. Yang's income in late 2019.

STATUS OF ENTITLEMENT OF THE ORO VISTA ESTATES PROJECT

In 2016, the initial entitlement strategy for Oro Vista was 310-homes, designed to look more like small, stacked townhouses; which was consistent with many of the new developments in that area. The Code Solution (architecture) and Betula Lenta (PM/Developer) were contracted late in

2017 to try and seek the approvals for Oro Vista. City Council District 1 executive staff implored PM to first provide adequate proof that the site could physically fit such a dense development as well as prove the capacity of such a development; stating that justification was necessary prior to formal submittal as the housing was desperately needed. PM engaged civil engineers to coordinate with architect to work with the Los Angeles Bureau of Engineering and Grading Department to a create viable master site plan; complete with manageable retention walls, grades, street widths, and easements.

Further, on February 7, 2018 a Memorandum of Understanding (MOU) was reached with LADOT to begin the arduous review of the traffic study and ultimate mitigation approval negotiations. Finally by May 14, 2019. Final mitigation and findings were approved and accepted for the Oro Vista development; where traffic impact was reduced through solutions by developer/engineers and LADOT from 7% to 3%, down to 1%; then finally to a zero impact site through a traffic mitigation plan, marking a huge milestone for the project.

Further, Sewer Capacity Availability Request (SCAR) and water capacity studies were done from March 23, 2018 through summer 2018, to find that there was ample water pressure for 310 homes for utilities and fire safety, along with the sewer capacity to handle the 310 homes.

Environmental Impact Report (EIR) studies were conducted beginning early in winter 2019 to test biological, plant, animal, prehistoric, and other environmental issues. During the EIR studies and after ample "proof" had due diligence had been performed, a formal General Plan Amendment Filing was submitted in July 2019 for the 310-homes and a zone change from (Q)A1-1D to (Q)RD4-1D.

During the Covid-19 pandemic city planners had suggested to developer that they consider a move to bridge the zoning closer to the RE zoning to ensure a more efficient path to approval.

Developer agreed to run a feasibility analysis and found that as the comparable sales in the area increased, the move to less density, larger homes, in more traditional single-family residence lots created a less risky and more net profitable development.

**310-home development Proforma:**

Total Infrastructure estimate: $63,769,648

Total development Budget: $334,687,354

Total Net Profit: $126,420,346 (38% ROI)

**70-home development Proforma:**

Total Infrastructure estimate: $38,261,788 – Smaller CFD Bonds/less property taxes

Total development Budget: $223,829,027 – Less liabilities and risk

Total Net Profit: $104,135,896 (47% ROI) – Higher profit

Steps were taken to revise Oro Vista into a RE9 development and the move netted a 70-home development with lats large enough to facilitate ADUs to coincide with the state ADU housing initiative.

A Case Management Pre-development Meeting was held via video conference on April 6, 2021 with all interested LA City departments to advise all interested parties of the revision of development; with the biggest ringing endorsement being the approval of LADOT and LA City Planning to allow for all prior 310-home environmental submissions and 3rd-party reports to remain in city without revision.

**TIMETABLE FOR ENTITLEMENT**

New architectural, master site, and grading plans were started after the April 6, 2021 CM Meeting and the revised GPA will be filed by September 7-9th

GPA should be initiated by October 30, 2021

Revised Environmental Impact Reports (all site and biological studies and visits have already occurred) will be submitted by November 30, 2021

Initial Public & Neighborhood Council Hearing to reintroduce project to be held before December 30,2021

Draft EIR availability and public notices - Spring 2022

Zoning Administrator/Staff Public Hearing – Summer 2022

EIR Review and Public Review Period – 3-4 months

Planning Commission Hearing - Fall 2022

Appeal Period and entitlements approval – Winter 2022/2023

REASON DEBTOR WAS FORCED INTO CHAPTER 11

The full and disputed claim under the foreclosing creditor's first priority trust deed against 2929 Amethyst, pre-petition, to Bobs LLC is approximately $9.233 million (on a $7 million loan originally made on 9/4/2018). Interest payments are current to Bobs LLC as of July of 2021. It is the balloon payment of the entire amount by Bobs LLC that the Debtor cannot pay and is the subject of creditor's foreclosure. However, the foreclosing creditor Bobs LLC was, is and has always been adequately protected by an equity cushion exceeding its security interest in the 2929 Amethyst Property.

Covid-19 delays and issues clearly were and are a force majeure for which Debtor was entitled to, and was abjectly denied relief under general contract principles from the foreclosing lender, creditor Bobs LLC which holds the first priority Trust Deed on 2929 Amethyst main parcel and

was given an all-inclusive Trust Deed for the contiguous properties purchased by the Debtor between 2016-2018 to include in the Oro Vista Estates development, including (1) 2526-2528 Lincoln Park Ave. (triplex); (2) 2520-2522 1/2 Lincoln Park Ave. (duplex) and (3) a vacant lot at 2600 Sierra St in an effort by Debtor to create more secure interest for the creditor to approve the extension of the loan. As the loan was extended by creditor during the Covid-19 pandemic, foreclosing oversecured Creditor Bobs LLS and Royalty Equity Lending forced Debtor to (a) use $4,000,000 to pay off the loans on 2526-2528 Lincoln Park Ave.; 2520-2522 1/2 Lincoln Park Ave. and 2600 Sierra St, adding their market value totalling over $2,600,000, (b) as well as pay this Creditor over $300,000 in cash in exchange for the Forebearance and Loan Extension Agreement which required Creditor to withdraw is Notice of Default (later invoked to set the Trustee's Sale for 8/24/21 forcing Debtor into Chapter 11). This Creditor was already fully secured 2 ½ times the value it its loan, and then extorted Debtor into pledging further properties and using up Debtor's cash. These properties are intended for demolition to create an adequate ingress and entry into the proposed residential development, to increase the market value for the proposed residential units, and were not originally security for the loan to Bobs LLC and Royalty Equity when the loan was made. Further to this, the adjacent lots were purchased to remedy traffic mitigation per the request of the Los Angeles Department of Transportation (LADOT) and to also allow for an adequate angle and road width to accommodate larger fire engine and fire-life-safety vehicles to gain access to this hillside for the first time in this area's history; thus, securing easier commute/freeway access and safety access for hundreds of families.

The oversecured foreclosing creditor Bobs LLC and Royalty Equity inflated their loan, from $7 million to over $9.2 million, but all interest only payments and late fees were paid by Debtor monthly until July of 2021. The inflated amounts are not principal or interest, and the increasing amount of the claim was another factor pushing Debtor into bankruptcy. This Creditor demanded unreasonable extension fees and penalties during the pandemic, and for very short terms for forbearance and loan extension agreements. This creditor gave no consideration whatsoever for the global force majeure created by the pandemic or the fact that this Debtor continued to make the monthly payments during the pandemic in good faith. No reasonable efforts were ever made by the foreclosing creditor for a loan work-out, to allow Debtor's entitlement of the property and allow Debtor to successfully complete the project, despite the fact that there was sufficient 2 to 1 equity cushion to protect creditor's security interest, and that there would be significant increases in value of this project upon entitlement, and substantial returns upon construction and marketing of the Oro Vista project.

Loan History of foreclosing creditor

On August 16, 2016, Jinzheng Group bought the 31.02 acres of unimproved and unentitled property at 2929 Amethyst for $18,500,000 cash. On September 4, 2018 (2 years later) Jinzheng Group obtained a $7,000,000 loan from creditor Bobs LLC, giving it a first priority Trust Deed to secure the loan. The creditor withheld $3,500,000 requiring Jinzheng Group to submit draw requests for the entitlement and permit work to subdivide and re-zone this parcel. On April 20, 2020 (exactly one month after the US declared the state of emergency), the loan matured but the entitlements were not completed and refinance could not be obtained from

another lender as the real estate financing market had changed dramatically. The COVID-19 state of emergency had already been declared by March 20, 2020, and on this date, there were no financing options as was expected under normal conditions in order to pay off the existing creditor. As a direct result of the COVID-19 national state of emergency, the uncertainty in the real estate financing market, and the delays in the entitlements process due to the unexpected global pandemic, Jinzheng Group could not get a commitment from a lender. Debtor actually had a loan commitment that was withdrawn by the new lender because of the pandemic, and Debtor could not refinance as they had originally planned before the pandemic. Lenders who had previously indicated they would commit to the loan to refinance the $7,000,000 loan from Bobs LLC withdrew, due to the impact of COVID-19 on the real estate finance market.

To protect its interest in the 2929 Amethyst property, Jinzheng Group continued to make the interest only payments to the Creditor Bobs LLC, from its cash assets and some from limited transfers of cash from it co-managing member Mr. Yang in Beijing before those transfers were further restricted. Mr. Yang was prevented from coming to the United States due to the Covid-19 travel restrictions with China; and was also unexpectedly prevented from sending any cash infusions to Jinzheng Group to make the ongoing payments to the creditor, due to new restrictions on the transfers of money from China to the United States. During the pandemic, Debtor refinanced other real estate assets to continue to make the ongoing payments to continue the entitlements process, to continue payments to the creditor Bobs LLC and continue business operations during this period.

For the April 2020 original maturity date, a 2020 Forbearance and extension agreement, the Creditor Bobs LLC demanded and received a forbearance fee of $500,000, for an extension of the loan maturity date until October of 2020. On that date, the real estate financing market was still suffering from the COVID-19 pandemic and work on entitlements was still stalled due to the issues recounted herein as well as the fact that the service providers were still subject to "stay at home" orders. The work on the entitlements was stalled as the Planning Department and the Department of Building and Safety had shut-downs and delays in normal operations, as well as the permits and entitlements expediters, and the other service providers who were working on entitlement of the Amethyst property. Debtor had to extend the loan again at significant cost.

For the October 2020 extended maturity date, a Forbearance and extension agreement, the Creditor Bobs LLC demanded and received the following: (a) yet another forbearance fee of $300,000 which it received in cash from Debtor; (b) $4,000,000 from Debtor to pay off all mortgages on 2929 Amethyst, 2526-2528 Lincoln Park Ave., 2602 Lincoln Park Ave. and 2600 Sierra St.; and (c) forced Debtor to include those additional properties as security for this Creditor's existing loan for no new value, to give Debtor a short extension of the loan maturity date until June of 2021. The loan was now increased above that expected pre-pandemic, and the delays in the entitlement process continued. Debtor had another lender, who backed out.

On the June 2021 maturity date, Debtor again had no lenders willing to do the refinance to pay off Bobs LLC. Most of the lenders indicated that they would do the loan, if the Amethyst property had its entitlements. Debtor continued to pay the regular interest only payment for the

months of June and July of 2021, and those payments were accepted although the loan maturity date of June 2021 had passed.

However, on July 28, 2020, the creditor Bobs LLC had recorded a Notice of Default on the 2929 Amethyst property. That Notice of Default should have been withdrawn under the two Forbearance and extension agreements, the additional security with no new value to the Debtor and after Creditor received $300,000 in cash.

Instead, on August 3, 2021, despite having received and accepted two interest payments for the months of June and July making Debtor technically current, which were after the maturity date of the loan; creditor Bobs LLC improperly relied upon their prior Notice of Default dated July 28, 2020, and on August 3, 2021 recorded Notice of Trustee's Sale on a mere 21 days' notice set for August 24, 2021 at 10:30 a.m.

Debtor was pushed into foreclosure, by the predatory lending and improper conduct of creditor Bobs LLC refusing to equitably work-out the debt during a state of national emergency. Debtor was suffering, as most businesses, with decreased income, Covid-19 related delays in the entitlements process for the Oro Vista project, the inability to refinance due to the uncertainties in the real estate finance market, the inability to receive cash infusions from its co-managing member in China, and Debtor was faced with a foreclosure on an extremely short timeframe for the entire balance of the subject loan now totaling an estimated $8-9 million (increased by the forbearance fees) upon a property conservatively worth an appraised $23,450,000 "as it sits", in unreasonable disregard of the good faith of the Debtor in remaining current on the monthly interest only fees and the global "force majeure."

Debtor hired state court counsel to file for a Temporary Restraining Order (TRO) to stop the August 24, 2021 foreclosure auction sale. Jinzheng Group (USA) LLC vs Best Alliance Foreclosure Services (and Bobs LLC), Los Angeles Superior Court Case No. 21STCV30513 was filed on August 19, 2021. This counsel filed defective documents in support of the TRO application as noted in the Minute Orders for hearings on August 20 and 23, 2021, resulting in denial of the TRO for defects in notice and the failure to cite any relevant authority in the supporting memorandum of points and authorities. The second TRO hearing was outright denied on August 23, 2021, the day before the foreclosure sale. This attorney Matthew Mulhofer was referred to Debtor by Thomas Testa, the loan broker unable to procure the loan for the Oro Vista project through that date. Mr. Mulhofer referred debtor to a proposed Chapter 11 attorney, who waited until 8:00 p.m. on August 23, 2021 and then refused to file the emergency Chapter 11 Petition, unless Debtor agreed to sell 2929 Amethyst to a buyer procured by that counsel. Attorney Donna Bullock was then retained and filed the emergency petition on August 24, 2021, and gave notices to the foreclosure Trustee and the creditor to stop the foreclosure auction sale now postponed until September 10, 2021.

Debtor took all appropriate actions to avoid the foreclosure, and was forced into this Chapter 11 by the foreclosing creditor.

STRUCTURE AND PRIOR OPERATIONS OF DEBTOR

Jinzheng Group (USA) LLC ("DIP") is a California Limited Liability Company ("LLC"), engaged in the business of real estate development. It has 3 managing members, Betty Zheng, Jianqing Yang and Betula Lenta, a California corporation. DIP was registered as an LLC on May 25, 2016, and has been successfully engaged in business until certain major problems arose as a direct result of the Coronavirus pandemic.

Member Jianqing Yang is a successful real estate developer and businessman based in Beijing. Prior to the pandemic, Mr. Yang visited the United States regularly and was available in the event that an infusion of cash as necessary for the proposed development of multiple real estate investments owned by Jinzheng Group. However, the Coronavirus hit China much earlier than it did in the United States, and there was a complete lock-down much more severe and months before the March 2020 "stay at home" orders in California which impacted the real estate market and real estate financing availability. Mr. Yang's business investments in China were in the retail and hospitality industries, and with the Chinese government enforcement lock-down the income from his businesses was severely impacted, further limited his ability to fund the projects for Jinzheng Group in California. Further, China imposed new restrictions on the transfer of cash from China to the United States, and most importantly the United States closed all travel between China and the United States. Mr. Yang has not been permitted to either enter the United States and continue his regular visits benefit the Debtor with his experience or participation in the Jinzheng Group's projects, and has not been able to continue to bring in cash for that purpose.

Manager Betty Zheng is a real estate licensee, and has been managing the Jinzheng Group's real estate development projects. Bett.y Zheng's contact information is: 100 E. Huntington Dr., Ste. 207, Alhambra, CA 91801, Telephone No. (626) 255-8722.

Betula Lenta is a California corporation engaged in real estate development and is also a co-managing member of the Debtor. It's contact information is: 800 W. 6th St., Ste. 1250, Los Angeles, CA 90017, Telephone No. (213) 634-2642

All members and managers are experienced and successful in real estate development.