# DONNA BULLOCK
***Attorney at Law***
800 W. 6th Street, Suite 1250
Los Angeles, CA 90017
Telephone: (562) 726-0778 - Facsimile: (562) 683-0319
donnabullockcarrera@yahoo.com
donna.bullock@ymail.com

ATTORNEY PROFILE
Trial and transactional attorney with extensive experience in commercial business and bankruptcy reorganization, real estate, purchase and sales, zoning and entitlements, contracts, title, secured transactions, unlawful detainer, construction, mechanic's liens and judgment enforcement.
Civil and criminal Jury and bench trials, with successful published appellate decisions.
Licensed to practice law in California.

**WORK EXPERIENCE**
2005 to date Law Offices of Donna Bullock
*Attorney*
Real estate, business and civil litigation.  Bankruptcy reorganization.
Established criminal defense practice, with interest in civil rights advocacy.
Legal research, drafting pleadings, plan and conducting discovery, intensive document review, contract rights analysis, correspondence and opinion memoranda.
   My practice experience includes business reorganization of real estate asset-based companies and related bankruptcy cases,  litigation, real estate negotiations relating to contracts, acquisitions, entitlements, zoning, development, leasing and title.
   Case management, case analysis for litigation and discovery planning; directing case investigations; court and administrative appearances in civil, criminal matters and administrative hearings in state and federal courts; mediations; trial preparation and 'first chair' trial counsel.
   I represented the successful Plaintiff's in jury trial and verdict, through appeal, and denial of Defendants' Supreme Court Petition for review in Kim vs. Lee (2021) Cal. App. Unpub. LEXIS 3469, 2021 WL 2133484, Review denied by Kim v. Lee, 2021 Cal. LEXIS 5879 (Cal., Aug. 18, 2021). We prevailed after 30+ day jury trial on causes of action for common law Fraud-Intentional Concealment against Seller in a real estate sale of a low income, rent controlled apartment building, and judgment on general contractor's breach of contract claim. Full recovery of attorneys' fees and costs on the fraud cause of action.

April 2010 to April 2012 Cole Commercial Construction, Los Angeles
*Legal Counsel*
   Legal advisor to successful commercial developer, relating to real estate development, property management including commercial leasing, unlawful detainer and construction.
   I represented the successful party Plaintiff developer in trial obtaining a $1.2 million civil judgment, and gained a published appellate opinion on a trial practice issue in the case entitled Colony Bancorp of Malibu v. Patel (2012) 204 Cal.App.4th 410.  I also prevailed for my clients in the same case on a post-judgment third party claim trial defeating Defendants' fraudulent conveyance of property.  I located the fraudulently conveyed assets, performed all judgment enforcement and collected 100% of the judgment and attorney's fees awards, in a case over breach of a commercial hotel lease.
   I made court appearances for trials, law & motion and administrative hearings. Negotiated & drafted leases, contracts and settlement agreements. Case Management, document review and analysis, opinion memoranda, legal research, mediations, labor hearings, discovery and general counsel duties.

2000-2004 Family Law Associates, Inc. Los Angeles
*Staff Attorney*

   I worked as a pro bono staff counsel responsible for case preparation, file management and full case authority for a high volume, public service, non-profit firm. Litigation and negotiation of family law and child custody cases in the Los Angeles County Superior Courts. General civil litigation.

   Intake and interview of clients and witnesses, drafting all pleadings and filings; legal research, document review, investigations, discovery, mediations, trials and interim hearings. Labor hearings, arbitration & judgment enforcement.

1994-2000 Law Office of Donna Bullock Carrera, West Los Angeles
*Attorney*

   Conducted civil litigation of real estate, general business, unlawful detainer and bankruptcy litigation matters for my sole practice.  I worked with the Law Offices of Ira Benjamin Katz and the Law Offices of Illyssa Fogel, both well-known bankruptcy counsel in Century City.

  I did jury and bench trials, regularly performing law and motion hearings, managed discovery preparation and compliance, performed depositions and trial preparation. I also acted as advisor to real estate developers, participated in business reorganization bankruptcy cases, bankruptcy litigation, managed purchase and sale transactions, reviewed title, interfacing with brokers, builders and contractors.

   Drafted leases, purchase and sale, operating agreements, leases, contracts and settlement documents. Conducted mediations, administrative and labor hearings.

  Document review, contract rights analysis and opinion letters, negotiations and transactional documentation. In addition to my practice, I was also employed on a regular project and contract basis for the Law Office of David M. Browne, Weinstock & Feinberg and Mindel & Klein, among others.

1991-1993 Sherwood & Hardgrove, Brentwood
Associate Attorney

   Associate counsel for in-house law firm representing one of the largest real estate brokerage firms in Los Angeles & entities which own regional malls and commercial retail centers. Conducted litigation and contract negotiations with large real estate brokerage defense case load;  commercial leasing, and transfer disclosure claims & litigation.  I was primarily assigned the bankruptcy creditors motions and proceedings.

  I would conduct case management, legal research, law and motion, discovery, depositions, document review, drafting of pleadings, mediations and court appearances.

 I did negotiations for real estate transfer transactions, title issues and commercial leasing. General civil litigation in real estate, contract cases, unlawful detainer, commercial lease litigation, judgment enforcement and bankruptcy litigation.

1988-1991 United States Equal Employment Opportunity Commission, Los Angeles
*Senior Trial Counsel-GS-13*

   Government federal prosecutor for the EEOC/US Civil Rights Commission, on cases involving violations by major employers under the Civil Rights Act of 1964 and related federal statutes in labor and employment law.

   Admitted to the United States Central District Court, performing pre-trial and law & motion proceedings.

   I received a Performance Commendation Award for courtroom and investigatory excellence.

   I also did document review, litigation case management, regulatory compliance, legal research, drafting Cause Review memoranda, drafting discovery plan approval memoranda and litigation recommendations.

1986-1987 Anaheim City Attorney, Anaheim
*Criminal Trial Deputy*
Misdemeanor criminal prosecutor, conducting jury and bench trials. Police liaison. Arrest, charging & search warrant review and approval.

   Donna Bullock – Resume Page 2

**Education and Achievements:**

2021 Screen credit as consultant in a documentary film on the subject of civil rights: "Minnesota: The New Selma"
(Winner of 10 film festival awards for best documentary and best director)

2020 and 2021 Lawyers of Distinction Award

2016 and 2017 UCI Mock Trial Competition – Judge participant

1996-1998 Judge Pro Tempore, once monthly from 1996-1998, Southeast Superior Court (Norwalk) Department A

1990 Admission to United States District Court, Central District
1989 EEOC Performance Commendation Award for Outstanding Job Performance
1988 National Institute of Trial Advocacy
1983 Admission to the California State Bar, #109223

1980-1983 Western State University, College of Law Fullerton Juris Doctor
   Graduated with honors
   including 'Scholastic Merit'
1983 Don Program Director
American Jurisprudence Award in Business Organization

1977-1980 University of California, Irvine
**Bachelor of Arts in Economics**
Dean's List - Student Counsel - Gamma Phi Beta Sorority Chairperson – UCI Cheerleader

**Appellate Opinions:**

Colony Bancorp of Malibu vs. Patel (2012) 204 Cal.App.4th 410
Counsel for successful party Plaintiff & full recovery of $1.2 million
dollar judgment, and 100% of all fees and costs.

Kim vs. Lee (2021) Cal. App. Unpub. LEXIS 3469, 2021 WL 2133484, Review denied by Kim v. Lee, 2021 Cal. LEXIS 5879 (Cal., Aug. 18, 2021).
   Trial counsel for Plaintiffs winning a $1.5 million fraud and breach of contract judgment,
   Affirmed on appeal, and upon denial of Defendants' Supreme Court Petition for rehearing