EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1   JINZHENG GROUP (USA) LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **Central District of California**

Case number:  **21–16674**

FILED

**U.S. Bankruptcy Court
Central District of California**

2/3/2022

**Kathleen J. Campbell, Clerk**

Official Form 410
## Proof of Claim

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

The Phalanx Group

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

The Phalanx Group

Name

424 E. 15th St Ste 10
Los Angeles, CA 9001

Contact phone _____ 2134948542 _____

Contact email _____ anthony@phalanx.group _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

Where should payments to the creditor be sent? (if different)

Name

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
                                                                                         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

| | |
|---|---|
| 7. **How much is the claim?** | $  158845.00   **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

services performed

9. **Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $ _____

**Amount of the claim that is secured:**    $ _____

**Amount of the claim that is unsecured:**    $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $ _____

**Annual Interest Rate** (when case was filed)    _____ %

☐  Fixed
☐  Variable

10. **Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11. **Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

---

Official Form 410    Proof of Claim    page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No<br>☐ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|---|
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | | $ _____ |
| | | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☒  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date       2/3/2022
                        _____
                        MM / DD / YYYY

/s/  Anthony Rodriguez
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Anthony Rodriguez |
|---|---|
| | First name    Middle name    Last name |
| Title | President |
| Company | The Phalanx Group |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 424 E 15th St Ste 10 |
| | Number   Street |
| | Los Angeles, CA 90015 |
| | City  State  ZIP Code |
| Contact phone | 2134948542       Email   anthony@phalanx.group |

## SECURITY CONSULTING CONTRACT

**The Phalanx Group, Inc.**
500 Ximeno Ave., #322
Long Beach, CA 90804
Tel:  (213) 494-8542

**Name of Client:**
Jinzheng Group (USA) LLC
100 Huntington Dr., Ste. 207
Alhambra, CA 91801

**Job Site Address:**
2929 Amethyst St., Los Angeles, CA

This AGREEMENT is effective as of May 1, 2019  between The Phalanx Group, Inc. "Security Company"), a California corporation and Jinzheng Group (USA) LLC, ("Client").

### Recitals

Security Consultant operates a business of providing security recommendations and management services of security related matters.

Client is the owner of 30 + acres of vacant land, comprising a proposed housing development, and other properties, with full rights to protect the property commonly known as 2929 Amethyst St., Los Angeles, CA, ("Client's property").

Security consultant desires to provide security and patrol services recommendation to Client at Client's property and Client desires to obtain such services from Security Company.

All physical security services request by Client will be provided by a third party Security company and managed by Security Consultant on behalf of Client

THEREFORE, in consideration of the mutual promises set forth below, the parties agree as follows:

Term of Agreement

1.  The term of this agreement shall begin on May 1, 2019, and shall continue in full force and effect until it is terminated by 30 days written notice from either party to the other. The properties for which services are provided will include 2929 Amethyst, and other properties as listed in Exhibit "A" attached hereto, and/ or as the may designate in writing as required.

Furnishing of Guards

2. Security Consultant shall provide the following scope of the services:

-Work with the design team as requested on incorporating security systems at the site during the construction phase and provide suggestions on permanent fixtures such as lighting, perimeter fencing, access control, etc...

-Act as a liaison between the project leadership team and adjacent residential property owners, trying to develop amicable relationships between both parties

-Assess and mitigate the gang activity surrounding the project

-Liaison with LADBS and LAPD regarding property Maintenance and trespassing matters

-Provide two daily property visits

-Emergency response to site representing project leadership as the point of contact for First responders

4.  Security Personnel Duties.

        (a)      The agreed-upon bill rate is $125 an hour for 84 monthly hours of services as listed above ($10,500 a month). This does not include additional expenses such as locks, signage, gate repairs, solar security lighting, for which Security Company shall be reimbursed by Client upon request.  The exact number, principal posts, and hours of duty of the security personnel shall be as stipulated from time to time by Client.  The specific duties of the security personnel shall be as follows, as modified from time to time by written instructions from time to time by Client:

        (b)      The security consulting services provided for by this agreement shall be performed by qualified, efficient, and discreet employees maintaining a professional demeanor at all times in strict accordance with the recognized best practices and with the standards and special instructions issued by Client.

        (c)      If for any reason Client believes that any employee of Security Consultant is not properly carrying out his or her duties, Security Consultant shall immediately remove that employee from the performance of the services to be provided under this agreement and simultaneously substitute another employee.

        (d)      Security Consultant shall have available by telephone a live supervisor 24 hours a day, seven days a week, who can be reached by the guards on duty and Client.

        (e)      In the event a guard on duty observes any suspicious criminal activity, bomb threats, evidence of actual or impending theft or damage to property, or evidence of actual or impending harm to persons on Client's property, the guard shall immediately notify appropriate local law enforcement agencies, supervisory personnel of Security Company, Security Consultant and Client.

      (f)     All personnel furnished by Security Consultant will be employees of a third-party Security Company and shall at all times be subject to the direct supervision and control of the Security Consultant. Security Company shall have the sole responsibility of paying the salaries, taxes (including, but not limited to, federal social security taxes and federal and California unemployment taxes), and all other expenses relating to each employee of Security Company.

Compensation

5. (a) For the services agreed to be performed, Client shall pay Security Consultant at the rate of $125.00 per hour per person. However, the overtime rate of time and a half shall be charged if Client requests that a specific employee of Security Consultant work more than 40 hours in any one work week, for all services on all legal holidays, and whenever required by law.

(b) The compensation in subparagraph (a) is based on the present wage scale for employees of Security Consultant and on the existing rates of federal, state, city, and county taxes, among other things. In the event of any increase or decrease in the wage scale or in the aforementioned taxes, or upon adjustment of the billable hourly rate customarily charged by the Security Consultant, the compensation to be paid Security Consultant by Client shall be adjusted accordingly. The adjustment shall be operative no sooner than 10 days from the date Client receives notice of the increase or decrease, provided that in the event of an increase, Client shall have the right to terminate this agreement prior to the commencement date of the increased rates, with termination to be effective on written notice to Security Consultant.

(c) Security Consultant shall furnish Client with monthly billing for services in carrying out the terms of this agreement.

(d) At the end of each month Security Consultant shall send to Client a statement showing the amount of compensation due it for services performed during that month. Client shall make payment within 10 days of the billing date.

(e)  In the event that Client fails to pay for ongoing services, Security Consultant shall have the right to stop services upon notice to Client and terminate this agreement, with termination to be effective upon written notice to Client.

Hiring Security's Employees

8. Client agrees that it shall not, either during the term of this agreement or for a period of one year following its termination, hire for its own employment any of the employees of Security Consultant who performed services at any time in carrying out the terms of this agreement.

Compliance With Applicable Statutes, Ordinances, and Regulations

9. In performing the services required of it under this agreement, Security Consultant shall comply with all applicable federal, state, county, and city statutes, ordinances, and regulations.

Excusable Delays and Failures

11. Neither party shall be liable for any delay or failure in its performance under this contract (except for payment obligations) caused by events beyond the reasonable control of the party,

including, but not limited to, terrorism, war, riots, labor strikes, interruption of utility services, fires, floods, earthquakes, and other natural disasters.

Entire Agreement

12. This contract supersedes any and all other agreements, either oral or in writing, between the parties with respect to the subject of this contract. This contract contains all of the covenants and agreements between the parties with respect to the subject of this contract, and each party acknowledges that no representations, inducements, promises, or agreements have been made by or on behalf of any party except the covenants and agreements embodied in this contract. Any agreement, statement, or promise not contained in this contract shall not be valid or binding between the parties with respect to the subject of this contract, except for a subsequent written modification signed by the party to be charged.

Amendment of Contract

13. This contract may be amended or modified at any time with respect to any provision by a written instrument executed by Security Consultant and Client.

Successors and Assigns

14. Neither party may assign or transfer this agreement, in whole or in part, without the prior written consent of the other party. This agreement shall be binding on, and inure to the benefit of, each party's heirs, executors, administrators, successors, and permitted assigns.

Arbitration

15. Any dispute arising under this contract shall be settled by arbitration in accordance with [specify method of arbitration or refer to specific rules, e.g., the Commercial Arbitration Rules of the American Arbitration Association], and judgment on the award rendered by the Arbitrator may be entered in any court having jurisdiction.

Attorneys' Fees

16. If any legal action, including arbitration, is brought to enforce or interpret the provisions of this contract, the prevailing party shall be entitled to recover reasonable attorneys' fees from the other party. These fees, which may be set by the court in the same action or in a separate action brought for that purpose, are in addition to any other relief to which the prevailing party may be entitled.

Notices

17. Any notice required or permitted to be given under this contract shall be written, and may be given by personal delivery or by registered or certified mail, first-class postage prepaid, return receipt requested. Notice shall be deemed given upon actual receipt in the case of personal

delivery, or upon mailing. Mailed notices shall be addressed as follows, but each party may change address by written notice in accordance with this paragraph:

To Security Consultant at:
The Phalanx Group, Inc.
500 Ximeno Ave., #322
Long Beach, CA 90804
Tel:  (213) 494-8542

To Client at:
Jinzheng Group (USA) LLC
100 Huntington Dr., Ste. 207
Alhambra, CA 91801

Governing Law

18. This contract shall be governed by and construed in accordance with the laws of California.

SECURITY CONSULTANT

The Phalanx Group, Inc.

By _____   Dated: 5/1/2019
    Anthony Rodriguez, its President

CLIENT

Jinzheng Group (USA) LLC

By _____   Dated: 8-1-2019
    Betty Zheng, its Manager

## Exhibit A

Additional Properties

1. 2600 N Sierra Street, Los Angeles, CA   90031.   APN: 5209-005-003

2. 2602 N. Lincoln Park Ave, Los Angeles, CA   90031.   APN: 5208-025-014

3. 2526-2528 N. Lincoln Park Ave, 3620 E Inyo Street, & 2525 N Sierra Street, Los Angeles, CA   90031.   APN: 5208-025-001

4. 2520-2522 1/2 N. Lincoln Park Ave & 2521 N Sierra Street, Los Angeles, CA 90031.   APN: 5208-025-002

SECURITY CONSULTANT

The Phalanx Group, Inc.

By _____

Anthony Rodriguez, its President

CLIENT

Jinzheng Group (USA) LLC

By _____

Betty Zheng, its Manager

# The Phalanx Group Inc

**Type: All transactions · Status: All statuses · Delivery method: Any · Name: BETULA LENTA INC · Date: All dates**

| Date | Type | No. | Memo | Due date | Balance | Total | Status |
|------|------|-----|------|----------|---------|-------|--------|
| 05/01/2019 | Invoice | 1011 | | 05/16/2019 | $0.00 | $9,913.00 | Paid |
| 05/20/2019 | Payment | | | 05/20/2019 | $0.00 | -$9,913.00 | Closed |
| 06/01/2019 | Invoice | 1012 | | 06/16/2019 | $0.00 | $10,892.00 | Paid |
| 06/17/2019 | Payment | | | 06/17/2019 | $0.00 | -$10,892.00 | Closed |
| 07/01/2019 | Invoice | 1014 | | 07/16/2019 | $0.00 | $10,704.00 | Paid |
| 07/31/2019 | Payment | | | 07/31/2019 | $0.00 | -$10,704.00 | Closed |
| 08/01/2019 | Invoice | 1016 | | 08/16/2019 | $0.00 | $10,704.00 | Paid |
| 08/26/2019 | Payment | | | 08/26/2019 | $0.00 | -$10,704.00 | Closed |
| 09/02/2019 | Invoice | 1019 | | 09/02/2019 | $0.00 | $12,570.00 | Paid |
| 09/30/2019 | Payment | | | 09/30/2019 | $0.00 | -$12,570.00 | Closed |
| 10/01/2019 | Invoice | 1021 | | 10/16/2019 | $0.00 | $13,804.00 | Paid |
| 11/04/2019 | Invoice | 1023 | | 11/19/2019 | $0.00 | $10,954.00 | Paid |
| 12/06/2019 | Invoice | 1024 | | 12/21/2019 | $0.00 | $10,954.00 | Paid |
| 01/01/2020 | Invoice | 1027 | | 01/16/2020 | $5,311.00 | $10,954.00 | Overdue |
| 02/05/2020 | Invoice | 1029 | | 02/20/2020 | $10,954.00 | $10,954.00 | Overdue |
| 03/04/2020 | Invoice | 1030 | | 03/20/2020 | $10,954.00 | $10,954.00 | Overdue |
| 04/07/2020 | Invoice | 1033 | | 04/22/2020 | $10,954.00 | $10,954.00 | Overdue |
| 05/01/2020 | Invoice | 1036 | | 05/16/2020 | $10,954.00 | $10,954.00 | Overdue |
| 06/02/2020 | Invoice | 1037 | | 06/17/2020 | $10,954.00 | $10,954.00 | Overdue |
| 07/01/2020 | Invoice | 1038 | | 07/16/2020 | $10,954.00 | $10,954.00 | Overdue |
| 08/01/2020 | Invoice | 1039 | | 08/16/2020 | $10,954.00 | $10,954.00 | Overdue |
| 08/21/2020 | Payment | | | 08/21/2020 | $0.00 | -$4,000.00 | Closed |
| 09/01/2020 | Invoice | 1040 | | 09/16/2020 | $10,954.00 | $10,954.00 | Overdue |
| 10/01/2020 | Invoice | 1041 | | 10/16/2020 | $10,954.00 | $10,954.00 | Overdue |
| 11/01/2020 | Invoice | 1042 | | 11/16/2020 | $10,954.00 | $10,954.00 | Overdue |
| 12/01/2020 | Invoice | 1043 | | 12/16/2020 | $10,954.00 | $10,954.00 | Overdue |
| 12/28/2020 | Payment | | | 12/28/2020 | $0.00 | -$5,000.00 | Closed |
| 01/01/2021 | Invoice | 1044 | | 01/16/2021 | $3,500.00 | $3,500.00 | Overdue |
| 01/19/2021 | Payment | | | 01/19/2021 | $0.00 | -$4,500.00 | Closed |
| 02/01/2021 | Invoice | 1045 | | 02/16/2021 | $3,500.00 | $3,500.00 | Overdue |
| 02/17/2021 | Payment | | | 02/17/2021 | $0.00 | -$304.00 | Closed |
| 02/17/2021 | Payment | | | 02/17/2021 | $0.00 | -$4,196.00 | Closed |
| 03/01/2021 | Invoice | 1046 | | 03/16/2021 | $3,815.00 | $3,815.00 | Overdue |
| 03/15/2021 | Payment | | | 03/15/2021 | $0.00 | -$3,815.00 | Closed |
| 04/01/2021 | Invoice | 1047 | | 04/16/2021 | $3,500.00 | $3,500.00 | Overdue |
| 04/09/2021 | Payment | | | 04/09/2021 | $0.00 | -$2,943.00 | Closed |
| 04/09/2021 | Payment | | | 04/09/2021 | $0.00 | -$2,872.00 | Closed |
| 05/01/2021 | Invoice | 1048 | | 05/16/2021 | $3,500.00 | $3,500.00 | Overdue |
| 05/10/2021 | Payment | | | 05/10/2021 | $0.00 | -$4,500.00 | Closed |
| 06/01/2021 | Invoice | 1049 | | 06/16/2021 | $3,725.00 | $3,725.00 | Overdue |
| 06/14/2021 | Payment | | | 06/14/2021 | $0.00 | -$3,582.00 | Closed |
| 06/14/2021 | Payment | | | 06/14/2021 | $0.00 | -$1,143.00 | Closed |
| 07/01/2021 | Invoice | 1050 | | 07/16/2021 | $3,500.00 | $3,500.00 | Overdue |
| 08/01/2021 | Invoice | 1051 | | 08/16/2021 | $3,500.00 | $3,500.00 | Overdue |
| 08/09/2021 | Payment | | | 08/09/2021 | $0.00 | -$4,500.00 | Closed |
| 09/01/2021 | Invoice | 1052 | | 09/16/2021 | $0.00 | $3,500.00 | Paid |
| 09/01/2021 | Invoice | 1053 | Voided | 09/16/2021 | $0.00 | $0.00 | Voided |
| 10/01/2021 | Invoice | 1054 | | 10/16/2021 | $0.00 | $3,500.00 | Paid |
| 10/05/2021 | Payment | | | 10/05/2021 | $0.00 | -$3,500.00 | Closed |
| 10/05/2021 | Payment | | | 10/05/2021 | $0.00 | -$3,500.00 | Closed |
| 11/01/2021 | Invoice | 1055 | | 11/16/2021 | $3,500.00 | $3,500.00 | Overdue |

# The
# PHALANX
# Group

1252 Rimpau Blvd, Los Angeles CA, 90019
Telephone: 213-494-8542
info@phalanxps.com

**Date: 4/29/2019**

**Invoice for payment**

**Total Amount due: $9913.00**

## Summary of service charges:

| | |
|---|---|
| **Client:** | Betula Lenta, Inc. |
| | 800 W. 6th St. Suite 1250 |
| | Los Angeles, CA 90017 |

**Service type**:            Security Consulting

**Project Location**:        2929 Amethyst Street
                            Los Angeles, CA 90032

**Service detail:**          Retainer fees for May 1, 2019 – May 31, 2019

**Service Fee:**             $ 9,913.00

**Additional Fees:**         $0

**Total amount due:**        **$9913.00**

**Please make check payable to:**

**THE PHALANX GROUP INC.**
**1252 S. Rimpau Blvd**
**Los Angeles, CA 90019**

**The Phalanx Group Inc**
500 Ximeno Ave Apt. 322
Long Beach, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# Invoice

**BILL TO**
Mr. David Park
Betula Lenta Inc.
800 W 6th St
Suite 1250
Los Angeles CA, 90017
United States

**INVOICE #** 1012
**DATE** 06/01/2019
**DUE DATE** 06/16/2019
**TERMS** Net 15

| DATE | ACTIVITY | DESCRIPTION | AMOUNT |
|------|----------|-------------|--------|
| 06/01/2019 | **Services** | Security Consultant retainer<br>June 2019<br>2929 Amethyst St. Project | 10,892.00 |

BALANCE DUE **$10,892.00**

**The Phalanx Group Inc**
500 Ximeno Ave Apt. 322
Long Beach, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# Invoice

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1014 |
| **DATE** | 07/01/2019 |
| **DUE DATE** | 07/16/2019 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Consultant Retainer fees<br>July 2019<br>2929 Amethyst St. | 10,704.00 |

BALANCE DUE  **$10,704.00**

**The Phalanx Group Inc**
500 Ximeno Ave Apt. 322
Long Beach, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# Invoice

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1016 |
| **DATE** | 08/01/2019 |
| **DUE DATE** | 08/16/2019 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Consultant Retainer fee August 2019 2929 Amethyst Project | 10,704.00 |

BALANCE DUE **$10,704.00**

**The Phalanx Group Inc**
500 Ximeno Ave Apt. 322
Long Beach, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

**INVOICE #** 1019
**DATE** 09/02/2019
**DUE DATE** 09/02/2019

| ACTIVITY | DESCRIPTION | AMOUNT |
|----------|-------------|--------|
| **Services** | Security Consultant Retainer fee September 2019 2929 Amethyst Project | 12,570.00 |

| | BALANCE DUE | **$12,570.00** |
|--|-------------|-----------------|

**The Phalanx Group Inc**
500 Ximeno Ave Apt. 322
Long Beach, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1021 |
| **DATE** | 10/01/2019 |
| **DUE DATE** | 10/16/2019 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| **Services** | Security Consultant Retainer fee October 2019 | | 13,804.00 |
| | 2929 Amethyst Project | PAST DUE | |

| | |
|---|---|
| BALANCE DUE | **$13,804.00** |

**The Phalanx Group Inc**
500 Ximeno Ave Apt. 322
Long Beach, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | | |
|---|---|---|
| **INVOICE #** | 1023 |
| **DATE** | 11/04/2019 |
| **DUE DATE** | 11/19/2019 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Consultant Retainer fee November 2019 2929 Amethyst Project | 10,954.00 |

| | |
|---|---|
| BALANCE DUE | **$10,954.00** |

**The Phalanx Group Inc**
500 Ximeno Ave Apt. 322
Long Beach, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1024 |
| **DATE** | 12/06/2019 |
| **DUE DATE** | 12/21/2019 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Consultant Retainer fee December 2019 2929 Amethyst Project | 10,954.00 |

BALANCE DUE  **$10,954.00**

**The Phalanx Group Inc**
500 Ximeno Ave Apt. 322
Long Beach, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1027 |
| **DATE** | 01/01/2020 |
| **DUE DATE** | 01/16/2020 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Consultant Retainer fee January 2020 2929 Amethyst Project | 10,954.00 |

BALANCE DUE            **$10,954.00**

**The Phalanx Group Inc**
500 Ximeno Ave Apt. 322
Long Beach, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1029 |
| **DATE** | 02/05/2020 |
| **DUE DATE** | 02/20/2020 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Consultant Retainer fee February 2020 2929 Amethyst Project | 10,954.00 |

BALANCE DUE                **$10,954.00**

**The Phalanx Group Inc**
500 Ximeno Ave Apt. 322
Long Beach, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

**INVOICE #** 1030
**DATE** 03/04/2020
**DUE DATE** 03/20/2020
**TERMS** Net 15

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Consultant Retainer fee March 2020 2929 Amethyst Project | 10,954.00 |

BALANCE DUE **$10,954.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

**INVOICE #** 1033
**DATE** 04/07/2020
**DUE DATE** 04/22/2020
**TERMS** Net 15

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Consultant retainer April 2020 | 10,954.00 |

BALANCE DUE **$10,954.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

**INVOICE #** 1036
**DATE** 05/01/2020
**DUE DATE** 05/16/2020
**TERMS** Net 15

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Consultant retainer May 2020 | 10,954.00 |

BALANCE DUE **$10,954.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1037 |
| **DATE** | 06/02/2020 |
| **DUE DATE** | 06/17/2020 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Consultant retainer June 2020 | 10,954.00 |

BALANCE DUE **$10,954.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1038 |
| **DATE** | 07/01/2020 |
| **DUE DATE** | 07/16/2020 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Consultant retainer July 2020 | 10,954.00 |

BALANCE DUE **$10,954.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

**INVOICE #** 1039
**DATE** 08/01/2020
**DUE DATE** 08/16/2020
**TERMS** Net 15

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security consultant retainer August 2020 | 10,954.00 |

BALANCE DUE **$10,954.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

**INVOICE #** 1040
**DATE** 09/01/2020
**DUE DATE** 09/16/2020
**TERMS** Net 15

| ACTIVITY | DESCRIPTION | AMOUNT |
|----------|-------------|--------|
| **Services** | Security consultant retainer fee Sept. 2020 | 10,954.00 |

| | BALANCE DUE | **$10,954.00** |
|--|-------------|-------------|

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1041 |
| **DATE** | 10/01/2020 |
| **DUE DATE** | 10/16/2020 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security contsultant retainer fee Oct 2020 | 10,954.00 |

BALANCE DUE **$10,954.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1042 |
| **DATE** | 11/01/2020 |
| **DUE DATE** | 11/16/2020 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security consultant retainer fee Nov 2020 | 10,954.00 |

BALANCE DUE  **$10,954.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

**INVOICE #** 1043
**DATE** 12/01/2020
**DUE DATE** 12/16/2020
**TERMS** Net 15

| ACTIVITY | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| **Services** | Security consultant retainer fee | 10,954.00 |

BALANCE DUE **$10,954.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1044 |
| **DATE** | 01/01/2021 |
| **DUE DATE** | 01/16/2021 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security retainer fee Jan 2021 | 3,500.00 |

BALANCE DUE **$3,500.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

**INVOICE #** 1045
**DATE** 02/01/2021
**DUE DATE** 02/16/2021
**TERMS** Net 15

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Retainer fee Feb 2021 | 3,500.00 |

BALANCE DUE **$3,500.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

**INVOICE #** 1046
**DATE** 03/01/2021
**DUE DATE** 03/16/2021
**TERMS** Net 15

| ACTIVITY | DESCRIPTION | AMOUNT |
|----------|-------------|--------|
| **Services** | Security Retainer fee March 2021 | 3,500.00 |
| **Services** | No tresspasing Signage | 315.00 |

BALANCE DUE **$3,815.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1047 |
| **DATE** | 04/01/2021 |
| **DUE DATE** | 04/16/2021 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Oro Vista<br>Security Consultant retainer<br>April 2021 | 3,500.00 |

BALANCE DUE     **$3,500.00**

**The Phalanx Group Inc**
500 Ximeno Ave, Apt. 303
LONG BEACH, CA  90814 US
213-494-8542
arodriguez@phalanxps.com
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

**INVOICE #** 1048
**DATE** 05/01/2021
**DUE DATE** 05/16/2021
**TERMS** Net 15

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Retainer fee May 2021 | 3,500.00 |

BALANCE DUE **$3,500.00**

**The Phalanx Group Inc**
424 E 15th St Ste 10
Los Angeles, CA  90015 US
213-494-8542
anthony@phalanx.group
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

**INVOICE #** 1049
**DATE** 06/01/2021
**DUE DATE** 06/16/2021
**TERMS** Net 15

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Consulatnt retainer fee June 2021 Oro Vista Project | 3,725.00 |

BALANCE DUE    **$3,725.00**

**The Phalanx Group Inc**
424 E 15th St Ste 10
Los Angeles, CA  90015 US
213-494-8542
anthony@phalanx.group
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1050 |
| **DATE** | 07/01/2021 |
| **DUE DATE** | 07/16/2021 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Oro Vista<br>Security Retainer fees<br>July 2021 | 3,500.00 |

BALANCE DUE **$3,500.00**

**The Phalanx Group Inc**
424 E 15th St Ste 10
Los Angeles, CA  90015 US
213-494-8542
anthony@phalanx.group
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1051 |
| **DATE** | 08/01/2021 |
| **DUE DATE** | 08/16/2021 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|
| **Services** | Security Retainer fee August 2021 Oro Vista | 3,500.00 |

BALANCE DUE **$3,500.00**

**The Phalanx Group Inc**
424 E 15th St Ste 10
Los Angeles, CA  90015 US
213-494-8542
anthony@phalanx.group
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1052 |
| **DATE** | 09/01/2021 |
| **DUE DATE** | 09/16/2021 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| **Services** | Security Consulting & site security monthly fee Oro Vista Project (2929 Amethyst St) September 2021 | | 3,500.00 | 3,500.00 |

BALANCE DUE                                    **$3,500.00**

**The Phalanx Group Inc**
424 E 15th St Ste 10
Los Angeles, CA  90015 US
213-494-8542
anthony@phalanx.group
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

**INVOICE #** 1053
**DATE** 09/01/2021
**DUE DATE** 09/16/2021
**TERMS** Net 15

| ACTIVITY | DESCRIPTION | AMOUNT |
|----------|-------------|-------:|
| **Services** | Pass Due amount Payment | 1,000.00 |

BALANCE DUE **$1,000.00**

**The Phalanx Group Inc**
424 E 15th St Ste 10
Los Angeles, CA  90015 US
213-494-8542
anthony@phalanx.group
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1054 |
| **DATE** | 10/01/2021 |
| **DUE DATE** | 10/16/2021 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| **Services** | Security Consulting & site security monthly fee Oro Vista Project (2929 Amethyst St) October 2021 | | 3,500.00 | 3,500.00 |

BALANCE DUE **$3,500.00**

**The Phalanx Group Inc**
424 E 15th St Ste 10
Los Angeles, CA  90015 US
213-494-8542
anthony@phalanx.group
www.phalanxps.com

# INVOICE

**BILL TO**

Mr. David Park
Betula Lenta
800 W 6th St
Suite 1250
Los Angeles, CA  90017
United States

| | |
|---|---|
| **INVOICE #** | 1055 |
| **DATE** | 11/01/2021 |
| **DUE DATE** | 11/16/2021 |
| **TERMS** | Net 15 |

| ACTIVITY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| **Services** | Security Consulting & site security monthly fee Oro Vista Project (2929 Amethyst St) November 2021 | | | 3,500.00 |

BALANCE DUE **$3,500.00**

EXHIBIT B

### PHALANX DETECTIVES
**LICENSE NUMBER:** 16797  **LICENSE TYPE:** PRIVATE INVESTIGATOR
**LICENSE STATUS:** CURRENT  **EXPIRATION DATE:** MAY 31, 2022
**SECONDARY STATUS:** N/A
**CITY:** MARINA DEL REY  **STATE:** CALIFORNIA  **COUNTY:** LOS ANGELES  **ZIP:** 90292

### PHALANX EXECUTIVE PROTECTORS
**LICENSE NUMBER:** 11472  **LICENSE TYPE:** PRIVATE PATROL OPERATOR
**LICENSE STATUS:** CANCELLED  **EXPIRATION DATE:** DECEMBER 31, 2009
**SECONDARY STATUS:** N/A
**CITY:** MARINA DEL REY  **STATE:** CALIFORNIA  **COUNTY:** LOS ANGELES  **ZIP:** 90295

### PHALANX INTERNATIONAL
**LICENSE NUMBER:** 120523  **LICENSE TYPE:** PRIVATE PATROL OPERATOR
**LICENSE STATUS:** SUSPENDED NO QUALIFIER  **EXPIRATION DATE:** JANUARY 31, 2023
**SECONDARY STATUS:** N/A
**CITY:** LADERA RANCH  **STATE:** CALIFORNIA  **COUNTY:** ORANGE  **ZIP:** 92694

### PHALANX INTERNATIONAL
**LICENSE NUMBER:** 17947  **LICENSE TYPE:** PRIVATE PATROL OPERATOR
**LICENSE STATUS:** CANCELLED  **EXPIRATION DATE:** DECEMBER 31, 2016
**SECONDARY STATUS:** N/A
**CITY:** BEVERLY HILLS  **STATE:** CALIFORNIA  **COUNTY:** LOS ANGELES  **ZIP:** 90212

### PHALANX INTERNATIONAL
**LICENSE NUMBER:** 6513  **LICENSE TYPE:** PPO BRANCH
**LICENSE STATUS:** EXPIRED  **EXPIRATION DATE:** MAY 31, 2021
**SECONDARY STATUS:** N/A
**CITY:** DANA POINT  **STATE:** CALIFORNIA  **COUNTY:** ORANGE  **ZIP:** 92629

### PHALANX INTERNATIONAL, INC.
**LICENSE NUMBER:** 18121  **LICENSE TYPE:** PRIVATE PATROL OPERATOR
**LICENSE STATUS:** CANCELLED  **EXPIRATION DATE:** JANUARY 31, 2020
**SECONDARY STATUS:** N/A
**CITY:** BEVERLY HILLS  **STATE:** CALIFORNIA  **COUNTY:** LOS ANGELES  **ZIP:** 90212

### PHALANX PROTECTIVE SERVICES
**LICENSE NUMBER:** 119875  **LICENSE TYPE:** PRIVATE PATROL OPERATOR
**LICENSE STATUS:** CURRENT  **EXPIRATION DATE:** SEPTEMBER 30, 2022
**SECONDARY STATUS:** N/A
**CITY:** HUNTINGTON BEACH  **STATE:** CALIFORNIA  **COUNTY:** ORANGE  **ZIP:** 92648

### PHALANX INTERNATIONAL, INC. (PREVIOUS NAME)
**LICENSE NUMBER:** 120523  **LICENSE TYPE:** PRIVATE PATROL OPERATOR
**LICENSE STATUS:** SUSPENDED NO QUALIFIER  **EXPIRATION DATE:** JANUARY 31, 2023
**SECONDARY STATUS:** N/A
**CITY:** LADERA RANCH  **STATE:** CALIFORNIA  **COUNTY:** ORANGE  **ZIP:** 92694

### VICTOR RUBEN DE'MAGNESS (PREVIOUS NAME)
**LICENSE NUMBER:** 16797  **LICENSE TYPE:** PRIVATE INVESTIGATOR
**LICENSE STATUS:** CURRENT  **EXPIRATION DATE:** MAY 31, 2022
**SECONDARY STATUS:** N/A
**CITY:** MARINA DEL REY  **STATE:** CALIFORNIA  **COUNTY:** LOS ANGELES  **ZIP:** 90292