| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher J. Langley – SBN 258851<br>chris@slclawoffce.com<br>SHIODA, LANGLEY & CHANG LLP<br>1063 E. Las Tunas Dr.<br>San Gabriel, CA 91776<br>Tel: (626)281-1232<br>Fax: (626)281-2919<br><br>☒ *Attorney for:* Debtor and Debtor-in-possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: | CASE NO.: 2:21-bk-16674-ER |
|---|---|
| | CHAPTER: 11 |
| JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor in Possession | **NOTICE OF OBJECTION TO CLAIM** |
| | DATE: 03/22/2022<br>TIME: 10:00 am<br>COURTROOM: 1568<br>PLACE: 255 E. Temple St. Los Angeles, CA 90012 |
| Debtor(s). | |

1.  TO *(specify claimant and claimant's counsel, if any)*: Michael Carlin

2.  NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #9 & 10     ) filed in the above referenced case.  The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3.  **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

    **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: 02/18/2022

Shioda Langley & Chang LLP
Printed name of law firm

/s/Christopher J. Langley
Signature

Date Notice Mailed: 02/18/2022

Christopher J. Langley
Printed name of attorney for objector

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 4158 14th Street, Riverside, CA 92501


A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/18/2022    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  02/18/2022   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

 Michael Carlin, PO Box 67132 Century City, CA 90067 (address per proof of claim)
 Honorable Ernest M. Robles, Edward R. Roybal Federal Building, 255 E. Temple Street, Suite 1560, Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


02/18/2022        John Martinez                                          /s/John Martinez
_____    _____    _____
*Date*                      *Printed Name*                                          *Signature*

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 2                               **F 3007-1.1.NOTICE.OBJ.CLAIM**

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 18, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Donna C Bullock**   donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
**Michael F Chekian**   mike@cheklaw.com, chekianmr84018@notify.bestcase.com
**Susan Titus Collins**   scollins@counsel.lacounty.gov
**Jeffrey W Dulberg**   jdulberg@pszjlaw.com
**Richard Girgado**   rgirgado@counsel.lacounty.gov
**M. Jonathan Hayes**   jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
**Christopher J Langley**   chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com
**Benjamin R Levinson**   ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
**Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
**Giovanni Orantes**   go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
**Matthew D. Resnik**   matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
**Allan D Sarver**   ADS@asarverlaw.com
**David Samuel Shevitz**   david@shevitzlawfirm.com,
shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
**United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
**Hatty K Yip**   hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov