Gene H. Shioda – SBN 186780
ghs@slclawoffice.com
Christopher J. Langley – SBN 258851
chris@slclawoffce.com
Steven P. Chang – SBN 221783
schang@slclawoffice.com
**SHIODA, LANGLEY & CHANG LLP**
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
Tel: (626)281-1232
Fax: (626)281-2919

Counsel for Jinzheng Group (USA) LLC
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**OBJECTION AND REQUEST FOR HEARING ON APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEGL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECT AS OF JANUARY 25, 2022** |

　　　　Jinzheng Group (USA) LLC, the chapter 11 debtor and debtor-in -possession (hereafter "Debtor"), herein objects and requests a hearing on the *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of January 25, 2022* [Doc. 98] ("Application") filed by the Official Committee of Unsecured Creditors ("Committee") on February 8, 2022.

1

The Committee includes three members: Betula Lenta, Inc. ("Betula"), Pennington Construction Advisors, Inc. ("Pennington"), and The Phalanx Group, Inc. ("Phalanx"). The Committee seeks to employ Pachulski Stang Ziegl & Jones LLP ("PSZJ") as its counsel pursuant to 11 U.S.C. § 1103(a) and § 327(a). Debtor objects to the Application on two separate grounds.

First, Debtor will be filing a motion to disband the Committee as none of its members are qualified to serve on the Committee. Debtor intends to set that motion for hearing on March 22, 2022. Very generally, Betula is an insider with an unavoidable conflict of interest as Debtor is prosecuting a state court action against Betula and its principals, David Park and Jonathan Pae, for breach of contract, breach of fiduciary duty, negligence, and unfair business practices in *Jinzheng Group (USA), LLC v. Pae et al*, Case No. 22STCV04623, Los Angeles Superior Court ("SC Action"). To the extent that Debtor recovers against Betula in the SC Action, it will benefit the constituency that Betula purports to represent as a Committee member. Pennington is a construction advisor that contracted with Betula (not the Debtor) and was paid directly by Betula. Pennington is not a creditor of the Debtor. Phalanx is a security consulting firm (private patrol operator) that is required by law to have a license with the State of California (Bus. & Prof. Code § 7582.3) and County of Los Angeles (L.A. Municipal Code § 52.34(b)). Phalanx does not appear to have either license. Therefore, Phalanx's contract with Debtor is unlawful and cannot be enforced against Debtor's bankruptcy estate.

Second, Debtor has objected to the proofs of claim filed by the three Committee members. Doc. 107 (Objection to Pennington POC 20), Doc. 113 (Objection to Phalanx POC 17), Doc. 120 (Objection to Betula POC 18). Hearings on those claim objections will be held on March 22, 2022.

Finally, the Committee's employment of PSJZ is unnecessary and unreasonable. The Committee's employment is unnecessary as Debtor has already made substantial progress towards reorganization and will be filing a plan and disclosure statement within two weeks that will pay allowed unsecured claims in full. The plan will be funded by new contributions from Debtor's sole member, Jianqing Yang. The Committee's employment of PSJZ is also unreasonable as PSZJ hourly rates far exceed the reasonable range for a case of this size and complexity. PSZJ's attorneys seek court approval to bill the estate at $975/hr to $1,145/hr. That is more than double

1 the rates charged by Debtor's counsel ($450/hr).  Even PSZJ's paralegals ($495/hr) bill at rates
2 higher than Debtor's counsel.  PSZJ's rates are patently unreasonable for a case of this size and
3 complexity, especially as there appears to be little need for their services.
4     Accordingly, Debtor objects to and requests a hearing on the Application pursuant to Local
5 Bankruptcy Rule 9013(o)(4).  Debtor reserves the right to file a further objection to the
6 Application once it has been set for hearing.

    Respectfully Submitted,

Dated:  February 22, 2022

    /s/Christopher J. Langley
    By: Christopher J. Langley
    Shioda, Langley & Chang LLP
    Attorneys for Debtor and Debtor in Possession

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **4158 14th Street, Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION AND REQUEST FOR HEARING ON APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEGL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECT AS OF JANUARY 25, 2022** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 22, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Donna C Bullock    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- Michael F Chekian    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- Susan Titus Collins    scollins@counsel.lacounty.gov
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- Teddy M Kapur    tkapur@pszjlaw.com, mdj@pszjlaw.com
- Christopher J Langley    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com
- Benjamin R Levinson    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Allan D Sarver    ADS@asarverlaw.com
- David Samuel Shevitz    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐    Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) February 22, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☒    Service information continued on attached page

4

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 22, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 22, 2022 | John Martinez | /s/John Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |