United States Bankruptcy Court

Central District of California

In re:  Case No. 21-16674-ER
JINZHENG GROUP (USA) LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Feb 22, 2022     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JINZHENG GROUP (USA) LLC, 100 E. Huntington Drive, Ste. 207, Alhambra, CA 91801-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

**Name**     **Email Address**

Allan D Sarver
    on behalf of Creditor Investment Management Company LLC ADS@asarverlaw.com

Allan D Sarver
    on behalf of Interested Party Courtesy NEF ADS@asarverlaw.com

Benjamin R Levinson, ESQ
    on behalf of Creditor Michael E. Dorff and Shari L. Dorff ben@benlevinsonlaw.com courtney@benlevinsonlaw.com

Christopher J Langley
    on behalf of Debtor JINZHENG GROUP (USA) LLC chris@slclawoffice.com
    omar@slclawoffice.com;langleycr75251@notify.bestcase.com

David Samuel Shevitz
    on behalf of Interested Party INTERESTED PARTY david@shevitzlawfirm.com
    shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Donna C Bullock
    on behalf of Interested Party Donna Bullock Carrera donnabullockcarrera@yahoo.com donna.bullock@ymail.com

Eric A Mitnick
    on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com

Giovanni Orantes
    on behalf of Other Professional Orantes Law Firm P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Hatty K Yip
    on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov

Jeffrey W Dulberg
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jdulberg@pszjlaw.com

M. Jonathan Hayes
    on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Matthew D. Resnik
    on behalf of Attorney Matthew Resnik matt@rhmfirm.com
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael F Chekian
    on behalf of Interested Party Chekian Law Office Inc. mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Richard Girgado
    on behalf of Interested Party Courtesy NEF rgirgado@counsel.lacounty.gov

Susan Titus Collins
    on behalf of Interested Party Courtesy NEF scollins@counsel.lacounty.gov

Teddy M Kapur
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS tkapur@pszjlaw.com mdj@pszjlaw.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 18

Gene H. Shioda – SBN 186780
ghs@slclawoffice.com
Christopher J. Langley – SBN 258851
chris@slclawoffce.com
Steven P. Chang – SBN 221783
schang@slclawoffice.com
**SHIODA, LANGLEY & CHANG LLP**
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
Tel: (626) 281-1232
Fax: (626) 281-2919

Counsel for Jinzheng Group (USA) LLC
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**FEB 22 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION BY DEBTOR-IN-POSSESSION TO EMPLOY JAY WU AS REAL ESTATE AGENT FOR ESTATE**<br><br>[Unopposed Motion – No Service of Proposed Order of Lodgment Period Required Pursuant to LBR 9021-1(b)(4)] |

The Court having read and considered the Chapter 11 Debtor and Debtor-in-possession's Application to Employ Jay Wu of LT Management Group Estate as the Debtor-in-Possession's Real Estate Agent (the "Application") January 24, 2020 as Docket No. 91 and, it appearing that proper notice has been given and good cause has been shown, the Court makes its Order as follows:

IT IS ORDERED:

1. The Application is approved;

1

2. The Debtor and Debtor-in-possession is authorized to employ Jay Wu of LT Management Group Estate as the Estate's Real Estate Agent ("Agent"), effective January 24, 2022, to market and sell real property located at 2240 Lorain Rd. San Marino, CA 91108, on the terms and conditions set forth in the Application, with compensation pursuant to § 328;

3. Agent's fees and costs are to be paid as set forth in the Application and upon further application and approval of this Court;

IT IS SO ORDERED.

### #

Date: February 22, 2022

Ernest M. Robles
United States Bankruptcy Judge

2