| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Dulberg (CA Bar No. 181200)<br>Robert M. Saunders (CA Bar No. 226172)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail:    jdulberg@pszjlaw.com<br>           rsaunders@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* [Proposed] Counsel to the Official Committee of Unsecured Creditors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>JINZHENG GROUP (USA) LLC,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-16674-ER<br><br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion:    EXPEDITED MOTION FOR EXAMINATION OF MAX YANG AND COMPELLING THE PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. BANKR. P 2004 AND LBR 2004-1; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JEFFREY W. DULBERG FILED CONCURRENTLY HEREWITH

   b. Date of filing of motion: March 4, 2022

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

   a. Briefly specify the relief requested in the motion:
   The Motion seeks entry of an Order of this Court commanding Max Yang, who is purportedly managing the Debtor under a purported Power of Attorney from Manager Jianqing, to appear for examination and compelling the production of documents pursuant to Fed. R. Bankr. P 2004 and LBR 2004-1.

    b.   Identify the parties affected by the relief requested in the motion:

        Debtor, Jinzheng Group (USA) LLC
        Members of the Official Committee of Creditors Holding Unsecured Claims

    c.   State the reasons necessitating a hearing on shortened time:
        There are pending motions to dissolve the Committee, appoint a trustee, etc and movant requires testimony prior to the hearing on these matters.

3.   Compliance with LBR 9075-1(b)(2)(B): The attached declaration justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4.   Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: March 4, 2022

Pachulski Stang Ziehl & Jones LLP
Printed name of law firm

*/s/ Jeffrey W. Dulberg*
Signature of individual Movant or attorney for Movant

Jeffrey W. Dulberg
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*        Page 2        **F 9075-1.1.APP.SHORT.NOTICE**
DOCS_LA:342666.2 46360/002

### DECLARATION OF JEFFREY W. DULBERG

I, Jeffrey W. Dulberg, declare and state:

1. I am a partner of Pachulski Stang Ziehl & Jones LLP, proposed counsel to the Committee of Creditors Holding Unsecured Claims (the "Committee") appointed in chapter 11 case of Jinzheng Group (USA) LLC (the "Debtor"). I am duly admitted and licensed to practice in the State of California and to practice before this Court. If called upon, I can and will competently testify to the facts stated herein from my own personal knowledge, or from a review of the files regularly maintained by the personnel of my law firm. I make this declaration in support of the Committee's *Expedited Motion for Examination of Max Yang and Compelling the Production of Documents Pursuant to Fed. R. Bankr. P 2004 and LBR 2004-1* (the "Motion").

2. This Application to Shorten Notice Period is necessary because there are pending motions to dissolve the Committee, appoint a trustee, etc. and movant requires testimony prior to the hearing on these matters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of March, 2022 at Los Angeles, California.

/s/ *Jeffrey W. Dulberg*
Jeffrey W. Dulberg

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9075-1.1.APP.SHORT.NOTICE**
DOCS_LA:342666.2 46360/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* March 4, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* March 4 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA US MAIL**
JINZHENG GROUP (USA) LLC
100 E. Huntington Drive, Ste. 207
Alhambra, CA  91801

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* March 4, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDERAL EXPRESS**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Ernest Robles
Edward R. Roybal Federal Bldg./Courthouse
255 East Temple Street, Suite 1560
Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 4, 2022 | MARY DE LEON | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*   Page 3   **F 9075-1.1.APP.SHORT.NOTICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:21-bk-16674-ER**

- **Donna C Bullock**    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Steven P Chang**    heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Susan Titus Collins**    scollins@counsel.lacounty.gov
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Teddy M Kapur**    tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com
- **Benjamin R Levinson**    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

**TO BE SERVED BY EMAIL**

- Gene H. Shioda – ghs@slclawoffice.com
- Steven P. Chang – schang@slclawoffice.com
- Donald W. Reid – don@donreidlaw.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9075-1.1.APP.SHORT.NOTICE**