1  Gene H. Shioda – SBN 186780
   ghs@slclawoffice.com
2  Christopher J. Langley – SBN 258851
   chris@slclawoffce.com
3  Steven P. Chang – SBN 221783
4  schang@slclawoffice.com
   **SHIODA, LANGLEY & CHANG LLP**
5  1063 E. Las Tunas Dr.
   San Gabriel, CA 91776
6  Tel: (626)281-1232
7  Fax: (626)281-2919

8  Counsel for Jinzheng Group (USA) LLC
   Debtor and Debtor-in-Possession
9

**FILED & ENTERED**

**MAR 10 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re

JINZHENG GROUP (USA) LLC

Debtor and Debtor in Possession.

Case No. 2:21-bk-16674-ER

Chapter 11

**ORDER ON STIPULATION EXTENDING DEADLINES TO FILE RESPONSIVE PLEADINGS**

Hearing:

Date:        March 22, 2022
Time:        10:00am
Location:    Courtroom 1568
             255 E. Temple St.
             Los Angeles, CA 90012

    THE COURT having reviewed the Stipulation entered into by Jinzheng Group (USA) LLC ("Debtor"), Official Committee of Unsecured Creditors ("Committee"), and the United States Trustee ("UST") by and through their respective attorneys filed as Docket entry #149, orders as follows:

    1.    The deadline to file an opposition to the Motion to Disband the Committee shall be

1

1 | continued from March 8 to March 15. The Debtor's deadline to file a reply shall be
2 | continued from March 15 to March 18.
3 | 2. The deadline to file an opposition to the Committee's Motion to appoint a Trustee, etc.
4 | shall be continued from March 8, to March 15. The Committee's reply deadline shall
5 | be continued from March 15 to March 18.

###

Date: March 10, 2022

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge