Gene H. Shioda – SBN 186780
ghs@slclawoffice.com
Christopher J. Langley – SBN 258851
chris@slclawoffce.com
Steven P. Chang – SBN 221783
schang@slclawoffice.com
**SHIODA, LANGLEY & CHANG LLP**
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
Tel: (626)281-1232
Fax: (626)281-2919

Proposed Counsel for Jinzheng Group (USA) LLC
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING DATES**<br><br>*Current Hearing:*<br>Date:         March 22, 2022<br>Time:        10:00am<br>Location:  Courtroom 1568<br>                 255 E. Temple St.<br>                 Los Angeles, CA 90012<br>*Proposed Continued Hearing:*<br>Date:         May 4, 2022<br>Time:        10:00am<br>Location:  Courtroom 1568<br>                 255 E. Temple St.<br>                 Los Angeles, CA 90012 |

The Parties, who are Jinzheng Group (USA) LLC ("Debtor"), Official Committee of Unsecured Creditors ("Committee"), and the United States Trustee ("UST") by and through their

1

DOCS_LA:342809.2

respective attorneys, agree and stipulate to the following:

**Recitals**

**Whereas,** on January 25, 2022, the United States Trustee ("UST") filed a notice appointing the Committee.

Whereas, on February 8, 2022, Pachulski Stang Ziehl & Jones LLP filed an Application for an Order Authorizing and Approving its Employment as Counsel for the Committee. (Docket entry 98).

Whereas, on February 22, 2022, Debtor filed a notice of Objection and Request for hearing on the Employment application of Pachulski Stang Ziehl & Jones LLP, which was subsequently set for hearing on March 22, 2022. (Docket entry 125).

Whereas on March 1, 2022, Debtor filed a Motion to Change Membership and Disband Official Committee of Unsecured Creditors pursuant to 11 USC §§ 1102(a)(4) and 105(a). (Docket entry 135).

Whereas on March 1, 2022, Committee filed a Motion to for the Appointment of a Chapter 11 Trustee, or in the Alternative Termination of Plan and Solicitation Exclusivities and Authorizing Standing of the Committee to Prosecute Actions against the Insiders of the Debtor. (Docket entry 136).

**Stipulation**

The Debtor, Committee and UST are in communication to resolve the pending Motions, and in order to avoid any unnecessary incursion of administrative fees stipulate and agree as follows:

1. The Hearing on the Motion to Disband the Committee shall be continued from March 22 to May 4, 2022, at 10:00 a.m. The opposition and reply deadlines shall be adjusted to conform with regular deadlines based on the continued hearing date.
2. The Hearing on the Motion to the Committee's Motion to Appoint a Trustee, etc. shall be continued from March 22 to May 4, 2022, at 10:00 a.m. The opposition and reply deadlines shall be adjusted to confirm with regular deadlines based on the continued

2

hearing date.

3. The Hearing on the Employment Application of Pachulski Stang Ziehl & Jones LLP shall be continued from March 22 to May 4, 2022, at 10:00 a.m. The reply deadline shall be adjusted to conform with the regular deadline based on the continued hearing date.

SO, STIPULATED

Dated: March 14, 2022                    SHIODA, LANGLEY & CHANG LLP

   /s/Christopher Langley
By: Christopher J. Langley
Counsel for Debtor and Debtor in Possession

Dated: March 14, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

_____
By: Robert Saunders
[Proposed] Counsel to the Official Committee of Unsecured Creditors

Dated: March 14, 2022                    UNITED STATES TRUSTEE

_____
By: Hatty K. Yip

3

DOCS_LA:342809.2

hearing date.

3. The Hearing on the Employment Application of Pachulski Stang Ziehl & Jones LLP shall be continued from March 22 to May 4, 2022, at 10:00 a.m. The reply deadline shall be adjusted to conform with the regular deadline based on the continued hearing date.

SO, STIPULATED

Dated: March 14, 2022        SHIODA, LANGLEY & CHANG LLP

By: Christopher J. Langley
Counsel for Debtor and Debtor in Possession

Dated: March 14, 2022        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Robert M Saunders*
By: Robert Saunders
[Proposed] Counsel to the Official Committee of Unsecured Creditors

Dated: March 14, 2022        UNITED STATES TRUSTEE

By: Hatty K. Yip

3

DOCS_LA:342809.2

currently set for hearing on March 22, 2022 shall be continued from March 22 to May 4, 2022, at 10:00am. The opposition and rely deadlines shall be adjusted to confirm with regular deadlines based on continued hearing date.

SO, STIPULATED

Dated: March 14, 2022                             SHIODA, LANGLEY & CHANG LLP

                                                  _____
                                                  By: Christopher J. Langley
                                                  Counsel for Debtor and Debtor in Possession

Dated: March 14, 2022                             PACHULSKI STANG ZIEHL & JONES LLP

                                                  _____
                                                  By: Robert Saunders
                                                  [Proposed] Counsel to the Official Committee of Unsecured Creditors

Dated: March 14, 2022                             UNITED STATES TRUSTEE

                                                  _____
                                                  By: Hatty K. Yip

3

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **4158 14th Street, Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO CONTINUE HEARING DATES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 14, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Donna C Bullock    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- Michael F Chekian    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- Susan Titus Collins    scollins@counsel.lacounty.gov
- Richard Girgado    rgirgado@counsel.lacounty.gov
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- Christopher J Langley    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com
- Benjamin R Levinson    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
- Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Allan D Sarver    ADS@asarverlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐    Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) March 14, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☒    Service information continued on attached page

4

DOCS_LA:342809.2

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 14, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 14, 2022 | John Martinez | /s/John Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

5

DOCS_LA:342809.2