1  Gene H. Shioda – SBN 186780
   ghs@slclawoffice.com
2  Christopher J. Langley – SBN 258851
   chris@slclawoffce.com
3  Steven P. Chang – SBN 221783
4  schang@slclawoffice.com
   **SHIODA, LANGLEY & CHANG LLP**
5  1063 E. Las Tunas Dr.
   San Gabriel, CA 91776
6  Tel: (626)281-1232
7  Fax: (626)281-2919

8  Counsel for Jinzheng Group (USA) LLC
   Debtor and Debtor-in-Possession
9

10             **UNITED STATES BANKRUPTCY COURT**

11       **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

12

| 13 | In re | Case No. 2:21-bk-16674-ER |
|---|---|---|
| 14 | | Chapter 11 |
| 15 | JINZHENG GROUP (USA) LLC | **DEBTOR'S REPLY TO CLAIMANT'S REPONSE TO OBJECTION TO PROOF OF CLAIM NO. 17 OF THE PHALANX GROUP, INC** |
| 16 | Debtor and Debtor in Possession. | |
| 17 | | |
| 18 | | **HEARING DATE:** |
| 19 | | |
| 20 | | Date:     March 22, 2022 |
| 21 | | Time:     10:00am |
|    | | Location: Ctrm 1568 |
| 22 | |           255 E. Temple St. |
|    | |           Los Angeles, CA 90012 |

23

24      JINZHENG GROUP (USA) LLC ("Debtor"), the chapter 11 debtor and debtor-in -

25 possession submits its Reply to Claimant, The Phalanx Group, Inc.'s ("Phalanx") Response to

26 Debtor's Objection to Official Claim no. 17.

27

28

On March 7, 2022, Phalanx filed a timely Response to Debtor's Objection. Along with the Response, Phalanx submitted the declaration ("Declaration") of Anthony Rodriguez ("Rodriguez"), the authorized agent of Claimant.

Debtor is currently conducting discovery in connection with its claim Objection including Rodriguez's deposition. Since this is a contested matter, the Debtor requests that the Court set this Objection for an evidentiary hearing under FRBP 9014(d).

Debtor is identified as the Client on the Security Consulting Contract with Phalanx dated May 1, 2019. The Debtor had objected to the Claim on the basis that Phalanx was not qualified to provide security services, including the management of security personnel, since it was not licensed to do so. Debtor alleged that the "Consulting Contract" was an illicit work-around and Phalanx should not be allowed payment on its claim.

Phalanx's reply was that no physical guard services were ever provided, and they were not intended to commence until construction began. Phalanx contends that it competently provided all services required of it under the Contract as accurately reflected in the accounting and invoices attached to the Claim. Phalanx was hired to act as a liaison for the developer with the neighbors who were upset with the construction project.

Phalanx however has not provided any breakdown of the services provided other than stating that it was "for consultation services only".

Based on the invoices and accounting attached to the proof of claim, Phalanx billed $260,983 for its security consulting services, which at the rate of $125 equates to roughly 2080 hours between May 2019 through November 2021. The monthly services charges however do not include any details regarding how the time was expended, which would have been impossible, since the time was billed in advance despite the requirement in the contract that the services are billed at the end of each month.

The Contract provides under section 5(d) that "*At the end of each month Security Consultant shall send to Client a statement showing the amount of compensation due it for services performed during that month*."

1 It does not appear that any invoices were ever billed to the Debtor, who was the party to the contract and as required by the contract. The invoices were billed to Betula Lenta Inc. who is identified as the Client on all the invoices.

Without Phalanx providing any detailed billing or description of the services it provided, it is impossible to determine if Debtor owes anything under the service contract.

                                        Respectfully Submitted,

Dated:  March 15, 2022

                            /s/Christopher J. Langley_____
By: Christopher J. Langley
Shioda, Langley & Chang LLP
Attorneys for Debtor and Debtor in Possession

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **4158 14th Street, Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S REPLY TO CLAIMANT'S REPONSE TO OBJECTION TO PROOF OF CLAIM NO. 17 OF THE PHALANX GROUP, INC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 15, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Donna C Bullock**    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
**Steven P Chang**    heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
**Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
**Susan Titus Collins**    scollins@counsel.lacounty.gov
**Jeffrey W Dulberg**    jdulberg@pszjlaw.com
**Richard Girgado**    rgirgado@counsel.lacounty.gov
**M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
**Teddy M Kapur**    tkapur@pszjlaw.com, mdj@pszjlaw.com
**Peter A Kim**    peter@pkimlaw.com, peterandrewkim@yahoo.com
**Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com
**Benjamin R Levinson**    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
**Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
**Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
**Donald W Reid**    don@donreidlaw.com, ecf@donreidlaw.com
**Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
**Allan D Sarver**    ADS@asarverlaw.com
**David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov    ☐    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 15, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 15, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 15, 2022 | John Martinez | /s/John Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

5
REPLY - OBJECTION TO CLAIM 17