Gene H. Shioda – SBN 186780
ghs@slclawoffice.com
Christopher J. Langley – SBN 258851
chris@slclawoffce.com
Steven P. Chang – SBN 221783
schang@slclawoffice.com
**SHIODA, LANGLEY & CHANG LLP**
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
Tel: (626)281-1232
Fax: (626)281-2919

Counsel for Jinzheng Group (USA) LLC
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**MAR 15 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING DATES**<br><br>New Hearing:<br><br>Date:      May 4, 2022<br>Time:     10:00am<br>Location: Courtroom 1568<br>              255 E. Temple St.<br>              Los Angeles, CA 90012 |

    THE COURT having reviewed the Stipulation entered into by Jinzheng Group (USA) LLC ("Debtor"), Official Committee of Unsecured Creditors ("Committee"), and the United States Trustee ("UST") by and through their respective attorneys filed as Docket entry #159, orders as follows:

    1.    The Hearing on the Motion to Disband the Committee shall be continued from March 22 to May 4, 2022, at 10:00 a.m. The opposition and reply deadlines shall be adjusted

1

1      to conform with regular deadlines based on the continued hearing date.

2    2.      The Hearing on the Motion to the Committee's Motion to Appoint a Trustee, etc. shall be continued from March 22 to May 4, 2022, at 10:00 a.m. The opposition and reply deadlines shall be adjusted to conform with regular deadlines based on the continued hearing date.

6    3.      The Hearing on the Employment Application of Pachulski Stang Ziehl & Jones LLP shall be continued from March 22 to May 4, 2022, at 10:00 a.m. The reply deadline shall be adjusted to conform with the regular deadline based on the continued hearing date.

###

Date: March 15, 2022

Ernest M. Robles
United States Bankruptcy Judge

2