| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael F. Chekian, Esq. SBN 165026<br>Chekian Law Office, Inc.<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>(310) 390-5529-Voice<br>(310) 451-0739-Facsimile<br>mike@cheklaw.com-Email<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: The Phalanx Group | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>JINZHENG GROUP (USA) LLC<br><br><br>Debtor(s) | CASE NO.: 2:21-bk-16674-ER<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Objection to Proof of Claim No. 17 of The Phalanx Group |
|---|---|

PLEASE TAKE NOTE that the order titled Order Denying Objection to Proof of Claim No. 17 of The Phalanx Group

was lodged on (*date*) __03/31/2022__ and is attached. This order relates to the motion which is docket number 113.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9021-1.2.BK.NOTICE.LODGMENT**

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, March 31, 2022

CONFIRMATION :

Your Lodged Order Info:
( **10739005.docx** )
   A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  JINZHENG GROUP (USA) LLC
- **Case Number**:  21-16674
- **Judge Initial**:  ER
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  113
- **On Date**:  03/31/2022 @ 05:21 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael F. Chekian, Esq. SBN 165026<br>Chekian Law Office, Inc.<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>(310) 390-5529-Voice<br>(310) 451-0739-Facsimile<br>mike@cheklaw.com-Email<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: The Phalanx Group | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>JINZHENG GROUP (USA) LLC<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-16674-ER<br>CHAPTER: 11<br><br>**ORDER ON OBJECTIONS TO CLAIMS**<br><br>DATE: March 30, 2022<br>TIME: 10:00 am<br>COURTROOM: 1568<br>PLACE: Roybal Federal Building<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |
|---|---|

The Debtor or trustee having filed objections to certain claims, the court having considered the evidence and argument presented in support and in opposition to such objections, if any, and good cause appearing, the court makes the following ruling as to the objections to claims:

***(NOTES FOR USE OF THIS FORM***: *List claims in ascending numerical order based upon the clerk's claim number. Use a separate box below for each claim. Attach as many continuation pages as are necessary.)*

---

Calendar Number:          Claim Number: 17          Claim Amount: $158,845.00

Claimant Name: The Phalanx Group

☐ Disallowed    ☒ Allowed    ☒ Unsecured: $158,845.00    ☐ Priority: $
Comments:  Claim allowed without prejudice.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                              Page 1                              F 3007-1.1.ORDER.OBJ.CLAIM

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured: $ | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed  ☐ Allowed | ☐ Unsecured:$ | ☐ Priority: $ |
| Comments: | | |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 3007-1.1.ORDER.OBJ.CLAIM**

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed   ☐ Allowed | ☐ Unsecured: | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed   ☐ Allowed | ☐ Unsecured: | ☐ Priority: $ |
| Comments: | | |

| Calendar Number: | Claim Number: | Claim Amount: $ |
|---|---|---|
| Claimant Name: | | |
| ☐ Disallowed   ☐ Allowed | ☐ Unsecured: | ☐ Priority: $ |
| Comments: | | |

###

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*　　　　　　　　　　　Page 3　　　　　　　　　　**F 3007-1.1.ORDER.OBJ.CLAIM**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):    NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: Objection to Proof of Claim No. 17 of The Phalanx Group will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____March 31, 2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Donna Bullock Carrera: donnabullockcarrera@yahoo.com
Steven P Chang: heidi@spclawoffice.com
Susan Titus Collins: scollins@counsel.lacounty.gov
Richard Girgado: rgirgado@counsel.lacounty.gov
M. Jonathan Hayes: jhayes@rhmfirm.com
Eric A Mitnick: MitnickLaw@aol.com
Matthew D. Resnik: matt@rhmfirm.com
Allan D Sarver: david@shevitzlawfirm.com
Investment Management Company LLC c/o Allan D Sarver: ADS@asarverlaw.com
JINZHENG GROUP (USA) LLC c/o Christopher J Langley: chris@slclawoffice.com
Michael E. Dorff and Shari L. Dorff c/o Benjamin R Levinson, ESQ: ben@benlevinsonlaw.com
OFFICIAL COMMITTEE OF UNSECURED CREDITORS c/o Jeffrey W Dulberg: jdulberg@pszjlaw.com
OFFICIAL COMMITTEE OF UNSECURED CREDITORS c/o Teddy M Kapur: tkapur@pszjlaw.com
Orantes Law Firm, P.C. c/o Giovanni Orantes: go@gobklaw.com
Royalty Equity Lending, LLC/Bobs LLC c/o Matthew D. Resnik: matt@rhmfirm.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
United States Trustee (LA) c/o Hatty K Yip: hatty.yip@usdoj.gov
Michael F Chekian: mike@cheklaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __/201_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/31/2022 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                        **F 9013-3.1.PROOF.SERVICE**