| FOR COURT USE ONLY |
|---|
| FILED APR 04 2022 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

Name of Debtor(s) listed on the bankruptcy case:

JINZHENG GROUP (USA) LLC

CASE NO.: 2:21- bk-16674-ER

CHAPTER: 11

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by:   ☒ Debtor   ☐ Joint-Debtor   ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s):    JINZHENG GROUP (USA) LLC

   Mailing Address:    100 E Huntington Drive Ste. 207

   City, State, Zip Code: Alhambra, CA 91801-1022

3. **New Address:**

   Mailing Address:    1414 S Azusa Ave, Suite B-22

   City, State, Zip Code: West Covina, CA 91791

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 3/15/2022

Max Tang
Requestor's printed name(s)

Requestor's signature(s)

Corporate Officer
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                                                   F 1002-1.3.CHANGE.ADDRESS