Gene H. Shioda – SBN 186780
ghs@slclawoffice.com
Christopher J. Langley – SBN 258851
chris@slclawoffce.com
Steven P. Chang – SBN 221783
schang@slclawoffice.com
**SHIODA, LANGLEY & CHANG LLP**
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
Tel: (626)281-1232
Fax: (626)281-2919


Counsel for Jinzheng Group (USA) LLC
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 13<br><br>**AMENDED NOTICE ON MOTION ON DEBTOR'S MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD TO FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO**<br><br>Continued hearing date:<br><br>Date:         5/4/2022<br>Time:        10:00 AM<br>Courtroom: 1568<br>Place:        255 E. Temple St.<br>                  Los Angeles, CA 90012 |

**TO THE HONORABLE ERNEST ROBLES, UNITED STATES BANKRUPTCY JUDGE, CREDITORS AND ALL PARTIES IN INTEREST:**

Please take notice, that upon the request of the Official Committee of Unsecured Creditors, Jinzheng Group (USA) LLC ("Debtor") and Debtor-in-possession, is re-noticing, the hearing on DEBTOR'S MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY

PERIOD TO FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO

NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

Deadline for Opposition Papers: This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure: The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Dated: 03/25/2022                         Shioda, Langley and Chang, LLP
                                          By: */s/ Christopher J. Langley*
                                          CHRISTOPHER J. LANGLEY
                                          Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 4158 14th St.  Riverside, CA 92701


A true and correct copy of the foregoing document entitled (*specify*): **Notice of Continued Confirmation Hearing**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:


1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/7/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Donna C Bullock    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
Steven P Chang    heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
Michael F Chekian    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
Susan Titus Collins    scollins@counsel.lacounty.gov
Jeffrey W Dulberg    jdulberg@pszjlaw.com
Richard Girgado    rgirgado@counsel.lacounty.gov
M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
Teddy M Kapur    tkapur@pszjlaw.com, mdj@pszjlaw.com
Peter A Kim    peter@pkimlaw.com, peterandrewkim@yahoo.com
Christopher J Langley    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com
Benjamin R Levinson    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
Eric A Mitnick    MitnickLaw@aol.com, mitnicklaw@gmail.com
Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
Donald W Reid    don@donreidlaw.com, ecf@donreidlaw.com
Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
Allan D Sarver    ADS@asarverlaw.com
David Samuel Shevitz    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) **4/7/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **03/25/2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **4/7/2022** | **John Martinez** | **/s/ John Martinez** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing        Chekian Law Office, Inc.              Employment Development Dept.
0973-2                                 Chekian Law Office, Inc.              Bankruptcy Group MIC 92E
Case 2:21-bk-16674-ER                  445 South Figueroa Street             P.O. Box 826880
Central District of California         31st Floor                            Sacramento, CA 94280-0001
Los Angeles                            Los Angeles, CA 90071-1635
Thu Apr  7 15:27:00 PDT 2022

Franchise Tax Board                    Internal Revenue Service              Investment Management Company LLC
Bankruptcy Section MS: A-340           PO Box 7346                           Law Offices Allan Sarver
P.O. Box 2952                          Philadelphia, PA 19101-7346           16000 Ventura Blvd
Sacramento, CA 95812-2952                                                    Suite 1000
                                                                             Encino, CA 91436-2762

JINZHENG GROUP (USA) LLC               (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE   LAW OFFICES OF PETER KIM
1414 S Azusa Ave, Suite B-22           ATTN BANKRUPTCY UNIT                  LAW OFFICES OF PETER KIM
West Covina, CA 91791-4084             PO BOX 54110                          3450 Wilshire Blvd
                                       LOS ANGELES CA 90054-0110             Ste 1200
                                                                             Los Angeles, CA 90010-2214

(p)OFFICE OF  FINANCE   CITY OF LOS ANGELES   Orantes Law Firm, P.C.         Securities & Exchange Commission
200 N SPRING ST RM 101 CITY HALL       The Orantes Law Firm, P.C.            444 South Flower St., Suite 900
LOS ANGELES CA 90012-3224              3435 Wilshire Blvd., suite 2920       Los Angeles, CA 90071-2934
                                       los angeles, CA 90010-2015

The Phalanx Group                      Los Angeles Division                  Accutax Services
c/o Michael Chekian, Esq.              255 East Temple Street,               9040 Telstar Ave Ste 105
Chekian Law Office                     Los Angeles, CA 90012-3332            El Monte CA 91731-2838
445 South Figueroa Street
31st Floor
Los Angeles, CA 90071-1635

American Modern Insurance              BETTY ZHENG                           BOBS LLC
7000 Midland Blvd                      28 N. 3RD ST. #b513                   Attn: Barry Shy
Amelia OH 45102-2608                   ALHAMBRA, CA 91801-6234               7525 Avalon Bay St
                                                                             Las Vegas, NV 89139-5307

BREEZEBLOCK CAPITAL, LLC               Bamboo Insurance                      Bentula Lenta, Inc.
c/o Pacific Mortgage Exchange, Inc.    7050 Union Park Center Ste 400B       David Park
P.O. Box 2836                          Midvale UT 84047-6055                 800 W. 6th Street
Big Bear Lake, CA 92315-2836                                                 Suite 1250
                                                                             Los Angeles, CA 90017-2721

Best Alliance                          Betula Lenta Inc.                     Build Group Construction Co
16133 Ventura Blvd.                    800 West 6th Street                   700 Flower St 575
Suite 700                              Suite 1250                            Los Angeles CA 90017-4122
Encino, CA 91436-2406                  Los Angeles, CA 90017-2721

California American Water              Corona Capital Group, LLC             Craig Fry & Associates
8657 Grand Ave                         1222 Crenshaw Blvd.                   990 S. Arroya Pkwy, #4
Rosemead CA 91770-1220                 #B                                    Pasadena, CA 91105-3920
                                       Torrance, CA 90501-2496

Craig Fry and Associates               DNQ LLC                               David S Zu
990 Arroyo Parkway #4                  Jason D Wang                          100 N Citrus St Ste 330
Pasadena, CA 91105-3920                6145 W Spring Mountain Rd. #205       West Covina CA 91791-1674
                                       Las Vegas NV 89146-8819
```

| | | |
|---|---|---|
| David Z. Su<br>100 N. Citrus Street Ste 615<br>West Covina, CA 91791-6600 | Donna Bullock<br>Attorney at Law<br>800 W 6th St<br>Suite 1250<br>Los Angeles, CA 90017-2721 | Donna Bullock Esq<br>Law Offices of Donna Bullock<br>800 W 6th St Suite 1250<br>Los Angeles CA 90017-2721 |
| EFI Global<br>5261 W Imperial Hwy<br>Los Angeles CA 90045-6231 | Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | Griffin Underwriters<br>PO Box 3867<br>Bellevue WA 98009-3867 |
| Home Loans Unlimited<br>Attn Daniel Triana<br>28859 Phantom Trail<br>Santa Clarita, CA 91390-5295 | Home Loans Unlimited, Inc.<br>28859 Phantom Trail<br>Santa Clarita, CA 91390-5295 | Investment Management Company<br>1507 7th Street, #344<br>Santa Monica, CA 90401-2605 |
| Jade Capital<br>333 Thornall St Ste 101<br>Edison NJ 08837-2220 | Jianqing Yang<br>PO Box 3702<br>Alhambra CA 91803-0702 | Jinzheng Group (USA) LLC<br>100 E. Huntington Dr. Ste 207<br>Alhambra, CA 91801-1022 |
| LA City Treasurer and Tax Collector<br>255 N Hill St 1st Fl<br>Los Angeles CA 90012-2705 | Land Design Consultants<br>800 Royal Oaks Drive<br>Suite 104<br>Monrovia, CA 91016-6364 | Law Offices of Matthew C. Mullhofer<br>2107 N. Broadway<br>Suite 103<br>Santa Ana, CA 92706-2633 |
| Los Angeles Treasurer Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 | Marc Cohen<br>Cohen Law Group, APC<br>541 S. Spring Street<br>Ste. 1208<br>Los Angeles, CA 90013-1667 | Michael Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 |
| Michael E. Dorff and Shari L. Dorff<br>3239 Bordero Lane<br>Thousand Oaks, CA 91362-4659 | Office of the United States Trustee<br>915 Wilshire Blvd.<br>Los Angeles, CA 90017-3409 | Overland Traffic Consultants<br>952 Manhattan Beach Blvd 100<br>Manhattan Beach CA 90266-5112 |
| Pacific Geotech Inc<br>Attn Jirayus Pukkansasut<br>15038 Clark Ave<br>Hacienda Heights CA 91745-1408 | Pacific Mortgae Exchange, Inc.<br>73241 Hwy. 111, Ste. 1-A<br>Palm Desert, CA 92260-3921 | Pennington Construction Advisors Inc<br>Attn: Todd C. Pennington<br>79 Bell Pasture Rd<br>Ladera Ranch CA 92694-1558 |
| Phalanx<br>424 E. 15th Street<br>Suite 10<br>Los Angeles, CA 90015-3140 | (p)ROYAL BUSINESS BANK<br>1055 WILSHIRE BLVD SUITE 1220<br>LOS ANGELES CA 90017-3103 | Royalty Equity Lending LLC<br>600 S. Spring Street<br>Suite 106<br>Los Angeles, CA 90014-1979 |
| Shawn Charles Sourgose<br>2111 Seville Drive<br>Santa Paula, CA 93060-8042 | State Farm Insurance<br>PO Box 588002<br>North Metro GA 30029-8002 | Testa Capital Group<br>Attn Thomas L Testa<br>620 Newport Center Drive<br>Suite 1100<br>Newport Beach, CA 92660-8011 |

| | | |
|---|---|---|
| The Alison Company<br>2060 D Avenida De Los Arboles<br>#471<br>Thousand Oaks, CA 91362-1376 | The Code Solution, Inc.<br>Attn Jamie Cho<br>800 W. 6th Street<br>Suite 1250 A<br>Los Angeles, CA 90017-2721 | The Orantes Law Firm APC<br>3435 Wilshire Blvd. Ste 2920<br>Los Angeles, CA 90010-2015 |
| The Phalanx Group<br>424 E. 15th St Ste 10<br>Los Angeles, CA 90015-3140 | The Phallanx Group<br>Anthony Rodriguez<br>424 E 15th St Ste 10<br>Los Angeles CA 90015-3140 | The Phallanx Group<br>Anthony Rodriguez<br>424 E. 1st Street, Unit #10<br>Los Angeles CA 90012 |
| UltraSystems Environmental<br>Attn Hassan Ayati<br>16431 Scientific Way<br>Irvine, CA 92618-4355 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Yepez Gardening Services<br>2121 N Marengo Ave<br>Pasadena CA 91001 |
| Christopher J Langley<br>Shioda, Langley & Chang LLP<br>4158 14th St.<br>Riverside, CA 92501-3426 | Donna Bullock Carrera<br>LAW OFFICES OF DONNA BULLOCK<br>800 W 6th St<br>Ste 1250<br>Los Angeles, CA 90017-2721 | Matthew Resnik<br>RHM LAW LLP<br>17609 Ventura Blvd. Suite 314<br>Encino, CA 91316-5132 |
| Michael Douglas Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| L.A. County Tax Collector<br>Bankruptcy Unit<br>P.O. Box 54110<br>Los Angeles, CA 90051-0110 | Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | (d)Los Angeles County Tax Collector<br>225 N. Hill Street, #1<br>Los Angeles, CA 90012 |
| (d)Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 | (d)Los Angeles County Treasurer and Tax Colle<br>Attn: Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | Royal Business Bank<br>1055 Wilshire Blvd.<br>Suite 1220<br>Los Angeles, CA 90017 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)INTERESTED PARTY | (u)Michael E. Dorff and Shari L. Dorff |