

**FILED & ENTERED**

**APR 25 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:  Jinzheng Group (USA) LLC, Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter: 11<br><br>**ORDER DISALLOWING CLAIM NO. 20-1, ASSERTED BY PENNINGTON CONSTRUCTION ADVISORS, INC.**<br><br>**[RELATES TO DOC. NO. 107]**<br><br>Date: March 30, 2022<br>Time: 10:00 a.m.<br>Location: Courtroom 1568<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

At the above-captioned date and time, the Court conducted a hearing on the *Objection to Proof of Claim No. 20 of Pennington Construction Advisors, Inc.* [Doc. No. 107] (the "Claim Objection") filed by the Debtor. Good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The tentative ruling [Doc. No. 172] is adopted as the final ruling (the "Ruling") and is incorporated herein by reference. The findings supporting the entry of this Order are set forth in the Ruling.
2) The Claim Objection is **SUSTAINED**. Claim No. 20-1, asserted by Pennington Construction Advisors, Inc., is **DISALLOWED IN ITS ENTIRETY**.

Main Document    Page 2 of 2

IT IS SO ORDERED.

###

Date: April 25, 2022

Ernest M. Robles
United States Bankruptcy Judge