

FILED & ENTERED

APR 25 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:  Jinzheng Group (USA) LLC,<br>Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter: 11<br><br>**ORDER OVERRULING DEBTOR'S OBJECTION TO CLAIM NO. 17-1 WITHOUT PREJUDICE**<br><br>**[RELATES TO DOC. NO. 113]**<br><br>Date:      March 30, 2022<br>Time:     10:00 a.m.<br>Location: Courtroom 1568<br>               Roybal Federal Building<br>               255 East Temple Street<br>               Los Angeles, CA 90012 |

At the above-captioned date and time, the Court conducted a hearing on the *Objection to Proof of Claim No. 17 of the Phalanx Group* [Doc. No. 113] (the "Claim Objection") filed by the Debtor. Good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The tentative ruling [Doc. No. 173] is adopted as the final ruling (the "Ruling") and is incorporated herein by reference. The findings supporting the entry of this Order are set forth in the Ruling.
2) The Claim Objection is **OVERRULED**. Claim No. 17-1, asserted by the Phalanx Group, is allowed as an unsecured claim in the amount of $158,845.
3) This Order is without prejudice to the Debtor's ability to file a renewed objection to Claim No. 17-1 after conducting further discovery.

Main Document    Page 2 of 2

IT IS SO ORDERED.

###

Date: April 25, 2022

Ernest M. Robles
United States Bankruptcy Judge