

FILED & ENTERED

APR 25 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Jinzheng Group (USA) LLC,<br>Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter:   11<br><br>**ORDER DISALLOWING CLAIM NOS. 9-10, ASSERTED BY MICHAEL CARLIN**<br><br>**[RELATES TO DOC. NO. 116]**<br><br>Date:     March 30, 2022<br>Time:     10:00 a.m.<br>Location: Courtroom 1568<br>          Roybal Federal Building<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

At the above-captioned date and time, the Court conducted a hearing on the *Objection to Proofs of Claim No. 9 and 10 of Michael Claim* [Doc. No. 116] (the "Claim Objection") filed by the Debtor. Good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The tentative ruling [Doc. No. 175] is adopted as the final ruling (the "Ruling") and is incorporated herein by reference. The findings supporting the entry of this Order are set forth in the Ruling.
2) The Claim Objection is **SUSTAINED**. Claim Nos. 9–10, asserted by Michael Carlin, are both **DISALLOWED IN THEIR ENTIRETY**.
3) This Order is without prejudice to Michael Carlin's ability to file an application to be employed as the Debtor's chief restructuring officer *nunc pro tunc*. In the event that application is granted, Carlin may then seek allowance of an administrative claim.

IT IS SO ORDERED.

### 

Date: April 25, 2022

Ernest M. Robles
United States Bankruptcy Judge