

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Jinzheng Group (USA) LLC,<br>         Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter: 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARINGS**<br><br>**[RELATES TO DOC. NO. 187]**<br><br>**CONTINUED HEARINGS:**<br><br>Date:      May 17, 2022<br>Time:      10:00 a.m.<br>Location:  Courtroom 1568<br>           Roybal Federal Building<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

    Having reviewed the *Stipulation to Continue Hearing Dates* [Doc. No. 187] (the "Stipulation"), the Court **HEREBY ORDERS AS FOLLOWS:**

1) The Stipulation is **APPROVED**.
2) The hearings on the following motions (collectively, the "Motions") are **CONTINUED** from May 4, 2022 at 10:00 a.m. to **May 17, 2022 at 10:00 a.m.:**
    a) *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of January 25, 2022* [Doc. No. 98];
    b) *Motion to Change Membership and Disband Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 1102(a)(4) and 105(a)* [Doc. No. 135];
    c) *Motion for (I) the Appointment of a Chapter 11 Trustee, or in the Alternative, (II) (A) Termination of Plan and Solicitation Exclusivities and (B) Authorizing Standing for the Committee of Creditors Holding Unsecured Claims to Prosecute Actions Against Insiders of the Debtor* [Doc. No. 136];

    d) *Second Motion of Debtor for Order Extending Debtor's Exclusivity Period to File Chapter 11 Plan and Solicit Acceptances Thereto* [Doc. No. 169].
3) The briefing deadlines on the Motions shall be calculated in accordance with the Local Bankruptcy Rules based upon the continued hearing date.
4) Parties may appear at the continued hearings either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: April 28, 2022

Ernest M. Robles
United States Bankruptcy Judge