PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**JINZHENG GROUP (USA) LLC,**<br><br>Debtor(s). | Case No.: 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**UNITED STATES TRUSTEE'S STATEMENT IN RESPONSE TO MOTION TO CHANGE MEMBERSHIP AND DISBAND OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 1102(a)(4) AND 105(a)**<br><br>Hearing Date:  May 17, 2022<br>Time            10:00 a.m.<br>Place           Courtroom 1568<br>                255 E. Temple St.<br>                Los Angeles, CA 90012 |

THE UNITED STATES TRUSTEE (hereinafter "U.S. Trustee") hereby submits the following Statement in Response to Motion to Change Membership and Disband Official Committee of Unsecured Creditors pursuant to 11 U.S.C. §§ 1102(a)(4) and 105(a) ("Response"):

The U.S. Trustee believes any ruling on the Motion to Change Membership and Disband Official Committee of Unsecured Creditors pursuant to 11 U.S.C. §§ 1102(a)(4) and 105(a) is premature. Under 11 U.S.C. § 1102, the United States trustee "shall appoint a committee of creditors holding unsecured claims and may appoint additional committees of creditors or of equity security holders as the United States trustee deems appropriate." On March 31, 2022, the U.S.

- 1 -

Trustee filed an Amended Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims, appointing Betula Lenta, Inc. and The Phalanx Group, Inc.[1]  On April 25, 2022, the Court entered an Order Setting Litigation Deadlines Pertaining to the Evidentiary Hearing on the Validity of Claim 18-1, asserted by Betula Lenta, Inc., setting an evidentiary hearing for the week of 10/24/22.[2]  The Debtor argued in its Objection to Proof of Claim No. 18 of Betula Lenta, Inc., alleging that Betula Lenta, Inc. was not a creditor of the Debtor.[3]  Accordingly, the U.S. Trustee respectfully requests that the Court either deny the motion without prejudice at this time or continue the Motion to Change Membership and Disband Official Committee of Unsecured Creditors pursuant to 11 U.S.C. §§ 1102(a)(4) and 105(a) to a date after the Court has ruled on Betula Lenta, Inc.'s claim because Betula Lenta, Inc. is still a creditor unless the Court disallows its claim in its entirety.

DATED: May 12, 2022

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

   /s/ Hatty Yip
By:    HATTY YIP
        Trial Attorney

---

[1] *See* Case Docket for *In re: Jinzheng Group (USA) LLC*, case no. 2:21-bk-16674-ER ("Case Docket").

The U.S. Trustee respectfully requests that the Court take judicial notice of Debtor's Petition, Schedules, Statement of Financial Affairs and other documents filed therewith and any amendments thereto which are in the Court's file, pursuant to Fed. R. Evid. 201, as made applicable to bankruptcy proceedings by Fed. R. Bankr. P. 9017.  The information contained in these documents, signed under penalty of perjury by Debtor, are admissible admissions of Debtor pursuant to Fed. R. Evid. 801(d).

[2] *See Case Docket.*

[3] *See Case Docket.*