UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

| In re:<br>JINZHENG GROUP (USA) LLC,<br>    Debtor(s). | Case No.: 21-16674<br>Chapter: 11 |
|---|---|

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on May 12, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

United States Trustee's Statement in Response to Motion to Change Membership and Disband Official Committee of Unsecured Creditors pursuant to 11 U.S.C. Sec. 1102(a)(4) and 105(a)

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. May 12, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**JINZHENG GROUP (USA) LLC 21-16674**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 3114 | Christopher J. Langley, Shioda, Langley & Chang LLP, 4158 14th St., Riverside, CA, 92501 | **First Class** |
| 3114 | Jeffrey Dulberg, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd 13th Flr, Los Angeles, CA, 90067 | **First Class** |
| 3114 | Jinzheng Group (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA, 91791 | **First Class** |