Gene H. Shioda – SBN 186780
ghs@slclawoffice.com
Christopher J. Langley – SBN 258851
chris@slclawoffce.com
Steven P. Chang – SBN 221783
schang@slclawoffice.com
**SHIODA, LANGLEY & CHANG LLP**
1063 E. Las Tunas Dr.
San Gabriel, CA 91776
Tel: (626)281-1232
Fax: (626)281-2919

Counsel for Jinzheng Group (USA) LLC
Debtor and Debtor-in-Possession

FILED & ENTERED

MAY 12 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING DATE**<br><br>New Hearing:<br><br>Date:      July 6, 2022<br>Time:      10:00am<br>Location:  Courtroom 1568<br>           255 E. Temple St.<br>           Los Angeles, CA 90012 |

    THE COURT having reviewed the Stipulation entered into by Jinzheng Group (USA) LLC ("Debtor"), and the Official Committee of Unsecured Creditors ("Committee"), by and through their respective attorneys filed as Docket entry #211, orders that the Stipulation between the Parties is approved.

//

//

1

1   The Hearing on the Motion to the Committee's Motion to Appoint a Trustee, etc. shall be
2   continued from May 17 to July 6, 2022 at 10:00am. The opposition and reply deadlines shall be
3   adjusted to confirm with regular deadlines based on the continued hearing date.

###

Date: May 12, 2022

Ernest M. Robles
United States Bankruptcy Judge

2