Jeffrey W. Dulberg (State Bar No. 181200)
Robert M. Saunders (State Bar No. 226172)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
         rsaunders@pszjlaw.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-16674-ER |
| JINZHENG GROUP (USA) LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **SUPPLEMENT TO THE RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S SECOND MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD TO FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO** |
| | [Relates to Docket Nos. 169, 202, 203 and 214] |
| | Date:     May 17, 2022<br>Time:     10:00 a.m.<br>Location: U.S. Bankruptcy Court<br>             Courtroom 1568<br>             255 E. Temple St.<br>             Los Angeles, CA 90012<br>Judge:    Hon. Ernest M. Robles |

The Official Committee of Unsecured Creditors (the "Committee") of Jinzheng Group (USA) LLC, the above-captioned debtor and debtor in possession (the "Debtor"), hereby files this supplement to its response to the *Second Motion of Debtor for Order Extending Debtor's Exclusivity Period to File Chapter 11 Plan and Solicit Acceptances Thereto*, filed March 30, 2022 [Docket No. 169] (the "Motion"), and respectfully states as follows:

DOCS_LA:343664.1 46360/002

In its *Reply in Support of Second Motion of Debtor for Order Extending Debtor's Exclusivity Period to File Chapter 11 Plan and Solicit Acceptances Thereto*, filed May 11, 2022 [Docket No. 214] (the "Debtor's Reply"), the Debtor states:

> Debtor apologizes to the Court for filing this Reply one day late. Debtor was hopeful that the hearing on the Motion would be continued with other motions to 7/6/22. **However, the Committee did not want to continue the hearing on this Motion**. Debtor's counsel was preoccupied filing the Reply in support of this [sic] Committee Membership Motion on 5/10/22.

Debtor's Reply, at 2 n.1 (emphasis added).

The Committee is compelled to file this short supplement to its Response [Docket No. 202] to the Motion because the sentence bolded above is not true. The Committee was willing to include a continuance of the hearing on the Motion to the July 7, 2022 at 10:00 a.m. hearing date and time per the *Stipulation to Continue Hearing Dates* between the Debtor and Committee filed by the Debtor on May 10, 2022 [Docket Nos. 211 and 212], but (per Debtor's counsel), the Debtor was unable to do so without the consent of Royalty Equity Lending LLC ("Royalty") because Royalty filed an opposition to the Motion [Docket No. 203]. The Committee remains open to continuing such hearing.

Dated:    May 12, 2022                    PACHULSKI STANG ZIEHL & JONES  LLP

                                          By    /s/ *Jeffrey W. Dulberg*
                                                Jeffrey W. Dulberg

                                          [Proposed] Counsel to the Official Committee of Unsecured Creditors

2

DOCS_LA:343664.1 46360/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **SUPPLEMENT TO THE RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S SECOND MOTION FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD TO FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **May 12, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 12, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **VIA US MAIL**
> JINZHENG GROUP (USA) LLC
> 1414 S. Azusa Avenue, Suite B-22
> West Covina, CA  91791

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 12, 2022,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

> **VIA FEDERAL EXPRESS**
> United States Bankruptcy Court
> Central District of California
> Attn:  Hon. Ernest Robles
> Edward R. Roybal Federal Bldg./Courthouse
> 255 East Temple Street, Suite 1560
> Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2022 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:343552.1 46360/002

**SERVICE INFORMATION FOR CASE NO. 2:21-bk-16674-ER**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

   - **Donna C Bullock**   donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
   - **Steven P Chang**   heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
   - **Michael F Chekian**   mike@cheklaw.com, chekianmr84018@notify.bestcase.com
   - **Susan Titus Collins**   scollins@counsel.lacounty.gov
   - **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
   - **Oscar Estrada**   oestrada@ttc.lacounty.gov
   - **Richard Girgado**   rgirgado@counsel.lacounty.gov
   - **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
   - **Teddy M Kapur**   tkapur@pszjlaw.com, mdj@pszjlaw.com
   - **Peter A Kim**   peter@pkimlaw.com, peterandrewkim@yahoo.com
   - **Christopher J Langley**   chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com
   - **Benjamin R Levinson**   ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
   - **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
   - **Giovanni Orantes**   go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
   - **Donald W Reid**   don@donreidlaw.com, ecf@donreidlaw.com
   - **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
   - **Peter J Ryan**   ryan@floresryan.com, pryancfi@gmail.com
   - **Allan D Sarver**   ADS@asarverlaw.com
   - **David Samuel Shevitz**   david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
   - **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
   - **Hatty K Yip**   hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

2. **TO BE SERVED BY EMAIL**

   - Gene H. Shioda – ghs@slclawoffice.com
   - Steven P. Chang – schang@slclawoffice.com
   - Donald W. Reid – don@donreidlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                             **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:343552.1 46360/002