

**FILED & ENTERED**

**MAY 13 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Jinzheng Group (USA) LLC,<br>            Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter:   11<br><br>**ORDER CONTINUING HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY FROM MAY 16, 2022 AT 10:00 A.M. TO MAY 17, 2022, TO TAKE PLACE CONCURRENTLY WITH HEARINGS ON RELATED MOTIONS**<br><br>**CONTINUED HEARING:**<br><br>Date:       May 17, 2022<br>Time:      10:00 a.m.<br>Location: Courtroom 1568<br>              Roybal Federal Building<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

Good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The hearing on the *Motion for Relief from the Automatic Stay Under § 362* [Doc. No. 127] is **CONTINUED** from May 16, 2022 at 10:00 a.m. to **May 17, 2022 at 10:00 a.m.**, so that the hearing may take place concurrently with other related hearings in this case.
2) Parties may appear at the May 17, 2022 hearings either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: May 13, 2022

Ernest M. Robles
United States Bankruptcy Judge