# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Ernest Robles, Presiding
### Courtroom 1568 Calendar

**Tuesday, May 17, 2022**                                          **Hearing Room    1568**

<u>10:00 AM</u>
**2:21-16674    JINZHENG GROUP (USA) LLC**                                          **Chapter 11**

#### #6.00    Hearing
RE: [98] Application to Employ Pachulski Stang Ziehl & Jones LLP as Creditor
Committee Attorney /Application for an Order Authorizing and Approving the
Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official
Committee of Unsecured Creditors, Effective as of January 25, 2022

FR. 3-22-22; 5-4-22

Docket        98

**Matter Notes:**

5/17/2022

The tentative ruling will be the order.
Party to lodge order: As set forth in the Tentative Ruling

POST PDF OF TENTATIVE OR AMENDED TENTATIVE RULING TO CIAO

**Tentative Ruling:**

5/16/2022

See Cal. No. 7, below, incorporated in full by reference.

| Party Information |
|:---:|

**<u>Debtor(s):</u>**

JINZHENG GROUP (USA) LLC            Represented By
                                    Christopher J Langley