# United States Bankruptcy Court
# Central District of California
# Los Angeles
# Ernest Robles, Presiding
# Courtroom 1568 Calendar

| | |
|---|---|
| **Tuesday, May 17, 2022** | **Hearing Room   1568** |

### 10:00 AM
**2:21-16674    JINZHENG GROUP (USA) LLC**                                                              **Chapter 11**

**#8.00**    Hearing
RE: [169] Motion SECOND MOTION OF DEBTOR FOR ORDER EXTENDING DEBTORS EXCLUSIVITY PERIOD TO FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO  LLC (Langley, Christopher)

fr. 5-4-22

                                        Docket        169

**Matter Notes:**

5/17/2022

<span style="color:red">The tentative ruling will be the order.
Party to lodge order: As set forth in the Tentative Ruling

POST PDF OF TENTATIVE OR AMENDED TENTATIVE RULING TO CIAO</span>

**Tentative Ruling:**

5/16/2022

See Cal. No. 7, above, incorporated in full by reference.

| **Party Information** |
|---|

**Debtor(s):**

   JINZHENG GROUP (USA) LLC              Represented By
                                             Christopher J Langley