# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Ernest Robles, Presiding
### Courtroom 1568 Calendar

**Tuesday, May 17, 2022**                                      **Hearing Room      1568**

<u>10:00 AM</u>
**2:21-16674    JINZHENG GROUP (USA) LLC**                          **Chapter 11**

**#8.10**    Hearing
RE: [127] Notice of motion and motion for relief from the automatic stay with
supporting declarations REAL PROPERTY RE: 2929 Amethyst Street, Los
Angeles, CA 90032; 2526-2528 Lincoln Park Ave, Los Angeles, CA 90031;
2520-2522 Lincoln Park Ave., Los Angeles, CA 90031; 2602 Lincoln Park Ave.,
Los Angeles, CA 90031; 2600 Sierra Street, Los Angeles, CA 90031

FR. 3-21-22; 3-22-22; 3-30-22; 5-16-22

Docket        127

**Matter Notes:**

5/17/2022

<span style="color:red">The tentative ruling will be the order.
Party to lodge order: As set forth in the Tentative Ruling</span>

<span style="color:red">POST PDF OF TENTATIVE OR AMENDED TENTATIVE RULING TO CIAO</span>

**Tentative Ruling:**

5/16/2022

See Cal. No. 7, above, incorporated in full by reference.

| Party Information |
|---|

**<u>Debtor(s):</u>**

JINZHENG GROUP (USA) LLC            Represented By
                                                         Christopher J Langley