

**FILED & ENTERED**

**MAY 18 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Jinzheng Group (USA) LLC,<br>           Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter: 11<br><br>**ORDER DENYING DEBTOR'S SECOND MOTION FOR AN EXTENSION OF PLAN EXCLUSIVITY PERIODS**<br><br>**[RELATES TO DOC. NO. 169]**<br><br>Date:      May 17, 2022<br>Time:      10:00 a.m.<br>Location: Courtroom 1568<br>            Roybal Federal Building<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

At the above-captioned date and time, the Court conducted a hearing on the *Second Motion of Debtor for Order Extending Debtor's Exclusivity Period to File Chapter 11 Plan and Solicit Acceptances Thereto* [Doc. No. 169] (the "Second Exclusivity Motion"). Good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The tentative ruling [Doc. No. 222] is adopted as the final ruling (the "Ruling") and is incorporated herein by reference. The findings supporting the entry of this Order are set forth in the Ruling.
2) The Second Exclusivity Motion is **DENIED**.

IT IS SO ORDERED.

###

Date: May 18, 2022

*(signature)*

Ernest M. Robles
United States Bankruptcy Judge