

FILED & ENTERED

MAY 18 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:  Jinzheng Group (USA) LLC,<br>Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter: 11<br><br>**ORDER APPROVING APPLICATION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY PACHULSKI, STANG, ZIEHL, AND JONES LLP AS ITS BANKRUPTCY COUNSEL**<br><br>**[RELATES TO DOC. NO. 98]**<br><br>Date:     May 17, 2022<br>Time:    10:00 a.m.<br>Location: Courtroom 1568<br>           Roybal Federal Building<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

At the above-captioned date and time, the Court conducted a hearing on the *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of January 25, 2022* [Doc. No. 98] (the "Employment Application"). Good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The tentative ruling [Doc. No. 221] is adopted as the final ruling (the "Ruling") and is incorporated herein by reference. The findings supporting the entry of this Order are set forth in the Ruling.
2) The Employment Application is **APPROVED**. The Official Committee of Unsecured Creditors is authorized to employ Pachulski, Stang, Ziehl & Jones LLP ("PSZJ") as its bankruptcy counsel, effective as of January 25, 2022.
3) PSZJ's compensation shall be subject to review by the Court pursuant to § 330(a).

IT IS SO ORDERED.

### 

Date: May 18, 2022

Ernest M. Robles
United States Bankruptcy Judge