

**FILED & ENTERED**

MAY 18 2022

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

In re:      Jinzheng Group (USA) LLC,
            Debtor.

Case No.: 2:21-bk-16674-ER
Chapter:  11

**ORDER DENYING MOTION FOR
RELIEF FROM THE AUTOMATIC STAY
WITHOUT PREJUDICE**

**[RELATES TO DOC. NO. 127]**

Date:      May 17, 2022
Time:      10:00 a.m.
Location:  Courtroom 1568
           Roybal Federal Building
           255 East Temple Street
           Los Angeles, CA 90012

At the above-captioned date and time, the Court conducted a hearing on the *Motion for Relief from the Automatic Stay Under § 362* [Doc. No. 127] (the "RFS Motion") filed by Royalty Equity Lending LLC. Good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The tentative ruling [Doc. No. 223] is adopted as the final ruling (the "Ruling") and is incorporated herein by reference. The findings supporting the entry of this Order are set forth in the Ruling.
2) The RFS Motion is **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

###

Date: May 18, 2022

Ernest M. Robles
United States Bankruptcy Judge