

FILED & ENTERED

MAY 18 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Jinzheng Group (USA) LLC,<br>Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter:  11<br><br>**ORDER DENYING DEBTOR'S MOTION TO DISBAND OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>**[RELATES TO DOC. NO. 135]**<br><br>Date:    May 17, 2022<br>Time:    10:00 a.m.<br>Location:  Courtroom 1568<br>    Roybal Federal Building<br>    255 East Temple Street<br>    Los Angeles, CA 90012 |

At the above-captioned date and time, the Court conducted a hearing on the *Motion to Change Membership and Disband Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 1102(a)(4) and 105(a)* [Doc. No. 135] (the "Disbandment Motion") filed by the Debtor. Good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The tentative ruling [Doc. No. 223] is adopted as the final ruling (the "Ruling") and is incorporated herein by reference. The findings supporting the entry of this Order are set forth in the Ruling.
2) The Disbandment Motion is **DENIED**.

IT IS SO ORDERED.

### 

Date: May 18, 2022

Ernest M. Robles
United States Bankruptcy Judge