PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd, Suite 1850
Los Angeles, California 90017
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:21-bk-16674-ER |
| **JINZHENG GROUP (USA) LLC,** | Chapter 11 |
| Debtor(s). | **SECOND AMENDED NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby amends the appointment of the members on the Committee of Creditors holding unsecured claims to the following 3 creditors:

SEE ATTACHED EXHIBIT A

DATED: May 19, 2022

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

JILL STURTEVANT
Digitally signed by JILL STURTEVANT
Date: 2022.05.19 14:18:18 -07'00'

By:    JILL M. STURTEVANT
       Assistant United States Trustee

- 1 -

**EXHIBIT A**

In re: Jinzheng Group (USA) LLC, Case No. 2:21-bk-16674-ER

Betula Lenta, Inc.
David Park
800 West 6th Street, Suite 1250
Los Angeles, CA 90017
(213) 537-0158
david@thecodesolution.com

The Phalanx Group, Inc.
Anthony Rodriguez
424 E. 1st Street, Unit #10
Los Angeles, CA 90015
(213) 494-8542
anthony@phalanx.group

Testa Capital Group
620 Newport Center Dr., #1100
Newport Beach, CA 92660
(888) 724-7925 ext 301
testacapitalgroup.com