United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-16674-ER |
| JINZHENG GROUP (USA) LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 18, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

**Recip ID    Recipient Name and Address**
db          + JINZHENG GROUP (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA 91791-4084

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

**Name**                **Email Address**

Allan D Sarver
    on behalf of Creditor Investment Management Company LLC ADS@asarverlaw.com

Allan D Sarver
    on behalf of Interested Party Courtesy NEF ADS@asarverlaw.com

Benjamin R Levinson, ESQ
    on behalf of Creditor Michael E. Dorff and Shari L. Dorff ben@benlevinsonlaw.com courtney@benlevinsonlaw.com

Christopher J Langley
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com

Christopher J Langley
    on behalf of Debtor JINZHENG GROUP (USA) LLC chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com

David Samuel Shevitz

Case 2:21-bk-16674-ER    Doc 230    Filed 05/20/22    Entered 05/20/22 21:15:39    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party INTERESTED PARTY david@shevitzlawfirm.com shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com |
| Donald W Reid | on behalf of Interested Party INTERESTED PARTY don@donreidlaw.com ecf@donreidlaw.com |
| Donna C Bullock | on behalf of Interested Party Donna Bullock Carrera donnabullockcarrera@yahoo.com donna.bullock@ymail.com |
| Eric A Mitnick | on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com |
| Giovanni Orantes | on behalf of Other Professional Orantes Law Firm  P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com |
| Hatty K Yip | on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov |
| Jeffrey W Dulberg | on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jdulberg@pszjlaw.com |
| M. Jonathan Hayes | on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com |
| Matthew D. Resnik | on behalf of Creditor Royalty Equity Lending  LLC/Bobs LLC matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Matthew D. Resnik | on behalf of Attorney Matthew Resnik matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Matthew D. Resnik | on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Michael F Chekian | on behalf of Creditor The Phalanx Group mike@cheklaw.com chekianmr84018@notify.bestcase.com |
| Michael F Chekian | on behalf of Interested Party Chekian Law Office  Inc. mike@cheklaw.com, chekianmr84018@notify.bestcase.com |
| Oscar Estrada | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Peter A Kim | on behalf of Attorney LAW OFFICES OF PETER KIM peter@pkimlaw.com peterandrewkim@yahoo.com |
| Peter J Ryan | on behalf of Defendant Thomas L. Testa ryan@floresryan.com pryancfi@gmail.com |
| Richard Girgado | on behalf of Interested Party Courtesy NEF rgirgado@counsel.lacounty.gov |
| Steven P Chang | on behalf of Interested Party Courtesy NEF heidi@spclawoffice.com schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com |
| Susan Titus Collins | on behalf of Interested Party INTERESTED PARTY scollins@counsel.lacounty.gov |
| Teddy M Kapur | on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS tkapur@pszjlaw.com mdj@pszjlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 26



**FILED & ENTERED**

**MAY 18 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Jinzheng Group (USA) LLC, Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter:   11<br><br>**ORDER APPROVING APPLICATION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY PACHULSKI, STANG, ZIEHL, AND JONES LLP AS ITS BANKRUPTCY COUNSEL**<br><br>**[RELATES TO DOC. NO. 98]**<br><br>Date:      May 17, 2022<br>Time:      10:00 a.m.<br>Location:  Courtroom 1568<br>           Roybal Federal Building<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

At the above-captioned date and time, the Court conducted a hearing on the *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of January 25, 2022* [Doc. No. 98] (the "Employment Application"). Good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The tentative ruling [Doc. No. 221] is adopted as the final ruling (the "Ruling") and is incorporated herein by reference. The findings supporting the entry of this Order are set forth in the Ruling.
2) The Employment Application is **APPROVED**. The Official Committee of Unsecured Creditors is authorized to employ Pachulski, Stang, Ziehl & Jones LLP ("PSZJ") as its bankruptcy counsel, effective as of January 25, 2022.
3) PSZJ's compensation shall be subject to review by the Court pursuant to § 330(a).

IT IS SO ORDERED.

### 

Date: May 18, 2022

Ernest M. Robles
United States Bankruptcy Judge