Jeffrey W. Dulberg (State Bar No. 181200)
Robert M. Saunders (State Bar No. 226172)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
         rsaunders@pszjlaw.com

Counsel to the Official Committee of
Unsecured Creditors

**FILED & ENTERED**

**MAY 31 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR ORDER APPROVING DEBTOR'S COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT DATED MAY 4, 2022 AS CONTAINING ADEQUATE INFORMATION AND DISCLOSURE PURSUANT TO 11 U.S.C. § 1125**<br><br>**[Relates to Docket No. 235]**<br><br>*Continued Hearing Date:*<br>Date:          July 6, 2022<br>Time:         10:00 a.m.<br>Location:    Courtroom 1568<br>                   255 E. Temple St.<br>                   Los Angeles, CA 90012 |

DOCS_LA:343873.1 46360/002

The Court, having read and considered the *Stipulation to Continue Hearing on Motion for Order Approving Debtor's Combined Plan of Reorganization and Disclosure Statement Dated May 4, 2022 as Containing Adequate Information and Disclosure Pursuant To 11 U.S.C. § 1125* (the "Stipulation") [Docket No. 235][1], and with good cause shown,

**IT IS ORDERED:**

1. The Stipulation is approved.

2. The hearing on Debtor's *Motion for Order Approving Debtor's Combined Plan of Reorganization and Disclosure Statement Dated May 4, 2022 as Containing Adequate Information and Disclosure Pursuant To 11 U.S.C. § 1125* [Docket No. 205] (the "Motion") shall be continued from June 15, 2022 at 10:00 a.m. to July 6, 2022 at 10:00 a.m.

3. The deadline to file a response to the Motion shall be extended from June 1, 2022 to June 22, 2022.

4. The deadline to file a reply to responses to the Motion shall be extended from June 8, 2020 to June 29, 2022.

5. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Order.

###

Date: May 31, 2022

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

DOCS_LA:343873.1 46360/002