| | |
|---|---|
| Michael Chekian, Esq., SBN 165026<br>Chekian Law Office<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Voice (310) 390-5529<br>Email mike@cheklaw.com<br>Facsimile (310) 451-0739 | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case:<br>JINZHENG GROUP (USA) LLC | CASE NO.: 2:21-bk-16674-ER<br><br>CHAPTER: 11 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☐ Debtor    ☐ Joint-Debtor    ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s):    The Phalanx Group, Inc. c/o Anthony Rodriguez
   Mailing Address:    424 E. 1st Street, Unit #10
   City, State, Zip Code:    Los Angeles, CA 90015

3. **New Address:**
   Mailing Address:    424 E. 15th Street, Unit #10
   City, State, Zip Code:    Los Angeles, CA 90015

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 06/09/2022    Michael Chekian, Esq._____
                    Requestor's printed name(s)

                    _____
                    Requestor's signature(s)

                    Attorney for Creditor
                    _____
                    Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*    F 1002-1.3.CHANGE.ADDRESS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):   CHANGE OF MAILING ADDRESS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____June 9, 2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Donna Bullock Carrera: donnabullockcarrera@yahoo.com
Steven P Chang: heidi@spclawoffice.com
Susan Titus Collins: scollins@counsel.lacounty.gov
Richard Girgado: rgirgado@counsel.lacounty.gov
M. Jonathan Hayes: jhayes@rhmfirm.com
Eric A Mitnick: MitnickLaw@aol.com
Matthew D. Resnik: matt@rhmfirm.com
Allan D Sarver: david@shevitzlawfirm.com
Investment Management Company LLC c/o Allan D Sarver: ADS@asarverlaw.com
JINZHENG GROUP (USA) LLC c/o Christopher J Langley: chris@slclawoffice.com
Michael E. Dorff and Shari L. Dorff c/o Benjamin R Levinson, ESQ: ben@benlevinsonlaw.com
OFFICIAL COMMITTEE OF UNSECURED CREDITORS c/o Jeffrey W Dulberg: jdulberg@pszjlaw.com
OFFICIAL COMMITTEE OF UNSECURED CREDITORS c/o Teddy M Kapur: tkapur@pszjlaw.com
Orantes Law Firm, P.C. c/o Giovanni Orantes: go@gobklaw.com
Royalty Equity Lending, LLC/Bobs LLC c/o Matthew D. Resnik: matt@rhmfirm.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
United States Trustee (LA) c/o Hatty K Yip: hatty.yip@usdoj.gov
Michael F Chekian: mike@cheklaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __/201_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/09/2022 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**