ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Jinzheng Group (USA) LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>  Debtor. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**STIPULATION TO (1) WITHDRAW DEBTOR'S COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT WITHOUT PREJUDICE AND (2) WITHDRAW OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE WITHOUT PREJUDICE**<br><br>[No Hearing Required] |

Jinzheng Group (USA) LLC (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), and Investment Management Company, LLC ("IMC") (collectively, the "Parties"), by and through their respective attorneys, agree and stipulate to the following:

**RECITALS**

A.   On March 1, 2022, the Committee filed its Motion for (I) the Appointment of a Chapter 11 Trustee, or in the Alternative, (II)(A) Termination of Plan and Solicitation Exclusivities and (B) Authorizing Standing for the Committee of Creditors Holding Unsecured Claims to Prosecute Actions Against Insiders of the Debtor (doc. no. 136) (the "Motion to Appoint Trustee").

B.  On May 4, 2022, the Debtor filed its *Combined Plan of Reorganization and Disclosure Statement Dated May 4, 2022* (doc. no. 204) (the "Plan and Disclosure Statement").

C.  On May 4, 2022 the Debtor filed its *Motion for Order Approving Debtor's Combined Plan of Reorganization and Disclosure Statement Dated May 4, 2022 as Containing Adequate Information and Disclosures Pursuant to 11 U.S.C. § 1125* (doc. no. 205) (the "Motion to Approve Plan and Disclosure Statement").

D.  On May 31, 2022, the Committee filed a *Stipulation to Continue Hearing on Motion for Order Approving Debtor's Combined Plan of Reorganization and Disclosure Statement Dated May 4, 2022 as Containing Adequate Information and Disclosure Pursuant to 11 U.S.C. § 1125* (doc. no. 235) (the "Stipulation to Continue the Motion").

E.  On May 31, 2022, the Court entered an order approving the Stipulation to Continue the Motion (doc. no. 238).  The hearing on the Motion to Approve Plan and Disclosure Statement is currently scheduled to July 6, 2022 at 10:00 a.m.

F.  On June 1, 2022, Danning, Gill, Israel & Krasnoff LLP ("Danning Gill") filed its *Application of Debtor and Debtor-in-Possession to Employ Danning, Gill, Israel & Krasnoff, LLP as its General Bankruptcy Counsel; Motion to Approve Debtor-in-Possession Financing; and Statement of Disinterestedness* (doc. no. 239) (the "Application").

G.  Since on or about June 1, 2022, the Debtor and Committee have been communicating regularly through counsel regarding the Debtor's bankruptcy strategy and potential exit options, which include an orderly liquidation of assets in chapter 11 to the extent necessary to make distributions to holders of allowed claims and on account of administrative expenses approved by the Court.

H.  In light of the foregoing, the Parties agree that the Debtor should be afforded time to execute on its updated chapter 11 strategy and the Parties recognize and agree that the both the Motion to Appoint Trustee and the Plan and Disclosure Statement should be withdrawn without prejudice.

1684558.2 27086

**NOW THEREFORE,** the Parties have conferred and stipulate as follows:

### STIPULATION

1. The above recitals are incorporated herein by reference.
2. The Debtor's Plan and Disclosure Statement is hereby withdrawn without prejudice.
3. The Committee's Motion to Appoint Trustee is hereby withdrawn without prejudice.
4. The Debtor will lodge an order approving and giving effect to this stipulation.

IT IS SO STIPULATED

DATED: June 16, 2022        DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: _____
ZEV SHECHTMAN
Attorneys for Jinzheng Group (USA) LLC

DATED: June ___, 2022        PACHULSKI STANG ZIEHL & JONES LLP

By: _____
ROBERT SAUNDERS
Counsel to the Official Committee of Unsecured Creditors

DATED: June 16, 2022        LAW OFFICE OF ALLAN D. SARVER

By: _____
ALLAN D. SARVER
Counsel to Investment Management Company, LLC

1684558.2  27086                                        3

**NOW THEREFORE,** the Parties have conferred and stipulate as follows:

### STIPULATION

1. The above recitals are incorporated herein by reference.
2. The Debtor's Plan and Disclosure Statement is hereby withdrawn without prejudice.
3. The Committee's Motion to Appoint Trustee is hereby withdrawn without prejudice.
4. The Debtor will lodge an order approving and giving effect to this stipulation.

IT IS SO STIPULATED

DATED: June ___, 2022          DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: _____
ZEV SHECHTMAN
Attorneys for Jinzheng Group (USA) LLC

DATED: June _15_, 2022          PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Robyn Saunders
ROBERT SAUNDERS
Counsel to the Official Committee of Unsecured Creditors

DATED: June ___, 2022          LAW OFFICE OF ALLAN D. SARVER

By: _____
ALLAN D. SARVER
Counsel to Investment Management Company, LLC

1684558.2 27086

3

**004**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION TO (1) WITHDRAW DEBTOR'S COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT WITHOUT PREJUDICE AND (2) WITHDRAW OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE WITHOUT PREJUDICE  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 16, 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2022 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1685211.1  27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Donna C Bullock**    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Steven P Chang**    heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Heidi M Cheng**    heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com
- **Susan Titus Collins**    scollins@counsel.lacounty.gov
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Teddy M Kapur**    tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh**    akebeh@danninggill.com
- **Peter A Kim**    peter@pkimlaw.com, peterandrewkim@yahoo.com
- **Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Benjamin R Levinson**    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Donald W Reid**    don@donreidlaw.com, ecf@donreidlaw.com
- **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Peter J Ryan**    ryan@floresryan.com, schneider@floresryan.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **John N Tedford**    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

1685211.1  27086  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               **F 9013-3.1.PROOF.SERVICE**