ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
*akebeh@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed Attorneys for Jinzheng Group (USA) LLC

**FILED & ENTERED**

**JUN 17 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>    Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO (1) WITHDRAW DEBTOR'S COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT WITHOUT PREJUDICE AND (2) WITHDRAW OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE WITHOUT PREJUDICE**<br><br>[Related to Docket Nos. 136 and 205] |

1685207.1  27086                                1

The Court, having read and considered the *Stipulation to (1) Withdraw Debtor's Combined Plan of Reorganization and Disclosure Statement (the "Plan and Disclosure Statement") Without Prejudice and (2) Withdraw Official Committee of Unsecured Creditors' Motion for the Appointment of a Chapter 11 Trustee (the "Motion to Appoint Trustee") Without Prejudice* (the "Stipulation") (docket no. 250), and with good cause shown,

**IT IS ORDERED:**

1. The Stipulation is approved.

2. The Debtor's Plan and Disclosure Statement is hereby withdrawn without prejudice, and the July 6, 2022 hearing thereon is vacated.

3. The Committee's Motion to Appoint Trustee is hereby withdrawn without prejudice, and the July 6, 2022 hearing thereon is vacated.

###

Date: June 17, 2022

Ernest M. Robles
United States Bankruptcy Judge

1685207.1  27086