| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Chekian, Esq., SBN 165026<br>Chekian Law Office, Inc.<br>445 South Figueroa Street, 31st Floor<br>Los Angeles, CA 90071<br>Voice (310) 390-5529<br>Facsimile (310) 451-0739<br>Email mike@cheklaw.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* The Phalanx Group | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>JINZHENG GROUP (USA) LLC,<br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-16674-ER<br>CHAPTER: 11<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Michael Chekian, Esq._____,
filed a motion or application (Motion) entitled Application for Order Allowing Attorney Fees and Costs as Administrative Expense To Member of Unsecured Creditors' Committee Pursuant to 11 USC Section 503(b)(3)(D,F) .

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

    ☒ The full Motion is attached to this notice; or

    ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **<u>DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING</u>:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 06/17/2022

/s/ Michael Chekian
Signature of Movant or attorney for Movant

Michael Chekian, Esq.
Printed name of Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

Michael F. Chekian, Esq. SBN 165026
Chekian Law Office, Inc.
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 390-5529-Voice
(310) 451-0739-Facsimile
mike@cheklaw.com-Email

Attorneys for Creditor The Phalanx Group

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In Re: | ) | Chapter 11 |
|---|---|---|
| | ) | Case No.:  2:21-bk-16674-ER |
| Jinzheng Group (USA) LLC, | ) | |
| | ) | APPLICATION FOR ORDER |
| | ) | ALLOWING ATTORNEY FEES AND |
| | ) | COSTS AS ADMINISTRATIVE EXPENSE |
| | ) | TO MEMBER OF UNSECURED |
| | ) | CREDITORS COMMITTEE PURSUANT |
| Debtor(s) | ) | TO 11 USC SECTION 503(b)(3)(D, F) |
| | ) | |
| | ) | No Hearing Required: |
| | ) | (LBR 9013-1(o)) |
| | ) | Date: |
| | ) | Time: |
| | ) | Place: |

TO:  HON. JUDGE ROBLES, DEBTOR, ALL CREDITORS AND INTERESTED PARTIES :

Michael Chekian, Esq. ("Attorney") attorney for unsecured creditor The Phalanx Group ("Creditor") hereby applies ("Application") for an order allowing attorney fees as an administrative claim in this Chapter 11 proceeding of Jinzheng Group (USA) LLC ("Debtor") as below set forth.

### A. STATEMENT OF FACTS

Creditor is a member of the unsecured creditors committee ("Committee") in Debtor's case. Attorney represents Creditor in Debtor's case. The Committee was appointed on January 25, 2022 as docket

1

number 93. The United States Trustee approved Creditor's membership to the Committee by notice filed on March 31, 2022 as docket 178, a copy of which is attached as Exhibit A to the within Attorney declaration. Debtor's objection to Creditor's claim was overruled by the Court's order entered on April 25, 2022 as docket 192, a copy of which is attached as Exhibit B to the Attorney declaration.

      As detailed in Exhibit C to the Attorney declaration, Attorney performed the following services as a member of the Committee which substantially benefited the administration of the bankruptcy estate. In general, Attorney gave comments and suggested courses of action to the attorneys for the Committee to guide Debtor to effectively develop, maximize value and sell its assets for the benefit of the bankruptcy estate creditor body. Attorney's work is summarized as follows: a. attended the second Committee meeting on March 4, 2022; b. attended another Committee meeting on March 10, 2022; c. reviewed Court's order (docket 164) continuing hearings on 6 claim objections, reviewed court's website for tentative rulings and sent descriptive emails regarding the same; d. appeared at Committee meeting on March 31, 2022; e. reviewed Debtor's Chapter 11 plan and disclosure statement and sent email analysis to Creditor regarding the same; f. reviewed motion to approve Debtor's plan and communicated with client and Committee regarding the same; g. reviewed amended plan and Committee's comments, then communicated with client and Committee with suggestions for edits to proposed plan; h. emailed Committee lawyers and other members regarding objections to Debtor's amended plan; i. attended Committee meeting on April 20, 2022 and further analyzed Debtor's plan and suggested 5 revisions; j. communicated with Committee regarding big picture issues for Committee call on May 24, 2022; k. sent emails to Committee lawyers regarding dealing with general unsecured claims and negotiations with Debtor's lawyer; l. attended Committee meeting via Zoom video on May 24, 2022; m. participated in Committee meeting on May 27, 2022; n. reviewed, made edits to Debtor's amended plan and sent email to Committee members regarding same; o. attended telephonic Committee meeting on June 1, 2022, discussed issues related to Debtor's new attorneys and plan edits and instructed staff regarding calendaring issues; p. attended Committee meeting on June 10, 2022; q. reviewed stipulation for Debtor to withdraw plan and for Committee to withdraw motion to appoint U.S. Trustee and sent responsive email consenting to it; r. reviewed applications to employed Danning Gill and Atkinson firms as new

2

bankruptcy counsel and sent comments to Committee regarding loan repayment terms as to Debtor's principal and need for updated monthly operating reports from Debtor.

In this case, Attorney's billing rate is $425 per hour, paralegal time at $145 per hour, plus costs.

From March 4, 2022 through June 16, 2022, Attorney's fees incurred for the above referenced matter (only as to participation for Committee work) are $4,207.50, total costs are $0.00 and total sought to be approved in this fee application is $4,207.50.

**B. ARGUMENT**

The Bankruptcy Code allows a creditor to recover attorneys' fees as an administrative expense if that creditor makes "a substantial contribution in a case under Chapter . . . 11." 11 U.S.C. Section 503(b)(3)(D). Also, per Code Section 503(b)(3)(F), administrative expenses are allowed for a member of a committee appointed under Code Section 1102. In order to recover on a Section 503(b) administrative claim, a claimant must prove two things: "First, the claimant must be a creditor of the estate. Second, the creditor must have made a 'substantial contribution' to the bankruptcy plan." *In re Cellular 101, Inc.*, 377 F.3d 1092, 1096 (9th Cir. 2004). The Ninth Circuit has stated that "the principal test of substantial contribution is 'the extent of benefit to the estate.'" *Id.* "[S]ervices which substantially contribute to a case are those which foster and enhance, rather than retard or interrupt the progress o[f] reorganization." *Id*. at 1097 (quoting *In re Consol. Bancshares, Inc*., 785 F.2d 1249, 1253 (5th Cir. 1986)). *Batiste v. Sun Kona Fin. I, LLC*, Civ. No. 15-00397 ACK-KSC, at *14 n.5 (D. Haw. Jan. 12, 2017).

Here, Committee is appointed under Code Section 1102, Creditor is a Committee member and Attorney represents Creditor. The Committee has and continues to address and respond to difficult issues presented in Debtor's case, including objecting to Debtor's plan, resolving objections to the Committee standing, claim objections, communications with Debtor's prior and

3

current proposed lawyers, motion to appoint a Chapter 11 trustee and many other pertinent issues. Attorney has participated in Committee meetings and provided substantive analysis as to Debtor's plan and has contributed with analysis and strategy to achieve the overall objectives to maximize and sell estate assets for the benefit of the creditor body. Attorney has provided the substantial contribution to the plan administration required under the Code for allowance of his administrative claim.

### C. CONCLUSION

Therefore, based on the foregoing arguments and authorities, it is respectfully requested that the Application be granted by the Court such that Attorney's administrative claim be allowed under 11 USC Section 503(b) in amount of $4,207.50.

Dated: June 17, 2022                                    /s/ Michael F. Chekian_____
                                                        Michael F. Chekian
                                                        Chekian Law Office
                                                        Attorneys for Creditor

4

# DECLARATION OF MICHAEL CHEKIAN IN
# SUPPORT OF APPLICATION FOR ADMINISTRATIVE FEES

I, Michael Chekian, am an attorney duly licensed to practice law in the Central District of California. I do hereby declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge and belief, and if called upon as a witness, I could and would personally testify under oath in a court of law to the truthfulness of each of the below facts.

1. I am the attorney of record for unsecured creditor The Phalanx Group ("Creditor") in the chapter 11 bankruptcy case filed by Jinzheng Group (USA) LLC ("Debtor"). Creditor is a member of the unsecured creditors committee ("Committee") in Debtor's case. The Committee was appointed on January 25, 2022 as docket number 93, the U.S. Trustee approved The Phalanx Group's membership to the Committee by notice filed on March 31, 2022 as docket 178, a true and correct copy of which is attached hereto as Exhibit A. Debtor's objection to Creditor's claim was overruled by the Court's order entered on April 25, 2022 as docket 192, a true and correct copy of which is attached hereto as Exhibit B.

2. I performed the following services as a member of the Committee which substantially benefited the administration of the bankruptcy estate. In general, I gave comments and suggested courses of action to the attorneys for the Committee as how to best guide the Debtor to best develop, maximize value and sell its assets for the benefit of the bankruptcy estate creditor body. My work is summarized as follows: a. attended the second Committee meeting on March 4, 2022; b. attended another Committee meeting on March 10, 2022; c. reviewed Court's order (docket 164) continuing hearings on 6 claim objections, reviewed court's website for tentative rulings and sent descriptive emails regarding the same; d. appeared at Committee meeting on March 31, 2022; e. reviewed Debtor's Chapter 11 plan and disclosure statement and sent email analysis to Creditor regarding the same; f. reviewed motion to approve Debtor's plan and communicated with client and Committee regarding the same; g. reviewed amended plan and Committee's comments, then communicated with client and Committee with suggestions for edits to proposed plan; h. emailed Committee lawyers and other members regarding objections to Debtor's amended plan; i. attended Committee meeting on April 20, 2022 and further

Declaration - 1

analyzed Debtor's plan and suggested 5 revisions; j. communicated with Committee regarding big picture issues for Committee call on May 24, 2022; k. sent emails to Committee lawyers regarding dealing with general unsecured claims and negotiations with Debtor's lawyer; l. attended Committee meeting via Zoom video on May 24, 2022; m. participated in Committee meeting on May 27, 2022; n. reviewed, made edits to Debtor's amended plan and sent email to Committee members regarding same; o. attended telephonic Committee meeting on June 1, 2022, discussed issues related to Debtor's new attorneys and plan edits and instructed staff regarding calendaring issues; p. attended Committee meeting on June 10, 2022; q. reviewed stipulation for Debtor to withdraw plan and for Committee to withdraw motion to appoint U.S. Trustee and sent responsive email consenting to it; r. reviewed applications to employed Danning Gill and Atkinson firms as new bankruptcy counsel and sent comments to Committee regarding loan repayment terms as to Debtor's principal and need for updated monthly operating reports from Debtor.

3. In this case, Creditor and myself agreed to an attorney billing rate of $425 per hour, paralegal time at $145 per hour, plus costs. My current hourly rate is $425. The $425 rate is lower than the billing range of attorneys with similar experience and expertise in the Southern California area. I have been practicing primarily consumer debtor bankruptcy law for over 28 years, am a certified specialist in bankruptcy law through the Board of Legal Specialization at the California State Bar, I am a California licensed real estate broker, and I have filed hundreds of Chapter 13's and 7's throughout my career and represented creditors and debtors in over 1 dozen Chapter 11 cases and over 100 creditors in Chapter 7's, 11's and 13's throughout the United States. Our current hourly rates are $425 per hour for myself, $300 per hour for associate attorneys and $145 per hour for paralegals.

4. From March 4, 2022 through June 16, 2022, the fees incurred for the above referenced matter (only as to participation for Committee work) are $4,207.50, total costs are $0.00 and total sought to be approved in this fee application is $4,207.50. A true and correct copy of my billing records as it pertains to billing work in this matter is attached hereto as Exhibit C. My office makes daily entries of time as we perform work for clients. The time entries are made into our QuickBooks database by myself and my staff at my direction.

///

Declaration - 2

1
2         I do hereby declare under the penalty of perjury and pursuant to the laws of the United States
3   of America that the foregoing is true and correct and that this declaration is executed this 17th day of
4   June, 2022, at Los Angeles, California.
5
6                                                 _/s/ Michael Chekian_____
7
8
...
28

Declaration - 3



**FILED & ENTERED**

**APR 25 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:  Jinzheng Group (USA) LLC, Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter: 11<br><br>**ORDER OVERRULING DEBTOR'S OBJECTION TO CLAIM NO. 17-1 WITHOUT PREJUDICE**<br><br>**[RELATES TO DOC. NO. 113]**<br><br>Date:       March 30, 2022<br>Time:      10:00 a.m.<br>Location: Courtroom 1568<br>               Roybal Federal Building<br>               255 East Temple Street<br>               Los Angeles, CA 90012 |

At the above-captioned date and time, the Court conducted a hearing on the *Objection to Proof of Claim No. 17 of the Phalanx Group* [Doc. No. 113] (the "Claim Objection") filed by the Debtor. Good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The tentative ruling [Doc. No. 173] is adopted as the final ruling (the "Ruling") and is incorporated herein by reference. The findings supporting the entry of this Order are set forth in the Ruling.
2) The Claim Objection is **OVERRULED**. Claim No. 17-1, asserted by the Phalanx Group, is allowed as an unsecured claim in the amount of $158,845.
3) This Order is without prejudice to the Debtor's ability to file a renewed objection to Claim No. 17-1 after conducting further discovery.

**1**                                                                                                                                      **EXHIBIT A**

IT IS SO ORDERED.

###

Date: April 25, 2022

Ernest M. Robles
United States Bankruptcy Judge

```
1   PETER C. ANDERSON
    UNITED STATES TRUSTEE
2   JILL M. STURTEVANT, State Bar No. 089395
    ASSISTANT UNITED STATES TRUSTEE
3   HATTY YIP, State Bar No. 246487
    TRIAL ATTORNEY
4   OFFICE OF THE UNITED STATES TRUSTEE
    915 Wilshire Blvd, Suite 1850
5   Los Angeles, California 90017
    (213) 894-1507 telephone
6   (213) 894-2603 facsimile
    Email: hatty.yip@usdoj.gov
7
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re: | ) Case No.: 2:21-bk-16674-ER |
|---|---|
| | ) |
| | ) Chapter 11 |
| **JINZHENG GROUP (USA) LLC,** | ) |
| | ) **AMENDED NOTICE OF APPOINTMENT** |
| Debtor(s). | ) **AND APPOINTMENT OF COMMITTEE** |
| | ) **OF CREDITORS HOLDING** |
| | ) **UNSECURED CLAIMS** |
| | ) |
| | ) |

    Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby amends the appointment of the members on the Committee of Creditors holding unsecured claims to the following 2 creditors:

SEE ATTACHED EXHIBIT A

DATED: March 31, 2022

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

JILL STURTEVANT
Digitally signed by JILL STURTEVANT
Date: 2022.03.31 12:50:50 -07'00'

By:    JILL M. STURTEVANT
        Assistant United States Trustee

- 1 -

1                **EXHIBIT B**

1 **EXHIBIT A**

2 In re: Jinzheng Group (USA) LLC, Case No. 2:21-bk-16674-ER

3 Betula Lenta, Inc.
David Park
4 800 West 6th Street, Suite 1250
Los Angeles, CA 90017
5 (213) 537-0158
david@thecodesolution.com
6
The Phalanx Group, Inc.
7 Anthony Rodriguez
424 E. 1st Street, Unit #10
8 Los Angeles, CA 90015
(213) 494-8542
9 anthony@phalanx.group

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
- 2 -

**Chekian Law Office**
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071
(310) 390 5529
mike@cheklaw.com

# Invoice

| BILL TO |
|---|
| The Phalanx Group |

| INVOICE # | DATE | TOTAL DUE | | | ENCLOSED |
|---|---|---|---|---|---|
| | 06/17/2022 | $4,207.50 | | | |

| DATE | ACTIVITY | DESCRIPTION | TIME/QTY | AMT/RATE | TOTAL |
|---|---|---|---|---|---|
| 03/04/2022 | Legal Services | Telephone call with client and attend 2nd creditor committee's meeting (Michael Chekian, Esq.) | 0.80 | 425.00 | 340.00 |
| 03/10/2022 | Legal Services | Attend Zoom video creditor's committee meeting (Michael Chekian, Esq.) | 0.30 | 425.00 | 127.50 |
| 03/21/2022 | Legal Services | Review order continuing hearings, review court website for tentative rulings, email continuing creditor committee hearing and send descriptive email to client (Michael Chekian, Esq.) | 0.20 | 425.00 | 85.00 |
| 03/31/2022 | Legal Services | Appear at creditor's committee Zoom hearing (Michael Chekian, Esq.) | 0.50 | 425.00 | 212.50 |
| 05/05/2022 | Legal Services | Review Chapter 11 plan and disclosure statement filed by debtor and send email to client with comments and analysis:  (Michael Chekian, Esq.) | 0.40 | 425.00 | 170.00 |
| 05/05/2022 | Legal Services | Review motion to approve plan and send client email re same (Michael Chekian, Esq.) | 0.10 | 425.00 | 42.50 |
| 05/08/2022 | Legal Services | Further review amended plan and creditor's committee's comments re same.  Send detailed email to client with suggestions for edits to proposed plan.  (Michael Chekian, Esq.) | 0.40 | 425.00 | 170.00 |
| 05/09/2022 | Legal Services | Prepare and send email to creditor committee lawyers and other committee members regarding objections to Debtor's amended plan (Michael Chekian, Esq.) | 0.20 | 425.00 | 85.00 |
| 05/20/2022 | Legal Services | Attend creditor's committee meeting (Michael Chekian, Esq.) | 1 | 425.00 | 425.00 |
| 05/21/2022 | Legal Services | Prepare email further analyzing plan and suggesting 5 revisions (Michael | 0.30 | 425.00 | 127.50 |

Chekian Law Tax I.D:  81-0610901                                1                                EXHIBIT C

| DATE | ACTIVITY | DESCRIPTION | TIME/QTY | AMT/RATE | TOTAL |
|---|---|---|---|---|---|
| | | Chekian, Esq.) | | | |
| 05/24/2022 | Legal Services | Respond to client's email regarding big picture issues for creditor committee call today regarding our claim, Park and Testa claims, division of proposed $4m to be paid to fund plan (Michael Chekian, Esq.) | 0.10 | 425.00 | 42.50 |
| 05/24/2022 | Legal Services | Send emails to client and to creditor committee lawyers regarding dealing with general unsecured claims and negotiations with Debtor's lawyer (Michael Chekian, Esq.) | 0.20 | 425.00 | 85.00 |
| 05/24/2022 | Legal Services | Attend creditor committee meeting via Zoom video (Michael Chekian, Esq.) | 0.50 | 425.00 | 212.50 |
| 05/27/2022 | Legal Services | Participate in Creditor's Committee meeting (Michael Chekian, Esq.) | 0.70 | 425.00 | 297.50 |
| 05/29/2022 | Legal Services | Review and make edits on Creditor's Committee's edits to Debtor's amended plan. Send email to Committee members regarding same. (Michael Chekian, Esq.) | 2.30 | 425.00 | 977.50 |
| 06/01/2022 | Legal Services | Attend telephonic creditor committee meeting, discuss issues related to new attorneys for Debtor and plan edits. Take notes re same and instruct staff regarding calendaring issues. (Michael Chekian, Esq.) | 0.60 | 425.00 | 255.00 |
| 06/10/2022 | Legal Services | Attend creditor committee meeting regarding possible sale of properties by new Debtor's counsel and claims status. (Michael Chekian, Esq.) | 0.50 | 425.00 | 212.50 |
| 06/15/2022 | Legal Services | Review stipulation for Debtor to withdraw plan and for creditors' committee to withdraw motion to appoint U.S.. Trustee. Send responsive email consenting to it. (Michael Chekian, Esq.) | 0.20 | 425.00 | 85.00 |
| 06/16/2022 | Legal Services | Review applications to employ Danning Gill and Atkinson firms as new bankruptcy counsel and send comments to Committee regarding loan repayment terms as to Debtor's principal and need for updated monthly operating reports from Debtor. (Michael Chekian, Esq.) | 0.60 | 425.00 | 255.00 |

BALANCE DUE **$4,207.50**

Chekian Law Tax I.D: 81-0610901                     2                                    **EXHIBIT C**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*):   Notice of Opportunity To Request A Hearing on Motion and Application for Order Allowing Attorney Fees and Costs as Administrative Expense To Member of Unsecured Creditors' Committee Pursuant to 11 USC Section 503(b)(3)(D, F) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____June 17, 2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Donna Bullock Carrera: donnabullockcarrera@yahoo.com
Steven P Chang: heidi@spclawoffice.com
Susan Titus Collins: scollins@counsel.lacounty.gov
Richard Girgado: rgirgado@counsel.lacounty.gov
M. Jonathan Hayes: jhayes@rhmfirm.com
Eric A Mitnick: MitnickLaw@aol.com
Matthew D. Resnik: matt@rhmfirm.com
Allan D Sarver: david@shevitzlawfirm.com
Investment Management Company LLC c/o Allan D Sarver: ADS@asarverlaw.com
JINZHENG GROUP (USA) LLC c/o Christopher J Langley: chris@slclawoffice.com
Michael E. Dorff and Shari L. Dorff c/o Benjamin R Levinson, ESQ: ben@benlevinsonlaw.com
OFFICIAL COMMITTEE OF UNSECURED CREDITORS c/o Jeffrey W Dulberg: jdulberg@pszjlaw.com
OFFICIAL COMMITTEE OF UNSECURED CREDITORS c/o Teddy M Kapur: tkapur@pszjlaw.com
Orantes Law Firm, P.C. c/o Giovanni Orantes: go@gobklaw.com
Royalty Equity Lending, LLC/Bobs LLC c/o Matthew D. Resnik: matt@rhmfirm.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
United States Trustee (LA) c/o Hatty K Yip: hatty.yip@usdoj.gov
Michael F Chekian: mike@cheklaw.com
JINZHENG GROUP (USA) LLC c/o Zev Schechtman: zshechtman@DanningGill.com
Donald W. Reid: don@donreidlaw.com
Daniel Samuel Shevitz: david@shevitzlawfirm.com
John N. Tedford, IV: jtedford@DanningGill.com
JINZHENG GROUP (USA) LLC c/o Alphamorlai Lamine Kebeh: akebeh@danninggill.com
LAW OFFICES OF PETER C/O Peter A. Kim: peter@pkimlaw.com
LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR c/o Oscar Estrada: oestrada@ttc.lacounty.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____June 17, 2022_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __/201_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                        **F 9013-3.1.PROOF.SERVICE**

declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/17/2022 | Michael Chekian | /s/ Michael Chekian |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:21-bk-16674-ER
Central District of California
Los Angeles
Thu Jun 16 15:34:37 PDT 2022

Chekian Law Office, Inc.
Chekian Law Office, Inc.
445 South Figueroa Street
31st Floor
Los Angeles, CA 90071-1635

Investment Management Company LLC
Law Offices Allan Sarver
16000 Ventura Blvd
Suite 1000
Encino, CA 91436-2762

JINZHENG GROUP (USA) LLC
1414 S Azusa Ave, Suite B-22
West Covina, CA 91791-4084

LAW OFFICES OF PETER KIM
LAW OFFICES OF PETER KIM
3450 Wilshire Blvd
Ste 1200
Los Angeles, CA 90010-2214

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Orantes Law Firm, P.C.
The Orantes Law Firm, P.C.
3435 Wilshire Blvd., suite 2920
los angeles, CA 90010-2015

The Phalanx Group
c/o Michael Chekian, Esq.
Chekian Law Office
445 South Figueroa Street
31st Floor
Los Angeles, CA 90071-1635

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Accutax Services
9040 Telstar Ave Ste 105
El Monte CA 91731-2838

American Modern Insurance
7000 Midland Blvd
Amelia OH 45102-2608

BETTY ZHENG
28 N. 3RD ST. #b513
ALHAMBRA, CA 91801-6234

BOBS LLC
Attn: Barry Shy
7525 Avalon Bay St
Las Vegas, NV 89139-5307

BREEZEBLOCK CAPITAL, LLC
c/o Pacific Mortgage Exchange, Inc.
P.O. Box 2836
Big Bear Lake, CA 92315-2836

Bamboo Insurance
7050 Union Park Center Ste 400B
Midvale UT 84047-6055

Bentula Lenta, Inc.
David Park
800 W. 6th Street
Suite 1250
Los Angeles, CA 90017-2721

Best Alliance
16133 Ventura Blvd.
Suite 700
Encino, CA 91436-2406

Betula Lenta Inc.
800 West 6th Street
Suite 1250
Los Angeles, CA 90017-2721

Build Group Construction Co
700 Flower St 575
Los Angeles CA 90017-4122

California American Water
8657 Grand Ave
Rosemead CA 91770-1220

Corona Capital Group, LLC
1222 Crenshaw Blvd.
#B
Torrance, CA 90501-2496

Craig Fry & Associates
990 S. Arroya Pkwy, #4
Pasadena, CA 91105-3920

Craig Fry and Associates
990 Arroyo Parkway #4
Pasadena, CA 91105-3920

DNQ LLC
Jason D Wang
6145 W Spring Mountain Rd. #205
Las Vegas NV 89146-8819

David S Zu
100 N Citrus St Ste 330
West Covina CA 91791-1674

David Z. Su
100 N. Citrus Street Ste 615
West Covina, CA 91791-6600

Donna Bullock
Attorney at Law
800 W 6th St
Suite 1250
Los Angeles, CA 90017-2721

Donna Bullock Esq
Law Offices of Donna Bullock
800 W 6th St Suite 1250
Los Angeles CA 90017-2721

EFI Global
5261 W Imperial Hwy
Los Angeles CA 90045-6231

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

| | | |
|---|---|---|
| Franchise Tax Board<br>Bankruptcy Section, MS:A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | Griffin Underwriters<br>PO Box 3867<br>Bellevue WA 98009-3867 |
| Home Loans Unlimited<br>Attn Daniel Triana<br>28859 Phantom Trail<br>Santa Clarita, CA 91390-5295 | Home Loans Unlimited, Inc.<br>28859 Phantom Trail<br>Santa Clarita, CA 91390-5295 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| ~~Investment Management Company~~<br>~~1507 7th Street, #344~~<br>~~Santa Monica, CA 90401-2605~~ | Jade Capital<br>333 Thornall St Ste 101<br>Edison NJ 08837-2220 | Jianqing Yang<br>PO Box 3702<br>Alhambra CA 91803-0702 |
| ~~Jinzheng Group (USA) LLC~~<br>~~100 E. Huntington Dr. Ste 207~~<br>~~Alhambra, CA 91801-1022~~ | ~~LA City Treasurer and Tax Collector~~<br>~~255 N Hill St 1st Fl~~<br>~~Los Angeles CA 90012-2705~~ | Land Design Consultants<br>800 Royal Oaks Drive<br>Suite 104<br>Monrovia, CA 91016-6364 |
| Law Offices of Matthew C. Mullhofer<br>2107 N. Broadway<br>Suite 103<br>Santa Ana, CA 92706-2633 | Los Angeles Treasurer Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 | Marc Cohen<br>Cohen Law Group, APC<br>541 S. Spring Street<br>Ste. 1208<br>Los Angeles, CA 90013-1667 |
| Michael Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 | ~~Michael E. Dorff and Shari L. Dorff~~<br>~~3239 Bordero Lane~~<br>~~Thousand Oaks, CA 91362-4659~~ | ~~Office of the United States Trustee~~<br>~~915 Wilshire Blvd.~~<br>~~Los Angeles, CA 90017-3409~~ |
| Overland Traffic Consultants<br>952 Manhattan Beach Blvd 100<br>Manhattan Beach CA 90266-5112 | Pacific Geotech Inc<br>Attn Jirayus Pukkansasut<br>15038 Clark Ave<br>Hacienda Heights CA 91745-1408 | Pacific Mortgae Exchange, Inc.<br>73241 Hwy. 111, Ste. 1-A<br>Palm Desert, CA 92260-3921 |
| Pennington Construction Advisors Inc<br>Attn: Todd C. Pennington<br>79 Bell Pasture Rd<br>Ladera Ranch CA 92694-1558 | ~~Phalanx~~<br>~~424 E. 15th Street~~<br>~~Suite 10~~<br>~~Los Angeles, CA 90015-3140~~ | (p)ROYAL BUSINESS BANK<br>1055 WILSHIRE BLVD SUITE 1220<br>LOS ANGELES CA 90017-3103 |
| Royalty Equity Lending LLC<br>600 S. Spring Street<br>Suite 106<br>Los Angeles, CA 90014-1979 | Shawn Charles Sourgose<br>2111 Seville Drive<br>Santa Paula, CA 93060-8042 | State Farm Insurance<br>PO Box 588002<br>North Metro GA 30029-8002 |
| Testa Capital Group<br>620 Newport Center Dr., #1100<br>Newport Beach, CA 92660-8011 | Testa Capital Group<br>Attn Thomas L Testa<br>620 Newport Center Drive<br>Suite 1100<br>Newport Beach, CA 92660-8011 | The Alison Company<br>2060 D Avenida De Los Arboles<br>#471<br>Thousand Oaks, CA 91362-1376 |

| | | |
|---|---|---|
| The Code Solution, Inc.<br>Attn Jamie Cho<br>800 W. 6th Street<br>Suite 1250 A<br>Los Angeles, CA 90017-2721 | The Orantes Law Firm, APC<br>3435 Wilshire Blvd. Ste 2920<br>Los Angeles, CA 90010-2015 | The Phalanx Group<br>424 E. 15th St Ste 10<br>Los Angeles, CA 90015-3140 |
| The Phalanx Group<br>Anthony Rodriguez<br>424 E 15th St Ste Unit 10<br>Los Angeles CA 90015-3140 | The Phalanx Group, Inc.<br>Anthony Rodriguez<br>424 E. 1st Street, Unit #10<br>Los Angeles, CA 90012 | The Phallanx Group<br>Anthony Rodriguez<br>424 E. 1st Street, Unit #10<br>Los Angeles CA 90012 |
| UltraSystems Environmental<br>Attn Hassan Ayati<br>16431 Scientific Way<br>Irvine, CA 92618-4355 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Yepez Gardening Services<br>2121 N Marengo Ave<br>Pasadena CA 91001 |
| Alphamorlai Lamine Kebeh<br>Danning, Gill, Israel & Krasnoff, LLP<br>1901 Avenue of the Stars<br>Ste 450<br>Los Angeles, CA 90067-6006 | Donna Bullock Carrera<br>LAW OFFICES OF DONNA BULLOCK<br>800 W 6th St<br>Ste 1250<br>Los Angeles, CA 90017-2721 | Matthew Resnik<br>RHM LAW LLP<br>17609 Ventura Blvd. Suite 314<br>Encino, CA 91316-5132 |
| Michael Douglas Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 | Zev Shechtman<br>Danning, Gill, Israel & Krasnoff, LLP<br>1901 Avenue of the Stars<br>Suite 450<br>Los Angeles, CA 90067-6006 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| LOS ANGELES COUNTY TREASURER AND TAX COLLECT<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | (d)Los Angeles County Tax Collector<br>225 N. Hill Street, #1<br>Los Angeles, CA 90012 | (d)Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 |
| (d)Los Angeles County Treasurer and Tax Colle<br>Attn: Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | Royal Business Bank<br>1055 Wilshire Blvd.<br>Suite 1220<br>Los Angeles, CA 90017 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)INTERESTED PARTY | (u)Michael E. Dorff and Shari L. Dorff |