United States Bankruptcy Court

Central District of California

In re:  Case No. 21-16674-ER

JINZHENG GROUP (USA) LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 3

Date Rcvd: Jun 17, 2022     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JINZHENG GROUP (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA 91791-4084 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Investment Management Company LLC ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Interested Party Courtesy NEF ADS@asarverlaw.com |
| Alphamorlai Lamine Kebeh | on behalf of Debtor JINZHENG GROUP (USA) LLC akebeh@danninggill.com |
| Benjamin R Levinson, ESQ | on behalf of Creditor Michael E. Dorff and Shari L. Dorff ben@benlevinsonlaw.com  courtney@benlevinsonlaw.com |
| Christopher J Langley | on behalf of Plaintiff JINZHENG GROUP (USA) LLC chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com |
| David Samuel Shevitz | on behalf of Interested Party INTERESTED PARTY david@shevitzlawfirm.com |

Case 2:21-bk-16674-ER    Doc 255    Filed 06/19/22    Entered 06/19/22 21:14:35    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2022 | Form ID: pdf042 | Total Noticed: 1 |

shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

Donald W Reid
on behalf of Interested Party INTERESTED PARTY don@donreidlaw.com ecf@donreidlaw.com

Donna C Bullock
on behalf of Interested Party Donna Bullock Carrera donnabullockcarrera@yahoo.com donna.bullock@ymail.com

Eric A Mitnick
on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com

Giovanni Orantes
on behalf of Other Professional Orantes Law Firm P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Hatty K Yip
on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov

Heidi M Cheng
on behalf of Plaintiff JINZHENG GROUP (USA) LLC heidi@slclawoffice.com assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Jeffrey W Dulberg
on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jdulberg@pszjlaw.com

John N Tedford, IV
on behalf of Interested Party INTERESTED PARTY jtedford@DanningGill.com danninggill@gmail.com;jtedford@ecf.courtdrive.com

M. Jonathan Hayes
on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Matthew D. Resnik
on behalf of Attorney Matthew Resnik matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
on behalf of Creditor Royalty Equity Lending LLC/Bobs LLC matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael F Chekian
on behalf of Creditor The Phalanx Group mike@cheklaw.com chekianmr84018@notify.bestcase.com

Michael F Chekian
on behalf of Interested Party Chekian Law Office Inc. mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Oscar Estrada
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Peter A Kim
on behalf of Defendant Betula Lenta Inc peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
on behalf of Defendant Jonathan Pae peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
on behalf of Attorney LAW OFFICES OF PETER KIM peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
on behalf of Defendant David Park peter@pkimlaw.com peterandrewkim@yahoo.com

Peter J Ryan
on behalf of Defendant Thomas L. Testa ryan@floresryan.com schneider@floresryan.com

Peter J Ryan
on behalf of Defendant Testa Capital Group ryan@floresryan.com schneider@floresryan.com

Richard Girgado
on behalf of Interested Party Courtesy NEF rgirgado@counsel.lacounty.gov

Steven P Chang
on behalf of Interested Party Courtesy NEF heidi@spclawoffice.com schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr752

| District/off: 0973-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 17, 2022 | Form ID: pdf042 | Total Noticed: 1 |

|  |  |
|---|---|
|  | 51@notify.bestcase.com |
| Susan Titus Collins | on behalf of Interested Party INTERESTED PARTY scollins@counsel.lacounty.gov |
| Teddy M Kapur | on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS tkapur@pszjlaw.com mdj@pszjlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | on behalf of Debtor JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| Zev Shechtman | on behalf of Interested Party INTERESTED PARTY zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |

TOTAL: 34

ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed Attorneys for Jinzheng Group (USA) LLC

**FILED & ENTERED**

JUN 17 2022

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>    Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO (1) WITHDRAW DEBTOR'S COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT WITHOUT PREJUDICE AND (2) WITHDRAW OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE WITHOUT PREJUDICE**<br><br>[Related to Docket Nos. 136 and 205] |

1685207.1  27086

1

The Court, having read and considered the *Stipulation to (1) Withdraw Debtor's Combined Plan of Reorganization and Disclosure Statement (the "Plan and Disclosure Statement") Without Prejudice and (2) Withdraw Official Committee of Unsecured Creditors' Motion for the Appointment of a Chapter 11 Trustee (the "Motion to Appoint Trustee") Without Prejudice* (the "Stipulation") (docket no. 250), and with good cause shown,

**IT IS ORDERED:**

1. The Stipulation is approved.

2. The Debtor's Plan and Disclosure Statement is hereby withdrawn without prejudice, and the July 6, 2022 hearing thereon is vacated.

3. The Committee's Motion to Appoint Trustee is hereby withdrawn without prejudice, and the July 6, 2022 hearing thereon is vacated.

###

Date: June 17, 2022

Ernest M. Robles
United States Bankruptcy Judge

1685207.1  27086

2