# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In Re. JINZHENG GROUP (USA), LLC  §  Case No. 21-16674
§
_____  §
Debtor(s)  §

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2022          Petition Date: 08/24/2021

Months Pending: 8          Industry Classification: 6 5 5 2

Reporting Method:          Accrual Basis ○          Cash Basis ●

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Zhaopu Yang  YANG ZHAOPU          Zhaopu Yang, Attorney in Fact for Jianqing Yang
Signature of Responsible Party          Printed Name of Responsible Party

06/21/2022
Date

          6840 De Celis Pl. #9, Van Nuys, CA 91406
          Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)          1

Debtor's Name JINZHENG GROUP (USA), LLC                                    Case No. 21-16674

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Zhaopu Yang  YANG  ZHAOPU                            Zhaopu Yang
Signature of Responsible Party                           Printed Name of Responsible Party
Attorney in Fact for Jianqing Yang, Managing Member      06/21/2022
Title                                                    Date

UST Form 11-MOR (12/01/2021)                 9

axos BANK

PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

```
                                          Date   4/29/22        Page      1
                                          Primary Account                 3235
```

10773369

JINZHENG GROUP (USA) LLC  
Debtor in Possession  
Case 2:21-bk-16674-ER, General  
100 E HUNTINGTON DR STE 207  
ALHAMBRA CA 91801

```
Account Title:          JINZHENG GROUP (USA) LLC
                        Debtor in Possession
                        Case 2:21-bk-16674-ER, General

Commercial Checking                       Number of Enclosures                    0
Account Number                    3235    Statement Dates   4/01/22 thru  5/01/22
Previous Balance            155,607.27    Days in the statement period          31
     4 Deposits/Credits       2,895.00    Avg Daily Ledger              156,644.74
     3 Checks/Debits            826.01    Avg Daily Collected           156,364.58
Maintenance Fee                    .00
Interest Paid                      .00
Ending Balance              157,676.26
```

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/15 | MyDeposit | 500.00 |
| 4/15 | MyDeposit | 645.00 |
| 4/15 | MyDeposit | 800.00 |
| 4/15 | MyDeposit | 950.00 |

### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 4/04 | PAYMENT    QUARTERLY FEE<br>CCD 041036044802784<br>JINZHENG GROUP (USA) L | 501.01- |
| 4/15 | Account Analysis Charge | 75.00- |

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER

axos BANK

```
                                              Date  4/29/22        Page      2
                                              Primary Account              3235
```

Commercial Checking                           3235   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 4/25 | PAYMENT     QUARTERLY FEE<br>CCD 041036048360359<br>JINZHENG GROUP (USA) L | 250.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 4/01 | 155,607.27 | 4/15 | 157,926.26 |
| 4/04 | 155,106.26 | 4/25 | 157,676.26 |

### *** END OF STATEMENT ***

MEMBER FDIC                                                                    2

**axos**
BANK

PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

```
                                              Date  4/29/22         Page     1
                                              Primary Account              3243
```

10773370

JINZHENG GROUP (USA) LLC  
Debtor in Possession  
Case 2:21-bk-16674-ER, Payroll  
100 E HUNTINGTON DR STE 207  
ALHAMBRA CA 91801

```
Account Title:           JINZHENG GROUP (USA) LLC
                         Debtor in Possession
                         Case 2:21-bk-16674-ER, Payroll

Commercial Checking                       Number of Enclosures                  0
Account Number                    3243    Statement Dates   4/01/22 thru  5/01/22
Previous Balance             44,236.39    Days in the statement period         31
     Deposits/Credits              .00    Avg Daily Ledger             44,236.39
     Checks/Debits                 .00    Avg Daily Collected          44,236.39
Maintenance Fee                    .00
Interest Paid                      .00
Ending Balance               44,236.39
```

## DAILY BALANCE INFORMATION

| Date | Balance |
|------|---------|
| 4/01 | 44,236.39 |

## *** END OF STATEMENT ***

MEMBER FDIC    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    1

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**For our 24-hour Automated Banking System, please call the number located on the front of the Statement.**
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

## What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER

**axos** BANK

PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

```
                                          Date   4/29/22          Page      1
                                          Primary Account                3250
```

10773371

JINZHENG GROUP (USA) LLC  
Debtor in Possession  
Case 2:21-bk-16674-ER, Tax  
100 E HUNTINGTON DR STE 207  
ALHAMBRA CA 91801

```
Account Title:           JINZHENG GROUP (USA) LLC
                         Debtor in Possession
                         Case 2:21-bk-16674-ER, Tax

Commercial Checking                       Number of Enclosures                  0
Account Number                    3250    Statement Dates   4/01/22 thru  5/01/22
Previous Balance             10,000.00    Days in the statement period         31
     Deposits/Credits              .00    Avg Daily Ledger              10,000.00
     Checks/Debits                 .00    Avg Daily Collected           10,000.00
Maintenance Fee                    .00
Interest Paid                      .00
Ending Balance               10,000.00
```

## DAILY BALANCE INFORMATION

```
Date              Balance
4/01           10,000.00
```

### *** END OF STATEMENT ***

MEMBER FDIC    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    1

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER

**axos** BANK

PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

Date  4/29/22          Page     1  
Primary Account              4694

10773686

JINZHENG GROUP (USA) LLC  
Debtor in Possession,  
Case 2:21-bk-16674-ER, JV Account  
100 E HUNTINGTON DR STE 207  
ALHAMBRA CA 91801

Account Title:        JINZHENG GROUP (USA) LLC  
                      Debtor in Possession,  
                      Case 2:21-bk-16674-ER, JV Account

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 4694 | Statement Dates | 4/01/22 thru 5/01/22 |
| Previous Balance | .00 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Avg Daily Ledger | .00 |
| Checks/Debits | .00 | Avg Daily Collected | .00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

## DAILY BALANCE INFORMATION

| Date | Balance |
|---|---|
| 4/01 | .00 |

*** END OF STATEMENT ***

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION                1

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**For our 24-hour Automated Banking System, please call the number located on the front of the Statement.**
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

## What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER