ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed General Bankruptcy Counsel for
Jinzheng Group (USA) LLC, as Debtor and
Debtor in Possession

**FILED & ENTERED**

**JUN 22 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:21-bk-16674-ER |
| JINZHENG GROUP (USA) LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **ORDER CONTINUING LITIGATION DEADLINES PERTAINING TO EVIDENTIARY HEARING ON CLAIM NO. 18 FILED BY BETULA LENTA, INC.**<br><br>[No Hearing Required] |

The Court, having read and considered the Stipulation to Continue Litigation Deadlines Pertaining to Evidentiary Hearing on Claim No. 18 Filed by Betula Lenta, Inc., ("Stipulation") (*docket no. 257*) and with good cause shown,

**IT IS ORDERED:**

1. The Stipulation is approved, subject to the modifications set forth herein.

2. The dates set forth in the Scheduling Order are hereby continued as follows:

    a. The last day to disclose expert witnesses and expert witness reports is extended from July 26, 2022, to September 26, 2022.

    b. The last day to disclose rebuttal expert witnesses and rebuttal expert witness reports is extended from August 25, 2022, to October 24, 2022.

///

1685827.1  27086

1

      c.      The last date to complete discovery, including discovery pertaining to expert witnesses, is extended from September 20, 2022, to November 21, 2022. All discovery motions must also have been heard by this date.

      d.      The last day for dispositive motions to be heard is extended from September 20, 2022, to November 21, 2022.

      e.      The pretrial conference is continued from October 11, 2022, to January 10, 2023 at 11:00 a.m. ~~December 13, 2022 at 11:00 a.m.~~

      f.      The evidentiary hearing is continued from the week of October 24, 2022, to the week of January 23, 2023 ~~January 9, 2023.~~

###

Date: June 22, 2022

Ernest M. Robles
United States Bankruptcy Judge

1685827.1  27086

2