| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (State Bar No. 266280)<br>*zs@DanningGill.com*<br>ALPHAMORLAI L. KEBEH (State Bar No. 336798)<br>*akebeh@DanningGill.com*<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorneys for  Jinzheng Group (USA) LLC* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>JINZHENG GROUP (USA) LLC,<br><br><div align="right">Debtor(s)</div> | CASE NO.: 2:21-bk-16674-ER<br>CHAPTER:  11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (title of motion[1]): **STIPULATION TO EXTEND DEADLINES TO RESPOND TO DEBTOR'S APPLICATIONS TO EMPLOY GENERAL BANKRUPTCY COUNSEL AND SPECIAL LITIGATION COUNSEL [DOC. NOS. 239, 248]** |

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING STIPULATION TO EXTEND DEADLINES TO RESPOND TO DEBTOR'S APPLICATIONS TO EMPLOY GENERAL BANKRUPTCY COUNSEL AND SPECIAL LITIGATION COUNSEL [DOC. NOS. 239, 248]</u> was lodged on *(date)* <u>June 23, 2022</u> and is attached.  This order relates to the motion which is docket number <u>261</u>.

---

[1] Please abbreviate if title cannot fit into text field

1686022.1  27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Main Document Page 2 of 6

# EXHIBIT "A"

1686022.1 27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* *Page 2* **F 9021-1.2.BK.NOTICE.LODGMENT**

ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
*akebeh@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, as Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>    Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINES TO RESPOND TO DEBTOR'S APPLICATIONS TO EMPLOY GENERAL BANKRUPTCY COUNSEL AND SPECIAL LITIGATION COUNSEL [DOC. NOS. 239, 248]**<br><br>Hearing Date:<br>Date:    July 6, 2022<br>Time:   10:00 a.m.<br>Crtrm.:  Courtroom 1568<br>         255 E. Temple Street<br>         Los Angeles, California 90012 |

The Court, having read and considered the *Stipulation to Extend Deadlines to Respond to Debtor's Applications to Employ General Bankruptcy Counsel and Special Litigation Counsel* *[doc. nos. 239, 248]* ("Stipulation") (*docket no. 261*) and with good cause shown,

**IT IS ORDERED:**

1.    The Stipulation is approved.

2.    The Committee's deadline to respond to the pending *Application of Debtor and Debtor-in-Possession to Employ Danning, Gill, Israel & Krasnoff, LLP as its General Bankruptcy*

1 *Counsel; Motion to Approve Debtor-in-Possession Financing; and Statement of Disinterestedness*

2 (doc. no. 239), or the Debtor's *Application of Debtor and Debtor-in-Possession to Employ*

3 *Atkinson, Andelson, Loya, Ruud & Romo as Special Litigation Counsel; Motion to Approve*

4 *Debtor-in-Possession Financing* (doc. no. 248), is hereby extended to June 24, 2022.

5     3.    The Debtor's deadline to reply to any response filed by the Committee is hereby

6 extended to July 1, 2022.

7         ###

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 23, 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 23, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 23, 2022 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| Date | Printed Name | Signature |

1686022.1  27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 9021-1.2.BK.NOTICE.LODGMENT

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Donna C Bullock**   donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Steven P Chang**   heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian**   mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Heidi M Cheng**   heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com
- **Susan Titus Collins**   scollins@counsel.lacounty.gov
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Richard Girgado**   rgirgado@counsel.lacounty.gov
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Teddy M Kapur**   tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh**   akebeh@danninggill.com
- **Peter A Kim**   peter@pkimlaw.com, peterandrewkim@yahoo.com
- **Christopher J Langley**   chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Benjamin R Levinson**   ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Giovanni Orantes**   go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Donald W Reid**   don@donreidlaw.com, ecf@donreidlaw.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Peter J Ryan**   ryan@floresryan.com, schneider@floresryan.com
- **Allan D Sarver**   ADS@asarverlaw.com
- **Zev Shechtman**   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **David Samuel Shevitz**   david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **John N Tedford**   jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**   hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

1686022.1  27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 *Page 4*                           **F 9021-1.2.BK.NOTICE.LODGMENT**