ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@DanningGill.com*
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
*akebeh@DanningGill.com*
DANIELLE R. GABAI (State Bar No. 339242)
*dgabai@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed General Bankruptcy Counsel for
Jinzheng Group (USA) LLC, Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No. 2:21-bk-16674-ER |
|---|---|
| JINZHENG GROUP (USA) LLC, | Chapter 11 |
| Debtor and Debtor in Possession. | **NOTICE OF APPLICATION AND APPLICATION TO EMPLOY REAL ESTATE BROKERS AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ZHAO PU YANG AND STATEMENTS OF DISINTERESTEDNESS IN SUPPORT THEREOF** |
| | [No Hearing Required] |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Jinzheng Group (USA) LLC (the "Debtor"), herby applies pursuant to 11 U.S.C. § 328 for entry of an order authorizing the Debtor to employ The Crem Group through its agents, Daniel Taylor and Mark Cianciulli, and Marcus & Millichap through its agent, Lonnie McDermott, as its real estate brokers (collectively, the "Brokers"), on the terms set forth in the listing agreement attached as Exhibit "1," effective as of the date of this filing.

1    In compliance with Local Bankruptcy Rule 2014-1(b)(3), the Debtor hereby provides the

2    following information regarding the Application:

3    A.    Identity of professional and the purpose and scope for which it is being employed

4    The Debtor seeks to employ The Crem Group and Marcus & Millichap as its real estate

5    Brokers, to assist the Debtor in the marketing and sale of multiple properties (the "Properties")

6    specified in Addendum 1 to the Residential Listing Agreement (the "Listing Agreement"), attached

7    as Exhibit "1."  The biographical information of the Brokers is attached as Exhibit "2" and "3."  In

8    sum, the Properties include a single 30 acre parcel of vacant land located at 2929 Amethyst Street,

9    Los Angeles, in the Lincoln Heights neighborhood, approximately 3 miles northeast of Downtown

10    Los Angeles, two neighboring lots with multifamily dwellings, and several smaller vacant lots.

11    Collectively, the Properties have been referred to in the case as the "Los Angeles Properties,"[1] and

12    may also be referred to as the "Lincoln Heights Properties."[2]

13    B.    Whether professional seeks compensation pursuant to 11 U.S.C. § 328 or 11 U.S.C. § 330

14    The Debtor will seek to compensate the Brokers pursuant to 11 U.S.C. § 328.

15    C.    Arrangements for compensation

16    The proposed terms of the Brokers' compensation are set forth in the Listing Agreement

17    (including the addendums thereto), attached as Exhibit "1."   Without limiting the detail in the

18    Listing Agreement:  The total commission on the sale of the Properties, if the buyer is represented

19    by a broker, is 5%.  The commission to the Debtor's Brokers will be 3.0%, from which The Crem

20    Group will receive 1%, and Marcus & Millichap will receive 2.0%. The buyer's broker will be

21    entitled to the remaining 2.0% of commission.  If the buyer is not represented by a broker in the

22    transaction, the Debtor's Brokers will be entitled to a total commission of 3.5%, from which The

23    Crem Group will receive 1.25%, and Marcus & Millichap will receive 2.25%.

24

25

26    [1] See disclosure statement, doc. no. 24 at ECF pp. 6-7.

27    [2] The Debtor also owns interests in two other properties and is the managing member of an LLC
that owns a third property, in Van Nuys, San Marino, and Arcadia, respectively.  Those properties

28    are not the subject of this Application.

D.    <u>Name, address and telephone number of person who will provide a copy of the Application</u>

This document is both a notice and application. Copies of the full Application (with the Memorandum of Points and Authorities, Declaration of Zhao Pu Yang, and Statements of Disinterestedness) may be requested by contacting the Debtor's proposed general bankruptcy counsel, Attn.: Zev Shechtman, Danning, Gill, Israel & Krasnoff, LLP, at Email: ZS@DanningGill.com. The address for Debtor's proposed counsel is Danning, Gill, Israel & Krasnoff, LLP, Attn.: Zev Shechtman, 1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067 and the telephone number is (310) 277-0077.

The Application is based upon this Notice of Application, the attached Memorandum of Points and Authorities, the attached Declaration of Zhao Pu Yang , the attached Statements of Disinterestedness, exhibits hereto, the complete files and records of this case, and such other evidentiary matters as may be presented to the Court.

**PLEASE TAKE FURTHER NOTICE that**, pursuant to Local Bankruptcy Rule 9013-1(o)(1)(A)(ii), any objection and request for hearing must be in writing and must be filed and served within fourteen (14) days after of the date of mailing of this Notice, plus an additional 3 days if this notice of application was served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D) or (F).   The response or opposition to the application shall be filed with the Bankruptcy Court and served on the United States Trustee, at 915 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90017, the Debtor at the address on the upper left-hand corner of this notice, and proposed counsel for the Debtor, Zev Shechtman, at 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067.

1    If you fail to file a written response within fourteen days of the date of the service of this

2    notice, plus an additional 3 days if this notice of application was served by mail or pursuant to Fed.

3    R. Civ. P. 5(b)(2)(D) or (F), the Court may treat such failure as a waiver of your right to oppose the

4    application and may grant the requested relief.

5

6    DATED:  June 23, 2022            DANNING, GILL, ISRAEL & KRASNOFF, LLP

7

8                                    By:

9                                    ZEV SHECHTMAN
                                     Proposed General Bankruptcy Counsel for
10                                    Jinzheng Group (USA) LLC, Debtor in Possession

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### FACTUAL STATEMENT

A.    **Bankruptcy Background**

On August 24, 2021 (the "Petition Date"), Jinzheng Group (USA) LLC (the "Debtor"), filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor continues in possession of its property and is operating and managing its business as a debtor in possession pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108. No trustee or examiner has been appointed in the Debtor's Chapter 11 Case.

B.    **The Subject Properties and Associated Liens**

The subject Properties comprise 15 separate parcels based on their Los Angeles County's Assessor Parcel Numbers ("APNs"). The Properties include approximately 30 acres of undeveloped land in a single parcel at 2929 Amethyst St., and the other parcels are adjacent properties which would be of interest to any developer seeking to develop 2929 Amethyst. As of December 2021, Royalty Equity Lending LLC asserted a $9,353,009.29 secured claim, secured by 2929 Amethyst (APN 5209-009-001), a triplex at 2526-28 Lincoln Park Ave. (APN 5208-025-001), a duplex at 2520-22 Lincoln Park Ave. (APN 5208-025-002), land at 2602 Lincoln Park Ave, (APN 5208-025-014) and land at 2600 Sierra Street (APN 5209-005-003). As of December 2021, Breezeblocks Capital LLC asserted a $124,652.99 secured claim, secured by parcels of vacant land described as the Paradise Drive Lots (APNs (i) 5209-021-002, -005, -006; (ii) 5209-022-007; (iii) 5209-023-022, -029; -030; -031; -032; and (iv) 5209-025-006).

C.    **The Brokers' Qualifications**

The Debtor has selected The Crem Group and Marcus & Millichap as co-brokers because both are qualified firms with expertise well suited to the situation of these Properties. See their biographical information at Exhibits "2" and "3." The Crem Group is a local brokerage firm that specializes in selling properties through court processes. Marcus & Millichap is a national

brokerage firm with access to broad databases and marketing platforms.  Mr. McDermott of

Marcus & Millichap has expertise in sales of vacant properties, raw land, and other properties in

various stages of development.  The Properties here, comprised primarily of undeveloped land,

offer unique opportunities and challenges for developers.  The Brokers selected by the Debtor are

well suited to market these unique Properties.

D.    **The Debtor's Proposed Employment of the Brokers**

The Debtor is seeking to employ The Crem Group, through its agents Daniel Taylor and

Mark Cianciulli, and Marcus & Millichap through its agent, Lonnie McDermott, as its real estate

brokers (collectively, the "Brokers") pursuant to the terms of the Listing Agreement and related

form agreements, disclosures, and the Bankruptcy Addendum, attached as Exhibit "1."

Without limiting the detail in the Listing Agreement, a summary of the Listing Agreement

is as follows:

1.    Listing Period. 180 days from the date of the filing hereof.

2.    Listing Price.  Subject to offers.

3.    Listing Properties.

(a)    2929 Amethyst St, Los Angeles CA 90032 (Land);

(b)    2526-2528 Lincoln Park Ave, Los Angeles CA 90031 (Triplex);

(c)    2520-2522 Lincoln Park Ave, Los Angeles CA 90031 (Duplex),

(d)    2602 Lincoln Park Ave, Los Angeles CA 90031 (Land);

(e)    2600 N Sierra St, Los Angeles CA 90031 (Land);

(f)    The Paradise Drive Lots include APNs: (i) 5209-021-002, -005, -006; (ii) 5209-022-007; (iii) 5209-023-022, -029; -030; -031; -032; and (iv) 5209-025-006.

4.    Commission.  All sales commission shall be deducted (to the extent possible) from the gross proceeds of the sale of the Property. The total commission if the buyer is represented by a broker will be 5%.  The commission to the Debtor's Brokers will be 3.0%, from which the Crem Group will receive 1.0%, and Marcus & Millichap will receive 2.0%.  Buyer's broker will receive the remaining 2.0% of commission.  If the buyer is not represented by a broker in the transaction,

1  the Brokers will be entitled to a total commission of 3.5%, from which the Crem Group will

2  receive 1.25%, and Marcus & Millichap will receive 2.25%.

3                                              **II.**

4                                       **ARGUMENT**

5         A chapter 11 debtor in possession, with the bankruptcy court's approval, may employ

6  attorneys, accountants, appraisers, auctioneers, or other professional persons that do not hold or

7  represent an interest adverse to the estate, and that are disinterested persons, to represent or assist

8  the debtor in carrying out its duties under the Bankruptcy Code. 11 U.S.C. § 327(a). The person

9  may be employed on any reasonable terms and conditions of employment. 11 U.S.C. § 328(a).

10        It is appropriate for the Debtor to employ real estate brokers to assist the Debtor in the

11 marketing and sale of the Properties. As explained above, and evidenced by their biographical

12 information at Exhibits "2" and "3," the Brokers are well qualified to do so, and the proposed terms

13 of the Brokers' employment as specified here and in the Listing Agreement at Exhibit "1" are fair,

14 reasonable, and customary in the industry.

15        To the best of the Debtor's knowledge, and based upon the separately filed Statements of

16 Disinterestedness, the Brokers and their principals, employees and agents do not hold or represent

17 any interest adverse to the Debtor, the creditors, and the estate, and except as may be disclosed in

18 the Statements of Disinterestedness have no connection with the Debtor, the creditors, any other

19 party in interest, their respective attorneys and accountants, the United States Trustee, any person

20 employed in the office of the United States Trustee, or any bankruptcy judge presiding in the

21 United States Bankruptcy Court for the Central District of California. The Brokers hold no

22 prepetition claims against the estate and are disinterested persons as that term is defined in 11

23 U.S.C. § 101(14) and used in 11 U.S.C. § 327(a).

24

25

26

27

28

1685942.1 27086                              7

1

### III.

2

### <u>CONCLUSION</u>

3        For the foregoing reasons, the Debtor requests that the Court enter an order authorizing the

4    Debtor to enter into the Listing Agreement with the Brokers substantially in the form attached as

5    Exhibit "1" hereto, authorizing the Debtor to employ the Brokers as its real estate brokers., and

6    take such other actions and sign such other documents as necessary or appropriate for the Debtor to

7    effectuate the listing and marketing for sale of the Properties  The Debtor also requests such further

8    relief as the Court deems just and proper.

9

10   DATED:  June __23__, 2022                    DANNING, GILL, ISRAEL & KRASNOFF, LLP

11

12                                               By: _____

13                                                   ZEV SHECHTMAN
                                                     Attorneys for JinZheng Group (USA) LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF ZHAO PU YANG

I, ZHAO PU YANG, declare and state as follows:

1.    I have personal knowledge of each of the facts herein, except those set forth on information and belief and, as to those matters, I believe them to be true.  If called as a witness, I could and would testify competently with respect to such facts.

2.    I am the attorney in fact for Jianqing Yang, the managing member of Jinzheng Group (USA) LLC (the "Debtor").

3.    This declaration is submitted in support of the Debtor's Application for Authority to Employ Real Estate Brokers Pursuant to 11 U.S.C. § 328 (the "Application"). To the best of my knowledge and belief, all of the statements made in the Application are true and correct.

4.    In my business judgment, the Debtor's employment of The Crem Group, through its agents Daniel Taylor and Mark Cianciulli, and Marcus & Millichap, through its agent, Lonnie McDermott, as its real estate brokers (collectively, the "Brokers"), on the terms set forth in the Residential Listing Agreement attached as Exhibit "1" hereto (including the addendums and other related documents) is appropriate and in the best interests of the estate.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on June 13, 2022, at Los Angeles, California.

YANG ZHAOPU

ZHAO PU YANG, Attorney in Fact
for Managing Member, Jianqing Yang

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF**

**PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

1.      Name, address and telephone number of the professional ("the Professional") submitting this Statement:

> Mark Cianciulli
> The Crem Group
> 3900 W Alameda Ave Suite 1200
> Burbank, CA 91505
> (323) 347-1009

2.      The services to be rendered by the Professional in this case are (specify):

To list and aid the Debtor in marketing and selling multiple real properties specified in Addendum 1.  Attached as Exhibit "2" is a copy of my Resume which describes my expertise and experience.

3.      The terms and source of the proposed compensation and reimbursement of the Professional are (specify):

The total commission if buyer is represented by a broker will be 5%, with 2.0% going to the buyer's broker(s).  The commission to the Debtor's Brokers will then be a total of 3%, from which The Crem Group will receive 1.0%. If the buyer is not represented by a broker in the transaction, the Debtor's Brokers will be entitled to a total commission of 3.5%, from which The Crem Group will receive 1.25%.

4.      The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are (specify):      N/A

5.      The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (specify):

I have reviewed my files of past clients.  I was never involved with any transaction on these Properties.

6.      The following is a complete description of all of the Professional's connections with the Chapter 7 trustee, the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):
None.

7.      The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows (specify, attaching extra pages as necessary): N/A

8.      The Professional is not and was not an investment banker for any outstanding security of the Debtor.

1685942.1   27086

10

9.      The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

10.      The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

11.      The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or any investment banker for any security of the Debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary): None.

12.      Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):
Mark Cianciulli
The Crem Group
3900 W Alameda Ave Suite 1200
Burbank, CA 91505
(323) 347-1009

13.      The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary): N/A

14.      Total number of attached pages of supporting documentation: 40

15.      After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on June 22, 2022, at Los Angeles, California.

_____
Mark Cianciulli

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF**

**PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

1.      Name, address and telephone number of the professional ("the Professional") submitting this Statement:

Lonnie McDermott
Marcus & Millichap
16830 Ventura Boulevard, Suite 100,
Encino, CA 91436
(818) 577-8904

2.      The services to be rendered by the Professional in this case are (specify):

To list and aid the Debtor in marketing and selling multiple real properties specified in Addendum 1.  Attached as Exhibit "3" is a copy of my Resume which describes my expertise and experience.

3.      The terms and source of the proposed compensation and reimbursement of the Professional are (specify):

The total commission if buyer is represented by a broker will by 5%, with 2.0% going to the buyer's broker(s).  The commission to the Debtor's Brokers will then be a total of 3.0%, from which Marcus & Millichap will receive 2.0%. If the buyer is not represented by a broker in the transaction, the Debtor's Brokers will be entitled to a total commission of 3.5%, from which Marcus & Millichap will receive 2.25%.

4.      The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are (specify):     N/A

5.      The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (specify):
I have reviewed my files of past clients.  I was never involved with any transaction on these Properties.

6.      The following is a complete description of all of the Professional's connections with the Chapter 7 trustee, the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):

None.

7.      The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows (specify, attaching extra pages as necessary): N/A

8.      The Professional is not and was not an investment banker for any outstanding security of the Debtor.

DocuSign Envelope ID: 83E5B1CB-B986-4F47-8E5A-7753FC09698B

9.    The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

10.    The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

11.    The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or any investment banker for any security of the Debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary): None.

12.    Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):
Lonnie McDermott
Marcus & Millichap
16830 Ventura Boulevard, Suite 100,
Encino, CA 91436
(818) 577-8904

13.    The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary): N/A

14.    Total number of attached pages of supporting documentation:  __40__

15.    After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on June 23rd, 2022, at Los Angeles, California.

_____
Lonnie McDermott

1685942.1  27086

13

# EXHIBIT "1"

**CALIFORNIA ASSOCIATION OF REALTORS®**

# DISCLOSURE REGARDING
# REAL ESTATE AGENCY RELATIONSHIP
**(As required by the Civil Code)**
**(C.A.R. Form AD, Revised 12/21)**

☐ (If checked) This form is being provided in connection with a transaction for a leasehold interest exceeding one year as per Civil Code section 2079.13(j), (k), and (l).

When you enter into a discussion with a real estate agent regarding a real estate transaction, you should from the outset understand what type of agency relationship or representation you wish to have with the agent in the transaction.

**SELLER'S AGENT**

A Seller's agent under a listing agreement with the Seller acts as the agent for the Seller only. A Seller's agent or a subagent of that agent has the following affirmative obligations:

To the Seller: A Fiduciary duty of utmost care, integrity, honesty and loyalty in dealings with the Seller.

To the Buyer and the Seller:

    (a)  Diligent exercise of reasonable skill and care in performance of the agent's duties.

    (b)  A duty of honest and fair dealing and good faith.

    (c)  A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the parties. An agent is not obligated to reveal to either party any confidential information obtained from the other party that does not involve the affirmative duties set forth above.

**BUYER'S AGENT**

A Buyer's agent can, with a Buyer's consent, agree to act as agent for the Buyer only. In these situations, the agent is not the Seller's agent, even if by agreement the agent may receive compensation for services rendered, either in full or in part from the Seller. An agent acting only for a Buyer has the following affirmative obligations:

To the Buyer: A fiduciary duty of utmost care, integrity, honesty and loyalty in dealings with the Buyer.

To the Buyer and the Seller:

    (a)  Diligent exercise of reasonable skill and care in performance of the agent's duties.

    (b)  A duty of honest and fair dealing and good faith.

    (c)  A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the parties. An agent is not obligated to reveal to either party any confidential information obtained from the other party that does not involve the affirmative duties set forth above.

**AGENT REPRESENTING BOTH SELLER AND BUYER**

A real estate agent, either acting directly or through one or more salespersons and broker associates, can legally be the agent of both the Seller and the Buyer in a transaction, but only with the knowledge and consent of both the Seller and the Buyer.

In a dual agency situation, the agent has the following affirmative obligations to both the Seller and the Buyer:

    (a)  A fiduciary duty of utmost care, integrity, honesty and loyalty in the dealings with either the Seller or the Buyer.

    (b)  Other duties to the Seller and the Buyer as stated above in their respective sections.

In representing both Seller and Buyer, a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the Buyer's or Seller's financial position, motivations, bargaining position, or other personal information that may impact price, including the Seller's willingness to accept a price less than the listing price or the Buyer's willingness to pay a price greater than the price offered.

**SELLER AND BUYER RESPONSIBILITIES**

Either the purchase agreement or a separate document will contain a confirmation of which agent is representing you and whether that agent is representing you exclusively in the transaction or acting as a dual agent. Please pay attention to that confirmation to make sure it accurately reflects your understanding of your agent's role.

The above duties of the agent in a real estate transaction do not relieve a Seller or Buyer from the responsibility to protect his or her own interests. You should carefully read all agreements to assure that they adequately express your understanding of the transaction. A real estate agent is a person qualified to advise about real estate. If legal or tax advice is desired, consult a competent professional.

If you are a Buyer, you have the duty to exercise reasonable care to protect yourself, including as to those facts about the property which are known to you or within your diligent attention and observation.

Both Sellers and Buyers should strongly consider obtaining tax advice from a competent professional because the federal and state tax consequences of a transaction can be complex and subject to change.

Throughout your real property transaction you may receive more than one disclosure form, depending upon the number of agents assisting in the transaction. The law requires each agent with whom you have more than a casual relationship to present you with this disclosure form. You should read its contents each time it is presented to you, considering the relationship between you and the real estate agent in your specific transaction. **This disclosure form includes the provisions of Sections 2079.13 to 2079.24, inclusive, of the Civil Code set forth on page 2. Read it carefully. I/WE ACKNOWLEDGE RECEIPT OF A COPY OF THIS DISCLOSURE AND THE PORTIONS OF THE CIVIL CODE PRINTED ON THE SECOND PAGE.**

☐ Buyer ☒ Seller ☐ Landlord ☐ Tenant _____ *Jinzheng Group USA LLC* Date _____

☐ Buyer ☐ Seller ☐ Landlord ☐ Tenant _____ Date _____

Agent _____ *The CREM Group* _____ DRE Lic. # *02029217*
                              Real Estate Broker (Firm)

By _____ *Mark Cianciulli* DRE Lic. # *01990266* _____ Date _____
               (Salesperson or Broker-Associate, if any)

© 2021, California Association of REALTORS®, Inc.

**AD REVISED 12/21 (PAGE 1 OF 2)**

EQUAL HOUSING OPPORTUNITY

### DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP (AD PAGE 1 OF 2)

### CIVIL CODE SECTIONS 2079.13 – 2079.24 (2079.16 APPEARS ON THE FRONT)

**2079.13.** As used in Sections 2079.7 and 2079.14 to 2079.24, inclusive, the following terms have the following meanings: **(a)** "Agent" means a person acting under provisions of Title 9 (commencing with Section 2295) in a real estate transaction, and includes a person who is licensed as a real estate broker under Chapter 3 (commencing with Section 10130) of Part 1 of Division 4 of the Business and Professions Code, and under whose license a listing is executed or an offer to purchase is obtained. The agent in the real property transaction bears responsibility for that agent's salespersons or broker associates who perform as agents of the agent. When a salesperson or broker associate owes a duty to any principal, or to any buyer or seller who is not a principal, in a real property transaction, that duty is equivalent to the duty owed to that party by the broker for whom the salesperson or broker associate functions. **(b)** "Buyer" means a transferee in a real property transaction, and includes a person who executes an offer to purchase real property from a seller through an agent, or who seeks the services of an agent in more than a casual, transitory, or preliminary manner, with the object of entering into a real property transaction. "Buyer" includes vendee or lessee of real property. **(c)** "Commercial real property" means all real property in the state, except (1) single-family residential real property, (2) dwelling units made subject to Chapter 2 (commencing with Section 1940) of Title 5, (3) a mobilehome, as defined in Section 798.3, (4) vacant land, or (5) a recreational vehicle, as defined in Section 799.29. **(d)** "Dual agent" means an agent acting, either directly or through a salesperson or broker associate, as agent for both the seller and the buyer in a real property transaction. **(e)** "Listing agreement" means a written contract between a seller of real property and an agent, by which the agent has been authorized to sell the real property or to find or obtain a buyer, including rendering other services for which a real estate license is required to the seller pursuant to the terms of the agreement. **(f)** "Seller's agent" means a person who has obtained a listing of real property to act as an agent for compensation. **(g)** "Listing price" is the amount expressed in dollars specified in the listing for which the seller is willing to sell the real property through the seller's agent. **(h)** "Offering price" is the amount expressed in dollars specified in an offer to purchase for which the buyer is willing to buy the real property. **(i)** "Offer to purchase" means a written contract executed by a buyer acting through a buyer's agent that becomes the contract for the sale of the real property upon acceptance by the seller. **(j)** "Real property" means any estate specified by subdivision (1) or (2) of Section 761 in property, and includes (1) single-family residential property, (2) multiunit residential property with more than four dwelling units, (3) commercial real property, (4) vacant land, (5) a ground lease coupled with improvements, or (6) a manufactured home as defined in Section 18007 of the Health and Safety Code, or a mobilehome as defined in Section 18008 of the Health and Safety Code, when offered for sale or sold through an agent pursuant to the authority contained in Section 10131.6 of the Business and Professions Code. **(k)** "Real property transaction" means a transaction for the sale of real property in which an agent is retained by a buyer, seller, or both a buyer and seller to act in that transaction, and includes a listing or an offer to purchase. **(l)** "Sell," "sale," or "sold" refers to a transaction for the transfer of real property from the seller to the buyer and includes exchanges of real property between the seller and buyer, transactions for the creation of a real property sales contract within the meaning of Section 2985, and transactions for the creation of a leasehold exceeding one year's duration. **(m)** "Seller" means the transferor in a real property transaction and includes an owner who lists real property with an agent, whether or not a transfer results, or who receives an offer to purchase real property of which he or she is the owner from an agent on behalf of another. "Seller" includes both a vendor and a lessor of real property. **(n)** "Buyer's agent" means an agent who represents a buyer in a real property transaction.

**2079.14.** A seller's agent and buyer's agent shall provide the seller and buyer in a real property transaction with a copy of the disclosure form specified in Section 2079.16, and shall obtain a signed acknowledgment of receipt from that seller and buyer, except as provided in Section 2079.15, as follows: **(a)** The seller's agent, if any, shall provide the disclosure form to the seller prior to entering into the listing agreement. **(b)** The buyer's agent shall provide the disclosure form to the buyer as soon as practicable prior to execution of the buyer's offer to purchase. If the offer to purchase is not prepared by the buyer's agent, the buyer's agent shall present the disclosure form to the buyer not later than the next business day after receiving the offer to purchase from the buyer.

**2079.15.** In any circumstance in which the seller or buyer refuses to sign an acknowledgment of receipt pursuant to Section 2079.14, the agent shall set forth, sign, and date a written declaration of the facts of the refusal.

**2079.16** Reproduced on Page 1 of this AD form.

**2079.17(a)** As soon as practicable, the buyer's agent shall disclose to the buyer and seller whether the agent is acting in the real property transaction as the buyer's agent, or as a dual agent representing both the buyer and the seller. This relationship shall be confirmed in the contract to purchase and sell real property or in a separate writing executed or acknowledged by the seller, the buyer, and the buyer's agent prior to or coincident with execution of that contract by the buyer and the seller, respectively. **(b)** As soon as practicable, the seller's agent shall disclose to the seller whether the seller's agent is acting in the real property transaction as the seller's agent, or as a dual agent representing both the buyer and seller. This relationship shall be confirmed in the contract to purchase and sell real property or in a separate writing executed or acknowledged by the seller and the seller's agent prior to or coincident with the execution of that contract by the seller.

CONFIRMATION: **(c)** The confirmation required by subdivisions (a) and (b) shall be in the following form:

Seller's Brokerage Firm _____ DO NOT COMPLETE. SAMPLE ONLY _____ License Number _____
Is the broker of (check one): ☐ the seller; or ☐ both the buyer and seller. (dual agent)
Seller's Agent _____ DO NOT COMPLETE. SAMPLE ONLY _____ License Number _____
Is (check one): ☐ the Seller's Agent. (salesperson or broker associate) ☐ both the Buyer's and Seller's Agent. (dual agent)
Buyer's Brokerage Firm _____ DO NOT COMPLETE. SAMPLE ONLY _____ License Number _____
Is the broker of (check one): ☐ the buyer; or ☐ both the buyer and seller. (dual agent)
Buyer's Agent _____ DO NOT COMPLETE. SAMPLE ONLY _____ License Number _____
Is (check one): ☐ the Buyer's Agent. (salesperson or broker associate) ☐ both the Buyer's and Seller's Agent. (dual agent)

**(d)** The disclosures and confirmation required by this section shall be in addition to the disclosure required by Section 2079.14. An agent's duty to provide disclosure and confirmation of representation in this section may be performed by a real estate salesperson or broker associate affiliated with that broker.

**2079.18** (Repealed pursuant to AB-1289)

**2079.19** The payment of compensation or the obligation to pay compensation to an agent by the seller or buyer is not necessarily determinative of a particular agency relationship between an agent and the seller or buyer. A listing agent and a selling agent may agree to share any compensation or commission paid, or any right to any compensation or commission for which an obligation arises as the result of a real estate transaction, and the terms of any such agreement shall not necessarily be determinative of a particular relationship.

**2079.20** Nothing in this article prevents an agent from selecting, as a condition of the agent's employment, a specific form of agency relationship not specifically prohibited by this article if the requirements of Section 2079.14 and Section 2079.17 are complied with.

**2079.21 (a)** A dual agent may not, without the express permission of the seller, disclose to the buyer any confidential information obtained from the seller. **(b)** A dual agent may not, without the express permission of the buyer, disclose to the seller any confidential information obtained from the buyer. **(c)** "Confidential information" means facts relating to the client's financial position, motivations, bargaining position, or other personal information that may impact price, such as the seller is willing to accept a price less than the listing price or the buyer is willing to pay a price greater than the price offered. **(d)** This section does not alter in any way the duty or responsibility of a dual agent to any principal with respect to confidential information other than price.

**2079.22** Nothing in this article precludes a seller's agent from also being a buyer's agent. If a seller or buyer in a transaction chooses to not be represented by an agent, that does not, of itself, make that agent a dual agent.

**2079.23** A contract between the principal and agent may be modified or altered to change the agency relationship at any time before the performance of the act which is the object of the agency with the written consent of the parties to the agency relationship.

**2079.24** Nothing in this article shall be construed to either diminish the duty of disclosure owed buyers and sellers by agents and their associate licensees, subagents, and employees or to relieve agents and their associate licensees, subagents, and employees from liability for their conduct in connection with acts governed by this article or for any breach of a fiduciary duty or a duty of disclosure.

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020



AD REVISED 12/21 (PAGE 2 OF 2)

## DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP (AD PAGE 2 OF 2)



## FAIR HOUSING & DISCRIMINATION ADVISORY
**(C.A.R. Form FHDA, 10/20)**

1. **EQUAL ACCESS TO HOUSING FOR ALL:** All housing in California is available to all persons. Discrimination as noted below is prohibited by law. Resources are available for those who have experienced unequal treatment under the law.
2. **FEDERAL AND STATE LAWS PROHIBIT DISCRIMINATION AGAINST IDENTIFIED PROTECTED CLASSES:**
   A. FEDERAL FAIR HOUSING ACT ("FHA") Title VIII of the Civil Rights Act; 42 U.S.C. §§ 3601-3619; Prohibits discrimination in sales, rental or financing of residential housing against persons in protected classes;
   B. CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT ("FEHA") California Government Code ("GC") §§12900-12996,12955; 2 California Code of Regulations ("CCR") §§12005-12271; Prohibits discrimination in sales, rental or financing of housing opportunity against persons in protected classes by providers of housing accommodation and financial assistance services as related to housing;
   C. CALIFORNIA UNRUH CIVIL RIGHTS ACT ("Unruh") California Civil Code ("CC") §51; Prohibits business establishments from discriminating against, and requires full and equal accommodation, advantages, facilities, privileges, and services to persons in protected classes;
   D. AMERICANS WITH DISABILITIES ACT ("ADA") 42 U.S.C. §§12181-12189; Title III of the ADA prohibits discrimination based on disability in public accommodations; and
   E. OTHER FAIR HOUSING LAWS: Section 504 of Rehabilitation Act of 1973 29 U.S.C. §794; Ralph Civil Rights Act CC §51.7.; California Disabled Persons Act; CC §§54-55.32; any local city or county fair housing ordinances, as applicable.
3. **POTENTIAL LEGAL REMEDIES FOR UNLAWFUL DISCRIMINATION:** Violations of fair housing laws may result in monetary civil fines, injunctive relief, compensatory and/or punitive damages, and attorney fees and costs.
4. **PROTECTED CLASSES/CHARACTERISTICS:** Whether specified in Federal or State law or both, discrimination against persons if based on that person's belonging to, association with, or perceived membership to, any of the following classes or categories is prohibited.

| Race | Color | Ancestry | National Origin | Religion |
|---|---|---|---|---|
| Sex | Sexual Orientation | Gender | Gender Identity | Gender Expression |
| Marital Status | Familial Status (family with a child or children under 18) | Source of Income (e.g., Section 8 Voucher) | Disability (Mental & Physical) | Medical Condition |
| Citizenship | Primary Language | Immigration Status | Military/Veteran Status | Age |
| Criminal History (non-relevant convictions) | | | Any arbitrary characteristic | |

5. **THE CALIFORNIA DEPARTMENT OF REAL ESTATE REQUIRES TRAINING AND SUPERVISION TO PREVENT HOUSING DISCRIMINATION BY REAL ESTATE LICENSEES:**
   A. California Business & Professions Code ("B&PC") §10170.5(a)(4) requires 3 hours of training on fair housing for DRE license renewal; Real Estate Regulation §2725(f) requires brokers who oversee salespersons to be familiar with the requirements of federal and state laws relating to the prohibition of discrimination.
   B. Violation of DRE regulations or real estate laws against housing discrimination by a real estate licensee may result in the loss or suspension of the licensee's real estate license. B&PC §10177(l)(1); 10 CCR §2780
6. **REALTOR® ORGANIZATIONS PROHIBIT DISCRIMINATION:** NAR Code of Ethics Article 10 prohibits discrimination in employment practices or in rendering real estate license services against any person because of race, color, religion, sex, handicap, familial status, national origin, sexual orientation, or gender identity by REALTORS®.
7. **WHO IS REQUIRED TO COMPLY WITH FAIR HOUSING LAWS?**
   Below is a non-exclusive list of providers of housing accommodations or financial assistance services as related to housing who are most likely to be encountered in a housing transaction and who must comply with fair housing laws.

   - Sellers
   - Real estate licensees
   - Mobilehome parks
   - Insurance companies
   - Landlords
   - Real estate brokerage firms
   - Homeowners Associations ("HOAs");
   - Government housing services
   - Sublessors
   - Property managers
   - Banks and Mortgage lenders

8. **EXAMPLES OF CONDUCT THAT MAY NOT BE MOTIVATED BY DISCRIMINATORY INTENT BUT COULD HAVE A DISCRIMINATORY EFFECT:**
   A. Prior to acceptance of an offer, asking for or offering buyer personal information or letters from the buyer, especially with photos. Those types of documents may inadvertently reveal, or be perceived as revealing, protected status information thereby increasing the risk of (i) actual or unconscious bias, and (ii) potential legal claims against sellers and others by prospective buyers whose offers were rejected.
   B. Refusing to rent (i) an upper level unit to an elderly tenant out of concern for the tenant's ability to navigate stairs or (ii) a house with a pool to a person with young children out of concern for the children's safety.
9. **EXAMPLES OF UNLAWFUL OR IMPROPER CONDUCT BASED ON A PROTECTED CLASS OR CHARACTERISTIC:**
   A. Refusing to negotiate for a sale, rental or financing or otherwise make a housing opportunity unavailable; failing to present offers due to a person's protected status;
   B. Refusing or failing to show, rent, sell or finance housing; "channeling" or "steering" a prospective buyer or tenant to or away from a particular area due to that person's protected status or because of the racial, religious or ethnic composition of the neighborhood;
   C. "Blockbusting" or causing "panic selling" by inducing a listing, sale or rental based on the grounds of loss of value of property, increase in crime, or decline in school quality due to the entry or prospective entry of people in protected categories into the neighborhood;
   D. Making any statement or advertisement that indicates any preference, limitation, or discrimination;

© 2020, California Association of REALTORS®, Inc.
**FHDA 10/20 (PAGE 1 OF 2)**

**FAIR HOUSING & DISCRIMINATION ADVISORY (FHDA PAGE 1 OF 2)**

The CREM Group, 3900 W. Alameda Ave, Suite 1200 Burbank CA 91505                                    Phone: 3236835100                    Fax:                    Jinzheng Group
Mark Cianciulli                    Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201    www.lwolf.com

**E.** Inquiring about protected characteristics (such as asking tenant applicants if they are married, or prospective purchasers if they have children or are planning to start a family);

**F.** Using criminal history information before otherwise affirming eligibility, and without a legally sufficient justification;

**G.** Failing to assess financial standards based on the portion of the income responsible by a tenant who receives government subsidies (such as basing an otherwise neutral rent to income ratio on the whole rent rather than just the part of rent that is the tenant's responsibility);

**H.** Denying a home loan or homeowner's insurance;

**I.** Offering inferior terms, conditions, privileges, facilities or services;

**J.** Using different qualification criteria or procedures for sale or rental of housing such as income standards, application requirements, application fees, credit analyses, sale or rental approval procedures or other requirements;

**K.** Harassing a person;

**L.** Taking an adverse action based on protected characteristics;

**M.** Refusing to permit a reasonable modification to the premises, as requested by a person with a disability (such as refusing to allow a wheel chair bound tenant to install, at their expense, a ramp over front or rear steps, or refusing to allow a physically disabled tenant from installing, at their own expense, grab bars in a shower or bathtub);

**N.** Refusing to make reasonable accommodation in policies, rules, practices, or services for a person with a disability (such as the following, if an actual or prospective tenant with a disability has a service animal or support animal):

    **(i)** Failing to allow that person to keep the service animal or emotional support animal in rental property,

    **(ii)** Charging that person higher rent or increased security deposit, or

    **(iii)** Failing to show rental or sale property to that person who is accompanied by the service animal or support animal, and;

**O.** Retaliating for asserting rights under fair housing laws.

**10. EXAMPLES OF POSITIVE PRACTICES:**

**A.** Real estate licensees working with buyers or tenants should apply the same objective property selection criteria, such as location/neighborhood, property features, and price range and other considerations, to all prospects.

**B.** Real estate licensees should provide complete and objective information to all clients based on the client's selection criteria.

**C.** Real estate licensees should provide the same professional courtesy in responding to inquiries, sharing of information and offers of assistance to all clients and prospects.

**D.** Housing providers should not make any statement or advertisement that directly or indirectly implies preference, limitation, or discrimination regarding any protected characteristic (such as "no children" or "English-speakers only").

**E.** Housing providers should use a selection process relying on objective information about a prospective buyer's offer or tenant's application and not seek any information that may disclose any protected characteristics (such as using a summary document, e.g. C.A.R. Form SUM-MO, to compare multiple offers on objective terms).

**11. FAIR HOUSING RESOURCES**: If you have questions about your obligations or rights under the Fair Housing laws, or you think you have been discriminated against, you may want to contact one or more of the sources listed below to discuss what you can do about it, and whether the resource is able to assist you.

**A.** Federal: **https://www.hud.gov/program_offices/fair_housing_equal_opp**

**B.** State: **https://www.dfeh.ca.gov/housing/**

**C.** Local: local Fair Housing Council office (non-profit, free service)

**D.** DRE: **https://www.dre.ca.gov/Consumers/FileComplaint.html**

**E.** Local Association of REALTORS®. List available at: **https://www.car.org/en/contactus/rosters/localassociationroster**.

**F.** Any qualified California fair housing attorney, or if applicable, landlord-tenant attorney.

**12. LIMITED EXCEPTIONS TO FAIR HOUSING REQUIREMENTS: No person should rely on any exception below without first seeking legal advice about whether the exception applies to their situation. Real estate licensees are not qualified to provide advice on the application of these exceptions.**

**A.** Legally compliant senior housing is exempt from FHA, FEHA and Unruh as related to age or familial status only;

**B.** An owner of a single-family residence who resides at the property with one lodger may be exempt from FEHA for rental purposes, PROVIDED **no real estate licensee is involved** in the rental;

**C.** An owner of a single-family residence may be exempt from FHA for sale or rental purposes, PROVIDED **(i) no real estate licensee is involved** in the sale or rental and **(ii)** no discriminatory advertising is used, and **(iii)** the owner owns no more than three single-family residences. Other restrictions apply;

**D.** An owner of residential property with one to four units who resides at the property, may be exempt from FHA for rental purposes, PROVIDED **no real estate licensee is involved** in the rental; and

**E.** Both FHA and FEHA do not apply to roommate situations. See, *Fair Housing Council v Roommate.com LLC*, 666 F.3d 1216 (2019).

**F.** Since both the 14th Amendment of the U.S. Constitution and the Civil Rights Act of 1866 prohibit discrimination based on race; the FHA and FEHA exemptions do not extend to discrimination based on race.

Buyer/Tenant and Seller/Landlord have read, understand and acknowledge receipt of a copy of this Fair Housing & Discrimination Advisory.

Buyer/Tenant _____ Date _____

Buyer/Tenant _____ Date _____

Seller/Landlord _____ *Jinzheng Group USA LLC* Date _____

Seller/Landlord _____ Date _____

© 2020, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020



**FHDA 10/20 (PAGE 2 OF 2)**

**FAIR HOUSING & DISCRIMINATION ADVISORY (FHDA PAGE 2 OF 2)**



**CALIFORNIA
ASSOCIATION
OF REALTORS®**

# POSSIBLE REPRESENTATION OF MORE THAN ONE BUYER
# OR SELLER - DISCLOSURE AND CONSENT
### (C.A.R. Form PRBS, Revised 12/21)

A real estate broker (Broker), whether a corporation, partnership or sole proprietorship, may represent more than one buyer or seller. This multiple representation can occur through an individual licensed as a broker or salesperson or through different individual broker's or salespersons (associate licensees) acting under the Broker's license. The associate licensees may be working out of the same or different office locations.

**Multiple Buyers:** Broker (individually or through its associate licensees) may be working with many prospective buyers at the same time. These prospective buyers may have an interest in, and make offers on, the same properties. Some of these properties may be listed with Broker and some may not. Broker will not limit or restrict any particular buyer from making an offer on any particular property whether or not Broker represents other buyers interested in the same property.

**Multiple Sellers:** Broker (individually or through its associate licensees) may have listings on many properties at the same time. As a result, Broker will attempt to find buyers for each of those listed properties. Some listed properties may appeal to the same prospective buyers. Some properties may attract more prospective buyers than others. Some of these prospective buyers may be represented by Broker and some may not. Broker will market all listed properties to all prospective buyers whether or not Broker has another or other listed properties that may appeal to the same prospective buyers.

**Dual Agency:** If Seller is represented by Broker, Seller acknowledges that broker may represent prospective buyers of Seller's property and consents to Broker acting as a dual agent for both seller and buyer in that transaction. If Buyer is represented by Broker, buyer acknowledges that Broker may represent sellers of property that Buyer is interested in acquiring and consents to Broker acting as a dual agent for both buyer and seller with regard to that property.

In the event of dual agency, seller and buyer agree that: a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the buyer's or seller's financial position, motivations, bargaining position, or other personal information that may impact price, including the seller's willingness to accept a price less than the listing price or the buyer's willingness to pay a price greater than the price offered; and except as set forth above, a dual agent is obligated to disclose known facts materially affecting the value or desirability of the Property to both parties.

**Offers not necessarily confidential:** Buyer is advised that seller or listing agent may disclose the existence, terms, or conditions of buyer's offer unless all parties and their agent have signed a written confidentiality agreement. Whether any such information is actually disclosed depends on many factors, such as current market conditions, the prevailing practice in the real estate community, the listing agent's marketing strategy and the instructions of the seller.

Buyer and seller understand that Broker may represent more than one buyer or more than one seller and even both buyer and seller on the same transaction and consents to such relationships.

**Seller and/or Buyer acknowledges reading and understanding this Possible Representation of More Than One Buyer or Seller - Disclosure and Consent and agrees to the agency possibilities disclosed.**

| | | |
|---|---|---|
| Seller | _____ *Jinzheng Group USA LLC* _____ | Date _____ |
| Seller | _____ | Date _____ |
| Buyer | _____ | Date _____ |
| Buyer | _____ | Date _____ |
| Buyer's Brokerage Firm *The CREM Group* _____ | DRE Lic # _____ | Date _____ |
| By _____ | DRE Lic # _____ | Date _____ |
| *Mark Cianciulli* | | |
| Seller's Brokerage Firm *The CREM Group* _____ | DRE Lic # *02029217* | Date _____ |
| By _____ | DRE Lic # *01990266* | Date _____ |
| *Mark Cianciulli* | | |

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020



**PRBS REVISED 12/21 (PAGE 1 OF 1)**

## POSSIBLE REPRESENTATION OF MORE THAN ONE BUYER OR SELLER (PRBS PAGE 1 OF 1)

**CALIFORNIA ASSOCIATION OF REALTORS®**

# VACANT LAND LISTING AGREEMENT
### (C.A.R. Form VLL, Revised 6/20)

Date Prepared: **June 17, 2022**

1. **EXCLUSIVE AUTHORIZATION:** **Jinzheng Group USA LLC** ("Owner")
   hereby employs and grants **The CREM Group** ("Broker")
   beginning (date) _____ and ending at 11:59 P.M. on (date) _____ ("Listing Period")
   the exclusive and irrevocable right to: [X] SELL, [ ] LEASE, [ ] EXCHANGE, [ ] OPTION, or [ ] OTHER _____
   the real property described as: **Multiple Addresses; See Addendum #1** ,
   situated in _____ (City), _____ (County), California, _____ (Zip Code),
   Assessor's Parcel No.: **See Addendum #1** ("Property").

2. **LISTING PRICE AND TERMS:**
   **A.** The listing price shall be _____
   _____ Dollars ($ _____ ).
   **B.** Additional Terms: **Listing Price Subject to Offer.** _____
   _____ .

3. **COMPENSATION TO BROKER:**
   **Notice: The amount or rate of real estate commissions is not fixed by law. They are set by each Broker individually and may be negotiable between Owner and Broker (real estate commissions include all compensation and fees to Broker).**
   **A.** Owner agrees to pay to Broker as compensation for services irrespective of agency relationship(s): [X] **5.000** percent of the listing price (or if a purchase agreement is entered into, of the contract price), or [ ] $ _____ , AND _____ , as follows:
   **(1)** If during the Listing Period, or any extension, Broker, cooperating broker, Owner or any other person procures a ready, willing and able buyer(s) or transferee(s) whose offer to purchase, lease, exchange, option, or otherwise transfer the Property on any price and terms is accepted by Owner, provided the Buyer or Transferee completes the transaction or is prevented from doing so by Owner. (It is agreed by Owner that any reference to Buyer or Prospective Buyer in this Agreement shall and does also include Transferee or Prospective Transferee. Broker is entitled to compensation whether any escrow or other transfer resulting from such offer closes during or after the expiration of the Listing Period or any extension.)
   **OR (2)** If within **180** calendar days (a) after the end of the Listing Period or any extension; or (b) after any cancellation of this Agreement, unless otherwise agreed, Owner enters into a contract to sell, convey, lease or otherwise transfer the Property to anyone ("Prospective Buyer") or that person's related entity: **(i)** who physically entered and was shown the Property during the Listing Period or any extension by Broker or a cooperating broker; or **(ii)** for whom Broker or any cooperating broker submitted to Owner a signed, written offer to acquire, lease exchange or obtain an option on the Property. Owner, however, shall have no obligation to Broker under paragraph 3A(2) unless, not later than the end of the Listing Period or any extension or cancellation, Broker has given Owner a written notice of the names of such Prospective Buyers.
   **OR (3)** If, without Broker's prior written consent, the Property is withdrawn from sale, conveyed, leased, rented, otherwise transferred, or made unmarketable by a voluntary act of Owner during the Listing Period, or any extension.
   **B.** If completion of the sale is prevented by a party to the transaction other than Owner, then compensation which otherwise would have been earned under paragraph 3A shall be payable only if and when Owner collects damages by suit, arbitration, settlement or otherwise, and then in an amount equal to the lesser of one-half of the damages recovered or the above compensation, after first deducting title and escrow expenses and the expenses of collection, if any.
   **C.** In addition, Owner agrees to pay Broker: _____
   **D.** Owner has been advised of Broker's policy regarding cooperation with, and the amount of compensation offered to, other brokers.
   **(1)** Broker is authorized to cooperate with and compensate brokers participating through the multiple listing service(s) ("MLS") by offering to MLS brokers out of Broker's compensation specified in 3A, either [X] **2.000** percent of the purchase price, or [ ] $ _____ .
   **(2)** Broker is authorized to cooperate with and compensate brokers operating outside the MLS as per Broker's policy.
   ~~**E.** Owner hereby irrevocably assigns to Broker the above compensation from Owner's funds and proceeds in escrow. Broker may submit this Agreement, as instructions to compensate Broker pursuant to paragraph 3A, to any escrow regarding the Property involving Owner and a buyer, Prospective Buyer or other transferee.~~
   **F. (1)** Owner represents that Owner has not previously entered into a listing agreement with another broker regarding the Property, unless specified as follows: _____ .
   **(2)** Owner warrants that Owner has no obligation to pay compensation to any other broker regarding the Property unless the Property is transferred to any of the following individuals or entities: _____
   _____ .
   **(3)** If the Property is sold to anyone listed above during the time Owner is obligated to compensate another broker: **(i)** Broker is not entitled to compensation under this Agreement; and **(ii)** Broker is not obligated to represent Owner in such transaction.

© 2020, California Association of REALTORS®, Inc

Owner's Initials ( _____ ) ( _____ )

**VLL REVISED 6/20 (PAGE 1 OF 5)**

## VACANT LAND LISTING AGREEMENT (VLL PAGE 1 OF 5)

Property Address: *__Multiple Addresses; See Addendum #1, ,__*                                                      Date: *__June 17, 2022__*

**4.  A  ITEMS EXCLUDED AND INCLUDED:** Unless otherwise specified in a real estate purchase agreement, all fixtures and fittings that are attached to the Property are included, and personal property items are excluded, from the purchase price.
   **ADDITIONAL ITEMS EXCLUDED:** _____ .
   **ADDITIONAL ITEMS INCLUDED:** _____ .
   Owner intends that the above items be excluded or included in offering the Property for sale, but understands that; **(i)** the purchase agreement supersedes any intention expressed above and will ultimately determine which items are excluded and included in the sale; and **(ii)** Broker is not responsible for and does not guarantee that the above exclusions and/or inclusions will be in the purchase agreement.
   **B.  (1)  LEASED OR NOT OWNED ITEMS:** The following items are leased or not owned by Owner:
   ☐ Solar power system    ☐ Water Softener
   **(2)  LIENED ITEMS:** The following items have been financed and a lien has been placed on the Property to secure payment:
   ☐ Solar power system    _____
      Owner will provide to Buyer, as part of the sales agreement, copies of lease documents, or other documents obligating Owner to pay for any such leased or liened item.

**5.  MULTIPLE LISTING SERVICE:**
   **A.  WHAT IS AN MLS?** The MLS is a database of properties for sale that is available and disseminated to and accessible by all other real estate agents who are participants or subscribers to the MLS. As set forth in **paragraph 7**, participants and subscribers conducting public marketing of a property listing must submit the property information to the MLS. Property information submitted to the MLS describes the price, terms and conditions under which the Owner's property is offered for sale (including but not limited to the listing broker's offer of compensation to other brokers). It is likely that a significant number of real estate practitioners in any given area are participants or subscribers to the MLS. The MLS may also be part of a reciprocal agreement to which other multiple listing services belong. Real estate agents belonging to other multiple listing services that have reciprocal agreements with the MLS also have access to the information submitted to the MLS. The MLS may further transmit listing information to Internet sites that post property listings online.
   **B.  WHAT INFORMATION IS PROVIDED TO THE MLS:** All terms of the transaction, including sales price and financing, if applicable, **(i)** will be provided to the MLS in which the Property is listed for publication, dissemination and use by persons and entities on terms approved by the MLS, and **(ii)** may be provided to the MLS even if the Property was not listed with the MLS. Owner consents to Broker providing a copy of this listing agreement to the MLS if required by the MLS.
   **C.  WHAT IS BROKER'S MLS?** Broker is a participant/subscriber to _____ *__The MLS__* _____ Multiple Listing Service (MLS) and possibly others. That MLS is (or if checked ☐ is not) the primary MLS for the geographic area of the Property. When required by paragraph 7 or by the MLS, Property will be listed with the MLS(s) specified above.

---

**6.  BENEFITS OF USING THE MLS; IMPACT OF OPTING OUT OF THE MLS**
   **A.  EXPOSURE TO BUYERS THROUGH MLS:** Listing property with an MLS exposes an seller's property to all real estate agents and brokers (and their potential buyer clients) who are participants or subscribers to the MLS or a reciprocating MLS. The MLS may further transmit the MLS database to Internet sites that post property listings online.
   **B.  IMPACT OF OPTING OUT OF MLS:** If Owner elects to exclude the Property from the MLS, Owner understands and acknowledges that: **(i)** Owner is authorizing limited exposure of the Property and NO marketing or advertising of the Property to the public will occur; **(ii)** real estate agents and brokers from other real estate offices, and their buyer clients, who have access to that MLS may not be aware that Owner's Property is offered for sale; **(iii)** Information about Owner's Property will not be transmitted from the MLS to various real estate Internet sites that are used by the public to search for property listings and; **(iv)** real estate agents, brokers and members of the public may be unaware of the terms and conditions under which Owner is marketing the Property.
   **C.  REDUCTION IN EXPOSURE:** Any reduction in exposure of the Property may lower the number of offers and negatively impact the sales price.
   **D.  NOT LISTING PROPERTY IN A LOCAL MLS:** If the Property is listed in an MLS which does not cover the geographic area where the Property is located then real estate agents and brokers working that territory, and Buyers they represent looking for property in the neighborhood, may not be aware the Property is for sale.

   | **Owner's Initials ( _____ )( _____ )** | **Broker's/Agent's Initials ( _____ )( _____ )** |
   |---|---|

---

**7.  PUBLIC MARKETING OF PROPERTY:**
   **A.  CLEAR COOPERATION POLICY:** MLS rules require (☐ Do NOT require - see 7F) that residential real property with one to four units and vacant lot listings be submitted to the MLS within 1 business day of any public marketing.
   **B.  PUBLIC MARKETING WITHIN CLEAR COOPERATION: (i) Public marketing** includes, but is not limited to, flyers displayed in windows, yard signs, digital marketing on public facing websites, brokerage website displays, digital communications marketing and email blasts, multi-brokerage listing sharing networks, marketing to closed or private listing clubs or groups, and applications available to the general public. **(ii)** Public marketing does not include an office exclusive listing where there is direct promotion of the listing between the brokers and licensees affiliated with the listing brokerage, and one-to-one promotion between these licensees and their clients.
   **C.  "COMING SOON" STATUS IMPACT ON MARKETING:** Owner is advised to discuss with Broker the meaning of "Coming Soon" as that term applies to the MLS in which the Property will be listed, and how any Coming Soon status will impact when and how a listing will be viewable to the public via the MLS. Owner does (☐ does not) authorize Broker to utilize Coming Soon status, if any.
   **D.  Owner Instructs Broker:**
      **(1)** Owner instructs Broker to market the Property to the public, and to start marketing on the beginning date of this Agreement or ☐ _____ (date).

**VLL REVISED 6/20 (PAGE 2 OF 5)**                                          Owner's Initials   ( _____ )   ( _____ )

**VACANT LAND LISTING AGREEMENT (VLL PAGE 2 OF 5)**

Property Address: **_Multiple Addresses; See Addendum #1, ,_**            Date: **_June 17, 2022_**

      **OR (2)** ☐ Owner instructs Broker NOT to market the Property to the public. (MLS may require C.A.R. Form SELM or local equivalent form) Owner understands that no public marketing will occur and the scope of marketing that will occur will consist only of direct one-on-one promotion between the brokers and licensees affiliated with the listing brokerage and their respective clients.

      **E.** **Whether 7D(1) or 7D(2) is selected**, Owner understands and agrees that should any public marketing of the property occur, the Property listing will be submitted to the MLS within 1 business day.

      **F.** ☐ **CLEAR COOPERATION POLICY DOES NOT APPLY:** Paragraphs 7A (other than the language in the parenthetical), 7B, 7D and 7E do not apply to this listing. Broker shall disclose to Owner and obtain Owner's consent for any instruction to not market the Property on the MLS or to the public.

**8. MLS DATA ON THE INTERNET:** MLS rules allow MLS data to be made available by the MLS to additional Internet sites unless Broker gives the MLS instructions to the contrary. Specific information that can be excluded from the Internet as permitted by (or in accordance with) the MLS is as follows:

      **A.** **PROPERTY OR PROPERTY ADDRESS:** Owner can instruct Broker to have the MLS not display the Property or the Property address on the Internet (C.A.R. Form SELI). Owner understands that either of these opt-outs would mean consumers searching for listings on the Internet may not see the Property or Property's address in response to their search.

      **B.** **FEATURE OPT-OUTS:** Owner can instruct Broker to advise the MLS that Owner does not want visitors to MLS Participant or Subscriber Websites or Electronic Displays that display the Property listing to have the features below (C.A.R. Form SELI). Owner understands **(i)** that these opt-outs apply only to Websites or Electronic Displays of MLS Participants and Subscribers who are real estate broker and agent members of the MLS; **(ii)** that other Internet sites may or may not have the features set forth herein; and **(iii)** that neither Broker nor the MLS may have the ability to control or block such features on other Internet sites.

            **(1)** **COMMENTS AND REVIEWS:** The ability to write comments or reviews about the Property on those sites; or the ability to link to another site containing such comments or reviews if the link is in immediate conjunction with the Property display.

            **(2)** **AUTOMATED ESTIMATE OF VALUE:** The ability to create an automated estimate of value or to link to another site containing such an estimate of value if the link is in immediate conjunction with the Property display.

            ☐ Owner elects to opt out of certain Internet features as provided by C.A.R. Form SELI or the local equivalent form.

~~**9. OWNER REPRESENTATIONS:** Owner represents that, unless otherwise specified in writing, Owner is unaware of:~~
~~**(i)** any Notice of Default recorded against the Property; **(ii)** any delinquent amounts due under any loan secured by, or other obligation affecting, the Property; **(iii)** any bankruptcy, insolvency or similar proceeding affecting the Property; **(iv)** any litigation, arbitration, administrative action, government investigation or other pending or threatened action that affects or may affect the Property or Owner's ability to transfer it; and **(v)** any current, pending or proposed special assessments affecting the Property. Owner shall promptly notify Broker in writing if Owner becomes aware of any of these items during the Listing Period or any extension thereof.~~

**10. BROKER'S AND OWNER'S DUTIES:**

      **A.** Broker agrees to exercise reasonable effort and due diligence to achieve the purposes of this Agreement. Unless Owner gives Broker written instructions to the contrary, Broker is authorized, but not required, to **(i)** order reports and disclosures including those specified in 7C as necessary, **(ii)** advertise and market the Property by any method and in any medium selected by Broker, including MLS and the Internet, and, to the extent permitted by these media, control the dissemination of the information submitted to any medium; and **(iii)** disclose to any real estate licensee making an inquiry the receipt of any offers on the Property and the offering price of such offers.

      **B.** Broker agrees to present all offers received for Owner's Property, and present them to Owner as soon as possible, unless Owner gives Broker written instructions to the contrary.

      **C.** Broker agrees to consider offers presented by Broker, and to act in good faith to accomplish the sale of the Property by, among other things, making the Property available for showing at reasonable times and, subject to paragraph 3F, referring to Broker all inquiries of any party interested in the Property. Owner is responsible for determining at what price to list and sell the Property.

      **D.** **Investigations and Reports:** Owner agrees, within **5 (or _10_ ) Days** of the beginning date of this Agreement, to pay for the following pre-sale reports: ☐ Structural Pest Control ☐ General Property Inspection ☐ Homeowners Association Documents ☐ Other _____ . If Property is located in a Common Interest Development or Homeowners Association, Owner is advised that there may be benefits to obtaining any required documents prior to entering into escrow with any buyer. Such benefits may include, but not be limited to, potentially being able to lower costs in obtaining the documents and avoiding any potential delays or complications due to late or slow delivery of such documents.

      **E.** Owner agrees to provide Broker and transferee(s) all written disclosures, as required by law. Owner further agrees to immediately disclose in writing any condition known to Owner that affects the Property, including, but not limited to, any past or current generation, storage, release, threatened release, disposal, and presence and location of asbestos, PCB transformers, petroleum products, flammable explosives, underground storage tanks, and other hazardous, toxic or contaminated substances or conditions in, or, or about the Property. Owner shall maintain public liability and property damage insurance on the Property during the Listing Period or any extension. Owner waives all subrogation rights under any insurance against Broker, cooperating brokers or employees.

      ~~**F.** Owner further agrees to indemnify, defend and hold Broker harmless from all claims, disputes, litigation, judgments, attorney fees and costs arising from any incorrect or incomplete information supplied by Owner, or from any material facts that Owner knows but fails to disclose including dangerous or hidden conditions on the Property.~~

      **G.** ☐ (If checked) The attached property disclosures is part of this Listing Agreement and may be provided to Prospective Transferees.

**11. DEPOSIT:** Broker is authorized to accept and hold on Owner's behalf any deposits to be applied toward the purchase price.

**12. AGENCY RELATIONSHIPS:**

      **A.** DISCLOSURE: The Seller acknowledges receipt of a ☒ "Disclosure Regarding Real Estate Agency Relationships" (C.A.R. Form AD).

**VLL REVISED 6/20 (PAGE 3 OF 5)**        Owner's Initials ( _____ ) ( _____ )

**VACANT LAND LISTING AGREEMENT (VLL PAGE 3 OF 5)**

Property Address: ***Multiple Addresses; See Addendum #1, ,***                                          Date: ***June 17, 2022***

    **B.** **OWNER REPRESENTATION:** Broker shall represent Owner in any resulting transaction, except as specified in paragraph 3F.

    **C.** **POSSIBLE DUAL AGENCY WITH BUYER:** Depending upon the circumstances, it may be necessary or appropriate for Broker to act as an agent for both Owner and Buyer, exchange party, or one or more additional parties ("Buyer"). Broker shall, as soon as practicable, disclose to Owner any election to act as a dual agent representing both Owner and Buyer. If a Buyer is procured directly by Broker or an associate-licensee in Broker's firm, Owner hereby consents to Broker acting as a dual agent for Owner and Buyer. In the event of an exchange, Owner hereby consents to Broker collecting compensation from additional parties for services rendered, provided there is disclosure to all parties of such agency and compensation. Owner understands and agrees that: a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the Buyer's or Owner's financial position, motivations, bargaining position, or other personal information that may impact price, including the Owner's willingness to accept a price less than the listing price or the Buyer's willingness to pay a price greater than the price offered; and except as set forth above, a dual agent is obligated to disclose known facts materially affecting the value or desirability of the Property to both parties.

    **D.** **CONFIRMATION:** Broker shall confirm the agency relationship described above, or as modified, in writing, prior to or concurrent with Owner's execution of a purchase agreement.

    **E.** **Potentially Competing Sellers and Buyers:** Owner understands that Broker may have or obtain listings on other properties, and that potential buyers may consider, make offers on, or purchase through Broker, property the same as or similar to Owner's Property. Owner consents to Broker's representation of sellers and buyers of other properties before, during and after the end of this Agreement. Owner acknowledges receipt of a ☒ "Possible Representation of More than One Buyer or Seller - Disclosure and Consent" (C.A.R. Form PRBS).

**13. SECURITY, INSURANCE, SHOWINGS, AUDIO AND VIDEO:** Broker is not responsible for loss of or damage to personal or real property, or person, whether attributable to use of a keysafe/lockbox, a showing of the Property, or otherwise. Third parties, including, but not limited to, appraisers, inspectors, brokers and prospective buyers, may have access to, and take videos and photographs of, the interior of the Property. Owner agrees: **(i)** to take reasonable precautions to safeguard and protect valuables that might be accessible during showings of the Property; **(ii)** to obtain insurance to protect against these risks. Broker does not maintain insurance to protect Owner. Persons visiting the Property may not be aware that they could be recorded by audio or visual devices installed by Owner (such as "nanny cams" and hidden security cameras). Owner is advised to post notice disclosing the existence of security devices.

**14. PHOTOGRAPHS AND INTERNET ADVERTISING:**

    **A.** In order to effectively market the Property for sale it is often necessary to provide photographs, including aerial photographs, virtual tours and other media to buyers. Owner agrees (or ☐ if checked, does not agree) that Broker or others may photograph or otherwise electronically capture images of the exterior and interior of the Property ("Images") for static and/or virtual tours of the Property by buyers and others for use on Broker's website, the MLS, and other marketing materials and sites. Owner acknowledges that if Broker engages third parties to capture and/or reproduce and display Images, the agreement between Broker and those third parties may provide such third parties with certain rights to those Images. The rights to the Images may impact Broker's control or lack of control of future use of the Images. If Owner is concerned, Owner should request that Broker provide any third parties' agreement impacting the Images. Owner also acknowledges that once Images are placed on the Internet neither Broker nor Owner has control over who can view such Images and what use viewers may make of the Images, or how long such Images may remain available on the Internet. Owner further assigns any rights in all Images to the Broker/Agent and agrees that such Images are the property of Broker/Agent and that Broker/Agent may use such Images for advertising, including post sale and for Broker/Agent's business in the future.

    **B.** Owner acknowledges that prospective buyers and/or other persons coming onto the property may take photographs, videos or other images of the property. Owner understands that Broker does not have the ability to control or block the taking and use of Images by any such persons. (If checked) ☐ Owner instructs Broker to publish in the MLS that taking of Images is limited to those persons preparing Appraisal or Inspection reports. Owner acknowledges that unauthorized persons may take images who do not have access to or have not read any limiting instruction in the MLS or who take images regardless of any limiting instruction in the MLS. Once Images are taken and/or put into electronic display on the Internet or otherwise, neither Broker nor Owner has control over who views such Images nor what use viewers may make of the Images.

**15. KEYSAFE/LOCKBOX:** A key safe/lockbox is designed to hold a key to the Property to permit access to the Property by Broker, cooperating brokers, MLS participants, their authorized licensees and representatives, authorized inspectors, and accompanied prospective buyers. Owner further agrees that Broker, at Broker's discretion, and without further approval from Owner, shall have the right to grant access to and convey Owner's consent to access the Property to inspectors, appraisers, workers, repair persons, and other persons requiring entry to the Property in order to facilitate the sale of the Property. Broker, cooperating brokers, MLS and Associations/Boards of REALTORS® are not insurers against injury, theft, loss, vandalism or damage attributed to the use of a key safe/lockbox. Owner does (or if checked ☐ does not) authorize Broker to install a key safe/lockbox. If Owner does not occupy the Property, Owner shall be responsible for obtaining occupant(s)' written permission for use of a key safe/lockbox (C.A.R. Form KLA).

**16. SIGN:** Owner does (or if checked ☐ does not) authorize Broker to install a FOR SALE/SOLD sign on the Property.

**17. EQUAL HOUSING OPPORTUNITY:** The Property is offered in compliance with federal, state and local anti-discrimination laws.

**18. ATTORNEY FEES:** In any action, proceeding or arbitration between Owner and Broker to enforce the compensation provisions of this Agreement, the prevailing Owner or Broker shall be entitled to reasonable attorney fees and costs from the non-prevailing Owner or Broker, except as provided in paragraph 22A.

**19. ADDITIONAL TERMS:** ☐ REO Advisory Listing (C.A.R. Form REOL) ☐ Short Sale Information and Advisory (C.A.R. Form SSIA) ☐ Trust Advisory (C.A.R. Form TA)
    ☐ Owner intends to include a contingency to purchase a replacement property as part of any resulting transaction
    ***Listing Agreement to be included with the sale of properties listed in Addendum #1***
    ***Seller discloses there is a bankruptcy that is affecting the property.***
    ***See additional terms on Addendum #2.***

**VLL REVISED 6/20 (PAGE 4 OF 5)**                                          Owner's Initials  ( _____ )  ( _____ )
**VACANT LAND LISTING AGREEMENT (VLL PAGE 4 OF 5)**

Property Address: *Multiple Addresses; See Addendum #1, ,*                                 Date: *June 17, 2022*

**20. MANAGEMENT APPROVAL:** If an associate-licensee in Broker's office (salesperson or broker-associate) enters into this Agreement on Broker's behalf, and Broker or Manager does not approve of its terms, Broker or Manager has the right to cancel this Agreement, in writing, within 5 Days after its execution.

**21. SUCCESSORS AND ASSIGNS:** This Agreement shall be binding upon Owner and Owner's successors and assigns.

~~**22. DISPUTE RESOLUTION:**~~

~~**A. MEDIATION:** Owner and Broker agree to mediate any dispute or claim arising between them regarding the obligation to pay compensation under this Agreement, before resorting to arbitration or court action. Mediation fees, if any, shall be divided equally among the parties involved. If, for any dispute or claim to which this paragraph applies, any party (i) commences an action without first attempting to resolve the matter through mediation, or (ii) before commencement of an action, refuses to mediate after a request has been made, then that party shall not be entitled to recover attorney fees, even if they would otherwise be available to that party in any such action. Exclusions from this mediation agreement are specified in paragraph 22B.~~

~~**B. ADDITIONAL MEDIATION TERMS:** The following matters shall be excluded from mediation: (i) a judicial or non-judicial foreclosure or other action or proceeding to enforce a deed of trust, mortgage or installment land sale contract as defined in Civil Code §2985; (ii) an unlawful detainer action; (iii) the filing or enforcement of a mechanic's lien; and (iv) any matter that is within the jurisdiction of a probate, small claims or bankruptcy court. The filing of a court action to enable the recording of a notice of pending action, for order of attachment, receivership, injunction, or other provisional remedies, shall not constitute a waiver or violation of the mediation provisions.~~

~~**C. ARBITRATION ADVISORY:** If Seller and Broker desire to resolve disputes arising between them through arbitration rather than court, they can document their agreement by attaching and signing an Arbitration Agreement (C.A.R. Form ARB).~~

**23. ENTIRE AGREEMENT:** All prior discussions, negotiations and agreements between the parties concerning the subject matter of this Agreement are superseded by this Agreement, which constitutes the entire contract and a complete and exclusive expression of their agreement and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement. If any provision of this Agreement is held to be ineffective or invalid, the remaining provisions will nevertheless be given full force and effect. This Agreement and any supplement, addendum or modification, including any photocopy or facsimile, may be executed in counterparts.

**24. OWNERSHIP, TITLE AND AUTHORITY: Owner** warrants that: **(i)** Owner is the owner of the Property; **(ii)** no other persons or entities have title to the Property; and **(iii)** Owner has the authority to both execute this Agreement and sell the Property. Exceptions to ownership, title and authority are as follows: *Jinzheng Group USA LLC*

[X] **REPRESENTATIVE CAPACITY:** This Listing Agreement is being signed for Owner by an individual acting in a Representative Capacity as specified in the attached Representative Capacity Signature Disclosure (C.A.R. Form RCSD-S). Wherever the signature or initials of the representative identified in the RCSD appear on this Agreement or any related documents, it shall be deemed to be in a representative capacity for the entity described and not in an individual capacity, unless otherwise indicated. Owner **(i)** represents that the entity for which the individual is signing already exists and **(ii)** shall Deliver to Broker, within 3 Days after execution of this Agreement, evidence of authority to act (such as but not limited to: applicable trust document, or portion thereof, letters testamentary, court order, power of attorney, resolution, or formation documents of the business entity).

**By signing below, Owner acknowledges that Owner has read, understands, received a copy of and agrees to the terms of this Listing Agreement and any attached schedule of compensation.**

Owner _____        *Jinzheng Group USA LLC* Date _____
Address *Multiple Addresses; See Addendum #1* _____ City _____ State _____ Zip _____
Telephone _____ Fax _____ E-mail _____

Owner _____                              Date _____
Address *Multiple Addresses; See Addendum #1* _____ City _____ State _____ Zip _____
Telephone _____ Fax _____ E-mail _____

[ ] Additional Signature Addendum attached (C.A.R. Form ASA)

Real Estate Broker (Firm) *The CREM Group* _____ DRE Lic. # *02029217*
Address *3900 W. Alameda Ave, Suite 1200* _____ City *Burbank* _____ State *CA*   Zip  *91505*
By _____ Tel.*(323)683-5100* ___ E-mail *mark@cremgroupre.com* ___ DRE Lic.#*01990266*___ Date _____
  *Mark Cianciulli*
By _____ Tel. _____ E-mail _____ DRE Lic.# _____ Date _____

[X] Two Brokers with different companies are co-listing the Property. Co-listing Broker information is on the attached Additional Broker Acknowledgement (C.A.R. Form ABA).

© 2020, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the California Association of REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

| Reviewed by _____ |

**VLL REVISED 6/20 (PAGE 5 OF 5)**

**VACANT LAND LISTING AGREEMENT (VLL PAGE 5 OF 5)**



CALIFORNIA
ASSOCIATION
OF REALTORS®

### SELLER'S VACANT LAND ADVISORY
(C.A.R. Form SVLA, 12/19)

1. **INTRODUCTION:** Selling property in California is a process that involves many steps. From start to finish, it could take anywhere from a few weeks to many months, depending upon the condition of your Property, local market conditions and other factors. You have already taken an important step by listing your Property for sale with a licensed real estate broker. Your broker will help guide you through the process and may refer you to other professionals, as needed. This advisory addresses many things you may need to think about and do as you market your Property. Some of these things are requirements imposed upon you, either by law or by the listing or sale contract. Others are simply practical matters that may arise during the process. Please read this document carefully and, if you have any questions, ask your broker or appropriate legal or tax advisor for help.

2. **DISCLOSURES:**
   A. **General Disclosure Duties:** You must affirmatively disclose to the buyer, in writing, any and all known facts that materially affect the value or desirability of your Property. You must disclose these facts whether or not asked about such matters by the buyer, any broker, or anyone else. This duty to disclose applies even if the buyer agrees to purchase your Property in its present condition without requiring you to make any repairs. If you do not know what or how to disclose, you should consult a real estate attorney in California of your choosing. Broker cannot advise you on the legal sufficiency of any disclosures you make.
   B. **Specific Contractual Disclosure Duties:**
      (1) The Vacant Land Purchase Agreement provides that the seller shall, if required by Law, deliver to buyer information regarding earthquakes, environmental hazards, flood hazards, and fire hazards
      (2) If seller has actual knowledge, the Purchase Contract requires seller to disclose **(i)** Legal Proceedings affecting the Property, **(ii)** Agricultural Use restrictions, **(iii)** Deed restrictions; **(iv)** Farm Use and right to farm issues, **(v)** Endangered Species issues, **(vi)** Environmental Hazards, **(vii)** Common Walls, **(viii)** Landlocked property, **(ix)** Easements and Encroachments, **(x)** Soil fill and Soil problems, **(xi)** Earthquake damage, **(xii)** Zoning Issues, **(xiii)** Neighborhood problems.
      (3) Existing Rental and Service agreements must be disclosed.
      (4) Seller is also required to make a good faith effort to obtain and deliver to the buyer a disclosure notice from the appropriate local agency(ies) about any special tax levied on your Property pursuant to the Mello-Roos Community Facilities Act, the Improvement Bond Act of 1915, and a notice concerning the contractual assessment provided by section 5898.24 of the Streets and Highways Code.
      (5) Common Interest Developments: If the Property is in a common interest development, you must provide to the buyer copies of the governing documents, the most recent financial statements distributed, and other documents required by law or contract. If you do not have a current version of these documents, you can request them from the management of your homeowners' association. To avoid delays, you are encouraged to obtain these documents as soon as possible, even if you have not yet entered into a purchase agreement to sell your Property.
      (6) Contract Terms and Conditions: A buyer may request, as part of the contract for the sale of your Property, that you pay for repairs to the Property and other items. Your decision on whether or not to comply with a buyer's requests may affect your ability to sell your Property at a specified price.
   C. **Other Legal Duties Withholding Taxes:** Under federal and California tax laws, a buyer is required to withhold a portion of the purchase price from your sale proceeds for tax purposes unless you sign an affidavit of non-foreign status and California residency, or some other exemption applies and is documented.
   D. **Prohibition Against Discrimination:** Discriminatory conduct in the sale of real property against individuals belonging to legally protected classes is a violation of the law.

3. **LEGAL AND TAX IMPLICATIONS:** Your Property may have legal, tax, insurance, title or other implications. You should consult an appropriate professional for advice on these matters.

4. **MARKETING CONSIDERATIONS:**
   A. **Pre-Sale Inspections and Considerations:** You should consider doing what you can to prepare your Property for sale. Many people are not aware of defects in or problems with their own Property. One way to make yourself aware is to obtain professional inspections prior to sale. Pre-sale inspections may include a general property inspection and an inspection of the septic or well systems, if any, among others. By doing this, you then have an opportunity to make repairs before your Property is sold, which may enhance its marketability. Keep in mind, however, that any problems revealed by such inspection reports or repairs that have been made, whether or not disclosed in a report, should be disclosed to the buyer (see "Disclosures" in paragraph 2 above). This is true even if the buyer gets his/her own inspections covering the same area. Obtaining inspection reports may also assist you during contract negotiations with the buyer.
   B. **Safety Precautions:** Advertising and marketing your Property for sale, including, but not limited to, placing a

© 2019, California Association of REALTORS®, Inc.

The CREM Group, 3900 W. Alameda Ave, Suite 1200 Burbank CA 91505                    Phone: 3236835100          Fax:                    Jinzheng Group
Mark Cianciulli                    Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com

keysafe/lockbox, erecting FOR SALE signs, and disseminating photographs, videotapes, and virtual tours of the Property, may jeopardize the safety of your Property. You are strongly encouraged to maintain insurance, and to take any and all possible precautions and safeguards to protect Property, and your belongings, including valuables located on the Property.

**C. Expenses:** You are advised that you, not the Broker, are responsible for the fees and costs, if any, to comply with your duties and obligations to the buyer of your Property.

**5. OTHER ITEMS:**

_____

_____

Seller has read and understands this Advisory. By signing below, Seller acknowledges receipt of a copy of this document.

Seller _____ Date _____

*Jinzheng Group USA LLC*_____
Print Name

Seller _____ Date _____

_____
Print Name

Real Estate Broker (Listing Firm) *The CREM Group*_____ DRE Lic# *02029217*_____

By _____ *Mark Cianciulli* DRE Lic # *01990266*_____ Date _____

By _____ DRE Lic # _____ Date _____

Address *3900 W. Alameda Ave, Suite 1200*_____ City *Burbank*_____ State *CA*_ Zip *91505*__

Telephone *(323)683-5100*_____ Fax _____ E-mail *mark@cremgroupre.com*__

© 2019, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020



**SVLA 12/19 (PAGE 2 OF 2)**

**SELLER'S VACANT LAND ADVISORY (SVLA PAGE 2 OF 2)**

  


## CALIFORNIA CONSUMER PRIVACY ACT ADVISORY, DISCLOSURE AND NOTICE
### (C.A.R. Form CCPA, Revised 12/21)

The California Consumer Privacy Act (commencing with Civil Code § 1798.100) ("CCPA") grants to California residents certain rights in their private, personal information ("PI") that is collected by companies with whom they do business. Under the CCPA, PI is defined broadly to encompass non-public records information that could reasonably be linked directly or indirectly to you. PI could potentially include photographs of, or sales information about, your property.

During the process of buying and selling real estate your PI will be collected and likely shared with others, including real estate licensees, a Multiple Listing Service, real estate internet websites, service providers, lenders, and title and escrow companies, to name several possibilities. Businesses that are covered by the CCPA are required to grant you various rights in your PI, including the right to know what PI is collected, "opt out" or stop the transfer of your PI to others, and the right to request that the business delete your PI entirely. You may get one or more notices regarding your CCPA rights from businesses you interact with in a real estate transaction. However, not all businesses that receive or share your PI are obligated to comply with the CCPA. Also, even businesses that are otherwise covered under the CCPA may have a legal obligation to maintain PI, notwithstanding your instruction to the contrary. For instance, regardless of whether they are covered by CCPA, under California law, brokers and Multiple Listing Services are required to maintain their records for 3 years. If you wish to exercise your rights under CCPA, where applicable, you should contact the respective business directly.

You can obtain more information about the CCPA and your rights under the law from the State of California Department of Justice (oag.ca.gov/privacy/ccpa).

**I/we acknowledge receipt of a copy of this California Consumer Privacy Act Advisory, Disclosure and Notice.**

Buyer/Seller/Landlord/Tenant _____ Date _____

*Jinzheng Group USA LLC*

Buyer/Seller/Landlord/Tenant _____ Date _____

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020



**CCPA REVISED 12/21 (PAGE 1 OF 1)**

## CALIFORNIA CONSUMER PRIVACY ACT ADVISORY (CCPA PAGE 1 OF 1)



CALIFORNIA
ASSOCIATION
OF REALTORS®

# ADDENDUM No. *1*
**(C.A.R. Form ADM, Revised 12/21)**

The following terms and conditions are hereby incorporated in and made a part of the Purchase Agreement, OR ☐ Residential Lease or Month-to-Month Rental Agreement, ☐ Transfer Disclosure Statement (Note: An amendment to the TDS may give the Buyer a right to rescind), ☒ Other *Vacant Land Listing Agreement.*,
dated _____*June 17, 2022*_____ , on property known as _____*Multiple Addresses; See Addendum #1*_____
_____ ("Property/Premises"),
in which _____ is referred to as ("Buyer/Tenant")
and _____*Jinzheng Group USA LLC*_____ is referred to as ("Seller/Landlord").
Buyer/Tenant and Seller/Landlord are referred to as the "Parties."

*A)  The property addresses and APN numbers listed below are to be listed and sold together.*

*1. 2929 Amethyst St, Los Angeles CA 90032: 5209-009-001, Land,*

*2. 2526-2528 Lincoln Park Ave, Los Angeles CA 90031: 5208-025-001, Triplex,*

*3. 2520-2522 Lincoln Park Ave, Los Angeles CA 90031: 5208-025-002, Duplex,*

*4. 2602 Lincoln Park Ave, Los Angeles CA 90031: 5208-025-014, Land,*

*5. 2600 N Sierra St, Los Angeles CA 90031: APN 5209-005-003, Land,*

*6. *The Paradise Drive Lots include APNs (i) 5209-021-002, -005, -006; (ii) 5209-022-007; (iii) 5209-023-022, -029; -030; -031; -032; and (iv) 5209-025-006.*

**The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this Addendum.**

Buyer/Tenant _____    Date _____

Buyer/Tenant _____    Date _____

Seller/Landlord _____    Date _____
          *Jinzheng Group USA LLC*
Seller/Landlord _____    Date _____

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

**ADM REVISED 12/21 (PAGE 1 OF 1)**

EQUAL HOUSING
OPPORTUNITY

## ADDENDUM (ADM PAGE 1 OF 1)



CALIFORNIA
ASSOCIATION
OF REALTORS®

**ADDENDUM No.** *2*
**(C.A.R. Form ADM, Revised 12/21)**

The following terms and conditions are hereby incorporated in and made a part of the Purchase Agreement, OR ☐ Residential Lease or Month-to-Month Rental Agreement, ☐ Transfer Disclosure Statement (Note: An amendment to the TDS may give the Buyer a right to rescind), ☒ Other *Vacant Land Listing Agreement* _____,
dated _____ *June 17, 2022* _____ , on property known as _____ *Multiple Addresses; See Addendum #1* _____
_____ ("Property/Premises"),
in which _____ is referred to as ("Buyer/Tenant")
and _____ *Jinzheng Group USA LLC* _____ is referred to as ("Seller/Landlord").
Buyer/Tenant and Seller/Landlord are referred to as the "Parties."
*B). Seller is the Debtor-In-Possession in the United States Bankruptcy Court for the Central District of California, under*
*Proceeding No. _____, Chapter 11, Jinzheng Group USA, LLC, Debtor.*

*C). This Agreement is expressly conditioned upon approval to its terms and conditions by the Bankruptcy Court ("Court").*

*D). All sales are subject to the approval of the Bankruptcy Court.*

*E). All sales commission due hereunder shall be deducted (to the extent possible) from the gross proceeds of the sale of the*
*Property.*

*F). Additional terms attached. Bankruptcy addendum shall control.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this Addendum.**

Buyer/Tenant _____ Date _____

Buyer/Tenant _____ Date _____

Seller/Landlord _____ Date _____
            *Jinzheng Group USA LLC*
Seller/Landlord _____ Date _____

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020


EQUAL HOUSING OPPORTUNITY

**ADM REVISED 12/21 (PAGE 1 OF 1)**

**ADDENDUM (ADM PAGE 1 OF 1)**

## **BANKRUPTCY ADDENDUM TO VACANT LAND LISTING AGREEMENT**

Jinzheng Group (USA) LLC ("Seller"), it its capacity as debtor and debtor in possession of its bankruptcy estate in *In re Jinzheng Group (USA) LLC*, Case No. 2:21-bk-16674-ER, agrees to grant The CREM Group and Marcus & Millichap (collectively, "Broker"), the exclusive right to negotiate the sale of multiple parcels of real property described in Addendum #1 (the "Property"), upon the terms and conditions of the foregoing Residential Listing Agreement, together with the Seller Instruction to Exclude Listing from the Multiple Listing Service and Days on Market and other accompanying standard disclosures and advisories (collectively the "Listing Agreement"), as amended by the following terms and conditions:

1.    Addendum.    This document is an addendum to Listing Agreement. Notwithstanding any contrary terms and conditions in the Listing Agreement, this Addendum shall apply.

2.    Deletions from the Listing Agreement.    The following paragraphs of the Listing Agreement shall not apply:

      a.    paragraph 3(E) (irrevocable assignment);

      b.    paragraph 9 (Seller representations);

      c.    paragraph 10(F) (indemnification); and

      c.    paragraph 22 (dispute resolution).

3.    No Dual Agency.    Notwithstanding California law or anything in the Listing Agreement to the contrary, Broker will act as the agent for Seller only and will not act as the agent of both Seller and the purchaser in the transaction.

4.    Commission.    If buyer is not represented in the transaction by a real estate broker, the total commission to Broker shall be 3.5%, instead of 5%. If buyer is represented by a broker, the split of commission shall be 3% to the listing Broker (which shall be split between The CREM Group and Marcus & Millichap per a separate addendum to the Listing Agreement), and 2% to the buyer's broker.

5.    Abandonment.    Seller reserves the right, in its sole discretion, to determine not to sell the Property and to abandon the Property by serving a notice of its intention to abandon the Property in accordance with the Bankruptcy Code and applicable court rules. In the event of any such abandonment, the Listing Agreement and this Addendum shall

1686052.1  27086

1

terminate and no liability or obligations shall accrue to Seller as a result of any such abandonment and termination.

6.    <u>Conditions of Sale</u>.  Broker agrees and understands that any sale of the Property shall be subject to the following terms and conditions:

       a.    Seller is selling the Property in its capacity as the representative of a bankruptcy estate.

       b.    If for any reason, or no reason whatsoever, Seller is unable to deliver possession or title to the Property to any potential purchaser, the purchaser's sole remedy shall be the return of any money that the purchaser has deposited towards the purchase of the Property.

       c.    Seller is selling the Property on an "AS IS" and "WHERE IS" basis without any representations or warranties whatsoever, including without limitation representations or warranties as to title, oil and mineral rights, city or government agency notifications regarding work to be done, marketability of title, ownership, physical condition, compliance with state, city or federal statutes, codes, ordinances, or regulations, geological stability, zoning, suitability for improvement, and fire insurance policies to cover any improvements on the Property, nor any assurances regarding the subdividability of the Property.

       d.    The sale of the Property is subject to Bankruptcy Court approval after notice given in accordance with the Bankruptcy Code and applicable court rules.

       e.    The sale of the Property may be subject to overbid at public sale.  Seller reserves the right to reject any and all offers which in its judgment are insufficient.  If overbids are received and the Property is sold to an overbidder, or to the original bidder, at a higher price, the commission to be paid to Broker shall be based upon the higher sale price (not the original bid price).

       f.    The purchaser shall, at the purchaser's sole expense, acquire any and all insurance policies that the purchaser desires to cover the Property.  Seller does not agree to acquire or transfer any insurance policies to the purchaser.

       g.    The purchaser is to arrange for all financing of the acquisition of the Property before the close of escrow.

       h.    All escrow fees shall be shared and paid on a 50/50 basis by Seller and the purchaser.

1686052.1  27086

2

      i.      The Property is being sold subject to:

      (1)      All general and special taxes that are presently due, or may become due, regarding the Property, other than property taxes, which shall be prorated as of the close of escrow; and

      (2)      Any and all easements, restrictions, rights and conditions of record and rights of way, against, on or regarding the Property.  Title, however, is to be transferred free and clear of secured claims of record.

7.    <u>Payment of Commission</u>. The commission to be paid to Broker shall only be paid from the proceeds of the sale of the Property.  The payment of commission is subject to prior approval of the Bankruptcy Court.

8.    <u>Limitation of Liability of Broker</u>.  Broker's liability is limited to the amount of Broker's commission hereunder in the event of any damages caused by negligence or unwilful misconduct by Broker.

9.    <u>Entire Agreement</u>. This Addendum and the Listing Agreement (and attachments thereto), to the extent that the Listing Agreement is not contrary to the terms and conditions herein, constitute the entire contract between the parties.  Their terms are intended by the parties as a final expression of their agreement with respect to such terms as are included herein, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement.  The parties further intend that this this Addendum and the Listing Agreement constitute the complete, final and exclusive statement of their terms and that no extrinsic evidence whatsoever may be introduced in any judicial or arbitration proceeding, if any, involving this agreement.

10.    <u>Bankruptcy Court Jurisdiction</u>. The United States Bankruptcy Court for the Central District of California shall have exclusive jurisdiction to resolve any and all disputes relating to this Addendum and the Listing Agreement sitting without a jury, which is specifically waived.  This agreement and any disputes related thereto shall be governed by California law, to the extent not pre-empted by federal law.

Date:  June __, 2022           Date:  June __, 2022

"SELLER"           "BROKER"

Jinzheng Group (USA) LLC           The CREM Group

1686052.1  27086

3

_____                    _____

By:  Zhao Pu Yang                    By:  Mark Cianciulli


"BROKER"
Marcus & Millichap

_____

By:  Lonnie McDermott



**CALIFORNIA
ASSOCIATION
OF REALTORS®**

## REPRESENTATIVE CAPACITY SIGNATURE DISCLOSURE
### (FOR SELLER REPRESENTATIVES)
(C.A.R. Form RCSD-S, Revised 12/21)

This form is not an assignment. It should not be used to add new parties after a contract has been formed. The purpose of this form is to identify who the principal is in the transaction and who has authority to sign documents on behalf of the principal.

☐ The disclosure in this form supersedes any Legally Authorized Signer representation or Representative Capacity Signature Disclosure made in the Agreement specified below or on separate form.
This is a disclosure to the Purchase Agreement, OR ☐ Listing Agreement, ☒ Other *Vacant Land Listing Agreement* _____ ("Agreement"),
dated _06/17/2022_ , for the property known as _____*Multiple Addresses; See Addendum #1, ,*_____ ("Property"),
between _____*The CREM Group*_____ ("Buyer", ☒ Listing Broker).
And _____*Jinzheng Group USA LLC*_____ ("Seller").
Buyer and Seller are referred to as the "Parties." If a trust, in the blank line above identify Seller as the trustee(s) of the trust or by simplified trust name (ex. John Doe, co-trustee, Jane Doe, co-trustee or Doe Revocable Family Trust 3.). Full name of trust should be identified in 1A below. If power of attorney, insert principal's name as Seller.

1.  **A.** ☐ TRUST: (1) The Property is held in trust pursuant to a trust document, titled (Full name of trust): _____
    _____ dated _____
    (2) The person(s) signing below is/are Sole/Co/Successor Trustee(s) of the Trust.
    **B.** ☒ ENTITY: Seller is a ☐ Corporation, ☒ Limited Liability Company, ☐ Partnership ☐ Other: _____
    which has authorized the officer(s), managing member(s), partner(s) or person(s) signing below to act on its behalf.
    An authorizing resolution of the applicable body of the entity described above ☐ is ☒ is not attached.
    **C.** ☐ POWER OF ATTORNEY: Seller ("Principal") has authorized the person(s) signing below ("Attorney-In-Fact",
    "Power of Attorney" or "POA") to act on his/her behalf pursuant to a General Power of Attorney (☐ Specific Power
    of Attorney for the Property), dated _____. This form is not a Power of Attorney. A Power of
    Attorney must have already been executed before this form is used.
    **D.** ☐ ESTATE: (1) Seller is an ☐ estate, ☐ conservatorship, or ☐ guardianship, identified by Superior Court Case
    name as _____, Case # _____ .
    (2) The person(s) signing below is/are court approved representatives (whether designated as Sole or Co-Executor,
    Administrator, Conservator, Guardian) of the estate, conservatorship or guardianship identified above.

2.  Seller's Representative represents that the trust, entity or power of attorney for which that Party is acting already exists.
    **Seller:**
    By _____ Date: _____
    (Sign Name of Trustee, Officer, Managing Member, Partner, Attorney-in-Fact or Administrator/Executor)

    (Print Representative Name) *Shao Xing Max Yang*_____ Title: *Managing Member*

    By _____ Date: _____
    (Sign Name of Trustee, Officer, Managing Member, Partner, Attorney-in-Fact or Administrator/Executor)

    (Print Representative Name) _____ Title: _____

    **Acknowledgement of Receipt by Other Party:**

    | AT TIME OF SALE |
    | --- |
    | Seller and _____ ("Buyer") are parties to a Purchase Agreement dated _____ for property known as *Multiple Addresses; See Addendum #1, ,*_____ . |
    | Buyer _____ Date _____ |
    | Buyer _____ Date _____ |

© 2021, California Association of REALTORS®, Inc.

**RCSD-S REVISED 12/21 (PAGE 1 OF 2)**

**REPRESENTATIVE CAPACITY SIGNATURE DISCLOSURE (RCSD-S PAGE 1 OF 2)**

**AT TIME OF LISTING AGREEMENT**

Seller and _____ ("Seller's Broker")

are parties to a Listing Agreement dated _____ .

Real Estate Broker _____

By _____ Date _____

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020



**RCSD-S REVISED 12/21 (PAGE 2 OF 2)**

**REPRESENTATIVE CAPACITY SIGNATURE DISCLOSURE (RCSD-S PAGE 2 OF 2)**

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201   www.lwolf.com      Jinzheng Group



# ADDITIONAL BROKER ACKNOWLEDGEMENT
### (C.A.R. Form ABA, Revised 12/21)

This is an addendum to the Purchase Agreement, OR ☐ Listing Agreement, ☒ Other *Vacant Land Listing Agreement*
(collectively, "Agreement"),
dated *06/17/2022*, on property known as *Multiple Addresses; See Addendum #1, ,*
between *The CREM Group* ("Buyer/Tenant/Broker")
and *Jinzheng Group USA LLC* ("Seller/Landlord").

**1. LISTING AGREEMENT:**
Co-Listing Brokers:

*The CREM Group* (Broker 1) and
*Marcus & Millichap* (Broker 2) are
Co-listing Brokers under the Listing Agreement identified above and agree to share responsibility and compensation for the
representation of Seller/Landlord as follows: *Agreed upon compensation 2% to Marcus & Millichap, 1% to The CREM
Group.If Buyer is not represented in the transaction, 2.25% to Marcus & Millichap, 1.25% to CREM Group.*
( ☒ on the terms of the attached agreement).

**2. PURCHASE AGREEMENT/OTHER:**
Check **ONE** box **ONLY**. If more than one applies, use separate forms for each.
**A.** ☒ Multiple Brokers Representing Seller/Landlord:

*The CREM Group* (Broker 1) and
*Marcus & Millichap* (Broker 2) are
parties to a Residential Listing Agreement, ☒ Other *Vacant Land Listing Agreement* dated *06/17/2022*
in which they have agreed to share responsibility and compensation for the representation of Seller/Landlord.

**OR B.** ☐ Multiple Brokers Representing Buyer/Tenant:

(Broker 1) and
(Broker 2) are
real estate brokers who have entered into an agreement to share responsibility and compensation for the representation of
Buyer/Tenant.

**3.** ☐ Activity under the license of Broker 1 and/or Broker 2 will be conducted by multiple associate licensees, partners or teams as
indicated on the attached Additional Agent Acknowledgement form(s) (C.A.R. Form AAA).

**4.** By signing below, all parties understand, acknowledge and agree that, wherever the name of either Broker 1 or Broker 2, as
applicable, is indicated in the Agreement or related documents, as a representative for the Buyer or Seller specified in 1, 2A or B
above, the other Broker shall also be deemed to be named. Buyer/Tenant signatures are not necessary if this form is only used as
part of a Listing Agreement.

Real Estate Broker (Broker 1) *The CREM Group*  DRE Lic.# *02029217*
By *Mark Cianciulli* DRE Lic.# *01990266*  Date

Real Estate Broker (Broker 2) *Marcus & Millichap*  DRE Lic.# *00530854*
By *Lonnie McDermott* DRE Lic.# *01874375*  Date

Seller/Landlord *Jinzheng Group USA LLC* Date

Seller/Landlord  Date

Buyer/Tenant  Date

Buyer/Tenant  Date

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or
any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA
ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A
REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN
APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of
REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the
NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

**ABA REVISED 12/21 (PAGE 1 OF 1)**

## ADDITIONAL BROKER ACKNOWLEDGEMENT (ABA PAGE 1 OF 1)

**EXHIBIT "2"**



www.cremgroupre.com    |    info@cremgroupre.com



# Unmatched Brokerage Services in Court Supervised Sales.

| Attorney-Owned Real Estate Brokerage |
|---|

| Offering In-House Eviction Services |
|---|

Specializing in the sale of residential and commercial properties involved in receiverships, partitions and other court supervised matters.

## ABOUT US

Born from the desire to establish a new benchmark in court supervised real estate sales, Mark and Daniel have combined their efforts to construct The CREM Group, a real estate brokerage dedicated to this one specialty. As licensed attorneys and real estate brokers, Mark and Daniel have engineered each and every facet of The CREM Group to effectively serve families, fiduciaries, receivers, trustees and their trusted attorneys in maximizing the value of every real estate sale while limiting any liability.

## AREAS OF EXPERTISE



### RECEIVERSHIP SALES

Versed in receivership sales of all types, we service receivers in stabilizing, managing and selling property pursuant to their authority under court order.  Having legal backgrounds in real estate litigation, we limit any liability upfront in the stabilization of the asset and position it for a successful sale.



### PARTITION SALES

Understanding the transparency and neutrality required by the appointed referee, we're committed to providing comprehensive reporting to all parties throughout the sale process.  Given the often times competing interests, we utilize streamlined communication, negotiation and thoughtful value-add services to increase value for all co-owners.



### BANKRUPTCY SALES

Versed in residential and commercial sales involved in Chapter 7, 11 and 13 bankruptcies.  With The CREM Group's legal background, we're uniquely positioned to provide the utmost value to each trustee tasked with successfully overseeing, distributing and closing up a bankruptcy.

# Value-add Services



### IN-HOUSE EVICTION COUNSELING

As an attorney owned and operated brokerage, we handle evictions and tenant matters in-house, expeditiously and oftentimes at no cost to the client.



### ASSET STABILIZATION

More often than not, properties involved in receivership have substantial deferred maintenance, insurance coverage complications, occupancy deficiencies and a host of other issues. Once involved, we develop and implement value-add strategies when appropriate, to increase total sales value, while limiting any possible liability.



### TRANSITIONAL PROPERTY MANAGEMENT

Offering dynamic and comprehensive property management services prior to disposition. Whether its managing tenant-occupied properties, or vacant property oversight, preserving, increasing value and limiting liability are tantamount.



### COMPREHENSIVE REPORTING

Documentation and communication is key to a successful close. With strict requirements and transparency demanded in the receivership context, we provide proprietary and weekly management and sale reporting to keep all parties informed at each and every turn.



### PROPERTY INVENTORY & HAULING

From silverware to vintage cars, we, in conjunction with vetted and preferred vendors, ensure each item of personal property is inventoried and either: disposed of, donated, sold, stored, or shipped to its successive owner.



### BESPOKE GLOBAL MARKETING

99% of buyers search for property online. We leverage the highest quality photography, videography, and media-related content curating the best online presence for each property. From there, each property's media package is disseminated locally and across hundreds of online platforms and various other mediums across the globe.

## OFFICE LOCATIONS

LOS ANGELES | IRVINE | LONG BEACH | RIVERSIDE | SAN DIEGO



### DANIEL TAYLOR, ESQ.

CalBRE:01889109

**(949) 491-1194**

daniel@cremgroupre.com

As co-founder of The CREM Group, Daniel co-leads the team in the successful representation of receivers, referees and trustees in the management and disposition of real property involved in probate, trust, receivership and bankruptcy administration. As an attorney having practiced in corporate and real estate litigation, Daniel has the unique ability to provide a multifaceted approach reconciling liabilities while providing unmatched marketing and negotiating strategies during each and every transaction. The end result? Top value for each and every client served.



### MARK CIANCIULLI, ESQ.

CalBRE:01990266

**(323) 683-5100**

mark@cremgroupre.com

Mark Cianciulli is the managing broker of The CREM Group's LA office. Mark leads a highly proficient team who have successfully closed some of the most unique court supervised transactions in the real estate space. As an attorney and CPA, Mark is uniquely qualified to handle both residential and commercial real estate transactions, which is evidenced by the highly regarded attorneys and professionals that he and his team work with on an regular basis.



THE

# CREM

GROUP

COURT-SUPERVISED REAL ESTATE SALES

## Resume Letter

**Mark Cianciulli, Esq., CPA,**
Broker I Owner I The CREM Group

### Bio

Mark Cianciulli is a real estate broker and co-founder of The CREM Group. Mark leads a highly proficient Los Angeles team that has successfully closed some of the most difficult real estate transactions in the probate, trust, receivership, bankruptcy, and partition sales industry. He routinely handles both residential and commercial court-supervised real estate transactions as well as sales that require an unlawful detainer (evictions) prior to sale, which he handles in-house. Mark is fortunate enough to work alongside some of the most well-respected attorneys in Los Angeles and surrounding areas.

Mark's background as an attorney and CPA has allowed him to leverage his prior experiences for the benefit of his real estate clients as well as their trusted attorneys and fiduciaries. Mark places special emphasis on attention to detail, consistent communication, and solving any and all obstacles that may come up in a given transaction.

### Associations

Los Angeles County Bar Association

Santa Monica Bar Association

Beverly Hills Bar Association

South Bay Bar Association

Beverly Hills Estate Planning Council (Board Member)

Provisors

CAR, NAR, GLAAR

CalCPA's

**EXHIBIT "3"**







# MDGLA
## MCDERMOTT GROUP
### LAND ADVISORS



**MDGLA** is focused on value-added brokerage services and we are founded on the principles of representation, long term relationships, dynamic marketing and unrivaled market expertise. We are active throughout Southern California with an emphasis on the Los Angeles MSA. This enables us to evaluate how local sub-markets relate to each other and how they relate to the entire region.

**MDGLA** offers a distinct advantage to our clients by combining detailed parcel analysis, in-depth market knowledge, forward looking underwriting, high-end marketing and expert negotiation. We understand the intricacies of today's marketplace, local market trends and the features of each parcel, which allows us to present accurate information to our clients and enable them to make informed decisions.

**MDGLA's** vast experience and knowledge include acquisition, disposition, municipal planning, entitlements, zoning, permitting, the political climate for new development, land development, ground up construction, project management, budgeting and income producing properties.

**MDGLA's** successful transactions include parcels to develop for multi-family, mixed-use, condominiums, senior care, commercial, retail, industrial and hospitality, as well as land to subdivide for single-family, small lot and master planned communities.

Our clients benefit from **MDGLA's** proprietary database of over 1,000 active purchasers of land and redevelopment parcels, the Marcus & Millichap platform with over 2,000 real estate professionals in the U.S. and Canada, as well as an outside broker database. This access to qualified potential purchasers is what separates us from our competitors.

**MDGLA** believes an important factor in achieving the best price and terms for a client's parcel is the implementation of a detailed and aggressive marketing plan that highlights the benefits and uniqueness of the parcel and effectively presenting that information to the maximum number of qualified purchasers in the marketplace. It is crucial to position an asset in the market correctly to insulate our clients from potential downside risk. Our structured marketing process creates a competitive bidding environment for your parcel. All of our marketing materials are designed on a custom basis by our graphic design team.

*We look forward to working with you, and helping you achieve all of your real estate goals.*



# MEET THE TEAM



## LONNIE MCDERMOTT
### First Vice President Investments
### Senior Director, Land & Redevelopment Advisors

Lonnie McDermott has consistently been a Top Producer since joining the firm in 2009. Previously he was the forward planning and entitlements manager at a premier Los Angeles development company where his responsibilities included successfully navigating through the City of Los Angeles Planning Department, Building & Safety, Department of Public Works, Bureau of Engineering, Department of Transportation, Urban Forestry Division, to name a few while processing Department of Real Estate (DRE) documents, By-Laws, Covenants, Conditions and Restrictions (CC&R's), Condominium and Small Lot Tract Maps, and Budgets.

Lonnie has 20+ years of experience in residential and commercial real estate with $800M+ in sales. Utilizing his unique experience and knowledge resulting from many years working in development, coupled with his continued success in brokerage, Lonnie is regarded as a highly sought-after land and multi-family specialist. Lonnie currently lives in Valencia with his wife Erin and two young sons Connor & Austin.





## MATT BROWN
### Marketing Coordinator

Matt Brown is the Marketing Coordinator at MDGLA. He began his career at Marcus & Millichap as a freelancer and was eventually brought on full time in October of 2019. Matt's experience in real estate advertising and design started in 2015 when he worked for RODE Advertising in New York. Matt eventually left the Marketing Coordinator position at Marcus & Millichap and took on the roll exclusively for MDGLA.

A Los Angeles native, Matt left L.A. in 2008 to attend college at Pratt Institute in Brooklyn, New York. There he received a B.F.A in Communication Design with a focus in Advertising Art Direction. Having designed and art directed multiple types of businesses, from pharmaceuticals to airplane brands and now real estate, Matt has a wide range of abilities.



# MEET THE SUPPORT TEAM



### ADAM CHRISTOPHERSON
**Senior Vice President / Division Manager**
**Southern California Division**

Adam Christofferson is the senior vice president and division manager for Marcus & Millichap. As a Division Manager, he oversees offices in Southern California, Nevada, Utah, and Idaho as well as managing a Marcus & Millichap Capital Corporation finance team of over fifty loan originators in eight offices.

Adam began his career with Marcus & Millichap in 1997 as a sales assistant, and in 1998 he became a sales agent focusing on the Southern California retail market. Two years later, Adam was a top retail agent in the Encino office, and in 2001 he was appointed sales manager where he led the office to a record-breaking year. In 2002, Adam was named regional manager of the Denver and Salt Lake City offices where he spearheaded a major expansion. Adam was then named first vice president in 2007 and the regional manager of the Encino office in 2010, which became the firm's top grossing revenue office. In 2012 he earned the much-coveted designation of the firm's regional manager of the year. Adam also served as Western U.S. director of special asset services from 2011 to 2013. In 2013, he was honored by the Real Estate Forum magazine as one of the "45 under 40" most influential commercial real estate leaders in the nation. In 2014, he spearheaded the opening of the firm's offices in Fresno, Bakersfield and Ventura.





### JIM MARKEL
**Regional Manager**
**Encino, Bakersfield, Fresno, Ventura**

Jim Markel is the regional manager of Marcus & Millichap's Encino, Bakersfield, Fresno and Ventura offices. He joined Marcus & Millichap's Encino office as an agent in June 1999, specializing in the sale of multifamily assets. During his tenure as an agent, Mr. Markel earned the Encino office's 2000 Rookie of the Year award, two National Achievement Awards and four Sales Recognition Awards.

In early 2004, Mr. Markel left Marcus & Millichap to run his own boutique brokerage company in conjunction with a successful national syndication company. Between 2004 and 2014 he brokered or acted as principal in over one-half billion in real estate transactions across 10 states and in multiple product types. Mr. Markel rejoined Marcus & Millichap as sales manager of the Encino office in February 2013 and was appointed regional manager in August 2016.



### JESICA OCHELTREE
**Operations Manager**

Jesica began her career at Marcus & Millichap in June 2006 in the Encino office as a Brokerage Services Administrator. She became a Certified Agent Support Trainer in January 2008 and was promoted to Operations Manager in 2012.

Jesica enjoys interacting with the diverse agent personalities and works hard to maintain Encino's status as one of the most productive offices in the company. Jesica is a native Californian, born and raised in the San Fernando Valley.



# AWARDS + ACCOLADES

## #1
### LAND BROKER AT
### MARCUS & MILLICHAP
#### (IN THE ENTIRE FIRM)

## $1B+
### TOTAL
### SALES

## 335
### TRANSACTIONS
### CLOSED



**Best Land Sale:**
431 La Cienega, Hollywood
Sale Price: $21,250,000



**Best Land Sale:**
2145 W Vanowen St., Woodland Hills,
Sale Price: $22,000,000



**Best Land Sale:**
6801 Canoga Ave, Canoga Park
Sale Price: $10,000,000

## Marcus & Millichap

**National Achievement Award**
2020 | 2019 | 2017 | 2016 | 2015

**Top Investment Professional**
2020 | 2019 | 2016 | 2015

**Pace Setter Award**
2010



San Fernando Valley Business Journal
Top Commercial Real Estate Award
2018



San Fernando Valley Business Journal
Top Commercial Real Estate Award
2017



San Fernando Valley Business Journal
Top Commercial Real Estate Award
2016

8



CLOSINGS

# RECENTLY CLOSED



**339 Hampshire Rd | Thousand Oaks, CA**
Land - Multi-Family | Sale Price: $37,000,000



**Mission Gateway**
8811 Sepulveda Blvd | North Hills
Land - Commercial| Sale Price: $14,000,000



**The Colony**
7760 Woodman Ave | Panorama City CA
Land - Senior Housing | Sale Price: $10,450,000



**Walgreens**
25 Main St | Bristol, CT
Net Leased Drug Store | Sale Price: $7,741,000



3010 Del Hombre Ln | Walnut Creek, CA
Land - Multi-Family | Sale Price: $3,100,000



14019 Vanowen St | Los Angeles, CA
Multi-Family | Sale Price: $2,690,000

A 439,956-square-foot development site in Thousand Oaks has sold for an undisclosed price.

The land, which spans more than 10 acres, has been earmarked for residential building. Located at 339 Hampshire Road, the property has a corner location with accessibility to the 101 freeway.

The deal represents the largest land sale in Thousand Oaks since 2007, according to Calabasas-based brokerage Marcus & Millichap.

Brandon Michaels, senior managing director investments in Marcus & Millichap's Encino office, and Lonnie McDermott, Marcus & Millichap's first vice president investments, represented the seller and procured the buyer.

"This historic transaction for the city is emblematic of Thousand Oaks' move to become more pro-development, which will create long-term growth in the immediate submarket," Michaels said in a statement. "The sale also demonstrates investor interest in transforming under-performing assets into alternative asset classes."

Added McDermott: "The buyer, IMT Capital LLC, plans to convert the site to much-needed residential housing, including neighborhood-serving retail and community accessible open space amenities."

**SAN FERNANDO VALLEY BUSINESS JOURNAL**

**RARE UNDEVELOPED 10 ACRES IN THOUSAND OAKS SOLD**

**$37,000,000**



657 North Virgil Avenue | Los Angeles, CA
Land - Commercial | Sale Price: $2,000,000



8405 Glenoaks Blvd | Los Angeles, CA
Land - Multi-Family | Sale Price: $1,800,000



**Dollar General**
108 County Rd 21 | Smyrna, NY
Net Leased Discount | Sale Price: $1,646,720

11

# NOTABLE SALES

## Warner Center Development
Canoga Park, CA | Sales Price: $8,150,000
Size: 1.13 Acres / 49,191 SF | Price Per SF: $165.68

21425 Vanowen Street is one of several properties that the McDermott Group has sold multiple times throughout the stages of development.  In 2015, our team was successfully able to market the property as vacant land based on the forecasted potential that Warner Center is now realizing.  After the close of escrow, Mr. McDermott advised the buyer throughout the entitlement and permit process.  Once successfully executed, our team marketed the property again and sold it at a record-setting price, providing our client with a profit margin of nearly 50% before the project broke ground.





## 431 La Cienega Blvd
West Hollywood & Los Angeles, CA | Sales Price: $21,250,000
Product Type: Land | Exclusively Represented Buyer and Seller

431 N. La Cienega is the 32,574 square foot parcel that was the home of the Royal Car Wash.  The property is ideally located between Beverly Blvd and Melrose Ave on La Cienega Blvd, next to the Beverly Center.  As a result of its prime location, the owners received multiple offers to purchase the property off-market, which they worked on for a year.  Due to their unsuccessful attempts to try and sell the property off-market, the Sellers hired our team. Within 30 days, we were in escrow at a significantly higher price.  In addition to the successful marketing, we were more importantly able to insulate the Seller from a significant price reduction and position the Seller to close the escrow at a record breaking sales price of $652.36 per SF.

13



## The Enclave Apartments
Paramount, CA | Sales Price: $61,200,000
6.44% Cap Rate | Product Type: Multi-Family | Size: 306 units | 329,070 SF

The Enclave Apartments is a 329,070 square feet apartment building comprised of 306 units.  The property is conveniently positioned just off the 105 Freeway in Paramount, Ca.  At the time of sale, the apartments were 96% occupied. Due to having the largest database of multi-family developers and investors  in the country, we were able to provide the ideal buyer for the sale, who saw a major value-add opportunity through a capital improvement program to upgrade and reposition the asset.



## 6801 Canoga Ave
Canoga Park, CA | Sales Price: $10,000,000
Product Type: Land | Fully Entitled Mixed Use Development

6801 Canoga Ave is a fully entitled 149 unit mixed use development site. The site is approximately 43,427 SF ideally located in the sought after Warner Center submarket, which boasts high-end demographics, a local dense population, high barrier to entry, and overall strong market fundamentals yielding an investor/developer and the eventual landlord favorable market conditions with significant growth potential.  The project is located in proximity to the City of Los Angeles'  Warner Center 2035 Plan which once completed, will bring 23.5 million square feet of new residential or approximately 20,000 units to the area.

14

## LAND SALES | 2010 - YTD

| Address | City | State | Type | Sales Price | SF |
|---|---|---|---|---|---|
| 339 Hampshire Rd | Thousand Oaks | CA | Land - Mixed-Use | $37,000,000 | 439,956 |
| 8405 Glenoaks Blvd | Los Angeles | CA | Land - Multi-Family | $1,800,000 | 15,276 |
| 657 North Virgil Avenue | Los Angeles | CA | Land - Commercial | $2,000,000 | 7,092 |
| 7760 Woodman Ave | Panorama City | CA | Land - Seniors Housing | $10,450,000 | 95,396 |
| 3010 Del Hombre Ln | Walnut Creek | CA | Land - Multi-Family | $3,100,000 | 21,344 |
| 8811 Sepulveda Blvd | North Hills | CA | Land - Commercial | $14,000,000 | 189,486 |
| 11906 Kling St | Los Angeles | CA | Land - Commercial | $2,900,000 | 16,988 |
| 22735 Del Valle St | Woodland Hills | CA | Land - Multi-Family | $900,000 | 6,495 |
| 10947 Hartsook St | North Hollywood | CA | Land - Multi-Family | $1,750,000 | 8,788 |
| 6940 Owensmouth Ave | Canoga Park | CA | Land - Multi-Family | $3,750,000 | 32,080 |
| 667-671 North Wilton Pl | Los Angeles | CA | Land - Commercial | $3,425,000 | 10,350 |
| 6701 Woodley Ave | Van Nuys | CA | Land - Multi-Family | $1,225,000 | 13,005 |
| 913 Boston Ct | Pasadena | CA | Land - Multi-Family | $1,600,000 | 6,523 |
| 21300 Oxnard St | Woodland Hills | CA | Land - Mixed-Use | $11,600,000 | 100,624 |
| 1300 W Mission Blvd | Pomona | CA | Land - Multi-Family | $1,050,000 | 26,648 |
| 14944 Moorpark St | Sherman Oaks | CA | Land - Commercial | $1,035,000 | 5,883 |
| 3638-3642 Motor Ave | Los Angeles | CA | Land - Multi-Family | $7,400,000 | 14,700 |
| 1833 N Garey Ave | Pomona | CA | Land - Multi-Family | $1,600,000 | 28,335 |
| 11700 Charnock Rd | Los Angeles | CA | Land - Multi-Family | $2,475,000 | 7,388 |
| 437 E 5th St | Long Beach | CA | Land - Mixed-Use | $1,495,000 | 7,253 |
| 129-133 W Los Feliz Rd | Glendale | CA | Land - Office | $2,575,000 | 17,636 |
| 28340 Roadside Dr | Agoura Hills | CA | Land - Commercial | $720,000 | 36,390 |

## LAND SALES | 2010 - YTD

| Address | City | State | Type | Sales Price | SF |
|---|---|---|---|---|---|
| 28338 Roadside Dr | Agoura Hills | CA | Land - Commercial | $475,000 | 34,180 |
| 18535 Burbank Blvd | Tarzana | CA | Land - Multi-Family | $1,550,000 | 10,729 |
| 9203 Ralston Ave | Sun Valley | CA | Land - Industrial | $2,350,000 | 56,400 |
| 6679 West Fountain Ave | Los Angeles | CA | Land - Commercial | $955,000 | 5,169 |
| 6801 Canoga Ave | Canoga Park | CA | Land - Mixed-Use | $10,000,000 | 43,427 |
| 2412 Federal Ave | Los Angeles | CA | Land - Mixed-Use | $3,250,000 | 13,940 |
| 13901 Polk St | Sylmar | CA | Land - Single-Family | $1,500,000 | 65,023 |
| 2267 Duane St | Los Angeles | CA | Land - Multi-Family | $1,200,000 | 7,504 |
| 21425 Vanowen St | Canoga Park | CA | Land - Multi-Family | $8,150,000 | 49,191 |
| 5258 Hermitage Ave | Valley Village | CA | Land - Multi-Family | $999,000 | 7,595 |
| 901 North Ogden Dr | West Hollywood | CA | Land - Multi-Family | $1,326,000 | 5,480 |
| 3977 West Beverly Blvd | Los Angeles | CA | Land - Mixed-Use | $5,200,000 | 30,618 |
| 7002-7006 Van Nuys Blvd | Van Nuys | CA | Land - Mixed-Use | $3,925,000 | 60,412 |
| 431 North La Cienega Blvd | West Hollywood / LA | CA | Land - Mixed-Use | $21,250,000 | 32,574 |
| 9203 Ralston Ave | Sun Valley | CA | Land - Industrial | $2,100,000 | 56,380 |
| 11738 Wicks St | Sun Valley | CA | Land - Mixed-Use | $625,000 | 9,158 |
| 1340 N. Sycamore Ave | Los Angeles | CA | Land - Mixed-Use | $3,075,000 | 8,200 |
| 7310 Eton Ave | Canoga Park | CA | Land - Multi-Family | $675,000 | 7,500 |
| 7115 Tampa Ave | Reseda | CA | Land - Single-Family | $1,500,000 | 263,957 |
| 37550 Sierra Hwy | Palmdale | CA | Land - Commercial | $400,000 | 181,210 |
| 3046 East Florence Ave | Huntington Park | CA | Land - Mixed-Use | $790,000 | 16,577 |
| 4503 Coldwater Canyon Ave | Studio City | CA | Land - Multi-Family | $1,535,000 | 6,500 |

# LAND SALES | 2010 - YTD

| Address | City | State | Type | Sales Price | SF |
|---|---|---|---|---|---|
| 2266 Ewing Street | Los Angeles | CA | Land - Multi-Family | $1,630,000 | 7,500 |
| 3046 East Florence Ave | Huntington Park | CA | Land - Mixed-Use | $3,115,000 | 16,578 |
| 4410 South Budlong Ave | Los Angeles | CA | Land - Commercial | $2,400,000 | 35,717 |
| 1304 North Mansfield Ave | Los Angeles | CA | Land - Multi-Family | $741,300 | 3,075 |
| 1308 North Mansfield Ave | Los Angeles | CA | Land - Multi-Family | $725,000 | 3,075 |
| 15566 Rayen St | North Hills | CA | Land - Multi-Family | $1,250,000 | 19,592 |
| 12415 San Fernando Rd | Sylmar | CA | Land - Mixed-Use | $4,202,875 | 55,025 |
| 7310 Eton Ave | Canoga Park | CA | Land - Multi-Family | $500,000 | 7,500 |
| 21425 West Vanowen St | Woodland Hills | CA | Land - Multi-Family | $22,000,000 | 84,864 |
| 18730 Vanowen St | Reseda | CA | Land - Single-Family | $905,000 | 48,046 |
| 5210 West Olympic Blvd | Los Angeles | CA | Land - Multi-Family | $1,340,000 | 7,046 |
| 1401 Court Street | Los Angeles | CA | Land - Multi-Family | $605,000 | 6,020 |
| 316 South Kenmore Ave | Los Angeles | CA | Land - Multi-Family | $1,700,000 | 9,862 |
| 545 South Serrano Ave | Los Angeles | CA | Land - Multi-Family | $1,575,000 | 7,747 |
| 14832 Gilmore St | Van Nuys | CA | Land - Multi-Family | $240,000 | 7,500 |
| 4220 West Montclair St | Los Angeles | CA | Land - Multi-Family | $650,000 | 13,500 |
| 24400 Calabasas Rd | Calabasas | CA | Land - Hotel/Motel | $675,000 | 917,373 |
| 1433 North Waterloo St | Los Angeles | CA | Land - Multi-Family | $580,000 | 5,001 |
| 1427 North Waterloo St | Los Angeles | CA | Land - Multi-Family | $795,000 | 10,236 |
| 18528 Chase St | Northridge | CA | Land - Multi-Family | $1,200,000 | 19,130 |
| 15566 Rayen St | North Hills | CA | Land - Multi-Family | $480,000 | 19,550 |
| 20750 Sherman Way | Winnetka | CA | Land - Multi-Family | $2,300,000 | 65,549 |

# LAND SALES | 2010 - YTD

| Address | City | State | Type | Sales Price | SF |
|---|---|---|---|---|---|
| 8935 Orion Avenue | North Hills | CA | Land - Multi-Family | $570,000 | 19,910 |
| 2334 Crenshaw Blvd | Los Angeles | CA | Land - Multi-Family | $270,000 | 8,023 |
| 11130 North Oro Vista Ave | Sunland | CA | Land - Single-Family | $1,185,000 | 206,965 |
| 22235 Ryan Ridge Way | Woodland Hills | CA | Land - Single-Family | $165,000 | 28,166 |
| 44000 East Sahuayo St | Lancaster | CA | Land - Commercial | $425,000 | 201,114 |
| 5100 Woodman Ave | Sherman Oaks | CA | Land - Multi-Family | $3,350,000 | 24,000 |
| 13840 Sherman Way | Van Nuys | CA | Land - Multi-Family | $700,000 | 44,870 |
| 13190 Bromont Ave | Sylmar | CA | Land - Multi-Family | $1,550,000 | 43,470 |
| 20600 Roscoe Blvd | Winnetka | CA | Land - Single-Family | $3,600,000 | 182,952 |
| 13901 Polk St | Sylmar | CA | Land - Single-Family | $800,000 | 222,156 |
| 2403 West 4th St | Los Angeles | CA | Land - Multi-Family | $600,000 | 23,565 |
| 7851 Ventura Canyon Ave | Panorama City | CA | Land - Multi-Family | $1,825,000 | 39,600 |
| 1129 Logan St | Los Angeles | CA | Land - Multi-family | $1,272,500 | 6,498 |

## MULTI-FAMILY SALES | 2010 - YTD

| Address | City | State | Sales Price | Cap Rate | Units |
|---|---|---|---|---|---|
| 14019 Vanowen St | Los Angeles | CA | $2,690,000 | N/A | 5 |
| 22425 Del Valle St | Woodland Hills | CA | $2,725,000 | 4.43% | 5 |
| 7123 Tampa Ave | Reseda | CA | $12,598,318 | 5.55% | 22 |
| 6933 Sepulveda Blvd | Van Nuys | CA | $3,060,000 | 3.29% | 17 |
| 6930 Balboa Blvd | Lake Balboa | CA | $5,550,000 | 5.90% | 10 |
| 5543 Case Ave | North Hollywood | CA | $4,700,000 | 3.51% | 18 |
| 9339 Burnet Ave | North Hills | CA | $2,970,000 | 5.46% | 6 |
| 509 East Avenue Q1 | Palmdale | CA | $420,000 | 6.47% | 6 |
| 334 Beardsley Ave | Bakersfield | CA | $600,000 | 8.61% | 12 |
| 13801 Paramount Blvd | Paramount | CA | $61,200,000 | 6.44% | 306 |
| 238 South Avenue 21 | Los Angeles | CA | $780,000 | 7.07% | 10 |
| 14369 Chatsworth Dr | San Fernando | CA | $925,000 | 6.87% | 10 |
| 1685 North Summit Ave | Pasadena | CA | $2,450,000 | 5.42% | 20 |
| 13530 Victory Blvd | Valley Glen | CA | $1,875,000 | 5.47% | 13 |
| 5555 Carpenter Ave | Valley Village | CA | $1,890,000 | 4.26% | 5 |
| 14133 Victory Blvd | Van Nuys | CA | $1,285,000 | 5.97% | 15 |
| 5529 Harold Way | Hollywood | CA | $1,375,000 | 0.65% | 10 |
| 16565 Vanowen St | Van Nuys | CA | $1,800,000 | 5.01% | 12 |
| 412 Union Dr | Los Angeles | CA | $1,017,500 | 7.13% | 18 |
| 1685 North Summit Ave | Pasadena | CA | $1,970,000 | 6.17% | 20 |
| 11115 Aqua Vista St | Studio City | CA | $12,600,000 | 4.56% | 35 |
| 6453 Shirley Ave | Reseda | CA | $815,000 | 5.80% | 8 |
| 13400 Victory Blvd | Van Nuys | CA | $2,950,000 | 6.80% | 28 |
| 7910 Kester Ave | Panorama City | CA | $400,000 | 7.51% | 6 |
| 14845 Erwin St | Van Nuys | CA | $1,150,000 | 6.36% | 11 |

## RETAIL SALES | 2010 - YTD

| Address | City | State | Type | Sales Price | SF |
|---|---|---|---|---|---|
| 4915a Dixie Hwy | Louisville | KY | NNN Krogers | $10,485,000 | 440,392 |
| 108 County Rd 21 | Dollar General | Smyrna | NY | Net Leased Discount | $1,646,720 | N/A |
| 25 Main St | Walgreens | Bristol | CT | Net Leased Drug Store | $7,741,000 | 16,120 |
| West Warm Springs & South Decatur | Las Vegas | NV | Net Leased Auto Service - Gas/Conv. | $2,860,000 | 3,000 |
| 9466 US Highway 36 | Avon | IN | Net Leased Restaurant | $4,236,747 | 9,080 |
| 2880 North Centre Ct | Prescott Valley | AZ | Net Leased Drug Store | $5,000,000 | 15,120 |
| 607 West 9th Ave | Escondido | CA | Retail Vacant/User | $1,650,000 | 14,016 |
| 2370 South Robertson Blvd | Los Angeles | CA | Shopping Neighborhood | $925,000 | 2,872 |
| 35242 Grand River Ave | Farmington Hills | MI | Net Leased Restaurant | $1,350,000 | 4,500 |
| 7127 Canoga Ave | Canoga Park | CA | Retail Vacant/User | $775,000 | 4,500 |
| I-75 & 16th Ave | Cordele | GA | Net Leased Restaurant | $1,778,000 | 4,000 |
| 166 East Huntington Dr | Arcadia | CA | Net Leased Restaurant | $2,174,000 | 6,763 |

## STUDENT HOUSING SALES | 2010 - YTD

| Address | City | State | Sales Price | Cap Rate | Units |
|---|---|---|---|---|---|
| 1298 West 37th Pl | Los Angeles | CA | $1,050,000 | 6.44% | 3 |
| 1238 West 35th St | Los Angeles | CA | $1,025,000 | 6.29% | 3 |
| 3421 Walton Ave | Los Angeles | CA | $700,000 | 6.27% | 4 |





# MCDERMOTT GROUP
## LAND ADVISORS

### LONNIE MCDERMOTT
First Vice President Investments
Senior Director, National Land Group
C: 818.577.8904 | O: 818.212.2745
Lonnie.McDermott@marcusmillichap.com
License: CA 01874375

### MATT BROWN
Marketing Coordinator
C: 626.437.4074
Matt.Brown@marcusmillichap.com

**FIND US ON SOCIAL MEDIA**

LINKTR.EE/MDGLA_     @MDGLA_     @MDGLA_

HTTPS://MDGLANDADVISORS.COM

*Marcus & Millichap*
**MCDERMOTT GROUP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF APPLICATION AND APPLICATION TO EMPLOY REAL ESTATE BROKERS AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ZHAO PU YANG AND STATEMENTS OF DISINTERESTEDNESS IN SUPPORT THEREOF  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)      6/23/22                   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)          6/23/22                  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)                         , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 23, 2022 | Zev Shechtman | /s/ Zev Shechtman |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION (if needed):**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Donna C Bullock on behalf of Interested Party Donna Bullock Carrera
donnabullockcarrera@yahoo.com, donna.bullock@ymail.com

Steven P Chang on behalf of Interested Party Courtesy NEF
heidi@spclawoffice.com,
schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;chang
sr75251@notify.bestcase.com

Michael F Chekian on behalf of Creditor The Phalanx Group
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Michael F Chekian on behalf of Interested Party Chekian Law Office, Inc.
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Heidi M Cheng on behalf of Plaintiff JINZHENG GROUP (USA) LLC
heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Susan Titus Collins on behalf of Interested Party INTERESTED PARTY
scollins@counsel.lacounty.gov

Jeffrey W Dulberg on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jdulberg@pszjlaw.com

Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
oestrada@ttc.lacounty.gov

Richard Girgado on behalf of Interested Party Courtesy NEF
rgirgado@counsel.lacounty.gov

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.c
om;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Teddy M Kapur on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
tkapur@pszjlaw.com, mdj@pszjlaw.com

Alphamorlai Lamine Kebeh on behalf of Debtor JINZHENG GROUP (USA) LLC
akebeh@danninggill.com

Peter A Kim on behalf of Attorney LAW OFFICES OF PETER KIM
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Betula Lenta Inc
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant David Park
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Jonathan Pae
peter@pkimlaw.com, peterandrewkim@yahoo.com

Christopher J Langley on behalf of Plaintiff JINZHENG GROUP (USA) LLC
chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Benjamin R Levinson, ESQ on behalf of Creditor Michael E. Dorff and Shari L. Dorff
ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

MitnickLaw@aol.com, mitnicklaw@gmail.com

Giovanni Orantes on behalf of Other Professional Orantes Law Firm, P.C.
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Donald W Reid on behalf of Interested Party INTERESTED PARTY
don@donreidlaw.com, ecf@donreidlaw.com

Matthew D. Resnik on behalf of Attorney Matthew Resnik
matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik on behalf of Creditor Royalty Equity Lending, LLC/Bobs LLC
matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik on behalf of Interested Party Courtesy NEF
matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Peter J Ryan on behalf of Defendant Testa Capital Group
ryan@floresryan.com, schneider@floresryan.com

Peter J Ryan on behalf of Defendant Thomas L. Testa
ryan@floresryan.com, schneider@floresryan.com

Allan D Sarver on behalf of Creditor Investment Management Company LLC
ADS@asarverlaw.com

Allan D Sarver on behalf of Interested Party Courtesy NEF
ADS@asarverlaw.com

Zev Shechtman on behalf of Debtor JINZHENG GROUP (USA) LLC
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party INTERESTED PARTY
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Plaintiff JINZHENG GROUP (USA) LLC
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

John N Tedford, IV on behalf of Interested Party INTERESTED PARTY
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**SERVED BY UNITED STATES MAIL**:

The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012

Bentula Lenta, Inc.
David Park
800 W. 6th Street, Suite 1250
Los Angeles, CA 900171

The Phalanx Group, Inc.
Anthony Rodriguez
424 E. 1st Street, Unit #10
Los Angeles, CA 90015

Testa Capital Group
620 Newport Center Dr., #1100
Newport Beach, CA 92660

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**