ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, as Debtor and Debtor-in-Possession

**FILED & ENTERED**

**JUL 03 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>        Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO REQUEST HEARING ON MICHAEL CHEKIAN'S APPLICATION FOR ORDER ALLOWING ATTORNEY FEES AND COSTS AS ADMINISTRATIVE EXPENSES TO MEMBER OF UNSECURED CREDITORS' COMMITTEE [DOC. NO. 254]** |

The Court, having read and considered the *Stipulation to Extend Deadline to Request Hearing on Michael Chekian's Application for Order Allowing Attorney Fees and Costs as Administrative Expenses To Member Of Unsecured Creditors' Committee* ("Stipulation") (docket no. 272) and with good cause shown,

**IT IS ORDERED:**

1. The Stipulation is approved.

2. Debtor's deadline to file a response and request for hearing on the pending *Application for Order Allowing Attorney Fees and Costs as Administrative Expense To Member of*

*Unsecured Creditors' Committee Pursuant to 11 USC Section 503(b)(3)(D,F)* (docket no. 254) (the "Application") shall be extended by one week from July 1, 2022, to July 8, 2022.

###

Date: July 3, 2022

Ernest M. Robles
United States Bankruptcy Judge

1686766.1  27086

2