

FILED & ENTERED

JUL 06 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Jinzheng Group (USA) LLC,<br>         Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter: 11<br><br>**AMENDED ORDER SETTING HEARING ON <u>MOTION FOR ORDER APPROVING COMPROMISE BETWEEN DEBTOR AND 150 LA SIERRA LLC</u>[1]**<br><br>**[RELATES TO DOC. NO. 279]**<br><br>**HEARING DATE:**<br><br>Date:      July 19, 2022<br>Time:     11:00 a.m.<br>Location: Courtroom 1568<br>              Roybal Federal Building<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

    Having reviewed the *Debtor's Motion for Order Approving Compromise Between Debtor and 150 La Sierra LLC* [Doc. No. 278] (the "Motion") and the corresponding application for a hearing on the Motion on shortened notice [Doc. No. 279] (the "Application"), the Court **HEREBY ORDERS AS FOLLOWS:**

1) The Application is **GRANTED**. A hearing on the Motion shall take place on **Tuesday, July 19, 2022 at 11:00 a.m.**
2) No later than **Wednesday, July 6, 2022 at 9:00 p.m.**, the Debtor shall provide telephonic notice of the hearing to the Official Committee of Unsecured Creditors (the "Committee"), Sound Equity, Inc. ("Sound Equity"), The Code Solution LLC ("TCS"), 150 La Sierra LLC ("La Sierra"), and the United States Trustee (the "UST").

---

[1] Amended to provide that the hearing will take place on Tuesday, July 19, 2022 at 11:00 a.m. (not on Wednesday, July 20, 2022 at 10:00 a.m.).

3) No later than **Wednesday, July 6, 2022**, the Debtor shall serve the Motion and this Order upon the Committee, Sound Equity, TCS, La Sierra, and the UST. Service may be accomplished by any of the following methods: (a) overnight mail, (b) personal service, (c) facsimile, (d) e-mail, or (e) Notice of Electronic Filing via CM/ECF.
4) No later than **Friday, July 8, 2022**, the Debtor shall file a declaration establishing that service was accomplished in accordance with this Order.
5) Any opposition to the Motion shall be filed by no later than **Thursday, July 14, 2022**. The Debtor's reply in support of the Motion shall be filed by no later than **Sunday, July 17, 2022 at 2:00 p.m**.
6) Parties may appear at the July 19, 2022 hearing either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: July 6, 2022

Ernest M. Robles
United States Bankruptcy Judge