# United States Bankruptcy Court
# Central District of California
## Los Angeles
## Ernest Robles, Presiding
## Courtroom 1568 Calendar

| | |
|---|---|
| **Wednesday, July 6, 2022** | **Hearing Room   1568** |

### 10:00 AM
**2:21-16674    JINZHENG GROUP (USA) LLC**                                                              **Chapter 11**

#10.00   Hearing
RE: [239] Application to Employ Danning, Gill, Israel & Krasnoff, LLP as General Bankruptcy Counsel -Notice of Application and Motion: Application of Debtor and Debtor-in-Possession to Employ Danning, Gill, Israel & Krasnoff, LLP as its General Bankruptcy Counsel;,  (Shechtman, Zev)

fr. 6-2-22

                                Docket      239

**Matter Notes:**

   7/6/2022


   The tentative ruling will be the order.
   Party to lodge order: As set forth in the Tentative Ruling

**Tentative Ruling:**

   7/5/2022

   See Cal. No. 9, above, incorporated in full by reference.

| **Party Information** |
|---|

**Debtor(s):**

   JINZHENG GROUP (USA) LLC          Represented By
                                        Christopher J Langley
                                        Zev  Shechtman