# United States Bankruptcy Court
## Central District of California
Los Angeles
Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, July 6, 2022**　　　　　　　　　　　　　　　　　　　　　　　　**Hearing Room**　　**1568**

**10:00 AM**
**2:21-16674**　　**JINZHENG GROUP (USA) LLC**　　　　　　　　　　　　　　　　　　　　**Chapter 11**

　　**#9.00**　　Hearing
　　　　　　　　RE: [239] Motion to Borrow ; Motion to Approve Debtor-in-Possession Financing;
　　　　　　　　and Statement of Disinterestedness; proof of service  LLC (Shechtman, Zev)

　　　　　　　　FR. 6-22-22

　　　　　　　　　　　　　　　　　Docket　　　　239

**Matter Notes:**

　　　7/6/2022

<span style="color:red">The tentative ruling will be the order.
Party to lodge order: As set forth in the Tentative Ruling

POST PDF OF TENTATIVE OR AMENDED TENTATIVE RULING TO CIAO</span>

**Tentative Ruling:**

　　　7/5/2022

**Note: Parties may appear at the hearing either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.**

　　　For the reasons set forth below, the Debtor is authorized (a) to employ Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill") as its general bankruptcy counsel, (b) to employ Atkinson, Andelson, Loya, Ruud & Romo ("Atkinson") as its special litigation counsel, and (c) to borrow $180,000 from Zhao Pu Yang for the purpose of paying the retainers of Danning Gill and Atkinson.

**Pleadings Filed and Reviewed:**
1) Application of Debtor and Debtor-in-Possession to Employ Danning, Gill, Israel
　　& Krasnoff, LLP as Its General Bankruptcy Counsel and Motion to Approve

# United States Bankruptcy Court
## Central District of California
Los Angeles
Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, July 6, 2022**                                              **Hearing Room**   **1568**

<u>10:00 AM</u>
**CONT...**       **JINZHENG GROUP (USA) LLC**                                           **Chapter 11**

    Debtor-in-Possession Financing [Doc. No. 239]
    a) Statement Regarding Cash Collateral or Debtor in Possession Financing [Doc. No. 240]
    b) Notice of New Hearing Date and Objection Deadline Re: Application of Debtor and Debtor-in-Possession to Employ Danning, Gill, Israel & Krasnoff, LLP as Its General Bankruptcy Counsel and Motion to Approve Debtor-in-Possession Financing [Doc. No. 245]
2) Debtor's Notice of Application and Application to Employ Atkinson, Andelson, Loya, Ruud & Romo as Special Litigation Counsel and Motion to Approve Debtor-in-Possession Financing [Doc. No. 248]
    a) Statement Regarding Cash Collateral or Debtor in Possession Financing [Doc. No. 249]
3) Limited Opposition of the Official Committee of Unsecured Creditors to Debtor's Applications to Employ Substitute General Bankruptcy Counsel and Special Litigation Counsel Each Combined With a Motion to Approve Debtor-in-Possession Financing [Doc. No. 270]
    a) Notice of Withdrawal of Limited Opposition of the Official Committee of Unsecured Creditors to Debtor's Applications to Employ Substitute General Bankruptcy Counsel and Special Litigation Counsel Each Combined With a Motion to Approve Debtor-in-Possession Financing [Doc. No. 274]

## I. Facts and Summary of Pleadings

On August 24, 2021 (the "Petition Date"), Jinzheng Group (USA) LLC (the "Debtor") filed a voluntary Chapter 11 petition. The Debtor's primary asset is 32 acres of undeveloped land located near downtown Los Angeles. Prior to the Petition Date, the Debtor was attempting to create a residential housing development on the land.

From the Petition Date until November 21, 2021, the Debtor was represented by the Law Offices of Donna Bullock ("Bullock"). From November 21, 2021 to May 31, 2022, the Debtor was represented by Shioda, Langley & Chang LLP ("SLC"). On May 31, 2022, the Debtor engaged Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill") to replace SLC.

The Debtor seeks authorization (a) to employ Danning Gill as its general bankruptcy counsel, (b) to employ Atkinson, Andelson, Loya, Ruud & Romo ("Atkinson") as its special litigation counsel, and (c) to borrow $180,000 from Zhao Pu Yang ("Yang"), the legal representative of the Debtor's managing member Jianqing Yang, for the purpose of paying the retainers of Danning Gill and Atkinson

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
**Ernest Robles, Presiding**
**Courtroom 1568 Calendar**

---

**Wednesday, July 6, 2022**                                                                                          **Hearing Room**    **1568**

10:00 AM
**CONT...**        **JINZHENG GROUP (USA) LLC**                                                                                  **Chapter 11**

(the "Yang Loan"). The Yang Loan is unsecured, bears interest at the rate of 0%, and will be treated as a Chapter 11 administrative expense, except that it will be subordinated to all other allowed Chapter 11 administrative expenses. Of the $180,000 borrowed, $100,000 will be used to fund Danning Gill's retainer and $80,000 will be used to fund Atkinson's retainer.

The Official Committee of Unsecured Creditors (the "Committee") initially opposed the relief sought by the Debtor, but subsequently withdrew its opposition with prejudice. Doc. No. 274. No other opposition to the relief sought by the Debtor is on file.

## II. Findings of Fact and Conclusions of Law
### A. The Debtor's Applications to Employ Danning Gill and Atkinson Are Approved

Section 327(a) provides that "the trustee, with the court's approval, may employ one or more attorneys … that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." Pursuant to § 1107(a), the Debtor, as the Debtor-in-Possession, has been vested with the rights of the trustee.

The Court finds that Danning Gill and Atkinson are disinterested, do not hold or represent an interest adverse to the estate, and are qualified to assist the Debtor in fulfilling its obligations as a Debtor-in-Possession. The Debtor's applications to employ Danning Gill and Atkinson are both approved.

### B. The Yang Loan is Approved on a Final Basis

Section 364(b) provides that the Court may authorize the Debtor "to obtain unsecured credit or to incur unsecured debt other than under subsection (a) of this section, allowable under section 503(b)(1) of this title as an administrative expense."

The terms of the Yang Loan are favorable to the estate. The Yang Loan is unsecured and bears interest at the rate of 0%. The Debtor lacks the cash flow necessary to fund the retainers of Danning Gill and Atkinson, and therefore would be unable to secure the services of these firms without the Yang Loan. The Court approves the Yang Loan.

The Debtor has provided 21 days' notice of its request for authorization to obtain credit, as required by Bankruptcy Rule 6004(a). The only objection to the request, which was filed by the Committee, has been withdrawn. Because interested parties have been afforded an adequate opportunity to object to the requested borrowing, the

# United States Bankruptcy Court
# Central District of California
## Los Angeles
## Ernest Robles, Presiding
## Courtroom 1568 Calendar

**Wednesday, July 6, 2022**    Hearing Room    1568

**10:00 AM**
**CONT...    JINZHENG GROUP (USA) LLC**    Chapter 11

Yang Loan is approved on a final (as opposed to interim) basis.

## III. Conclusion

Based upon the foregoing, the Debtor is authorized (a) to employ Danning Gill as its general bankruptcy counsel, (b) to employ Atkinson as its special litigation counsel, and (c) to borrow $180,000 from Zhao Pu Yang for the purpose of paying the retainers of Danning Gill and Atkinson.

Within seven days of the hearing, the Debtor shall submit a proposed order incorporating this tentative ruling by reference.

No appearance is required if submitting on the court's tentative ruling. If you intend to submit on the tentative ruling, please contact Landon Foody or Daniel Koontz, the Judge's Law Clerks, at 213-894-1522. **If you intend to contest the tentative ruling and appear, please first contact opposing counsel to inform them of your intention to do so.** Should an opposing party file a late opposition or appear at the hearing, the court will determine whether further hearing is required. If you wish to make a telephonic appearance, contact Court Call at 888-882-6878, no later than one hour before the hearing.

| **Party Information** |
|---|

**Debtor(s):**

| JINZHENG GROUP (USA) LLC | Represented By |
|---|---|
| | Christopher J Langley |
| | Zev  Shechtman |