# United States Bankruptcy Court
# Central District of California
Los Angeles
Ernest Robles, Presiding
Courtroom 1568 Calendar

| Wednesday, July 6, 2022 | Hearing Room 1568 |
|---|---|

**10:00 AM**
**2:21-16674    JINZHENG GROUP (USA) LLC**                                                                 Chapter 11

#12.10    HearingRE: [248] Application to Employ Atkinson, Andelson, Loya, Ruud & Romo as Special Litigation Counsel - Debtor's Notice of Application and Application to Employ Atkinson, Andelson,Loya, Ruud & Romo as Special Litigation Counsel; Motion to Approve Debtor-in-Possession Financing; and Statement of Disinterestedness; proof of service  LLC (Kebeh, Alphamorlai)

Docket    248

**Matter Notes:**

7/6/2022

<span style="color:red">The tentative ruling will be the order.
Party to lodge order: As set forth in the Tentative Ruling</span>

**Tentative Ruling:**

7/5/2022

See Cal. No. 9, above, incorporated in full by reference.

| Party Information |
|---|

**Debtor(s):**

JINZHENG GROUP (USA) LLC            Represented By
                                                                Zev  Shechtman
                                                                Alphamorlai Lamine Kebeh