ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor in Possession

**FILED & ENTERED**

**JUL 07 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>    Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER (1) APPROVING APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY ATKINSON, ANDELSON, LOYA, RUUD & ROMO AS SPECIAL LITIGATION COUNSEL AND (2) APPROVING DEBTOR-IN-POSSESSION FINANCING**<br><br>**[Related to Docket No. 248]**<br><br>Date:    July 6, 2022<br>Time:    10:00 a.m.<br>Crtrm.:  Courtroom 1568<br>          255 E. Temple Street<br>          Los Angeles, California 90012 |

On July 6, 2022, at 10:00 a.m., this Court heard and considered the *Application to Employ Atkinson, Andelson, Loya, Ruud & Romo as Special Litigation Counsel* and *Motion to Approve Debtor-in-Possession Financing* the ("Motion") (docket no. 248), filed by Jinzheng Group (USA) LLC, the debtor and debtor-in-possession herein (the "Debtor"), the Honorable Ernest M. Robles, United States Bankruptcy Judge, presiding.[1]

---

[1] Defined terms have the same meaning as in the Motion.

The Court having read and considered the Motion, all papers filed in support thereof, including the Declaration of Zhao Pu Yang and the Statement of Disinterestedness, the Official Committee of Unsecured Creditors' Limited Opposition to the Motion (docket no. 270) and withdrawal thereof (docket no. 274), and all of the other pleadings on file in the Debtor's case; having found that notice of the hearing and the Motion were adequate and proper; having issued a tentative ruling to grant the Motion which is incorporated herein by reference (docket no. 287); and having waived appearances; for good cause appearing, it is hereby

**ORDERED THAT:**

1. The Motion is approved in its entirety.

2. The Debtor is authorized to employ Atkinson, Andelson, Loya, Ruud & Romo ("Atkinson") as its special litigation counsel, effective as of June 14, 2022, at the expense of the estate pursuant to 11 U.S.C. § 327(a).

3. The compensation to be awarded Atkinson shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330 and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

4. Atkinson is authorized to draw down on its Retainer in accordance with the United States Trustee's Guide to Application for Retainers, except that the Retainer may be maintained in the Firm's attorney-client trust account rather than a segregated trust account.

5. Atkinson is authorized to submit a monthly Professional Fee Statement each month until its Retainer is exhausted.

6. The Principal's Loan to the Debtor in the amount of $80,000 for Atkinson's Retainer is approved as a chapter 11 expense of administration subordinated to all other allowed chapter 11 expenses, on the other terms set forth in the Motion.

1                                          ###

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: July 7, 2022

25           Ernest M. Robles
             United States Bankruptcy Judge

26

27

28

1687450.1  27086                        3