United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-16674-ER |
| JINZHENG GROUP (USA) LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 05, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JINZHENG GROUP (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA 91791-4084 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Investment Management Company LLC ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Interested Party Courtesy NEF ADS@asarverlaw.com |
| Alphamorlai Lamine Kebeh | on behalf of Debtor JINZHENG GROUP (USA) LLC akebeh@danninggill.com |
| Benjamin R Levinson, ESQ | on behalf of Creditor Michael E. Dorff and Shari L. Dorff ben@benlevinsonlaw.com  courtney@benlevinsonlaw.com |
| Christopher J Langley | on behalf of Plaintiff JINZHENG GROUP (USA) LLC chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com |
| David Samuel Shevitz | on behalf of Interested Party INTERESTED PARTY david@shevitzlawfirm.com |

Case 2:21-bk-16674-ER    Doc 291    Filed 07/07/22    Entered 07/07/22 21:28:37    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 05, 2022 | Form ID: pdf042 | Total Noticed: 1 |

shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

Donald W Reid
on behalf of Interested Party INTERESTED PARTY don@donreidlaw.com ecf@donreidlaw.com

Donna C Bullock
on behalf of Interested Party Donna Bullock Carrera donnabullockcarrera@yahoo.com donna.bullock@ymail.com

Eric A Mitnick
on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com

Giovanni Orantes
on behalf of Other Professional Orantes Law Firm P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Hatty K Yip
on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov

Heidi M Cheng
on behalf of Plaintiff JINZHENG GROUP (USA) LLC heidi@slclawoffice.com
assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Jeffrey W Dulberg
on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jdulberg@pszjlaw.com

John N Tedford, IV
on behalf of Interested Party INTERESTED PARTY jtedford@DanningGill.com
danninggill@gmail.com;jtedford@ecf.courtdrive.com

M. Jonathan Hayes
on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Matthew D. Resnik
on behalf of Attorney Matthew Resnik matt@rhmfirm.com
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
on behalf of Creditor Royalty Equity Lending LLC/Bobs LLC matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael F Chekian
on behalf of Creditor The Phalanx Group mike@cheklaw.com chekianmr84018@notify.bestcase.com

Michael F Chekian
on behalf of Interested Party Chekian Law Office Inc. mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Oscar Estrada
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Peter A Kim
on behalf of Defendant Betula Lenta Inc peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
on behalf of Defendant Jonathan Pae peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
on behalf of Attorney LAW OFFICES OF PETER KIM peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
on behalf of Defendant David Park peter@pkimlaw.com peterandrewkim@yahoo.com

Peter J Ryan
on behalf of Defendant Thomas L. Testa ryan@floresryan.com schneider@floresryan.com

Peter J Ryan
on behalf of Defendant Testa Capital Group ryan@floresryan.com schneider@floresryan.com

Richard Girgado
on behalf of Interested Party Courtesy NEF rgirgado@counsel.lacounty.gov

Steven P Chang
on behalf of Interested Party Courtesy NEF heidi@spclawoffice.com
schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr752

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 05, 2022 | Form ID: pdf042 | Total Noticed: 1 |

        51@notify.bestcase.com

Susan Titus Collins
        on behalf of Interested Party INTERESTED PARTY scollins@counsel.lacounty.gov

Teddy M Kapur
        on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS tkapur@pszjlaw.com mdj@pszjlaw.com

United States Trustee (LA)
        ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
        on behalf of Plaintiff JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
        on behalf of Debtor JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
        on behalf of Interested Party INTERESTED PARTY zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 35

ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, as Debtor and Debtor-in-Possession

**FILED & ENTERED**

**JUL 03 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>  Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO REQUEST HEARING ON MICHAEL CHEKIAN'S APPLICATION FOR ORDER ALLOWING ATTORNEY FEES AND COSTS AS ADMINISTRATIVE EXPENSES TO MEMBER OF UNSECURED CREDITORS' COMMITTEE [DOC. NO. 254]** |

The Court, having read and considered the *Stipulation to Extend Deadline to Request Hearing on Michael Chekian's Application for Order Allowing Attorney Fees and Costs as Administrative Expenses To Member Of Unsecured Creditors' Committee* ("Stipulation") (docket no. 272) and with good cause shown,

**IT IS ORDERED:**

1. The Stipulation is approved.

2. Debtor's deadline to file a response and request for hearing on the pending *Application for Order Allowing Attorney Fees and Costs as Administrative Expense To Member of*

1686766.1  27086

1

*Unsecured Creditors' Committee Pursuant to 11 USC Section 503(b)(3)(D,F)* (docket no. 254) (the "Application") shall be extended by one week from July 1, 2022, to July 8, 2022.

###

Date: July 3, 2022

Ernest M. Robles
United States Bankruptcy Judge

1686766.1  27086

2