United States Bankruptcy Court

Central District of California

In re:  Case No. 21-16674-ER

JINZHENG GROUP (USA) LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JINZHENG GROUP (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA 91791-4084 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

**Name**  **Email Address**

Allan D Sarver
    on behalf of Creditor Investment Management Company LLC ADS@asarverlaw.com

Allan D Sarver
    on behalf of Interested Party Courtesy NEF ADS@asarverlaw.com

Alphamorlai Lamine Kebeh
    on behalf of Debtor JINZHENG GROUP (USA) LLC akebeh@danninggill.com

Benjamin R Levinson, ESQ
    on behalf of Creditor Michael E. Dorff and Shari L. Dorff ben@benlevinsonlaw.com  courtney@benlevinsonlaw.com

Christopher J Langley
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

David Samuel Shevitz
    on behalf of Interested Party INTERESTED PARTY david@shevitzlawfirm.com

Case 2:21-bk-16674-ER  Doc 293  Filed 07/08/22  Entered 07/08/22 21:17:35  Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: pdf042 | Total Noticed: 1 |

shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

Donald W Reid
on behalf of Interested Party INTERESTED PARTY don@donreidlaw.com ecf@donreidlaw.com

Donna C Bullock
on behalf of Interested Party Donna Bullock Carrera donnabullockcarrera@yahoo.com donna.bullock@ymail.com

Eric A Mitnick
on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com

Giovanni Orantes
on behalf of Other Professional Orantes Law Firm P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Hatty K Yip
on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov

Heidi M Cheng
on behalf of Plaintiff JINZHENG GROUP (USA) LLC heidi@slclawoffice.com assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Jeffrey W Dulberg
on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jdulberg@pszjlaw.com

John N Tedford, IV
on behalf of Interested Party INTERESTED PARTY jtedford@DanningGill.com danninggill@gmail.com;jtedford@ecf.courtdrive.com

M. Jonathan Hayes
on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Matthew D. Resnik
on behalf of Attorney Matthew Resnik matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
on behalf of Creditor Royalty Equity Lending LLC/Bobs LLC matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael F Chekian
on behalf of Creditor The Phalanx Group mike@cheklaw.com chekianmr84018@notify.bestcase.com

Michael F Chekian
on behalf of Interested Party Chekian Law Office Inc. mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Oscar Estrada
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Paul J Leeds
on behalf of Creditor Sound Equity Inc. Pleeds@fsl.law, ssanchez@fsl.law

Peter A Kim
on behalf of Defendant Betula Lenta Inc peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
on behalf of Defendant Jonathan Pae peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
on behalf of Attorney LAW OFFICES OF PETER KIM peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
on behalf of Defendant David Park peter@pkimlaw.com peterandrewkim@yahoo.com

Peter J Ryan
on behalf of Defendant Thomas L. Testa ryan@floresryan.com schneider@floresryan.com

Peter J Ryan
on behalf of Defendant Testa Capital Group ryan@floresryan.com schneider@floresryan.com

Richard Girgado
on behalf of Interested Party Courtesy NEF rgirgado@counsel.lacounty.gov

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Steven P Chang
    on behalf of Interested Party Courtesy NEF heidi@spclawoffice.com
    schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com

Susan Titus Collins
    on behalf of Interested Party INTERESTED PARTY scollins@counsel.lacounty.gov

Teddy M Kapur
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS tkapur@pszjlaw.com mdj@pszjlaw.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Debtor JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Interested Party INTERESTED PARTY zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 36



**FILED & ENTERED**

**JUL 06 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Jinzheng Group (USA) LLC, Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter:   11<br><br>**ORDER SETTING HEARING ON MOTION FOR ORDER APPROVING COMPROMISE BETWEEN DEBTOR AND 150 LA SIERRA LLC**<br><br>**[RELATES TO DOC. NO. 279]**<br><br>**HEARING DATE:**<br><br>Date:       July 20, 2022<br>Time:      10:00 a.m.<br>Location: Courtroom 1568<br>              Roybal Federal Building<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

    Having reviewed the *Debtor's Motion for Order Approving Compromise Between Debtor and 150 La Sierra LLC* [Doc. No. 278] (the "Motion") and the corresponding application for a hearing on the Motion on shortened notice [Doc. No. 279] (the "Application"), the Court **HEREBY ORDERS AS FOLLOWS:**

1) The Application is **GRANTED**. A hearing on the Motion shall take place on **Wednesday, July 20, 2022 at 10:00 a.m.**
2) No later than **Wednesday, July 6, 2022 at 9:00 p.m.**, the Debtor shall provide telephonic notice of the hearing to the Official Committee of Unsecured Creditors (the "Committee"), Sound Equity, Inc. ("Sound Equity"), The Code Solution LLC ("TCS"), 150 La Sierra LLC ("La Sierra"), and the United States Trustee (the "UST").
3) No later than **Wednesday, July 6, 2022**, the Debtor shall serve the Motion and this Order upon the Committee, Sound Equity, TCS, La Sierra, and the UST. Service may be

accomplished by any of the following methods: (a) overnight mail, (b) personal service, (c) facsimile, (d) e-mail, or (e) Notice of Electronic Filing via CM/ECF.

4) No later than **Friday, July 8, 2022**, the Debtor shall file a declaration establishing that service was accomplished in accordance with this Order.

5) Any opposition to the Motion shall be filed by no later than **Thursday, July 14, 2022**. The Debtor's reply in support of the Motion shall be filed by no later than **Sunday, July 17, 2022**.

6) Parties may appear at the July 20, 2022 hearing either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: July 6, 2022

Ernest M. Robles
United States Bankruptcy Judge