United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-16674-ER |
| JINZHENG GROUP (USA) LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 07, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JINZHENG GROUP (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA 91791-4084 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Investment Management Company LLC ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Interested Party Courtesy NEF ADS@asarverlaw.com |
| Alphamorlai Lamine Kebeh | on behalf of Debtor JINZHENG GROUP (USA) LLC akebeh@danninggill.com |
| Benjamin R Levinson, ESQ | on behalf of Creditor Michael E. Dorff and Shari L. Dorff ben@benlevinsonlaw.com courtney@benlevinsonlaw.com |
| Christopher J Langley | on behalf of Plaintiff JINZHENG GROUP (USA) LLC chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com |
| David Samuel Shevitz | on behalf of Interested Party INTERESTED PARTY david@shevitzlawfirm.com |

Case 2:21-bk-16674-ER   Doc 295   Filed 07/09/22   Entered 07/09/22 21:15:02   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2022 | Form ID: pdf042 | Total Noticed: 1 |

shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

Donald W Reid
    on behalf of Interested Party INTERESTED PARTY don@donreidlaw.com ecf@donreidlaw.com

Donna C Bullock
    on behalf of Interested Party Donna Bullock Carrera donnabullockcarrera@yahoo.com donna.bullock@ymail.com

Eric A Mitnick
    on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com

Giovanni Orantes
    on behalf of Other Professional Orantes Law Firm P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Hatty K Yip
    on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov

Heidi M Cheng
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC heidi@slclawoffice.com assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Jeffrey W Dulberg
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jdulberg@pszjlaw.com

John N Tedford, IV
    on behalf of Interested Party INTERESTED PARTY jtedford@DanningGill.com danninggill@gmail.com;jtedford@ecf.courtdrive.com

M. Jonathan Hayes
    on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Matthew D. Resnik
    on behalf of Attorney Matthew Resnik matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
    on behalf of Creditor Royalty Equity Lending LLC/Bobs LLC matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael F Chekian
    on behalf of Creditor The Phalanx Group mike@cheklaw.com chekianmr84018@notify.bestcase.com

Michael F Chekian
    on behalf of Interested Party Chekian Law Office Inc. mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Oscar Estrada
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Paul J Leeds
    on behalf of Creditor Sound Equity Inc. Pleeds@fsl.law, ssanchez@fsl.law

Peter A Kim
    on behalf of Defendant Betula Lenta Inc peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
    on behalf of Defendant Jonathan Pae peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
    on behalf of Attorney LAW OFFICES OF PETER KIM peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
    on behalf of Defendant David Park peter@pkimlaw.com peterandrewkim@yahoo.com

Peter J Ryan
    on behalf of Defendant Thomas L. Testa ryan@floresryan.com schneider@floresryan.com

Peter J Ryan
    on behalf of Defendant Testa Capital Group ryan@floresryan.com schneider@floresryan.com

Richard Girgado
    on behalf of Interested Party Courtesy NEF rgirgado@counsel.lacounty.gov

District/off: 0973-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 07, 2022 | Form ID: pdf042 | Total Noticed: 1

Steven P Chang
    on behalf of Interested Party Courtesy NEF heidi@spclawoffice.com
    schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com

Susan Titus Collins
    on behalf of Interested Party INTERESTED PARTY scollins@counsel.lacounty.gov

Teddy M Kapur
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS tkapur@pszjlaw.com
    mdj@pszjlaw.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com
    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Debtor JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com
    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Interested Party INTERESTED PARTY zshechtman@DanningGill.com
    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 36

ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor in Possession

**FILED & ENTERED**

**JUL 07 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>    Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER (1) APPROVING APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY DANNING, GILL, ISRAEL & KRASNOFF, LLP AS ITS GENERAL BANKRUPTCY COUNSEL AND (2) APPROVING DEBTOR-IN-POSSESSION FINANCING**<br><br>[Related to Docket No. 239]<br><br>Date:    July 6, 2022<br>Time:    10:00 a.m.<br>Crtrm.:  Courtroom 1568<br>          255 E. Temple Street<br>          Los Angeles, California 90012 |

1687448.1  27086

1

On July 6, 2022, at 10:00 a.m., this Court heard and considered the *Application of Debtor and Debtor-in-Possession to Employ Danning, Gill, Israel & Krasnoff, LLP as its General Bankruptcy Counsel* and *Motion to Approve Debtor-in-Possession Financing* the ("Motion") (docket no. 239), filed by Jinzheng Group (USA) LLC, the debtor and debtor-in-possession herein (the "Debtor"), the Honorable Ernest M. Robles, United States Bankruptcy Judge, presiding.[1]

The Court having read and considered the Motion, all papers filed in support thereof, including the Declaration of Zhao Pu Yang and the Statement of Disinterestedness, the Official Committee of Unsecured Creditors' Limited Opposition to the Motion (docket no. 270) and withdrawal thereof (docket no. 274), and all of the other pleadings on file in the Debtor's case; having found that notice of the hearing and the Motion were adequate and proper; having issued a tentative ruling to grant the Motion which is incorporated herein by reference (docket no. 286); and having waived appearances; for good cause appearing, it is hereby

**ORDERED THAT:**

1. The Motion is approved.

2. The Debtor is authorized to employ Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill") as its general bankruptcy counsel, effective as of May 31, 2022, at the expense of the estate pursuant to 11 U.S.C. § 327(a).

3. The compensation to be awarded Danning Gill shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330 and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

4. Danning Gill is authorized to draw down on its Retainer in accordance with the United States Trustee's Guide to Application for Retainers, except that the Retainer may be maintained in the Firm's attorney-client trust account rather than a segregated trust account.

---

[1] Defined terms have the same meaning as in the Motion.

5. Danning Gill is authorized to submit a monthly Professional Fee Statement each month until its Retainer is exhausted.

6. The Principal's Loan to the Debtor in the amount of $100,000 for Danning Gill's Retainer is approved as a chapter 11 expense of administration subordinated to all other allowed chapter 11 expenses, on the other terms set forth in the Motion.

###

Date: July 7, 2022

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge

1687448.1  27086

3