ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@DanningGill.com
DANIELLE R. GABAI (State Bar No. 339242)
dgabai@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for JinZheng Group (USA) LLC

**FILED & ENTERED**

**JUL 12 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>      Debtor and Debtor in Possession<br><br>. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER ~~APPROVING~~ GRANTING APPLICATION TO EMPLOY REAL ESTATE BROKERS AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT [Docket No. 263]**<br><br>[No Hearing Required] |

On June 23, 2022, Jinzheng Group (USA) LLC, the debtor and debtor-in-possession herein (the "Debtor"), filed it *Notice of Application and Application to Employ Real Estate Brokers and to Enter into Exclusive Listing Agreement* (the "Application") (docket no. 263).[1]

The Court having read and considered the Application, all papers filed in support thereof, including the Declaration of Zhao Pu Yang, Statements of Disinterestedness, and all of the other pleadings on file in the Debtor's case; having found that notice of the Application was adequate

---

[1] Defined terms have the same meaning as in the Application.

1687856.1  27086

1

and proper; having received no objection or request for hearing; and for good cause appearing, it is hereby

**ORDERED THAT:**

1. The Application is approved in its entirety and compensation shall be awarded pursuant to 11 U.S.C. §328.

2. The Debtor is authorized to employ The Crem Group through its agents, Daniel Taylor and Mark Cianciulli, and Marcus & Millichap through its agent, Lonnie McDermott, as its real estate brokers, effective as of June 23, 2022 (collectively, the "Brokers").

3. The Debtor is authorized to enter into the Listing Agreement with the Brokers in the form attached as Exhibit "1" to the Application.

4. The Debtor is further authorized to take such other actions, and execute such documents, as necessary or appropriate to list and market the property for sale.

IT IS SO ORDERED.

###

Date: July 12, 2022

Ernest M. Robles
United States Bankruptcy Judge