PETER C. ANDERSON
UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-3560
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**JINZHENG GROUP (USA) LLC,**<br><br>Debtor(s). | Case No.: 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING RE: APPLICATION FOR ORDER ALLOWING ATTORNEY FEES AND COSTS AS ADMINISTRATIVE EXPENSE TO MEMBER OF UNSECURED CREDITORS' COMMITTEE PURSUANT TO 11 USC SECTION 503(b)(3)(D,F)**<br><br>Current Hearing Date and Time:<br>Date:    August 16, 2022<br>Time:    10:00 a.m.<br>Place:    Courtroom 1568<br>            255 E. Temple St.<br>            Los Angeles, CA 90012<br><br>**Continued Hearing:**<br>**Date:    August 17, 2022**<br>**Time:    10:00 a.m.**<br>**Place:    Courtroom 1568**<br>            **255 E. Temple St.**<br>            **Los Angeles, CA 90012** |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, DEBTOR, AND ALL PARTIES IN INTEREST:**

- 1 -

This Stipulation to Continue Hearing re: Application for Order Allowing Attorney Fees and Costs as Administrative Expense to Member of Unsecured Creditors' Committee pursuant to 11 USC Section 503(b)(3)(D,F) ("Stipulation") is made by and between Michael Chekian and the United States Trustee ("U.S. Trustee"), through his counsel of record, with reference to the following facts:

**RECITALS**

1. On June 17, 2022, Michael Chekian filed an Application for Order Allowing Attorney Fees and Costs as Administrative Expense to Member of Unsecured Creditors' Committee pursuant to 11 USC Section 503(b)(3)(D,F) ("Application")

2. On June 30, 2022, the U.S. Trustee filed an Opposition to Application for Order Allowing Attorney Fees and Costs as Administrative Expense to Member of Unsecured Creditors' Committee pursuant to 11 USC Section 503(b)(3)(D,F) and Request for Hearing.

3. Michael Chekian filed a Notice of Hearing on the Application and set the hearing for August 16, 2022 at 10:00 a.m.

4. Due to a conflict, the U.S. Trustee requests that the hearing be continued to August 17, 2022 at 10:00 a.m.

5. The parties, through their respective counsel of record, have conferred regarding this matter and have agreed to seek continuance of the hearing on the Application.

**ACCORDINGLY, IT IS HEREBY STIPULATED THAT:**

A. The hearing on the Application shall be continued from August 16, 2022 to **August 17, 2022 at 10:00 a.m.**

//
//
//
//
//
//
//

B.    The U.S. Trustee will lodge an order approving the Stipulation via the L.O.U. system.

IT IS SO STIPULATED AND AGREED.

PETER C. ANDERSON
UNITED STATES TRUSTEE

DATED:

DATED: 7-11-2022

By:    HATTY YIP
Trial Attorney

By:    MICHAEL CHEKIAN

1    B.    The U.S. Trustee will lodge an order approving the Stipulation via the L.O.U. system.

IT IS SO STIPULATED AND AGREED.

PETER C. ANDERSON
UNITED STATES TRUSTEE

DATED: 7/13/22

By:    HATTY YIP
Trial Attorney

DATED: 7-11-2022

By:    MICHAEL CHEKIAN

- 3 -