UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles

| In re:<br>JINZHENG GROUP (USA) LLC,<br>      Debtor(s). | Case No.: 21-16674<br>Chapter: 11 |
|---|---|

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I certify that on July 13, 2022 as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated:

Stipulation to Continue Hearing re: Application for Order Allowing Attorney Fees and Costs as Administrative Expense to Member of Unsecured Credtiros' Committee pursuant to 11 USC Sec. 503(b)(3)(D,F)

Notice of Lodgment of Order

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. July 13, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**Exhibit A - Certificate of Service**
**JINZHENG GROUP (USA) LLC 21-16674**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 4062 | Jeffrey W Dulberg, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd 13th Flr, Los Angeles, CA, 90067 | **First Class** |
| 4062 | Jinzheng Group (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA, 91791 | **First Class** |
| 4062 | Michael Chekian, 445 South Figueroa St, 31st Floor, Los Angeles, CA, 90071 | **First Class** |
| 4062 | The Honorable Ernest M. Robles, 255 E. Temple St., Suite 1560, Los Angeles, CA, 90012 | **First Class** |
| 4062 | Zev Shechtman, Danning, Gill, Israel & Krasnoff, LLP, 1901 Avenue of the Stars, Suite 450, Los Angeles, CA, 90067-6006 | **First Class** |