| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON, UNITED STATES TRUSTEE<br>HATTY YIP (SBN 246487), TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017<br>Phone: (213) 894-1507, Fax: (213) 894-2603<br>Email: hatty.yip@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* UNITED STATES TRUSTEE | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>JINZHENG GROUP (USA) LLC,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:21-bk-16674-ER<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Stipulation to Continue Hearing re: Application for Order Allowing Attorney Fees and Costs... |
|---|---|

PLEASE TAKE NOTE that the order titled Order Granting Stipulation to Continue Hearing re: Application for Order Allowing Attorney Fees and Costs as Administrative Expense to Member of... 299
was lodged on (*date*) 07/13/2022 and is attached. This order relates to the motion which is docket number 299.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

1 PETER C. ANDERSON
UNITED STATES TRUSTEE
2 HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
3 OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
4 Los Angeles, California 90017
(213) 894-1507 telephone
5 (213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:                                                ) Case No.: 2:21-bk-16674-ER
                                                      )
                                                      ) Chapter 7
**JINZHENG GROUP (USA) LLC,**                        )
                                                      ) **ORDER GRANTING STIPULATION TO**
Debtor(s).                                           ) **CONTINUE HEARING RE:**
                                                      ) **APPLICATION FOR ORDER**
                                                      ) **ALLOWING ATTORNEY FEES AND**
                                                      ) **COSTS AS ADMINISTRATIVE EXPENSE**
                                                      ) **TO MEMBER OF UNSECURED**
                                                      ) **CREDITORS' COMMITTEE PURSUANT**
                                                      ) **TO 11 USC SECTION 503(b)(3)(D,F)**
                                                      )
                                                      ) **Old Date**:
                                                      ) Hearing Date: August 16, 2022
                                                      ) Time:           10:00 a.m.
                                                      ) Place:          Courtroom 1568
                                                      )                 255 E. Temple St.
                                                      )                 Los Angeles, CA 90012
                                                      )
                                                      ) **New Date**:
                                                      ) Hearing Date: August 17, 2022
                                                      ) Time:           10:00 a.m.
                                                      ) Place:          Courtroom 1568
                                                      )                 255 E. Temple St.
                                                      )                 Los Angeles, CA 90012
                                                      )
                                                      )

After consideration of the Stipulation to Continue Hearing re: Application for Order Allowing Attorney Fees and Costs as Administrative Expense to Member of Unsecured Creditors' Committee pursuant to 11 USC Section 503(b)(3)(D,F) ("Stipulation to Continue Hearing") filed by the parties and for good cause appearing, the Court orders as follows:

- 1 -

1    IT IS HEREBY ORDERED that the Stipulation to Continue Hearing is APPROVED; and

2    IT IS FURTHER ORDERED that the hearing on the Application for Order Allowing Attorney Fees and Costs as Administrative Expense to Member of Unsecured Creditors' Committee pursuant to 11 USC Section 503(b)(3)(D,F) is CONTINUED from August 16, 2022 at 10:00 a.m. to **August 17, 2022 at 10:00 a.m.**

IT IS SO ORDERED.

### # # #