PETER C. ANDERSON
UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

**FILED & ENTERED**

**JUL 14 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

**JINZHENG GROUP (USA) LLC,**

Debtor(s).

Case No.: 2:21-bk-16674-ER

Chapter 7

**ORDER GRANTING STIPULATION TO CONTINUE HEARING RE: APPLICATION FOR ORDER ALLOWING ATTORNEY FEES AND COSTS AS ADMINISTRATIVE EXPENSE TO MEMBER OF UNSECURED CREDITORS' COMMITTEE PURSUANT TO 11 USC SECTION 503(b)(3)(D,F)**

**Old Date**:
Hearing Date: August 16, 2022
Time: 10:00 a.m.
Place: Courtroom 1568
255 E. Temple St.
Los Angeles, CA 90012

**New Date**:
Hearing Date: August 17, 2022
Time: 10:00 a.m.
Place: Courtroom 1568
255 E. Temple St.
Los Angeles, CA 90012

After consideration of the Stipulation to Continue Hearing re: Application for Order Allowing Attorney Fees and Costs as Administrative Expense to Member of Unsecured Creditors' Committee pursuant to 11 USC Section 503(b)(3)(D,F) ("Stipulation to Continue Hearing") filed by the parties and for good cause appearing, the Court orders as follows:

- 1 -

1    IT IS HEREBY ORDERED that the Stipulation to Continue Hearing is APPROVED; and

2    IT IS FURTHER ORDERED that the hearing on the Application for Order Allowing

3 Attorney Fees and Costs as Administrative Expense to Member of Unsecured Creditors' Committee

4 pursuant to 11 USC Section 503(b)(3)(D,F)is CONTINUED from August 16, 2022 at 10:00 a.m. to

5 **August 17, 2022 at 10:00 a.m.**

6    IT IS SO ORDERED.

7                                                                             # # #

Date: July 14, 2022

Ernest M. Robles
United States Bankruptcy Judge