# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
444 West C Street, Suite 300, San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*):

- **SOUND EQUITY INC'S OPPOSITION TO DEBTOR'S MOTION FOR ORDER APPROVING COMPROMISE BETWEEN DEBTOR AND 150 LA SIERRA LLC**
- **DECLARATION OF KEN HANSEN IN SUPPORT OF SOUND EQUITY INC'S OPPOSITION TO DEBTOR'S MOTION FOR ORDER APPROVING COMPROMISE BETWEEN DEBTOR AND 150 LA SIERRA LLC W EXHIBIT A**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 14, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **SEE ATTACHED LIST**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 14, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 14, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
- **The Honorable Ernest M. Robles**, 255 E. Temple St., Suite 1560, Los Angeles, CA, 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 14, 2022 | Sophia Sanchez | /s/ Sophia Sanchez | *Sophia Sanchez* |
|---|---|---|---|
| Date | Printed Name | Signature | |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE
10546443.1

## Mailing Information for Case 2:21-bk-16674-ER
## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Donna C Bullock**    donnabullockcarrera@yahoo.com; donna.bullock@ymail.com
- **Steven P Chang**    heidi@spclawoffice.com; schang@spclawoffice.com; assistant1@spclawoffice.com; attorney@spclawoffice.com; g9806@notify.cincompass.com; changsr75251@notify.bestcase.com
- **Michael F Chekian**    mike@cheklaw.com; chekianmr84018@notify.bestcase.com
- **Heidi M Cheng**    heidi@slclawoffice.com; assistant1@spclawoffice.com; schang@spclawoffice.com; chenghr75251@notify.bestcase.com
- **Susan Titus Collins**    scollins@counsel.lacounty.gov
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Danielle R Gabai**    dgabai@danninggill.com; dgabai@ecf.courtdrive.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Brian T Harvey**    bharvey@buchalter.com; IFS_filing@buchalter.com; dbodkin@buchalter.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com; roksana@rhmfirm.com; matt@rhmfirm.com; rosario@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com; boshra@rhmfirm.com; rosario@rhmfirm.com
- **Teddy M Kapur**    tkapur@pszjlaw.com; mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh**    akebeh@danninggill.com
- **Peter A Kim**    peter@pkimlaw.com; peterandrewkim@yahoo.com
- **Christopher J Langley**    chris@slclawoffice.com; omar@slclawoffice.com; langleycr75251@notify.bestcase.com; ecf123@casedriver.com
- **Paul J Leeds**    Pleeds@fsl.law; ssanchez@fsl.law
- **Benjamin R Levinson**    ben@benlevinsonlaw.com; courtney@benlevinsonlaw.com
- **Eric A Mitnick**    MitnickLaw@aol.com; mitnicklaw@gmail.com
- **Giovanni Orantes**    go@gobklaw.com; gorantes@orantes-law.com; cmh@gobklaw.com; gobklaw@gmail.com; go@ecf.inforuptcy.com; orantesgr89122@notify.bestcase.com
- **Donald W Reid**    don@donreidlaw.com; ecf@donreidlaw.com
- **Matthew D. Resnik**    matt@rhmfirm.com; roksana@rhmfirm.com; rosario@rhmfirm.com; susie@rhmfirm.com; max@rhmfirm.com; priscilla@rhmfirm.com; pardis@rhmfirm.com; russ@rhmfirm.com; rebeca@rhmfirm.com; david@rhmfirm.com; sloan@rhmfirm.com
- **Peter J Ryan**    ryan@floresryan.com; schneider@floresryan.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Zev Shechtman**    zshechtman@DanningGill.com; danninggill@gmail.com; zshechtman@ecf.inforuptcy.com
- **David Samuel Shevitz**    david@shevitzlawfirm.com; shevitzlawfirm@ecf.courtdrive.com; r48785@notify.bestcase.com; Jose@shevitzlawfirm.com
- **John N Tedford**    jtedford@DanningGill.com; danninggill@gmail.com; jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov; hatty.k.yip@usdoj.gov