| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (State Bar No. 266280)<br>*zs@DanningGill.com*<br>ALPHAMORLAI L. KEBEH (State Bar No. 336798)<br>*akebeh@DanningGill.com*<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorneys for  Jinzheng Group (USA) LLC* | |

| UNITED STATES BANKRUPTCY COURT |
|---|
| CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |

| In re:<br><br>JINZHENG GROUP (USA) LLC,<br><br>                                                             Debtor(s) | CASE NO.: 2:21-bk-16674-ER<br>CHAPTER:  11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (title of motion[1]):<br>**MOTION FOR ORDER APPROVING COMPROMISE BETWEEN DEBTOR AND 150 LA SIERRA LLC [DOC. NO. 278]** |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING COMPROMISE BETWEEN DEBTOR AND 150 LA SIERRA LLC</u> was lodged on *(date)* <u>July 19, 2022</u> and is attached.  This order relates to the motion which is docket number <u>278</u>.

---

[1] Please abbreviate if title cannot fit into text field

1688406.1  27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                         *Page 1*                                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "A"

1688406.1   27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  *Page 2*  **F 9021-1.2.BK.NOTICE.LODGMENT**

ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No. 2:21-bk-16674-ER |
|---|---|
| JINZHENG GROUP (USA) LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **ORDER APPROVING COMPROMISE BETWEEN DEBTOR AND 150 LA SIERRA, LLC** |
| | Hearing Date:<br>Date:     July 19, 2022<br>Time:     11:00 a.m.<br>Crtrm.:   Courtroom 1568<br>              255 E. Temple Street<br>              Los Angeles, California 90012 |

On July 19, 2022, at 11:00 a.m., there came before the Court for hearing Jinzheng Group (USA) LLC's Motion for Order Approving Compromise Between Debtor and 150 La Sierra LLC (doc. no. 278) (the "Motion"), filed by Jinzheng Group (USA) LLC (the "Debtor"), the Honorable Ernest Robles, United States Bankruptcy Judge, presiding.

The Court, having read and considered the Motion and the Settlement Agreement attached to the Motion as Exhibit "1," (the "Settlement Agreement") the evidence offered in support of the Motion, the opposition of Sound Equity, Inc. to the Motion (doc. no. 303), and the Debtor's reply (doc. no. 311); having found that notice of the Motion and the hearing thereon were adequate and proper; having issued a tentative ruling to approve the Motion and waiving appearances; with good cause shown; it is hereby

ORDERED THAT:

1. The Motion is granted in its entirety.

2. The Agreement is approved.

3. 150 La Sierra LLC's right, title, and interest in real property located at 150 East La Sierra Drive, Arcadia, CA 91006 (the "Property") is hereby immediately transferred and assigned to the Debtor.

4. The transfer described in paragraph 3 shall be without prejudice to the rights of any creditors of La Sierra or any lienholders in the Property.

5. The Debtor is authorized to execute all documents and otherwise take all actions deemed necessary and appropriate to effectuate the Agreement.

####

**Prepared By:**
Danning, Gill, Israel & Krasnoff, LLP
By /s/ Zev Shechtman
Attorneys for Debtor

**Approved as to Form:**
Franklin Soto Leeds, LLP
By
Attorneys for Sound Equity, Inc.

1687185.2  27086

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 19, 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) July 19, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 19, 2022 | Patricia Morris | */s/ Patricia Morris* |
|---|---|---|
| Date | Printed Name | Signature |

1688406.1  27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 9021-1.2.BK.NOTICE.LODGMENT

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Donna C Bullock**     donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Steven P Chang**     heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian**     mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Heidi M Cheng**     heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com
- **Susan Titus Collins**     scollins@counsel.lacounty.gov
- **Jeffrey W Dulberg**     jdulberg@pszjlaw.com
- **Oscar Estrada**     oestrada@ttc.lacounty.gov
- **Danielle R Gabai**     dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Richard Girgado**     rgirgado@counsel.lacounty.gov
- **Brian T Harvey**     bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **M. Jonathan Hayes**     jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Teddy M Kapur**     tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh**     akebeh@danninggill.com
- **Peter A Kim**     peter@pkimlaw.com, peterandrewkim@yahoo.com
- **Christopher J Langley**     chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Paul J Leeds**     Pleeds@fsl.law, ssanchez@fsl.law
- **Benjamin R Levinson**     ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Eric A Mitnick**     MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Giovanni Orantes**     go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Donald W Reid**     don@donreidlaw.com, ecf@donreidlaw.com
- **Matthew D. Resnik**     matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Peter J Ryan**     ryan@floresryan.com, schneider@floresryan.com
- **Allan D Sarver**     ADS@asarverlaw.com
- **Zev Shechtman**     zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **David Samuel Shevitz**     david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **John N Tedford**     jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**     hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

---

1688406.1  27086  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 4                         **F 9021-1.2.BK.NOTICE.LODGMENT**