ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**FILED & ENTERED**

**JUL 20 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>        Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING COMPROMISE BETWEEN DEBTOR AND 150 LA SIERRA, LLC**<br><br>Hearing Date:<br>Date:     July 19, 2022<br>Time:    11:00 a.m.<br>Crtrm.:   Courtroom 1568<br>           255 E. Temple Street<br>           Los Angeles, California 90012 |

      On July 19, 2022, at 11:00 a.m., there came before the Court for hearing Jinzheng Group (USA) LLC's Motion for Order Approving Compromise Between Debtor and 150 La Sierra LLC (doc. no. 278) (the "Motion"), filed by Jinzheng Group (USA) LLC (the "Debtor"), the Honorable Ernest Robles, United States Bankruptcy Judge, presiding.

      The Court, having read and considered the Motion and the Settlement Agreement attached to the Motion as Exhibit "1," (the "Settlement Agreement") the evidence offered in support of the Motion, the opposition of Sound Equity, Inc. to the Motion (doc. no. 303), and the Debtor's reply (doc. no. 311); having found that notice of the Motion and the hearing thereon were adequate and

1687185.2  27086

1

proper; having issued a tentative ruling to approve the Motion and waiving appearances; with good cause shown; it is hereby

ORDERED THAT:

1.  The Motion is granted in its entirety for the reasons set forth in the Court's tentative ruling [Doc. No. 317], which the Court adopts as its final ruling and which is incorporated herein by reference.

2.  The Agreement is approved.

3.  150 La Sierra LLC's right, title, and interest in real property located at 150 East La Sierra Drive, Arcadia, CA 91006 (the "Property") is hereby immediately transferred and assigned to the Debtor.

4.  The transfer described in paragraph 3 shall be without prejudice to the rights of any creditors of La Sierra or any lienholders in the Property.

5.  The Debtor is authorized to execute all documents and otherwise take all actions deemed necessary and appropriate to effectuate the Agreement.

**Prepared By:**
Danning, Gill, Israel & Krasnoff, LLP
By /s/ Zev Shechtman
Attorneys for Debtor

**Approved as to Form:**
Franklin Soto Leeds, LLP
By [signature]
Attorneys for Sound Equity, Inc.

###

Date: July 20, 2022

[signature]

Ernest M. Robles
United States Bankruptcy Judge

1687185.2  27086

2