United States Bankruptcy Court
Central District of California

In re:  Case No. 21-16674-ER
JINZHENG GROUP (USA) LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 3
Date Rcvd: Jul 20, 2022     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JINZHENG GROUP (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA 91791-4084 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

**Name**     **Email Address**

Allan D Sarver
    on behalf of Creditor Investment Management Company LLC ADS@asarverlaw.com

Allan D Sarver
    on behalf of Interested Party Courtesy NEF ADS@asarverlaw.com

Alphamorlai Lamine Kebeh
    on behalf of Debtor JINZHENG GROUP (USA) LLC akebeh@danninggill.com

Benjamin R Levinson, ESQ
    on behalf of Creditor Michael E. Dorff and Shari L. Dorff ben@benlevinsonlaw.com courtney@benlevinsonlaw.com

Brian T Harvey
    on behalf of Interested Party Courtesy NEF bharvey@buchalter.com IFS_filing@buchalter.com;dbodkin@buchalter.com

Christopher J Langley
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC chris@slclawoffice.com
    omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Case 2:21-bk-16674-ER    Doc 324    Filed 07/22/22    Entered 07/22/22 21:14:41    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Danielle R Gabai
    on behalf of Debtor JINZHENG GROUP (USA) LLC dgabai@danninggill.com dgabai@ecf.courtdrive.com

David Samuel Shevitz
    on behalf of Interested Party INTERESTED PARTY david@shevitzlawfirm.com shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

Donald W Reid
    on behalf of Interested Party INTERESTED PARTY don@donreidlaw.com ecf@donreidlaw.com

Donna C Bullock
    on behalf of Interested Party Donna Bullock Carrera donnabullockcarrera@yahoo.com donna.bullock@ymail.com

Eric A Mitnick
    on behalf of Creditor Corona Capital Group LLC MitnickLaw@aol.com mitnicklaw@gmail.com

Eric A Mitnick
    on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com

Giovanni Orantes
    on behalf of Other Professional Orantes Law Firm  P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Hatty K Yip
    on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov

Heidi M Cheng
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC heidi@slclawoffice.com assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Jeffrey W Dulberg
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jdulberg@pszjlaw.com

John N Tedford, IV
    on behalf of Interested Party INTERESTED PARTY jtedford@DanningGill.com danninggill@gmail.com;jtedford@ecf.courtdrive.com

M. Jonathan Hayes
    on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Matthew D. Resnik
    on behalf of Attorney Matthew Resnik matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
    on behalf of Creditor Royalty Equity Lending  LLC/Bobs LLC matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael F Chekian
    on behalf of Creditor The Phalanx Group mike@cheklaw.com chekianmr84018@notify.bestcase.com

Michael F Chekian
    on behalf of Interested Party Chekian Law Office  Inc. mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Oscar Estrada
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Paul J Leeds
    on behalf of Creditor Sound Equity  Inc. Pleeds@fsl.law, ssanchez@fsl.law

Peter A Kim
    on behalf of Defendant Betula Lenta Inc peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
    on behalf of Defendant Jonathan Pae peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
    on behalf of Attorney LAW OFFICES OF PETER KIM peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
    on behalf of Defendant David Park peter@pkimlaw.com peterandrewkim@yahoo.com

Peter J Ryan

| District/off: 0973-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Thomas L. Testa ryan@floresryan.com  schneider@floresryan.com |
| Peter J Ryan | |
| | on behalf of Defendant Testa Capital Group ryan@floresryan.com  schneider@floresryan.com |
| Richard Girgado | |
| | on behalf of Interested Party Courtesy NEF rgirgado@counsel.lacounty.gov |
| Steven P Chang | |
| | on behalf of Interested Party Courtesy NEF heidi@spclawoffice.com schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com |
| Susan Titus Collins | |
| | on behalf of Interested Party INTERESTED PARTY scollins@counsel.lacounty.gov |
| Teddy M Kapur | |
| | on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS tkapur@pszjlaw.com mdj@pszjlaw.com |
| United States Trustee (LA) | |
| | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | |
| | on behalf of Plaintiff JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| Zev Shechtman | |
| | on behalf of Debtor JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| Zev Shechtman | |
| | on behalf of Interested Party INTERESTED PARTY zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |

TOTAL: 39

ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**FILED & ENTERED**

**JUL 20 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>        Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING COMPROMISE BETWEEN DEBTOR AND 150 LA SIERRA, LLC**<br><br>Hearing Date:<br>Date:    July 19, 2022<br>Time:   11:00 a.m.<br>Crtrm.:  Courtroom 1568<br>         255 E. Temple Street<br>         Los Angeles, California 90012 |

      On July 19, 2022, at 11:00 a.m., there came before the Court for hearing Jinzheng Group (USA) LLC's Motion for Order Approving Compromise Between Debtor and 150 La Sierra LLC (doc. no. 278) (the "Motion"), filed by Jinzheng Group (USA) LLC (the "Debtor"), the Honorable Ernest Robles, United States Bankruptcy Judge, presiding.

      The Court, having read and considered the Motion and the Settlement Agreement attached to the Motion as Exhibit "1," (the "Settlement Agreement") the evidence offered in support of the Motion, the opposition of Sound Equity, Inc. to the Motion (doc. no. 303), and the Debtor's reply (doc. no. 311); having found that notice of the Motion and the hearing thereon were adequate and

1687185.2  27086

1

proper; having issued a tentative ruling to approve the Motion and waiving appearances; with good cause shown; it is hereby

ORDERED THAT:

1. The Motion is granted in its entirety for the reasons set forth in the Court's tentative ruling [Doc. No. 317], which the Court adopts as its final ruling and which is incorporated herein by reference.

2. The Agreement is approved.

3. 150 La Sierra LLC's right, title, and interest in real property located at 150 East La Sierra Drive, Arcadia, CA 91006 (the "Property") is hereby immediately transferred and assigned to the Debtor.

4. The transfer described in paragraph 3 shall be without prejudice to the rights of any creditors of La Sierra or any lienholders in the Property.

5. The Debtor is authorized to execute all documents and otherwise take all actions deemed necessary and appropriate to effectuate the Agreement.

**Prepared By:**
Danning, Gill, Israel & Krasnoff, LLP
By /s/ Zev Shechtman
Attorneys for Debtor

**Approved as to Form:**
Franklin Soto Leeds, LLP
By [signature]
Attorneys for Sound Equity, Inc.

###

Date: July 20, 2022

Ernest M. Robles
United States Bankruptcy Judge

1687185.2  27086

2