ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**FILED & ENTERED**

**AUG 08 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>   Debtor and Debtor in Possession | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION TO EMPLOY AVENUE 8 AS REAL ESTATE BROKER TO ENTER INTO EXCLUSIVE LISTING AGREEMENT [Docket No. 304]**<br><br>[No Hearing Required] |

On July 15, 2022, Jinzheng Group (USA) LLC, the debtor and debtor-in-possession herein (the "Debtor"), filed it *Notice of Application and Application to Employ Avenue 8 as Real Estate Broker and to Enter into Exclusive Listing Agreement* (the "Application") (docket no. 304).[1]

The Court having read and considered the Application, all papers filed in support thereof, including the Declaration of Zhao Pu Yang, Statement of Disinterestedness, and all of the other pleadings on file in the Debtor's case; having found that notice of the Application was adequate and proper; having received no objection or request for hearing; and for good cause appearing, it is hereby

---

[1] Defined terms have the same meaning as in the Application.

1690318.1  27086                                    1

**ORDERED THAT:**

1. The Application is approved in its entirety.

2. The Debtor is authorized to employ Avenue 8 through its agent, Darren Hubert, as its real estate broker (the "Broker"), effective July 14, 2022. The Broker's compensation shall be subject to review pursuant to 11 U.S.C. § 328.

3. The Debtor is authorized to enter into the Listing Agreement with the Broker in the form attached as Exhibit "1" to the Application.

4. The Debtor is further authorized to take such other actions, and execute such documents, as necessary or appropriate to list and market the condominium located at 6840 De Celis Place, #9, Van Nuys, CA 91406-4789 for sale.

###

Date: August 8, 2022

Ernest M. Robles
United States Bankruptcy Judge

1690318.1  27086