|   |   |
|---|---|
| ZEV SHECHTMAN (State Bar No. 266280)<br>zs@DanningGill.com<br>JOHN N. TEDFORD, IV (State Bar No. 205537)<br>jtedford@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br><br>General Bankruptcy Counsel for Jinzheng Group<br>(USA) LLC, Debtor and Debtor in Possession | **FILED & ENTERED**<br><br>AUG 08 2022<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY llewis      DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>  Debtor and Debtor in Possession | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION TO EMPLOY RE/MAX OF CERRITOS AND COLDWELL BANKER REAL ESTATE BROKERS AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT, REGARDING PROPERTY LOCATED AT 224 LORAIN ROAD, SAN MARINO, CA 91108 [Docket No. 307]**<br><br>[No Hearing Required] |

On July 15, 2022, Jinzheng Group (USA) LLC, the debtor and debtor-in-possession herein (the "Debtor"), filed its *Debtor's Notice Of Application And Application To Employ Re/Max Of Cerritos And Coldwell Banker As Real Estate Brokers And To Enter Into An Exclusive Listing Agreement; Declaration Re Disinterestedness For Employment Of Professional Persons Under F.R.B.P. 2014* (the "Application") (docket no. 307).[1]

The Court having read and considered the Application, all papers filed in support thereof, including the Declaration of Zhao Pu Yang, Statements of Disinterestedness, and all of the other pleadings on file in the Debtor's case; having found that notice of the Application was adequate

---

[1] Defined terms have the same meaning as in the Application.

and proper; having received no objection or request for hearing; and for good cause appearing, it is hereby

**ORDERED THAT:**

1. The Application is approved in its entirety.

2. The Debtor is authorized to employ Re/Max of Cerritos and Coldwell Banker through its agents, Stephen Eng and William Friedman, respectively, as its real estate brokers (collectively, the "Brokers"), effective July 1, 2022. The Brokers' compensation shall be subject to review pursuant to 11 U.S.C. § 328.

3. The Debtor is authorized to enter into the Listing Agreement with the Brokers in the form attached as Exhibit "1" to the Application.

4. The Debtor is further authorized to take such other actions, and execute such documents, as necessary or appropriate to list and market the property located at 224 Lorain Road, San Marino, CA 91108 for sale.

5. The Listing Agreement and employment by the Estate of Jay Wu of LT Management Group is terminated effective June 30, 2022 as well as any transactions associated therewith, without prejudice to the ability of interested parties to submit new offers to the Debtor.

###

Date: August 8, 2022

Ernest M. Robles
United States Bankruptcy Judge

1690319.1  27086