Michael F. Chekian, Esq. SBN 165026
Chekian Law Office, Inc.
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
(310) 390-5529-Voice
(310) 451-0739-Facsimile
mike@cheklaw.com-Email

Attorneys for The Phalanx Group, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>JINZHENG GROUP (USA) LLC,<br><br><br><br>Debtor and Debtor-in-Possession. | **Chapter 11**<br>**Case No.:  2:21-bk-16674-ER**<br><br>**NOTICE OF ERRATA REGARDING HEARING DATE ON REPLY TO OPPOSITION TO APPLICATION FOR ORDER ALLOWING ATTORNEY FEES AND COSTS AS ADMINISTRATIVE EXPENSE TO MEMBER OF UNSECURED CREDITORS' COMMITTEE**<br><br>**Hearing:**<br>**Date:  August 17, 2022**<br>**Time: 10:00 a.m.**<br>**Place: 255 East Temple Street, Courtroom 1568. Los Angeles. CA 90012** |

**TO:  HON. ERNEST ROBLES, U.S. TRUSTEE, CREDITORS COMMITTEE, INTERESTED PARTIES:**

Applicant attorney Michael Chekian, Esq. ("Applicant"), counsel for unsecured creditor committee member The Phalanx Group, Inc., hereby submits the following notice of errata regarding Applicant's above referenced reply ("Reply") filed on August 9, 2022 as docket 331. The hearing date was incorrectly listed at page 1 of the Reply as August 16, 2022, instead of the correct hearing date which is August 17, 2022 at 10:00 a.m.

Dated:  August 10, 2022                              /s/ Michael F. Chekian_____
                                                                          Michael F. Chekian
                                                                          Chekian Law Office
                                                                          Attorneys for The Phalanx Group, Inc.

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF ERRATA REGARDING HEARING DATE ON REPLY TO OPPOSITION TO APPLICATION FOR ORDER ALLOWING ATTORNEY FEES AND COSTS AS ADMINISTRATIVE EXPENSE TO MEMBER OF UNSECURED CREDITORS' COMMITTEE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____August 10, 2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Sound Equity c/o Paul Leeds:  Pleeds@fsl.law
Jinzheng Group (USA) c/o Danielle Gabai:  dgabai@danninggill.com
Jinzheng Group and Danning, Gill c/o Zev Shechtman:  zshechtman@DanningGill.com
Courtesy NEF, Brian Harvey:  bharvey@buchalter.com
Corona Capital Group LLC c/o Eric Mitnick:  MitnickLaw@aol.com
Donna Bullock Carrera: donnabullockcarrera@yahoo.com
Steven P Chang: heidi@spclawoffice.com
Susan Titus Collins: scollins@counsel.lacounty.gov
Richard Girgado: rgirgado@counsel.lacounty.gov
M. Jonathan Hayes: jhayes@rhmfirm.com
Eric A Mitnick: MitnickLaw@aol.com
Matthew D. Resnik: matt@rhmfirm.com
Allan D Sarver: david@shevitzlawfirm.com
Investment Management Company LLC c/o Allan D Sarver: ADS@asarverlaw.com
JINZHENG GROUP (USA) LLC c/o Christopher J Langley: chris@slclawoffice.com
Michael E. Dorff and Shari L. Dorff c/o Benjamin R Levinson, ESQ: ben@benlevinsonlaw.com
OFFICIAL COMMITTEE OF UNSECURED CREDITORS c/o Jeffrey W Dulberg: jdulberg@pszjlaw.com
OFFICIAL COMMITTEE OF UNSECURED CREDITORS c/o Teddy M Kapur: tkapur@pszjlaw.com
Orantes Law Firm, P.C. c/o Giovanni Orantes: go@gobklaw.com
Royalty Equity Lending, LLC/Bobs LLC c/o Matthew D. Resnik: matt@rhmfirm.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
United States Trustee (LA) c/o Hatty K Yip: hatty.yip@usdoj.gov
Michael F Chekian: mike@cheklaw.com
JINZHENG GROUP (USA) LLC c/o Zev Schechtman: zshechtman@DanningGill.com
Donald W. Reid: don@donreidlaw.com
Daniel Samuel Shevitz: david@shevitzlawfirm.com
John N. Tedford, IV: jtedford@DanningGill.com
JINZHENG GROUP (USA) LLC c/o Alphamorlai Lamine Kebeh: akebeh@danninggill.com
LAW OFFICES OF PETER C/O Peter A. Kim: peter@pkimlaw.com
LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR c/o Oscar Estrada: oestrada@ttc.lacounty.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __/201_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/10/2022 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**