United States Bankruptcy Court

Central District of California

In re:  
JINZHENG GROUP (USA) LLC  
    Debtor

Case No. 21-16674-ER  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 08, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JINZHENG GROUP (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA 91791-4084 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Investment Management Company LLC ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Interested Party Courtesy NEF ADS@asarverlaw.com |
| Alphamorlai Lamine Kebeh | on behalf of Debtor JINZHENG GROUP (USA) LLC akebeh@danninggill.com |
| Benjamin R Levinson, ESQ | on behalf of Creditor Michael E. Dorff and Shari L. Dorff ben@benlevinsonlaw.com courtney@benlevinsonlaw.com |
| Brian T Harvey | on behalf of Interested Party Courtesy NEF bharvey@buchalter.com IFS_filing@buchalter.com;dbodkin@buchalter.com |
| Christopher J Langley | on behalf of Plaintiff JINZHENG GROUP (USA) LLC chris@slclawoffice.com |

Case 2:21-bk-16674-ER    Doc 338    Filed 08/10/22    Entered 08/10/22 21:22:04    Desc
Imaged Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 08, 2022 | Form ID: pdf042 | Total Noticed: 1 |

omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

**Danielle R Gabai**

on behalf of Debtor JINZHENG GROUP (USA) LLC dgabai@danninggill.com dgabai@ecf.courtdrive.com

**David Samuel Shevitz**

on behalf of Interested Party INTERESTED PARTY david@shevitzlawfirm.com shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

**Donald W Reid**

on behalf of Interested Party INTERESTED PARTY don@donreidlaw.com ecf@donreidlaw.com

**Donna C Bullock**

on behalf of Interested Party Donna Bullock Carrera donnabullockcarrera@yahoo.com donna.bullock@ymail.com

**Eric A Mitnick**

on behalf of Creditor Corona Capital Group LLC MitnickLaw@aol.com mitnicklaw@gmail.com

**Eric A Mitnick**

on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com

**Giovanni Orantes**

on behalf of Other Professional Orantes Law Firm P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

**Hatty K Yip**

on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov

**Heidi M Cheng**

on behalf of Plaintiff JINZHENG GROUP (USA) LLC heidi@slclawoffice.com assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

**Jeffrey W Dulberg**

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jdulberg@pszjlaw.com

**John N Tedford, IV**

on behalf of Interested Party INTERESTED PARTY jtedford@DanningGill.com danninggill@gmail.com;jtedford@ecf.courtdrive.com

**M. Jonathan Hayes**

on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

**Matthew D. Resnik**

on behalf of Attorney Matthew Resnik matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

**Matthew D. Resnik**

on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

**Matthew D. Resnik**

on behalf of Creditor Royalty Equity Lending LLC/Bobs LLC matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

**Michael F Chekian**

on behalf of Creditor The Phalanx Group mike@cheklaw.com chekianmr84018@notify.bestcase.com

**Michael F Chekian**

on behalf of Interested Party Chekian Law Office Inc. mike@cheklaw.com, chekianmr84018@notify.bestcase.com

**Oscar Estrada**

on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

**Paul J Leeds**

on behalf of Creditor Sound Equity Inc. Pleeds@fsl.law, ssanchez@fsl.law

**Peter A Kim**

on behalf of Defendant Betula Lenta Inc peter@pkimlaw.com peterandrewkim@yahoo.com

**Peter A Kim**

on behalf of Defendant Jonathan Pae peter@pkimlaw.com peterandrewkim@yahoo.com

**Peter A Kim**

on behalf of Attorney LAW OFFICES OF PETER KIM peter@pkimlaw.com peterandrewkim@yahoo.com

**Peter A Kim**

on behalf of Defendant David Park peter@pkimlaw.com peterandrewkim@yahoo.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 08, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Peter J Ryan
    on behalf of Defendant Thomas L. Testa ryan@floresryan.com schneider@floresryan.com

Peter J Ryan
    on behalf of Defendant Testa Capital Group ryan@floresryan.com schneider@floresryan.com

Richard Girgado
    on behalf of Interested Party Courtesy NEF rgirgado@counsel.lacounty.gov

Steven P Chang
    on behalf of Interested Party Courtesy NEF heidi@spclawoffice.com
schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com

Susan Titus Collins
    on behalf of Interested Party INTERESTED PARTY scollins@counsel.lacounty.gov

Teddy M Kapur
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS tkapur@pszjlaw.com mdj@pszjlaw.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Debtor JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Interested Party INTERESTED PARTY zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Attorney DANNING GILL, ISRAEL & KRASNOFF, LLP zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 40

```
 1  ZEV SHECHTMAN (State Bar No. 266280)
    zs@DanningGill.com
 2  JOHN N. TEDFORD, IV (State Bar No. 205537)
    jtedford@DanningGill.com
 3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
    1901 Avenue of the Stars, Suite 450
 4  Los Angeles, California 90067-6006
    Telephone: (310) 277-0077
 5  Facsimile: (310) 277-5735

 6  General Bankruptcy Counsel for Jinzheng Group
    (USA) LLC, Debtor and Debtor in Possession
```

**FILED & ENTERED**

AUG 08 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis       DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>         Debtor and Debtor in Possession | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION TO EMPLOY AVENUE 8 AS REAL ESTATE BROKER TO ENTER INTO EXCLUSIVE LISTING AGREEMENT [Docket No. 304]**<br><br>[No Hearing Required] |

On July 15, 2022, Jinzheng Group (USA) LLC, the debtor and debtor-in-possession herein (the "Debtor"), filed it *Notice of Application and Application to Employ Avenue 8 as Real Estate Broker and to Enter into Exclusive Listing Agreement* (the "Application") (docket no. 304).[1]

The Court having read and considered the Application, all papers filed in support thereof, including the Declaration of Zhao Pu Yang, Statement of Disinterestedness, and all of the other pleadings on file in the Debtor's case; having found that notice of the Application was adequate and proper; having received no objection or request for hearing; and for good cause appearing, it is hereby

---

[1] Defined terms have the same meaning as in the Application.

**ORDERED THAT:**

1. The Application is approved in its entirety.

2. The Debtor is authorized to employ Avenue 8 through its agent, Darren Hubert, as its real estate broker (the "Broker"), effective July 14, 2022. The Broker's compensation shall be subject to review pursuant to 11 U.S.C. § 328.

3. The Debtor is authorized to enter into the Listing Agreement with the Broker in the form attached as Exhibit "1" to the Application.

4. The Debtor is further authorized to take such other actions, and execute such documents, as necessary or appropriate to list and market the condominium located at 6840 De Celis Place, #9, Van Nuys, CA 91406-4789 for sale.

###

Date: August 8, 2022

Ernest M. Robles
United States Bankruptcy Judge

1690318.1  27086

2