ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>    Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**DEBTOR'S NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE BETWEEN DEBTOR AND DNQ LLC**<br><br>Date:    September 7, 2022<br>Time:   11:00 a.m.<br>Crtrm.:  1568<br>          255 E. Temple Street<br>          Los Angeles, California 90012 |

**PLEASE TAKE NOTICE** that on September 7, 2022 at 11:00 a.m., or as soon thereafter as the matter may be heard, Jinzheng Group (USA) LLC (the "Debtor"), will and contemporaneously herewith has filed a motion pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Motion"), for an order approving the Debtor's compromise with DNQ LLC ("DNQ").

Subject to Court approval, the Debtor and DNQ have entered into an agreement (the "Agreement") to generate equity in the Debtor's property located at 2240 Lorain Road, San Marino, California 91108 (the "Property"). A copy of the Agreement is attached as Exhibit "1" to the Motion. The Agreement provides, among other things, that:

1. DNQ consents to the sale of the Property free and clear of any lien, right, or claim it may have with respect to the Property and will not object to its sale regardless of the sale price.

2. The Debtor will market the Property for sale under section 363 of the Bankruptcy Code.

3. If the Debtor sells the property, the Debtor shall receive 25% of the net sale proceeds (the "Carveout Amount"), to the extent available, after payment of any liens senior to DNQ's, any property tax liabilities, and any other escrow or closing costs and brokers' commissions (the "Net Sale Proceeds").

4. DNQ's lien on the Property will attach to the Net Sale Proceeds remaining after the Carveout Amount up to an amount of $420,000. After the sale of the Property, DNQ will be entitled to a distribution of that amount (the "DNQ Distribution").

5. DNQ's lien is subordinated to the Debtor's rights under the Agreement for purposes of the sale of the Property.

6. If the DNQ Distribution is less than $420,000, without prejudice to DNQ seeking allowance of a higher claim amount, the amount of such deficiency will be deemed an allowed general unsecured claim and DNQ will waive any other claims against the Debtor's estate.

The Debtor believes that the terms of the Agreement are in the best interest of the estate and its creditors, and should be approved by the Court.

The Motion is based upon this Notice, the Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declarations of Zhao Pu Yang and Zev Shechtman, and the papers and pleadings on file in this case and such other evidence as may be presented to the Court.

///
///
///
///
///
///
///

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f), any opposition or response to the Motion must be filed and served at least 14 days before the date of the hearing. Pursuant to Local Bankruptcy Rule 9013-1(h), the Court may treat failure to timely file documents consent to the relief requested in the Motion.

DATED: August 15, 2022                    DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:    */s/ Alphamorlai L. Kebeh*
ALPHAMORLAI L. KEBEH
General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

DATE OF MAILING: August 15, 2022

1691152.1  27086                               3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE BETWEEN DEBTOR AND DNQ LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 15, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:  On  August 15, 2022 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 15, 2022 | Beverly Lew | /s Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Donna C Bullock on behalf of Interested Party Donna Bullock Carrera
donnabullockcarrera@yahoo.com, donna.bullock@ymail.com

Steven P Chang on behalf of Interested Party Courtesy NEF
heidi@spclawoffice.com,
schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com

Michael F Chekian on behalf of Creditor The Phalanx Group
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Michael F Chekian on behalf of Interested Party Chekian Law Office, Inc.
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Heidi M Cheng on behalf of Plaintiff JINZHENG GROUP (USA) LLC
heidi@slclawoffice.com,
assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Susan Titus Collins on behalf of Interested Party INTERESTED PARTY
scollins@counsel.lacounty.gov

Nicholas S Couchot on behalf of Creditor Royal Business Bank
ncouchot@buchalter.com, docket@buchalter.com

Jeffrey W Dulberg on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jdulberg@pszjlaw.com

Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
oestrada@ttc.lacounty.gov

Danielle R Gabai on behalf of Debtor JINZHENG GROUP (USA) LLC
dgabai@danninggill.com, dgabai@ecf.courtdrive.com

Richard Girgado on behalf of Interested Party Courtesy NEF
rgirgado@counsel.lacounty.gov

Brian T Harvey on behalf of Interested Party Courtesy NEF
bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Teddy M Kapur on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
tkapur@pszjlaw.com, mdj@pszjlaw.com

Alphamorlai Lamine Kebeh on behalf of Debtor JINZHENG GROUP (USA) LLC
akebeh@danninggill.com

Peter A Kim on behalf of Attorney LAW OFFICES OF PETER KIM
peter@pkimlaw.com, peterandrewkim@yahoo.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

Peter A Kim on behalf of Defendant Betula Lenta Inc
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant David Park
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Jonathan Pae
peter@pkimlaw.com, peterandrewkim@yahoo.com

Christopher J Langley on behalf of Plaintiff JINZHENG GROUP (USA) LLC
chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Paul J Leeds on behalf of Creditor Sound Equity, Inc.    Pleeds@fsl.law, ssanchez@fsl.law

Benjamin R Levinson, ESQ on behalf of Creditor Michael E. Dorff and Shari L. Dorff
ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com

Eric A Mitnick on behalf of Creditor Corona Capital Group LLC
MitnickLaw@aol.com, mitnicklaw@gmail.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF
MitnickLaw@aol.com, mitnicklaw@gmail.com

Giovanni Orantes on behalf of Other Professional Orantes Law Firm, P.C.
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Donald W Reid on behalf of Interested Party INTERESTED PARTY
don@donreidlaw.com, ecf@donreidlaw.com

Matthew D. Resnik on behalf of Attorney Matthew Resnik
matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik on behalf of Creditor Royalty Equity Lending, LLC/Bobs LLC
matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik on behalf of Interested Party Courtesy NEF
matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Peter J Ryan on behalf of Defendant Testa Capital Group
ryan@floresryan.com, schneider@floresryan.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Peter J Ryan on behalf of Defendant Thomas L. Testa
ryan@floresryan.com, schneider@floresryan.com

Allan D Sarver on behalf of Creditor Investment Management Company LLC
ADS@asarverlaw.com

Allan D Sarver on behalf of Interested Party Courtesy NEF    ADS@asarverlaw.com

Zev Shechtman on behalf of Attorney DANNING, GILL, ISRAEL & KRASNOFF, LLP
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor JINZHENG GROUP (USA) LLC
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party INTERESTED PARTY
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Plaintiff JINZHENG GROUP (USA) LLC
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
david@shevitzlawfirm.com,
shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

John N Tedford, IV on behalf of Interested Party INTERESTED PARTY
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov,kelly.l.morrison@usdoj.gov

## 2. SERVED BY U.S. MAIL

| | | |
|---|---|---|
| JINZHENG GROUP (USA) LLC<br>1414 S Azusa Ave, Suite B-22<br>West Covina, CA 91791 | The Honorable Ernest M. Robles<br>U.S. Bankruptcy Court<br>255 E. Temple Street, Suite 1560<br>Los Angeles, CA 90012 | DNQ, LLC<br>Jason D. Wang<br>6145 W. Spring Mountain Road, #205<br>Las Vegas, NV 89146 |
| Craig Fry & Associates<br>990 S. Arroya Pkwy, #4<br>Pasadena, CA 91105-3920 | Craig Fry and Associates<br>990 Arroyo Parkway #4<br>Pasadena, CA 91105-3920 | Avenue 8<br>c/o Darren Hubert<br>3900 Wilshire Blvd<br>Beverly Hills, CA 90212 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| OFFICE OF FINANCE CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 | LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Investment Management Company LLC<br>Law Offices Allan Sarver<br>16000 Ventura Blvd<br>Suite 1000<br>Encino, CA 91436-2762 |
| Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | Investment Management Company<br>1507 7th Street, #344<br>Santa Monica, CA 90401-2605 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Accutax Services<br>9040 Telstar Ave Ste 105<br>El Monte CA 91731-2838 | American Modern Insurance<br>7000 Midland Blvd<br>Amelia OH 45102-2608 | BETTY ZHENG<br>28 N. 3RD ST. #b513<br>ALHAMBRA, CA 91801-6234 |
| BOBS LLC<br>Attn: Barry Shy<br>7525 Avalon Bay St<br>Las Vegas, NV 89139-5307 | BREEZEBLOCK CAPITAL, LLC<br>c/o Pacific Mortgage Exchange, Inc.<br>P.O. Box 2836<br>Big Bear Lake, CA 92315-2836 | Bamboo Insurance<br>7050 Union Park Center Ste 400B<br>Midvale UT 84047-6055 |
| Bentula Lenta, Inc.<br>David Park<br>800 W. 6th Street<br>Suite 1250<br>Los Angeles, CA 90017-2721 | Best Alliance<br>16133 Ventura Blvd.<br>Suite 700<br>Encino, CA 91436-2406 | Betula Lenta Inc.<br>800 West 6th Street<br>Suite 1250<br>Los Angeles, CA 90017-2721 |
| Build Group Construction Co<br>700 Flower St 575<br>Los Angeles CA 90017-4122 | California American Water<br>8657 Grand Ave<br>Rosemead CA 91770-1220 | Corona Capital Group, LLC<br>1222 Crenshaw Blvd.<br>#B<br>Torrance, CA 90501-2496 |
| David S Zu<br>100 N Citrus St Ste 330<br>West Covina CA 91791-1674 | David Z. Su<br>100 N. Citrus Street Ste 615<br>West Covina, CA 91791-6600 | EFI Global<br>5261 W Imperial Hwy<br>Los Angeles CA 90045-6231 |
| Jade Capital<br>333 Thornall St Ste 101<br>Edison NJ 08837-2220 | Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | Griffin Underwriters<br>PO Box 3867<br>Bellevue WA 98009-3867 |
| Home Loans Unlimited<br>Attn Daniel Triana<br>28859 Phantom Trail<br>Santa Clarita, CA 91390-5295 | Home Loans Unlimited, Inc.<br>28859 Phantom Trail<br>Santa Clarita, CA 91390-5295 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jianqing Yang<br>PO Box 3702<br>Alhambra CA 91803-0702 | Jinzheng Group (USA) LLC<br>100 E. Huntington Dr. Ste 207<br>Alhambra, CA 91801-1022 | LA City Treasurer and Tax Collector<br>255 N Hill St 1st Fl<br>Los Angeles CA 90012-2705 |
| Land Design Consultants<br>800 Royal Oaks Drive<br>Suite 104<br>Monrovia, CA 91016-6364 | Law Offices of Matthew C. Mullhofer<br>2107 N. Broadway<br>Suite 103<br>Santa Ana, CA 92706-2633 | Los Angeles Treasurer Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 |
| Marc Cohen<br>Cohen Law Group, APC<br>541 S. Spring Street<br>Ste. 1208<br>Los Angeles, CA 90013-1667 | Michael Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 | Michael E. Dorff and Shari L. Dorff<br>3239 Bordero Lane<br>Thousand Oaks, CA 91362-4659 |
| Michael Douglas Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 | Overland Traffic Consultants<br>952 Manhattan Beach Blvd 100<br>Manhattan Beach CA 90266-5112 | Pacific Geotech Inc<br>Attn Jirayus Pukkansasut<br>15038 Clark Ave<br>Hacienda Heights CA 91745-1408 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Pacific Mortgae Exchange, Inc.<br>73241 Hwy. 111, Ste. 1-A<br>Palm Desert, CA 92260-3921 | Pennington Construction Advisors Inc<br>Attn: Todd C. Pennington<br>79 Bell Pasture Rd<br>Ladera Ranch CA 92694-1558 | Phalanx<br>424 E. 15th Street<br>Suite 10<br>Los Angeles, CA 90015-3140 |
| ROYAL BUSINESS BANK<br>1055 WILSHIRE BLVD SUITE 1220<br>LOS ANGELES CA 90017-3103 | Royalty Equity Lending LLC<br>600 S. Spring Street<br>Suite 106<br>Los Angeles, CA 90014-1979 | Shawn Charles Sourgose<br>2111 Seville Drive<br>Santa Paula, CA 93060-8042 |
| State Farm Insurance<br>PO Box 588002<br>North Metro GA 30029-8002 | Testa Capital Group<br>620 Newport Center Dr., #1100<br>Newport Beach, CA 92660-8011 | Testa Capital Group<br>Attn Thomas L Testa<br>620 Newport Center Drive<br>Suite 1100<br>Newport Beach, CA 92660-8011 |
| The Alison Company<br>2060 D Avenida De Los Arboles<br>#471<br>Thousand Oaks, CA 91362-1376 | The Code Solution, Inc.<br>Attn Jamie Cho<br>800 W. 6th Street<br>Suite 1250 A<br>Los Angeles, CA 90017-2721 | Yepez Gardening Services<br>2121 N Marengo Ave<br>Pasadena CA 91001 |
| The Phalanx Group<br>424 E. 15th St Ste 10<br>Los Angeles, CA 90015-3140 | The Phalanx Group<br>Anthony Rodriguez<br>424 E 15th St Ste Unit 10<br>Los Angeles CA 90015-3140 | The Phalanx Group, Inc.<br>Anthony Rodriguez<br>424 E. 1st Street, Unit #10<br>Los Angeles, CA 90012 |
| The Phallanx Group<br>Anthony Rodriguez<br>424 E. 1st Street, Unit #10<br>Los Angeles CA 90012 | UltraSystems Environmental<br>Attn Hassan Ayati<br>16431 Scientific Way<br>Irvine, CA 92618-4355 | |
| Jay Wu<br>LT Management Group Estate<br><br>undeliverable | Ji Anqi Ngyang<br>66 Yuhua West Rd<br>Shi Ji Azhuang Hebei Province 050000<br>Chi<br><br> undeliverable | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                       **F 9013-3.1.PROOF.SERVICE**