

**FILED & ENTERED**

**AUG 16 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Jinzheng Group (USA) LLC,<br>           Debtor. | Case No.:   2:21-bk-16674-ER<br>Chapter:    11<br><br>**ORDER DENYING ATTORNEY MICHAEL CHEKIAN'S APPLICATION FOR AN ADMINISTRATIVE EXPENSE CLAIM**<br><br>**[RELATES TO DOC. NO. 254]**<br><br>[No hearing required pursuant to Federal Rule of Civil Procedure 78(b) and Local Bankruptcy Rule 9013-1(j)(3)] |

    For the reasons set forth in the concurrently-issued *Memorandum of Decision Denying Attorney Michael Chekian's Application for an Administrative Expense Claim* (the "Memorandum"), the Court **HEREBY ORDERS AS FOLLOWS:**

1) The Application[1] is **DENIED**.
2) The hearing on the Application, set for August 17, 2022 at 10:00 a.m., is **VACATED**.

---

[1] Capitalized terms not defined herein have the meaning set forth in the Memorandum.

IT IS SO ORDERED.

### 

Date: August 16, 2022

Ernest M. Robles
United States Bankruptcy Judge