

**FILED & ENTERED**

**AUG 17 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| In re: | Jinzheng Group (USA) LLC, Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter: 11<br><br>**ORDER CONSOLIDATING HEARINGS PERTAINING TO THE ESTATE'S INTEREST IN REAL PROPERTY LOCATED AT 2240 LORAIN ROAD, SAN MARINO, CA 91108**<br><br>**CONSOLIDATED HEARING DATE:**<br><br>Date:     September 7, 2022<br>Time:    11:00 a.m.<br>Location: Courtroom 1568<br>              Roybal Federal Building<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |
|---|---|---|

Having reviewed the motion for relief from the automatic stay as to property located at 2240 Lorain Road, San Marino, CA 91108 (the "Property") filed by Corona Capital Group, LLC [Doc. No. 320] (the "Corona RFS Motion"), the motion for relief from the automatic stay as to the Property filed by Royal Business Bank [Doc. No. 333] (the "RBB RFS Motion"), and the Debtor's motion for approval of a compromise to facilitate the marketing and sale of the Property [Doc. No. 342] (the "Rule 9019 Motion," and together with the Corona RFS Motion and the RBB RFS Motion, the "Motions"), and good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The hearings on the Motions shall be consolidated, such that all three hearings shall take place on **September 7, 2022 at 11:00 a.m.** Specifically, the hearing on the Corona RFS Motion is **CONTINUED** from August 22, 2022 at 10:00 a.m. to **September 7, 2022 at 11:00 a.m.** The hearing on the RBB RFS Motion is **CONTINUED** from September 6,

    2022 at 10:00 a.m. to **September 7, 2022 at 11:00 a.m.** The hearing date on the Rule 9019 Motion shall remain unchanged.

2) The briefing deadlines on the Motions shall be calculated in accordance with the September 7, 2022 consolidated hearing date.
3) Parties may appear at the September 7, 2022 hearings either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: August 17, 2022

Ernest M. Robles
United States Bankruptcy Judge