ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, as Debtor and Debtor in Possession

**FILED & ENTERED**

**AUG 24 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>        Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER CONTINUING LITIGATION DEADLINES PERTAINING TO EVIDENTIARY HEARING ON CLAIM NO. 18 FILED BY BETULA LENTA, INC.** |

The Court, having read and considered the Stipulation to Continue Litigation Deadlines filed by Jinzheng Group (USA) LLC, ("Stipulation") (*docket no. 357*) and with good cause shown,

**IT IS ORDERED:**

1.    The Stipulation is approved, subject to the modifications set forth herein.

2.    The dates set forth in the Scheduling Order are hereby continued as follows:

    a.    The last day to disclose expert witnesses and expert witness reports is extended from September 26, 2022, to November 25, 2022.

    b.    The last day to disclose rebuttal expert witnesses and rebuttal expert witness reports is extended from October 24, 2022, to December 23, 2022.

///

///

///

1691649.1  27086

1

    c.    The last date to complete discovery, including discovery pertaining to expert witnesses, is extended from November 21, 2022, to January 19, 2023. All discovery motions must also have been heard by this date.

    d.    The last day for dispositive motions to be heard is extended from November 21, 2022, to January 19, 2023.

    e.    The pretrial conference is continued from January 10, 2023 at 11:00 a.m. to March 14, 2023 at 11:00 a.m. ~~March 11, 2023 at 11:00 a.m.~~

    f.    The evidentiary hearing is continued from the week of January 23, 2023 to the week of March 27, 2023. ~~March 24, 2023.~~

###

Date: August 24, 2022

Ernest M. Robles
United States Bankruptcy Judge

1691649.1  27086

2