ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**FILED & ENTERED**

**SEP 02 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>        Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER CONTINUING CONSOLIDATED HEARINGS PERTAINING TO THE ESTATE'S INTEREST IN REAL PROPERTY LOCATED AT 2240 LORAIN ROAD, SAN MARINO, CA 91108 FROM SEPTEMBER 7, 2022 AT 11:00 A.M. TO SEPTEMBER 14, 2022 AT 11:00 A.M.**<br><br>Date:     September 14, 2022<br>Time:    11:00 a.m.<br>Crtrm.:   Courtroom 1568<br>           255 East Temple Street<br>           Los Angeles, California 90012 |

The Court, having read and considered the Stipulation to Continue Hearings Pertaining to the Estate's Interest in Real Property located at 2240 Lorain Road, San Marino, CA 91108 ("Stipulation") (*docket no. 366*), and with good cause shown,

**IT IS ORDERED:**

1.    The Stipulation is approved.

2.    The consolidated hearings on the Motions as defined in the Stipulation are continued by one week, from September 7, 2022 at 11:00 a.m. to September 14, 2022 at 11:00 a.m.

1692255.1  27086

1

3. The briefing deadlines on the Motions shall be calculated in accordance with the September 14, 2022 consolidated hearing date.

###

Date: September 2, 2022

Ernest M. Robles
United States Bankruptcy Judge

1692255.1  27086