United States Bankruptcy Court

Central District of California

In re:                                                      Case No. 21-16674-ER

JINZHENG GROUP (USA) LLC                             Chapter 11

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

**Recip ID**             **Recipient Name and Address**
db                +   JINZHENG GROUP (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA 91791-4084

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2022                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Investment Management Company LLC ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Interested Party Courtesy NEF ADS@asarverlaw.com |
| Alphamorlai Lamine Kebeh | on behalf of Debtor JINZHENG GROUP (USA) LLC akebeh@danninggill.com |
| Alphamorlai Lamine Kebeh | on behalf of Plaintiff JINZHENG GROUP (USA) LLC akebeh@danninggill.com |
| Benjamin R Levinson, ESQ | on behalf of Creditor Michael E. Dorff and Shari L. Dorff ben@benlevinsonlaw.com  courtney@benlevinsonlaw.com |
| Brian T Harvey | on behalf of Interested Party Courtesy NEF bharvey@buchalter.com  IFS_filing@buchalter.com;dbodkin@buchalter.com |

District/off: 0973-2                          User: admin                                    Page 2 of 3

Date Rcvd: Sep 02, 2022                       Form ID: pdf042                                 Total Noticed: 1

Christopher J Langley
                    on behalf of Plaintiff JINZHENG GROUP (USA) LLC chris@slclawoffice.com
                    omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Damian J. Martinez
                    on behalf of Plaintiff JINZHENG GROUP (USA) LLC damian.martinez@aalrr.com

Danielle R Gabai
                    on behalf of Debtor JINZHENG GROUP (USA) LLC dgabai@danninggill.com  dgabai@ecf.courtdrive.com

David Samuel Shevitz
                    on behalf of Interested Party INTERESTED PARTY david@shevitzlawfirm.com
                    shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

Donald W Reid
                    on behalf of Interested Party INTERESTED PARTY don@donreidlaw.com  ecf@donreidlaw.com

Donna C Bullock
                    on behalf of Interested Party Donna Bullock Carrera donnabullockcarrera@yahoo.com  donna.bullock@ymail.com

Eric A Mitnick
                    on behalf of Creditor Corona Capital Group LLC MitnickLaw@aol.com  mitnicklaw@gmail.com

Eric A Mitnick
                    on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com  mitnicklaw@gmail.com

Giovanni Orantes
                    on behalf of Other Professional Orantes Law Firm  P.C. go@gobklaw.com,
                    gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.c
                    om

Hatty K Yip
                    on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov  hatty.k.yip@usdoj.gov

Heidi M Cheng
                    on behalf of Plaintiff JINZHENG GROUP (USA) LLC heidi@slclawoffice.com
                    assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Jeffrey W Dulberg
                    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jdulberg@pszjlaw.com

John N Tedford, IV
                    on behalf of Interested Party INTERESTED PARTY jtedford@DanningGill.com
                    danninggill@gmail.com;jtedford@ecf.courtdrive.com

M. Jonathan Hayes
                    on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com
                    roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.co
                    m;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Matthew D. Resnik
                    on behalf of Attorney Matthew Resnik matt@rhmfirm.com
                    roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.
                    com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
                    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
                    roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.
                    com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik
                    on behalf of Creditor Royalty Equity Lending  LLC/Bobs LLC matt@rhmfirm.com,
                    roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.
                    com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Michael F Chekian
                    on behalf of Creditor The Phalanx Group mike@cheklaw.com  chekianmr84018@notify.bestcase.com

Michael F Chekian
                    on behalf of Interested Party Chekian Law Office  Inc. mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Nicholas S Couchot
                    on behalf of Creditor Royal Business Bank ncouchot@buchalter.com  docket@buchalter.com;marias@buchalter.com

Oscar Estrada
                    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Paul J Leeds
                    on behalf of Creditor Sound Equity  Inc. Pleeds@fsl.law, ssanchez@fsl.law

Peter A Kim
                    on behalf of Defendant Betula Lenta Inc peter@pkimlaw.com  peterandrewkim@yahoo.com

District/off: 0973-2                     User: admin                                    Page 3 of 3
Date Rcvd: Sep 02, 2022                  Form ID: pdf042                             Total Noticed: 1

Peter A Kim
                    on behalf of Defendant Jonathan Pae peter@pkimlaw.com  peterandrewkim@yahoo.com

Peter A Kim
                    on behalf of Attorney LAW OFFICES OF PETER KIM peter@pkimlaw.com  peterandrewkim@yahoo.com

Peter A Kim
                    on behalf of Defendant David Park peter@pkimlaw.com  peterandrewkim@yahoo.com

Peter J Ryan
                    on behalf of Defendant Thomas L. Testa ryan@floresryan.com  schneider@floresryan.com

Peter J Ryan
                    on behalf of Defendant Testa Capital Group ryan@floresryan.com  schneider@floresryan.com

Richard Girgado
                    on behalf of Interested Party Courtesy NEF rgirgado@counsel.lacounty.gov

Steven P Chang
                    on behalf of Interested Party Courtesy NEF heidi@spclawoffice.com
                    schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr752
                    51@notify.bestcase.com

Susan Titus Collins
                    on behalf of Interested Party INTERESTED PARTY scollins@counsel.lacounty.gov

Teddy M Kapur
                    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS tkapur@pszjlaw.com
                    mdj@pszjlaw.com

United States Trustee (LA)
                    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
                    on behalf of Plaintiff JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com
                    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
                    on behalf of Debtor JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com
                    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
                    on behalf of Interested Party INTERESTED PARTY zshechtman@DanningGill.com
                    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
                    on behalf of Attorney DANNING  GILL, ISRAEL & KRASNOFF, LLP zshechtman@DanningGill.com,
                    danninggill@gmail.com;zshechtman@ecf.inforuptcy.com


TOTAL: 43

1  ZEV SHECHTMAN (State Bar No. 266280)
   *zs@DanningGill.com*
2  ALPHAMORLAI L. KEBEH (State Bar No. 336798)
   *akebeh@DanningGill.com*
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  General Bankruptcy Counsel for Jinzheng Group
   (USA) LLC, Debtor and Debtor in Possession
7

**FILED & ENTERED**

**SEP 02 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **LOS ANGELES DIVISION**

11

12  In re                                          Case No. 2:21-bk-16674-ER

13  JINZHENG GROUP (USA) LLC,                       Chapter 11

14          Debtor and Debtor-in-                   **ORDER CONTINUING CONSOLIDATED**
            Possession.                             **HEARINGS PERTAINING TO THE**
15                                                  **ESTATE'S INTEREST IN REAL**
                                                    **PROPERTY LOCATED AT 2240 LORAIN**
16                                                  **ROAD, SAN MARINO, CA 91108 FROM**
                                                    **SEPTEMBER 7, 2022 AT 11:00 A.M. TO**
17                                                  **SEPTEMBER 14, 2022 AT 11:00 A.M.**

18
                                                    Date:      September 14, 2022
19                                                  Time:      11:00 a.m.
                                                    Crtrm.:    Courtroom 1568
20                                                             255 East Temple Street
                                                               Los Angeles, California 90012
21

22          The Court, having read and considered the Stipulation to Continue Hearings Pertaining to

23  the Estate's Interest in Real Property located at 2240 Lorain Road, San Marino, CA 91108

24  ("Stipulation") (*docket no. 366*), and with good cause shown,

25          **IT IS ORDERED:**

26          1.      The Stipulation is approved.

27          2.      The consolidated hearings on the Motions as defined in the Stipulation are continued

28  by one week, from September 7, 2022 at 11:00 a.m. to September 14, 2022 at 11:00 a.m.

1692255.1  27086                                   1

1    3.    The briefing deadlines on the Motions shall be calculated in accordance with the

2  September 14, 2022 consolidated hearing date.

3                                                         ###

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: September 2, 2022

Ernest M. Robles
United States Bankruptcy Judge

25

26

27

28