ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor in Possession

**FILED & ENTERED**

**SEP 06 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>      Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY KOO, CHOW & COMPANY, LLP, AS ACCOUNTANTS AND APPROVING ENGAGEMENT AGREEMENT**<br><br>**[Related to Docket No. 305]**<br><br>Date:    August 30, 2022<br>Time:    10:00 a.m.<br>Crtrm.:  Courtroom 1568<br>           255 E. Temple Street<br>           Los Angeles, California 90012 |

On August 30, 2022, at 10:00 a.m., this Court heard and considered the *Debtor's Notice Of Application And Application To Employ Koo, Chow & Company, LLP, As Accountants For The Debtor And Debtor In Possession And Approval Of Engagement Agreement; Motion To Approve Debtor-In-Possession Financing; And Statement Of Disinterestedness* the ("Application") (docket

1692246.1  27086

1

Case 2:21-bk-16674-ER    Doc 370    Filed 09/06/22    Entered 09/06/22 13:48:09    Desc
Main Document    Page 2 of 3

no. 305), filed by Jinzheng Group (USA) LLC, the debtor and debtor-in-possession herein (the "Debtor"), the Honorable Ernest M. Robles, United States Bankruptcy Judge, presiding.[1]

The Court having read and considered the Application, all papers filed in support thereof, including the Declaration of Zhao Pu Yang ("Principal") and the Statement of Disinterestedness, and all of the other pleadings on file in the Debtor's case; having found that notice of the hearing and the Application were adequate and proper; having issued a tentative ruling to grant the Motion; and having waived appearances; for good cause appearing, it is hereby

**ORDERED THAT:**

1. The Application is approved in its entirety.

2. The Debtor is authorized to employ Koo, Chow & Company, LLP, as its accountants ("Koo"), effective as of June 20, 2022, at the expense of the estate pursuant to 11 U.S.C. § 327(a).

3. The Principal's Loan to the Debtor in the amount of $7,000 for Koo's Retainer ("Retainer") for preparation of the estate's March and April, 2022 Monthly Operating Reports is approved as a chapter 11 expense of administration subordinated to all other allowed chapter 11 expenses, on the other terms set forth in the Application.

4. Koo is authorized to draw down on its Retainer in accordance with the United States Trustee's Guide to Application for Retainers, except that the Retainer may be maintained in the Koo's client trust account rather than a segregated trust account.

5. Koo is authorized to submit a monthly Professional Fee Statement each month until its Retainer is exhausted.

6. The Debtor is authorized to pay Koo $3,500 per month for preparation and completion of the estate's May, 2022 Monthly Operating Reports going forward through the dismissal, conversion, or closing of the bankruptcy case; $7,800 (flat fee) for preparation of the Debtor's 2021 Federal and State tax returns; and $2,850 for each month, for reviewing, analyzing, and potentially amending the Debtor's financial reporting conducted in this bankruptcy case from

---

[1] Defined terms have the same meaning as in the Application.

1692246.1  27086                                     2

August 2021- February, 2022, if required, for a total of up to $19,950.00. Koo's compensation for the foregoing services shall be subject to review by the Court pursuant to 11 U.S.C. § 328. Additional services not expressly described in the Application (such as tax returns for other years) will be pursuant to the hourly rates as set forth in Exhibit B to the Engagement Letter. Koo's compensation for such additional services shall be subject to review by the Court pursuant to 11 U.S.C. § 330.

7.   The Engagement Letter, attached as Exhibit "1," to the Application is hereby approved.

8.   The compensation to be awarded Koo shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330, and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

###

Date: September 6, 2022

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge