ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor in Possession

**FILED & ENTERED**

**SEP 06 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>        Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY STEPHEN ENG AS PROPERTY MANAGER AND APPROVING PROPERTY MANAGEMENT AGREEMENT**<br><br>**[Related to Docket No. 313]**<br><br>Date:    August 30, 2022<br>Time:   10:00 a.m.<br>Crtrm.:  Courtroom 1568<br>          255 E. Temple Street<br>          Los Angeles, California 90012 |

On August 30, 2022, at 10:00 a.m., this Court heard and considered the *Debtor's Notice Of Application And Application To (1) Employ Stephen Eng, As Property Manager For The Debtor And Debtor In Possession And (2) Approve Property Management Agreement; And Statement Of Disinterestedness* the ("Application") (docket no. 313), filed by Jinzheng Group (USA) LLC, the

debtor and debtor-in-possession herein (the "Debtor"), the Honorable Ernest M. Robles, United States Bankruptcy Judge, presiding.[1]

The Court having read and considered the Application, all papers filed in support thereof, including the Declaration of Zhao Pu Yang and the Statement of Disinterestedness, and all of the other pleadings on file in the Debtor's case; having found that notice of the hearing and the Application were adequate and proper; having issued a tentative ruling to grant the Motion; and having waived appearances; for good cause appearing, it is hereby

**ORDERED THAT:**

1. The Application is approved in its entirety.

2. The Debtor is authorized to employ Stephen Eng, as Property Manager ("Eng"), effective as of June 20, 2022, at the expense of the estate pursuant to 11 U.S.C. § 327(a).

3. The Debtor is authorized to pay Eng $2,500.00 per month for property management services. Provided the fees to be paid to Eng do not diverge from the $2,500.00 monthly flat fee, the Debtor shall not be required to obtain any further orders from the Court to pay Eng the monthly flat fee as set forth in the Application; however, the compensation paid to Eng shall be subject to review by the Court pursuant to 11 U.S.C. § 328.

4. The Property Management Agreement, attached as Exhibit "1," to the Application is approved.

5. The compensation to be awarded Eng shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330 and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

---

[1] Defined terms have the same meaning as in the Application.

1                                             ###

Date: September 6, 2022

Ernest M. Robles
United States Bankruptcy Judge

1692245.1  27086                              3