United States Bankruptcy Court

Central District of California

In re:  Case No. 21-16674-ER

JINZHENG GROUP (USA) LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2　　　　　　　　　User: admin　　　　　　　　　Page 1 of 3
Date Rcvd: Sep 06, 2022　　　　　　　Form ID: pdf042　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JINZHENG GROUP (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA 91791-4084 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2022　　　　　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Investment Management Company LLC ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Interested Party Courtesy NEF ADS@asarverlaw.com |
| Alphamorlai Lamine Kebeh | on behalf of Debtor JINZHENG GROUP (USA) LLC akebeh@danninggill.com |
| Alphamorlai Lamine Kebeh | on behalf of Plaintiff JINZHENG GROUP (USA) LLC akebeh@danninggill.com |
| Benjamin R Levinson, ESQ | on behalf of Creditor Michael E. Dorff and Shari L. Dorff ben@benlevinsonlaw.com  courtney@benlevinsonlaw.com |
| Brian T Harvey | on behalf of Interested Party Courtesy NEF bharvey@buchalter.com  IFS_filing@buchalter.com;dbodkin@buchalter.com |

Case 2:21-bk-16674-ER  Doc 372  Filed 09/08/22  Entered 09/08/22 21:24:06  Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 06, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
| --- | --- |
| Christopher J Langley | on behalf of Plaintiff JINZHENG GROUP (USA) LLC chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com |
| Damian J. Martinez | on behalf of Plaintiff JINZHENG GROUP (USA) LLC damian.martinez@aalrr.com |
| Danielle R Gabai | on behalf of Debtor JINZHENG GROUP (USA) LLC dgabai@danninggill.com dgabai@ecf.courtdrive.com |
| David Samuel Shevitz | on behalf of Interested Party INTERESTED PARTY david@shevitzlawfirm.com shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com |
| Donald W Reid | on behalf of Interested Party INTERESTED PARTY don@donreidlaw.com ecf@donreidlaw.com |
| Donna C Bullock | on behalf of Interested Party Donna Bullock Carrera donnabullockcarrera@yahoo.com donna.bullock@ymail.com |
| Eric A Mitnick | on behalf of Creditor Corona Capital Group LLC MitnickLaw@aol.com mitnicklaw@gmail.com |
| Eric A Mitnick | on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com |
| Giovanni Orantes | on behalf of Other Professional Orantes Law Firm P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com |
| Hatty K Yip | on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov |
| Heidi M Cheng | on behalf of Plaintiff JINZHENG GROUP (USA) LLC heidi@slclawoffice.com assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com |
| Jeffrey W Dulberg | on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jdulberg@pszjlaw.com |
| John N Tedford, IV | on behalf of Interested Party INTERESTED PARTY jtedford@DanningGill.com danninggill@gmail.com;jtedford@ecf.courtdrive.com |
| M. Jonathan Hayes | on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com |
| Matthew D. Resnik | on behalf of Attorney Matthew Resnik matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Matthew D. Resnik | on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Matthew D. Resnik | on behalf of Creditor Royalty Equity Lending LLC/Bobs LLC matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Michael F Chekian | on behalf of Creditor The Phalanx Group mike@cheklaw.com chekianmr84018@notify.bestcase.com |
| Michael F Chekian | on behalf of Interested Party Chekian Law Office Inc. mike@cheklaw.com, chekianmr84018@notify.bestcase.com |
| Nicholas S Couchot | on behalf of Creditor Royal Business Bank ncouchot@buchalter.com docket@buchalter.com;marias@buchalter.com |
| Oscar Estrada | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Paul J Leeds | on behalf of Creditor Sound Equity Inc. Pleeds@fsl.law, ssanchez@fsl.law |
| Peter A Kim | on behalf of Defendant Betula Lenta Inc peter@pkimlaw.com peterandrewkim@yahoo.com |

| Name | Description |
|---|---|
| Peter A Kim | on behalf of Defendant Jonathan Pae peter@pkimlaw.com  peterandrewkim@yahoo.com |
| Peter A Kim | on behalf of Attorney LAW OFFICES OF PETER KIM peter@pkimlaw.com  peterandrewkim@yahoo.com |
| Peter A Kim | on behalf of Defendant David Park peter@pkimlaw.com  peterandrewkim@yahoo.com |
| Peter J Ryan | on behalf of Defendant Thomas L. Testa ryan@floresryan.com  schneider@floresryan.com |
| Peter J Ryan | on behalf of Defendant Testa Capital Group ryan@floresryan.com  schneider@floresryan.com |
| Richard Girgado | on behalf of Interested Party Courtesy NEF rgirgado@counsel.lacounty.gov |
| Steven P Chang | on behalf of Interested Party Courtesy NEF heidi@spclawoffice.com schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com |
| Susan Titus Collins | on behalf of Interested Party INTERESTED PARTY scollins@counsel.lacounty.gov |
| Teddy M Kapur | on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS tkapur@pszjlaw.com  mdj@pszjlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | on behalf of Plaintiff JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com  danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| Zev Shechtman | on behalf of Debtor JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com  danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| Zev Shechtman | on behalf of Interested Party INTERESTED PARTY zshechtman@DanningGill.com  danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |
| Zev Shechtman | on behalf of Attorney DANNING  GILL, ISRAEL & KRASNOFF, LLP zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com |

TOTAL: 43

| | |
|---|---|
| 1 | ZEV SHECHTMAN (State Bar No. 266280) |
|   | zs@DanningGill.com |
| 2 | ALPHAMORLAI L. KEBEH (State Bar No. 336798) |
|   | akebeh@DanningGill.com |
| 3 | DANNING, GILL, ISRAEL & KRASNOFF, LLP |
|   | 1901 Avenue of the Stars, Suite 450 |
| 4 | Los Angeles, California 90067-6006 |
|   | Telephone: (310) 277-0077 |
| 5 | Facsimile: (310) 277-5735 |
| 6 | General Bankruptcy Counsel for Jinzheng Group |
|   | (USA) LLC, Debtor in Possession |

**FILED & ENTERED**

**SEP 06 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:21-bk-16674-ER |
| JINZHENG GROUP (USA) LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY KOO, CHOW & COMPANY, LLP, AS ACCOUNTANTS AND APPROVING ENGAGEMENT AGREEMENT** |
| | [Related to Docket No. 305] |
| | Date:       August 30, 2022 |
| | Time:      10:00 a.m. |
| | Crtrm.:   Courtroom 1568 |
| |                  255 E. Temple Street |
| |                  Los Angeles, California 90012 |

On August 30, 2022, at 10:00 a.m., this Court heard and considered the *Debtor's Notice Of Application And Application To Employ Koo, Chow & Company, LLP, As Accountants For The Debtor And Debtor In Possession And Approval Of Engagement Agreement; Motion To Approve Debtor-In-Possession Financing; And Statement Of Disinterestedness* the ("Application") (docket

no. 305), filed by Jinzheng Group (USA) LLC, the debtor and debtor-in-possession herein (the "Debtor"), the Honorable Ernest M. Robles, United States Bankruptcy Judge, presiding.[1]

The Court having read and considered the Application, all papers filed in support thereof, including the Declaration of Zhao Pu Yang ("Principal") and the Statement of Disinterestedness, and all of the other pleadings on file in the Debtor's case; having found that notice of the hearing and the Application were adequate and proper; having issued a tentative ruling to grant the Motion; and having waived appearances; for good cause appearing, it is hereby

**ORDERED THAT:**

1. The Application is approved in its entirety.

2. The Debtor is authorized to employ Koo, Chow & Company, LLP, as its accountants ("Koo"), effective as of June 20, 2022, at the expense of the estate pursuant to 11 U.S.C. § 327(a).

3. The Principal's Loan to the Debtor in the amount of $7,000 for Koo's Retainer ("Retainer") for preparation of the estate's March and April, 2022 Monthly Operating Reports is approved as a chapter 11 expense of administration subordinated to all other allowed chapter 11 expenses, on the other terms set forth in the Application.

4. Koo is authorized to draw down on its Retainer in accordance with the United States Trustee's Guide to Application for Retainers, except that the Retainer may be maintained in the Koo's client trust account rather than a segregated trust account.

5. Koo is authorized to submit a monthly Professional Fee Statement each month until its Retainer is exhausted.

6. The Debtor is authorized to pay Koo $3,500 per month for preparation and completion of the estate's May, 2022 Monthly Operating Reports going forward through the dismissal, conversion, or closing of the bankruptcy case; $7,800 (flat fee) for preparation of the Debtor's 2021 Federal and State tax returns; and $2,850 for each month, for reviewing, analyzing, and potentially amending the Debtor's financial reporting conducted in this bankruptcy case from

---

[1] Defined terms have the same meaning as in the Application.

August 2021- February, 2022, if required, for a total of up to $19,950.00. Koo's compensation for the foregoing services shall be subject to review by the Court pursuant to 11 U.S.C. § 328. Additional services not expressly described in the Application (such as tax returns for other years) will be pursuant to the hourly rates as set forth in Exhibit B to the Engagement Letter. Koo's compensation for such additional services shall be subject to review by the Court pursuant to 11 U.S.C. § 330.

7. The Engagement Letter, attached as Exhibit "1," to the Application is hereby approved.

8. The compensation to be awarded Koo shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330, and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

###

Date: September 6, 2022

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge