United States Bankruptcy Court

Central District of California

In re:  Case No. 21-16674-ER

JINZHENG GROUP (USA) LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 3
Date Rcvd: Sep 06, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

**Recip ID    Recipient Name and Address**
db      +   JINZHENG GROUP (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA 91791-4084

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:

**Name**      **Email Address**

Allan D Sarver
    on behalf of Creditor Investment Management Company LLC ADS@asarverlaw.com

Allan D Sarver
    on behalf of Interested Party Courtesy NEF ADS@asarverlaw.com

Alphamorlai Lamine Kebeh
    on behalf of Debtor JINZHENG GROUP (USA) LLC akebeh@danninggill.com

Alphamorlai Lamine Kebeh
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC akebeh@danninggill.com

Benjamin R Levinson, ESQ
    on behalf of Creditor Michael E. Dorff and Shari L. Dorff ben@benlevinsonlaw.com courtney@benlevinsonlaw.com

Brian T Harvey
    on behalf of Interested Party Courtesy NEF bharvey@buchalter.com IFS_filing@buchalter.com;dbodkin@buchalter.com

Case 2:21-bk-16674-ER    Doc 373    Filed 09/08/22    Entered 09/08/22 21:24:06    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Christopher J Langley | on behalf of Plaintiff JINZHENG GROUP (USA) LLC chris@slclawoffice.com omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com |
| Damian J. Martinez | on behalf of Plaintiff JINZHENG GROUP (USA) LLC damian.martinez@aalrr.com |
| Danielle R Gabai | on behalf of Debtor JINZHENG GROUP (USA) LLC dgabai@danninggill.com dgabai@ecf.courtdrive.com |
| David Samuel Shevitz | on behalf of Interested Party INTERESTED PARTY david@shevitzlawfirm.com shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com |
| Donald W Reid | on behalf of Interested Party INTERESTED PARTY don@donreidlaw.com ecf@donreidlaw.com |
| Donna C Bullock | on behalf of Interested Party Donna Bullock Carrera donnabullockcarrera@yahoo.com donna.bullock@ymail.com |
| Eric A Mitnick | on behalf of Creditor Corona Capital Group LLC MitnickLaw@aol.com mitnicklaw@gmail.com |
| Eric A Mitnick | on behalf of Interested Party Courtesy NEF MitnickLaw@aol.com mitnicklaw@gmail.com |
| Giovanni Orantes | on behalf of Other Professional Orantes Law Firm  P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com |
| Hatty K Yip | on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov |
| Heidi M Cheng | on behalf of Plaintiff JINZHENG GROUP (USA) LLC heidi@slclawoffice.com assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com |
| Jeffrey W Dulberg | on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jdulberg@pszjlaw.com |
| John N Tedford, IV | on behalf of Interested Party INTERESTED PARTY jtedford@DanningGill.com danninggill@gmail.com;jtedford@ecf.courtdrive.com |
| M. Jonathan Hayes | on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com |
| Matthew D. Resnik | on behalf of Attorney Matthew Resnik matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Matthew D. Resnik | on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Matthew D. Resnik | on behalf of Creditor Royalty Equity Lending  LLC/Bobs LLC matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com |
| Michael F Chekian | on behalf of Creditor The Phalanx Group mike@cheklaw.com chekianmr84018@notify.bestcase.com |
| Michael F Chekian | on behalf of Interested Party Chekian Law Office  Inc. mike@cheklaw.com, chekianmr84018@notify.bestcase.com |
| Nicholas S Couchot | on behalf of Creditor Royal Business Bank ncouchot@buchalter.com docket@buchalter.com;marias@buchalter.com |
| Oscar Estrada | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov |
| Paul J Leeds | on behalf of Creditor Sound Equity  Inc. Pleeds@fsl.law, ssanchez@fsl.law |
| Peter A Kim | on behalf of Defendant Betula Lenta Inc peter@pkimlaw.com peterandrewkim@yahoo.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 06, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Peter A Kim
    on behalf of Defendant Jonathan Pae peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
    on behalf of Attorney LAW OFFICES OF PETER KIM peter@pkimlaw.com peterandrewkim@yahoo.com

Peter A Kim
    on behalf of Defendant David Park peter@pkimlaw.com peterandrewkim@yahoo.com

Peter J Ryan
    on behalf of Defendant Thomas L. Testa ryan@floresryan.com schneider@floresryan.com

Peter J Ryan
    on behalf of Defendant Testa Capital Group ryan@floresryan.com schneider@floresryan.com

Richard Girgado
    on behalf of Interested Party Courtesy NEF rgirgado@counsel.lacounty.gov

Steven P Chang
    on behalf of Interested Party Courtesy NEF heidi@spclawoffice.com
schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com

Susan Titus Collins
    on behalf of Interested Party INTERESTED PARTY scollins@counsel.lacounty.gov

Teddy M Kapur
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS tkapur@pszjlaw.com mdj@pszjlaw.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Debtor JINZHENG GROUP (USA) LLC zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Interested Party INTERESTED PARTY zshechtman@DanningGill.com danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman
    on behalf of Attorney DANNING GILL, ISRAEL & KRASNOFF, LLP zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

TOTAL: 43

ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor in Possession

**FILED & ENTERED**

**SEP 06 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>    Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY STEPHEN ENG AS PROPERTY MANAGER AND APPROVING PROPERTY MANAGEMENT AGREEMENT**<br><br>[Related to Docket No. 313]<br><br>Date:     August 30, 2022<br>Time:    10:00 a.m.<br>Crtrm.:  Courtroom 1568<br>             255 E. Temple Street<br>             Los Angeles, California 90012 |

On August 30, 2022, at 10:00 a.m., this Court heard and considered the *Debtor's Notice Of Application And Application To (1) Employ Stephen Eng, As Property Manager For The Debtor And Debtor In Possession And (2) Approve Property Management Agreement; And Statement Of Disinterestedness* the ("Application") (docket no. 313), filed by Jinzheng Group (USA) LLC, the

1692245.1  27086

1

debtor and debtor-in-possession herein (the "Debtor"), the Honorable Ernest M. Robles, United States Bankruptcy Judge, presiding.[1]

The Court having read and considered the Application, all papers filed in support thereof, including the Declaration of Zhao Pu Yang and the Statement of Disinterestedness, and all of the other pleadings on file in the Debtor's case; having found that notice of the hearing and the Application were adequate and proper; having issued a tentative ruling to grant the Motion; and having waived appearances; for good cause appearing, it is hereby

**ORDERED THAT:**

1. The Application is approved in its entirety.

2. The Debtor is authorized to employ Stephen Eng, as Property Manager ("Eng"), effective as of June 20, 2022, at the expense of the estate pursuant to 11 U.S.C. § 327(a).

3. The Debtor is authorized to pay Eng $2,500.00 per month for property management services. Provided the fees to be paid to Eng do not diverge from the $2,500.00 monthly flat fee, the Debtor shall not be required to obtain any further orders from the Court to pay Eng the monthly flat fee as set forth in the Application; however, the compensation paid to Eng shall be subject to review by the Court pursuant to 11 U.S.C. § 328.

4. The Property Management Agreement, attached as Exhibit "1," to the Application is approved.

5. The compensation to be awarded Eng shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330 and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

---

[1] Defined terms have the same meaning as in the Application.

1692245.1  27086

###

Date: September 6, 2022

Ernest M. Robles
United States Bankruptcy Judge

1692245.1 27086

3