BRIAN T. HARVEY (SBN: 238991)
NICHOLAS S. COUCHOT (SBN: 331971)
BUCHALTER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: bharvey@buchalter.com
ncouchot@buchalter.com

Attorneys for Secured Creditor
ROYAL BUSINESS BANK

**FILED & ENTERED**

**SEP 12 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:21-bk-16674-ER |
| JINZHENG GROUP (USA) LLC, | Chapter 11 |
| Debtor. | **ORDER APPROVING STIPULATION RESOLVING MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY) FILED BY:** |
| | **(1) CORONA CAPITAL GROUP, LLC [DKT. 320]; AND** |
| | **(2) ROYAL BUSINESS BANK [DKT. 333]** |
| | **Hearing**<br>Date:          September 14, 2022<br>Time:          11:00 AM<br>Place:         United States Bankruptcy Court<br>Courtroom 1568<br>255 East Temple Street<br>Los Angeles, California 90012 |

The Court having considered the *Stipulation Resolving Motions for Relief from the Automatic Stay (Real Property) Filed by:  (1) Corona Capital Group, LLC [Dkt. 320]; and (2) Royal Business Bank [Dkt. 333]* (the "Stipulation"), and all other related pleadings, hereby ORDERS as follows:

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

**ORDER APPROVING STIPULATION RESOLVING MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY (REAL PROPERTY)**

1

BN 72709479v1

1.    The Stipulation is approved in its entirety.

2.    The Corona RFS Motion[1] is granted, in part, pursuant to 11 U.S.C. § 362(d)(2), and the automatic stay of 11 U.S.C. § 362(a) is terminated as to the Debtor and the Debtor's bankruptcy estate to allow Corona to enforce its rights and remedies with regard to the Property in accordance with applicable nonbankruptcy law.  However, Corona shall not record and serve a notice of default, or, except as provided herein, take other action that would otherwise be stayed under 11 U.S.C. § 362(a), until ninety days (90) days after the date of entry of this order.  As requested in page 5A (Continuation Page) of the Corona RFS Motion, and effective upon the date of entry of this order, pursuant to 11 U.S.C. § 362(d)(1) the automatic stay of 11 U.S.C. § 362(a), if any, that precludes Corona from making payment(s) to Royal shall be terminated as to Debtor and Debtor's bankruptcy estate.  Neither the Stipulation nor this order resolves or determines the issues of whether Royal is required to accept reinstatement of the Royal Note or whether an incurable default exists as to the transfer of the Property to Debtor.

3.    The Royal RFS Motion is granted, in part, pursuant to 11 U.S.C. § 362(d)(2), and the automatic stay of 11 U.S.C. § 362(a) is terminated as to the Debtor and the Debtor's bankruptcy estate to allow Royal to enforce its rights and remedies with regard to the Property in accordance with applicable nonbankruptcy law.  However, Royal shall not record and serve a notice of default, or, except as provided herein, take other action that would otherwise be stayed under 11 U.S.C. § 362(a), until ninety days (90) days after the Court enters this order.

4.    Notwithstanding the foregoing, if the Debtor executes a purchase agreement with respect to the Property, escrow is open and the sale has not been terminated, then the time frame that Royal and Corona may not record and serve a notice of default is extended by an additional sixty (60) days to afford the Debtor additional time to close the pending sale.  If at any point during the additional sixty (60) day period the sale is terminated, then Corona and Royal may immediately record and serve a notice of default.  However, the additional time provided for by this paragraph

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

**ORDER APPROVING STIPULATION RESOLVING MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)**

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 72709479v1

1  will not exceed sixty (60) days minus the time that remains in the original ninety (90) day periods

2  in Paragraphs 2 and 3 above.

3       5.     The Stipulation and this order are binding and effective despite any conversion of

4  this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

5       6.     The 14-day stay as provided in FRBP 4001(a)(3) is waived.

6

7                              ###

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: September 12, 2022

25                                     Ernest M. Robles
                                   United States Bankruptcy Judge

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 72709479v1

**ORDER APPROVING STIPULATION RESOLVING MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY (REAL PROPERTY)**

3