| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BRIAN T. HARVEY (SBN: 238991)<br>NICHOLAS S. COUCHOT (SBN:  331971)<br>BUCHALTER, a Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA  90017-1730<br>Telephone: (213) 891-0700<br>Facsimile: (213) 896-0400<br>Email: bharvey@buchalter.com<br>ncouchot@buchalter.com | |
| ☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Royal Business Bank | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>JINZHENG GROUP (USA) LLC,<br><br><br><br><br><br><br>                                    Debtor(s) | CASE NO.: 2:21-bk-16674-ER |
|---|---|
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF AMENDED ORDER IN BANKRUPTCY CASE RE:**  (*title of motion[1]*):<br><br>**STIPULATION RESOLVING MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY) FILED BY: (1) CORONA CAPITAL GROUP, LLC [DKT. 320]; AND (2) ROYAL BUSINESS BANK [DKT. 333]** |

PLEASE TAKE NOTE that the order titled <u>AMENDED ORDER APPROVING STIPULATION RESOLVING MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY) FILED BY:  (1) CORONA CAPITAL GROUP, LLC [DKT. 320]; AND (2) ROYAL BUSINESS BANK [DKT. 333]</u>
was lodged on (*date*) 09/12/2022 and is attached.  This order relates to the motion which is docket number 375.

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1  BRIAN T. HARVEY (SBN: 238991)
   NICHOLAS S. COUCHOT (SBN:  331971)
2  BUCHALTER, a Professional Corporation
   1000 Wilshire Boulevard, Suite 1500
3  Los Angeles, CA  90017-1730
   Telephone: (213) 891-0700
4  Facsimile: (213) 896-0400
   Email: bharvey@buchalter.com
5  ncouchot@buchalter.com

6

   Attorneys for Secured Creditor
7  ROYAL BUSINESS BANK

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             LOS ANGELES DIVISION

11 In re                                  Case No. 2:21-bk-16674-ER

12 JINZHENG GROUP (USA) LLC,              Chapter 11

13        Debtor.                         **AMENDED ORDER APPROVING
                                          STIPULATION RESOLVING
14                                        MOTIONS FOR RELIEF FROM THE
                                          AUTOMATIC STAY (REAL
15                                        PROPERTY) FILED BY:**

16                                        **(1) CORONA CAPITAL GROUP, LLC
                                          [DKT. 320]; AND**
17
                                          **(2) ROYAL BUSINESS BANK [DKT.
18                                        333]**

19
                                          **Hearing**
20                                        Date:        September 14, 2022
                                          Time:        11:00 AM
21                                        Place:       United States Bankruptcy Court
                                                       Courtroom 1568
22                                                     255 East Temple Street
                                                       Los Angeles, California 90012
23

24        The Court having considered the *Stipulation Resolving Motions for Relief from the*

25 *Automatic Stay (Real Property) Filed by:  (1) Corona Capital Group, LLC [Dkt. 320]; and (2)*

26 *Royal Business Bank [Dkt. 333]* (the "Stipulation"), and all other related pleadings, hereby

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**AMENDED ORDER APPROVING STIPULATION RESOLVING MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY (REAL PROPERTY)**

1

BN 72729379v1

1  ORDERS as follows:

2       1.      The Stipulation is approved in its entirety.

3       2.      The Corona RFS Motion[1] is granted, in part, pursuant to 11 U.S.C. § 362(d)(2), and

4  the automatic stay of 11 U.S.C. § 362(a) is terminated as to the Debtor and the Debtor's bankruptcy

5  estate to allow Corona to enforce its rights and remedies with regard to that certain real property

6  located at 2240 Lorain Road, San Marino, California, 91108 (the "Property")[2] in accordance with

7  applicable nonbankruptcy law.  However, Corona shall not record and serve a notice of default, or,

8  except as provided herein, take other action that would otherwise be stayed under 11 U.S.C. §

9  362(a), until ninety days (90) days after the date of entry of this order.  As requested in page 5A

10  (Continuation Page) of the Corona RFS Motion, and effective upon the date of entry of this order,

11  pursuant to 11 U.S.C. § 362(d)(1) the automatic stay of 11 U.S.C. § 362(a), if any, that precludes

12  Corona from making payment(s) to Royal shall be terminated as to Debtor and Debtor's bankruptcy

13  estate.  Neither the Stipulation nor this order resolves or determines the issues of whether Royal is

14  required to accept reinstatement of the Royal Note or whether an incurable default exists as to the

15  transfer of the Property to Debtor.

16      3.      The Royal RFS Motion is granted, in part, pursuant to 11 U.S.C. § 362(d)(2), and

17  the automatic stay of 11 U.S.C. § 362(a) is terminated as to the Debtor and the Debtor's bankruptcy

18  estate to allow Royal to enforce its rights and remedies with regard to the Property in accordance

19  with applicable nonbankruptcy law.  However, Royal shall not record and serve a notice of default,

20  or, except as provided herein, take other action that would otherwise be stayed under 11 U.S.C. §

21  362(a), until ninety days (90) days after the Court enters this order.

22      4.      Notwithstanding the foregoing, if the Debtor executes a purchase agreement with

23  respect to the Property, escrow is open and the sale has not been terminated, then the time frame

24  that Royal and Corona may not record and serve a notice of default is extended by an additional

25  sixty (60) days to afford the Debtor additional time to close the pending sale.  If at any point during

26

27  [1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.
   [2] A detailed description of the Property is attached as **Exhibit A** to this order.

28

**AMENDED ORDER APPROVING STIPULATION RESOLVING MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY (REAL PROPERTY)**
2

BN 72729379v1

1  the additional sixty (60) day period the sale is terminated, then Corona and Royal may immediately

2  record and serve a notice of default.  However, the additional time provided for by this paragraph

3  will not exceed sixty (60) days minus the time that remains in the original ninety (90) day periods

4  in Paragraphs 2 and 3 above.

5            5.       The Stipulation and this order are binding and effective despite any conversion of

6  this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

7            6.       The 14-day stay as provided in FRBP 4001(a)(3) is waived.

8

9                                                        ###

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**AMENDED ORDER APPROVING STIPULATION RESOLVING MOTIONS FOR RELIEF FROM THE
AUTOMATIC STAY (REAL PROPERTY)**
3

BN 72729379v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Buchalter, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF AMENDED ORDER IN BANKRUPTCY CASE RE: STIPULATION RESOLVING MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY) FILED BY: (1) CORONA CAPITAL GROUP, LLC [DKT. 320]; AND (2) ROYAL BUSINESS BANK [DKT. 333]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _9/12/22_ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Donna C Bullock**    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Steven P Chang**    heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com;attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Heidi M Cheng**    heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com
- **Susan Titus Collins**    scollins@counsel.lacounty.gov
- **Nicholas S Couchot**    ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Runmin Gao**    ivy.gao@aalrr.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Brian T Harvey**    bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Teddy M Kapur**    tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh**    akebeh@danninggill.com
- **Peter A Kim**    peter@pkimlaw.com, peterandrewkim@yahoo.com
- **Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Paul J Leeds**    Pleeds@fsl.law, ssanchez@fsl.law
- **Benjamin R Levinson**    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Damian J. Martinez**    damian.martinez@aalrr.com
- **Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Donald W Reid**    don@donreidlaw.com, ecf@donreidlaw.com
- **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Peter J Ryan**    ryan@floresryan.com, schneider@floresryan.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- **John N Tedford**    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _9/12/22_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor*
Jinzheng Group (USA) LLC
1414 S Azusa Ave, Suite B-22
West Covina, CA 91791

*Presiding Judge:*
Hon. Ernest M. Robles
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/12/22 | Margie Arias | /s/ Margie Arias |
|---------|--------------|------------------|
| *Date*  | *Printed Name* | *Signature*    |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## 2. SERVED BY UNITED STATES MAIL (Cont'd.):

**Manual Notice List:**

Atkinson, Andelson, Loya, Ruud & Romo
201 S Lake Ave., Ste. 300
Pasadena, CA 91101

Avenue 8
c/o Darren Hubert
3900 Wilshire Blvd
Beverly Hills, CA 90212

Michael Douglas Carlin
PO Box 67132
Century City, CA 90067

Coldwell Banker Real Estate, LLC
388 S Lake Ave.
Pasadena, CA 91101

Koo, Chow & Company, LLP
767 North Hill Street, Suite 500
Los Angeles, CA  90012

Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067

RE/MAX of Cerritos
17212 Norwalk Blvd
Cerritos, CA  90703

Peter J. Ryan
FLORES RYAN, LLP
115 W. California Blvd., #9010
Pasadena, CA 91105

Shioda Langley and Chang LLP
1063 E Las Tunas Dr.
San Gabriel, CA 91776

The Crem Group
3900 W Alameda Ave., Suite 1200
Burbank, CA 91505

Jay Wu
LT Management Group Estate
1414 S. Azusa Avenue, B-22
West Covina, CA  91791

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.