| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (State Bar No. 266280)<br>zs@DanningGill.com<br>ALPHAMORLAI L. KEBEH (State Bar No. 336798)<br>akebeh@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone (310) 277-0077<br>Facsimile (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Jinzheng Group (USA) LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRIBUTION OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br><br>JINZHENG GROUP (USA) LLC,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-16674-ER<br>CHAPTER: 11<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 10/24/2022 | **Time:** 11:00 am |
|---|---|
| **Location:** Courtroom 1568, 255 E. Temple Street, Los Angeles, California 90012 | |

**Type of Sale**:   ☒ Public   ☐ Private         **Last date to file objections**: 10/10/2022

**Description of property to be sold**: All of Debtor's right, title and interest in real property located at 6840 De Celis Place, Apt. 9, Van Nuys, California 91406, bearing Assessor Parcel Number 225-001-043.

**Terms and conditions of sale**:
The Property will be sold for $650,000 in an "as-is," "where-is" condition, with no warranty or recourse whatsoever. See the motion for further details.

**Proposed sale price**: $ 650,000.00

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                Page 1                                        **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):** Minimum initial overbid: $660,000; minimum overbidding increments: $2,000; initial overbid deposit: $19,800. Overbid must be received at least three business days prior to the commencement of the hearing on the motion. The acceptance of any late overbids is subject to the Debtor's discretion. See the motion for further details.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**
October 24, 2022 at 11:00 a.m. in Courtroom 1568, 255 E. Temple Street, Los Angeles, California 90012.

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**
Alphamorlai L. Kebeh, Esq.
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA  90067
Telephone (310) 277-0077
Facsimile (310) 277-5735
email: akebeh@DanningGill.com

Date: 10/03/2022

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**