# EXHIBIT H



United Commercial Appraisers, LLC
www.unitedcommercialappraisers.com
Phone: 888-256-1219

Sep 21, 2022

Mr. Shy,

Thank you for allowing us the opportunity to serve you.  In accordance with your authorization, an appraisal report of the requested property(s) has been completed.

The report was completed in collaboration with Patrick Tobin MAI.  The appraisal analysis and conclusions in the report were developed in accordance with the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.  We strive to exceed your highest expectations and look forward to serving you again in the future.

Respectfully,

*Carey MacNeille*

Carey MacNeille

Managing Partner

# 31.33 Acres of Vacant Land

## 2929 Amethyst Street, E/S Sierra Street, East of Inyo Street & NEC Lincoln Park Avenue & Inyo Street

### *Los Angeles, California*

**Mr. Rommy Shy**
*SB Properties*
**15760 Ventura Boulevard**
*Encino, California* **91403**

**TOBIN**

Real Estate Advisors,

**INC.**

*Two Prudential Plaza*
180 North Stetson Avenue
Suite 3500
Chicago, Illinois 60601
(312) 214-3260
Email: TobinReAdvInc@cs.com
Web Site: TobinRealEstateAdvisorsInc.squarespace.com

**TOBIN**

Real Estate Advisors,

**INC.**

Two Prudential Plaza
180 North Stetson Avenue
Suite 3500
Chicago, Illinois 60601
(312) 214-3260
Email: TobinReAdvInc@cs.com
Website: TobinRealEstateAdvisorsInc.squarespace.com

September 8, 2022

**Mr. Rommy Shy**
*SB Properties*
*5760 Ventura Boulevard*
*Encino, California* 91403

**31.33 ACRES OF VACANT LAND, 2929 AMETHYST STREET, E/S SIERRA STRET, EAST
OF INYO STREET & NEC LINCOLN PARK AVENUE & INYO STREET
*LOS ANGELES, CALIFORNIA***

Dear Mr. Shy:

At your request, we have completed a market value appraisal report of the above referenced
development in accordance with *the Uniform Standards of Professional Appraisal Practice
(USPAP) of the Appraisal Foundation* and the *Code of Professional Ethics and Standards of
Professional Practice of the Appraisal Institute* and *United Commercial Appraisers'* minimum
appraisal standards. The purpose of our engagement is to express an estimate of market
value, and the intended use of our appraisal will be utilized as one of the factors for
determining market value pertaining to decision-making purposes regarding a bankruptcy
discharge of the subject.   In this instance, we have been requested to prepare a complete
appraisal estimating the market value of the fee simple interest in the above referenced
property.  The subject site is approximately 31.33 acres or 1,364,735 square feet.

Our value estimate is based upon an analysis of the property and research into those factors
influencing its value. It is our opinion that the market value of the fee simple interest in the
underlying real property known as 31.33 Acres of Vacant Land, 2929 Amethyst Street, E/S
Sierra Street, East of Inyo Street and the NEC Lincoln Park Avenue & Inyo Street, Los
Angeles, California, as of September 8, 2022, was:

**SIX MILLION EIGHT HUNDRED THOUSAND DOLLARS
($6,800,000)**

We appreciate this opportunity to be of service to you.  If we can be of further assistance, or if
you would like to discuss our findings, please call Patrick L. Tobin, MAI at (312) 214-3260.

Sincerely, *Tobin Real Estate Advisors, Inc.*

INVESTOR ADVISORY                    PERFORMANCE IMPROVEMENT                    LITIGATION SUPPORT

# REGIONAL AREA



TOBIN REAL ESTATE ADVISORS, INC.

# TABLE OF CONTENTS

**PAGE**

**I.    INTRODUCTION**

    SUMMARY OF IMPORTANT FACTS AND CONCLUSIONS . . . . . . .    4
    DESCRIPTION OF THE VALUATION  . . . . . . . . . . . . . . . . . . . . . . . . .    6
    DEFINITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . .    7

**II.    PROPERTY ANALYSIS**

    SITE, ZONING AND AD VALOREM TAX ANALYSIS  . . . . . . . . . . . . . .    9

**III.    MARKET ANALYSIS**

    REGIONAL (LOS ANGELES METROPOLITAN AREA)
    ECONOMIC OVERVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..    13
    NEIGHBORHOOD ANALYSIS  . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . ..    13
    LOCAL RESIDENTIAL MULTIFAMILY MARKET ANALYSIS. . . .  . . . .    15
    HIGHEST AND BEST USE ANALYSIS . . . . . . . . .  . . . . . . . . . . . . . .    20

**IV.    FINANCIAL ANALYSIS**

    THE VALUATION PROCESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    22
    THE SALES COMPARISON APPROACH . . . . .. . . . . . . . . . . . . . . . . . .    23
    RECONCILIATION AND FINAL VALUE ESTIMATE . . . . . . . . . . . . . .    30
    TOBIN REAL ESTATE ADVISORS, INC. *VALUEPLUS* MANAGEMENT LETTER . . . .    31
    CERTIFICATION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    33
    ASSUMPTIONS AND LIMITING CONDITIONS . . . . .. . . . . . . . . . . . .    35

**V.    ADDENDA**

    A. LEGAL DESCRIPTION
    B. RESUMES

TOBIN REAL ESTATE ADVISORS, INC.



2929 Amethyst St

Scale 1: 100,000

1" = 1.58 mi        Data Zoom 11-0

TORIN REAL ESTATE ADVISORS, INC.

# I. INTRODUCTION

NEIGHBORHOOD AREA

TOBIN REAL ESTATE ADVISORS, INC.

# SUMMARY OF IMPORTANT FACTS AND CONCLUSIONS

| | |
|---|---|
| **Property Address** | 2929 Amethyst Street, E/S Sierra Street, East of Inyo Street and the NEC Lincoln Park Avenue & Inyo Street *Los Angeles, Riverside County, California.* |
| **Legal Description** | See Addenda A. The subject parcel is identified by *California Thomas Bros.* Map # as *Riverside County*/529-G3, 595-B7, *Property Tax Assessor* parcel numbers 5208-025-014, 5209-005-003, 5209-009-001). |
| **Property Description** | The subject site is approximately 31.33 acres or 1,364,735 square feet. |
| **Highest and Best Use** | Residential development as vacant. |
| **Date of Valuation** | September 8, 2022 |
| **Dates of Inspection** | September 8, 2022 |
| **Date of Report** | September 8, 2022 |
| **Interest Appraised** | Fee Simple Interest |

## INDICATIONS FROM VALUATION APPROACHES

Market Value Conclusion

| | |
|---|---|
| **Cost** | N/A |
| **Sales Comparison** | $6,800,000 |
| **Income Capitalization** | N/A |
| **Market Value Conclusion** | $6,800,000 |
| **Estimated Exposure Period/ Marketing Time** | Nine to twelve months, both preceding and subsequent to the effective date. |
| **Marketability Assessment** | The subject property is located in the *Southeast Los Angeles* residential multifamily submarket, in a densely populated and high traffic area featuring residential improvements along side streets and retail/residential improvements along major thoroughfares. |
| **Market Overview** | The subject property is located within one of the more active residential areas of metropolitan *Los Angeles.* |

● Page 4

## Subject Photos



Aerial View of Amethyst Street Property



Aerial View of Subject Property located E/S Sierra Street

Located in the high density, high traffic, *Southeast Los Angeles* multifamily submarket, the property is appears to be leased. Surrounding residential single and multifamily properties continued to experience average rental and occupancy rates in this market. The area is an established residential corridor with strong demographics, high density and significant barriers to entry.

## Subject Aerial Map



## Subject Photos



Aerial View of Subject Property located at Northeast Corner of Lincoln Park Avenue & Inyo Street

# DESCRIPTION OF THE VALUATION

**PURPOSE AND FUNCTION OF THE APPRAISAL**  It is our understanding that the client intends to utilize this report among other factors to plan as one of the factors for determining market value pertaining to decision-making purposes regarding a bankruptcy discharge of the subject.

**SCOPE OF APPRAISAL** This appraisal engagement has been conducted using generally accepted appraisal standards and techniques in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute, additionally incorporating the Uniform Standards of Professional Appraisal Practice (USPAP) and FIRREA guidelines. Your appraisers are competent to complete this report in accordance with the competency provision in USPAP, specifically, that we have properly identified the problem to be addressed and have the knowledge to complete the assignment competently.  Our analysis included the following tasks:

- An inspection of the property on September 8, 2022.

- Conversations with Realtors, brokers, developers, property owners, leasing agents, appraisers and public officials regarding the subject property, capital market rates and terms, cost estimates in the area, recent sales and the general health and viability of the local real estate industry.

- Analysis of zoning regulations, tax assessment data and a variety of demographic and market data.

- Analysis of comparable building sales, land sales, rent comparables and expense comparables (as part of our market value appraisal report to follow).

- Property specific information, including business plans, property budgets and property specific data (including zoning regulations, tax assessment data and market analysis prepared by property managers).

- Preparation of a complete appraisal report providing a description of the property appraised and a discussion of the valuation techniques employed in the income capitalization, sales comparison and cost approaches, as applicable.

## EXPOSURE PERIOD/MARKETING TIME
According to the USPAP statement on Appraisal Standards (No. 6), exposure time is the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; marketing time is similar except it is subsequent to the date of value.  Based upon discussions with national, regional, and local real estate professionals who are familiar with the subject's market area and an analysis of comparable sales and listings, the exposure period/marketing time for the subject property is estimated to be nine to twelve months.

## OWNERSHIP & HISTORY
The property is owned by *Jihzheng Group, USA, LLC.* The subject property has not sold in the past three years, according to our search of *Costar,* a commercial vendor of public records sales, and conversations with our client.

TOBIN REAL ESTATE ADVISORS, INC.



**SUBJECT PROPERTY**



# DEFINITIONS

## MARKET VALUE

Market Value is defined in the *Uniform Standards of Professional Appraisal Practice* as a type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of rights), as of a certain date, under specific conditions set for in the definition of the term identified by the appraiser as applicable in an appraisal. *FIRREA* defines market value as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1.  Buyer and seller are typically motivated;
2.  Both parties are well informed or well advised and acting in what they consider their own best interest;
3.  A reasonable time is allowed for exposure in the open market;
4.  Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5.  The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

## FEE SIMPLE ESTATE

The fee simple estate is defined as absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat (*Dictionary of Real Estate Appraisal*, p. 140).

## NEIGHBORHOOD

A neighborhood is described as a group of complementary land uses, or a congruous grouping of inhabitants, buildings or business enterprises (*Dictionary of Real Estate Appraisal*).

## HIGHEST AND BEST USE

According to the *Dictionary of Real Estate Appraisal*, highest and best use is defined as the reasonably probable and legal use of vacant land or an improved property that is physically possible appropriately supported, and that results in the highest land value. The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility and maximum profitability. The concept of highest and best use applies separately to the land as though vacant and as improved. As vacant, among all reasonable alternative uses, it is the use that yields the highest present land value after compensating labor, capital and coordination. As improved, it is the use that should be made assuming its current operation, renovated and retained so long as it continues to contribute to the total market value of the property or until the return from a new improvement would more than offset the cost of demolishing the existing building and constructing a new one. With respect to timing, highest and best use may be considered as **potential** (future use contingent on marketplace/property changes), **current** (as of the valuation date), and **interim** (continued use spanning the time between the valuation date and the maturity of the land for its potential highest and best use).

TOBIN REAL ESTATE ADVISORS, INC.



**SUBJECT PROPERTY**



# II. PROPERTY ANALYSIS

TOBIN REAL ESTATE ADVISORS, INC.

## Subject Plat Map



29

## SITE, ZONING & AD VALOREM TAX ANALYSIS

### SITE

- **Size and Configuration** The overall property consists of an irregular-shaped parcel containing approximately 31.22 acres or 1,364,735 square feet. Source: *California Thomas Bros.* Map # as *Riverside County*/529-G3, 595-B7, *Property Tax Assessor* parcel numbers 5208-025-014, 5209-005-003, 5209-009-001).

- **Access**   Access to the overall site is primarily by Amethyst, Sierra, Inyo Street and Lincoln Park Avenue.

- **Frontage**   The overall site features substantial frontage along Amethyst, Sierra, Inyo streets and Lincoln Park Avenue.

- **Site and Street Improvements**   None. Amethyst, Sierra, Inyo Street and Lincoln Park Avenue: two-way north/south and east/west two-lane streets traveling along the border of the subject property, with asphalt paving, concrete curbs, sidewalks, streetlights and gutters.

- **Topography and Drainage**  Level at street grade with adequate drainage.

- **Flood Hazard** According to Federal Emergency Management Agency, Community Panel Number 06037C1629F, dated September 26, 2008, the subject property is located in Zone X, an area of minimal flooding, however, on an historical basis, the subject is located in an area of steeper terrain with debris from upper elevations common in the area after substantial rainfall.

- **Soil and Subsoil Conditions**   The soil and subsoil for the subject site appear to be adequate to support the development of the site to its highest and best use. We have not, however, been supplied with a soil or sub-soil study and assume that no soil or subsoil conditions exist that would adversely affect the long-term investment potential of the property.

- **Utilities**   Water is available by the *City of Los Angeles*, sewer is available via the *City of Los Angeles*, gas available by *Southern California Gas,* electric by *Los Angeles Electric* and telephone/cable by various carriers.

- **Easements or Restrictions** The site is encumbered with several types of easements, including typical utility and drainage easements plus cross easements for access. None of the easements appear to provide any detrimental effect.

- **Environmentally Hazardous Substances**   We have not reviewed a phase I environmental site assessment of the subject property. All value conclusions are subject to the property being non-environmentally impaired.

The site appears to be well suited for its current utilization.

### ZONING

- **District**   R1, Residential District (City of *Los Angeles* Zoning Ordinance).

● Page 9

## Subject Flood Map

## Flood Data

| | |
|---|---|
| Flood Zone: | **X** ⓘ |
| In SFHA: | **NO** |
| NFIP Community Name: | **CITY OF LOS ANGELES** |
| Participation Status: | **TRUE** |
| Panel Number: | **06037C1629F** |
| Panel Date: | **2008-09-26** |
| Community Number: | **060137** |
| Census Block: | **060371991102** |

# Flood Map

**Flood Zones**

- Zone A
- Zone B
- Zone D
- Zone V

Zones C and X are transparent

TOBIN REAL ESTATE ADVISORS, INC.

- **Principal Permitted Uses**    The purpose of this district is to accommodate low-density residential and institutional uses.

- **Principal Restrictions** See chart below.

- **Likelihood of Rezoning** None at present.

- **Conformity**    The subject improvements appear to represent a legal and conforming use regarding its use as a dental office facility. If the subject is more than 50% destroyed by fire, the rebuilt improvements would likely be required to conform to the zoning ordinance, viewed as not affecting the sale market of the subject since most sale comparables identified in this report also are affected by this requirement.

- **Site Development Regulations Summary**

| | |
|---|---|
| Maximum Height | 50 feet. |
| Minimum Lot Area | Not less than 10,000 square feet. |
| Maximum Floor Area Ratio (FAR) | N/A |
| Maximum Lot Coverage | 70%. |
| Minimum Lot Width | 50 feet. |
| Off-Street Loading | One berth for every 10,000 to 100,000 square feet. |
| Setbacks | Front, side & rear: none. |
| Required Parking | One space for each 400 square feet over 4,000 square feet for retail/office use. |

## AD VALOREM TAX

- **Tax I.D. Number**    5208-025-014, 5209-005-003, 5209-009-001

- **Taxing Authority**  *Riverside County*

- **Taxpayer**  *Jihzheng Group, USA, LLC*

- **Tax Year**  2020

- **Due Dates**:    2021 (two installments)

- **Assessment Ratio to Market Value**  100 percent

- **Total Assessments and Taxes**    See following table.

- Page 10

## Subject Plat Map



30

| Permanent Real Estate Index Number | 2020 Assessed Land Value | 2020 Assessed Improvmnt. Value | 2020 Total Assessed Value | 2020 Real Estate Taxes Payable In 2021 |
|---|---|---|---|---|
| 5208-025-014 | $19,835,739 | $0 | $19,835,739 | N/A |
| 5209-005-003 | 251,966 | 0 | 251,966 | |
| 5209-009-001 | 788,383 | 0 | 788,383 | |
| Total | $20,876,088 | $0 | $20,876,088 | N/A* |

*tax bill not available for this assignment.

Properties are reassessed every three years. The *Property Tax Assessor* identifies and assigns fair market values for many parcels of property in the county, and also applies the level of assessment mandated by the county's classification system to determine the assessed valuation (derives the overall share of taxes paid). Vacant property is assessed at 100% of fair market value and commercial and industrial properties are assessed at 100% percent of market value, respectively. The assessor administers exemptions offered to homeowners and accepts, processes and reviews assessment appeals. The *County Assessor's Office* does not determine property taxes; property taxes fluctuate due to increases/decreases in spending by local government agencies, such as schools, parks and fire districts and municipalities. Using a mass appraisal system, the *Assessor's Office* analyzes sales data of similar properties in every neighborhood of each township being reassessed that year. Tax rates for the metropolitan area have recently moderated, and properties are reassessed every year. The taxes are reasonable for its size based upon a review of the properties presented in our sales comparison approach, but also should be appealed every year. *Proposition 13,* passed in 1978, limits property tax increases to 2% per year unless the property is sold and re-assessed. Subject property appears to be over-assessed based upon an analysis of vacant land sales in this report.

TOBIN REAL ESTATE ADVISORS, INC.

## Subject Plat Map



31

# III. MARKET ANALYSIS

TOBIN REAL ESTATE ADVISORS, INC.

# REGIONAL (LOS ANGELES METROPOLITAN AREA) ECONOMIC OVERVIEW/NEIGHBORHOOD DATA

TOBIN REAL ESTATE ADVISORS, INC.

# Los Angeles

**Los Angeles** (US: /lɔːs ˈændʒələs/ (🔊 listen) *lawss AN-jəl-əs*;[a] Spanish: *Los Ángeles* [los ˈaŋxeles], lit. 'The Angels'), often referred to by its initials **L.A.**,[13] is the largest city in the U.S. state of California. With a population of roughly 3.9 million as of 2020,[8] it is the second largest city in the United States after New York City and one of the world's most populous megacities. Los Angeles is known for its Mediterranean climate, ethnic and cultural diversity, Hollywood film industry, and sprawling metropolitan area. The city of Los Angeles lies in a basin in Southern California, adjacent to the Pacific Ocean extending through the Santa Monica Mountains and into the San Fernando Valley. It covers about 469 square miles (1,210 km²),[7] and is the seat of Los Angeles County, which is the most populous county in the United States with an estimated 9.86 million as of 2022.[14]

# Geography

## Topography

The city of Los Angeles covers a total area of 502.7 square miles (1,302 km²), comprising 468.7 square miles (1,214 km²) of land and 34.0 square miles (88 km²) of water.[70] The city extends for 44 miles (71 km) north-south and for 29 miles (47 km) east-west. The perimeter of the city is 342 miles (550 km).

Los Angeles is both flat and hilly. The highest point in the city proper is Mount Lukens at 5,074 ft (1,547 m),[71][72] located at the northeastern end of the San Fernando Valley. The eastern end of the Santa Monica Mountains stretches from Downtown to the Pacific Ocean and separates the Los Angeles Basin from the San Fernando Valley. Other hilly parts of Los Angeles include the Mt. Washington area north of Downtown, eastern parts such as Boyle Heights, the Crenshaw district around the Baldwin Hills, and the San Pedro district.

Surrounding the city are much higher mountains. Immediately to the north lie the San Gabriel Mountains, which is a popular recreation area for Angelenos. Its high point is Mount San Antonio, locally known as Mount Baldy, which reaches 10,064 feet (3,068 m). Further afield, the highest point in southern California

# Climate



Los Angeles (Downtown)

Climate chart (explanation)

Average max. and min. temperatures in °F

Precipitation totals in inches

Source: NOAA[87]

Metric conversion

Average max. and min. temperatures in °C

Precipitation totals in mm

Los Angeles has a two-season Mediterranean climate of dry summer and very mild winter (Köppen *Csb* on the coast and most of downtown, *Csa* near the metropolitan region to the west), and receives just enough annual precipitation to avoid being classified as a semi-arid climate (*BSh*).[88] Daytime temperatures are generally temperate all year round. In winter, they average around 68 °F (20 °C) giving it a tropical feel although it is a few degrees too cool to be a true tropical climate on average due to cool night temperatures.[89][90] Los Angeles has plenty of sunshine throughout the year, with an average of only 35 days with measurable precipitation annually.[91]

Temperatures in the coastal basin exceed 90 °F (32 °C) on a dozen or so days in the year, from one day a month in April, May, June and November to three days a month in July, August, October and to five days in September.[91] Temperatures in the San Fernando and San Gabriel Valleys are considerably warmer. Temperatures are subject to substantial daily swings; in inland areas the difference between the average daily low and the average daily high is over 30 °F (17 °C).[92] The average annual temperature of the sea is 63 °F (17 °C), from 58 °F (14 °C) in January to 68 °F (20 °C) in August.[93] Hours of sunshine total more than 3,000 per year, from an average of 7 hours of sunshine per day in December to an average of 12 in July

# Economy

The economy of Los Angeles is driven by international trade, entertainment (television, motion pictures, video games, music recording, and production), aerospace, technology, petroleum, fashion, apparel, and tourism. Other significant industries include finance, telecommunications, law, healthcare, and transportation. In the 2017 Global Financial Centres Index, Los Angeles was ranked as having the 19th most competitive financial center in the world, and sixth most competitive in the United States (after New York City, San Francisco, Chicago, Boston, and Washington, D.C.).

One of the five major film studios, Paramount Pictures, is within the city limits,[171] its location being part of the so-called "Thirty-Mile Zone" of entertainment headquarters in Southern California.



Employment by industry in Los Angeles County (2015)

Los Angeles is the largest manufacturing center in the United States.[172] The contiguous ports of Los Angeles and Long Beach together comprise the busiest port in the United States by some measures and the fifth-busiest port in the world, vital to trade within the Pacific Rim.[172]

The Los Angeles metropolitan area has a gross metropolitan product of over $1.0 trillion (as of 2018),[19] making it the third-largest economic metropolitan area in the world after Tokyo and New York.[19] Los Angeles has been classified an "alpha world city" according to a 2012 study by a group at Loughborough University.[173]



Kaiser Sunset Hospital in Los Angeles. Kaiser Permanente was the largest non-government employer in Los Angeles County in 2018.

As of 2018, Los Angeles is home to three Fortune 500 companies: AECOM, CBRE Group, and Reliance Steel & Aluminum Co.[177] Other companies headquartered in Los Angeles and the surrounding metropolitan area include The Aerospace Corporation, California Pizza Kitchen,[178] Capital Group Companies, Deluxe Entertainment Services Group, Dine Brands Global, DreamWorks Animation, Dollar Shave Club, Fandango Media, Farmers Insurance Group, Forever 21, Hulu, Panda Express, SpaceX, Ubisoft Film & Television, The Walt Disney Company, Universal Pictures, Warner Bros., Warner Music Group, and Trader Joe's.

| Largest non-government employers in Los Angeles County, August 2018[179] | | |
|------|------|------|
| Rank | Employer | Employees |
| 1 | Kaiser Permanente | 37,468 |
| 2 | University of Southern California | 21,055 |
| 3 | Northrop Grumman Corp. | 16,600 |
| 4 | Providence Health and Services Southern California | 15,952 |
| 5 | Target Corp. | 15,000 |
| 6 | Ralphs/Food 4 Less (Kroger Co. Division) | 14,970 |
| 7 | Cedars-Sinai Medical Center | 14,903 |
| 8 | Walt Disney Co. | 13,000 |
| 9 | Allied Universal | 12,879 |
| 10 | NBC Universal | 12,000 |

# Economy

Recovery for the Los Angeles economy is mixed, with certain sectors seeing more robust gains than others. Overall, recent economic gains have outpaced national averages, but much of that was due to the harder downtown Los Angeles saw compared to most U.S. metros. The unemployment rate has come down considerably during the past year and today is in line with levels coming into pandemic.

Los Angeles' position as the entertainment capital of the world and the increased demand for video streaming and social media had been a boon to the L.A. economy during the past several years. Recent job gains in the sector have been solid, and as a result, total employment in the sector has recovered all the jobs lost in the pandemic. The entertainment business directly or indirectly employs one out of five workers in L.A. County.

The metro has yet to regain all the jobs in the tourism-related sectors. Tourism is important for the local economy, and the impact to this sector and its employees is considerable. Before the pandemic, over 500,000 people in the county were employed in the leisure and hospitality industry. The city had more than 50 million visitors in 2019. Visitor volumes have somewhat come back. Stores, restaurants, and lodging in tourist hotspots like Downtown L.A., Hollywood, Beverly Hills, and Santa Monica are dependent on tourists spending.

The industrial sector has sustained growth through the pandemic as warehousing demands increased by ecommerce operators. A backup at the ports has led to a record number of ships waiting to unload cargo. The need for warehousing space and limited land has led to developers targeting infill development sites that can be scraped for modern warehouse construction. The overall Southern California industrial market, which includes the five-county area of Los Angeles, Ventura, San Bernardino, Riverside, and Orange counties, recently surpassed 2 billion SF of industrial inventory.

As more of a structural issue that needs to be addressed long term, the prohibitive cost of housing in L.A. is a major impediment to hiring and is often cited as a motivating factor for companies to relocate to other parts of the country. Although the market appears to be cooling, home prices have increased considerably since the onset of the pandemic.

Despite near-term issues related to the pandemic, the metro economy possesses many positive attributes. It has two major talent generators in USC and UCLA along with top-tier universities such as Cal Tech that support a growing tech economy. It is perennially among the top five metros in the country for venture capital investment. Education levels, while below the national average, improve every year. More people making six-figure paychecks continue to move to L.A. than are leaving.

## LOS ANGELES EMPLOYMENT BY INDUSTRY IN THOUSANDS

| Industry | CURRENT JOBS | | CURRENT GROWTH | | 10 YR HISTORICAL | | 5 YR FORECAST | |
|---|---|---|---|---|---|---|---|---|
| | Jobs | LQ | Market | US | Market | US | Market | US |
| Manufacturing | 322 | 0.8 | 2.39% | 3.56% | -1.53% | 0.69% | -0.60% | 0.15% |
| Trade, Transportation and Utilities | 857 | 1.0 | 4.43% | 3.37% | 1.02% | 1.23% | 0.13% | 0.12% |
| Retail Trade | 419 | 0.9 | 3.11% | 2.38% | 0.40% | 0.63% | 0.05% | 0.10% |
| Financial Activities | 216 | 0.8 | 1.21% | 2.03% | 0.10% | 1.41% | 0.05% | 0.24% |
| Government | 567 | 0.8 | 1.21% | 1.01% | 0.31% | 0.17% | 0.42% | 0.53% |
| Natural Resources, Mining and Construction | 157 | 0.6 | 4.71% | 4.39% | 3.41% | 2.52% | 0.30% | 0.33% |
| Education and Health Services | 891 | 1.2 | 4.84% | 2.71% | 2.38% | 1.59% | 0.94% | 0.69% |
| Professional and Business Services | 661 | 1.0 | 4.86% | 4.71% | 1.62% | 2.13% | 0.12% | 0.44% |
| Information | 225 | 2.5 | 0.28% | 4.45% | 1.61% | 1.07% | 0.89% | 0.46% |
| Leisure and Hospitality | 528 | 1.1 | 16.60% | 11.38% | 2.39% | 1.48% | 1.75% | 1.43% |
| Other Services | 155 | 0.9 | 10.62% | 5.01% | 0.72% | 0.58% | 0.66% | 0.61% |
| Total Employment | 4,580 | 1.0 | 5.11% | 3.96% | 1.25% | 1.27% | 0.52% | 0.50% |

Source: Oxford Economics
LQ = Location Quotient

**Economy**

Los Angeles Multi-Family

**JOB GROWTH (YOY)**



Source: Oxford Economics

**UNEMPLOYMENT RATE (%)**



© 2022          Tobin Real Estate Advisors ·

TOBIN REAL ESTATE ADVISORS, INC.



Los Angeles Multi-Family

**NET EMPLOYMENT CHANGE (YOY)**



**MEDIAN HOUSEHOLD INCOME**



© 2022    Tobin Real Estate Advisors

TOBIN REAL ESTATE ADVISORS, INC.

**Economy**

Los Angeles Multi-Family



**Economy**

Los Angeles Multi-Family

## DEMOGRAPHIC TRENDS

| Demographic Category | Current Level | | 12 Month Change | | 10 Year Change | | 5 Year Forecast | |
|---|---|---|---|---|---|---|---|---|
| | Metro | US | Metro | US | Metro | US | Metro | US |
| Population | 9,803,759 | 332,531,219 | -0.3% | 0.2% | -0.2% | 0.6% | 0.1% | 0.5% |
| Households | 3,253,712 | 124,133,117 | -0.4% | 0.1% | 0% | 0.7% | 0.1% | 0.5% |
| Median Household Income | $85,504 | $74,486 | 11.7% | 9.1% | 5.1% | 3.9% | 3.5% | 3.1% |
| Labor Force | 5,074,590 | 164,958,531 | 1.7% | 2.2% | 0.4% | 0.6% | 0.5% | 0.4% |
| Unemployment | 4.9% | 3.6% | -3.6% | -1.7% | -0.6% | -0.5% | - | - |

Source: Oxford Economics

### POPULATION GROWTH


### LABOR FORCE GROWTH


### INCOME GROWTH


Source: Oxford Economics

TOBIN REAL ESTATE ADVISORS, INC.

# Arts and culture

Los Angeles is often billed as the "Creative Capital of the World" because one in every six of its residents works in a creative industry[180] and there are more artists, writers, filmmakers, actors, dancers and musicians living and working in Los Angeles than any other city at any other time in history.[181]

## Movies and the performing arts



Hollywood Bowl

The city's Hollywood neighborhood has become recognized as the center of the motion picture industry and the Los Angeles area is also associated with being the center of the television industry.[182] The city is home to major film studios as well as major record labels. Los Angeles plays host to the annual Academy Awards, the Primetime Emmy Awards, the Grammy Awards as well as many other entertainment industry awards shows. Los Angeles is the site of the USC School of Cinematic Arts which is the oldest film school in the United States.[183]

The performing arts play a major role in Los Angeles's cultural identity. According to the USC Stevens Institute for Innovation, "there are more than 1,100 annual theatrical productions and 21 openings every week."[181] The Los Angeles Music Center is "one of the three largest performing arts centers in the nation", with more than 1.3 million visitors per year.[184] The Walt Disney Concert Hall, centerpiece of the Music Center, is home to the prestigious Los Angeles Philharmonic.[185] Notable organizations such as Center Theatre Group, the Los Angeles Master Chorale, and the Los Angeles Opera are also resident companies of the Music Center.[186][187][188] Talent is locally cultivated at premier institutions such as the Colburn School and the USC Thornton School of Music.



The Dolby Theatre, venue for the Academy Awards

# Sports

The city of Los Angeles and its metropolitan area are the home of eleven top-level professional sports teams, several of which play in neighboring communities but use Los Angeles in their name. These teams include the Los Angeles Dodgers[214] and Los Angeles Angels[215] of Major League Baseball (MLB), the Los Angeles Rams[216] and Los Angeles Chargers of the National Football League (NFL), the Los Angeles Lakers[217] and Los Angeles Clippers[218] of the National Basketball Association (NBA), the Los Angeles Kings[219] and Anaheim

Los Angeles Memorial Coliseum

Ducks[220] of the National Hockey League (NHL), the Los Angeles Galaxy[221] and Los Angeles FC[222] of Major League Soccer (MLS), and the Los Angeles Sparks of the Women's National Basketball Association (WNBA).[223]

Other notable sports teams include the UCLA Bruins and the USC Trojans in the National Collegiate Athletic Association (NCAA), both of which are Division I teams in the Pac-12 Conference, but will soon be moved to the Big Ten Conference

# Education

## Colleges and universities

There are three public universities within the city limits: California State University, Los Angeles (CSULA), California State University, Northridge (CSUN) and University of California, Los Angeles (UCLA).[252]

Private colleges in the city include:

- American Film Institute Conservatory[253]
- Alliant International University[254]
- American Academy of Dramatic Arts (Los Angeles Campus)[255]
- American Jewish University[256]
- Abraham Lincoln University[257]
- The American Musical and Dramatic Academy – Los Angeles campus
- Antioch University's Los Angeles campus[258]
- Charles R. Drew University of Medicine and Science[259]
- Colburn School[260]
- Columbia College Hollywood[261]
- Emerson College (Los Angeles Campus)[262]
- Emperor's College[263]
- Fashion Institute of Design & Merchandising's Los Angeles campus (FIDM)
- Los Angeles Film School[264]
- Loyola Marymount University (LMU is also the parent university of Loyola Law School in Los Angeles)[265]
- Marymount College[266]
- Mount St. Mary's College[267]
- National University of California[268]
- Occidental College ("Oxy")[269]
- Otis College of Art and Design (Otis)[270]
- Southern California Institute of Architecture (SCI-Arc)[271]
- Southwestern Law School[272]
- University of Southern California (USC)[273]
- Woodbury University[274]



Los Angeles branch of the California State Normal School on Vermont Avenue in Downtown Los Angeles, between 1882 and 1914. The site is now occupied by the Los Angeles Central Library.



California State University, Los Angeles

## Schools

Los Angeles Unified School District serves almost all of the city of Los Angeles, as well as several surrounding communities, with a student population around 800,000.[284] After Proposition 13 was approved in 1978, urban school districts had considerable trouble with funding. LAUSD has become known for its underfunded, overcrowded and poorly maintained campuses, although its 162 Magnet schools help compete with local private schools.



The Los Angeles Central Library is in Downtown Los Angeles.

Several small sections of Los Angeles are in the Inglewood Unified School District,[285] and the Las Virgenes Unified School District.[286] The Los Angeles County Office of Education operates the Los Angeles County High School for the Arts.

# Infrastructure

## Transportation

### Freeways

The city and the rest of the Los Angeles metropolitan area are served by an extensive network of freeways and highways. Texas Transportation Institute's annual Urban Mobility Report ranked Los Angeles area roads the most congested in the United States in 2019 as measured by annual delay per traveler, area residents experiencing a cumulative average of 119 hours waiting in traffic that year.[300] Los Angeles was followed by San Francisco/Oakland, Washington, D.C., and Miami. Despite the congestion in the city, the mean daily travel time for commuters in Los Angeles is shorter than other major cities, including New York City, Philadelphia and Chicago. Los Angeles's mean travel time for work commutes in 2006 was 29.2 minutes, similar to those of San Francisco and Washington, D.C.[301]



The Judge Harry Pregerson Interchange, connecting the Century Freeway (I-105) and the Harbor Freeway (I-110)

The major highways that connect LA to the rest of the nation include Interstate 5, which runs south through San Diego to Tijuana in Mexico and north through Sacramento, Portland, and Seattle to the Canada–US border; Interstate 10, the southernmost east–west, coast-to-coast Interstate Highway in the United States, going to Jacksonville, Florida; and U.S. Route 101, which heads to the California Central Coast, San Francisco, the Redwood Empire, and the Oregon and Washington coasts.

The LA County Metropolitan Transportation Authority (LA County Metro) and other agencies operate an extensive system of bus lines, as well as subway and light rail lines across Los Angeles County, with a combined monthly ridership (measured in individual boardings) of 38.8 million as of September 2011. The majority of this (30.5 million) is taken up by the city's bus system,[302] the second busiest in the country. The subway and light rail combined average the remaining roughly 8.2 million boardings per month.[302] LA County Metro recorded over 397 million boardings for the 2017 calendar year, including about 285 million bus riders and about 113 million riding on rail transit.[303] For the first quarter of 2018, there were just under 95 million system-wide boardings, down from about 98 million in 2017, and about 105 million in 2016.[304] In 2005, 10.2% of Los Angeles commuters rode some form of public transportation.[305] According to the 2016 American Community Survey, 9.2% of working Los Angeles (city) residents made the journey to work via public transportation.[306]



Los Angeles Metro Rail and Metro Transitway map

The city's subway system is the ninth busiest in the United States and its light rail system is the country's busiest.[307] The rail system includes the B and D subway lines, as well as the A, C, E, and L light rail lines. In 2016, the E Line was extended to the Pacific Ocean at Santa Monica. The Metro G and J lines are bus rapid transit lines with stops and frequency similar to those of light rail. As of 2018, the total number of light rail stations is 93. The city is also central to the commuter rail system Metrolink, which links Los Angeles to all neighboring counties as well as many suburbs.[308]

Besides the rail service provided by Metrolink and the Los Angeles County Metropolitan Transportation Authority, Los Angeles is served by inter-city passenger trains from Amtrak. The main rail station in the city is Union Station just north of Downtown.

In addition, the city directly contracts for local and commuter bus service through the Los Angeles Department of Transportation, or LADOT.

## Airports

The main international and domestic airport serving Los Angeles is Los Angeles International Airport (IATA: **LAX**, ICAO: **KLAX**), commonly referred to by its airport code, **LAX**.[309]

Other major nearby commercial airports include:

- (IATA: **ONT**, ICAO: **KONT**) Ontario International Airport, owned by the city of Ontario, CA; serves the Inland Empire.[310]
- (IATA: **BUR**, ICAO: **KBUR**) Hollywood Burbank Airport, jointly owned by the cities of Burbank, Glendale, and Pasadena. Formerly known as Bob Hope Airport and Burbank Airport, the closest airport to Downtown Los Angeles serves the San Fernando, San Gabriel, and Antelope Valleys.[311]
- (IATA: **LGB**, ICAO: **KLGB**) Long Beach Airport, serves the Long Beach/Harbor area.[312]
- (IATA: **SNA**, ICAO: **KSNA**) John Wayne Airport of Orange County.

One of the world's busiest general-aviation airports is also in Los Angeles: Van Nuys Airport (IATA: **VNY**, ICAO: **KVNY**).[313]

## Seaports

The Port of Los Angeles is in San Pedro Bay in the San Pedro neighborhood, approximately 20 miles (32 km) south of Downtown. Also called Los Angeles Harbor and WORLDPORT LA, the port complex occupies 7,500 acres (30 km²) of land and water along 43 miles (69 km) of waterfront. It adjoins the separate Port of Long Beach.[314]



The Vincent Thomas Bridge is at Terminal Island.

The sea ports of the Port of Los Angeles and Port of Long Beach together make up the *Los Angeles/Long Beach Harbor*.[315][316] Together, both ports are the fifth busiest container port in the world, with a trade volume of over 14.2 million TEU's in 2008.[317] Singly, the Port of Los Angeles is the busiest container port in the United States and the largest cruise ship center on the West Coast of the United States – The Port of Los Angeles's World Cruise Center served about 590,000 passengers in 2014.[318]

There are also smaller, non-industrial harbors along Los Angeles's coastline. The port includes four bridges: the Vincent Thomas Bridge, Henry Ford Bridge, Gerald Desmond Bridge, and Commodore Schuyler F. Heim Bridge. Passenger ferry service from San Pedro to the city of Avalon on Santa Catalina Island is provided by Catalina Express.

Currency: USD ($)

**Summary**   Population   Housing   Daytime Employme    Radius   2 mile, 5 mile, 10 mile    ▼

## Population

|  | 2 mile | 5 mile | 10 mile |
|---|---|---|---|
| 2010 Population | 124,382 | 896,846 | 3,235,440 |
| 2022 Population | 123,504 | 921,790 | 3,281,726 |
| 2027 Population Projection | 121,440 | 912,358 | 3,240,072 |
| Annual Growth 2010-2022 | -0.1% | 0.2% | 0.1% |
| Annual Growth 2022-2027 | -0.3% | -0.2% | -0.3% |
| Median Age | 35.8 | 38.2 | 37.7 |
| Bachelor's Degree or Higher | 20% | 28% | 27% |
| U.S. Armed Forces | 51 | 223 | 718 |

## Housing

|  | 2 mile | 5 mile | 10 mile |
|---|---|---|---|
| Median Home Value | $661,662 | $760,757 | $741,015 |
| Median Year Built | 1956 | 1960 | 1958 |

## Households

|  | 2 mile | 5 mile | 10 mile |
|---|---|---|---|
| 2010 Households | 34,807 | 294,042 | 1,059,860 |

|  | 2 mile | 5 mile | 10 mile |
|---|---|---|---|
| 2022 Households | 34,136 | 305,656 | 1,077,953 |
| 2027 Household Projection | 33,478 | 303,116 | 1,064,656 |
| Annual Growth 2010-2022 | 0.4% | 0.8% | 0.5% |
| Annual Growth 2022-2027 | -0.4% | -0.2% | -0.2% |
| Owner Occupied Households | 12,696 | 92,013 | 351,330 |
| Renter Occupied Households | 20,782 | 211,102 | 713,326 |
| Avg Household Size | 3.5 | 2.9 | 2.9 |
| Avg Household Vehicles | 2 | 2 | 2 |
| Total Specified Consumer Spending ($) | $1.1B | $9.5B | $33.8B |

## Income

|  | 2 mile | 5 mile | 10 mile |
|---|---|---|---|
| Avg Household Income | $78,397 | $87,482 | $86,532 |
| Median Household Income | $56,604 | $61,446 | $60,795 |
| < $25,000 | 7,523 | 69,197 | 237,718 |
| $25,000 - 50,000 | 7,708 | 59,841 | 219,370 |
| $50,000 - 75,000 | 6,165 | 48,648 | 179,363 |
| $75,000 - 100,000 | 3,957 | 34,159 | 121,532 |
| $100,000 - 125,000 | 2,956 | 28,391 | 96,975 |
| $125,000 - 150,000 | 1,862 | 17,865 | 60,737 |
| $150,000 - 200,000 | 1,914 | 20,920 | 70,082 |

Sources:  *Los Angeles Chamber of Commerce, 2022; Los Angeles County Department - Planning Division; Costar, 2022.*

● Page 14

# LOCAL RESIDENTIAL MULTIFAMILY RENTAL MARKET ANALYSIS

- Page 15



# Multi-Family Market Report

# Los Angeles - CA

**PREPARED BY**

Pat Tobin

| 12 Mo. Delivered Units | 12 Mo. Absorption Units | Vacancy Rate | 12 Mo. Asking Rent Growth |
|---|---|---|---|
| **9,417** | **15,203** | **3.4%** | **5.3%** |

The L.A. apartment market has witnessed notable improvements since the beginning of 2021 after experiencing the worst conditions in 2020 in over a decade. Vacancies have been trending down since peaking at the end of 2020 and are currently 3.4%. Demand has been particularly strong in recent quarters. Gains in the market have been broad-based, as almost every location in the metro has seen solid occupancy gains.

Los Angeles has lagged the nation with respect to rent growth since the onset of the pandemic. Rents recovered to pre-pandemic peaks in May 2021, whereas the nation achieved that milestone in January 2021. Asking rents are presently increasing at a robust pace but are still increasing at a more modest pace than most other major apartment markets nationally.

Los Angeles has seen elevated construction levels for years and still has a sizable pipeline, 28,000 units, that needs to be absorbed in the coming quarters. Current construction levels represent 2.8% over existing inventory. Development activity is concentrated in specific areas that are more receptive to additional density, like Downtown Los Angeles and Koreatown.

Recent transaction activity has been robust and demonstrates investors are active in L.A.'s apartment market and willing to stomach some of the highest pricing and lowest cap rates in the nation. Many of the major apartment properties that have recently sold involved public/private partnerships that acquired newer market-rate apartments to convert to communities restricted to middle-income renters.

## KEY INDICATORS

| Current Quarter | Units | Vacancy Rate | Asking Rent | Effective Rent | Absorption Units | Delivered Units | Under Constr Units |
|---|---|---|---|---|---|---|---|
| 4 & 5 Star | 138,014 | 7.0% | $3,331 | $3,300 | 2,129 | 1,371 | 24,286 |
| 3 Star | 214,113 | 3.1% | $2,328 | $2,318 | 398 | 165 | 3,633 |
| 1 & 2 Star | 644,934 | 2.8% | $1,652 | $1,645 | 311 | 0 | 86 |
| Market | 997,061 | 3.4% | $2,188 | $2,175 | 2,838 | 1,536 | 28,005 |

| Annual Trends | 12 Month | Historical Average | Forecast Average | Peak | When | Trough | When |
|---|---|---|---|---|---|---|---|
| Vacancy Change (YOY) | -0.6% | 4.4% | 3.6% | 6.0% | 2020 Q3 | 3.1% | 2000 Q3 |
| Absorption Units | 15,203 | 5,029 | 8,606 | 32,602 | 2021 Q4 | (5,462) | 2002 Q4 |
| Delivered Units | 9,417 | 6,007 | 9,630 | 12,277 | 2021 Q2 | 883 | 2011 Q4 |
| Demolished Units | 142 | 653 | 558 | 1,552 | 2010 Q3 | 49 | 2002 Q2 |
| Asking Rent Growth (YOY) | 5.3% | 2.6% | 3.4% | 8.1% | 2001 Q1 | -6.8% | 2009 Q4 |
| Effective Rent Growth (YOY) | 5.6% | 2.6% | 3.4% | 8.5% | 2022 Q1 | -6.8% | 2009 Q4 |
| Sales Volume | $14.2B | $6.5B | N/A | $14.7B | 2022 Q2 | $1.7B | 2010 Q1 |

Recent apartment demand in L.A. has been exceptional, with net absorption of units running at its highest levels in decades. As a result, vacancy has come down to 3.4%, at its lowest levels in years and a dramatic improvement from the most recent peak of around 6% in late 2020. Current levels are now below historical averages: over the past 20 years, vacancy in the L.A. metro has averaged 4.4%.

Suburban locations, including the Antelope Valley and many spots in the San Fernando and San Gabriel valleys, saw occupancies hold up better earlier on in the pandemic. These locations have benefited from relatively affordable units and less competition from new supply. Conditions in these submarkets remain strong, but even submarkets that fared worse in 2020, primarily more expensive areas of town with elevated construction pipelines, like Downtown Los Angeles and Santa Monica, saw considerable improvements in occupancies during 2021.

Current vacancies in higher-quality, 4 & 5 Star properties, 7.0%, are elevated relative to lower-quality properties. Vacancies in 3 Star and 1 & 2 Star properties are currently 3.1% and 2.8%, respectively. It is worth noting the spread in vacancies between higher- and lower-quality properties has compressed dramatically in recent quarters. In late 2020, the disparity was the highest seen in at least two decades.

L.A. has one of the highest percentages of renters of any U.S. metro, with roughly half of all households renting their homes. Elevated home prices force many residents to rent out of necessity. It takes an income well above the median household income for the metro to comfortably afford a median-priced home.

Looking ahead, market vacancy is anticipated to continue to decline for the near to mid-term, as tenant demand is forecast to be relatively strong. The supply pipeline, while a concern for specific submarkets of the metro, should have a limited aspect on market-wide occupancies.

**ABSORPTION, NET DELIVERIES & VACANCY**



© 2022          Tobin Real Estate Advisors


Los Angeles Multi-Family

**OVERALL & STABILIZED VACANCY**



**VACANCY RATE**



# Vacancy

Los Angeles Multi-Family

**VACANCY BY BEDROOM**



The L.A. apartment market is a laggard with respect to recent rent movements. Although average asking rents have been increasing since early 2021, rent growth during the last 12 months, 5.3%, was below the gains of 6.7% seen nationally. Average asking rents in L.A. presently stand at $2,190/month. Looking ahead, rent growth is expected to remain relatively strong through at least the rest of the year given current market tightness combined with a favorable demand outlook.

However, these figures represent the entire L.A. apartment market, and it's important to understand how rental rate performance has been stratified since the onset of the pandemic. Considering asset quality, losses earlier on in the pandemic were most pronounced in higher-end, 4 & 5 Star properties versus lower-quality communities, as tenants migrated to more affordable housing options inside and outside of the metro. From a location standpoint, more affordable apartment locations, including the Antelope Valley and many pockets in the

San Fernando Valley and San Gabriel Valley, have generally outperformed with respect to rent growth.

Rent regulations in the L.A. apartment market and their potential impact on tenants and investors are important to consider. Assembly Bill 1482, which took effect at the start of 2020, limits yearly rent increases across all of California to 5% plus the cost of inflation for the next 10 years and strengthens renter protections against eviction. The L.A. County Board of Supervisors also voted unanimously to implement permanent rent control for buildings built before 1995 in unincorporated parts of the county in 2019.

In November 2020, Californians voted no on Proposition 21 by a 60%-40% margin. The bill sought to eliminate the statewide Costa-Hawkins Act, which places limits on rent control. A similar bill from the same group of backers was defeated in 2018 by a roughly 3-2 margin.

**DAILY ASKING RENT PER SF**



Los Angeles

© 2022                    Tobin Real Estate Advisors



Case 2:21-bk-16674-ER   Doc 396-1   Filed 10/10/22   Entered 10/10/22 16:49:19   Desc
Exhibit H   Page 51 of 152

**Los Angeles Multi-Family**

**MARKET RENT PER UNIT & RENT GROWTH**



**MARKET RENT PER UNIT BY BEDROOM**



© 2022      Tobin Real Estate Advisors

TOBIN REAL ESTATE ADVISORS, INC.

The Los Angeles apartment market witnessed 9,300 net new units deliver during the past 12 months. Major notable recent deliveries include VOX, the second apartment community part of the Cumulus mixed-use development. The 910-unit project by national multifamily developer Carmel Partners is next to the Expo/La Cienega LA metro stop in West Adams and also includes 100,000 SF of retail space with a Whole Foods.

In North Hollywood, Trammell Crow completed Alexan NOHO West, the 642-unit apartment component to the large NOHO West mixed-use project adjacent to the 170 freeway. The complex also comprises significant retail and office components.

There are 28,000 market-rate units under construction in Los Angeles County, representing 2.8% of existing inventory. Relative to the market's history, the number of units underway is elevated and is near peak levels seen during the past two decades. Developers have continued to break ground on projects in recent quarters. 2021 saw the most new construction starts in a year since 2016.

Looking at current construction levels, submarkets Downtown Los Angeles, Burbank, Koreatown, and Hollywood have the most apartment units currently under construction relative to the area's existing inventory. With

the exception of Burbank, these submarkets have been construction hotspots for years, as these submarkets are among the few areas in the metro that are receptive to greater density.

Burbank, in contrast, usually sees minimal construction levels. Burbank's activity is driven by two projects, 777 N Front St. (572 units) and First Street Village (275 units). 777 N Front commenced construction in June 2021 and First Street Village in late 2020.

High construction costs, NIMBY sentiment, anti-density politics, and onerous permitting processes make it difficult to develop new communities in most areas of Greater Los Angeles. Despite Los Angeles seeing elevated apartment construction relative to the past two decades, the market has been chronically undersupplied for years when it comes to housing, especially affordable housing.

Given elevated construction costs, higher-end communities are often the only development opportunities that pencil out. For example, Los Angeles saw 9,300 new apartment units added during the past 12 months. 7,600 of units that were completed during that time were in high-end, 4 & 5 Star communities.

**DELIVERIES & DEMOLITIONS**



© 2022          Tobin Real Estate Advisors

# Under Construction Properties

Los Angeles Multi-Family

| Properties | Units | Percent of Inventory | Avg. No. Units |
|:---:|:---:|:---:|:---:|
| **346** | **28,005** | **2.8%** | **81** |

## UNDER CONSTRUCTION PROPERTIES



▼ **Under Construction**

Google   Map data ©2022 Google, INEGI

## UNDER CONSTRUCTION

| | Property Name/Address | Rating | Units | Stories | Start | Complete | Developer/Owner |
|:---:|---|:---:|:---:|:---:|:---:|:---:|---|
| 1 | **Ferrante**<br>300 N Beaudry Ave | ★★★★☆ | 1,150 | 7 | Aug 2019 | Nov 2022 | G.H. Palmer Associates<br>G.H. Palmer Associates |
| 2 | **12101 W Olympic Blvd** | ★★★★☆ | 600 | 7 | Jul 2020 | Mar 2023 | Hines<br>Hines |
| 3 | **LaTerra Select Burbank**<br>777 N Front St | ★★★★☆ | 573 | 8 | Jun 2021 | Jun 2023 | LaTerra Development<br>Herbert F & Jane Boeckmann |
| 4 | **AVA Arts District**<br>668 S Alameda St | ★★★★☆ | 475 | 7 | Apr 2021 | Oct 2024 | AvalonBay Communities, Inc.<br>AvalonBay Communities, Inc. |
| 5 | **Alloy**<br>520 Mateo St | ★★★★☆ | 475 | 35 | Apr 2022 | Nov 2023 | Carmel Partners<br>Carmel Partners |
| 6 | **8th & Figueroa**<br>732-756 S Figueroa St | ★★★★☆ | 438 | 41 | Apr 2021 | Nov 2024 | Mitsui Fudosan America Inc<br>Mitsui Fudosan Co. Ltd. |
| 7 | **ONNI East Lake**<br>232 Long Beach Blvd | ★★★★☆ | 432 | 23 | Mar 2020 | May 2023 | Onni Group<br>Onni Group |

© 2022   Tobin Real Estate Advisors

# Under Construction Properties

Los Angeles Multi-Family

## UNDER CONSTRUCTION

| | Property Name/Address | Rating | Units | Stories | Start | Complete | Developer/Owner |
|---|---|---|---|---|---|---|---|
| 8 | **234 N Center St** | ★★★★☆ | 430 | 3 | Jul 2021 | Jun 2023 | Atlas Capital Group LLC / County of Los Angeles |
| 9 | **The Q De Soto** 6109 N De Soto Ave | ★★★★★ | 376 | 7 | Jul 2022 | Aug 2024 | California Home Builders / California Home Builders |
| 10 | **696 S New Hampshire Ave** | ★★★★☆ | 375 | 38 | Sep 2020 | Apr 2023 | Holland Partner Group / - |
| 11 | **Glassell Park** 2910 N San Fernando Rd | ★★★★☆ | 370 | 5 | May 2022 | Jun 2024 | Fairfield / Fairfield |
| 12 | **Rise Koreatown** 3525 W 8th St | ★★★★★ | 365 | 7 | Jun 2019 | Dec 2022 | Cal Coast Development Corp. / Encore Capital Management |
| 13 | **Camden Arts District** 1525 Industrial St | ★★★★☆ | 354 | 7 | Feb 2022 | Dec 2023 | Camden Property Trust / Camden Property Trust |
| 14 | **Esperanza at Duarte Stat...** 1700 Business Center | ★★★★☆ | 344 | 5 | Jun 2021 | Oct 2022 | MBK Real Estate Companies / MBK Real Estate Companies |
| 15 | **First Street Village** 275-375 N 1st St | ★★★★☆ | 325 | 5 | Aug 2020 | Oct 2022 | Del Rey Properties / Del Rey Properties |
| 16 | **Hollywood Park - Reside...** 1050 S Prairie Ave | ★★★★☆ | 314 | 3 | Jan 2020 | Oct 2022 | Wilson Meany / Wilson Meany |
| 17 | **Jasper** 2528 S Grand Ave | ★★★★☆ | 296 | 7 | Mar 2021 | Mar 2023 | CityView / CityView |
| 18 | **Chroma** 6709 Independence Ave | ★★★★☆ | 275 | 5 | Aug 2020 | Nov 2022 | Fairfield / Fairfield |
| 19 | **24 by Uncommon - Phas...** 20000 Prairie St | ★★★★☆ | 268 | 5 | May 2020 | Oct 2022 | Uncommon Developers LLC / MGA Entertainment, Inc. |
| 20 | **South Bay X** 12850-12900 Crenshaw Blvd | ★★★★☆ | 265 | 8 | May 2022 | Jan 2025 | Stockbridge Capital Group, LLC / CityView |
| 21 | **4253 E Live Oak Ave** | ★★★★☆ | 259 | 3 | Oct 2021 | Jan 2023 | - / Avery Creek Llc |
| 22 | **Modera Argyle** 1546 N Argyle Ave | ★★★★☆ | 253 | 7 | Jan 2022 | May 2025 | Mill Creek Residential Trust LLC / Mill Creek Residential Trust LLC |
| 23 | **The Bora 3170** 3170 W Olympic Blvd | ★★★★☆ | 252 | 7 | Jan 2021 | Jan 2023 | CBS Property Group LLC / Choi Bo Sung, Inc. |
| 24 | **Atlas House** 2500 Wilshire Blvd | ★★★★☆ | 248 | 13 | Feb 2020 | Oct 2022 | Jamison Services, Inc. / Jamison Services, Inc. |
| 25 | **Astra** 215 E Regent St | ★★★★☆ | 243 | 6 | Nov 2021 | Dec 2022 | - |
| 26 | **1800 W Beverly Blvd** | ★★★★☆ | 243 | 5 | Nov 2021 | Nov 2023 | CityView / CityView |
| 27 | **Market Gateway** 204-228 N La Brea Ave | ★★★★☆ | 242 | 5 | May 2020 | Oct 2022 | Thomas Safran & Associates / Thomas Safran & Associates |
| 28 | **MR2 Lofts** 6901 Santa Monica Blvd | ★★★★☆ | 231 | 7 | Jun 2020 | Mar 2023 | Onni Group / Onni Group |

Multifamily transaction activity during the last 12 months in Los Angeles, $14.1 billion, was strong, above historical averages, and demonstrates ample investor demand for the property type. This demand has translated in strong recent price appreciation.

Looking at notable recent sales, in July 2022, California Home Builders acquired Modera West LA from Mill Creek Residential for $230.66 million ($617,000/unit) at a 3.6% in-place cap rate. Mill Creek developed the 2018-built, 374-unit community in Westchester. Upon acquiring the property, California Home Builders rebranded the community The Q Playa.

In June 2022, Stockbridge Capital Group purchased The Behay in Historic Filipinotown from Trammell Crow Residential for $137.75 million ($689,000/unit). The sale represents a record for the area on an absolute and per-unit price basis. The 200-unit, 2020-built community also has 24,000 SF of ground-floor retail, including a Target.

Several of the largest recent transactions in L.A. have involved public/private partnerships purchasing newer market-rate apartments to convert to communities restricted to middle-income renters, those making 60%-120% of median area income. In a recent example of

such public/private partnership, in February 2022, the California Statewide Communities Development Authority (CSCDA) partnered with Faring to purchase The Crescent at West Hollywood from Apartment Income REIT for $100 million ($769,000/unit). The 130-unit community is at 1274 N Crescent Heights Blvd. The CSCDA owns and financed the acquisitions with tax-exempt financing. Faring will oversee operations at the property.

Other large transactions executed under this structure have closed since early 2021 in Carson (Union South Bay), Glendale (Altana Apartments, Brio, Next on Lex, and Towne at Glendale), Hawthorne (Millennium South Bay), Long Beach (Oceanaire), Monrovia (Moda at Monrovia Station), Pasadena (Residences at Westgate, The Hudson, Westgate Apartments), Pomona (Monterey Station, 777 Place), and Sun Valley (Villa Del Sol Apartments).

Average market pricing, at $420,000/unit, is well above the national average of $260,000/unit. Average market cap rates, at 3.9%, are well below the U.S. average of 5.0%. Key drivers of the market's elevated pricing include the metro's position as the second-largest metro in the nation, diverse economic drivers, and a land-constrained coastal location.

**SALES VOLUME & MARKET SALE PRICE PER UNIT**



© 2022   Tobin Real Estate Advisors

**Sales**

**MARKET CAP RATE**



Forecast

Los Angeles 3 Star    Los Angeles 4-5 Star    Los Angeles    United States

# Sales Past 12 Months

Los Angeles Multi-Family

| Sale Comparables | Avg. Price/Unit (thous.) | Average Price (mil.) | Average Vacancy at Sale |
|---|---|---|---|
| **2,191** | **$367** | **$6.6** | **7.8%** |

## SALE COMPARABLE LOCATIONS



## SALE COMPARABLES SUMMARY STATISTICS

| Sales Attributes | Low | Average | Median | High |
|---|---|---|---|---|
| Sale Price | $680,000 | $6,587,889 | $2,755,000 | $330,000,000 |
| Price/Unit | $36,354 | $367,005 | $290,000 | $2,750,000 |
| Cap Rate | 1.0% | 4.1% | 4.0% | 13.9% |
| Vacancy Rate At Sale | 0% | 7.8% | 0% | 100% |
| Time Since Sale in Months | 0.0 | 6.6 | 6.8 | 12.0 |
| **Property Attributes** | **Low** | **Average** | **Median** | **High** |
| Property Size in Units | 2 | 18 | 8 | 642 |
| Number of Floors | 1 | 2 | 2 | 22 |
| Average Unit SF | 33 | 801 | 774 | 4,094 |
| Year Built | 1895 | 1957 | 1959 | 2022 |
| Star Rating | ★☆☆☆☆ | ★★☆☆☆ 2.2 | ★★☆☆☆ | ★★★★★ |

© 2022    Tobin Real Estate Advisors ·

# Sales Past 12 Months

Los Angeles Multi-Family

### RECENT SIGNIFICANT SALES

| | Property Name/Address | Property Information | | | | Sale Information | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Rating | Yr Built | Units | Vacancy | Sale Date | Price | Price/Unit | Price/SF |
| 1 | 1221 Ocean Avenue<br>1221 Ocean Ave | ★★★★★ | 1971 | 120 | 4.2% | 4/27/2022 | $330,000,000 | $2,750,000 | $1,315 |
| 2 | The Q Playa<br>5901-5921 Center Dr | ★★★★★ | 2018 | 374 | 10.4% | 7/29/2022 | $230,660,000 | $616,737 | $718 |
| 3 | Array Vista Canyon<br>17350 Humphreys Pky | ★★★★ | 2020 | 480 | 16.3% | 12/28/2021 | $230,250,000 | $479,687 | $535 |
| 4 | Bell Warner Center<br>21050 Kittridge St | ★★★★ | 2020 | 395 | 39.5% | 9/20/2021 | $216,000,000 | $546,835 | $477 |
| 5 | Vela on OX<br>21221 Oxnard St | ★★★★ | 2018 | 379 | 4.2% | 1/19/2022 | $183,000,000 | $482,849 | $538 |
| 6 | The Boulevard Apartment Ho...<br>20600 Ventura Blvd | ★★★★ | 2014 | 340 | 0.9% | 11/8/2021 | $174,500,000 | $513,235 | $384 |
| 7 | Evolve South Bay<br>285 E Del Amo Blvd | ★★★★ | 2020 | 300 | 1.7% | 5/26/2022 | $171,000,000 | $570,000 | $584 |
| 8 | Atrio<br>1901 N Buena Vista St | ★★★★ | 2010 | 277 | 9.4% | 10/7/2021 | $161,100,000 | $581,588 | $373 |
| 9 | Volta on Pine<br>635 Pine Ave | ★★★★ | 2021 | 271 | 24.7% | 1/24/2022 | $156,000,000 | $575,645 | $547 |
| 10 | Millennium South Bay<br>12540 Crenshaw Blvd | ★★★★ | 2021 | 230 | 42.6% | 12/1/2021 | $144,000,000 | $626,086 | $600 |
| 11 | Bahay<br>330 N Westlake Ave | ★★★★ | 2020 | 200 | 5.0% | 6/6/2022 | $137,750,000 | $688,750 | $684 |
| 12 | Kinley West LA<br>6711 S Sepulveda Blvd | ★★★★ | 2021 | 180 | 19.4% | 3/9/2022 | $135,000,000 | $750,000 | $839 |
| 13 | The Villas at Woodland Hills<br>5807 Topanga Canyon Blvd | ★★ | 1971 | 324 | 3.7% | 5/9/2022 | $134,500,000 | $415,123 | $368 |
| 14 | Avana Rancho Palos Verdes<br>6600 Beachview Dr | ★★★ | 1988 | 215 | 0.5% | 11/8/2021 | $130,783,500 | $608,295 | $546 |
| 15 | Monterey Station<br>180 E Monterey Ave | ★★★★ | 2014 | 349 | 3.7% | 12/9/2021 | $130,000,000 | $372,492 | $316 |
| 16 | Jefferson SoLA<br>10930 Garfield Ave | ★★★★ | 2021 | 244 | 49.2% | 5/23/2022 | $130,000,000 | $532,786 | $520 |
| 17 | The Enclave<br>13801-13829 Paramount Blvd | ★★★★ | 1991 | 306 | 7.8% | 2/3/2022 | $128,500,000 | $419,934 | $357 |
| 18 | Oceano at Warner Center<br>6355 De Soto Ave | ★★★★★ | 2012 | 244 | 10.3% | 5/23/2022 | $113,700,000 | $465,983 | $455 |
| 19 | Santo Tomas Apartments<br>4318 Santo Tomas Dr | ★★ | 1948 | 343 | 0% | 8/12/2022 | $112,795,217 | $328,849 | $379 |
| 20 | SB Tower<br>600 S Spring St | ★★★ | 1959 | 263 | 6.8% | 4/8/2022 | $111,814,000 | $425,148 | $323 |

**Submarkets**

Los Angeles Multi-Family

LOS ANGELES SUBMARKETS



# Submarkets

Los Angeles Multi-Family

## SUBMARKET INVENTORY

| No. | Submarket | Inventory | | | | 12 Month Deliveries | | | | Under Construction | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bldgs | Units | % Market | Rank | Bldgs | Units | Percent | Rank | Bldgs | Units | Percent | Rank |
| 1 | Antelope Valley | 260 | 9,777 | 1.0% | 31 | 1 | 172 | 1.8% | 15 | 0 | 0 | 0% | - |
| 2 | Beach Communities | 907 | 12,632 | 1.3% | 29 | 0 | 0 | 0% | - | 1 | 115 | 0.9% | 27 |
| 3 | Beverly Hills/Century City… | 2,779 | 41,037 | 4.1% | 9 | 4 | 466 | 1.1% | 11 | 15 | 1,070 | 2.6% | 11 |
| 4 | Burbank | 1,073 | 15,156 | 1.5% | 26 | 1 | 5 | 0% | 26 | 3 | 944 | 6.2% | 14 |
| 5 | Central San Fernando Vly | 270 | 8,744 | 0.9% | 32 | 0 | 0 | 0% | - | 0 | 0 | 0% | - |
| 6 | Downtown Los Angeles | 430 | 35,838 | 3.6% | 13 | 4 | 547 | 1.5% | 7 | 20 | 4,313 | 12.0% | 1 |
| 7 | East Hollywood | 2,453 | 34,311 | 3.4% | 14 | 12 | 486 | 1.4% | 9 | 20 | 1,017 | 3.0% | 13 |
| 8 | Glendale | 2,715 | 35,948 | 3.6% | 12 | 1 | 5 | 0% | 26 | 4 | 290 | 0.8% | 21 |
| 9 | Greater Culver City | 2,286 | 40,683 | 4.1% | 10 | 11 | 474 | 1.2% | 10 | 20 | 1,202 | 3.0% | 7 |
| 10 | Greater Inglewood | 4,275 | 52,170 | 5.2% | 5 | 13 | 1,355 | 2.6% | 1 | 19 | 2,198 | 4.2% | 3 |
| 11 | Hollywood | 1,774 | 41,096 | 4.1% | 8 | 9 | 575 | 1.4% | 6 | 18 | 1,633 | 4.0% | 5 |
| 12 | Koreatown | 2,724 | 59,452 | 6.0% | 3 | 10 | 1,282 | 2.2% | 2 | 45 | 3,195 | 5.4% | 2 |
| 13 | Long Beach/Ports | 4,426 | 59,738 | 6.0% | 2 | 4 | 590 | 1.0% | 5 | 12 | 1,514 | 2.5% | 6 |
| 14 | Mid-Wilshire | 2,495 | 37,862 | 3.8% | 11 | 10 | 214 | 0.6% | 13 | 25 | 1,098 | 2.9% | 9 |
| 15 | North Hills/Panorama City | 541 | 15,187 | 1.5% | 25 | 2 | 34 | 0.2% | 22 | 2 | 83 | 0.5% | 29 |
| 16 | North San Fernando Valley | 195 | 5,745 | 0.6% | 35 | 0 | 0 | 0% | - | 1 | 56 | 1.0% | 30 |
| 17 | Northeast Los Angeles | 1,614 | 19,406 | 1.9% | 21 | 5 | 180 | 0.9% | 14 | 16 | 1,095 | 5.6% | 10 |
| 18 | Northridge | 317 | 12,310 | 1.2% | 30 | 0 | 0 | 0% | - | 1 | 54 | 0.4% | 31 |
| 19 | Pasadena | 1,762 | 26,724 | 2.7% | 15 | 1 | 3 | 0% | 28 | 5 | 354 | 1.3% | 20 |
| 20 | San Gabriel Valley | 3,496 | 64,179 | 6.4% | 1 | 6 | 783 | 1.2% | 4 | 14 | 1,663 | 2.6% | 4 |
| 21 | Santa Clarita Valley | 117 | 13,198 | 1.3% | 28 | 0 | 0 | 0% | - | 0 | 0 | 0% | - |
| 22 | Santa Monica | 2,140 | 25,649 | 2.6% | 17 | 3 | 272 | 1.1% | 12 | 12 | 672 | 2.6% | 17 |
| 23 | Sherman Oaks | 787 | 15,274 | 1.5% | 23 | 2 | 9 | 0.1% | 25 | 4 | 104 | 0.7% | 28 |
| 24 | South Bay | 2,509 | 48,668 | 4.9% | 7 | 3 | 52 | 0.1% | 19 | 6 | 751 | 1.5% | 16 |
| 25 | South Los Angeles | 1,428 | 25,900 | 2.6% | 16 | 0 | 0 | 0% | - | 2 | 179 | 0.7% | 24 |
| 26 | Southeast Los Angeles | 4,462 | 58,358 | 5.9% | 4 | 6 | 509 | 0.9% | 8 | 8 | 215 | 0.4% | 22 |
| 27 | Studio City/N Hollywood | 3,132 | 51,890 | 5.2% | 6 | 12 | 949 | 1.8% | 3 | 26 | 1,045 | 2.0% | 12 |
| 28 | Sun Valley | 403 | 8,610 | 0.9% | 33 | 2 | 29 | 0.3% | 24 | 5 | 125 | 1.5% | 26 |
| 29 | Tarzana | 160 | 6,849 | 0.7% | 34 | 0 | 0 | 0% | - | 1 | 16 | 0.2% | 32 |
| 30 | Van Nuys | 1,177 | 23,077 | 2.3% | 18 | 6 | 124 | 0.5% | 16 | 6 | 184 | 0.8% | 23 |
| 31 | Venice Beach | 592 | 21,019 | 2.1% | 20 | 0 | 34 | 0.2% | 22 | 4 | 355 | 1.7% | 19 |
| 32 | West County | 58 | 2,527 | 0.3% | 36 | 1 | 78 | 3.1% | 18 | 0 | 0 | 0% | - |
| 33 | West Hollywood | 974 | 15,233 | 1.5% | 24 | 2 | 44 | 0.3% | 20 | 10 | 173 | 1.1% | 25 |
| 34 | West San Fernando Valley | 403 | 14,571 | 1.5% | 27 | 2 | 39 | 0.3% | 21 | 2 | 376 | 2.6% | 18 |
| 35 | Westlake | 998 | 22,276 | 2.2% | 19 | (1) | 0 | 0% | - | 17 | 1,126 | 5.1% | 8 |
| 36 | Woodland Hills | 231 | 15,960 | 1.6% | 22 | 1 | 115 | 0.7% | 17 | 4 | 790 | 4.9% | 15 |

© 2022

Tobin Real Estate Advisors

# Submarkets

## SUBMARKET RENT

| No. | Market | Asking Rents | | | | Effective Rents | | | | | |
|-----|--------|----------|--------|------|-----------|----------|--------|------|-----------|------------|------|
| | | Per Unit | Per SF | Rank | Yr. Growth | Per Unit | Per SF | Rank | Yr. Growth | Concession | Rank |
| 1 | Antelope Valley | $1,665 | $2 | 35 | 5.6% | $1,655 | $1.99 | 35 | 5.2% | 0.6% | 8 |
| 2 | Beach Communities | $2,569 | $2.98 | 12 | 5.8% | $2,560 | $2.97 | 12 | 5.7% | 0.4% | 29 |
| 3 | Beverly Hills/Century City... | $3,258 | $3.70 | 3 | 4.7% | $3,236 | $3.68 | 3 | 4.9% | 0.7% | 6 |
| 4 | Burbank | $2,387 | $3 | 11 | 7.9% | $2,377 | $2.98 | 11 | 7.8% | 0.4% | 20 |
| 5 | Central San Fernando Vly | $1,959 | $2.44 | 24 | 4.4% | $1,952 | $2.43 | 24 | 5.3% | 0.4% | 33 |
| 6 | Downtown Los Angeles | $2,800 | $3.40 | 5 | 4.0% | $2,770 | $3.36 | 6 | 5.6% | 1.1% | 3 |
| 7 | East Hollywood | $1,741 | $2.66 | 16 | 3.4% | $1,728 | $2.64 | 16 | 3.1% | 0.7% | 5 |
| 8 | Glendale | $2,207 | $2.73 | 15 | 5.7% | $2,198 | $2.72 | 15 | 5.8% | 0.4% | 25 |
| 9 | Greater Culver City | $2,765 | $3.40 | 4 | 7.9% | $2,751 | $3.38 | 4 | 8.0% | 0.5% | 13 |
| 10 | Greater Inglewood | $1,641 | $2.41 | 27 | 3.1% | $1,621 | $2.37 | 27 | 2.4% | 1.2% | 2 |
| 11 | Hollywood | $2,357 | $3.20 | 8 | 4.0% | $2,344 | $3.18 | 8 | 5.2% | 0.6% | 10 |
| 12 | Koreatown | $1,862 | $2.81 | 14 | 4.7% | $1,848 | $2.79 | 14 | 4.8% | 0.8% | 4 |
| 13 | Long Beach/Ports | $1,801 | $2.58 | 20 | 5.9% | $1,790 | $2.56 | 20 | 6.2% | 0.6% | 9 |
| 14 | Mid-Wilshire | $2,637 | $3.15 | 9 | 7.2% | $2,624 | $3.14 | 9 | 7.4% | 0.5% | 14 |
| 15 | North Hills/Panorama City | $1,576 | $1.97 | 36 | 3.5% | $1,571 | $1.97 | 36 | 3.5% | 0.3% | 36 |
| 16 | North San Fernando Valley | $2,015 | $2.43 | 25 | 3.7% | $2,007 | $2.42 | 25 | 3.7% | 0.4% | 24 |
| 17 | Northeast Los Angeles | $1,718 | $2.59 | 19 | 2.5% | $1,708 | $2.58 | 19 | 2.5% | 0.5% | 12 |
| 18 | Northridge | $2,101 | $2.54 | 21 | 6.1% | $2,092 | $2.53 | 21 | 6.5% | 0.4% | 26 |
| 19 | Pasadena | $2,336 | $2.86 | 13 | 6.2% | $2,325 | $2.85 | 13 | 6.2% | 0.5% | 16 |
| 20 | San Gabriel Valley | $1,874 | $2.31 | 31 | 5.6% | $1,866 | $2.29 | 31 | 5.5% | 0.5% | 17 |
| 21 | Santa Clarita Valley | $2,483 | $2.64 | 17 | 4.8% | $2,474 | $2.63 | 17 | 4.9% | 0.4% | 27 |
| 22 | Santa Monica | $3,344 | $4.58 | 1 | 7.4% | $3,299 | $4.52 | 1 | 7.7% | 1.3% | 1 |
| 23 | Sherman Oaks | $2,236 | $2.51 | 22 | 4.9% | $2,226 | $2.50 | 22 | 5.1% | 0.4% | 23 |
| 24 | South Bay | $1,847 | $2.41 | 26 | 5.7% | $1,840 | $2.40 | 26 | 6.2% | 0.4% | 30 |
| 25 | South Los Angeles | $1,828 | $2.33 | 29 | 5.7% | $1,821 | $2.32 | 29 | 5.6% | 0.4% | 32 |
| 26 | Southeast Los Angeles | $1,611 | $2.22 | 33 | 7.0% | $1,604 | $2.20 | 33 | 6.9% | 0.5% | 18 |
| 27 | Studio City/N Hollywood | $2,153 | $2.63 | 18 | 5.9% | $2,140 | $2.62 | 18 | 5.9% | 0.6% | 7 |
| 28 | Sun Valley | $1,614 | $2.17 | 34 | 3.4% | $1,608 | $2.16 | 34 | 3.5% | 0.4% | 31 |
| 29 | Tarzana | $2,028 | $2.36 | 28 | 6.7% | $2,021 | $2.35 | 28 | 6.7% | 0.4% | 35 |
| 30 | Van Nuys | $1,682 | $2.24 | 32 | 4.2% | $1,676 | $2.24 | 32 | 4.2% | 0.4% | 28 |
| 31 | Venice Beach | $3,465 | $3.89 | 2 | 9.4% | $3,448 | $3.87 | 2 | 9.7% | 0.5% | 15 |
| 32 | West County | $3,237 | $3.39 | 6 | 4.2% | $3,224 | $3.37 | 5 | 4.1% | 0.4% | 22 |
| 33 | West Hollywood | $2,692 | $3.35 | 7 | 5.0% | $2,679 | $3.33 | 7 | 5.1% | 0.5% | 19 |
| 34 | West San Fernando Valley | $1,867 | $2.31 | 30 | 5.4% | $1,861 | $2.30 | 30 | 5.6% | 0.4% | 34 |
| 35 | Westlake | $1,477 | $2.47 | 23 | 2.9% | $1,470 | $2.46 | 23 | 3.1% | 0.4% | 21 |
| 36 | Woodland Hills | $2,665 | $3.03 | 10 | 9.5% | $2,651 | $3.01 | 10 | 10.7% | 0.6% | 11 |

# Submarkets

Los Angeles Multi-Family

**SUBMARKET VACANCY & ABSORPTION**

| No. | Submarket | Vacancy | | | 12 Month Absorption | | | Construc. Ratio |
|-----|-----------|---------|---------|------|---------|-----------|------|-----------------|
| | | Units | Percent | Rank | Units | % of Inv | Rank | |
| 1 | Antelope Valley | 448 | 4.6% | 32 | (13) | -0.1% | 36 | - |
| 2 | Beach Communities | 311 | 2.5% | 15 | 122 | 1.0% | 28 | - |
| 3 | Beverly Hills/Century City... | 2,424 | 5.9% | 34 | 995 | 2.4% | 5 | 0.4 |
| 4 | Burbank | 400 | 2.6% | 16 | 49 | 0.3% | 31 | 0.1 |
| 5 | Central San Fernando Vly | 138 | 1.6% | 3 | 167 | 1.9% | 24 | - |
| 6 | Downtown Los Angeles | 2,397 | 6.7% | 35 | 539 | 1.5% | 10 | 1.0 |
| 7 | East Hollywood | 1,539 | 4.5% | 31 | 559 | 1.6% | 9 | 0.8 |
| 8 | Glendale | 838 | 2.3% | 12 | 183 | 0.5% | 23 | 0 |
| 9 | Greater Culver City | 1,707 | 4.2% | 29 | 694 | 1.7% | 6 | 0.7 |
| 10 | Greater Inglewood | 2,125 | 4.1% | 28 | 1,386 | 2.7% | 3 | 1.0 |
| 11 | Hollywood | 2,083 | 5.1% | 33 | 1,417 | 3.4% | 2 | 0.4 |
| 12 | Koreatown | 2,233 | 3.8% | 26 | 2,076 | 3.5% | 1 | 0.5 |
| 13 | Long Beach/Ports | 2,008 | 3.4% | 22 | 587 | 1.0% | 8 | 1.0 |
| 14 | Mid-Wilshire | 1,468 | 3.9% | 27 | 637 | 1.7% | 7 | 0.3 |
| 15 | North Hills/Panorama City | 192 | 1.3% | 1 | 142 | 0.9% | 26 | 0.2 |
| 16 | North San Fernando Valley | 123 | 2.1% | 11 | 14 | 0.2% | 35 | - |
| 17 | Northeast Los Angeles | 677 | 3.5% | 23 | 295 | 1.5% | 17 | 0.5 |
| 18 | Northridge | 363 | 2.9% | 19 | 293 | 2.4% | 18 | - |
| 19 | Pasadena | 631 | 2.4% | 13 | 336 | 1.3% | 15 | - |
| 20 | San Gabriel Valley | 1,520 | 2.4% | 14 | 537 | 0.8% | 11 | 1.4 |
| 21 | Santa Clarita Valley | 374 | 2.8% | 17 | 72 | 0.5% | 30 | - |
| 22 | Santa Monica | 1,891 | 7.4% | 36 | 164 | 0.6% | 25 | 1.6 |
| 23 | Sherman Oaks | 448 | 2.9% | 18 | 270 | 1.8% | 19 | 0 |
| 24 | South Bay | 925 | 1.9% | 8 | 381 | 0.8% | 14 | 0.1 |
| 25 | South Los Angeles | 458 | 1.8% | 6 | 31 | 0.1% | 32 | - |
| 26 | Southeast Los Angeles | 1,073 | 1.8% | 7 | 457 | 0.8% | 13 | 1.1 |
| 27 | Studio City/N Hollywood | 1,625 | 3.1% | 21 | 1,090 | 2.1% | 4 | 0.9 |
| 28 | Sun Valley | 183 | 2.1% | 10 | 18 | 0.2% | 34 | 0.5 |
| 29 | Terzana | 115 | 1.7% | 4 | 30 | 0.4% | 33 | - |
| 30 | Van Nuys | 477 | 2.1% | 9 | 239 | 1.0% | 20 | 0.5 |
| 31 | Venice Beach | 775 | 3.7% | 25 | 299 | 1.4% | 16 | - |
| 32 | West County | 36 | 1.4% | 2 | 73 | 2.9% | 29 | 1.1 |
| 33 | West Hollywood | 463 | 3.0% | 20 | 198 | 1.3% | 22 | 0.2 |
| 34 | West San Fernando Valley | 258 | 1.8% | 5 | 126 | 0.9% | 27 | 0.3 |
| 35 | Westlake | 781 | 3.5% | 24 | 223 | 1.0% | 21 | - |
| 36 | Woodland Hills | 693 | 4.3% | 30 | 518 | 3.2% | 12 | - |



Multi-Family Submarket Report

# Southeast Los Angeles

Los Angeles - CA

**PREPARED BY**

Pat Tobin

# Overview

## Southeast Los Angeles Multi-Family

| 12 Mo. Delivered Units | 12 Mo. Absorption Units | Vacancy Rate | 12 Mo. Asking Rent Growth |
|---|---|---|---|
| **508** | **460** | **1.8%** | **6.1%** |

The Southeast Los Angeles Submarket presently has one of the lowest vacancy rates among submarkets in the L.A. metro. Occupancies have held up much better in locations in L.A. County that provide affordability and have also experienced modest construction pipelines. With among the lowest rents in Greater Los Angeles, the submarket has benefited from tenant demand for its ample inventory of cheap apartments. Asking rate gains in the submarket in recent years have notably outpaced the metro average.

Construction levels are typically very modest in the submarket, and current development levels as a percent of existing inventory are well below metrowide averages. However, the submarket saw the largest completion in decades with the delivery of the 244-unit Jefferson SoLA in South Gate at the end of 2021.

Looking at capital markets, the submarket offers some of the cheapest communities on absolute and per-unit bases. Recent sales activity demonstrates continued interest in assets in the area.

## KEY INDICATORS

| Current Quarter | Units | Vacancy Rate | Asking Rent | Effective Rent | Absorption Units | Delivered Units | Under Constr Units |
|---|---|---|---|---|---|---|---|
| 4 & 5 Star | 745 | 12.5% | $2,587 | $2,524 | 40 | 0 | 150 |
| 3 Star | 8,940 | 2.5% | $1,990 | $1,979 | 34 | 0 | 65 |
| 1 & 2 Star | 48,673 | 1.6% | $1,494 | $1,489 | 1 | 0 | 0 |
| Submarket | 58,358 | 1.8% | $1,611 | $1,604 | 75 | 0 | 215 |

| Annual Trends | 12 Month | Historical Average | Forecast Average | Peak | When | Trough | When |
|---|---|---|---|---|---|---|---|
| Vacancy Change (YOY) | 0.1% | 3.3% | 1.7% | 4.5% | 2009 Q3 | 1.7% | 2021 Q3 |
| Absorption Units | 460 | 35 | 107 | 835 | 2022 Q1 | (574) | 2002 Q1 |
| Delivered Units | 508 | 64 | 129 | 536 | 2022 Q2 | 0 | 2017 Q3 |
| Demolished Units | 6 | 46 | 32 | 365 | 2012 Q2 | 0 | 2021 Q3 |
| Asking Rent Growth (YOY) | 6.1% | 2.7% | 3.7% | 6.7% | 2001 Q1 | -5.2% | 2009 Q4 |
| Effective Rent Growth (YOY) | 6.0% | 2.7% | 3.7% | 6.7% | 2001 Q1 | -5.2% | 2009 Q4 |
| Sales Volume | $622M | $281.1M | N/A | $618.6M | 2022 Q2 | $62.6M | 2010 Q4 |

# Vacancy

Southeast Los Angeles Multi-Family

The Southeast Los Angeles Submarket has taken the past two years in relative stride. Whereas the Greater L.A. apartment market saw vacancy spike to decades-high records in 2020, vacancy didn't budge in 2020 and also declined like the Greater L.A. apartment market in 2021. With vacancy in the submarket currently 1.8%, the area is among the tightest submarkets in L.A. County and also well below the two-decade submarket average for the submarket of 4.5%.

The submarket covers a wide swath of the metro, from

Downtown L.A. to the Orange County border. The I-5 and I-710 freeways that run through the heart of the submarket provide easy access to central L.A. and Orange County job hubs. Demographic realities and restrictive zoning tend to limit developer interest in most parts of the submarket. Median incomes in most portions of the submarket are below the L.A. County average, and large portions of the area are zoned for single-family residential or industrial use. But there is still a large renter pool, as over half the households rent instead of owning their homes.

**ABSORPTION, NET DELIVERIES & VACANCY**



# Vacancy



Southeast Los Angeles Multi-Family

**OVERALL & STABILIZED VACANCY**



**VACANCY RATE**



# Vacancy

Southeast Los Angeles Multi-Family

**VACANCY BY BEDROOM**



Studio    1 Bed    2 Bed    3 Bed

© 2022 CoStar    Tobin Real Estate Advisors

TOBIN REAL ESTATE ADVISORS, INC.

**Rent**

Southeast Los Angeles average asking rents of $1,610/month are among the lowest seen in the Greater L.A. apartment market. Average asking rates have experienced gains of 6.2% during the past 12 months, compared to gains of 5.3% seen across the L.A. metro.

In contrast to the Greater Los Angeles apartment market, Southeast Los Angeles saw rents continue to rise during

2020. Additionally, growth had outpaced the market for years. While the submarket witnessed average annual growth of 3.7% over the past five years, the metro trailed that pace, with average annual gains of 2.9%. This outperformance in the submarket has also occurred in other more affordable locations in the L.A. metro and/or areas that have seen more measured supply pipelines.

**DAILY ASKING RENT PER SF**



Southeast Los Angeles

© 2022   **Tobin Real Estate Advisors**



# Rent

## MARKET RENT PER UNIT & RENT GROWTH



## MARKET RENT PER UNIT BY BEDROOM



© 2022        Tobin Real Estate Advisors

TOBIN REAL ESTATE ADVISORS, INC.

# Construction

Southeast Los Angeles Multi-Family

The Southeast Los Angeles Submarket saw the largest new market-rate apartment community since the 1970s when Jefferson SoLA in South Gate delivered in November 2021. Texas-based developer JPI developed the 244-unit community. In late 2021, Alivia Apartments, a 128-unit community in Whittier, also delivered.

There are presently 220 units under construction, equating to only 0.4% of existing inventory in the submarket. This percentage is below the L.A. metro average of 2.8%. The largest market-rate project is Barranca in Lincoln Heights. The 100-unit property will deliver in the coming months. In Whittier, Shopoff Realty Investments is wrapping up work on Cierra Apartments, a 60-unit property that will also complete later this year.

Southeast L.A. has over 58,000 market-rate units, more

than 80% of which are in 1 & 2 Star properties. There's an abundance of small complexes of fewer than 20 units. Higher-end 4 & 5 Star properties are but a sliver of the inventory in the submarket.

Multiple new housing projects have completed in Southeast Los Angeles in recent years but were designated a low-income, affordable, or senior housing communities, meaning they are not included in CoStar's statistics for market-rate communities. One notable example is the Jordan Downs public housing project that is undergoing redevelopment and is expected to add more than 700 new affordable units to the submarket. The Metropolitan Transit Authority has proposed a number of mixed-use projects centered around the Gold Line metro stations, but these are also expected to be rent-controlled.

**DELIVERIES & DEMOLITIONS**



# Construction



**Southeast Los Angeles Multi-Family**

| All-Time Annual Avg. Units | Delivered Units Past 8 Qtrs | Delivered Units Next 8 Qtrs | Proposed Units Next 8 Qtrs |
|:---:|:---:|:---:|:---:|
| **64** | **593** | **215** | **1,353** |

### PAST 8 QUARTERS DELIVERIES, UNDER CONSTRUCTION, & PROPOSED



### PAST & FUTURE DELIVERIES IN UNITS



# Construction

Southeast Los Angeles Multi-Family

## RECENT DELIVERIES

| | Property Name/Address | Rating | Units | Stories | Start | Complete | Developer/Owner |
|---|---|---|---|---|---|---|---|
| 1 | **Whittier Park Place** 14660 Whittier Blvd | ★★★☆☆ | 50 | 3 | Sep 2017 | Jun 2022 | - Danny Rojani |
| 2 | **4302 Elizabeth St** | ★★★☆☆ | 48 | 2 | Dec 2019 | Mar 2022 | - AQP Property Management, Inc. |
| 3 | **4704 Florence Ave** | ★★☆☆☆ | 14 | 3 | Dec 2020 | Jan 2022 | - Jose Gonzalez |
| 4 | **1612 Pleasant Ave** | ★★★☆☆ | 18 | 3 | Mar 2020 | Dec 2021 | D T Construction D T Construction |
| 5 | **Alivia Apartments** 11201 Carmenita Rd | ★★★☆☆ | 128 | 3 | Oct 2020 | Dec 2021 | - Mercedes A Diaz |
| 6 | **Jefferson SoLA** 10930 Garfield Ave | ★★★★☆ | 244 | 4 | Jun 2019 | Nov 2021 | JPI/TDI Standard Companies |
| 7 | **The Charlie La Mirada** 11628 La Mirada Blvd | ★★★★☆ | 28 | 2 | Jun 2020 | Jul 2021 | - La Mirada Investors Llc |
| 8 | **4254 Elizabeth St** | ★★★☆☆ | 6 | 2 | Jun 2020 | Jul 2021 | - AQP Capital |
| 9 | **308 N Lorena St** | ★☆☆☆☆ | 6 | 2 | Aug 2019 | Jun 2021 | - Post Investment Group |
| 10 | **731-733 S Boyle Ave** | ★★★★☆ | 5 | 3 | Apr 2021 | Apr 2021 | Toledo Capital Development, LLC Toledo Capital Development, LLC |
| 11 | **1029 S Montebello Blvd** | ★☆☆☆☆ | 15 | 3 | Mar 2020 | Apr 2021 | - Ocotillo Oasis LLC |
| 12 | **Bella Rosa** 8248 Orange Pl | ★★★☆☆ | 21 | 2 | May 2018 | Jan 2021 | - D.R. Horton, Inc. |
| 13 | **1002 E 33rd St** | ★★★★☆ | 5 | 3 | Mar 2020 | Jan 2021 | - Joseph Eshagian |
| 14 | **4506 Esmeralda St** | ★★★☆☆ | 5 | 3 | Mar 2020 | Jan 2021 | - Kevon Kevonian |

## UNDER CONSTRUCTION

| | Property Name/Address | Rating | Units | Stories | Start | Complete | Developer/Owner |
|---|---|---|---|---|---|---|---|
| 1 | **Barranca** 2020 Barranca St | ★★★★☆ | 100 | 5 | Jun 2020 | Oct 2022 | 4Site Real Estate Brett Goldstone |
| 2 | **Cierra Apartments** 8016 Santa Fe Springs Rd | ★★★☆☆ | 60 | 3 | Jan 2021 | Oct 2022 | - Shopoff Realty Investments L.P. |
| 3 | **Leffingwell Apartment C...** 13865-13869 Leffingwell Rd | ★★★★☆ | 24 | 3 | Mar 2022 | Jun 2023 | - NRI Group |
| 4 | **1619 Firestone Blvd** | ★★★★☆ | 20 | 4 | Jun 2021 | Feb 2023 | CRATE Makan Mostafavi |
| 5 | **5111 Elizabeth St** | ★★★★☆ | 6 | 2 | Aug 2021 | Oct 2022 | - Family Flips Construction |
| 6 | **5353 Oakland St** | ★★★☆☆ | 5 | 3 | Jun 2021 | Oct 2022 | - Abe Oheb |

# Construction

## Southeast Los Angeles Multi-Family

**PROPOSED**

| | Property Name/Address | Rating | Units | Stories | Start | Complete | Developer/Owner |
|---|---|---|---|---|---|---|---|
| 1 | Modelo<br>7316 E Gage Ave | ★★★★☆ | 850 | 5 | Nov 2022 | Jan 2024 | Comstock Realty Partners<br>City of Commerce |
| 2 | 4020 Compton Ave | ★★★★☆ | 127 | - | Oct 2022 | Sep 2023 | Thomas Safran & Associates<br>Thomas Safran & Associates |
| 3 | 4851 S Alameda St | ★★★★☆ | 118 | 3 | Oct 2022 | Oct 2023 | -<br>ETO Doors |
| 4 | 4643-4653 E 3rd St | ★★★★☆ | 76 | - | Sep 2022 | Sep 2024 | National Community Renaissance<br>National Community Renaissance |
| 5 | Los Lirios<br>111-121 S Soto St | ★★★★☆ | 64 | 5 | Oct 2022 | Nov 2023 | East LA Community Corporation<br>County of Los Angeles |
| 6 | 1st & Boyle<br>100 S Boyle | ★★★★☆ | 44 | 5 | Oct 2022 | Feb 2023 | Community Redevelopment Agen...<br>City of Los Angeles |
| 7 | 1550 E Pleasant Ave | ★★★☆☆ | 34 | 2 | Oct 2022 | Oct 2023 | -<br>Andrew William Raitt |
| 8 | 1817 N Sichel St | ★★★★☆ | 18 | - | Sep 2022 | Aug 2023 | Amichay Dejman<br>Ben Shaool |
| 9 | 2432 E Cincinnati St | ★★★★☆ | 16 | 2 | Sep 2022 | Sep 2023 | Dayan Investments<br>Daryoush Dayan |
| 10 | 7224 Florence Ave | ★★★☆☆ | 6 | 3 | Jan 2023 | May 2024 | -<br>Michael Chang & Eric Grismen |

# Sales

Apartment market pricing per unit in Southeast Los Angeles, $300,000/unit, is 30% below the L.A. metro average, driven by the area's lower rents, asset quality, and demographics. Average cap rates, 4.3%, are above the metro average. Investment activity in the submarket during the past 12 months on a dollar basis, $609 million, was strong.

Small-scale, private investors dominate transaction volumes given the prevalence of lower-quality, smaller properties in the submarket. Most deal activity here involves private buyers trading smaller 1 & 2 Star assets. Of the roughly 180 deals closed in the submarket in the past 12 months, 160 of them involved 1 & 2 Star properties.

Looking at recent notable sales, in May 2022, Standard Companies purchased Jefferson SoLa from developer

JPI for $130 million ($533,000/unit). The 244-unit community is one of the newest in the area, having completed in late 2021, a key factor driving the elevated pricing achieved. The sale is the largest multifamily transaction on a dollar basis in the submarket's history by a long shot: The previous largest market-rate property transaction was in early 2019, when Miro Apartments in Santa Fe Springs traded in a portfolio sale with an allocated pricing of $56.8 million ($378,000/unit). The property was still in lease-up mode, with occupancy around 50% at the time of sale.

In July 2022, Sirott Investments acquired the 45-unit Colima Villa Apartments in Whittier from Four Point Investment Company for $13 million ($289,000/unit). Four Point purchased the community in January 2019 for $11.5 million ($256,000/unit).

**SALES VOLUME & MARKET SALE PRICE PER UNIT**



# Sales

Southeast Los Angeles Multi-Family

**MARKET CAP RATE**



Legend:
- Southeast Los Angeles 3 Star
- Southeast Los Angeles 4-5 Star
- Southeast Los Angeles
- Los Angeles

# Sales Past 12 Months

Southeast Los Angeles Multi-Family

| Sale Comparables | Avg. Price/Unit (thous.) | Average Price (mil.) | Average Vacancy at Sale |
|:---:|:---:|:---:|:---:|
| **185** | **$283** | **$3.4** | **7.5%** |

## SALE COMPARABLE LOCATIONS



Sale Comparables

## SALE COMPARABLES SUMMARY STATISTICS

| Sales Attributes | Low | Average | Median | High |
|---|---|---|---|---|
| Sale Price | $685,000 | $3,369,365 | $1,700,000 | $130,000,000 |
| Price/Unit | $70,000 | $282,818 | $226,666 | $606,666 |
| Cap Rate | 1.6% | 4.5% | 4.4% | 7.9% |
| Vacancy Rate At Sale | 0% | 7.5% | 0% | 49.2% |
| Time Since Sale in Months | 0.1 | 6.6 | 6.6 | 12.0 |
| **Property Attributes** | **Low** | **Average** | **Median** | **High** |
| Property Size in Units | 5 | 11 | 7 | 244 |
| Number of Floors | 1 | 1 | 2 | 4 |
| Average Unit SF | 199 | 764 | 698 | 3,144 |
| Year Built | 1895 | 1951 | 1956 | 2021 |
| Star Rating | ★ ★ ★ ★ ★ | ★ ★ ★ ★ ★ 2.1 | ★ ★ ★ ★ ★ | ★ ★ ★ ★ ★ |

# Sales Past 12 Months

**Southeast Los Angeles Multi-Family**

### RECENT SIGNIFICANT SALES

| | Property Name/Address | Property Information | | | | Sale Information | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Rating | Yr Built | Units | Vacancy | Sale Date | Price | Price/Unit | Price/SF |
| 1 | Jefferson SoLA<br>10930 Garfield Ave | ★★★★☆ | 2021 | 244 | 49.2% | 5/23/2022 | $130,000,000 | $532,786 | $520 |
| 2 | NorthView Terrace<br>821 N Wilcox Ave | ★★☆☆☆ | 1971 | 103 | 0% | 3/17/2022 | $30,900,000 | $300,000 | $358 |
| 3 | Mulberry Terrace<br>14829 Mulberry Dr | ★★☆☆☆ | 1986 | 64 | 0% | 12/17/2021 | $17,750,000 | $277,343 | $340 |
| 4 | Town & Country<br>11635 Downey Ave | ★★☆☆☆ | 1960 | 62 | 0% | 7/21/2022 | $17,500,000 | $282,258 | $467 |
| 5 | Colima Villa Apartments<br>11442 Colima Rd | ★★☆☆☆ | 1965 | 45 | 2.2% | 7/14/2022 | $13,000,000 | $288,888 | $333 |
| 6 | Elm Vista Apartments<br>9312-9330 Elm Vista Dr | ★★☆☆☆ | 1960 | 28 | 3.6% | 4/15/2022 | $12,200,000 | $435,714 | $503 |
| 7 | Monte Vista Home Apartments<br>11510 Colima Rd | ★★☆☆☆ | 1964 | 41 | 0% | 1/5/2022 | $11,379,592 | $277,551 | $360 |
| 8 | Saturn Apartments<br>12417 Benedict Ave | ★★★☆☆ | 1963 | 28 | 3.6% | 1/27/2022 | $9,470,000 | $338,214 | $412 |
| 9 | 1029 S Montebello Blvd | ★☆☆☆☆ | 2021 | 15 | 26.7% | 12/17/2021 | $9,100,000 | $606,666 | $347 |
| 10 | 7943-7957 Garfield Ave | ★★★☆☆ | 1989 | 16 | 0% | 5/4/2022 | $7,025,000 | $439,062 | $322 |
| 11 | Sabre Apartments<br>12110 Downey Ave | ★★★☆☆ | 1960 | 22 | 9.1% | 1/24/2022 | $6,950,000 | $315,909 | $512 |
| 12 | El Dorado Apartments<br>11736 Gurley Ave | ★★☆☆☆ | 1957 | 26 | 0% | 4/23/2022 | $5,950,000 | $228,846 | $509 |
| 13 | Maywood Apartment<br>5307-5311 Maywood Ave | ★★☆☆☆ | 1923 | 22 | 4.6% | 5/20/2022 | $5,713,889 | $259,722 | $281 |
| 14 | 7348 Florence Ave | ★★☆☆☆ | 1960 | 20 | 5.0% | 9/23/2021 | $5,705,000 | $285,250 | $366 |
| 15 | 5453 Norwalk Blvd | ★★☆☆☆ | 1970 | 17 | 0% | 6/17/2022 | $5,400,000 | $317,647 | $286 |
| 16 | 5143-5147 Clara St | ★★☆☆☆ | 1962 | 16 | 0% | 7/27/2022 | $5,250,000 | $328,125 | $345 |
| 17 | 5223-5229 Santa Ana St | ★★☆☆☆ | 1963 | 16 | 0% | 7/27/2022 | $5,250,000 | $328,125 | $350 |
| 18 | 7745 Florence Ave | ★★☆☆☆ | 1959 | 18 | 0% | 9/14/2021 | $5,175,000 | $287,500 | $308 |
| 19 | Neptune<br>13637 Ruther Ave | ★★☆☆☆ | 1962 | 20 | 0% | 2/25/2022 | $4,900,000 | $245,000 | $445 |
| 20 | 6330 Newlin Ave | ★★☆☆☆ | 1963 | 14 | 0% | 5/25/2022 | $4,900,000 | $350,000 | $368 |

# Appendix

**Southeast Los Angeles Multi-Family**

## OVERALL SUPPLY & DEMAND

| Year | Inventory | | | Absorption | | |
|------|-----------|--------|----------|-------|----------|--------------------|
| | Units | Growth | % Growth | Units | % of Inv | Construction Ratio |
| 2026 | 58,660 | 111 | 0.2% | 37 | 0.1% | 3.0 |
| 2025 | 58,549 | 51 | 0.1% | (11) | 0% | - |
| 2024 | 58,498 | (3) | 0% | (8) | 0% | 0.4 |
| 2023 | 58,501 | 90 | 0.2% | 168 | 0.3% | 0.5 |
| 2022 | 58,411 | 165 | 0.3% | 418 | 0.7% | 0.4 |
| YTD | 58,358 | 112 | 0.2% | 298 | 0.5% | 0.4 |
| 2021 | 58,246 | 475 | 0.8% | 798 | 1.4% | 0.6 |
| 2020 | 57,771 | 13 | 0% | 164 | 0.3% | 0.1 |
| 2019 | 57,758 | 75 | 0.1% | (47) | -0.1% | - |
| 2018 | 57,683 | 110 | 0.2% | (23) | 0% | - |
| 2017 | 57,573 | (60) | -0.1% | (4) | 0% | 15.0 |
| 2016 | 57,633 | 6 | 0% | 44 | 0.1% | 0.1 |
| 2015 | 57,627 | 40 | 0.1% | 321 | 0.6% | 0.1 |
| 2014 | 57,587 | 19 | 0% | 130 | 0.2% | 0.1 |
| 2013 | 57,568 | (204) | -0.4% | (30) | -0.1% | 6.8 |
| 2012 | 57,772 | (263) | -0.5% | 16 | 0% | - |
| 2011 | 58,035 | (99) | -0.2% | (86) | -0.1% | 1.2 |
| 2010 | 58,134 | (140) | -0.2% | 19 | 0% | - |

## 4 & 5 STAR SUPPLY & DEMAND

| Year | Inventory | | | Absorption | | |
|------|-----------|--------|----------|-------|----------|--------------------|
| | Units | Growth | % Growth | Units | % of Inv | Construction Ratio |
| 2026 | 1,136 | 149 | 15.1% | 120 | 10.6% | 1.2 |
| 2025 | 987 | 89 | 9.9% | 62 | 6.3% | 1.4 |
| 2024 | 898 | 29 | 3.3% | 52 | 5.8% | 0.6 |
| 2023 | 869 | 124 | 16.6% | 84 | 9.7% | 1.5 |
| 2022 | 745 | 0 | 0% | 193 | 25.9% | 0 |
| YTD | 745 | 0 | 0% | 117 | 15.7% | 0 |
| 2021 | 745 | 282 | 60.9% | 88 | 11.8% | 3.2 |
| 2020 | 463 | 0 | 0% | (7) | -1.5% | 0 |
| 2019 | 463 | 76 | 19.6% | 83 | 17.9% | 0.9 |
| 2018 | 387 | 81 | 26.5% | 77 | 19.9% | 1.1 |
| 2017 | 306 | 0 | 0% | 6 | 2.0% | 0 |
| 2016 | 306 | 0 | 0% | 5 | 1.6% | 0 |
| 2015 | 306 | 150 | 96.2% | 134 | 43.8% | 1.1 |
| 2014 | 156 | 0 | 0% | 0 | 0% | - |
| 2013 | 156 | 0 | 0% | 0 | 0% | - |
| 2012 | 156 | 0 | 0% | 0 | 0% | - |
| 2011 | 156 | 0 | 0% | 0 | 0% | - |
| 2010 | 156 | 0 | 0% | 0 | 0% | - |

# Appendix

Southeast Los Angeles Multi-Family

## 3 STAR SUPPLY & DEMAND

| Year | Inventory | | | Absorption | | |
|------|-----------|--------|----------|-------|----------|--------------------|
| | Units | Growth | % Growth | Units | % of Inv | Construction Ratio |
| 2026 | 9,005 | 0 | 0% | (6) | -0.1% | 0 |
| 2025 | 9,005 | 0 | 0% | (4) | 0% | 0 |
| 2024 | 9,005 | 5 | 0.1% | 5 | 0.1% | 1.0 |
| 2023 | 9,000 | 0 | 0% | 44 | 0.5% | 0 |
| 2022 | 9,000 | 158 | 1.8% | 191 | 2.1% | 0.8 |
| YTD | 8,940 | 98 | 1.1% | 135 | 1.5% | 0.7 |
| 2021 | 8,842 | 178 | 2.1% | 189 | 2.1% | 0.9 |
| 2020 | 8,664 | 13 | 0.2% | 98 | 1.1% | 0.1 |
| 2019 | 8,651 | (1) | 0% | 12 | 0.1% | - |
| 2018 | 8,652 | 29 | 0.3% | (102) | -1.2% | - |
| 2017 | 8,623 | 6 | 0.1% | 12 | 0.1% | 0.5 |
| 2016 | 8,617 | 6 | 0.1% | 23 | 0.3% | 0.3 |
| 2015 | 8,611 | (110) | -1.3% | (72) | -0.8% | 1.5 |
| 2014 | 8,721 | 0 | 0% | 5 | 0.1% | 0 |
| 2013 | 8,721 | (14) | -0.2% | 25 | 0.3% | - |
| 2012 | 8,735 | 0 | 0% | 18 | 0.2% | 0 |
| 2011 | 8,735 | 9 | 0.1% | 24 | 0.3% | 0.4 |
| 2010 | 8,726 | 0 | 0% | 18 | 0.2% | 0 |

## 1 & 2 STAR SUPPLY & DEMAND

| Year | Inventory | | | Absorption | | |
|------|-----------|--------|----------|-------|----------|--------------------|
| | Units | Growth | % Growth | Units | % of Inv | Construction Ratio |
| 2026 | 48,519 | (38) | -0.1% | (77) | -0.2% | 0.5 |
| 2025 | 48,557 | (38) | -0.1% | (69) | -0.1% | 0.6 |
| 2024 | 48,595 | (37) | -0.1% | (65) | -0.1% | 0.6 |
| 2023 | 48,632 | (34) | -0.1% | 40 | 0.1% | - |
| 2022 | 48,666 | 7 | 0% | 34 | 0.1% | 0.2 |
| YTD | 48,673 | 14 | 0% | 46 | 0.1% | 0.3 |
| 2021 | 48,659 | 15 | 0% | 521 | 1.1% | 0 |
| 2020 | 48,644 | 0 | 0% | 73 | 0.2% | 0 |
| 2019 | 48,644 | 0 | 0% | (142) | -0.3% | 0 |
| 2018 | 48,644 | 0 | 0% | 2 | 0% | 0 |
| 2017 | 48,644 | (66) | -0.1% | (22) | 0% | 3.0 |
| 2016 | 48,710 | 0 | 0% | 16 | 0% | 0 |
| 2015 | 48,710 | 0 | 0% | 259 | 0.5% | 0 |
| 2014 | 48,710 | 19 | 0% | 125 | 0.3% | 0.2 |
| 2013 | 48,691 | (190) | -0.4% | (55) | -0.1% | 3.5 |
| 2012 | 48,881 | (263) | -0.5% | (2) | 0% | 131.5 |
| 2011 | 49,144 | (108) | -0.2% | (110) | -0.2% | 1.0 |
| 2010 | 49,252 | (140) | -0.3% | 1 | 0% | - |

# Appendix

Southeast Los Angeles Multi-Family

## OVERALL VACANCY & RENT

| | Vacancy | | | Market Rent | | | | Effective Rents | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Units | Percent | Ppts Chg | Per Unit | Per SF | % Growth | Ppts Chg | Units | Per SF |
| 2026 | 1,072 | 1.8% | 0.1 | $1,861 | $2.58 | 2.6% | (0.3) | $1,852 | $2.57 |
| 2025 | 998 | 1.7% | 0.1 | $1,815 | $2.51 | 2.9% | (0.5) | $1,806 | $2.50 |
| 2024 | 935 | 1.6% | 0 | $1,763 | $2.44 | 3.4% | (1.2) | $1,754 | $2.43 |
| 2023 | 928 | 1.6% | (0.1) | $1,705 | $2.36 | 4.6% | (1.5) | $1,696 | $2.35 |
| 2022 | 1,005 | 1.7% | (0.4) | $1,629 | $2.26 | 6.1% | 2.3 | $1,621 | $2.25 |
| YTD | 1,073 | 1.8% | (0.3) | $1,611 | $2.22 | 6.2% | 2.4 | $1,604 | $2.20 |
| 2021 | 1,257 | 2.2% | (0.6) | $1,535 | $2.10 | 3.8% | 2.0 | $1,530 | $2.09 |
| 2020 | 1,578 | 2.7% | (0.3) | $1,479 | $2.01 | 1.8% | (1.3) | $1,473 | $2 |
| 2019 | 1,730 | 3.0% | 0.2 | $1,453 | $1.97 | 3.2% | (0.9) | $1,447 | $1.97 |
| 2018 | 1,605 | 2.8% | 0.2 | $1,409 | $1.91 | 4.0% | (0.1) | $1,400 | $1.90 |
| 2017 | 1,467 | 2.5% | (0.1) | $1,354 | $1.83 | 4.2% | (1.5) | $1,345 | $1.82 |
| 2016 | 1,523 | 2.6% | (0.1) | $1,300 | $1.76 | 5.7% | 0.7 | $1,292 | $1.75 |
| 2015 | 1,562 | 2.7% | (0.5) | $1,230 | $1.66 | 5.0% | 1.7 | $1,222 | $1.65 |
| 2014 | 1,842 | 3.2% | (0.2) | $1,172 | $1.57 | 3.3% | 0.6 | $1,162 | $1.56 |
| 2013 | 1,953 | 3.4% | (0.3) | $1,134 | $1.52 | 2.7% | 0.9 | $1,128 | $1.51 |
| 2012 | 2,128 | 3.7% | (0.5) | $1,104 | $1.48 | 1.8% | 1.0 | $1,098 | $1.47 |
| 2011 | 2,407 | 4.1% | 0 | $1,085 | $1.45 | 0.8% | 1.7 | $1,079 | $1.45 |
| 2010 | 2,417 | 4.2% | (0.3) | $1,076 | $1.44 | -0.9% | - | $1,070 | $1.43 |

## 4 & 5 STAR VACANCY & RENT

| | Vacancy | | | Market Rent | | | | Effective Rents | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Units | Percent | Ppts Chg | Per Unit | Per SF | % Growth | Ppts Chg | Units | Per SF |
| 2026 | 90 | 7.9% | 1.7 | $2,941 | $3.12 | 1.7% | (0.7) | $2,869 | $3.05 |
| 2025 | 61 | 6.2% | 2.4 | $2,890 | $3.07 | 2.4% | (0.8) | $2,819 | $2.99 |
| 2024 | 34 | 3.8% | (2.7) | $2,822 | $3 | 3.2% | (1.1) | $2,753 | $2.92 |
| 2023 | 56 | 6.5% | 4.3 | $2,734 | $2.90 | 4.3% | (1.5) | $2,667 | $2.83 |
| 2022 | 16 | 2.2% | (25.9) | $2,621 | $2.78 | 5.9% | (2.1) | $2,557 | $2.71 |
| YTD | 93 | 12.5% | (15.6) | $2,587 | $2.75 | 5.9% | (2.0) | $2,524 | $2.68 |
| 2021 | 209 | 28.1% | 24.6 | $2,476 | $2.63 | 7.9% | 8.0 | $2,468 | $2.62 |
| 2020 | 16 | 3.5% | 1.4 | $2,294 | $2.43 | -0.1% | (1.1) | $2,288 | $2.43 |
| 2019 | 10 | 2.1% | (1.9) | $2,296 | $2.44 | 1.0% | (1.0) | $2,291 | $2.43 |
| 2018 | 16 | 4.1% | 1.5 | $2,272 | $2.41 | 2.1% | (0.5) | $2,248 | $2.39 |
| 2017 | 8 | 2.6% | (1.9) | $2,226 | $2.36 | 2.5% | 0.8 | $2,200 | $2.33 |
| 2016 | 14 | 4.5% | (1.6) | $2,171 | $2.30 | 1.7% | 0.5 | $2,137 | $2.27 |
| 2015 | 18 | 6.0% | 4.5 | $2,135 | $2.26 | 1.2% | 1.1 | $2,112 | $2.24 |
| 2014 | 2 | 1.5% | (0.1) | $2,109 | $2.24 | 0.1% | (1.7) | $2,091 | $2.22 |
| 2013 | 2 | 1.5% | (0.3) | $2,106 | $2.24 | 1.8% | 0.1 | $2,090 | $2.22 |
| 2012 | 3 | 1.8% | 0 | $2,069 | $2.20 | 1.7% | 0.9 | $2,053 | $2.18 |
| 2011 | 3 | 1.8% | (0.1) | $2,035 | $2.16 | 0.8% | 2.7 | $2,021 | $2.14 |
| 2010 | 3 | 1.9% | (0.3) | $2,018 | $2.14 | -1.9% | - | $2,002 | $2.12 |

# Appendix

Southeast Los Angeles Multi-Family

## 3 STAR VACANCY & RENT

| Year | Units | Vacancy Percent | Ppts Chg | Market Rent Per Unit | Per SF | % Growth | Ppts Chg | Effective Rents Units | Per SF |
|------|-------|---------|----------|----------|--------|----------|----------|-------|--------|
| 2026 | 190 | 2.1% | 0.1 | $2,290 | $2.82 | 2.6% | (0.4) | $2,277 | $2.80 |
| 2025 | 184 | 2.0% | 0 | $2,233 | $2.75 | 2.9% | (0.5) | $2,220 | $2.73 |
| 2024 | 180 | 2.0% | 0 | $2,169 | $2.67 | 3.4% | (1.2) | $2,157 | $2.65 |
| 2023 | 179 | 2.0% | (0.5) | $2,098 | $2.58 | 4.6% | (3.0) | $2,086 | $2.56 |
| 2022 | 222 | 2.5% | (0.4) | $2,006 | $2.47 | 7.5% | 2.0 | $1,994 | $2.45 |
| YTD | 219 | 2.5% | (0.4) | $1,990 | $2.41 | 7.8% | 2.3 | $1,979 | $2.40 |
| 2021 | 256 | 2.9% | (0.2) | $1,865 | $2.25 | 5.5% | 4.4 | $1,857 | $2.24 |
| 2020 | 267 | 3.1% | (1.0) | $1,767 | $2.12 | 1.2% | (2.8) | $1,758 | $2.11 |
| 2019 | 352 | 4.1% | (0.2) | $1,747 | $2.10 | 3.9% | 0 | $1,739 | $2.09 |
| 2018 | 365 | 4.2% | 1.5 | $1,681 | $2.01 | 4.0% | 0 | $1,666 | $2 |
| 2017 | 233 | 2.7% | (0.1) | $1,616 | $1.93 | 4.0% | (1.5) | $1,604 | $1.92 |
| 2016 | 239 | 2.8% | (0.2) | $1,554 | $1.86 | 5.5% | 0.4 | $1,543 | $1.84 |
| 2015 | 256 | 3.0% | (0.4) | $1,473 | $1.75 | 5.1% | 1.5 | $1,456 | $1.73 |
| 2014 | 293 | 3.4% | (0.1) | $1,401 | $1.66 | 3.6% | 0.6 | $1,390 | $1.65 |
| 2013 | 298 | 3.4% | (0.5) | $1,353 | $1.61 | 3.0% | 0.4 | $1,342 | $1.59 |
| 2012 | 338 | 3.9% | (0.2) | $1,314 | $1.56 | 2.6% | 0.6 | $1,306 | $1.55 |
| 2011 | 356 | 4.1% | (0.2) | $1,280 | $1.52 | 2.0% | 3.0 | $1,273 | $1.51 |
| 2010 | 369 | 4.2% | (0.2) | $1,255 | $1.49 | -1.0% | - | $1,248 | $1.48 |

## 1 & 2 STAR VACANCY & RENT

| Year | Units | Vacancy Percent | Ppts Chg | Market Rent Per Unit | Per SF | % Growth | Ppts Chg | Effective Rents Units | Per SF |
|------|-------|---------|----------|----------|--------|----------|----------|-------|--------|
| 2026 | 792 | 1.6% | 0.1 | $1,729 | $2.48 | 2.6% | (0.3) | $1,723 | $2.47 |
| 2025 | 753 | 1.6% | 0.1 | $1,685 | $2.41 | 3.0% | (0.5) | $1,679 | $2.41 |
| 2024 | 721 | 1.5% | 0.1 | $1,636 | $2.34 | 3.4% | (1.2) | $1,630 | $2.34 |
| 2023 | 693 | 1.4% | (0.1) | $1,582 | $2.27 | 4.7% | (1.0) | $1,576 | $2.26 |
| 2022 | 766 | 1.6% | (0.1) | $1,512 | $2.17 | 5.7% | 2.6 | $1,506 | $2.16 |
| YTD | 760 | 1.6% | (0.1) | $1,494 | $2.13 | 5.8% | 2.7 | $1,489 | $2.12 |
| 2021 | 792 | 1.6% | (1.0) | $1,430 | $2.02 | 3.1% | 1.0 | $1,426 | $2.02 |
| 2020 | 1,295 | 2.7% | (0.2) | $1,388 | $1.96 | 2.1% | (0.9) | $1,382 | $1.95 |
| 2019 | 1,368 | 2.8% | 0.3 | $1,359 | $1.91 | 3.0% | (1.1) | $1,354 | $1.91 |
| 2018 | 1,224 | 2.5% | 0 | $1,319 | $1.85 | 4.2% | (0.1) | $1,313 | $1.84 |
| 2017 | 1,226 | 2.5% | (0.1) | $1,267 | $1.78 | 4.3% | (1.6) | $1,259 | $1.77 |
| 2016 | 1,270 | 2.6% | 0 | $1,214 | $1.70 | 5.9% | 0.7 | $1,209 | $1.69 |
| 2015 | 1,287 | 2.6% | (0.5) | $1,147 | $1.60 | 5.2% | 1.8 | $1,141 | $1.59 |
| 2014 | 1,547 | 3.2% | (0.2) | $1,090 | $1.51 | 3.4% | 0.7 | $1,081 | $1.50 |
| 2013 | 1,652 | 3.4% | (0.3) | $1,054 | $1.46 | 2.7% | 1.1 | $1,049 | $1.45 |
| 2012 | 1,787 | 3.7% | (0.5) | $1,027 | $1.42 | 1.6% | 1.1 | $1,021 | $1.42 |
| 2011 | 2,048 | 4.2% | 0 | $1,011 | $1.40 | 0.5% | 1.2 | $1,006 | $1.39 |
| 2010 | 2,045 | 4.2% | (0.3) | $1,006 | $1.39 | -0.8% | - | $1,001 | $1.39 |

# Appendix

## Southeast Los Angeles Multi-Family

### OVERALL SALES

| Year | Completed Transactions (1) | | | | | | Market Pricing Trends (2) | | |
|------|-------|--------|----------|-----------|----------------|--------------|-----------|-------------|----------|
| | Deals | Volume | Turnover | Avg Price | Avg Price/Unit | Avg Cap Rate | Price/Unit | Price Index | Cap Rate |
| 2026 | - | - | - | - | - | - | $338,819 | 317 | 4.3% |
| 2025 | - | - | - | - | - | - | $331,433 | 310 | 4.3% |
| 2024 | - | - | - | - | - | - | $323,519 | 303 | 4.3% |
| 2023 | - | - | - | - | - | - | $312,806 | 293 | 4.3% |
| 2022 | - | - | - | - | - | - | $299,789 | 281 | 4.3% |
| YTD | 118 | $478.5M | 2.7% | $4,054,992 | $301,315 | 4.5% | $296,386 | 278 | 4.3% |
| 2021 | 172 | $367.7M | 2.8% | $2,137,661 | $228,513 | 4.5% | $282,457 | 265 | 4.3% |
| 2020 | 153 | $368.5M | 2.9% | $2,456,862 | $222,273 | 4.7% | $255,840 | 240 | 4.3% |
| 2019 | 239 | $486.2M | 4.7% | $2,559,180 | $211,687 | 4.7% | $240,947 | 226 | 4.6% |
| 2018 | 320 | $465.9M | 6.0% | $2,329,313 | $188,685 | 4.6% | $221,496 | 207 | 4.7% |
| 2017 | 355 | $380.8M | 6.4% | $1,755,033 | $163,032 | 4.7% | $204,083 | 191 | 4.9% |
| 2016 | 251 | $398M | 5.1% | $2,020,380 | $164,809 | 5.0% | $189,082 | 177 | 5.0% |
| 2015 | 267 | $410.1M | 5.6% | $2,020,006 | $153,008 | 5.2% | $174,395 | 163 | 5.2% |
| 2014 | 250 | $307.2M | 4.8% | $1,528,447 | $127,635 | 6.0% | $159,129 | 149 | 5.4% |
| 2013 | 191 | $246.2M | 3.8% | $1,538,974 | $127,583 | 6.5% | $145,200 | 136 | 5.6% |
| 2012 | 186 | $188M | 3.7% | $1,372,312 | $109,497 | 7.0% | $141,672 | 133 | 5.6% |
| 2011 | 106 | $111.4M | 2.1% | $1,375,519 | $108,700 | 7.0% | $135,518 | 127 | 5.6% |

(1) Completed transaction data is based on actual arms-length sales transactions and levels are dependent on the mix of what happened to sell in the period.
(2) Market price trends data is based on the estimated price movement of all properties in the market, informed by actual transactions that have occurred.

### 4 & 5 STAR SALES

| Year | Completed Transactions (1) | | | | | | Market Pricing Trends (2) | | |
|------|-------|--------|----------|-----------|----------------|--------------|-----------|-------------|----------|
| | Deals | Volume | Turnover | Avg Price | Avg Price/Unit | Avg Cap Rate | Price/Unit | Price Index | Cap Rate |
| 2026 | - | - | - | - | - | - | $633,065 | 303 | 3.9% |
| 2025 | - | - | - | - | - | - | $621,509 | 297 | 3.9% |
| 2024 | - | - | - | - | - | - | $608,369 | 291 | 3.9% |
| 2023 | - | - | - | - | - | - | $588,970 | 282 | 3.9% |
| 2022 | - | - | - | - | - | - | $565,649 | 270 | 3.8% |
| YTD | 2 | $132.6M | 33.4% | $66,320,000 | $532,691 | 5.9% | $559,113 | 267 | 3.8% |
| 2021 | 1 | $2.2M | 0.8% | $2,225,000 | $370,833 | 3.0% | $542,631 | 259 | 3.8% |
| 2020 | - | - | - | - | - | - | $502,724 | 240 | 3.8% |
| 2019 | 2 | $59.2M | 33.5% | $29,619,750 | $382,190 | 5.1% | $475,444 | 227 | 4.0% |
| 2018 | - | - | - | - | - | - | $443,586 | 212 | 4.1% |
| 2017 | - | - | - | - | - | - | $408,091 | 195 | 4.3% |
| 2016 | 1 | $47.1M | 49.0% | $47,050,000 | $313,667 | 4.8% | $382,228 | 183 | 4.4% |
| 2015 | - | - | - | - | - | - | $355,946 | 170 | 4.5% |
| 2014 | - | - | - | - | - | - | $327,637 | 157 | 4.6% |
| 2013 | - | - | - | - | - | - | $299,720 | 143 | 4.8% |
| 2012 | - | - | - | - | - | - | $290,649 | 139 | 4.8% |
| 2011 | - | - | - | - | - | - | $273,012 | 130 | 4.9% |

(1) Completed transaction data is based on actual arms-length sales transactions and levels are dependent on the mix of what happened to sell in the period.
(2) Market price trends data is based on the estimated price movement of all properties in the market, informed by actual transactions that have occurred.

# Appendix

## Southeast Los Angeles Multi-Family

### 3 STAR SALES

| Year | Completed Transactions (1) | | | | | | Market Pricing Trends (2) | | |
|------|-------|--------|----------|-----------|----------------|--------------|-----------|-------------|----------|
| | Deals | Volume | Turnover | Avg Price | Avg Price/Unit | Avg Cap Rate | Price/Unit | Price Index | Cap Rate |
| 2026 | - | - | - | - | - | - | $411,465 | 315 | 4.3% |
| 2025 | - | - | - | - | - | - | $402,521 | 308 | 4.3% |
| 2024 | - | - | - | - | - | - | $392,944 | 301 | 4.2% |
| 2023 | - | - | - | - | - | - | $379,960 | 291 | 4.2% |
| 2022 | - | - | - | - | - | - | $364,253 | 279 | 4.2% |
| YTD | 13 | $42.8M | 1.7% | $3,295,769 | $287,550 | 4.3% | $359,564 | 275 | 4.2% |
| 2021 | 14 | $45.8M | 2.0% | $3,274,179 | $260,446 | 4.4% | $343,719 | 263 | 4.2% |
| 2020 | 22 | $50.1M | 2.3% | $2,385,429 | $272,250 | 4.9% | $312,637 | 239 | 4.3% |
| 2019 | 28 | $60.4M | 3.3% | $2,625,641 | $260,301 | 4.3% | $294,029 | 225 | 4.5% |
| 2018 | 28 | $124.2M | 6.7% | $5,400,130 | $239,774 | 4.4% | $269,282 | 206 | 4.7% |
| 2017 | 31 | $46.4M | 5.1% | $2,017,063 | $179,121 | 4.5% | $247,204 | 189 | 4.8% |
| 2016 | 26 | $46M | 3.7% | $2,092,436 | $173,059 | 5.1% | $230,470 | 176 | 4.9% |
| 2015 | 13 | $77.1M | 4.7% | $5,927,346 | $190,260 | 5.1% | $213,595 | 163 | 5.1% |
| 2014 | 12 | $66.1M | 4.9% | $6,607,000 | $161,540 | 6.1% | $195,575 | 150 | 5.2% |
| 2013 | 16 | $27M | 2.3% | $1,926,786 | $144,251 | 5.9% | $178,600 | 137 | 5.4% |
| 2012 | 12 | $32.8M | 2.6% | $3,277,650 | $159,109 | 6.7% | $174,851 | 134 | 5.4% |
| 2011 | 2 | $6.8M | 0.5% | $3,400,000 | $154,545 | 6.0% | $166,684 | 128 | 5.4% |

(1) Completed transaction data is based on actual arms-length sales transactions and levels are dependant on the mix of what happened to sell in the period.
(2) Market price trends data is based on the estimated price movement of all properties in the market, informed by actual transactions that have occurred.

### 1 & 2 STAR SALES

| Year | Completed Transactions (1) | | | | | | Market Pricing Trends (2) | | |
|------|-------|--------|----------|-----------|----------------|--------------|-----------|-------------|----------|
| | Deals | Volume | Turnover | Avg Price | Avg Price/Unit | Avg Cap Rate | Price/Unit | Price Index | Cap Rate |
| 2026 | - | - | - | - | - | - | $319,968 | 319 | 4.4% |
| 2025 | - | - | - | - | - | - | $312,947 | 312 | 4.4% |
| 2024 | - | - | - | - | - | - | $305,437 | 304 | 4.3% |
| 2023 | - | - | - | - | - | - | $295,304 | 294 | 4.3% |
| 2022 | - | - | - | - | - | - | $282,974 | 282 | 4.3% |
| YTD | 103 | $303M | 2.4% | $2,941,786 | $254,625 | 4.5% | $279,866 | 279 | 4.3% |
| 2021 | 157 | $319.6M | 2.9% | $2,035,759 | $223,976 | 4.6% | $266,339 | 265 | 4.3% |
| 2020 | 131 | $318.4M | 3.1% | $2,468,490 | $216,035 | 4.7% | $240,793 | 240 | 4.4% |
| 2019 | 209 | $366.6M | 4.7% | $2,221,908 | $191,945 | 4.7% | $226,815 | 226 | 4.6% |
| 2018 | 292 | $341.7M | 5.9% | $1,930,280 | $175,120 | 4.6% | $208,571 | 208 | 4.8% |
| 2017 | 324 | $334.4M | 6.7% | $1,723,967 | $161,025 | 4.7% | $192,354 | 191 | 4.9% |
| 2016 | 224 | $304.9M | 5.1% | $1,752,479 | $152,542 | 5.0% | $177,873 | 177 | 5.1% |
| 2015 | 254 | $333M | 5.8% | $1,752,662 | $146,376 | 5.2% | $163,805 | 163 | 5.2% |
| 2014 | 238 | $241.1M | 4.8% | $1,262,554 | $120,695 | 6.0% | $149,288 | 149 | 5.4% |
| 2013 | 175 | $219.3M | 4.1% | $1,501,787 | $125,795 | 6.5% | $136,180 | 136 | 5.7% |
| 2012 | 174 | $155.2M | 3.9% | $1,222,285 | $102,733 | 7.1% | $132,794 | 132 | 5.7% |
| 2011 | 104 | $104.6M | 2.4% | $1,324,266 | $106,643 | 7.1% | $127,224 | 127 | 5.7% |

(1) Completed transaction data is based on actual arms-length sales transactions and levels are dependent on the mix of what happened to sell in the period.
(2) Market price trends data is based on the estimated price movement of all properties in the market, informed by actual transactions that have occurred.

# Appendix

Southeast Los Angeles Multi-Family

**DELIVERIES & UNDER CONSTRUCTION**

| Year | Inventory | | | Deliveries | | Net Deliveries | | Under Construction | |
|------|-----------|------|---------|------------|-------|----------------|-------|--------------------|-------|
| | Bldgs | Units | Vacancy | Bldgs | Units | Bldgs | Units | Bldgs | Units |
| 2026 | - | 58,662 | 1.8% | - | 148 | - | 112 | - | - |
| 2025 | - | 58,550 | 1.7% | - | 93 | - | 51 | - | - |
| 2024 | - | 58,499 | 1.6% | - | 32 | - | (3) | - | - |
| 2023 | - | 58,502 | 1.6% | - | 124 | - | 90 | - | - |
| 2022 | - | 58,412 | 1.7% | - | 172 | - | 166 | - | - |
| YTD | 4,462 | 58,358 | 1.8% | 3 | 112 | 3 | 112 | 6 | 215 |
| 2021 | 4,459 | 58,246 | 2.2% | 11 | 481 | 10 | 475 | 8 | 303 |
| 2020 | 4,449 | 57,771 | 2.7% | 2 | 13 | 2 | 13 | 14 | 688 |
| 2019 | 4,447 | 57,758 | 3.0% | 2 | 82 | 1 | 75 | 7 | 382 |
| 2018 | 4,446 | 57,683 | 2.8% | 8 | 110 | 8 | 110 | 4 | 153 |
| 2017 | 4,438 | 57,573 | 2.5% | 1 | 6 | (7) | (60) | 9 | 209 |
| 2016 | 4,445 | 57,633 | 2.6% | 1 | 6 | 1 | 6 | 3 | 131 |
| 2015 | 4,444 | 57,627 | 2.7% | 2 | 158 | 0 | 40 | 2 | 82 |
| 2014 | 4,444 | 57,587 | 3.2% | 1 | 19 | 1 | 19 | 2 | 158 |
| 2013 | 4,443 | 57,568 | 3.4% | 0 | 0 | (8) | (204) | 2 | 169 |
| 2012 | 4,451 | 57,772 | 3.7% | 0 | 0 | (23) | (263) | 0 | 0 |
| 2011 | 4,474 | 58,035 | 4.1% | 1 | 9 | (4) | (99) | 0 | 0 |
| 2010 | 4,478 | 58,134 | 4.2% | 0 | 0 | (5) | (140) | 1 | 9 |

Source:    *Costar,* 2022.

TOBIN REAL ESTATE ADVISORS, INC.

## Rate Growth

Rental income and operating expense increases have been based upon an analysis of the Urban Wage Earners and Clerical Workers, U.S. City Average Consumer Price Index base year 1967, displayed as follows:

| Consumer Price Index | | |
|---|---|---|
| Date | Level | Change |
| December 2021 | 815.94 | 7.81% |
| December 2020 | 756.83 | 1.45% |
| December 2019 | 746..02 | 2.32% |
| December 2018 | 729.14 | 1.77% |
| December 2017 | 716.45 | 2.22% |
| December 2016 | 701.15 | 1.99% |
| December 2015 | 687.46 | 0.38% |
| December 2014 | 684.83 | 0.32% |
| December 2013 | 682.64 | 1.49% |
| December 2012 | 672.85 | 1.67% |
| December 2011 | 661.8 | 3.12% |
| December 2010 | 641.2 | 1.68% |
| December 2009 | 630.6 | 3.36% |
| December 2008 | 610.1 | -0.46% |
| December 2007 | 612.9 | 4.36% |
| December 2006 | 587.3 | 2.44% |
| December 2005 | 573.3 | 3.45% |
| December 2004 | 554.2 | 3.40% |
| December 2003 | 536.0 | 1.67% |
| December 2002 | 527.2 | 2.37% |
| December 2001 | 515.0 | 1.28% |
| December 2000 | 508.5 | 3.40% |
| December 1999 | 491.8 | 2.76% |
| December 1998 | 478.6 | 1.55% |
| December 1997 | 471.3 | 1.51% |
| December 1996 | 464.3 | 3.29% |
| December 1995 | 449.5 | 2.49% |
| December 1994 | 438.6 | 2.76% |
| December 1993 | 426.8 | 2.52% |
| December 1992 | 416.3 | 2.87% |
| December 1991 | 404.7 | 2.77% |
| December 1990 | 393.8 | 6.12% |
| December 1989 | 371.1 | 4.54% |
| December 1988 | 355.0 | 4.35% |
| December 1987 | 340.2 | 4.45% |
| December 1986 | 325.7 | 0.71% |
| December 1985 | 323.4 | 3.59% |
| December 1984 | 312.2 | 3.55% |
| December 1983 | 301.5 | 3.25% |
| December 1982 | 292.0 | 3.88% |
| December 1981 | 281.1 | 8.66% |
| December 1980 | 258.7 | 12.48% |
| December 1979 | 230.0 | 13.36% |
| December 1978 | 202.9 | 9.03% |
| December 1977 | 186.1 | 6.77% |
| December 1976 | 174.3 | 4.81% |
| December 1975 | 166.3 | 7.01% |
| December 1974 | 155.4 | 12.20% |
| December 1973 | 138.5 | 8.80% |
| December 1972 | 127.3 | 3.41% |
| December 1971 | 123.1 | 3.36% |
| December 1970 | 119.1 | 5.49% |
| December 1969 | 112.9 | 6.11% |
| December 1968 | 106.4 | 6.40% |
| December 1967 | 100.0 | |

TOBIN REAL ESTATE ADVISORS, INC.

The average cumulative change over the past fifty-two years is summarized in five to fifty year segments, as follows:

| Past Time Frame | Average Change |
|---|---|
| Five Preceding Years | 3.11% |
| Ten Preceding Years | 2.14% |
| Fifteen Preceding Years | 2.23% |
| Twenty Preceding Years | 2.34% |
| Twenty-Five Preceding Years | 2.29% |
| Thirty Preceding Years | 2.37% |
| Thirty-Five Preceding Years | 2.67% |
| Forty Preceding Years | 2.71% |
| Forty-Five Preceding Years | 3.53% |
| Fifty Preceding Years | 3.90% |
| Fifty Four Preceding Years | 4.01% |

Given the good health of the national economy, and the solid location of the subject just south of I-90, and its desirable location in the *Far Northwest* submarket, we have projected rental increases and expense increases at two to four percent per year, or three percent, particularly with the latest monthly national CPI showing increases closer to eight percent.

● Page 19

## HIGHEST AND BEST USE ANALYSIS

**AS VACANT**

The first constraint imposed on the possible use of the property is that which is dictated by the physical aspects of the site itself. The subject property is irregular in shape. The subject neighborhood is fully improved with all utilities and is served by adequate city services. Consequently, the size and shape of the subject site along with utilities, services available and topography allow for flexibility in potential development. Overall, the physical aspects of the site itself impose no constraints that would prevent the site from being developed with those legal and feasible uses.

The most significant legal restriction imposed upon the parcel's development potential is its zoning status, or R1, Residential District (City of *Los Angeles* Zoning Ordinance).        Principal permitted uses: The purpose of this district is to accommodate low-density residential and institutional uses.

Typically, of those uses that are both possible and permissible, only a few are feasible. The subject is located northeast of downtown, in a residential single- and multifamily//office/retail submarket, with areas in all directions continuing to exhibit ongoing renovation of properties. The neighborhood is considered in the stable stage given population growth expectations and it has remained a viable residential retail location due to excellent transportation and an available skilled and unskilled labor pool. Considering industrial use (light industrial allowable), today's industrial building designs are primarily one floor that allow for continuous flow manufacturing.    Industrial use is most compatible to these areas (predominantly off a main thoroughfare) where the city has master planned its existence in this location. The site also does not allow for office usage. Office uses are most compatible in downtown and closer to the interstate in suburban locations. Retail uses are more suitable to high traffic arteries, similar to the subject's location. Institutional uses, including public libraries, theaters or museums, are already well represented in areas closer to entertainment destinations and in the more established downtown areas. Entertainment centers, including movie screens and arcade attractions for both young and adult consumers, are a significant current development trend in the market. The emerging entertainment market has not yet tested the depth of demand to indicate whether all entertainment developments that have been announced will be successful.

After an examination of possible, permissible and feasible uses, it is concluded that the highest and best use of the subject site as vacant would be for development in conjunction with the existing development in the immediate area, primarily small-scale residential. The size of the subject site, the site's proximity to downtown and interstates and labor force proximity make the subject property a very attractive target for purchase.

TOBIN REAL ESTATE ADVISORS, INC.

# IV. FINANCIAL ANALYSIS

TOBIN REAL ESTATE ADVISORS, INC.

# THE VALUATION PROCESS

A valuation is an informed opinion of value. In preparation for formulating an opinion, the analysts gather relevant facts from the marketplace; these facts are classified and interpreted on the basis of the analysts' specialized training and experience. The opinions of other experts or participants in the market are sought and their input is factored in with the analysts' observations. The valuation process begins with an estimate of the highest and best use of the land as though vacant; all the preceding analyses of the county/city, neighborhood and improvements are taken into account in this section of the valuation (the process of estimating value flows from this initial determination or estimate). Contemporary analysts usually gather and process the data according to the three approaches to value; these approaches lead the analysts through a logical and orderly process, with built-in checks and balances to assure the analysts and the client that every reasonable effort has been made to acquire and analyze all factors relevant to the valuation process.

The cost approach is defined as that procedure in appraisal analysis that is based on the proposition that an informed purchaser would pay no more than the cost of producing a substitute property with the same utility. It is particularly applicable when the property is proposed or involves relatively new improvements that represent the highest and best use of the land, or when relatively unique or specialized improvements are located on the site and there exist no comparable properties on the market. In determining market value via the cost approach, the estimated costs of the improvements are added to the market value of the land as estimated through sales comparisons.

The sales comparison approach is predicated on prices paid in actual market transactions. This is a process of analyzing sales of similar properties to derive an indication of the most probable sale price of the property being appraised. This approach is used to extract pertinent appraisal indicators as they relate to the subject, such as overall rates of return, gross income multipliers and price per square foot. Sales chosen are felt to be the most accurate indications of the actions of buyers and sellers in the market.

To estimate value via the income capitalization approach, we forecast earning potential through lease income of the property. To estimate the subject's market rental rates, we surveyed several competing properties in the market. With the gross potential income estimated, appropriate deductions for expenses, vacancy and collection loss yield net operating income. Anticipated income is then transformed into a present worth through a capitalization process. The income capitalization approach is based on the theory of anticipation, which affirms that value is created by the anticipation of future benefits. That value may be defined as the present worth of all rights to future benefits.

At the conclusion of these approaches, the value indicators are correlated into a final value estimate. Final consideration is given to the purpose of the appraisal, the type of property appraised, and the accuracy, relevancy and reliability of the data processed as they relate to the market.

## Applicability to the Subject Property

Investors in property such as the subject are motivated primarily by income and profit when built out. For that reason, the income capitalization approach is not considered the most relevant a the site is vacant. The reliability of the sales comparison approach is dependent on the quality of data obtained concerning recent sales of similar properties. In this case, the sales comparison approach is considered very useful because of the abundance of comparable properties transacted during the past few years. In the case of the cost approach, there are no improvements on site and therefore this approach is not applicable.

● Page 22

## SALE COMPARISON APPROACH

Using the sales comparison methodology, the analysts estimate the value of a property by comparing it with similar, recently sold properties in the surrounding or competing areas. Inherent in this approach is the principle of substitution, which holds that when a property is replaceable in the market, its value tends to be set as the cost of acquiring an equally desirable substitute property, assuming that no costly delay is encountered in making the substitution. By analyzing sales that qualify as arm's length transactions between willing and knowledgeable buyers and sellers, we can identify market value and price trends. The sold properties must be comparable to the subject in physical, locational and economic characteristics.

Methods to value land include the sales comparison, allocation, extraction, subdivision development, land residual technique and ground rent capitalization. The sales comparison compares sales of more or less similar, vacant parcels, which are analyzed, compared and adjusted to provide an indication for the land being appraised. In the allocation method, improved property sales are analyzed and the prices paid are allocated between the land and the improvements to establish a typical ratio of land value to total value, which may be applicable to the property being appraised, or to isolate the value contribution of either the land or the building from the sale for use in comparison analysis. In extraction, land value is estimated by subtracting the estimated value of the improvements from the sale price of the property; this procedure is useful when the value of the improvements is relatively low or easily estimated. In subdivision development, the total value of the undeveloped land is estimated as if the land were subdivided, developed and sold; development costs, incentive and the net income projection is discounted over the estimated period required for market absorption of the developed sites. In the land residual technique, land is assumed to be improved to its highest and best use; all expenses of operation and the return attributable to the other agents of production are deducted, and the net income imputed to the land is capitalized to derive an estimate of land value. The ground rent capitalization procedure is used when land rents and capitalization rates are readily available; net ground rent is estimated and divided by a land capitalization rate.

In this instance, the sales comparison approach will be used, as this method is the most direct approach in the valuation of vacant land.

1. Research recent, relevant property sales and current offerings throughout the competitive area.

2. Select and analyze properties that are most similar to the subject, giving consideration to the appropriate elements of comparison, including property rights conveyed, financing terms, conditions of sale, market conditions, location, physical characteristics and intended use.

3. Make appropriate adjustments, if needed, to the prices of the comparable properties, or attempt to rank the properties with respect to the subject.

4. Interpret the sales data and draw a logical value conclusion, estimating market value based on a common unit of comparison (price per square foot, per acre, as applicable).

● Page 23

## Presentation of Sales

The following pages include the comparable property sales selected for analysis of the subject property. A market data map for a visual depiction of the sale properties' location relative to the subject.

TOBIN REAL ESTATE ADVISORS, INC.

# COMPARABLE LAND SALES



## 231 S Avenue 18

**SOLD**

**Los Angeles, CA 90031**
Sale on 7/15/2022 for $1,350,000 ($5,918,456.82/AC) - Research Complete
Residential Land of 0.23 AC (9,936 SF)




---

### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | **231Sa18 Partners LP** | Recorded Seller: | **ATWTR8, LLC** |
| True Buyer: | **Streetlamp Partners** | True Seller: | **Ted Chan** |
| | **Seth Hamilton** | | **Ted Chan** |
| | 1940 N Tustin St | | 2180 Ashbourne Dr |
| | Orange, CA 92865 | | San Marino, CA 91108 |
| | (714) 397-6077 | | (626) 841-8888 |
| Buyer Type: | **Other - Private** | Seller Type: | **Individual** |
| Buyer Broker: | **Growth Investment Group, Inc.** | Listing Broker: | **Growth Investment Group, Inc.** |
| | **Han Widjaja-Chen** | | **Han Widjaja-Chen** |
| | (626) 594-4900 | | (626) 594-4900 |
| | **Justin McCardle** | | **Justin McCardle** |
| | (626) 898-9730 | | (626) 898-9730 |

---

### Transaction Details

ID: 6084176

| | | | |
|---|---|---|---|
| Sale Date: | **07/15/2022 (88 days on market)** | Sale Type: | **Investment** |
| Escrow Length: | - | Land Area: | **0.23 AC (9,936 SF)** |
| Sale Price: | **$1,350,000-Confirmed** | Proposed Use: | **MultiFamily, Apartment Units, Apartment Units - Condo, Single Family Development** |
| Asking Price: | **1284000** | | |
| Price/AC Land Gross: | **$5,918,456.82 ($135.87/SF)** | | |
| Zoning: | **RD1.5 Tier 1** | Percent Improved: | **20.0%** |
| Transfer Tax: | **$1,485** | Total Value Assessed: | **$937,815 in 2021** |
| | | Improved Value Assessed: | **$187,563** |
| | | Land Value Assessed: | **$750,252** |
| | | Land Assessed/AC: | **$3,289,136** |
| Street Frontage: | **60 feet on South Avenue 18 (with 1 curb cut)** | | |
| Financing: | **Down payment of $675,000.00 (50.0%)** | | |
| | **$675,000.00 from Private Lender** | | |
| Topography: | **Level** | | |
| On-Site Improv: | **Previously developed lot** | | |

© 2022    Tobin Real Estate Advisors

## 231 S Avenue 18

Residential Land of 0.23 AC (9,936 SF) (con't)

**SOLD**

| | |
|---|---|
| Off-Site Improv: | **Curb/Gutter/Sidewalk, Electricity, Gas, Irrigation, Sewer, Streets, Water** |
| Improvements: | **Vacant SFR** |
| Legal Desc: | **Lot 11 blk 1, bk 3 pg 194.** |
| Parcel No: | **5447-026-005** |
| Document No: | **0728910** |

### Transaction Notes

On 7/15/22, the land at 231 S Avenue 18 was sold for $1,350,000. There was a phase 1 done and it came back clean.

The property was on the market for three months, with an initial asking price of $1,284,000.

The buyer is planning develop residential condos on the site, additional details were not disclosed.

### Current Land Information

ID: 12727381

| | | | |
|---|---|---|---|
| Zoning: | **RD1.5 Tier 1** | Proposed Use: | **MultiFamily/Apartment Units/Apartment Units - Condo/Single Family Development** |
| Density Allowed: | **-** | Land Area: | **0.23 AC (9,936 SF)** |
| Number of Lots: | **-** | On-Site Improv: | **Previously developed lot** |
| Max # of Units: | **-** | Lot Dimensions: | **-** |
| Units per Acre: | **-** | Owner Type: | **Other - Private** |
| Improvements: | **Vacant SFR** | | |
| Topography: | **Level** | | |
| Off-Site Improv: | **Curb/Gutter/Sidewalk, Electricity, Gas, Irrigation, Sewer, Streets, Water** | | |
| Street Frontage: | **60 feet on South Avenue 18 (with 1 curb cut)** | | |
| Traffic Count: | **0 cars per day on South Avenue 18** | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

TOBIN REAL ESTATE ADVISORS, INC.

## 231 S Avenue 18

**SOLD**

Residential Land of 0.23 AC (9,936 SF) (con't)

| | |
|---|---|
| Parcel Number: | 5447-026-005 |
| Legal Description: | - |
| County: | Los Angeles |

### Plat Map: 231 S Avenue 18



© 202?    Tobin Real Estate Advisors

TOBIN REAL ESTATE ADVISORS, INC.

## 4534 Tourmaline - 4534 E Tourmaline St

**SOLD**

**Los Angeles, CA 90032**
Sale on 4/13/2022 for $35,000 ($295,857.99/AC) - Public Record
Residential Land of 0.12 AC (5,153 SF)

 

### Buyer & Seller Contact Info

Recorded Buyer: **Procoro Gomez**
3928 S Wilton Pl
Los Angeles, CA 90062
**Yolinda L Avellaneda**

Recorded Seller: **Eastgate Town Center Llc**

### Transaction Details                                                ID: 5965504

| | | | |
|---|---|---|---|
| Sale Date: | **04/13/2022** | Land Area: | **0.12 AC (5,153 SF)** |
| Escrow Length: | - | Proposed Use: | - |
| Sale Price: | **$35,000** | | |
| Price/AC Land Gross: | **$295,857.99 ($6.79/SF)** | | |
| Zoning: | **LAR1** | Percent Improved: | - |
| | | Total Value Assessed: | **$8,770 in 2021** |
| | | Improved Value Assessed: | - |
| | | Land Value Assessed: | **$8,770** |
| | | Land Assessed/AC: | **$74,133** |
| Parcel No: | **5214-005-056** | | |
| Document No: | **0410581** | | |
| Sale History: | **Sold for $35,000 on 4/13/2022** | | |
| | **Sold for $35,000 on 4/13/2022** | | |

### Current Land Information                                          ID: 12038944

| | | | |
|---|---|---|---|
| Zoning: | **LAR1** | Proposed Use: | - |
| Density Allowed: | - | Land Area: | **0.12 AC (5,153 SF)** |
| Number of Lots: | - | On-Site Improv: | - |
| Max # of Units: | - | Lot Dimensions: | - |
| Units per Acre: | - | Owner Type: | - |
| Improvements: | - | | |

### Location Information

## 4534 Tourmaline - 4534 E Tourmaline St

**SOLD**

Residential Land of 0.12 AC (5,153 SF) (con't)

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |



### 4602 Klamath St

**SOLD**

**Los Angeles, CA 90032**
Sale on 4/11/2022 for $3,200,000 ($327,868.85/AC) - Research Complete
Residential Land of 9.76 AC (425,146 SF)




---

### Buyer & Seller Contact Info

| | |
|---|---|
| Recorded Buyer: | **ACEM LLC** |
| True Buyer: | **TeamRise International, Inc** |
| | **Melody Fang** |
| | 2 N Lake Ave |
| | Pasadena, CA 91101 |
| | (626) 714-7535 |
| Buyer Type: | **Developer/Owner-NTL** |

| | |
|---|---|
| Recorded Seller: | **Dan & Ali Trinh** |
| True Seller: | **Dan & Ali Trinh** |
| | **Dan Trinh** |
| | 3836 Oak Hill Ave |
| | Los Angeles, CA 90032 |
| Seller Type: | **Individual** |
| Listing Broker: | **Milano Realty** |
| | **Brian Ngoy** |
| | (626) 773-8181 |

---

### Transaction Details

ID: 5969968

| | | | |
|---|---|---|---|
| Sale Date: | **04/11/2022 (579 days on market)** | Sale Type: | **Investment** |
| Escrow Length: | **-** | Land Area: | **9.76 AC (425,146 SF)** |
| Sale Price: | **$3,200,000-Confirmed** | Proposed Use: | **Mixed Use, MultiFamily, Apartment Units, Apartment Units - Senior, Community Center, Hold for Development, Hold for Investment, Master Planned Community, Single Family Development, Single Family Residence** |
| Asking Price: | **3999000** | | |
| Price/AC Land Gross: | **$327,868.85 ($7.53/SF)** | | |
| Zoning: | **A1** | Percent Improved: | **-** |
| Transfer Tax: | **$3,520** | Total Value Assessed: | **$610,672** |
| | | Improved Value Assessed | **-** |
| | | Land Value Assessed: | **$610,672** |
| | | Land Assessed/AC: | **$62,568** |
| Street Frontage: | **39 feet on Klamath Street** | | |
| | **1 feet on Klamath** | | |
| Financing: | **Down payment of $3,200,000.00 (100.0%)** | | |

---

TOBIN REAL ESTATE ADVISORS, INC.

## 4602 Klamath St
Residential Land of 9.76 AC (425,146 SF) (con't)

**SOLD**

| | |
|---|---|
| Topography: | Level |
| On-Site Improv: | Raw land |
| Legal Desc: | LOT COM E 360 FT AND S 300 FT FROM NW COR OF LOT 1 IN NW 1/4 OF SEC 19 T 1S R 12W TH S TO S LINE OF SD LOT TH E THEREON TO A PT W 450 FT FROM SW COR OF LOT 66 TR NO 13785 TH N TO SW COR OF IN NW 1/4 OF LOT 19 |
| Parcel No: | 5214-025-004, 5214-025-006, 5214-024-019 |
| Document No: | 0396481 |

### Transaction Notes

Sale price confirmed by the Listing Broker.

### Current Land Information
ID: 11337592

| | | | |
|---|---|---|---|
| Zoning: | A1 | Proposed Use: | Mixed Use/MultiFamily/Apartment Units/Apartment Units - Senior/Community Center/Hold for Development/Hold for Investment/Master Planned Community/Single Family Development/Single Family Residence |
| Density Allowed: | - | Land Area: | 9.76 AC (425,146 SF) |
| Number of Lots: | - | On-Site Improv: | Raw land |
| Max # of Units: | - | Lot Dimensions: | - |
| Units per Acre: | - | Owner Type: | Developer/Owner-NTL |
| Improvements: | - | | |
| Topography: | Level | | |
| Street Frontage: | 39 feet on Klamath Street<br>1 feet on Klamath | | |
| Traffic Count: | 0 cars per day on Klamath Street | | |

### Location Information

| | |
|---|---|
| Cross Street: | N Eastern Ave |
| Metro Market: | Los Angeles |
| Submarket: | Burbank/Glendale/Pasadena/Glendale |
| County: | Los Angeles |
| CBSA: | Los Angeles-Long Beach-Glendale, CA |
| CSA: | Los Angeles-Long Beach, CA |
| DMA: | Los Angeles, CA-NV |

## 4602 Klamath St

**SOLD**

Residential Land of 9.76 AC (425,146 SF) (con't)

Parcel Number: **5214-025-004, 5214-025-006, 5214-024-019**
Legal Description: **·**
County: **Los Angeles**

### Plat Map: 4602 Klamath St



CITY LANDS OF LOS ANGELES
M.R. 2 - 504 - 505

T. IS., R. I2W.
T. IS., R. I3W.

## 4602 Klamath St

Residential Land of 9.76 AC (425,146 SF) (con't)

**SOLD**

**Plat Map: 4602 Klamath St**



© 2022          Tobin Real Estate Advisors

**4602 Klamath St**

Residential Land of 9.76 AC (425,146 SF) (con't)

**SOLD**

Plat Map: 4602 Klamath St



CITY LANDS OF LOS ANGELES    T. IS., R.12W.

M.R. 2 - 504 - 505    T. IS., R.13W.

ASSESSOR'S MAP
COUNTY OF LOS ANGELES, CALIF.

© 2022    Tobin Real Estate Advisors

## 2661 Forest Park Dr

**Los Angeles, CA 90032**
Sale on 10/20/2021 for $42,000 ($208,126.86/AC) - Public Record
Residential Land of 0.20 AC (8,790 SF)

**SOLD**

 

### Buyer & Seller Contact Info

| | |
|---|---|
| Recorded Buyer: **Gia H Trinh** | Recorded Seller: **Van Sander Karsten L** |

### Transaction Details
ID: 5735048

| | | | |
|---|---|---|---|
| Sale Date: | **10/20/2021** | Land Area: | **0.20 AC (8,790 SF)** |
| Escrow Length: | - | Proposed Use: | - |
| Sale Price: | **$42,000** | | |
| Price/AC Land Gross: | **$208,126.86 ($4.78/SF)** | | |
| | | | |
| Zoning: | **LARE20** | Percent Improved: | - |
| | | Total Value Assessed: | **$13,397 in 2021** |
| | | Improved Value Assessed | - |
| | | Land Value Assessed: | **$13,397** |
| | | Land Assessed/AC: | **$66,387** |
| | | | |
| Parcel No: | **5209-021-008** | | |
| Document No: | **1579318** | | |
| Sale History: | **Sold for $42,000 on 10/20/2021** | | |
| | **Sold for $42,000 on 10/20/2021** | | |

### Current Land Information
ID: 11310252

| | | | |
|---|---|---|---|
| Zoning: | **LARE20** | Proposed Use: | - |
| Density Allowed: | - | Land Area: | **0.20 AC (8,790 SF)** |
| Number of Lots: | - | On-Site Improv: | - |
| Max # of Units: | - | Lot Dimensions: | - |
| Units per Acre: | - | Owner Type: | - |
| Improvements: | - | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |

## 2661 Forest Park Dr

**SOLD**

Residential Land of 0.20 AC (8,790 SF) (con't)

| | |
|---|---|
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

## Swc Huntington Dr @ Edloft Ave
**Los Angeles, CA 90032**
Sale on 10/12/2021 for $825,000 ($1,554,843.57/AC) - Research Complete
Residential Land of 0.53 AC (23,113 SF)

**SOLD**

 

### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | **Royal Town Investments LLC** | Recorded Seller: | **Reymundo R & Ruth M Hernandez Trust** |
| True Buyer: | **Royal Town Development**<br>**Sayed Tashakori**<br>10401-10419 Venice Blvd<br>Los Angeles, CA 90034<br>(424) 238-7400 | True Seller: | **Reymundo R & Ruth M Hernandez Trust**<br><br>**Ruth Hernandez**<br>1701 Fremont Ave<br>South Pasadena, CA 91030<br>(323) 371-0070 |
| Buyer Type: | **Developer/Owner-NTL** | Seller Type: | **Trust** |
| Buyer Broker: | **Avison Young**<br>**David Maling**<br>(213) 618-3825<br>**Christopher Maling**<br>(213) 618-3824 | Listing Broker: | **Avison Young**<br>**David Maling**<br>(213) 618-3825<br>**Christopher Maling**<br>(213) 618-3824 |

### Transaction Details — ID: 5714388

| | | | |
|---|---|---|---|
| Sale Date: | **10/12/2021 (448 days on market)** | Sale Type: | **Investment** |
| Escrow Length: | - | Land Area: | **0.53 AC (23,113 SF)** |
| Sale Price: | **$825,000-Confirmed** | Proposed Use: | **MultiFamily, Apartment Units** |
| Asking Price: | 895000 | | |
| Price/AC Land Gross: | **$1,554,843.57 ($35.69/SF)** | | |
| | | | |
| Zoning: | **LARD2"RD"** | Percent Improved: | - |
| Transfer Tax: | **$907.50** | Total Value Assessed: | **$76,670 in 2021** |
| | | Improved Value Assessed: | - |
| | | Land Value Assessed: | **$76,670** |
| | | Land Assessed/AC: | **$144,496** |
| | | | |
| Street Frontage: | **224 feet on Huntington Drive S (with 1 curb cut)**<br>**99 feet on Edloft Ave** | | |
| Financing: | **Down payment of $400,000.00 (48.5%)**<br>**$425,000.00 from Seller** | | |
| Topography: | **Sloping** | | |

© 2022      Tobin Real Estate Advisors -

## Swc Huntington Dr @ Edloft Ave

**SOLD**

Residential Land of 0.53 AC (23,113 SF) (con't)

| | |
|---|---|
| On-Site Improv: | **Raw land** |
| Off-Site Improv: | **Curb/Gutter/Sidewalk, Electricity, Gas, Sewer, Streets, Water** |
| Improvements: | **None** |
| Legal Desc: | **Lots1,2,3,4&5 trt7618 bk117 pgs37thru38** |
| Parcel No: | **5213-023-001, 5213-023-002, 5213-023-003, 5213-023-004, 5213-023-005** |
| Document No: | **1535544** |

### Transaction Notes

These five parcels sold together on October 12th, 2021, for $825,000. The buyer plans on developing mutifamily units on the site. There were no approved plans at the time of sale. This was not part of a 1031 exchange, and there were no sale conditions reported.

### Current Land Information                                                      ID: 10990814

| | | | | |
|---|---|---|---|---|
| Zoning: | **LARD2"RD"** | Proposed Use: | **MultiFamily/Apartment Units** |
| Density Allowed: | **-** | Land Area: | **0.53 AC (23,113 SF)** |
| Number of Lots: | **-** | On-Site Improv: | **Raw land** |
| Max # of Units: | **12** | Lot Dimensions: | **-** |
| Units per Acre: | **-** | Owner Type: | **Developer/Owner-NTL** |
| Improvements: | **None** | | |
| Topography: | **Sloping** | | |
| Off-Site Improv: | **Curb/Gutter/Sidewalk, Electricity, Gas, Sewer, Streets, Water** | | |
| Street Frontage: | **224 feet on Huntington Drive S (with 1 curb cut)** | | |
| | **99 feet on Edloft Ave** | | |

### Location Information

| | |
|---|---|
| Cross Street: | **Edloft Ave** |
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

## Swc Huntington Dr @ Edloft Ave

**SOLD**

Residential Land of 0.53 AC (23,113 SF) (con't)

| | |
|---|---|
| Parcel Number: | **5213-023-001, 5213-023-002, 5213-023-003, 5213-023-004, 5213-023-005** |
| Legal Description: | - |
| County: | **Los Angeles** |

**Plat Map: Swc Huntington Dr @ Edloft Ave**



© 2022

TOBIN REAL ESTATE ADVISORS, INC.

## 4318 Raynol St

**SOLD**

**Los Angeles, CA 90032**
Sale on 5/10/2021 for $70,000 ($938,337.80/AC) – Public Record
Residential Land of 0.07 AC (3,250 SF)

 

### Buyer & Seller Contact Info

| | |
|---|---|
| Buyer Type: | Seller Type: |
| | Listing Broker: **KW Commercial Beverly Hills** |
| | **Shawn Kormondy** |
| | **(323) 638-7567** |

### Transaction Details

ID: 5511105

| | | | |
|---|---|---|---|
| Sale Date: | **05/10/2021 (432 days on market)** | Sale Type: | **Investment** |
| Escrow Length: | **-** | Land Area: | **0.07 AC (3,250 SF)** |
| Sale Price: | **$70,000-Confirmed** | Proposed Use: | **Single Family Development** |
| Asking Price: | **80000** | | |
| Price/AC Land Gross: | **$938,337.80 ($21.54/SF)** | | |
| Zoning: | **LAR1** | | |
| Improvements: | **none** | | |

### Current Land Information

ID: 11210823

| | | | |
|---|---|---|---|
| Zoning: | **LAR1** | Proposed Use: | **Single Family Development** |
| Density Allowed: | **-** | Land Area: | **0.07 AC (3,250 SF)** |
| Number of Lots: | **-** | On-Site Improv: | **-** |
| Max # of Units: | **-** | Lot Dimensions: | **-** |
| Units per Acre: | **-** | Owner Type: | **-** |
| Improvements: | **none** | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |

## 4318 Raynol St

Residential Land of 0.07 AC (3,250 SF) (con't)

**SOLD**

DMA: **Los Angeles, CA-NV**

Parcel Number: -
Legal Description: -
County: **Los Angeles**

**Plat Map: 4318 Raynol St**



ROSE HILL COURT

M. B. 8-2-3

CODE 4

FOR PREV. ASSM'T SEE 1121-18

© 2022          ~ Tobin Real Estate Advisors

## 1198 Montecito Dr - 1198 Montecito Dr

**SOLD**

Los Angeles, CA 90031
Sale on 2/18/2021 for $92,000 ($1,084,905.66/AC) - Public Record
Residential Land of 0.08 AC (3,694 SF)

 

### Buyer & Seller Contact Info

Recorded Buyer: **Baojian Xiao**
3939 Sunset Dr
Los Angeles, CA 90027

Recorded Seller: **Novo Products & Services Inc**

### Transaction Details

ID: 5417928

| | | | |
|---|---|---|---|
| Sale Date: | **02/18/2021** | Land Area: | **0.08 AC (3,694 SF)** |
| Escrow Length: | - | Proposed Use: | - |
| Sale Price: | **$92,000** | | |
| Price/AC Land Gross: | **$1,084,905.66 ($24.91/SF)** | | |
| Zoning: | **LAR1** | Percent Improved: | - |
| | | Total Value Assessed: | **$82,418 in 2020** |
| | | Improved Value Assessed | - |
| | | Land Value Assessed: | **$82,418** |
| | | Land Assessed/AC: | **$971,910** |
| Parcel No: | **5304-010-025** | | |
| Document No: | **0274947** | | |
| Sale History: | **Sold for $92,000 on 2/18/2021** | | |
| | **Sold for $92,000 on 2/18/2021** | | |

### Current Land Information

ID: 11267675

| | | | |
|---|---|---|---|
| Zoning: | **LAR1** | Proposed Use: | - |
| Density Allowed: | - | Land Area: | **0.08 AC (3,694 SF)** |
| Number of Lots: | - | On-Site Improv: | - |
| Max # of Units: | - | Lot Dimensions: | - |
| Units per Acre: | - | Owner Type: | - |
| Improvements: | - | | |

### Location Information

© 2022 Tobin Real Estate Advisors

TOBIN REAL ESTATE ADVISORS, INC.

## 1198 Montecito Dr - 1198 Montecito Dr                                    **SOLD**

Residential Land of 0.08 AC (3,694 SF) (con't)

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

TOBIN REAL ESTATE ADVISORS, INC.

## 1848 Workman St

**SOLD**

**Los Angeles, CA 90031**
Sale on 2/16/2021 for $1,250,000 ($5,983,724.27/AC) - Research Complete
Residential Land of 0.21 AC (9,100 SF)

 

### Buyer & Seller Contact Info

| | |
|---|---|
| Recorded Buyer: | **Capital 26 Management Llc** |
| True Buyer: | **Javanshir Rad** |
| | **Javanshir Rad** |
| | 1440 W Olympic Blvd |
| | Los Angeles, CA 90015 |
| | (213) 700-3680 |
| Buyer Type: | **Individual** |
| Buyer Broker: | **Power Brokers International, Inc.** |
| | **Mark Rad** |
| | (323) 646-0621 |

| | |
|---|---|
| Recorded Seller: | **Lincoln Legacy Homes LLC** |
| True Seller: | **Ara Minassian** |
| | **Ara Minassian** |
| | 2222 Foothill Blvd |
| | La Canada Flintridge, CA 91011 |
| | (310) 543-1240 |
| Seller Type: | **Individual** |
| Listing Broker: | **Compass Commercial** |
| | **Dario Svidler** |
| | (818) 653-2663 |
| | **Zachary Krasman** |
| | (310) 906-9382 |

### Transaction Details

ID: 5394018

| | |
|---|---|
| Sale Date: | **02/16/2021 (166 days on market)** |
| Escrow Length: | **30 days** |
| Sale Price: | **$1,250,000-Confirmed** |
| Asking Price: | **1095000** |
| Price/AC Land Gross: | **$5,983,724.27 ($137.37/SF)** |
| Zoning: | **R3-1 Tier 1** |
| Sale Conditions: | **1031 Exchange** |
| Transfer Tax: | **$1,375** |

| | |
|---|---|
| Sale Type: | **Investment** |
| Land Area: | **0.21 AC (9,100 SF)** |
| Proposed Use: | **Apartment Units, Apartment Units - Condo** |
| Percent Improved: | **30.0%** |
| Total Value Assessed: | **$714,000 in 2020** |
| Improved Value Assessed | **$214,200** |
| Land Value Assessed: | **$499,800** |
| Land Assessed/AC: | **$2,392,532** |

| | |
|---|---|
| Street Frontage: | **55 feet on Workman St. (with 1 curb cut)** |
| Financing: | **Down payment of $1,250,000.00 (100.0%)** |
| On-Site Improv: | **Previously developed lot** |
| Off-Site Improv: | **Cable, Curb/Gutter/Sidewalk, Electricity, Gas, Sewer, Streets, Telephone, Water** |
| Improvements: | **Ellis'd Units.** |

© 2022                 Tobin Real Estate Advisors - '

## 1848 Workman St                                                                    SOLD

Residential Land of 0.21 AC (9,100 SF) (con't)

| | |
|---|---|
| Legal Desc: | **BLOCK 6 OF THE MOULTON TRACT LOT 10** |
| Parcel No: | **5210-008-011** |
| Document No: | **0255257** |

### Transaction Notes

The sale price of $1.250,000 was confirmed by both the listing and buyer broker. There was a duplex that sat on the lot that had been removed from the rental market through the Ellis Act. Per the buyer broker, the estimated plan is that the buyer will build a minimum of 10 units on the land. The seller had already begun a Demolition Permit that was in the clearance stage as well as entitlement work for 18 units. The property sold $155,000 over asking due to other competitive offers. The buyer went through a 1031 exchange.

Dario Svidler & Zachary Krasman with COMPASS represented the seller. Mark Rad with Power Brokers International, Inc. represented the buyer.

### Current Land Information                                                      ID: 11493794

| | | | |
|---|---|---|---|
| Zoning: | **R3-1 Tier 1** | Proposed Use: | **Apartment Units/Apartment Units - Condo** |
| Density Allowed: | - | Land Area: | **0.21 AC (9,100 SF)** |
| Number of Lots: | - | On-Site Improv: | **Previously developed lot** |
| Max # of Units: | - | Lot Dimensions: | - |
| Units per Acre: | - | Owner Type: | **Individual** |
| Improvements: | **Ellis'd Units.** | | |
| Off-Site Improv: | **Cable, Curb/Gutter/Sidewalk, Electricity, Gas, Sewer, Streets, Telephone, Water** | | |
| Street Frontage: | **55 feet on Workman St. (with 1 curb cut)** | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

## 1848 Workman St
Residential Land of 0.21 AC (9,100 SF) (con't)

**SOLD**

| | |
|---|---|
| Parcel Number: | **5210-008-011** |
| Legal Description: | **-** |
| County: | **Los Angeles** |

**Plat Map: 1848 Workman St**



© 2022 ⌐        ⌐ Tobin Real Estate Advisors - ⌐

## 215 N San Fernando Rd

**Los Angeles, CA 90031**
Sale on 12/16/2019 for $2,675,000 ($6,697,546.32/AC) - Research Complete
Residential Land of 0.40 AC (17,398 SF)

**SOLD**




### Buyer & Seller Contact Info

| | |
|---|---|
| Recorded Buyer: | **4site Holdings LLC** |
| True Buyer: | **4Site Real Estate** |
| | **Todd Wexman** |
| | 1619 Temple St |
| | Los Angeles, CA 90026 |
| | (310) 770-6211 |
| Buyer Type: | **Developer/Owner-RGNL** |
| Buyer Broker: | **Colliers** |
| | **Mick Moody** |
| | (213) 532-3257 |

| | |
|---|---|
| Recorded Seller: | **Esther Weitzman** |
| True Seller: | **Esther Weitzman** |
| | **Esther Weitzman** |
| | 251 Avenida Montalvo |
| | San Clemente, CA 92672 |
| | (949) 533-9655 |
| Seller Type: | **Individual** |
| Listing Broker: | **Colliers** |
| | **Mick Moody** |
| | (213) 532-3257 |

### Transaction Details                                                                 ID: 4997454

| | | | |
|---|---|---|---|
| Sale Date: | **12/16/2019 (322 days on market)** | Sale Type: | **Investment** |
| Escrow Length: | - | Land Area: | **0.40 AC (17,398 SF)** |
| Sale Price: | **$2,675,000-Confirmed** | Proposed Use: | **Industrial** |
| Asking Price: | 3100000 | | |
| Price/AC Land Gross: | **$6,697,546.32 ($153.75/SF)** | | |
| | | | |
| Zoning: | **LAUV(CA)** | Percent Improved: | **27.9%** |
| Sale Conditions: | **Estate/Probate Sale** | Total Value Assessed: | **$132,255 in 2019** |
| Transfer Tax: | **$2,942.50** | Improved Value Assessed | **$36,894** |
| | | Land Value Assessed: | **$95,361** |
| | | Land Assessed/AC: | **$238,760** |

| | |
|---|---|
| Financing: | **Down payment of $2,675,000.00 (100.0%)** |
| On-Site Improv: | **Previously developed lot** |
| Off-Site Improv: | **Cable, Curb/Gutter/Sidewalk, Electricity, Gas, Irrigation, Sewer, Streets, Telephone, Water** |
| Improvements: | **+/- 2,500 SF warehouse/industrial** |

© 2022                          Tobin Real Estate Advisors -

## 215 N San Fernando Rd

Residential Land of 0.40 AC (17,398 SF) (con't)

**SOLD**

| | |
|---|---|
| Legal Desc: | **Parcel 1: Lot 2 in blk "D"**<br>**Parcel 2: Lot 3 in blk "D"**<br>**Parcel 3: Lot in 3 in blk "D"**<br><br>**In the City of Los Angeles in bk 28, pg 1 and 2.** |
| Parcel No: | **5447-016-013** |
| Document No: | **1400568** |

### Transaction Notes

The sale price was confirmed by the listing broker and buyer. This was a probate sale with an 8 month escrow period. This land does not currently have any entitlements. The buyer plans to redevelop land into multi family units. If more information becomes available this comp will be updated.

### Income Expense Data

| | | |
|---|---|---|
| **Expenses** | - Taxes | **$2,777** |
| | - Operating Expenses | |
| | Total Expenses | **$2,777** |

### Current Land Information

ID: 11019968

| | | | | |
|---|---|---|---|---|
| Zoning: | **LAUV(CA)** | Proposed Use: | **Industrial** |
| Density Allowed: | - | Land Area: | **0.40 AC (17,398 SF)** |
| Number of Lots: | **1** | On-Site Improv: | **Previously developed lot** |
| Max # of Units: | - | Lot Dimensions: | - |
| Units per Acre: | - | Owner Type: | **Developer/Owner-RGNL** |
| Improvements: | **+/- 2,500 SF warehouse/industrial** | | |

| | |
|---|---|
| Legal Desc: | **SUB OF CITY LANDS IN EAST LOS ANGELES AND THE ARROYO SECO NW 25 FT OF NE 100 FT (EX OF ST) OF LOT 2 AND (EX OF ST) LOTS 3 AND LO** |
| Off-Site Improv: | **Cable, Curb/Gutter/Sidewalk, Electricity, Gas, Irrigation, Sewer, Streets, Telephone, Water** |

### Location Information

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

## 215 N San Fernando Rd

Residential Land of 0.40 AC (17,398 SF) (con't)

**SOLD**

| | |
|---|---|
| Parcel Number: | **5447-016-013** |
| Legal Description: | **SUB OF CITY LANDS IN EAST LOS ANGELES AND THE ARROYO SECO NW 25 FT OF NE 100 FT (EX OF ST) OF LOT 2 AND (EX OF ST) LOTS 3 AND LO** |
| County: | **Los Angeles** |

**Plat Map: 215 N San Fernando Rd**



© 2022

Tobin Real Estate Advisors

TOBIN REAL ESTATE ADVISORS, INC.

## 2420-2436 Gates St - 2420, 2436 Gates Street

**SOLD**

**Los Angeles, CA 90031**
Sale on 12/3/2019 for $4,458,000 ($1,887,303.67/AC) - Research Complete
Residential Land of 2.36 AC (102,893 SF)





### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | **Nr8r Holdings LLC** | Recorded Seller: | **Carmelite Sisters Of The Third Order** |
| True Buyer: | **Joshua Oreck** | True Seller: | **Carmelite Sisters Of The Third Order** |
| | 2343 Valley View Dr | | **Judith Zuniga** |
| | Los Angeles, CA 90026 | | 2434 Gates St |
| | | | Los Angeles, CA 90031 |
| | | Seller Type: | **Religious** |
| | | Listing Broker: | **CBRE** |
| | | | **Bradford McCarthy** |
| | | | (213) 613-3255 |

### Transaction Details

ID: 4988446

| | | | |
|---|---|---|---|
| Sale Date: | **12/03/2019 (369 days on market)** | Sale Type: | **Investment** |
| Escrow Length: | - | Land Area: | **2.36 AC (102,893 SF)** |
| Sale Price: | **$4,458,000-Full Value** | Proposed Use: | - |
| Price/AC Land Gross: | **$1,887,303.67 ($43.33/SF)** | | |
| | | | |
| Zoning: | **LAR1** | Percent Improved: | **74.5%** |
| Transfer Tax: | **$4,903.80** | Total Value Assessed: | **$569,213 in 2019** |
| | | Improved Value Assessed: | **$424,180** |
| | | Land Value Assessed: | **$145,033** |
| | | Land Assessed/AC: | **$61,400** |
| | | | |
| Financing: | **$2,229,000.00 from CalPrivate Bank** | | |
| | **$1,783,200.00 from CalPrivate Bank** | | |
| | **$1,825,000.00 from Private Lender** | | |
| On-Site Improv: | **Previously developed lot** | | |
| Off-Site Improv: | **Cable, Curb/Gutter/Sidewalk, Electricity, Gas, Irrigation, Sewer, Streets, Telephone, Water** | | |
| Improvements: | **28,927 SF Building Area** | | |
| Legal Desc: | **The E 65 Ft of the N 55 Ft of Lot 9, Except the S 12 Ft of the N 55 Ft of the E 12 Ft of the E 65 Ft of Said Lot:** | | |
| | **The S 5 Ft of the E 15 Ft of Said Lot 9: The E 15 Ft of Lot 7, and all of Lots 8, 10-14, 16, 18, 20 in Bk "A" of** | | |
| | **HM Johnson Tract, LA, LA, CA** | | |
| Parcel No: | **5208-012-020** | | |

© 2022     Tobin Real Estate Advisors

## 2420-2436 Gates St - 2420, 2436 Gates Street

Residential Land of 2.36 AC (102,893 SF) (con't)

**SOLD**

Document No:    **1325356**

### Transaction Notes

Property sold with a school campus comprised of 28,927 square feet of building area on 2.36 acres of land. Well positioned on Gates Street just North of Broadway, the Property is approximately one-half mile from the world renowned LAC+USC Medical Center, and only one and one-quarter miles from the heart of Downtown Los Angeles. Attempts were made but were unsuccessful in obtaining information from all parties involved in this transaction. All information is from public records and the sales listing.

### Income Expense Data

|  | Expenses | - Taxes | **$12,438** |
|---|---|---|---|
|  |  | - Operating Expenses |  |
|  |  | Total Expenses | **$12,438** |

### Current Land Information

ID: 10976799

| | | | |
|---|---|---|---|
| Zoning: | **LAR1** | Proposed Use: | - |
| Density Allowed: | - | Land Area: | **2.36 AC (102,893 SF)** |
| Number of Lots: | - | On-Site Improv: | **Previously developed lot** |
| Max # of Units: | - | Lot Dimensions: | - |
| Units per Acre: | - | Owner Type: | - |
| Improvements: | **28,927 SF Building Area** | | |

Off-Site Improv:    **Cable, Curb/Gutter/Sidewalk, Electricity, Gas, Irrigation, Sewer, Streets, Telephone, Water**

### Location Information

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

## 2420-2436 Gates St - 2420, 2436 Gates Street

Residential Land of 2.36 AC (102,893 SF) (con't)

**SOLD**

| | |
|---|---|
| Parcel Number: | **5208-012-020** |
| Legal Description: | **-** |
| County: | **Los Angeles** |

### Plat Map: 2420-2436 Gates St

## Elements of Comparison

Using the Sales Comparison methodology, the consultants analyze the comparables and adjust, when appropriate, for the various characteristics that cause price variations in transactions. If insufficient data are available to substantiate adjustments, the analysts make qualitative comparisons among the sold properties and the subject and rank the subject within the range of sale prices of the comparables. These features include property rights conveyed, financing terms, conditions of sale, market conditions, location, physical characteristics and intended use.

### Property Rights Conveyed

The analysts must identify the real property rights conveyed in each of the comparable sales in order to relate the market data to the subject. We are estimating the market value of the fee simple interest in the site as though vacant. The property rights conveyed in each of the comparable transactions were fee simple interests; therefore, no adjustments have been made for property rights conveyed, unless noted.

### Financing Terms

The transaction price from one property may differ from that of an identical property because financing arrangements vary. It is for this reason that all financing terms of each comparable sale must be evaluated to determine if the terms affected the sale price. The definition of market value is implicit in the matter of cash equivalency. The market value reported should reflect the most probable price of the subject in cash, terms equivalent to cash or in other precisely revealed terms. All comparable sales were in the form of cash, or market financing considered equivalent to cash; therefore, no adjustments have been made for financing terms, unless noted.

### Conditions of Sale

This factor relates to the motivation of the buyer and seller. Unusual conditions of sale may result from a transaction between related parties. A buyer may be more highly motivated to purchase a property if it is adjacent to property already owned. Seller motivation typically varies depending on the pressure, or lack thereof, placed on the seller to sell the property. This timing aspect is generally tied to the method and the motivation behind the seller's acquisition of the property. For example, a speculative owner does not normally face substantial timing restraints and, as a result, is willing to wait for market conditions that facilitate a favorable transaction. However, the disposition arm of a failed financial institution may be motivated to accept a lower price in order to expedite the sale and limit holding costs associated with asset management. None of the comparables were adjusted for unusual seller motivation, unless noted.

### Market Conditions

The subject's market area continues to be in the growth stage of development. Land appreciation does not occur on a straight-line inflation basis; instances of land appreciation of thirty to fifty percent per year have occurred in past recoveries for selected markets; negative growth is also possible in the economic cycle. All of the sales transacted within the recent past. Since all of the comparable sales occurred in this time frame, we adjusted upward by our projected inflation/appreciation rate of two to four, or three percent.

● Page 25

## Location

Location encompasses a number of issues, including location within different market areas with different supply/demand pressures, the character/condition of surrounding development, corner location, access and visibility. It is important to assess which factors truly impact value for different types of real estate. This factor (as well as physical and economic characteristics) will be discussed on a comparable-by-comparable basis. All of the comparable sales are located within five miles of the subject, each of which is discussed on a comparable by comparable basis.

## Physical Characteristics

Important physical characteristics include size, shape, topography and availability of infrastructure. Obviously, sites that feature a generally rectangular shape, level topography, all utilities and appropriate infrastructure tend to sell for a higher price per square foot. With respect to size, different sizes of land parcels sell at different unit prices because the optimal size of the parcel depends upon its use (most types of development have an optimal site size; if the site is larger, the value of the excess land tends to decline at an accelerating rate). Size is generally less important an element of comparison than date and location. In this instance, we have given more weight to comparables that are approximately the same size as the subject property. All comparable land sales, with noted exceptions, had utilities available to the site and level topography at the time of sale; therefore, no adjustments are made for these features, unless noted. The other factors are discussed for each individual property.

## Use

The price a buyer is willing to pay for a property may differ depending on the manner in the property is intended to be used. The owner purchases some properties for use and occupancy. Users normally pay the higher prices in an active market because there is no delay involved in obtaining a return on the investment, and in many cases, there are no alternative properties available to the user due to constraints such as location. Investors typically purchase property for rental income from subsequent users or occupants, adding an element of risk that is usually reflected in a slightly lower purchase price. Furthermore, unlike some users, investors are not normally compelled to buy a specific parcel of real estate, resulting in a somewhat lower price. Speculators represent a third category of buyers. Speculators purchase land to hold for investment purposes, intending to develop the land at some point in the future when demand for the property matures. These properties typically sell at a discount to reflect the holding costs associated with this type of investment. Speculative land sales are common in over built markets in which little or no immediate demand for new construction exists. In the case of the subject and comparables, no adjustment has been made for these characteristics, unless noted.

## *Analysis of Market Data*

The comparable sales range in date of sale between December 2019 to July 2022, in size from under one acre to just under 10 acres and in price per square foot between approximately $5 to $154 per square foot, prior to our discussion of differing attributes. The following are comments pertaining to each sale.

**231 S. Avenue 18** is the recent sale of a smaller site located approximately one mile southwest of the subject, considered superior with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography and availability of utilities are similar, and frontage is superior. Zoning is superior, and the highest and best use is superior. This property's shape is irregular, similar to the subject.  This sale is not a corner location, similar to the subject. Improvements were required for removal, inferior to the assumed vacant status of the subject. This sale should be above the upper range per square foot of the subject given its superior location, zoning and highest and best use, however, this sale is well above the data for reasons not apparent to your analysts.

**4534 Tourmaline** is the recent sale of a smaller site located approximately ¼ mile northeast of the subject, considered similar with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography is inferior, and availability of utilities are similar, and frontage is inferior. Zoning is similar, and the highest and best use is similar. This property's shape is irregular, similar to the subject.  This sale is not a corner location, similar to the subject. This sale should set the upper range per square foot of the subject given its small size.

**4602 Klamath** is the recent sale of a smaller site located approximately one mile east of the subject, considered similar with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography is inferior, and availability of utilities are similar, and frontage is superior. Zoning is superior, and the highest and best use is superior. This property's shape is irregular, similar to the subject. This sale is not a corner location, similar to the subject. This sale should set the upper range per square foot of the subject given its superior zoning and highest and best use.

**2661 Forest Park Dr.** is the recent sale of a smaller site located approximately ¼ mile northeast of the subject, considered similar with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography is inferior, and availability of utilities are similar, and frontage is inferior. Zoning is superior, and the highest and best use is superior. This property's shape is irregular, similar to the subject.  This sale is not a corner location, similar to the subject. This sale should set the lower range per square foot of the subject given its inferior topography and frontage.

**SWC Huntington Dr. @ Edloft Ave.** is the recent sale of a smaller site located approximately ¼ mile northeast of the subject, considered similar with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography is inferior, and availability of utilities are similar, and frontage is inferior. Zoning is superior, and the highest and best use is superior. This property's shape is irregular, similar to the subject.  This sale is not a corner location, similar to the subject. This sale should set the upper range per square foot of the subject given its very small size.

● Page 27

**4318 Raynol St.** is the recent sale of a smaller site located approximately ½ mile northeast of the subject, considered similar with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography is similar, and availability of utilities are similar, and frontage is inferior. Zoning is similar, and the highest and best use is similar. This property's shape is irregular, similar to the subject.  This sale is not a corner location, similar to the subject. This sale should set the upper range per square foot of the subject given its small size.

**1198 Montecito Dr.** is the recent sale of a smaller site located approximately ¼ mile northwest of the subject, considered similar with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography is inferior, and availability of utilities are similar, and frontage is inferior. Zoning is similar, and the highest and best use is similar. This property's shape is irregular, similar to the subject.  This sale is not a corner location, similar to the subject. This sale should set the upper range per square foot of the subject given its very small size.

**1848 Workman St.** is the recent sale of a smaller site located approximately one mile southwest of the subject, considered superior with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography and availability of utilities are similar, and frontage is superior. Zoning is superior, and the highest and best use is superior. This property's shape is irregular, similar to the subject.  This sale is not a corner location, similar to the subject. Improvements were required for removal, inferior to the assumed vacant status of the subject. This sale should be above the upper range per square foot of the subject given its superior location, zoning and highest and best use, however, this sale is well above the data for reasons not apparent to your analysts.

**215 N. Fernando Rd.** is the recent sale of a smaller site located approximately one mile southwest of the subject, considered superior with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography and availability of utilities are similar, and frontage is superior. Zoning is superior, and the highest and best use is superior. This property's shape is irregular, similar to the subject.  This sale is not a corner location, similar to the subject. Improvements were required for removal, inferior to the assumed vacant status of the subject. This sale should be above the upper range per square foot of the subject given its superior location, zoning and highest and best use, however, this sale is well above the data for reasons not apparent to your analysts.

**2420-2436 Gates St.** is the recent sale of a smaller site located approximately ¼ mile southwest of the subject, considered similar with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography is inferior, and availability of utilities are similar, and frontage is inferior. Zoning is similar, and the highest and best use is similar. This property's shape is irregular, similar to the subject.  This sale is not a corner location, similar to the subject. Improvements

TOBIN REAL ESTATE ADVISORS, INC.

were required for removal, inferior to the assumed vacant status of the subject. This sale should set the upper range per square foot of the subject given its very small size.

## Conclusion

The comparable sales range in date of sale between December 2019 to July 2022, in size from under one acre to just under 10 acres and in price per square foot between approximately $5 to $154 per square foot. The subject site size at 13.22 acres is very large and the price per square foot indicators at the lower end of the range would be most indicative of the subject as most of the comparables were a fraction of the size of the subject. Most parcels feature similar locations along high trafficked thoroughfares, with most sales featuring similar zoning/highest and best use, shape, all sales featuring similar topography, and utility access, with size or zoning/highest and best use mostly distinguishing differences between the subject and comparables. After considering differing attributes, these sales are very supportive of the residential development activity taking place in the subject's area - primarily high quality sites. All of the sales are most supportive of the value of the subject, indicating a range of $4 to $6 or $5 per square foot, for the subject's parcel. Therefore, based upon the preceding analysis, the indicated market value of the subject site is best supported by recent sales activity of $4 to $6, or $5 per square foot, and our estimated market value is as follows:

**1,364,735 Square Feet @ $5 Per Square Foot = $6,823,675, or rounded = $6,800,000**

## SIX MILLION EIGHT HUNDRED THOUSAND DOLLARS

### ($6,800,000)

TOBIN REAL ESTATE ADVISORS, INC.

## RECONCILIATION AND FINAL VALUE ESTIMATE

Three estimates of value have been derived for the subject property by analysis of all pertinent data.  The results of the individual approaches, estimating the market value of the improved property, as of the date of the appraisal, are as follows:

| | |
|---|---|
| **Cost Approach** | **N/A** |
| **Sales Comparison Approach** | **$ 6,800,000** |
| **Income Capitalization Approach** | **N/A** |

Depending on the type of property appraised or the purpose of the appraisal, one of the approaches may be a more reliable indication of value than the others.  This can be attributed to the adequacy or availability of data, among other factors.

The development of facilities similar to the subject buildings cannot be reasonably estimated through the cost approach as their were no improvements on-site.  This approach allows assessing highest and best use feasibility and is reasonably accurate if the improvements are newer.  The cost approach, in this instance, is not considered a reasonable indicator of value because improvements are not located on-site.   This approach has not been given consideration weighted by the value indications from our sales comparison and income capitalization approaches due to the lack of structures on-site.

Although not directly comparable to the subject in all characteristics, the properties considered in the sales comparison approach typically provide appropriate units of comparison.  The range of unit indicators in this instance is typically relatively narrow with respect to property class.  This approach is useful for predominantly owner-occupied markets.  In this instance, the sales comparison approach has been given great consideration in our final conclusion of value.

The income capitalization approach weighs the income producing capacity of a property.  There was insufficient market data available to effectively estimate income, expenses and cash flow for the subject, in addition to applying factors appropriate to account for risk.   This approach is typically given substantial weight in our analysis and is supported by the indications in the cost and sales comparison approaches, but again, no improvements are located on-site.

It is therefore our opinion that the market value of the subject property as of the date of this appraisal is

## SIX MILLION EIGHT HUNDRED THOUSAND DOLLARS

## ($6,800,000)

TOBIN REAL ESTATE ADVISORS, INC.

In this section, we attempt to include a brief summary of our observations of the property and your entire real estate portfolio that are designed to improve the profitability or market appeal of the property (or to prevent or minimize any lack of market appeal). Among the major characteristics pertaining to the subject property and your entire real estate portfolio, the following attributes of the subject/your portfolio can be built upon. They are:

- The historic $2.99 trillion economic stimulus bill passed in March 2020 in response to the COVID-19 pandemic features a number of positive implications for commercial real estate (CRE), including a technical correction to the *Qualified Improvement Property (QIP)* provision in the 2017 *Tax Cuts and Jobs Act. QIP* is now available for immediate expensing, rather than subject to the 39-year depreciation period. Other provisions of interest to CRE in the $2.99 trillion stimulus bill, includes allowing a 5-year carryback of net operating losses (NOL) for non-REIT businesses for 2018, 2019 and 2020; increases the limitation on deductible business interest from 30% to 50% of EBITDA (earnings before interest, taxes, depreciation, amortization) for 2019 and 2020; excludes from income cancellation of debt related to new, emergency small business loans, and, provides small businesses (many CRE tenants), with $367 billion in loan assistance to maintain staff payroll and continue paying obligations. The legislation also provides direct payments to many individuals and families, extends unemployment insurance and shores up social safety net programs. A $1 trillion infrastructure bill followed in fall 2021;

- Rental real estate is renowned for its many tax break, and the 2017 tax overhaul added a new one. The benefit is the 199A deduction of 20%, applying to business income – including rental income – earned by many sole proprietorships, limited-liability companies, partnerships and S corporations. These entities pass through profits and losses directly to their owners' individual tax returns, instead of paying tax at the corporate level;

- Aggressively contest real estate taxes by arming yourself with information that could help your tax attorney and the assessor. A building may have lingering vacancies or unique challenges that the assessor hasn't considered;

- Consider making your property more "green," which may include *Energy Star* and *LEED* certification. Landlords should pay attention to what's included in the stimulus package if the program offers incentives for property owners. However, big incentives are already available from utility companies in every geographic market;

- Take advantage of group purchasing to lower operating expenses, including property insurance, utilities, janitorial services and trash removal. Landlords can receive significant discounts by leveraging the size of their portfolios managed by their service provider;

- The U.S. population is expected to increase 33 percent – to 376 million- by 2030. That growth could generate demand for 60 million new housing units and unknown numbers of new master-planned developments. About half the homes, office buildings, stores and factories needed by 2030 do not even exist today. The supply of land is finite, while the opportunities for high quality development are almost infinite, however COVID 19 has not slowed these projections, likely, temporarily;

- Be prepared for opportunities to acquire properties from distressed sellers or lenders. "Out-lease and out-manage" your competition. Focused owners in this cycle will maintain and even enhance value through intensive asset management. Acquire loans at a discount from lenders seeking to deleverage their balance sheets at any price. "Assist" borrowers whose financial structures are "upside down" to restructure and recapitalize loans before they are forced to deal with their lender;

- Hard assets, such as commercial real estate, likely will not lose value as precipitously as financial assets. In general, real estate has outperformed stocks over the past ten years by a significant margin. Continue to hold "core" properties as they remain irreplaceable assets. Purchase or hold multifamily apartments; they are the antidote for young adults, downsizing baby boomers, and anyone else who thinks that home-style living is too expensive or inconvenient. Buy or hold industrial. While there will be some softness in reaction to the economy, coastal gateway markets and international airport hubs should continue to consolidate their position in the distribution chain long term, but in the short term, the U.S. should be shifting many distribution chains back to the U.S. due to COVID-19, another boon to commercial real estate.  Many manufacturing jobs will no longer be outsourced, which could be perceived as an incentive to innovate and create new jobs in land development. Hold office assets; long-term leases can bridge the downturn. Hold hotels, although this sector has been remarkably resilient in the slow recovery because of lack of overbuilding and continued business/convention/tourism strength, likely to return robustly as COVID-19 effects dissipate. Be cautious about retail – consumer exhaustion is an issue in a weakening economy. Focus on fortress malls and grocery- and drug-anchored centers. Expect opportunities to surface in the residential building lot and condominium sectors – if you have a solid capital structure and strong stomach for risk;

- The focus on higher-density mixed use, infill and transit-oriented development will return after COVID1- recovery, which seems to make the most sense in this era of fluctuating energy prices, singles and empty nesters, and convenience-oriented living, but has significantly slowed in mid-2020.  Transit use will eventually continue to grow as the trend changes from car-oriented trips to walk-able shopping districts. Urban infill will eventually again become attractive. On average, 15 percent of city land is vacant. Prospective homebuyers today tend to choose compact rather than large-lot neighborhoods. This signals that Americans may be ready to give up their bedroom communities. High quality always wins. Sustainable development is in. The culture is changing from profligacy to frugality, emphasizing low environmental impact and high efficiency. Find opportunities to "green" your portfolio, as tenants are demanding it, period. "Green is green," whether it is new construction or an existing building;

- Suburbs should continue to be an investor focus.  Over the past decade, the percentage of Americans living in suburbs and single-family homes has increased. Downtown condominiums in some markets (Miami, Los Angeles, Las Vegas, etc.) have led the housing bust. Since 1980, the percentage of residents settling in urban areas has dropped to 34% from 41%. Some 52% of residents are now living in the suburbs, up from 44% 30 years ago. Millennials (the generation born after 1983) are even more suburban-centric than their boomer parents; four of five in this group intend to marry and have families. Roughly 18% of millennials consider the city an ideal place to live, but approximately 43% envision the suburbs as their preferred long-term destination; this trend should now be higher due to *COVID-19.*

● Page 32

# CERTIFICATION

The undersigned do certify on behalf of Tobin Real Estate Advisors, Inc. that to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions and conclusions in this report are limited only by the reported assumptions and limiting conditions and are our personal, impartial, and unbiased professional analyses, opinions and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the property/parties involved.

4. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. Our compensation for completing this assignment is not contingent upon the development of or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. Our analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation* and with the requirements of the *Code of Professional Ethics/ the Supplementary Standards of Professional Appraisal Practice of the Appraisal Institute*.

8. I, Patrick L. Tobin, MAI, certify that the use of this report is subject to the requirements of the *Appraisal Institute* relating to review by its duly authorized representatives. As of the date of this report, I have completed the requirements of the continuing education program of the *Appraisal Institute*.

9. Margaret P. Tobin coordinated the research activities for this engagement.

10. Patrick L. Tobin, MAI made a personal external inspection of the property that is the subject of this report, but otherwise has not provided any services pertaining to this property during the past three years.

It is our opinion that the market/rental value of the fee simple interest in the underlying real property known as 31.33 Acres of Vacant Land, 2929 Amethyst Street, E/S Sierra Street, East of Inyo Street and the NEC Lincoln Park Avenue & Inyo Street, Los Angeles, California, as of September 8, 2022, was:

### SIX MILLION EIGHT HUNDRED THOUSAND DOLLARS ($6,800,000)

A reasonable marketing period associated with this estimated value is nine to twelve months.

Patrick L. Tobin, MAI, Principal
CA Certified General 3004963-005 8-24-23
IL Certified General 553-000220 9-30-23
**TOBIN** Real Estate Advisors, **INC.**

● Page 33

Margaret P. Tobin, Principal
**TOBIN** Real Estate Advisors, **INC.**

## ASSUMPTIONS & LIMITING CONDITIONS

1. Tobin Real Estate Advisors, Inc. cannot assume responsibility for matters of a legal nature. It is assumed that the title is marketable and that the descriptive information furnished is correct. Except as noted, the property is assumed in accordance with applicable local, state and federal ordinances, regulations and laws.

2. The physical condition of the real estate described herein was based upon visual inspection except as noted. It is assumed that there are no hidden conditions that would render the property more or less valuable. Hidden conditions include, but are not limited to, Americans with Disability Act (ADA) requirements, soundness of members, equipment, soil conditions or environmental contamination. Tobin Real Estate Advisors, Inc. cannot assume responsibility for such conditions, their effects or for arranging engineering studies that may be required to discover them. This report does not take into consideration the possibility of the existence of asbestos, PCB transformers, mold, or other toxic, hazardous or contaminated substances and/or underground storage tanks (hazardous material), or the cost of encapsulation or removal thereof, unless otherwise noted. Should the client have concern over the existence of such substances on the property, we consider it imperative for the client to retain the services of a qualified, independent engineer or contractor to determine the existence and extent of any hazardous materials, as well as the cost associated with any required or desirable treatment or removal thereof.

3. Any plot plans, diagrams or drawings presented are only to facilitate and aid the reader and are not meant to be used in matters of survey or for any other purpose.

4. Any distribution of value applies only as presented or discussed. Value distributions include, but are not limited to, leased fee and leasehold, and land and building allocations. Portions of this report should not be relied upon except in the context of the whole.

5. All analyses, opinions and conclusions assume responsible ownership and competent management.

6. No persons signing or identified as contributing to this report shall be required to give testimony or appear in court by reason of this report with reference to the property herein described, unless prior arrangements have been made.

7. As used herein, the report is defined to include both the written version and information contained in our files.

8. Neither all or any part of the contents of this report (especially any conclusions, the identity of the persons signing or contributing to this report or the firm with which they are connected, or any reference to the Appraisal Institute or the MAI designation) shall be disseminated to the public through advertising media, public relations media, news media, sales media or any other public means of communication without prior written consent and approval. The terms of our engagement are such that we have no obligation to update or revise the report or our analyses, opinions and conclusions in any manner because of events or transactions occurring subsequent to the date of the report. This appraisal report and all of the appraiser's work in connection with the appraisal assignment are subject to these assumptions and limiting conditions and all other terms stated in this report. Any use of the appraisal by any party, regardless of whether such use is authorized or intended by the appraiser, constitutes acceptance of all such limiting conditions and terms. No purchaser or seller of the subject property nor any borrower are intended users of this appraisal and no such parties should use or rely on this appraisal for any purpose. All such parties are advised to consult with appraisers or other professionals of their own choosing.

● Page 35

# V.  ADDENDA

TOBIN REAL ESTATE ADVISORS, INC.

# ADDENDUM A

# LEGAL DESCRIPTION

## LEGAL DESCRIPTION

The land referred to in this report is situated in the State of California, County of Los Angeles, City of Los Angeles and can be legally described as: *APN# 5209-005-001; CITY LANDS OF LOS ANGELES LOT COM AT SW COR OF LOT 590 ROSE HILL COURT TH S 76 17' E 590.42 FT TH S 24 45' W 1044.95 FT TH S 15 30' E 520.33 FT TH S SEE ASSESSOR MAPBOOK FOR MISSING PORTION10.06 TO BEG. APN# 5209-005-003: ELA HILLS TRACT LOT 3 BLOCK F; APN# 5208-025-014: ELA HILLS TRACT W. 80 FEET OF E 150 FT OF LOT 7 BLOCK E.*

# ADDENDUM B

# RESUMES

## Patrick L. Tobin, MAI

Pat is a principal in Tobin Real Estate Advisors, Inc. and business executive with forty-one years of diverse and extensive experience in real estate and management.  Pat has achieved consistent results in increasing profitability and enhancing value by creating systems and strategies to meet the market and accommodate future growth.  Pat has directed and interacted with a large and diverse professional staff and institutional organizations, and his contributions have included the formation, development and refinement of major corporate departments and procedures.

### Professional Experience

Tobin Real Estate Advisors, Inc.:  Pat formed Tobin Real Estate Advisors, Inc. in 1995 to assist clients in appraisal/valuation due diligence,  investor advisory services,  litigation support,  performance improvement and portfolio strategy.  Services offered include narrative self contained valuation reports, summary and restricted use documents,  valuation reviews, market studies, partial interests in debt/equity,  buy/sell negotiation support, concurrence opinions, purchase price allocation,  property reviews, cash flow creation,  market analyses and detailed investor packages, underwriter's letter and verification services, deposition, expert witness testimony,  lease audits, cash flow, occupancy and financial performance bench marking, operations, administration and maintenance diagnostics, portfolio performance measurement and diversification assessment,  evaluation of individual properties/opportunities to enhance value and economic and market condition risk identification.

*Ernst & Young, 1990-1995*:  Senior Manager and Midwest Region Director of Real Estate Consulting. Pat developed client relationships while recruiting, growing, training and leading a real estate advisory consulting team in performance improvement, investor advisory due diligence and litigation support engagements for worldwide corporate and institutional holders of real estate.

*Appraisal Research Counselors, Ltd., 1980-1990*:  Vice President.  Pat developed client relationships while recruiting, growing,  training and leading a real estate advisory consulting team in national appraisal/valuation due diligence,  counseling and market research engagements for use in financing, planning, syndication,  foreclosure, purchase/sale and insurance.

### Education and Seminars

Pat graduated from Loyola University of Chicago in 1982 with a Bachelor's of Science degree in Business Administration/Marketing.    In 1990,  Pat completed the requirements for the Appraisal Institute's MAI designation (#8488).   Pat has led numerous seminars,   including total quality management process improvement teams,   financial advisory service education programs and international real estate consulting groups.    External seminars include "Master the Game of Restructuring/Bankruptcy in the Lodging Industry," with the law firm of *Jenner & Block* in Chicago, Cincinnati, Kansas City and Minneapolis, and "Trends in Real Estate Consulting from a Lender's Perspective," with *Citigroup, HSBC, JP Morgan Chase, Bank of America* and *Northern Trust.*

### Professional Affiliations

Chicago Real Estate Council, Member; Real Estate Investment Association, Member; Pension Real Estate Association, Member; Member; Urban Land Institute, Associate Member;  State of Illinois Certified Real Estate Appraiser, License No. 553-000220.

TOBIN REAL ESTATE ADVISORS, INC.

## Statement of Prior Testimony

### ROUSE/RANDHURST SHOPPING CENTER, INC. V. JC PENNEY

**COMPANY, INC., Case No. 01 C 1623**  Pat Tobin provided damage calculations in preparation for expert witness testimony (*Federal Bankruptcy Court for the Northern District of Illinois*, Judge Milton I. Shadur's Court) in the successful settlement of an anchor tenant who elected to depart a super-regional mall located in the Chicago metro area.  The retail industry has closely watched this case. Tobin's client was *Navigant Consulting Group/JC Penney*; the law firm was *Jones Day. JC Penney, Inc.* believed the settlement to be desirable.

### PRIME RAIL INTEREST, INC V. CITGO PETROLEUM CORPORATION

*Tobin* assisted *Citgo* and the law firm of *Eimer Stahl Klevorn & Solberg*. The issue in this case was market value with/without environmental contamination, and our firm acted as expert for trial in the *United States District Court, Northern District of Texas, Ft. Worth Division*. In this instance, we also reviewed expert reports regarding whether the extent of soil/groundwater conditions in the *Citgo* release area are suitable for regulatory closure under applicable environmental regulations, and whether the soil/groundwater conditions in this area limit development of the site for commercial industrial purposes. Part of the subject property was used in the past by *Sinclair Oil Company* for storage of petroleum products in ASTs, with removal of these tanks occurring sometime between 1942 and 1957. Case is expected to be settled out of court.

### TRANSCONTINENTAL REALTY INVESTORS, INC. V. ST. LOUIS ONE CITY CENTRE, LTD., 2/20 MANAGEMENT COMPANY, INC. & ONE

**CITY CENTRE INVESTMENTS, LLC**  Pat Tobin prepared expert witness testimony for the plaintiff regarding a major Class A downtown St. Louis office property's breach of contract to sell this asset in Case No. 02-11233-D, *160th District Court of Dallas County, Texas and St. Louis County, Missouri.* Presiding judge was Megan Dolan. The plaintiff law firm was *Madden Sewell,* which received a favorable judgment.

### U.S. BANK, N.A., (AS SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER FOR PARK NATIONAL BANK) V. WISEMAN-HUGHES ENTERPRISES, INC., CASTLE BAR INVESTMENTS, LLC, JAMES P. HUGHES SR., JAMES P.

**HUGHES, JR. AND JOHN F. KULCZEWSKI, 08 CH 0604,** Pat Tobin delivered expert witness testimony for the defendant in the *Circuit Court of the Sixteenth Judicial Circuit, Kendall County, Chancery Division,* Judge Timothy J. McCann. *Tobin Real Estate Advisors, Inc.* prepared a report estimating the market value of a large subdivision property the property (129.53 acre parcel containing 210 developed, vacant townhome pads, a 3.54-acre vacant commercial site, 41.28 acres platted for residential development including 91 single-family homes, and seven model townhomes), including the retrospective and prospective market values before/after the residential market crash in conjunction with a sheriff's sale. *Tobin* worked with law firm *Freeborn & Peters LLP*.

### PEARLMAN V. SAMUEL ZELL, Case No. 95 G 4242  Pat Tobin provided

deposition testimony (*Federal Court for the Northern District of Illinois,* Judge Castillo) in the suit brought by Richard Pearlman against Sam Zell and his respective firms *Equity Residential* and *Equity Manufactured Homes,* residential portfolios comprising over 105,000 apartment units and 45 manufactured home parks across the United States.  Tobin's client law firm was *Novack & Macey.*

## NORTH SIDE COMMUNITY BANK V. CLARK & LELAND CONDOMINIUM LLC, CASE NO. 10-5327508    Pat Tobin delivered expert witness

testimony for the defendant (*Clark & Leland Condominium, LLC,* debtor), in this Chapter 11 bankruptcy case in the *United States Bankruptcy Court* for the *Northern District of Illinois Eastern Division,* Hon. Eugene R. Wedoff. *Tobin Real Estate Advisors, Inc.* prepared a report estimating the market value of a newly delivered elevator masonry and concrete-constructed mixed-used building comprising 36 residential rental units and nine commercial spaces, including the retrospective and prospective market values before/after the residential market crash in conjunction with the confirmation of a plan of reorganization. *Tobin* worked with law firm *Arnstein & Lehr LLP.*

## CHICAGO FLOOD/DAYTON HUDSON/CITY OF CHICAGO/GREAT LAKES DOCK & DREDGE/MCDERMOTT, WILL & EMERY    Pat Tobin led a litigation support

team and was deposed as the lead real estate expert to analyze damage claims filed against *Great Lakes Dock & Dredge* and their insurer as a result of the Chicago Flood.  Since the largest elements of the claims filed against *Great Lakes* was damage to property, Pat provided expert witness assistance, including developing questions for the plaintiff's expert witnesses and providing expert testimony on behalf of the defendant regarding the proper methods of valuing damage to *Macy's* downtown flagship store and Loop office buildings.

## JENNER & BLOCK/SEYFARTH & SHAW/AMERITECH/SALOMON BROTHERS/MOTELS OF AMERICA/BEST INNS    Pat Tobin co-led a litigation

support team in due diligence, report preparation, deposition and expert witness (*Northern District of Illinois Bankruptcy Court* - now settled) over a three-year period for a motel portfolio consisting of over 200 motels.

## NORFOLK & SOUTHERN CORPORATION    Pat Tobin co-led a real estate consulting

team that completed various engagements of rights-of-way valuations for condemnation proceedings involving expert witness testimony.  The engagements comprised over 2,500 miles of track structure, bridges, culverts, signaling, grade crossings and real estate, including studies pertaining to corridor value-in-use, gross and net liquidation analyses.

## VAN KAMPEN MERRITT/XEROX LIFE/ UNGARETTI & HARRIS    Pat Tobin

led a real estate consulting team and was deposed as an expert witness in the evaluation of a 500 lot single-family subdivision and Robert Trent Jones II golf and country club located in Crested Butte, Colorado.  The bankruptcy court ruled in favor of the bondholders (*Van Kampen Merritt/Xerox Life*).  Pat also co-led a real estate consulting/litigation support team which assisted bondholders in evaluating a 119 room full service hotel in Denver, Colorado, a 202 room *Radisson* Hotel in Arlington Heights, Illinois and a 250 room *Holiday Inn* in LaCrosse, Wisconsin.

## PRUDENTIAL ASSOCIATES    Pat Tobin led a real estate consulting/litigation support team

which provided consulting due diligence pertaining to diminution in value/lost profits in *Prudential's* lawsuit against *Turner Construction* (in the construction delivery and leaseup of Two Prudential Plaza, Chicago, Illinois).

## GARDNER CARTON DOUGLAS/BRAUVIN/MADCO/MONY/ HARRIS    Pat

Tobin led a real estate consulting/litigation support team and was deposed as expert witness in various financial risk rate cases for a downtown Chicago office building and suburban shopping center.

## JENNER & BLOCK/NEAL GERBER & EISENBERG - LE MERIDIEN/MADISON HOTEL ASSOCIATES/WATERFRONT PLAZA

**HOTEL**   Pat Tobin co-led a real estate consulting/litigation support team representing an investor group in the "363" sale and plan of reorganization of a downtown Chicago hotel, including consulting relating to impact on value due to operational performance; Pat assisted the debtor in possession in a plan of reorganization through replacement of management/general partner and economic valuation for a 362 room full service, convention hotel in Madison, Wisconsin; finally, Pat analyzed a 150 room full service hotel located in Indianapolis (determining economic value, analyzing operations and preparing financial projections).

## FIDELITY NATIONAL TITLE GROUP, INC. u/t/#1926 V. OLIVET NAZARENE UNIVERSITY, Case No. 06-MR-156   Pat Tobin prepared expert witness valuations for *Fidelity National Title Group, Inc.*, and the *Circuit Court of the 21st Judicial District, Kankakee County, Illinois* pertaining to title defect in the diminution in value of commercial property assuming full access to parking/no shared access with the adjacent property owner.

## FIDELITY NATIONAL TITLE GROUP, INC. Pat Tobin prepared expert witness valuations for *Fidelity National Title Group, Inc.*, and the *Circuit Court of Kane County, Illinois* the before and after title defect discovery of a permanent easement in favor of *Commonwealth Edison* adjacent the existing *Canadian National* right-of way- formerly the *Illinois Central* right-of way.

## CITY OF ST. CHARLES, ILLINOIS V. AETNA BANK ET AL , Case No. ED AC 99 002 Pat Tobin provided deposition testimony (*Kane County, Illinois Circuit Court*) in the condemnation suit brought by the City of St. Charles, Illinois against the owner of a single-family subdivision along the Fox River, St. Charles Township, Illinois.   Litigation was settled out of court. Tobin's client was *Goldberg Weisman & Cairo*, who represented *Aetna*.

## CITY OF COUNTRYSIDE, ILLINOIS V. LOCAL 719, UNITED AUTO WORKERS Pat Tobin provided deposition testimony in the eminent domain case brought by the *City of Countryside, Illinois* regarding the taking of the union meeting hall property in Countryside. Tobin's client law firm was *Goldberg Weisman & Cairo*. Case was settled out of court.

## CITY OF FORT WAYNE, INDIANA V. EQUITY INVESTMENT GROUP Pat Tobin provided expert witness damage calculations in this eminent domain case brought by the *City of Fort Wayne, Indiana* regarding the taking of access from a large shopping center in Fort Wayne. Tobin's client law firm was internal counsel and *Faegre Baker Daniels*, representing *Equity Investment Group*. Case was successfully settled out of court.

## CITY OF WESTMONT, ILLINOIS V. DUKE REALTY INVESTMENTS/CONSTRUCTION   Pat Tobin provided zoning hearing testimony in the zoning matter case brought by the *City of Westmont, Illinois* regarding the expansion of a Class A office building in Westmont. Tobin's client was *Duke Realty Investments/Construction*. Case was successfully settled out of court.

## CHICAGO BOARD OF EDUCATON V. MIKE TIERAN , Case No. 00L-050446 Pat Tobin provided expert witness testimony (Cook County, Illinois Circuit Court, Judge John Ward) in the condemnation suit brought by the Chicago Board of Education in the taking of an apartment property at 3735 West Leland Avenue, Chicago.   Litigation was settled out of court. Council for the *Chicago Board of Education* was *Earl Neal & Associates*. Tobin's client was Mike Tieran.

● Page 42

## *CHICAGO TRANSIT AUTHORITY V. GOODYEAR TIRE & RUBBER*

*COMPANY* **Case No. 3-17-04**  The prime issue in this case was condemnation regarding leasehold value loss in connection with the intended condemnation by the *Chicago Transit Authority – Brown Line Capacity Expansion Project* for the *Paulina Street Station (Chicago Transit Authority v. Dean H. Bilton, et al, Circuit Court of Cook County,* 3-17-04). Case was settled out of court. *Tobin* assisted *Goodyear* and the law firm of *Williams, Pope & John.*

## *5331 CICERO L.L.C. V. PETER WEMPEL (BUDGET RENT-A-CAR)*  Pat

Tobin provided a report/expert witness testimony in the *Circuit Court of Cook County, Illinois, County Department, Law Division,* Case No. 03 L 008710, Hon. Judge Lee Preston, for the recovery of damages regarding lease cancellation in bankruptcy for the purpose of establishing market value for an leased airport property with estoppel certificate. The law firm was *Brown, Udell & Pomerantz.*

## *NORTHERN TRUST BANK V. HAWTHORN REALTY GROUP,* **Case No.**

**95 B 12343**  Pat Tobin provided expert witness testimony (*Federal Bankruptcy Court for the Northern District of Illinois,* Judge Wedoff's Court) in the successful reorganization of a debtor-in-possession for a 500,000 square foot manufacturing facility located in the Chicago metro area. Tobin's client law firm was *Gould & Ratner.* Judge ruled in favor of *Hawthorn Realty Group, Gould & Ratner's* client.

## *METROPOLITAN V. SPEIGEL*  Pat Tobin has provided deposition testimony provided a

report/expert witness testimony *(Circuit Court, Cook County, Illinois Circuit Court)* in the broker fee dispute brought by *Metropolitan* in connection with *Speigel's* relocation from the city of Chicago. Tobin's client was *Arnstein & Lehr LLP,* who represented *Metropolitan.*

## *CTM ENTERPRISES, a/k/a CAPRI ENTERPRISES, LLC. V. VANMARK*

*CORPORATION,* **Case No. 03-CH 17834**  Pat Tobin delivered a report/expert witness testimony for the plaintiff regarding a retail land property in Chicago, in a breach of contract case focusing on before/after values during the housing crash. The plaintiff law firm included *K&L Gates.*

## *LOU MITCHELL'S, INC. & MB FINANCIAL BANK, a/t/u/t #2444* V. *555 WEST JACKSON LLC & 555 W. JACKSON CONDOMINIUM*

*ASSOCIATION* **Case No. 05-CH 04980**  Pat Tobin prepared expert witness valuations for *Fidelity National Title Group, Inc.,* and the *Circuit Court of Cook County, Illinois County Department, Chancery Division,* Judge Kathleen M. Pantle presiding, pertaining to title defect in the diminution in value of commercial parking assuming full access to parking/no shared access with the adjacent property owner.

## *B.J. DOLAN & WILLIAMSBURG WAY, L.L.C. V. JOSEPH JAYSON,*

*REALMARK-WILLIAMSBURG/MANAGEMENT, L.L.C.,* Pat Tobin prepared expert witness retrospective valuations for the plaintiff and *Hinshaw & Culberston LLP.* in the *Circuit Court of Cook County, Illinois, County Department, Law Division* regarding overstated income pertaining to historical accounting records. This litigation was settled out of court for what the plaintiff/*Hinshaw & Culbertson LLP* felt was a favorable result.

## *MARY K. CARTWRIGHT V. C. TUCKER MOORE*  Pat Tobin delivered a

report/expert witness testimony for the plaintiff regarding a major Alaskan hotel property and Kenilworth, Illinois residential real estate in Case No. 00 CH 16248, *Circuit Court of Cook County, Chancery Division,* Judge Nudelman, regarding breach of fiduciary duty of the trustee. The plaintiff law firms include *Harrison & Held* plus *Lord Bissell & Brook.*

● Page 43

## KEVIN B. MINIAT V. RONALD M./DAVID J. MINIAT, Case No. 01 L

**005256** Pat Tobin provided an expert report and deposition testimony (*Circuit Court of Cook County,* Judge Nudelman) regarding the value and lease rate pertaining to a specialized meat processing facility located in South Holland, Illinois. Tobin's clients were *Novack & Macey* and *Grippo & Elden,* representing *Ed Miniat, Inc.* The judge ruled in favor for our counsel's client.

## GUARANTEE TRUST LIFE INSURANCE COMPANY V. STONE CAPITAL-BEECHER LLC/ GREYSTONE HOLDINGS, LLC Pat Tobin provided

an expert report in preparation for a *Will County Sheriff's* sale for 7.993 acres of vacant land. Part of the property includes a below-ground pipeline for jet fuel to potentially be used for the proposed *Peotone Airport.* Tobin's client was *Guarantee Trust Life Insurance Company,* with the sheriff's sale deemed successful.

## MURAD SWEISS V. CAPRI ENTERPRISES, LLC & CHARLES MUDD, Case No. 06-CH 16344  Pat Tobin delivered expert witness reports for the defendant and the *Illinois County Department, Chancery Division,* before the Hon. Mary Ann Mason, regarding a retail land property in Chicago, in a breach of contract case focusing on before/after values during the housing crash. The plaintiff law firm included *K&L Gates.*

## CHOICE FURNISHINGS V. MB FINANCIAL TRUST/WIREMASTERS, INC. Pat Tobin provided expert witness testimony before a three member arbitration panel known as the *Chicago Rabbinical Association* for the purpose of establishing market value for certain real estate assets pertaining to a business break-up; the law firm was *Schuyler, Roche & Swirner,* who believed our testimony to be crucial to the case.

## DENIZMAN V. DENIZMAN, ET AL, Case No. 05 CH 11400 Pat Tobin provided

an expert report regarding the value pertaining to a mixed use property in the Lakeview area of Chicago, Illinois. Tobin's client was *Brown, Udell & Pomerantz, Ltd.* The case was settled out of court.

## 110 DELAWARE CONDOMINIUM V. FANSLOW  Pat Tobin provided expert testimony (Cook County Circuit Court) in the suit brought by this condominium association against the ground floor retail owner of space off North Michigan Avenue in Chicago, Illinois. Tobin's client law firm was *Novack & Macey.* Case was ruled in favor of *Novack & Macey* client *Fanslow.*

## SPICE FACTORY LOFTS V. LOFT MANAGEMENT  Pat Tobin provided expert witness testimony *(Federal Bankruptcy Court for the Northern District of Illinois)* in the suit brought by this owner of a 400,000 square foot loft property against a former partner. Tobin's client law firm was *Liskor Properties.* Court ruled in favor of *Liskor Properties.*

## WELLS FARGO BANK V. NEWCARE CONSTRUCTION  Pat Tobin provided an expert witness report and testimony preparation in the suit brought by this owner of an adjacent office building against the builder of a multiuse complex located in Dickinson, North Dakota, due to fire-related damages and environmental asbestos disturbance. Tobin's client law firm was *Ebeltoft & Sickler,* who represented *Newcare Construction.*

## GUARANTEE TRUST LIFE INSURANCE COMPANY V. SCOTT A. SINAR, RICHARD ARONSON, ET. AL (CONDOMINIUM ASSOCIATION, UNKNOWN OWNERS AND NON-RECORD CLAIMANTS) Pat Tobin provided an

expert witness report and testimony preparation in the suit brought by this insurer regarding a Judgment of Foreclosure/Sheriff's sale, in the matter of Case 11 CH 18214, *Cook County Chancery Court,* Judges

TOBIN REAL ESTATE ADVISORS, INC.

John H. Erlich/Michael Otto), due to a non-performing *Thorndale Park* residential condominium conversion loan.    Tobin's client firm was *Guarantee Trust Life Insurance Company*, with the sheriff's sale deemed successful.

## EQUITY INVESTMENT GROUP V. LAWYER'S TITLE/CHICAGO TITLE & TRUST COMPANY

Pat Tobin provided expert witness report/retrospective damage calculations as the basis for litigation support/negotiating a settlement, pertaining to a loss of marketability/diminution in value due to the discovery of an easement appearing on the *Palace Mall* retail property located in Mitchell, South Dakota.    Tobin's client law firm was internal counsel representing *Equity Investment Group*.    Case was successfully settled out of court.

## BADGER MUTUAL INSURANCE COMPANY V. SOLARIS ROOFING SOLUTIONS, INC./ACUITY, A MUTUAL INSURANCE COMPANY

Pat Tobin provided an expert witness report/retrospective damage calculations as the basis for litigation support/negotiating a settlement, pertaining to a loss of marketability/value diminution for determining casualty loss after a fire completely destroyed nightclub facilities, operating business and personal property.    Tobin's client law firm was *Foran Glennon Palandech Ponzi & Rudloff PC*, representing *Badger Mutual Insurance Company*.    Case is ongoing.

## ANTHEUS CAPITAL/SILLIMAN GROUP V.CITY OF CHICAGO

Pat Tobin provided an expert witness report/testimony before *Chicago City Council/Department of Zoning* regarding variances pertaining to 5110 South Harper Avenue, Chicago, Illinois special use/variance report for the proposed development of a parking lot for use by a mixed development located across the street at 5101-27 South Harper Avenue/1525 East Hyde Park Boulevard, concerning the ongoing redevelopment of the former *Village* shopping center under construction for a mixed use storefront plus apartments above type development. Tobin's clients were *Antheus Capital/Silliman Group/Daley & George*. Testimony included compliance with all the applicable standards of this zoning ordinance, that the proposed use will provide a beneficial impact on the neighborhood, and fulfill a need for the residences and the businesses located in the surrounding area, and that the subject is expected to provide both a short- and long-term economic boost to the community with regard to increased housing, sales tax receipts and increased housing values, is compatible with the character of the surrounding area regarding site planning and project design, building scale and will not provide a significant adverse impact on the general welfare of the neighborhood and/or community. That the proposed redevelopment, scale and size is compatible with the character of the surrounding area in terms of operating characteristics, such as hours of operation, outdoor lighting, noise and traffic generation, will not impair an adequate supply of light and air to an adjacent property or substantially increase the congestion in the public streets, or increase the danger of fire or endanger the public safety, or substantially diminish or impair property values within the neighborhood. In summary, Tobin testified that the redevelopment will provide employment opportunities during construction and upon completion; fulfill a need; increase the real estate tax revenue to the various bodies and be harmonious and compatible with surrounding uses and will not provide an adverse impact upon the use and enjoyment of other properties in the subject area. The variance was granted.

## FEATHERFIST DEVELOPMENT V.CITY OF CHICAGO

Pat Tobin provided an expert witness report/testimony before *Chicago City Council/Department of Zoning* regarding variances pertaining to a portfolio of *Chicago Catholic Archdiocesan* properties to U.S. veterans recovery facilities on the south side of Chicago. The testimony regarded the special use/variance for the proposed development. Tobin's clients were *Featherfist Development/Anchor Group Ltd.* Testimony included similar issues to the above preceding *Antheus Capital/Silliman Group* v. *City of Chicago* case. The variances were granted.

- Page 45

**DEPARTMENT OF TRANSPORTATION OF THE STATE OF ILLINOIS, FOR/ON BEHALF OF PEOPLE OF THE STATE OF ILLINOIS, PLAINTIFF, V. IH LAND CORP.; CIB BANK; METROPOLITAN CAPITAL BANK; GRUPO UNIDOS POR EL CANAL, S.A.; INDIAN HILLS TRAINING CENTER, INC.; RFO HOLDINGS, INC.; GD LAND CORP.; ROBERT F. OURY; UNKNOWN OWNERS; AND NON-RECORD CLAIMANTS, DEFENDANTS** Pat Tobin provided an expert witness report and testimony preparation in the suit brought by the *State of Illinois* regarding a roadway taking and judgment of foreclosure/sheriff's sale pertaining to a 400-acre horse farm located along I-90 in Kane County, Illinois, Case No. 14 ed 25, condemnation, in the *Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois,* for *Illinois Department of Transportation (IDOT)* acquisition purposes. Issues included the *Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970* and *Illinois Department of Transportation's IDOT's Land Acquisition Policies and Procedures Manual.* Tobin's client firm was *Metropolitan Capital Bank/Novack & Macey,* with the right-of-way settlement deemed successful and current bank/bank director suit ongoing.

**ANN E. RODI, ROBERT E. RODI, MICHAEL J. RODI, PATRICIA RODI, RODI PROPERTIES AND RODI CONSTRUCTION COMPANY , PLAINTIFFS, V. JAMES K. HORSTMAN, TIMOTHY C. SAMUELSON, CRAY HUBER HORSTMAN HEIL & VANAUSDAL, LLC, A LIMITED LIABILITY COMPANY, F/K/A IWAN CRAY HUBER HORSTMAN & VANAUSDAL, LLC, A LIMITED LIABILITY COMPANY, DENICE A. GIERACH AND GIERACH LAW FIRM, F/K/A GIERACH AND** Pat Tobin provided expert witness reports and testimony preparation in the suit brought by the claimants regarding attorney legal liability issues pertaining to a riverside yacht/boating operation on 8 acres along the *South Branch* of the *Chicago River* in addition to an estimate of market value after subtracting the debt plus interest accruing at both the rate of 9% per year (bankruptcy interest rate) and the prime rate since September 1992 to present which began at the sheriff's sale $2.073442 million. From this time period, Tobin also noted annual real estate taxes accruing at the same rates during the same time period. The subject features approximately 636 feet of frontage along the *South Branch* of the *Chicago River.* Tobin's client firms were *Hinshaw & Culbertson LLP/Alholm, Monahan, Klauke, Hay & Oldenburg, LLC* with the suit dismissed/deemed successful by our clients.

**FOREST PRESERVE OF LAKE COUNTY V. CRAIG BERGMANN LANDSCAPING, INC.** Pat Tobin provided expert witness reports used as part of the basis for a condemnation proceeding regarding *Wisconsin Power's* taking of a strip of the property owner's land along eastern border of *Craig Bergmann Landscape Design, Inc.* Client was *Goldberg Weisman & Cairo.* Case was settled successfully out of court;

**MCFARLANE'S V. BRIGGS & STRATTON** Pat Tobin provided deposition/expert witness reports as one of the factors for determining casualty loss after a fire completely destroyed the subject improvements on May 20, 2013 and May 21, 2013 as of the date prior to and after the fire. A portion of the subject was utilized as a *True Value* hardware outlet, also selling *Briggs & Stratton* lawnmowers/miscellaneous equipment. Our client is *Pfefferle Kane LLC,* representing *McFarlane.* Trial in *Wisconsin State Court* is scheduled for June 2020;

● Page 46

# UNITED STATES DEPARTMENT OF JUSTICE

Pat Tobin provided multifamily market analysis and an expert witness report with *Malek/Remian LLC* as part of an investigation of predatory lending against a confidential financial institution for markets pertaining to California, Maryland, Massachusetts and Virginia. Case is ongoing;

## MARCUS THEATRES V. COOK COUNTY ASSESSOR

Pat Tobin completed an expert witness report and is expected to provide testimony regarding the *Country Club Hills Cinema* for advalorem tax planning purposes, a 16-plex movie theatre complex. The subject was not operational (formerly an *AMC Loew's,* closed for renovation), but it now fully renovated/in business for the summer movie season;

## ENTERPRISE RENT-A-CAR V. COOK COUNTY ASSESSOR

Pat Tobin completed an expert witness report and is expected to provide testimony regarding an Alsip, IL *Enterprise Rent-A-Car* property for advalorem tax planning purposes;

## MARCUS COS. V. CITY OF CHICAGO

Pat Tobin provided an expert report and assisted *Swanson, Martin & Bell LLP* in the zoning variance hearing regarding 630 North Rush Street, a multi-story garage facility. Tobin's testimony in City Council chambers pertained to *Rush Ontario, LLC (Marcus),* a firm that presently holds an Accessory Garage license for the parking and has applied to the *City of Chicago* for a Non-Accessory (Public Garage) license through a Special Use application to the city. Tobin's testimony covered the following topics: whether the proposed special use complies with all applicable standards of the *Chicago Zoning Ordinance;* whether, the proposed special use is in the interest of the public convenience and will not have an adverse impact  on the general welfare of the neighborhood or community; whether the proposed special use is compatible with the character of the surrounding area in terms of site planning, building scale and project design; whether the proposed special use is compatible with the character of the surrounding area in terms of operating characteristics, such as hours of operation, outdoor lighting, noise and traffic generation, and whether the proposed special use is designed to promote pedestrian safety and comfort;

## CHICAGO TRANSIT AUTHORITY V. BRIDGEVIEW BANK GROUP

Pat Tobin provided expert witness reports and deposition conforming to the *Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970* pertaining to a right-of-way acquisition of the subject property in the matter of the *Chicago Transit Authority, Red and Purple Modernization Project, 1123 West Lawrence Avenue & 4723 North Clinton Avenue, Chicago, Illinois,* for *Chicago Transit Authority (CTA)* acquisition purposes. Part of the 4753 N. Broadway, Clinton Lot and Magnolia Lot are currently utilized on an interim basis as parking lots, serving the customers/employees of adjacent *Bridgeview Bank Group,* the other tenants of the adjacent 12-story office building (4753 North Broadway) plus miscellaneous parking tenants.   The 4753 N. Broadway Clinton Lot and Magnolia Lot has been planned for redevelopment including the 12-story 176,310 square foot office building located at 4753 North Broadway (bank building) and for the ground-up development of two existing surface parking lots located at 1123 W. Lawrence and 4717-23 N. Clinton and 1236-48 W. Lawrence (Magnolia Lot). Law firm was *Schain Banks,* with negotiations ongoing;

## BANK OF AMERICA, N.A., AS SUCCESSOR-IN-INTEREST TO LASALLE BANK NATIONAL ASSOCIATION V. CHICAGO TITLE INSURANCE

● Page 47

## COMPANY, AS SUCCESSOR-IN-INTEREST TO TICOR INSURANCE COMPANY.

Pat Tobin provided expert witness reports and expects to provide testimony assisting ReedSmith LLP in the matter of *Bank of America, N.A.*, a national banking association, as successor-in-interest to *LaSalle Bank National Association*, in its individual capacity and as authorized Agent v. *Chicago Title Insurance Company*, a Nebraska Corporation, as successor-in-interest to *Ticor Title Insurance Company*, Circuit Court of Cook County, Case No. 2016L012450/*United States District Court North District of Illinois Eastern Division*, Case No. 1:17-CV-,00407, Honorable Robert W. Gettleman. The matter involves a title insurance claim that *Bank of America* submitted to *Chicago Title Insurance Company* regarding a foreclosed mortgage. We understand that in the foreclosure action, an *Illinois* trial court held that an agreement obligating the mortgagor to reimburse a retailer *(Home Depot)* at *Kendall* Marketplace for a local tax (the *SSA* tax), which granted the retailer tax reimbursement and lien rights against the mortgagor's property, was personal, did not run with the land, and thus was extinguished by the foreclosure. *Bank of America* then purchased that property at judicial sale. The *Appellate Court* reversed the trial court's decision and held that the retailer's *SSA* tax reimbursement and lien rights were covenants that ran with the land and were not extinguished by the foreclosure. In its entirety, including shadow anchors, *Kendall Marketplace* is a 590,014 square foot power center constructed in 2008 situated on approximately 128.5 acres. The property is anchored by *Dick's Sporting Goods, Marshalls* and *PetsSmart* and shadow-anchored by *Super Target, Home Depot* and *Kohl's*. The subject property is comprised of 191,736 square feet of shop space situated in two buildings on approximately 73.4 acres, as well as 20 undeveloped parcels situated on approximately 23.6 acres The case is ongoing;

## FORMER) VORA RESIDENCE, BLOOMFIELD HILLS, MICHIGAN

Pat Tobin completed a review of your replacement cost estimates and expressed an estimate of replacement cost, with the opinion will be used as part of the basis for processing an insurance claim. The subject property consisted of an approximate 16,000 square foot single-family residence. Client: *Miner & East LLC/Foran Glennon Palandech Ponzi & Rudloff PC;*

## THE MICHAEL S. SHECTMAN/FC MANAGEMENT LIVING TRUST/FISCHEL & KAHN, LTD. & LEVENFELD & PEARLSTEIN

Pat Tobin completed expert appraisal reports for a portfolio of over 50 shopping centers, apartment, office buildings, residential multifamily properties and vacant land across the United States for family office estate planning purposes pertaining to a filing with the *Internal Revenue Service;*

## NORTH HIGHLAND MACHINE CORP V. BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY

Pat Tobin provided an export report as one of the factors for determining casualty loss after a wind damaged the subject improvements, with the court action located in the *U.S. District Court Eastern District, Wisconsin*, Case/Reference No. 2:18-cv-335. Our work included an analysis of the subject property as of the date prior to and after the wind event. Client: *Foran Glennon Palandech Ponzi & Rudloff PC* representing *Berkshire Hathaway Homestate Insurance Company;*

## BOYD V. FIRE & MARINE NATIONAL INDEMNITY

Pat Tobin provided an expert report as one of the factors for determining casualty loss after a fire completely destroyed an apartment property in *East St. Louis, IL*, including as of the date prior to and after fire destroyed the improvements.  Client: *Foran Glennon Palandech Ponzi & Rudloff PC* representing *Fire & Marine National Indemnity;*

● Page 48

### 114 CHURCH STREET FUNDING, LLC

Pat Tobin provided an expert report regarding a foreclosure proceeding against the current owners of an office property located in *Homewood, IL*. Client: *Ashman & Stein, P.C.*

### CHICAGO TRANSIT AUTHORITY V. FARPOINT LLC

Pat Tobin provided expert witness reports pertaining to a lease arbitration conforming to the *Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970* pertaining to a right-of-first refusal pertaining to a purchase option, with negotiations ongoing;

### THE JOSEPH MOSS TRUST 6/10/91- HOOGENDAM & TALBOTT LLP

Pat Tobin provided expert reports pertaining to the assets of a deceased condominium converter pertaining to the distribution of family assets, with negotiations ongoing;

### GREAT AMERICAN INSURANCE COMPANY OF NEW YORK v. MALLERS BUILDING, L.L.C. AND SPECTRUM PROPERTIES GROUP, INC., IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, CASE NO. 1:19-cv-03831, HON. THOMAS DURKIN

Pat Tobin provided an expert report and expert rebuttal as one of the factors for determining casualty loss after a fire destroyed a portion of a downtown high-rise *Chicago* office property, including as of the date prior to and after fire destroyed the improvements. Tobin's opinions included values related to massive tenant relocation in a 200-tenant downtown office property. Client: *Foran Glennon Palandech Ponzi & Rudloff PC* representing *Great American Insurance Company of New York;*

### THE GEORGE H. HUBER LIVING TRUST/EQUITY INVESTMENT GROUP/DOCK SQUARE/FINBACK PARTNERS

Pat Tobin provided an expert report pertaining to a 600-acre working ranch, encompassing adjacent leased grazing tracts of *United States Bureau of Land Management* forestry land located in *Rifle, Colorado* for estate planning purposes pertaining to a filing with the *Internal Revenue Service.*

● Page 49

## Margaret P. Tobin

Margie is a principal in Tobin Real Estate Advisors, Inc. and business executive with thirty-six years of diverse and extensive business experience. Margie coordinates the firm's research activities, and has conducted valuation and consulting studies for various property types in the Chicago metropolitan area and across the United States, including full service and economy hotels, health clubs, resorts, retail centers, industrial properties, office buildings, multi-family condominium, rental apartments and land acreage planned unit developments.

**Professional Experience**

Tobin Real Estate Advisors, Inc.:   Margie formed Tobin Real Estate Advisors, Inc. in 1995 to assist clients in appraisal/valuation due diligence, investor advisory services, litigation support, performance improvement and portfolio strategy. Services offered include narrative self contained valuation reports, summary and restricted use documents, valuation reviews, market studies, partial interests in debt/equity, buy/sell negotiation support, concurrence opinions, purchase price allocation, property reviews, cash flow creation, market analyses and detailed investor packages, underwriter's letter and verification services, deposition, expert witness testimony, lease audits, cash flow, occupancy and financial performance bench marking, operations, administration and maintenance diagnostics, portfolio performance measurement and diversification assessment, evaluation of individual properties/opportunities to enhance value and economic and market condition risk identification.

*Appraisal Research Counselors, Ltd., 1990-1995*:   Senior Real Estate Analyst. Margie provided assistance in national appraisal/valuation due diligence, counseling and market research engagements for use in financing, planning, syndication, foreclosure, purchase/sale and insurance.

*PKF Consulting, Inc. 1987-1990*:   Real Estate Analyst. Margie provided assistance in national appraisal/valuation due diligence, counseling and market research engagements to the firm's hospitality clients or use in financing, planning, syndication, foreclosure, purchase/sale and insurance.

*Avondale Federal Savings Bank, 1985-1987*:   Secondary Mortgage Loan Servicing Department Analyst. Margie serviced loans sold to the secondary loan market.

**Education and Seminars**

Margie graduated from Mundelein College/Loyola University of Chicago in 1983 with a Bachelor's of Science degree. Margie is an affiliate of the *Appraisal Institute.*

**Professional Affiliations**

Affiliate, Appraisal Institute; Chicago Real Estate Council, Member; Real Estate Investment Association, Member; Pension Real Estate Association, Urban Land Institute, Associate Member.

● Page 50

## ATTORNEYS

Arnstein & Lehr
Ashman & Stein, P.C.
Brainard Law
Brown Udell Pomerantz & Delrahim Ltd.
Bryan Cave McPheeters & McRoberts
Chapman & Cutler
Dann Pecar & Newman
Davis Polk & Wardwell
DLA Piper LLP
EimerStahl LLP
Faegre Baker Daniels
Fischel & Kahn
Foran Glennon Palandech Ponzi & Rudloff
Freeborn & Peters LLP
Gardner Carton & Douglas
Gould & Ratner
Goldberg Weisman & Cairo
Grippo & Elden
Harrison & Held LLP
Hinshaw & Culbertson LLP
Jenner & Block
Jones Day
K&L Gates
Latham & Watkins
Leavenfeld & Pearlstein, LLC
Leydig Voit & Mayer
Lord, Bissell & Brook
Lowe, Fell & Skogg
McDermott Will & Emery
Michael, Best & Freidrich
Miller Shakman Hamilton Kurtzon & Schlifke
Novack and Macey
Pfefferle Kane LLP
Pietz, Vanderwaal, Stacker & Rottier, SC
ReedSmith
Rosenthal & Schanfield
Ross & Hardies
Ross & Stevens
Seyfarth Shaw Fairweather & Geraldson
Sidley & Austin
Skadden Arps Slate Meagher Flom
Smith Hemmnesch Burke & Kaczynski
SNR Denton
Ungaretti & Harris
Williams Montgomery & John

## FINANCIAL INSTITUTIONS

Amalgamated Bank
American National Bank
American State Bank
Arbor National Commercial Mortgage
Associated Bank
Bank of America
BankFinancial
Bank Leumi/Le Israel
Bank Midwest
BayBanks
Blackhawk Bank & Trust
BMO Harris Bank
Bridgeview Bank Group
Calumet Federal Savings & Loan
Central Bank
Chevy Chase Federal Savings Bank

## GOVERNMENT (Cont'd)

U.S. Dept. of Housing & Urban Development
United States Postal Service

## INSURANCE/INVESTMENT/ PENSION FUNDS

Aid Association for Lutherans
American Express Financial Services
American Fidelity
American Family Insurance
American Property Financing
AmerUs Life
ARS Commercial
Baird & Warner Real Estate Capital
Balcor
Banyan Management Corporation
Beneficial Standard Life Insurance
Berkshire Hathaway Homestate Companies
Berkshire Mortgage Finance
Bridge33Capital
Bridgepoint Investment Banking
Cambridge Realty Capital Companies
Chicago Title & Trust
Churchill Capital
CIBC World Markets
Cohen Financial
Columbia Mutual Life
Column Financial
Community Investment Corporation
Continental Wingate
Country Life
D.A. Davidson Companies
David Cronheim Mortgage Corporation
Farm Bureau Life Insurance Company
Fidelity National Financial
GE/General Electric Capital Corporation
Glaser Financial Group
Greystone Funding Corp.
Great American Insurance Group
Guarantee Trust Life
Holliday, Fenoglio, Fowler, L.P.
IDS Life
Inland Mortgage Corp.
JP Morgan Mortgage Capital, Inc
LaSalle Advisors Capital Management Inc
LaSalle Nova Capital Markets
Lehman Brothers Inc.
Lincoln National Investment Management/Delaware Investments
Met Life Capital
The Midland Life Insurance Company
Mid-North Financial
Morgan Stanley Dean Witter Discover
Mutual of Omaha
Mutual Trust Life
National Indemnity Company
Newman Financial
Nippon Life Properties Inc.
Northern Telecom International Finance
Northpoint Capital
PB Capital
Prudential Associates/Realty Group
Protective Life Insurance
The RREEF Funds

## REAL ESTATE ORGANIZATIONS (Cont'd)

Jones Lang LaSalle
Jupiter Realty Services, Inc.
Keating Resources
Korman/Lederer and Associates, LLC
LJ Melody & Company
Lyrical Partners, L.P.
Magnum Development Corp.
Marcus Theatres
Marquette Properties Management, Inc.
Meridian Pacific
McCann Real Equities
Metropolitan Structures
Monroe Partners
M.T. Food Service Company
Nash Realty
Newcare Construction LLC
Newmark Grubb Knight Frank
Novogrocer Companies
NRA Holdings
Motels of America
Newcastle Properties
National Corporation for Housing Partnerships
Pabcor Management
Paragon Companies
Pathstone Management
P&L Investments LLC
Prime Group
PRM (Peter R. Morris) Realty Group LLC
Related Cos.
RCG Vetnures
Scannell Properties
Senior Lifestyle Corporation
Silver Tree Residential
Special Assets Inc.
Standard Communities
Sterling Bay Companies
Stonegate Properties Inc.
Sudler, Inc.
SWG Capital
The Joseph Moss Real Estate Trust
The Reliant Group
Tishman - Speyer Properties
Town & County Homes
Trammell Crow
UGL Services
Van Metre Company
Village Development
Windriver Companies
Zifkin Realty & Development

## VARIOUS CORPORATIONS

American Library Association
Argosy Gaming
Asa Auto Plaza
AT&T
Ball Corporation
Bally's
Belcan Engineering/JI Case
Blue Cross/Blue Shield
Butera Foods
Certified Grocers
Chcgo. Milw. Corp - Heartland
Dayton Hudson

TOBIN REAL ESTATE ADVISORS, INC.

## FINANCIAL INSTITUTIONS (Cont'd)

Citizens National Bank
Citigroup Global Markets Realty Corp.
Cole Taylor Bank
Cornhusker Bank
Council Bluffs Savings Bank
Covest Banc
Credit Suisse First Boston
Credit Lyonnais
Delaware Place Bank
Devon Bank
First American Bank
First Bank & Trust of Illinois
First Federal Lincoln
Midwest Bank
1st National Bank of Omaha
First Chicago Bank & Trust
First Definance Financial Corp
FirstMerit Bank
First State Bank of Mendota
Great Western Bank
Hanil Bank
HSA BancGroup LLC
HSBC
KeyBank
Korea First Bank
Lakeside Bank
Liberty Bank
MidwestOne Bank
Metropolitan Capital Bank & Trust
Mitsubishi Bank, Ltd.
The National Bank
National Bank of Commerce
New Haven Savings Bank
North American Savings Bank
Northern Trust Company
Omaha State Bank
Plattsmouth State Bank
The Private Bank
Republic Bank
Royal American Bank
Savings of America
TCF Bank
Union Bank & Trust Company
Valley Bank
Village Bank & Trust
Wells Fargo Bank
Westar Bank
Wintrust

## GOVERNMENT

City of Chicago
City of Detroit
Federal Deposit Insurance Corporation
Federal Home Loan Bank Board
General Services Administration
Government of the U.S. Virgin Islands
Internal Revenue Service
Metropolitan Water District of Greater Chicago
Pennsylvania Department of Insurance
State of Illinois - Department of Insurance
State of Kentucky - Department of Insurance
United States Department of Justice

## INSURANCE/INVESTMENT/PENSION FUNDS (Cont'd)

Providian
Safeco Credit
Sentinel Investments
Southern Farm Bureau Life Insurance Co
Standard Life Insurance of Indiana
State Farm Insurance Company
Sun Life of Canada
The Travelers Insurance Company
Union Insurance
University of Iowa Community Credit Union
UNUM Life Insurance of Indiana
U.S. West Financial Services, Inc.
Van Kampen Merritt/Xerox Life
Zurich Kemper Life

## REAL ESTATE ORGANIZATIONS

Aimco
Amcap Properties, Inc.
American Equity
American Invsco
American Real Estate Group
Amli Realty Co
Anchor Realty Group Inc.
Antheus Capital LLC
Arroyo & Coates
Atlantic Real Estate Services
Baldwin United Development
BCJ Management LP
BLVD Capital
Capital Realty Group
CFM Realty
Colliers International Turley Martin Tucker
Copley Real Estate Advisors
Development Resources Group
Dial Capital/Properties Corporation
Draper & Kramer, Inc.
Duke Realty Investments/Construction
Dwinn Shaffer & Co.
ECB Equity Community Builders
ELDS Senior Housing Communities
Equity Group Investments LLC
Equity Residential Properties Trust
Equity Investment Group
Fair Housing Partners, Inc.
Farpoint Development
Featherfist Development
First Union Real Estate Investment Trust
Fletcher Bright & Company
G&H Development
Galt Capital LLP
Gold Realty Group
Group One Investments
The Habitat Company
Hawthorn Realty Group
ING Realty Partners
Inland Real Estate
Insight Associates, Inc.
Insignia/Hotel Partners
Janko & Wool/Financial Group, LLC
The John Buck Company
JMB Institutional Real Estate, Inc.

## VARIOUS CORPORATIONS (Cont'd)

DB Schenker
Dominick's Finer Foods
Donnelley Marketing
Enterprise Rent-A-Car
Euclid Construction Management Inc.
Federated Department Stores, Inc.
Frederick & Nelson
Gillett Holdings
Grand Wayne County, Indiana Convention Center
Great Lakes Dock & Dredge Co.
Hartmarx Corporation
Hobby Lobby
Holy Cross Health System
International Paper
Industrial Hardchrome
Johnson Wax
Le Meridien Hotels
Leo Burnett & Co.
Linkbelt
L'Ore'al
Lutheran GeneralHealth System
Malek & Remian LLC
McDonald's Corporation
Miner & East
Morton International
Navigant Consulting Group
Norfolk & Southern
Omega Healthcare Systems, Inc.
P.A. Bergner
Peabody Coal
Pepsi-Cola General Bottlers-Whitman
Petrie Stores
Plante & Moran PLLC
Prairie Life Fitness
Richard DeVos Corp.
Rotec Industries
Saint Jude's/Siemens
Speigel
Softsheen-Carson
Solo Cup Company
Sullivan Buick/GMC
Trailmobile, Inc.
TRW
United Auto Workers
Viskase Corporation
VP Racing Fuels
Ulich Children's Home
USEM Cadillac/Cherolet
Waste Management Inc.
Weiler/Diamond Machine Werks, Inc.
Whirlpool Corporation
Wickes Furniture
Younkers

TOBIN REAL ESTATE ADVISORS, INC.

Business, Consumer Services & Housing Agency

# BUREAU OF REAL ESTATE APPRAISERS
## TEMPORARY PRACTICE PERMIT

### BREA APPRAISER IDENTIFICATION NUMBER 3004963-005

**Patrick L. Tobin**

having demonstrated good standing at the Certified General level in the State of Illinois is authorized to perform the appraisal assignment(s) described below:

2929 Amethyst Street, Los Angeles, CA, 2526, 2520 Lincoln Park, Los Angeles, CA

This permit is valid until the completion of the 2 appraisal(s) described, the expiration date indicated below or the expiration of the license issued by the State of Illinois whichever occurs first.

Loretta Dillon, Deputy Bureau Chief, BREA

Date Issued:    August 25, 2022
Date Expires:   August 24, 2023

3067348

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"