# EXHIBIT J



United Commercial Appraisers, LLC
www.unitedcommercialappraisers.com
Phone: 888-256-1219

Sep 21, 2022

Mr. Shy,

Thank you for allowing us the opportunity to serve you.  In accordance with your authorization, an appraisal report of the requested property(s) has been completed.

The report was completed in collaboration with Patrick Tobin MAI.  The appraisal analysis and conclusions in the report were developed in accordance with the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.  We strive to exceed your highest expectations and look forward to serving you again in the future.

Respectfully,

*Carey MacNeille*

Carey MacNeille

Managing Partner

# 2520 Lincoln Park

# Avenue

## *Los Angeles, California*

**Mr. Rommy Shy**
*SB Properties*
**15760 Ventura Boulevard**
*Encino, California* **91403**

**TOBIN**

Real Estate Advisors,

**INC.**

*Two Prudential Plaza*
180 North Stetson Avenue
Suite 3500
Chicago, Illinois 60601
(312) 214-3260
Email: TobinReAdvInc@cs.com
Web Site: TobinRealEstateAdvisorsInc squarespace com

**TOBIN**

Real Estate Advisors,

**INC.**

*Two Prudential Plaza*
*180 North Stetson Avenue*
*Suite 3500*
*Chicago, Illinois 60601*
*(312) 214-3260*
*Email: TobinReAdvInc@cs.com*
*Website: TobinRealEstateAdvisorsInc.squarespace.com*

September 8, 2022

**Mr. Rommy Shy**
*SB Properties*
5760 Ventura Boulevard
*Encino, California* 91403

### 2520 LINCOLN PARK AVENUE
### *LOS ANGELES, CALIFORNIA*

Dear Mr. Shy:

At your request, we have completed a market value appraisal report of the above referenced development in accordance with *the Uniform Standards of Professional Appraisal Practice (USPAP) of the Appraisal Foundation* and the *Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute* and *United Commercial Appraisers'* minimum appraisal standards. The purpose of our engagement is to express an estimate of market value, and the intended use of our appraisal will be utilized as one of the factors for determining market value pertaining to decision-making purposes regarding a bankruptcy discharge of the subject.  In this instance, we have been requested to prepare a complete appraisal estimating the market/rental value of the fee simple interest in the above referenced property.  The improvements consist of a two-story, approximate 2,843-square-foot residential multifamily rental duplex property (approximately 1,421 square feet for each apartment) constructed of stucco, masonry, and wood framing. The subject building was constructed in 1957 and updated from time-to-time. The subject site is approximately 0.31 acres or 13,539 square feet.

Our value estimate is based upon an analysis of the property and research into those factors influencing its value. It is our opinion that the market value of the fee simple interest in the underlying real property known as 2520 Lincoln Park Avenue, Los Angeles, California, as of September 8, 2022, was:

### ONE MILLION DOLLARS
### ($1,000,000)

We appreciate this opportunity to be of service to you.  If we can be of further assistance, or if you would like to discuss our findings, please call Patrick L. Tobin, MAI at (312) 214-3260.

Sincerely, *Tobin Real Estate Advisors, Inc.*

# REGIONAL AREA



# TABLE OF CONTENTS

**I.    INTRODUCTION**                                                              **PAGE**

SUMMARY OF IMPORTANT FACTS AND CONCLUSIONS . . . . . . .    4
DESCRIPTION OF THE VALUATION  . . . . . . . . . . . . . . . . . . .. . . . . .    6
DEFINITIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . .    7

**II.    PROPERTY ANALYSIS**

SITE, ZONING AND AD VALOREM TAX ANALYSIS  .. . . . . . . . . . . . .    9
IMPROVEMENT ANALYSIS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    12

**III.    MARKET ANALYSIS**

REGIONAL (LOS ANGELES METROPOLITAN AREA)
ECONOMIC OVERVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ..    16
NEIGHBORHOOD ANALYSIS  . . . . . . . . . . . . . . . . . .. . . . . . . . . . . .. 16
LOCAL RESIDENTIAL MULTIFAMILY MARKET ANALYSIS. . . .  . . . .    18
HIGHEST AND BEST USE ANALYSIS . . . . . . . . .  . . . . . . . . . . . . . .    26

**IV.    FINANCIAL ANALYSIS**

THE VALUATION PROCESS . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . .    29
THE COST APPROACH . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . . . . . .    30
THE SALES COMPARISON APPROACH . . . . . .. . . . . . . . . . . . . . . .    37
THE INCOME CAPITALIZATION APPROACH. . . . . . . . . . . . . . . . . . .    42
RECONCILIATION AND FINAL VALUE ESTIMATE . . . . . . . . . . . . . .    46
TOBIN REAL ESTATE ADVISORS, INC. *VALUEPLUS* MANAGEMENT LETTER . . . .    47
CERTIFICATION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    49
ASSUMPTIONS AND LIMITING CONDITIONS . . . . . . . . . . . . . . . . .    51

**V.    ADDENDA**

A.  RESUMES

# LOS ANGELES AREA



TORIN REAL ESTATE ADVISORS

# I.  INTRODUCTION

# NEIGHBORHOOD AREA



2520 Lincoln Park Ave

Scale 1 : 25,000

1" = 2,083.3 ft    Data Zoom 13-0

LOBIN REAL ESTATE ADVISORS, Inc.

# SUMMARY OF IMPORTANT FACTS AND CONCLUSIONS

**Property Address**      2520 Lincoln Park Avenue *Los Angeles, Los Angeles County, California.*

**Legal Description**      *Ella Hills* Tract Lot 2, Block B. The subject parcel is identified by *California Thomas Bros.* Map # as *Los Angeles County/*595-B7, *Los Angeles County Property Tax Assessor* parcel number 5208-025-002).

**Property Description**      The improvements consist of a two-story, approximate 2,843-square-foot residential multifamily rental duplex property (approximately 1,421 square feet for each apartment) constructed of stucco, masonry, and wood framing. The subject building was constructed in 1957 and updated from time-to-time. The subject site is approximately 0.31 acres or 13,539 square feet.   The land to building ratio is 4.8:1.

**Highest and Best Use**      Residential development as vacant/as improved.

**Date of Valuation**      September 8, 2022

**Dates of Inspection**      September 8, 2022 (exterior only)

**Date of Report**      September 8, 2022

**Interest Appraised**      Fee Simple Interest

## INDICATIONS FROM VALUATION APPROACHES

### Market Value Conclusion

**Cost**      $900,000

**Sales Comparison**      $1,000,000

**Income Capitalization**      $1,000,000

**Market Value Conclusion**      $1,000,000

**Estimated Exposure Period/ Marketing Time**      Nine to twelve months, both preceding and subsequent to the effective date.

**Marketability Assessment**      The subject property is located in the *Southeast Los Angeles* residential multifamily submarket, in a densely populated and high traffic area featuring residential improvements along side streets and retail/residential

● Page 4

## Subject Aerial View



improvements along major thoroughfares. The subject is considered in good condition with workmanship/materials judged to be above-standard. This property offers the project amenities to the specifications of a residential rental multifamily property in the marketplace.

**Market Overview**

The subject property is located within one of the more active residential areas of metropolitan *Los Angeles.* Located in the high density, high traffic, *Southeast Los Angeles* multifamily submarket, the property is appears to be leased.  Surrounding residential multifamily properties continued to experience average rental and occupancy rates in this market. The area is an established residential corridor with strong demographics, high density and significant barriers to entry.

TOBIN REAL ESTATE ADVISORS, INC.



**SUBJECT PROPERTY – STREET SCENES**



# DESCRIPTION OF THE VALUATION

**PURPOSE AND FUNCTION OF THE APPRAISAL** It is our understanding that the client intends to utilize this report among other factors to plan as one of the factors for determining market value pertaining to decision-making purposes regarding a bankruptcy discharge of the subject.

**SCOPE OF APPRAISAL** This appraisal engagement has been conducted using generally accepted appraisal standards and techniques in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute, additionally incorporating the Uniform Standards of Professional Appraisal Practice (USPAP) and FIRREA guidelines. Your appraisers are competent to complete this report in accordance with the competency provision in USPAP, specifically, that we have properly identified the problem to be addressed and have the knowledge to complete the assignment competently. Our analysis included the following tasks:

- An inspection of the property on September 8, 2022.

- Conversations with Realtors, brokers, developers, property owners, leasing agents, appraisers and public officials regarding the subject property, capital market rates and terms, cost estimates in the area, recent sales and the general health and viability of the local real estate industry.

- Analysis of zoning regulations, tax assessment data and a variety of demographic and market data.

- Analysis of comparable building sales, land sales, rent comparables and expense comparables (as part of our market value appraisal report to follow).

- Property specific information, including business plans, property budgets and property specific data (including zoning regulations, tax assessment data and market analysis prepared by property managers).

- Preparation of a complete appraisal report providing a description of the property appraised and a discussion of the valuation techniques employed in the income capitalization, sales comparison and cost approaches, as applicable.

## EXPOSURE PERIOD/MARKETING TIME

According to the USPAP statement on Appraisal Standards (No. 6), exposure time is the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; marketing time is similar except it is subsequent to the date of value. Based upon discussions with national, regional, and local real estate professionals who are familiar with the subject's market area and an analysis of comparable sales and listings, the exposure period/marketing time for the subject property is estimated to be nine to twelve months.

## OWNERSHIP & HISTORY

The property is owned by *Jihzheng Group, USA, LLC.* The subject property has not sold in the past three years, according to our search of *Costar,* a commercial vendor of public records sales, and conversations with our client.



**SUBJECT PROPERTY**



# DEFINITIONS
## MARKET VALUE

Market Value is defined in the *Uniform Standards of Professional Appraisal Practice* as a type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of rights), as of a certain date, under specific conditions set for in the definition of the term identified by the appraiser as applicable in an appraisal. *FIRREA* defines market value as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1.    Buyer and seller are typically motivated;
2.    Both parties are well informed or well advised and acting in what they consider their own best interest;
3.    A reasonable time is allowed for exposure in the open market;
4.    Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5.    The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

## FEE SIMPLE ESTATE

The fee simple estate is defined as absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat (*Dictionary of Real Estate Appraisal*, p. 140).

## NEIGHBORHOOD

A neighborhood is described as a group of complementary land uses, or a congruous grouping of inhabitants, buildings or business enterprises (*Dictionary of Real Estate Appraisal*).

## HIGHEST AND BEST USE

According to the *Dictionary of Real Estate Appraisal,* highest and best use is defined as the reasonably probable and legal use of vacant land or an improved property that is physically possible appropriately supported, and that results in the highest land value.  The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility and maximum profitability.  The concept of highest and best use applies separately to the land as though vacant and as improved.  As vacant, among all reasonable alternative uses, it is the use that yields the highest present land value after compensating labor, capital and coordination.  As improved, it is the use that should be made assuming its current operation, renovated and retained so long as it continues to contribute to the total market value of the property or until the return from a new improvement would more than offset the cost of demolishing the existing building and constructing a new one.  With respect to timing, highest and best use may be considered as **potential** (future use contingent on marketplace/property changes), **current** (as of the valuation date), and **interim** (continued use spanning the time between the valuation date and the maturity of the land for its potential highest and best use).

## REPRODUCTION/REPLACEMENT COST

Reproduction cost is the estimated cost to construct, at current prices as of the effective date of the appraisal, an exact duplicate or replica of the building being appraised, using the same materials, construction standards, design, layout and quality of workmanship and embodying all the deficiencies, super adequacies and obsolescence of the subject building.  Replacement cost is the estimated cost to construct, at current prices as of the appraisal date, a building with utility equivalent to the building being appraised, using modern materials and current standards, design and layout (*Dictionary of Real Estate Appraisal*, pp.303, 304).

TOBIN REAL ESTATE ADVISORS, INC.



**SUBJECT PROPERTY**

# II. PROPERTY ANALYSIS

# Subject Plat Map



# SITE, ZONING & AD VALOREM TAX ANALYSIS

## SITE

- **Size and Configuration** The overall property consists of an irregular-shaped parcel containing approximately 0.31 acres or 13,539 square feet. Source: *California Thomas Bros.* Map # as *Los Angeles County*/595-B7, *Los Angeles County Property Tax Assessor* parcel number 5208-025-002) and legal description.

-

- **Access**    Access to the overall site is primarily by Lincoln Park Avenue.

- **Frontage**    The overall site features approximately 45 feet along the east side of Lincoln Park Avenue with an approximate depth of approximately 300 feet.

- **Site and Street Improvements**        Subject features no parking spaces available but does offer rear spaces accessible by side driveway. Lincoln Park: two-way north/south-bound, two-lane arterial street traveling along the western border of the subject property, with asphalt paving, concrete curbs, sidewalks, streetlights and gutters.

- **Topography and Drainage**   Level at street grade with adequate drainage.

- **Flood Hazard** According to Federal Emergency Management Agency, Community Panel Number 06037C1629F, dated September 26, 2008, the subject property is located in Zone X, an area of minimal flooding, however, on an historical basis, the subject is located in an area of steeper terrain with debris from upper elevations common in the area after substantial rainfall.

- **Soil and Subsoil Conditions**    The soil and subsoil for the subject site appear to be adequate to support the development of the site to its highest and best use.  We have not, however, been supplied with a soil or sub-soil study and assume that no soil or subsoil conditions exist that would adversely affect the long-term investment potential of the property.

- **Utilities**        Water is available by the *City of Los Angeles*, sewer is available via the *City of Los Angeles*, gas available by *Southern California Gas*, electric by *Los Angeles Electric* and telephone/cable by various carriers.

- **Easements or Restrictions**  The site is encumbered with several types of easements, including typical utility and drainage easements plus cross easements for access. None of the easements appear to provide any detrimental effect.

- **Environmentally Hazardous Substances**    We have not reviewed a phase I environmental site assessment of the subject property. All value conclusions are subject to the property being non-environmentally impaired.

The site appears to be well suited for its current utilization.

## ZONING

- **District**    LAR1, Residential District (City of *Los Angeles* Zoning Ordinance).

TOBIN REAL ESTATE ADVISORS, INC.

# Subject Flood Map

## Flood Data

| | |
|---|---|
| Flood Zone: | **X** (i) |
| In SFHA: | **NO** |
| NFIP Community Name: | **CITY OF LOS ANGELES** |
| Participation Status: | **TRUE** |
| Panel Number: | **06037C1629F** |
| Panel Date: | **2008-09-26** |
| Community Number: | **060137** |
| Census Block: | **060371991102** |

## Flood Map

### Flood Zones

- Zone A
- Zone B
- Zone D
- Zone V

Zones C and X are transparent

- **Principal Permitted Uses**      The purpose of this district is to accommodate low-density residential and institutional uses.

- **Principal Restrictions** See chart below.

- **Likelihood of Rezoning** None at present.

- **Conformity**    The subject improvements appear to represent a legal and conforming use regarding its use as a dental office facility. If the subject is more than 50% destroyed by fire, the rebuilt improvements would likely be required to conform to the zoning ordinance, viewed as not affecting the sale market of the subject since most sale comparables identified in this report also are affected by this requirement.

- **Site Development Regulations Summary**

| | |
|---|---|
| **Maximum Height** | 50 feet. |
| **Minimum Lot Area** | Not less than 10,000 square feet. |
| **Maximum Floor Area Ratio (FAR)** | N/A |
| **Maximum Lot Coverage** | 70%. |
| **Minimum Lot Width** | 50 feet. |
| **Off-Street Loading** | One berth for every 10,000 to 100,000 square feet. |
| **Setbacks** | Front, side & rear: none. |
| **Required Parking** | One space for each 400 square feet over 4,000 square feet for retail/office use. |

## AD VALOREM TAX

- **Tax I.D. Number**   5208-025-002

- **Taxing Authority**  *Los Angeles County*

- **Taxpayer**  *Jihzheng Group, USA, LLC*

- **Tax Year**   2020

- **Due Dates**:    2021 (two installments)

- **Assessment Ratio to Market Value**   100 percent

- **Total Assessments and Taxes**   See following table.

TOBIN REAL ESTATE ADVISORS, INC.

## Subject Photos



Street Scene of Lincoln Park Avenue looking North



Street Scene of Lincoln Park Avenue looking South

| Permanent Real Estate Index Number | 2020 Assessed Land Value | 2020 Assessed Improvmnt. Value | 2020 Total Assessed Value | 2020 Real Estate Taxes Payable in 2021 |
|---|---|---|---|---|
| 5208-025-002 | $620,484 | $253,436 | $873,920 | $5,702 |
| Total | $620,484 | $253,436 | $873,920 | $5,702 |

Properties are reassessed every three years. The *Property Tax Assessor* identifies and assigns fair market values for many parcels of property in the county, and also applies the level of assessment mandated by the county's classification system to determine the assessed valuation (derives the overall share of taxes paid). Vacant property is assessed at 100% of fair market value and commercial and industrial properties are assessed at 100% percent of market value, respectively. The assessor administers exemptions offered to homeowners and accepts, processes and reviews assessment appeals. The *County Assessor's Office* does not determine property taxes; property taxes fluctuate due to increases/decreases in spending by local government agencies, such as schools, parks and fire districts and municipalities. Using a mass appraisal system, the *Assessor's Office* analyzes sales data of similar properties in every neighborhood of each township being reassessed that year. Tax rates for the metropolitan area have recently moderated, and properties are reassessed every year. The taxes are reasonable for its size based upon a review of the properties presented in our sales comparison approach, but also should be appealed every year. *Proposition 13,* passed in 1978, limits property tax increases to 2% per year unless the property is sold and re-assessed.

TOBIN REAL ESTATE ADVISORS, INC.

## Subject Photos



Front View of Subject Property



Front View of Subject Property

## IMPROVEMENT ANALYSIS

The following description is based upon information provided by our client and our exterior inspection of the subject site.

- **Current Use** Class C, Multiple Residence property as defined by the *Marshall Valuation Service*.

- **Construction Characteristics**   The improvements consist of typical multifamily residential improvements, including a stucco masonry and wood frame constructed building. Construction materials include stucco over wood columns/beams frame. The subject offers wood floors over concrete slab foundation on compacted fill) and pitched roof system. Floors are concrete, with windows sliding type. Exterior door apertures feature windows. Windows are also double-hung metal casement.

- **Interior Finishes**   Interior floors are wood, carpet, resilient or ceramic tile. Walls are painted drywall, ceilings are drywall, lighting includes recessed and suspended light fixtures. The subject features kitchen, living/dining room, bedrooms and bathrooms. Kitchen/rest room facilities offer typical finishes. The subject features a parking area off of a driveway. Flooring in the subject consists of carpet and resilient tile over wood, walls consist of drywall. Ceiling height is Improvements currently include 8' to 9' clear ceiling heights.

- **HVAC, Power and Plumbing**     HVAC includes a furnace providing heating/cooling by a heating, ventilation and air conditioning (HVAC) unit located in a utility closet, operating on a programmable thermostat. The electrical system typically is reported at 200 amp power service. Lighting is recessed fluorescent and incandescent. The subject offers washrooms finished with resilient tile/carpeted floors over concrete, partition walls, drywall/drop acoustical ceiling tile and recessed fluorescent light fixtures. Each of the restrooms typically features sink and toilet.

- **Security**  Intercom/buzzer system is available at the front elevation.

- **Fire Protection**  The complex is required to be equipped with an audible fire alarm system with fire extinguishers.

- **Date of Construction**  The subject building was constructed in the 1957, and updated to 2022.

- **Number of Stories and Ceiling Height**  The subject includes two-stories with 8 to 9 foot ceilings.

- **Building Area**  Gross building/net rentable area is approximately approximate 2,843-square-feet (1,421 square feet per unit).

- **Personal Property**     The subject features refrigerators.

- **Americans with Disabilities Act (ADA) Compliance** We have not been provided with an *Americans with Disabilities Act of 1990 (ADA)* compliance study. As of January 1992, existing buildings were required to remove architectural and communication barriers in public areas when their removal was readily achievable, particularly involving access from

TODIN REAL ESTATE ADVISORS, INC.

# Subject Photos



Rear View of Subject Property



Interior View of Subject Property ~ Living Room

public sidewalks, parking or public transportation (presence of entrance ramps/widening entrances, providing accessible parking spaces, restroom facilities). Parking spaces should have a maximum slope of 1:48, shall be a minimum of 96 inches, shall have an adjacent aisle access of at least 60 inches and marked by an *ADA* graphics sign mounted at a sufficient height to be unobscured by a parked vehicle. Eight handicap spaces are required for every 400 spaces, with lots over 1,000 spaces requiring 20 spaces plus one space required for every 100 spaces over 1,000 spaces. Curb ramps shall be provided whenever an accessible route crosses a curb, having a maximum slope of 1:12, with a minimum of 36 inches wide, not protruding into traffic lanes or parking aisle, and shall not be obstructed by parked vehicles. Flared sides of built-up curb ramps shall have a maximum slope of 1:10, and curb ramps shall feature a minimum clearance at the top and bottom of 48 inches or shall be provided with flared sides with a maximum sloped of 1:12. Each separate building or structure and each separate tenancy within a building or structure shall be provided with at least one accessible entrance. Buildings with two or more entrances shall have at least 50 percent of all entrances accessible, and building entrances serving access serving accessible parking, passenger loading zones or public streets, sidewalks or interior vertical access shall be accessible. Accessible entrances shall be identified by approved signage. Entrances and toilet rooms that are not accessible shall have approved signage directing patrons to the nearest accessible entrance. Entrance door hardware shall be such that opening can occur using one hand without tight gripping, tight pinching or the twisting of the wrist, and hardware shall be mounted no more than 48 inches above the finished floor. For other than fire doors, the required opening force shall not exceed five pounds. Doors shall have a minimum clear opening width of 32 inches when the door is open 90 degrees. Walking surfaces on accessible routes shall have a maximum slope of 1:20, a maximum cross slope of 1:48, a minimum width of 36 inches, floor surfaces that are slip resistant, stable and firm, and maximum ¼ inch changes in vertical height without edge treatment. Changes in vertical height of ¼ inch to ½ inch or allowed with a level not to exceed 1:2; changes in vertical height greater than ½ inch require an elevator or ramp. Carpet pile shall be a maximum of ½ inch deep. Clear floor spans of 30 inches by 48 inches is required at all telephones, water fountains and similar elements on an accessible route. On water fountains, spout height shall be maximum 36 inches above the floor; in addition, prior knee space or side access shall be provided for wheel chair access. At least one type of toilet fixture and element in an accessible toilet room shall be accessible. Typically with newer construction, the owner warrants that, as completed, the interior and exterior of the subject will meet with all present codes by regulations of governing authorities including, without limitation, the ADA. We have assumed that no building code or access conditions exist that would adversely affect the long-term investment potential of the property.

- **Other Amenities**   None.

- **Land-to-Building Ratio**  4.8:1.

- **Parking/Landscaping**     Parking is situated on the south end of the subject property, plus tree, bush, flower bed and grass landscaping.

- **Condition**     The property was in a good condition based upon information provided by our client and our exterior inspection. Property also is reported to be continuously updated to 2022 with typical daily maintenance.

TOBIN REAL ESTATE ADVISORS, INC.

## Subject Photos



Interior View of Subject Property



Front View of Subject Property ~ Bedroom

- **Gross Leaseable Area Source**    Plan layouts, specifications and other client supplied information are typically considered.

Overall, the subject property is improved with a good-quality, residential multifamily rental property (reported to be 100% occupied), considered an adequate and functional property. Materials and workmanship are of good quality. Relative to other buildings in the market area, the subject is physically comparable. It is our opinion that the subject as is should maintain good occupancy levels and rank competitively within the surrounding micro market, and that the improvements are likely to maintain their investment value into the foreseeable future.

The site orientation, design and layout of the improvements are considered functionally adequate. The subject offers amenities included in similar properties. Ingress and egress is adequate. No elements of functional obsolescence came to our attention.

Economic factors that influence the value of a property are usually external to the property itself. Several characteristics of the subject's market area (i.e., current occupancy, absorption and rental rates) interact to create the competitive atmosphere within which market rental rates are determined. If a project is to be economically feasible, the rent that may be achieved must be at a level that will provide an adequate return to investors in land and improvements. The following section serves as a study of these economic factors as they relate to the relevant market as well as to more narrowly defined areas within which the subject is located.

TOBIN REAL ESTATE ADVISORS, INC.

## Subject Photos



Interior View of Subject Property ~ Kitchen



Inferior View of Subject Property ~ Bathroom

## Subject Photos



Interior View of Subject Property



View of Subject Property ~ View

# III. MARKET ANALYSIS

TOBIN REAL ESTATE ADMISORS, INC.

# REGIONAL (LOS ANGELES METROPOLITAN AREA) ECONOMIC OVERVIEW/NEIGHBORHOOD DATA

TOBIN REAL ESTATE ADVISORS, INC.

# Los Angeles

**Los Angeles** (US: /lɔːs ˈændʒələs/ (◄ listen) *lawss AN-jəl-əs*;[a] Spanish: *Los Ángeles* [los ˈaŋxeles], lit, 'The Angels'), often referred to by its initials **L.A.**,[13] is the largest city in the U.S. state of California. With a population of roughly 3.9 million as of 2020,[8] it is the second largest city in the United States after New York City and one of the world's most populous megacities. Los Angeles is known for its Mediterranean climate, ethnic and cultural diversity, Hollywood film industry, and sprawling metropolitan area. The city of Los Angeles lies in a basin in Southern California, adjacent to the Pacific Ocean extending through the Santa Monica Mountains and into the San Fernando Valley. It covers about 469 square miles (1,210 km²),[7] and is the seat of Los Angeles County, which is the most populous county in the United States with an estimated 9.86 million as of 2022 [14]

# Geography

## Topography

The city of Los Angeles covers a total area of 502.7 square miles (1,302 km²), comprising 468.7 square miles (1,214 km²) of land and 34.0 square miles (88 km²) of water.[70] The city extends for 44 miles (71 km) north-south and for 29 miles (47 km) east-west. The perimeter of the city is 342 miles (550 km).

Los Angeles is both flat and hilly. The highest point in the city proper is Mount Lukens at 5,074 ft (1,547 m),[71][72] located at the northeastern end of the San Fernando Valley. The eastern end of the Santa Monica Mountains stretches from Downtown to the Pacific Ocean and separates the Los Angeles Basin from the San Fernando Valley. Other hilly parts of Los Angeles include the Mt. Washington area north of Downtown, eastern parts such as Boyle Heights, the Crenshaw district around the Baldwin Hills, and the San Pedro district.

Surrounding the city are much higher mountains. Immediately to the north lie the San Gabriel Mountains, which is a popular recreation area for Angelenos. Its high point is Mount San Antonio, locally known as Mount Baldy, which reaches 10,064 feet (3,068 m). Further afield, the highest point in southern California

## Climate



Los Angeles has a two-season Mediterranean climate of dry summer and very mild winter (Köppen *Csb* on the coast and most of downtown, *Csa* near the metropolitan region to the west), and receives just enough annual precipitation to avoid being classified as a semi-arid climate (*BSh*).[88] Daytime temperatures are generally temperate all year round. In winter, they average around 68 °F (20 °C) giving it a tropical feel although it is a few degrees too cool to be a true tropical climate on average due to cool night temperatures.[89][90] Los Angeles has plenty of sunshine throughout the year, with an average of only 35 days with measurable precipitation annually.[91]

Temperatures in the coastal basin exceed 90 °F (32 °C) on a dozen or so days in the year, from one day a month in April, May, June and November to three days a month in July, August, October and to five days in September.[91] Temperatures in the San Fernando and San Gabriel Valleys are considerably warmer. Temperatures are subject to substantial daily swings; in inland areas the difference between the average daily low and the average daily high is over 30 °F (17 °C).[92] The average annual temperature of the sea is 63 °F (17 °C), from 58 °F (14 °C) in January to 68 °F (20 °C) in August.[93] Hours of sunshine total more than 3,000 per year, from an average of 7 hours of sunshine per day in December to an average of 12 in July

# Economy

The economy of Los Angeles is driven by international trade, entertainment (television, motion pictures, video games, music recording, and production), aerospace, technology, petroleum, fashion, apparel, and tourism. Other significant industries include finance, telecommunications, law, healthcare, and transportation. In the 2017 Global Financial Centres Index, Los Angeles was ranked as having the 19th most competitive financial center in the world, and sixth most competitive in the United States (after New York City, San Francisco, Chicago, Boston, and Washington, D.C.).

One of the five major film studios, Paramount Pictures, is within the city limits,[171] its location being part of the so-called "Thirty-Mile Zone" of entertainment headquarters in Southern California.

Los Angeles is the largest manufacturing center in the United States.[172] The contiguous ports of Los Angeles and Long Beach together comprise the busiest port in the United States by some measures and the fifth-busiest port in the world, vital to trade within the Pacific Rim.[172]



Employment by industry in Los Angeles County (2015)

The Los Angeles metropolitan area has a gross metropolitan product of over $1.0 trillion (as of 2018),[19] making it the third-largest economic metropolitan area in the world after Tokyo and New York.[19] Los Angeles has been classified an "alpha world city" according to a 2012 study by a group at Loughborough University.[173]



Kaiser Sunset Hospital in Los Angeles. Kaiser Permanente was the largest non-government employer in Los Angeles County in 2018.

As of 2018, Los Angeles is home to three Fortune 500 companies: AECOM, CBRE Group, and Reliance Steel & Aluminum Co.[177] Other companies headquartered in Los Angeles and the surrounding metropolitan area include The Aerospace Corporation, California Pizza Kitchen,[178] Capital Group Companies, Deluxe Entertainment Services Group, Dine Brands Global, DreamWorks Animation, Dollar Shave Club, Fandango Media, Farmers Insurance Group, Forever 21, Hulu, Panda Express, SpaceX, Ubisoft Film & Television, The Walt Disney Company, Universal Pictures, Warner Bros., Warner Music Group, and Trader Joe's.

| Largest non-government employers in Los Angeles County, August 2018[179] | | |
|---|---|---|
| **Rank** | **Employer** | **Employees** |
| 1 | Kaiser Permanente | 37,468 |
| 2 | University of Southern California | 21,055 |
| 3 | Northrop Grumman Corp. | 16,600 |
| 4 | Providence Health and Services Southern California | 15,952 |
| 5 | Target Corp. | 15,000 |
| 6 | Ralphs/Food 4 Less (Kroger Co. Division) | 14,970 |
| 7 | Cedars-Sinai Medical Center | 14,903 |
| 8 | Walt Disney Co. | 13,000 |
| 9 | Allied Universal | 12,879 |
| 10 | NBC Universal | 12,000 |

# Economy

Recovery for the Los Angeles economy is mixed, with certain sectors seeing more robust gains than others. Overall, recent economic gains have outpaced national averages, but much of that was due to the harder downtown Los Angeles saw compared to most U.S. metros. The unemployment rate has come down considerably during the past year and today is in line with levels coming into pandemic.

Los Angeles' position as the entertainment capital of the world and the increased demand for video streaming and social media had been a boon to the L.A. economy during the past several years. Recent job gains in the sector have been solid, and as a result, total employment in the sector has recovered all the jobs lost in the pandemic. The entertainment business directly or indirectly employs one out of five workers in L.A. County.

The metro has yet to regain all the jobs in the tourism-related sectors. Tourism is important for the local economy, and the impact to this sector and its employees is considerable. Before the pandemic, over 500,000 people in the county were employed in the leisure and hospitality industry. The city had more than 50 million visitors in 2019. Visitor volumes have somewhat come back. Stores, restaurants, and lodging in tourist hotspots like Downtown L.A., Hollywood, Beverly Hills, and Santa Monica are dependent on tourists spending.

The industrial sector has sustained growth through the pandemic as warehousing demands increased by ecommerce operators. A backup at the ports has led to a record number of ships waiting to unload cargo. The need for warehousing space and limited land has led to developers targeting infill development sites that can be scraped for modern warehouse construction. The overall Southern California industrial market, which includes the five-county area of Los Angeles, Ventura, San Bernardino, Riverside, and Orange counties, recently surpassed 2 billion SF of industrial inventory.

As more of a structural issue that needs to be addressed long term, the prohibitive cost of housing in L.A. is a major impediment to hiring and is often cited as a motivating factor for companies to relocate to other parts of the country. Although the market appears to be cooling, home prices have increased considerably since the onset of the pandemic.

Despite near-term issues related to the pandemic, the metro economy possesses many positive attributes. It has two major talent generators in USC and UCLA along with top-tier universities such as Cal Tech that support a growing tech economy. It is perennially among the top five metros in the country for venture capital investment. Education levels, while below the national average, improve every year. More people making six-figure paychecks continue to move to L.A. than are leaving.

**LOS ANGELES EMPLOYMENT BY INDUSTRY IN THOUSANDS**

| Industry | CURRENT JOBS | | CURRENT GROWTH | | 10 YR HISTORICAL | | 5 YR FORECAST | |
|---|---|---|---|---|---|---|---|---|
| | Jobs | LQ | Market | US | Market | US | Market | US |
| Manufacturing | 322 | 0.8 | 2.39% | 3.56% | -1.53% | 0.69% | -0.60% | 0.15% |
| Trade, Transportation and Utilities | 857 | 1.0 | 4.43% | 3.37% | 1.02% | 1.23% | 0.13% | 0.12% |
| Retail Trade | 419 | 0.9 | 3.11% | 2.38% | 0.40% | 0.63% | 0.05% | 0.10% |
| Financial Activities | 216 | 0.8 | 1.21% | 2.03% | 0.10% | 1.41% | 0.05% | 0.24% |
| Government | 567 | 0.8 | 1.21% | 1.01% | 0.31% | 0.17% | 0.42% | 0.53% |
| Natural Resources, Mining and Construction | 157 | 0.6 | 4.71% | 4.39% | 3.41% | 2.52% | 0.30% | 0.33% |
| Education and Health Services | 891 | 1.2 | 4.84% | 2.71% | 2.38% | 1.59% | 0.94% | 0.69% |
| Professional and Business Services | 661 | 1.0 | 4.86% | 4.71% | 1.62% | 2.13% | 0.12% | 0.44% |
| Information | 225 | 2.5 | 0.28% | 4.45% | 1.61% | 1.07% | 0.89% | 0.46% |
| Leisure and Hospitality | 528 | 1.1 | 16.60% | 11.38% | 2.39% | 1.48% | 1.75% | 1.43% |
| Other Services | 155 | 0.9 | 10.62% | 5.01% | 0.72% | 0.58% | 0.66% | 0.61% |
| **Total Employment** | **4,580** | **1.0** | **5.11%** | **3.96%** | **1.25%** | **1.27%** | **0.52%** | **0.50%** |

Source: Oxford Economics
LQ = Location Quotient



# Economy

**Los Angeles Multi-Family**



**NET EMPLOYMENT CHANGE (YOY)**

**MEDIAN HOUSEHOLD INCOME**

Los Angeles    United States



# Economy

Los Angeles Multi-Family

## DEMOGRAPHIC TRENDS

| Demographic Category | Current Level | | 12 Month Change | | 10 Year Change | | 5 Year Forecast | |
|---|---|---|---|---|---|---|---|---|
| | Metro | US | Metro | US | Metro | US | Metro | US |
| Population | 9,803,759 | 332,531,219 | -0.3% | 0.2% | -0.2% | 0.6% | 0.1% | 0.5% |
| Households | 3,253,712 | 124,133,117 | -0.4% | 0.1% | 0% | 0.7% | 0.1% | 0.5% |
| Median Household Income | $85,504 | $74,486 | 11.7% | 9.1% | 5.1% | 3.9% | 3.5% | 3.1% |
| Labor Force | 5,074,590 | 164,958,531 | 1.7% | 2.2% | 0.4% | 0.6% | 0.5% | 0.4% |
| Unemployment | 4.9% | 3.6% | -3.6% | -1.7% | -0.6% | -0.5% | - | - |

Source: Oxford Economics

### POPULATION GROWTH



### LABOR FORCE GROWTH



### INCOME GROWTH



Source: Oxford Economics

# Arts and culture

Los Angeles is often billed as the "Creative Capital of the World" because one in every six of its residents works in a creative industry[180] and there are more artists, writers, filmmakers, actors, dancers and musicians living and working in Los Angeles than any other city at any other time in history.[181]

## Movies and the performing arts

The city's Hollywood neighborhood has become recognized as the center of the motion picture industry and the Los Angeles area is also



Hollywood Bowl

associated with being the center of the television industry.[182] The city is home to major film studios as well as major record labels. Los Angeles plays host to the annual Academy Awards, the Primetime Emmy Awards, the Grammy Awards as well as many other entertainment industry awards shows. Los Angeles is the site of the USC School of Cinematic Arts which is the oldest film school in the United States.[183]

The performing arts play a major role in Los Angeles's cultural identity. According to the USC Stevens Institute for Innovation, "there are more than 1,100 annual theatrical productions and 21 openings every week."[181] The Los Angeles Music Center is "one of the three largest performing arts centers in the nation", with more than 1.3 million visitors per year.[184] The Walt Disney Concert Hall, centerpiece of the Music Center, is home to the prestigious Los Angeles Philharmonic.[185] Notable organizations such as Center Theatre Group, the Los Angeles Master Chorale, and the Los Angeles Opera are also resident companies of the Music Center.[186][187][188] Talent is locally cultivated at premier institutions such as the Colburn School and the USC Thornton School of Music.



The Dolby Theatre, venue for the Academy Awards

# Sports

The city of Los Angeles and its metropolitan area are the home of eleven top-level professional sports teams, several of which play in neighboring communities but use Los Angeles in their name. These teams include the Los Angeles Dodgers[214] and Los Angeles Angels[215] of Major League Baseball (MLB), the Los Angeles Rams[216] and Los Angeles Chargers of the National Football League (NFL), the Los Angeles Lakers[217] and Los Angeles Clippers[218] of the National Basketball Association (NBA), the Los Angeles Kings[219] and Anaheim

Los Angeles Memorial Coliseum

Ducks[220] of the National Hockey League (NHL), the Los Angeles Galaxy[221] and Los Angeles FC[222] of Major League Soccer (MLS), and the Los Angeles Sparks of the Women's National Basketball Association (WNBA).[223]

Other notable sports teams include the UCLA Bruins and the USC Trojans in the National Collegiate Athletic Association (NCAA), both of which are Division I teams in the Pac-12 Conference, but will soon be moved to the Big Ten Conference

# Education

## Colleges and universities

There are three public universities within the city limits: California State University, Los Angeles (CSULA), California State University, Northridge (CSUN) and University of California, Los Angeles (UCLA).[252]

Private colleges in the city include:



Los Angeles branch of the California State Normal School on Vermont Avenue in Downtown Los Angeles, between 1882 and 1914. The site is now occupied by the Los Angeles Central Library.

- American Film Institute Conservatory[253]
- Alliant International University[254]
- American Academy of Dramatic Arts (Los Angeles Campus)[255]
- American Jewish University[256]
- Abraham Lincoln University[257]
- The American Musical and Dramatic Academy – Los Angeles campus
- Antioch University's Los Angeles campus[258]
- Charles R. Drew University of Medicine and Science[259]
- Colburn School[260]
- Columbia College Hollywood[261]
- Emerson College (Los Angeles Campus)[262]
- Emperor's College[263]
- Fashion Institute of Design & Merchandising's Los Angeles campus (FIDM)
- Los Angeles Film School[264]
- Loyola Marymount University (LMU is also the parent university of Loyola Law School in Los Angeles)[265]
- Marymount College[266]
- Mount St. Mary's College[267]
- National University of California[268]
- Occidental College ("Oxy")[269]
- Otis College of Art and Design (Otis)[270]
- Southern California Institute of Architecture (SCI-Arc)[271]
- Southwestern Law School[272]
- University of Southern California (USC)[273]
- Woodbury University[274]



California State University, Los Angeles

## Schools

Los Angeles Unified School District serves almost all of the city of Los
Angeles, as well as several surrounding communities, with a student
population around 800,000.[284] After Proposition 13 was approved in
1978, urban school districts had considerable trouble with funding.
LAUSD has become known for its underfunded, overcrowded and
poorly maintained campuses, although its 162 Magnet schools help
compete with local private schools.



The Los Angeles Central Library is
in Downtown Los Angeles.

Several small sections of Los Angeles are in the Inglewood Unified
School District,[285] and the Las Virgenes Unified School District.[286]
The Los Angeles County Office of Education operates the Los Angeles
County High School for the Arts.

# Infrastructure

## Transportation

### Freeways

The city and the rest of the Los Angeles metropolitan area are served by
an extensive network of freeways and highways. Texas Transportation
Institute's annual Urban Mobility Report ranked Los Angeles area roads
the most congested in the United States in 2019 as measured by annual
delay per traveler, area residents experiencing a cumulative average of
119 hours waiting in traffic that year.[300] Los Angeles was followed by
San Francisco/Oakland, Washington, D.C., and Miami. Despite the
congestion in the city, the mean daily travel time for commuters in Los
Angeles is shorter than other major cities, including New York City,
Philadelphia and Chicago. Los Angeles's mean travel time for work
commutes in 2006 was 29.2 minutes, similar to those of San Francisco
and Washington, D.C.[301]



The Judge Harry Pregerson
Interchange, connecting the Century
Freeway (I-105) and the Harbor
Freeway (I-110)

The major highways that connect LA to the rest of the nation include Interstate 5, which runs south
through San Diego to Tijuana in Mexico and north through Sacramento, Portland, and Seattle to the
Canada–US border; Interstate 10, the southernmost east–west, coast-to-coast Interstate Highway in the
United States, going to Jacksonville, Florida; and U.S. Route 101, which heads to the California Central
Coast, San Francisco, the Redwood Empire, and the Oregon and Washington coasts.

## Transit systems

The LA County Metropolitan Transportation Authority (LA County Metro) and other agencies operate an extensive system of bus lines, as well as subway and light rail lines across Los Angeles County, with a combined monthly ridership (measured in individual boardings) of 38.8 million as of September 2011. The majority of this (30.5 million) is taken up by the city's bus system,[302] the second busiest in the country. The subway and light rail combined average the remaining roughly 8.2 million boardings per month.[302] LA County Metro recorded over 397 million boardings for the 2017 calendar year, including about 285 million bus riders and about 113 million riding on rail transit.[303] For the first quarter of 2018, there were just under 95 million system-wide boardings, down from about 98 million in 2017, and about 105 million in 2016.[304] In 2005, 10.2% of Los Angeles commuters rode some form of public transportation.[305] According to the 2016 American Community Survey, 9.2% of working Los Angeles (city) residents made the journey to work via public transportation.[306]



Los Angeles Metro Rail and Metro Transitway map

The city's subway system is the ninth busiest in the United States and its light rail system is the country's busiest.[307] The rail system includes the B and D subway lines, as well as the A, C, E, and L light rail lines. In 2016, the E Line was extended to the Pacific Ocean at Santa Monica. The Metro G and J lines are bus rapid transit lines with stops and frequency similar to those of light rail. As of 2018, the total number of light rail stations is 93. The city is also central to the commuter rail system Metrolink, which links Los Angeles to all neighboring counties as well as many suburbs.[308]

Besides the rail service provided by Metrolink and the Los Angeles County Metropolitan Transportation Authority, Los Angeles is served by inter-city passenger trains from Amtrak. The main rail station in the city is Union Station just north of Downtown.

In addition, the city directly contracts for local and commuter bus service through the Los Angeles Department of Transportation, or LADOT.

## Airports

The main international and domestic airport serving Los Angeles is Los Angeles International Airport (IATA: **LAX**, ICAO: **KLAX**), commonly referred to by its airport code, **LAX**.[309]

Other major nearby commercial airports include:

- (IATA: **ONT**, ICAO: **KONT**) Ontario International Airport, owned by the city of Ontario, CA; serves the Inland Empire.[310]
- (IATA: **BUR**, ICAO: **KBUR**) Hollywood Burbank Airport, jointly owned by the cities of Burbank, Glendale, and Pasadena. Formerly known as Bob Hope Airport and Burbank Airport, the closest airport to Downtown Los Angeles serves the San Fernando, San Gabriel, and Antelope Valleys.[311]
- (IATA: **LGB**, ICAO: **KLGB**) Long Beach Airport, serves the Long Beach/Harbor area.[312]
- (IATA: **SNA**, ICAO: **KSNA**) John Wayne Airport of Orange County.

One of the world's busiest general-aviation airports is also in Los Angeles: Van Nuys Airport (IATA: **VNY**, ICAO: **KVNY**).[313]

## Seaports

The Port of Los Angeles is in San Pedro Bay in the San Pedro neighborhood, approximately 20 miles (32 km) south of Downtown. Also called Los Angeles Harbor and WORLDPORT LA, the port complex occupies 7,500 acres (30 km²) of land and water along 43 miles (69 km) of waterfront. It adjoins the separate Port of Long Beach.[314]



The Vincent Thomas Bridge is at Terminal Island.

The sea ports of the Port of Los Angeles and Port of Long Beach together make up the *Los Angeles/Long Beach Harbor*.[315][316] Together, both ports are the fifth busiest container port in the world, with a trade volume of over 14.2 million TEU's in 2008.[317] Singly, the Port of Los Angeles is the busiest container port in the United States and the largest cruise ship center on the West Coast of the United States – The Port of Los Angeles's World Cruise Center served about 590,000 passengers in 2014.[318]

There are also smaller, non-industrial harbors along Los Angeles's coastline. The port includes four bridges: the Vincent Thomas Bridge, Henry Ford Bridge, Gerald Desmond Bridge, and Commodore Schuyler F. Heim Bridge. Passenger ferry service from San Pedro to the city of Avalon on Santa Catalina Island is provided by Catalina Express.

Currency: USD ($)

**Summary**  Population  Housing  Daytime Employme    Radius  2 mile, 5 mile, 10 mile

## Population

| Population | 2 mile | 5 mile | 10 mile |
|---|---|---|---|
| 2010 Population | 124,382 | 896.846 | 3,235,440 |
| 2022 Population | 123,504 | 921,790 | 3,281,726 |
| 2027 Population Projection | 121,440 | 912,358 | 3,240,072 |
| Annual Growth 2010-2022 | -0.1% | 0.2% | 0.1% |
| Annual Growth 2022-2027 | -0.3% | -0.2% | -0.3% |
| Median Age | 35.8 | 38.2 | 37.7 |
| Bachelor's Degree or Higher | 20% | 28% | 27% |
| U.S. Armed Forces | 51 | 223 | 718 |

## Housing

| Housing | 2 mile | 5 mile | 10 mile |
|---|---|---|---|
| Median Home Value | $661,662 | $760,757 | $741,015 |
| Median Year Built | 1956 | 1960 | 1958 |

## Households

| Households | 2 mile | 5 mile | 10 mile |
|---|---|---|---|
| 2010 Households | 34,807 | 294,042 | 1,059,860 |

| | 2 mile | 5 mile | 10 mile |
|---|---|---|---|
| 2022 Households | 34,136 | 305,656 | 1,077,953 |
| 2027 Household Projection | 33,478 | 303,116 | 1,064,656 |
| Annual Growth 2010-2022 | 0.4% | 0.6% | 0.5% |
| Annual Growth 2022-2027 | -0.4% | -0.2% | -0.2% |
| Owner Occupied Households | 12,696 | 92,013 | 351,330 |
| Renter Occupied Households | 20,782 | 211,102 | 713,326 |
| Avg Household Size | 3.5 | 2.9 | 2.9 |
| Avg Household Vehicles | 2 | 2 | 2 |
| Total Specified Consumer Spending ($) | $1.1B | $9.5B | $33.8B |

## Income

| | 2 mile | 5 mile | 10 mile |
|---|---|---|---|
| Avg Household Income | $78,397 | $87,482 | $86,532 |
| Median Household Income | $56,604 | $61,446 | $60,795 |
| < $25,000 | 7,523 | 69,197 | 237,718 |
| $25,000 - 50,000 | 7,708 | 59,841 | 219,370 |
| $50,000 - 75,000 | 6,165 | 48,648 | 179,363 |
| $75,000 - 100,000 | 3,957 | 34,159 | 121,532 |
| $100,000 - 125,000 | 2,956 | 28,391 | 96,975 |
| $125,000 - 150,000 | 1,862 | 17,865 | 60,737 |
| $150,000 - 200,000 | 1,914 | 20,920 | 70,082 |

Sources:  *Los Angeles Chamber of Commerce, 2022; Los Angeles County Department - Planning Division; Costar, 2022.*

● Page 17

# LOCAL RESIDENTIAL MULTIFAMILY RENTAL MARKET ANALYSIS



# Multi-Family Market Report

# Los Angeles - CA

**PREPARED BY**

Pat Tobin

## Overview

### Los Angeles Multi-Family

| 12 Mo. Delivered Units | 12 Mo. Absorption Units | Vacancy Rate | 12 Mo. Asking Rent Growth |
|:---:|:---:|:---:|:---:|
| **9,417** | **15,203** | **3.4%** | **5.3%** |

The L.A. apartment market has witnessed notable improvements since the beginning of 2021 after experiencing the worst conditions in 2020 in over a decade. Vacancies have been trending down since peaking at the end of 2020 and are currently 3.4%. Demand has been particularly strong in recent quarters. Gains in the market have been broad-based, as almost every location in the metro has seen solid occupancy gains.

Los Angeles has lagged the nation with respect to rent growth since the onset of the pandemic. Rents recovered to pre-pandemic peaks in May 2021, whereas the nation achieved that milestone in January 2021. Asking rents are presently increasing at a robust pace but are still increasing at a more modest pace than most other major apartment markets nationally.

Los Angeles has seen elevated construction levels for years and still has a sizable pipeline, 28,000 units, that needs to be absorbed in the coming quarters. Current construction levels represent 2.8% over existing inventory. Development activity is concentrated in specific areas that are more receptive to additional density, like Downtown Los Angeles and Koreatown.

Recent transaction activity has been robust and demonstrates investors are active in L.A.'s apartment market and willing to stomach some of the highest pricing and lowest cap rates in the nation. Many of the major apartment properties that have recently sold involved public/private partnerships that acquired newer market-rate apartments to convert to communities restricted to middle-income renters.

### KEY INDICATORS

| Current Quarter | Units | Vacancy Rate | Asking Rent | Effective Rent | Absorption Units | Delivered Units | Under Constr Units |
|---|---|---|---|---|---|---|---|
| 4 & 5 Star | 138,014 | 7.0% | $3,331 | $3,300 | 2,129 | 1,371 | 24,286 |
| 3 Star | 214,113 | 3.1% | $2,328 | $2,318 | 398 | 165 | 3,633 |
| 1 & 2 Star | 644,934 | 2.8% | $1,652 | $1,645 | 311 | 0 | 86 |
| **Market** | **997,061** | **3.4%** | **$2,188** | **$2,175** | **2,838** | **1,536** | **28,005** |

| Annual Trends | 12 Month | Historical Average | Forecast Average | Peak | When | Trough | When |
|---|---|---|---|---|---|---|---|
| Vacancy Change (YOY) | -0.6% | 4.4% | 3.6% | 6.0% | 2020 Q3 | 3.1% | 2000 Q3 |
| Absorption Units | 15,203 | 5,029 | 8,606 | 32,602 | 2021 Q4 | (5,462) | 2002 Q1 |
| Delivered Units | 9,417 | 6,007 | 9,630 | 12,277 | 2021 Q2 | 883 | 2011 Q4 |
| Demolished Units | 142 | 653 | 558 | 1,552 | 2010 Q3 | 49 | 2002 Q2 |
| Asking Rent Growth (YOY) | 5.3% | 2.6% | 3.4% | 8.1% | 2001 Q1 | -6.8% | 2009 Q4 |
| Effective Rent Growth (YOY) | 5.6% | 2.6% | 3.4% | 8.5% | 2022 Q1 | -6.8% | 2009 Q4 |
| Sales Volume | $14.2B | $6.5B | N/A | $14.7B | 2022 Q2 | $1.7B | 2010 Q1 |

TOBIN REAL ESTATE ADVISORS, INC.

# Vacancy

Recent apartment demand in L.A. has been exceptional, with net absorption of units running at its highest levels in decades. As a result, vacancy has come down to 3.4%, at its lowest levels in years and a dramatic improvement from the most recent peak of around 6% in late 2020. Current levels are now below historical averages: over the past 20 years, vacancy in the L.A. metro has averaged 4.4%.

Suburban locations, including the Antelope Valley and many spots in the San Fernando and San Gabriel valleys, saw occupancies hold up better earlier on in the pandemic. These locations have benefited from relatively affordable units and less competition from new supply. Conditions in these submarkets remain strong, but even submarkets that fared worse in 2020, primarily more expensive areas of town with elevated construction pipelines, like Downtown Los Angeles and Santa Monica, saw considerable improvements in occupancies during 2021.

Current vacancies in higher-quality, 4 & 5 Star properties, 7.0%, are elevated relative to lower-quality properties. Vacancies in 3 Star and 1 & 2 Star properties are currently 3.1% and 2.8%, respectively. It is worth noting the spread in vacancies between higher- and lower-quality properties has compressed dramatically in recent quarters. In late 2020, the disparity was the highest seen in at least two decades.

L.A. has one of the highest percentages of renters of any U.S. metro, with roughly half of all households renting their homes. Elevated home prices force many residents to rent out of necessity. It takes an income well above the median household income for the metro to comfortably afford a median-priced home.

Looking ahead, market vacancy is anticipated to continue to decline for the near to mid-term, as tenant demand is forecast to be relatively strong. The supply pipeline, while a concern for specific submarkets of the metro, should have a limited aspect on market-wide occupancies.

## ABSORPTION, NET DELIVERIES & VACANCY



# Vacancy



Los Angeles Multi-Family

**OVERALL & STABILIZED VACANCY**



**VACANCY RATE**



# Vacancy

**VACANCY BY BEDROOM**



# Rent

The L.A. apartment market is a laggard with respect to recent rent movements. Although average asking rents have been increasing since early 2021, rent growth during the last 12 months, 5.3%, was below the gains of 6.7% seen nationally. Average asking rents in L.A. presently stand at $2,190/month. Looking ahead, rent growth is expected to remain relatively strong through at least the rest of the year given current market tightness combined with a favorable demand outlook.

However, these figures represent the entire L.A. apartment market, and it's important to understand how rental rate performance has been stratified since the onset of the pandemic. Considering asset quality, losses earlier on in the pandemic were most pronounced in higher-end, 4 & 5 Star properties versus lower-quality communities, as tenants migrated to more affordable housing options inside and outside of the metro. From a location standpoint, more affordable apartment locations, including the Antelope Valley and many pockets in the

San Fernando Valley and San Gabriel Valley, have generally outperformed with respect to rent growth.

Rent regulations in the L.A. apartment market and their potential impact on tenants and investors are important to consider. Assembly Bill 1482, which took effect at the start of 2020, limits yearly rent increases across all of California to 5% plus the cost of inflation for the next 10 years and strengthens renter protections against eviction. The L.A. County Board of Supervisors also voted unanimously to implement permanent rent control for buildings built before 1995 in unincorporated parts of the county in 2019.

In November 2020, Californians voted no on Proposition 21 by a 60%-40% margin. The bill sought to eliminate the statewide Costa-Hawkins Act, which places limits on rent control. A similar bill from the same group of backers was defeated in 2018 by a roughly 3-2 margin.

**DAILY ASKING RENT PER SF**



Los Angeles

# Rent



# Construction

The Los Angeles apartment market witnessed 9,300 net new units deliver during the past 12 months. Major notable recent deliveries include VOX, the second apartment community part of the Cumulus mixed-use development. The 910-unit project by national multifamily developer Carmel Partners is next to the Expo/La Cienega LA metro stop in West Adams and also includes 100,000 SF of retail space with a Whole Foods.

In North Hollywood, Trammell Crow completed Alexan NOHO West, the 642-unit apartment component to the large NOHO West mixed-use project adjacent to the 170 freeway. The complex also comprises significant retail and office components.

There are 28,000 market-rate units under construction in Los Angeles County, representing 2.8% of existing inventory. Relative to the market's history, the number of units underway is elevated and is near peak levels seen during the past two decades. Developers have continued to break ground on projects in recent quarters. 2021 saw the most new construction starts in a year since 2016.

Looking at current construction levels, submarkets Downtown Los Angeles, Burbank, Koreatown, and Hollywood have the most apartment units currently under construction relative to the area's existing inventory. With

the exception of Burbank, these submarkets have been construction hotspots for years, as these submarkets are among the few areas in the metro that are receptive to greater density.

Burbank, in contrast, usually sees minimal construction levels. Burbank's activity is driven by two projects, 777 N Front St. (572 units) and First Street Village (275 units). 777 N Front commenced construction in June 2021 and First Street Village in late 2020.

High construction costs, NIMBY sentiment, anti-density politics, and onerous permitting processes make it difficult to develop new communities in most areas of Greater Los Angeles. Despite Los Angeles seeing elevated apartment construction relative to the past two decades, the market has been chronically undersupplied for years when it comes to housing, especially affordable housing.

Given elevated construction costs, higher-end communities are often the only development opportunities that pencil out. For example, Los Angeles saw 9,300 new apartment units added during the past 12 months. 7,600 of units that were completed during that time were in high-end, 4 & 5 Star communities.

**DELIVERIES & DEMOLITIONS**



© 2022          Tobin Real Estate Advisors

# Under Construction Properties

**Los Angeles Multi-Family**

| Properties | Units | Percent of Inventory | Avg. No. Units |
|:---:|:---:|:---:|:---:|
| **346** | **28,005** | **2.8%** | **81** |

## UNDER CONSTRUCTION PROPERTIES



**Under Construction**

## UNDER CONSTRUCTION

| | Property Name/Address | Rating | Units | Stories | Start | Complete | Developer/Owner |
|---|---|---|---|---|---|---|---|
| 1 | **Ferrante**<br>300 N Beaudry Ave | ★★★★☆ | 1,150 | 7 | Aug 2019 | Nov 2022 | G.H. Palmer Associates<br>G.H. Palmer Associates |
| 2 | **12101 W Olympic Blvd** | ★★★★☆ | 600 | 7 | Jul 2020 | Mar 2023 | Hines<br>Hines |
| 3 | **LaTerra Select Burbank**<br>777 N Front St | ★★★★☆ | 573 | 8 | Jun 2021 | Jun 2023 | LaTerra Development<br>Herbert F & Jane Boeckmann |
| 4 | **AVA Arts District**<br>668 S Alameda St | ★★★★☆ | 475 | 7 | Apr 2021 | Oct 2024 | AvalonBay Communities, Inc.<br>AvalonBay Communities, Inc. |
| 5 | **Alloy**<br>520 Mateo St | ★★★★☆ | 475 | 35 | Apr 2022 | Nov 2023 | Carmel Partners<br>Carmel Partners |
| 6 | **8th & Figueroa**<br>732-756 S Figueroa St | ★★★★☆ | 438 | 41 | Apr 2021 | Nov 2024 | Mitsui Fudosan America Inc<br>Mitsui Fudosan Co. Ltd. |
| 7 | **ONNI East Lake**<br>232 Long Beach Blvd | ★★★★☆ | 432 | 23 | Mar 2020 | May 2023 | Onni Group<br>Onni Group |

© 2022    Tobin Real Estate Advisors

TOBIN REAL ESTATE ADVISORS, INC.

# Under Construction Properties

Los Angeles Multi-Family

## UNDER CONSTRUCTION

| | Property Name/Address | Rating | Units | Stories | Start | Complete | Developer/Owner |
|---|---|---|---|---|---|---|---|
| 8 | **234 N Center St** | ★★★★☆ | 430 | 3 | Jul 2021 | Jun 2023 | Atlas Capital Group LLC<br>County of Los Angeles |
| 9 | **The Q De Soto**<br>6109 N De Soto Ave | ★★★★★ | 376 | 7 | Jul 2022 | Aug 2024 | California Home Builders<br>California Home Builders |
| 10 | **696 S New Hampshire Ave** | ★★★★☆ | 375 | 38 | Sep 2020 | Apr 2023 | Holland Partner Group |
| 11 | **Glassell Park**<br>2910 N San Fernando Rd | ★★★★☆ | 370 | 5 | May 2022 | Jun 2024 | Fairfield<br>Fairfield |
| 12 | **Rise Koreatown**<br>3525 W 8th St | ★★★★★ | 365 | 7 | Jun 2019 | Dec 2022 | Cal Coast Development Corp.<br>Encore Capital Management |
| 13 | **Camden Arts District**<br>1525 Industrial St | ★★★★☆ | 354 | 7 | Feb 2022 | Dec 2023 | Camden Property Trust<br>Camden Property Trust |
| 14 | **Esperanza at Duarte Stat...**<br>1700 Business Center | ★★★★☆ | 344 | 5 | Jun 2021 | Oct 2022 | MBK Real Estate Companies<br>MBK Real Estate Companies |
| 15 | **First Street Village**<br>275-375 N 1st St | ★★★★☆ | 325 | 5 | Aug 2020 | Oct 2022 | Del Rey Properties<br>Del Rey Properties |
| 16 | **Hollywood Park - Reside...**<br>1050 S Prairie Ave | ★★★★☆ | 314 | 3 | Jan 2020 | Oct 2022 | Wilson Meany<br>Wilson Meany |
| 17 | **Jasper**<br>2528 S Grand Ave | ★★★★☆ | 296 | 7 | Mar 2021 | Mar 2023 | CityView<br>CityView |
| 18 | **Chroma**<br>6709 Independence Ave | ★★★★☆ | 275 | 5 | Aug 2020 | Nov 2022 | Fairfield<br>Fairfield |
| 19 | **24 by Uncommon - Phas...**<br>20000 Prairie St | ★★★★☆ | 268 | 5 | May 2020 | Oct 2022 | Uncommon Developers LLC<br>MGA Entertainment, Inc. |
| 20 | **South Bay X**<br>12850-12900 Crenshaw Blvd | ★★★★☆ | 265 | 8 | May 2022 | Jan 2025 | Stockbridge Capital Group, LLC<br>CityView |
| 21 | **4253 E Live Oak Ave** | ★★★★☆ | 259 | 3 | Oct 2021 | Jan 2023 | -<br>Avery Creek Llc |
| 22 | **Modera Argyle**<br>1546 N Argyle Ave | ★★★★☆ | 253 | 7 | Jan 2022 | May 2025 | Mill Creek Residential Trust LLC<br>Mill Creek Residential Trust LLC |
| 23 | **The Bora 3170**<br>3170 W Olympic Blvd | ★★★★☆ | 252 | 7 | Jan 2021 | Jan 2023 | CBS Property Group LLC<br>Choi Bo Sung, Inc. |
| 24 | **Atlas House**<br>2500 Wilshire Blvd | ★★★★☆ | 248 | 13 | Feb 2020 | Oct 2022 | Jamison Services, Inc.<br>Jamison Services, Inc. |
| 25 | **Astra**<br>215 E Regent St | ★★★★☆ | 243 | 6 | Nov 2021 | Dec 2022 | - |
| 26 | **1800 W Beverly Blvd** | ★★★★☆ | 243 | 5 | Nov 2021 | Nov 2023 | CityView<br>CityView |
| 27 | **Market Gateway**<br>204-228 N La Brea Ave | ★★★★☆ | 242 | 5 | May 2020 | Oct 2022 | Thomas Safran & Associates<br>Thomas Safran & Associates |
| 28 | **MR2 Lofts**<br>6901 Santa Monica Blvd | ★★★★☆ | 231 | 7 | Jun 2020 | Mar 2023 | Onni Group<br>Onni Group |

## Sales

Los Angeles Multi-Family

Multifamily transaction activity during the last 12 months in Los Angeles, $14.1 billion, was strong, above historical averages, and demonstrates ample investor demand for the property type. This demand has translated in strong recent price appreciation.

Looking at notable recent sales, in July 2022, California Home Builders acquired Modera West LA from Mill Creek Residential for $230.66 million ($617,000/unit) at a 3.6% in-place cap rate. Mill Creek developed the 2018-built, 374-unit community in Westchester. Upon acquiring the property, California Home Builders rebranded the community The Q Playa.

In June 2022, Stockbridge Capital Group purchased The Behay in Historic Filipinotown from Trammell Crow Residential for $137.75 million ($689,000/unit). The sale represents a record for the area on an absolute and per-unit price basis. The 200-unit, 2020-built community also has 24,000 SF of ground-floor retail, including a Target.

Several of the largest recent transactions in L.A. have involved public/private partnerships purchasing newer market-rate apartments to convert to communities restricted to middle-income renters, those making 60%-120% of median area income. In a recent example of

such public/private partnership, in February 2022, the California Statewide Communities Development Authority (CSCDA) partnered with Faring to purchase The Crescent at West Hollywood from Apartment Income REIT for $100 million ($769,000/unit). The 130-unit community is at 1274 N Crescent Heights Blvd. The CSCDA owns and financed the acquisitions with tax-exempt financing. Faring will oversee operations at the property.

Other large transactions executed under this structure have closed since early 2021 in Carson (Union South Bay), Glendale (Altana Apartments, Brio, Next on Lex, and Towne at Glendale), Hawthorne (Millennium South Bay), Long Beach (Oceanaire), Monrovia (Moda at Monrovia Station), Pasadena (Residences at Westgate, The Hudson, Westgate Apartments), Pomona (Monterey Station, 777 Place), and Sun Valley (Villa Del Sol Apartments).

Average market pricing, at $420,000/unit, is well above the national average of $260,000/unit. Average market cap rates, at 3.9%, are well below the U.S. average of 5.0%. Key drivers of the market's elevated pricing include the metro's position as the second-largest metro in the nation, diverse economic drivers, and a land-constrained coastal location.

**SALES VOLUME & MARKET SALE PRICE PER UNIT**



© 2022    Tobin Real Estate Advisors

# Sales

**MARKET CAP RATE**



# Sales Past 12 Months

| Sale Comparables | Avg. Price/Unit (thous.) | Average Price (mil.) | Average Vacancy at Sale |
|---|---|---|---|
| **2,191** | **$367** | **$6.6** | **7.8%** |

## SALE COMPARABLE LOCATIONS



◆ Sale Comparables

## SALE COMPARABLES SUMMARY STATISTICS

| Sales Attributes | Low | Average | Median | High |
|---|---|---|---|---|
| Sale Price | $680,000 | $6,587,889 | $2,755,000 | $330,000,000 |
| Price/Unit | $36,354 | $367,005 | $290,000 | $2,750,000 |
| Cap Rate | 1.0% | 4.1% | 4.0% | 13.9% |
| Vacancy Rate At Sale | 0% | 7.8% | 0% | 100% |
| Time Since Sale in Months | 0.0 | 6.6 | 6.8 | 12.0 |
| **Property Attributes** | **Low** | **Average** | **Median** | **High** |
| Property Size in Units | 2 | 18 | 8 | 642 |
| Number of Floors | 1 | 2 | 2 | 22 |
| Average Unit SF | 33 | 801 | 774 | 4,094 |
| Year Built | 1895 | 1957 | 1959 | 2022 |
| Star Rating | ★☆☆☆☆ | ★★☆☆☆ 2.2 | ★★☆☆☆ | ★★★★★ |

# Sales Past 12 Months

**RECENT SIGNIFICANT SALES**

| | Property Name/Address | Rating | Property Information | | | Sale Information | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Yr Built | Units | Vacancy | Sale Date | Price | Price/Unit | Price/SF |
| 1 | 1221 Ocean Avenue<br>1221 Ocean Ave | ★★★★★ | 1971 | 120 | 4.2% | 4/27/2022 | $330,000,000 | $2,750,000 | $1,315 |
| 2 | The Q Playa<br>5901-5921 Center Dr | ★★★★★ | 2018 | 374 | 10.4% | 7/29/2022 | $230,660,000 | $616,737 | $718 |
| 3 | Array Vista Canyon<br>17350 Humphreys Pky | ★★★★ | 2020 | 480 | 16.3% | 12/28/2021 | $230,250,000 | $479,687 | $535 |
| 4 | Bell Warner Center<br>21050 Kittridge St | ★★★★ | 2020 | 395 | 39.5% | 9/20/2021 | $216,000,000 | $546,835 | $477 |
| 5 | Vela on OX<br>21221 Oxnard St | ★★★★ | 2018 | 379 | 4.2% | 1/19/2022 | $183,000,000 | $482,849 | $538 |
| 6 | The Boulevard Apartment Ho...<br>20600 Ventura Blvd | ★★★★ | 2014 | 340 | 0.9% | 11/8/2021 | $174,500,000 | $513,235 | $384 |
| 7 | Evolve South Bay<br>285 E Del Amo Blvd | ★★★★ | 2020 | 300 | 1.7% | 5/26/2022 | $171,000,000 | $570,000 | $584 |
| 8 | Atrio<br>1901 N Buena Vista St | ★★★★ | 2010 | 277 | 9.4% | 10/7/2021 | $161,100,000 | $581,588 | $373 |
| 9 | Volta on Pine<br>635 Pine Ave | ★★★★ | 2021 | 271 | 24.7% | 1/24/2022 | $156,000,000 | $575,645 | $547 |
| 10 | Millennium South Bay<br>12540 Crenshaw Blvd | ★★★★ | 2021 | 230 | 42.6% | 12/1/2021 | $144,000,000 | $626,086 | $600 |
| 11 | Bahay<br>330 N Westlake Ave | ★★★★ | 2020 | 200 | 5.0% | 6/6/2022 | $137,750,000 | $688,750 | $684 |
| 12 | Kinley West LA<br>6711 S Sepulveda Blvd | ★★★★ | 2021 | 180 | 19.4% | 3/9/2022 | $135,000,000 | $750,000 | $839 |
| 13 | The Villas at Woodland Hills<br>5807 Topanga Canyon Blvd | ★★ | 1971 | 324 | 3.7% | 5/9/2022 | $134,500,000 | $415,123 | $368 |
| 14 | Avana Rancho Palos Verdes<br>6600 Beachview Dr | ★★★ | 1988 | 215 | 0.5% | 11/8/2021 | $130,783,500 | $608,295 | $546 |
| 15 | Monterey Station<br>180 E Monterey Ave | ★★★★ | 2014 | 349 | 3.7% | 12/9/2021 | $130,000,000 | $372,492 | $316 |
| 16 | Jefferson SoLA<br>10930 Garfield Ave | ★★★★ | 2021 | 244 | 49.2% | 5/23/2022 | $130,000,000 | $532,786 | $520 |
| 17 | The Enclave<br>13801-13829 Paramount Blvd | ★★★★ | 1991 | 306 | 7.8% | 2/3/2022 | $128,500,000 | $419,934 | $357 |
| 18 | Oceano at Warner Center<br>6355 De Soto Ave | ★★★★★ | 2012 | 244 | 10.3% | 5/23/2022 | $113,700,000 | $465,983 | $455 |
| 19 | Santo Tomas Apartments<br>4318 Santo Tomas Dr | ★★ | 1948 | 343 | 0% | 8/12/2022 | $112,795,217 | $328,849 | $379 |
| 20 | SB Tower<br>600 S Spring St | ★★★ | 1959 | 263 | 6.8% | 4/8/2022 | $111,814,000 | $425,148 | $323 |

# Submarkets

**LOS ANGELES SUBMARKETS**



# Submarkets

Los Angeles Multi-Family

## SUBMARKET INVENTORY

| No. | Submarket | Inventory | | | | 12 Month Deliveries | | | | Under Construction | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bldgs | Units | % Market | Rank | Bldgs | Units | Percent | Rank | Bldgs | Units | Percent | Rank |
| 1 | Antelope Valley | 260 | 9,777 | 1.0% | 31 | 1 | 172 | 1.8% | 15 | 0 | 0 | 0% | - |
| 2 | Beach Communities | 907 | 12,632 | 1.3% | 29 | 0 | 0 | 0% | - | 1 | 115 | 0.9% | 27 |
| 3 | Beverly Hills/Century City... | 2,779 | 41,037 | 4.1% | 9 | 4 | 466 | 1.1% | 11 | 15 | 1,070 | 2.6% | 11 |
| 4 | Burbank | 1,073 | 15,156 | 1.5% | 26 | 1 | 5 | 0% | 26 | 3 | 944 | 6.2% | 14 |
| 5 | Central San Fernando Vly | 270 | 8,744 | 0.9% | 32 | 0 | 0 | 0% | - | 0 | 0 | 0% | - |
| 6 | Downtown Los Angeles | 430 | 35,838 | 3.6% | 13 | 4 | 547 | 1.5% | 7 | 20 | 4,313 | 12.0% | 1 |
| 7 | East Hollywood | 2,453 | 34,311 | 3.4% | 14 | 12 | 486 | 1.4% | 9 | 20 | 1,017 | 3.0% | 13 |
| 8 | Glendale | 2,715 | 35,948 | 3.6% | 12 | 1 | 5 | 0% | 26 | 4 | 290 | 0.8% | 21 |
| 9 | Greater Culver City | 2,286 | 40,683 | 4.1% | 10 | 11 | 474 | 1.2% | 10 | 20 | 1,202 | 3.0% | 7 |
| 10 | Greater Inglewood | 4,275 | 52,170 | 5.2% | 5 | 13 | 1,355 | 2.6% | 1 | 19 | 2,198 | 4.2% | 3 |
| 11 | Hollywood | 1,774 | 41,096 | 4.1% | 8 | 9 | 575 | 1.4% | 6 | 18 | 1,633 | 4.0% | 5 |
| 12 | Koreatown | 2,724 | 59,452 | 6.0% | 3 | 10 | 1,282 | 2.2% | 2 | 45 | 3,195 | 5.4% | 2 |
| 13 | Long Beach/Ports | 4,426 | 59,738 | 6.0% | 2 | 4 | 590 | 1.0% | 5 | 12 | 1,514 | 2.5% | 6 |
| 14 | Mid-Wilshire | 2,495 | 37,862 | 3.8% | 11 | 10 | 214 | 0.6% | 13 | 25 | 1,096 | 2.9% | 9 |
| 15 | North Hills/Panorama City | 541 | 15,187 | 1.5% | 25 | 2 | 34 | 0.2% | 22 | 2 | 83 | 0.5% | 29 |
| 16 | North San Fernando Valley | 195 | 5,745 | 0.6% | 35 | 0 | 0 | 0% | - | 1 | 56 | 1.0% | 30 |
| 17 | Northeast Los Angeles | 1,614 | 19,406 | 1.9% | 21 | 5 | 180 | 0.9% | 14 | 16 | 1,095 | 5.6% | 10 |
| 18 | Northridge | 317 | 12,310 | 1.2% | 30 | 0 | 0 | 0% | - | 1 | 54 | 0.4% | 31 |
| 19 | Pasadena | 1,762 | 26,724 | 2.7% | 15 | 1 | 3 | 0% | 28 | 5 | 354 | 1.3% | 20 |
| 20 | San Gabriel Valley | 3,496 | 64,179 | 6.4% | 1 | 6 | 783 | 1.2% | 4 | 14 | 1,663 | 2.6% | 4 |
| 21 | Santa Clarita Valley | 117 | 13,198 | 1.3% | 28 | 0 | 0 | 0% | - | 0 | 0 | 0% | - |
| 22 | Santa Monica | 2,140 | 25,649 | 2.6% | 17 | 3 | 272 | 1.1% | 12 | 12 | 672 | 2.6% | 17 |
| 23 | Sherman Oaks | 787 | 15,274 | 1.5% | 23 | 2 | 9 | 0.1% | 25 | 4 | 104 | 0.7% | 28 |
| 24 | South Bay | 2,509 | 48,668 | 4.9% | 7 | 3 | 52 | 0.1% | 19 | 6 | 751 | 1.5% | 16 |
| 25 | South Los Angeles | 1,428 | 25,900 | 2.6% | 16 | 0 | 0 | 0% | - | 2 | 179 | 0.7% | 24 |
| 26 | Southeast Los Angeles | 4,462 | 58,358 | 5.9% | 4 | 6 | 509 | 0.9% | 8 | 6 | 215 | 0.4% | 22 |
| 27 | Studio City/N Hollywood | 3,132 | 51,890 | 5.2% | 6 | 12 | 949 | 1.8% | 3 | 26 | 1,045 | 2.0% | 12 |
| 28 | Sun Valley | 403 | 8,610 | 0.9% | 33 | 2 | 29 | 0.3% | 24 | 5 | 125 | 1.5% | 26 |
| 29 | Tarzana | 160 | 6,849 | 0.7% | 34 | 0 | 0 | 0% | - | 1 | 16 | 0.2% | 32 |
| 30 | Van Nuys | 1,177 | 23,077 | 2.3% | 18 | 6 | 124 | 0.5% | 16 | 6 | 184 | 0.8% | 23 |
| 31 | Venice Beach | 592 | 21,019 | 2.1% | 20 | 0 | 34 | 0.2% | 22 | 4 | 355 | 1.7% | 19 |
| 32 | West County | 58 | 2,527 | 0.3% | 36 | 1 | 78 | 3.1% | 18 | 0 | 0 | 0% | - |
| 33 | West Hollywood | 974 | 15,233 | 1.5% | 24 | 2 | 44 | 0.3% | 20 | 10 | 173 | 1.1% | 25 |
| 34 | West San Fernando Valley | 403 | 14,571 | 1.5% | 27 | 2 | 39 | 0.3% | 21 | 2 | 376 | 2.6% | 18 |
| 35 | Westlake | 998 | 22,276 | 2.2% | 19 | (1) | 0 | 0% | - | 17 | 1,126 | 5.1% | 8 |
| 36 | Woodland Hills | 231 | 15,960 | 1.6% | 22 | 1 | 115 | 0.7% | 17 | 4 | 790 | 4.9% | 15 |

© 2022    · Tobin Real Estate Advisors

# Submarkets

Los Angeles Multi-Family

## SUBMARKET RENT

| No. | Market | Asking Rents | | | | Effective Rents | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Per Unit | Per SF | Rank | Yr. Growth | Per Unit | Per SF | Rank | Yr. Growth | Concession | Rank |
| 1 | Antelope Valley | $1,665 | $2 | 35 | 5.6% | $1,655 | $1.99 | 35 | 5.2% | 0.6% | 8 |
| 2 | Beach Communities | $2,569 | $2.98 | 12 | 5.8% | $2,560 | $2.97 | 12 | 5.7% | 0.4% | 29 |
| 3 | Beverly Hills/Century City... | $3,258 | $3.70 | 3 | 4.7% | $3,236 | $3.68 | 3 | 4.9% | 0.7% | 6 |
| 4 | Burbank | $2,387 | $3 | 11 | 7.9% | $2,377 | $2.98 | 11 | 7.8% | 0.4% | 20 |
| 5 | Central San Fernando Vly | $1,959 | $2.44 | 24 | 4.4% | $1,952 | $2.43 | 24 | 5.3% | 0.4% | 33 |
| 6 | Downtown Los Angeles | $2,800 | $3.40 | 5 | 4.0% | $2,770 | $3.36 | 6 | 5.6% | 1.1% | 3 |
| 7 | East Hollywood | $1,741 | $2.66 | 16 | 3.4% | $1,728 | $2.64 | 16 | 3.1% | 0.7% | 5 |
| 8 | Glendale | $2,207 | $2.73 | 15 | 5.7% | $2,198 | $2.72 | 15 | 5.8% | 0.4% | 25 |
| 9 | Greater Culver City | $2,765 | $3.40 | 4 | 7.9% | $2,751 | $3.38 | 4 | 8.0% | 0.5% | 13 |
| 10 | Greater Inglewood | $1,641 | $2.41 | 27 | 3.1% | $1,621 | $2.37 | 27 | 2.4% | 1.2% | 2 |
| 11 | Hollywood | $2,357 | $3.20 | 8 | 4.0% | $2,344 | $3.18 | 8 | 5.2% | 0.6% | 10 |
| 12 | Koreatown | $1,862 | $2.81 | 14 | 4.7% | $1,848 | $2.79 | 14 | 4.8% | 0.8% | 4 |
| 13 | Long Beach/Ports | $1,801 | $2.58 | 20 | 5.9% | $1,790 | $2.56 | 20 | 6.2% | 0.6% | 9 |
| 14 | Mid-Wilshire | $2,637 | $3.15 | 9 | 7.2% | $2,624 | $3.14 | 9 | 7.4% | 0.5% | 14 |
| 15 | North Hills/Panorama City | $1,576 | $1.97 | 36 | 3.5% | $1,571 | $1.97 | 36 | 3.5% | 0.3% | 36 |
| 16 | North San Fernando Valley | $2,015 | $2.43 | 25 | 3.7% | $2,007 | $2.42 | 25 | 3.7% | 0.4% | 24 |
| 17 | Northeast Los Angeles | $1,718 | $2.59 | 19 | 2.5% | $1,708 | $2.58 | 19 | 2.5% | 0.5% | 12 |
| 18 | Northridge | $2,101 | $2.54 | 21 | 6.1% | $2,092 | $2.53 | 21 | 6.5% | 0.4% | 26 |
| 19 | Pasadena | $2,336 | $2.86 | 13 | 6.2% | $2,325 | $2.85 | 13 | 6.2% | 0.5% | 16 |
| 20 | San Gabriel Valley | $1,874 | $2.31 | 31 | 5.6% | $1,866 | $2.29 | 31 | 5.5% | 0.5% | 17 |
| 21 | Santa Clarita Valley | $2,483 | $2.64 | 17 | 4.8% | $2,474 | $2.63 | 17 | 4.9% | 0.4% | 27 |
| 22 | Santa Monica | $3,344 | $4.58 | 1 | 7.4% | $3,299 | $4.52 | 1 | 7.7% | 1.3% | 1 |
| 23 | Sherman Oaks | $2,236 | $2.51 | 22 | 4.9% | $2,226 | $2.50 | 22 | 5.1% | 0.4% | 23 |
| 24 | South Bay | $1,847 | $2.41 | 26 | 5.7% | $1,840 | $2.40 | 26 | 6.2% | 0.4% | 30 |
| 25 | South Los Angeles | $1,828 | $2.33 | 29 | 5.7% | $1,821 | $2.32 | 29 | 5.6% | 0.4% | 32 |
| 26 | Southeast Los Angeles | $1,611 | $2.22 | 33 | 7.0% | $1,604 | $2.20 | 33 | 6.9% | 0.5% | 18 |
| 27 | Studio City/N Hollywood | $2,153 | $2.63 | 18 | 5.9% | $2,140 | $2.62 | 18 | 5.9% | 0.6% | 7 |
| 28 | Sun Valley | $1,614 | $2.17 | 34 | 3.4% | $1,608 | $2.16 | 34 | 3.5% | 0.4% | 31 |
| 29 | Tarzana | $2,028 | $2.36 | 28 | 6.7% | $2,021 | $2.35 | 28 | 6.7% | 0.4% | 35 |
| 30 | Van Nuys | $1,682 | $2.24 | 32 | 4.2% | $1,676 | $2.24 | 32 | 4.2% | 0.4% | 28 |
| 31 | Venice Beach | $3,465 | $3.89 | 2 | 9.4% | $3,448 | $3.87 | 2 | 9.7% | 0.5% | 15 |
| 32 | West County | $3,237 | $3.39 | 6 | 4.2% | $3,224 | $3.37 | 5 | 4.1% | 0.4% | 22 |
| 33 | West Hollywood | $2,692 | $3.35 | 7 | 5.0% | $2,679 | $3.33 | 7 | 5.1% | 0.5% | 19 |
| 34 | West San Fernando Valley | $1,867 | $2.31 | 30 | 5.4% | $1,861 | $2.30 | 30 | 5.6% | 0.4% | 34 |
| 35 | Westlake | $1,477 | $2.47 | 23 | 2.9% | $1,470 | $2.46 | 23 | 3.1% | 0.4% | 21 |
| 36 | Woodland Hills | $2,665 | $3.03 | 10 | 9.5% | $2,651 | $3.01 | 10 | 10.7% | 0.6% | 11 |

© 2022

Tobin Real Estate Advisors

# Submarkets

**Los Angeles Multi-Family**

## SUBMARKET VACANCY & ABSORPTION

| No. | Submarket | Units | Vacancy Percent | Rank | Units | 12 Month Absorption % of Inv | Rank | Construc. Ratio |
|---|---|---|---|---|---|---|---|---|
| 1 | Antelope Valley | 448 | 4.6% | 32 | (13) | -0.1% | 36 | - |
| 2 | Beach Communities | 311 | 2.5% | 15 | 122 | 1.0% | 28 | - |
| 3 | Beverly Hills/Century City... | 2,424 | 5.9% | 34 | 995 | 2.4% | 5 | 0.4 |
| 4 | Burbank | 400 | 2.6% | 16 | 49 | 0.3% | 31 | 0.1 |
| 5 | Central San Fernando Vly | 138 | 1.6% | 3 | 167 | 1.9% | 24 | - |
| 6 | Downtown Los Angeles | 2,397 | 6.7% | 35 | 539 | 1.5% | 10 | 1.0 |
| 7 | East Hollywood | 1,539 | 4.5% | 31 | 559 | 1.6% | 9 | 0.8 |
| 8 | Glendale | 838 | 2.3% | 12 | 183 | 0.5% | 23 | 0 |
| 9 | Greater Culver City | 1,707 | 4.2% | 29 | 694 | 1.7% | 6 | 0.7 |
| 10 | Greater Inglewood | 2,125 | 4.1% | 28 | 1,386 | 2.7% | 3 | 1.0 |
| 11 | Hollywood | 2,083 | 5.1% | 33 | 1,417 | 3.4% | 2 | 0.4 |
| 12 | Koreatown | 2,233 | 3.8% | 26 | 2,076 | 3.5% | 1 | 0.5 |
| 13 | Long Beach/Ports | 2,008 | 3.4% | 22 | 587 | 1.0% | 8 | 1.0 |
| 14 | Mid-Wilshire | 1,468 | 3.9% | 27 | 637 | 1.7% | 7 | 0.3 |
| 15 | North Hills/Panorama City | 192 | 1.3% | 1 | 142 | 0.9% | 26 | 0.2 |
| 16 | North San Fernando Valley | 123 | 2.1% | 11 | 14 | 0.2% | 35 | - |
| 17 | Northeast Los Angeles | 677 | 3.5% | 23 | 295 | 1.5% | 17 | 0.5 |
| 18 | Northridge | 363 | 2.9% | 19 | 293 | 2.4% | 18 | - |
| 19 | Pasadena | 631 | 2.4% | 13 | 336 | 1.3% | 15 | - |
| 20 | San Gabriel Valley | 1,520 | 2.4% | 14 | 537 | 0.8% | 11 | 1.4 |
| 21 | Santa Clarita Valley | 374 | 2.8% | 17 | 72 | 0.5% | 30 | - |
| 22 | Santa Monica | 1,891 | 7.4% | 36 | 164 | 0.6% | 25 | 1.6 |
| 23 | Sherman Oaks | 448 | 2.9% | 18 | 270 | 1.8% | 19 | 0 |
| 24 | South Bay | 925 | 1.9% | 8 | 381 | 0.8% | 14 | 0.1 |
| 25 | South Los Angeles | 458 | 1.8% | 6 | 31 | 0.1% | 32 | - |
| 26 | Southeast Los Angeles | 1,073 | 1.8% | 7 | 457 | 0.8% | 13 | 1.1 |
| 27 | Studio City/N Hollywood | 1,625 | 3.1% | 21 | 1,090 | 2.1% | 4 | 0.9 |
| 28 | Sun Valley | 183 | 2.1% | 10 | 18 | 0.2% | 34 | 0.5 |
| 29 | Tarzana | 115 | 1.7% | 4 | 30 | 0.4% | 33 | - |
| 30 | Van Nuys | 477 | 2.1% | 9 | 239 | 1.0% | 20 | 0.5 |
| 31 | Venice Beach | 775 | 3.7% | 25 | 299 | 1.4% | 16 | - |
| 32 | West County | 36 | 1.4% | 2 | 73 | 2.9% | 29 | 1.1 |
| 33 | West Hollywood | 463 | 3.0% | 20 | 198 | 1.3% | 22 | 0.2 |
| 34 | West San Fernando Valley | 258 | 1.8% | 5 | 126 | 0.9% | 27 | 0.3 |
| 35 | Westlake | 781 | 3.5% | 24 | 223 | 1.0% | 21 | - |
| 36 | Woodland Hills | 693 | 4.3% | 30 | 518 | 3.2% | 12 | - |



Multi-Family Submarket Report

# Southeast Los Angeles

Los Angeles - CA

**PREPARED BY**

Pat Tobin

# Overview

| 12 Mo. Delivered Units | 12 Mo. Absorption Units | Vacancy Rate | 12 Mo. Asking Rent Growth |
|:---:|:---:|:---:|:---:|
| **508** | **460** | **1.8%** | **6.1%** |

The Southeast Los Angeles Submarket presently has one of the lowest vacancy rates among submarkets in the L.A. metro. Occupancies have held up much better in locations in L.A. County that provide affordability and have also experienced modest construction pipelines. With among the lowest rents in Greater Los Angeles, the submarket has benefited from tenant demand for its ample inventory of cheap apartments. Asking rate gains in the submarket in recent years have notably outpaced the metro average.

Construction levels are typically very modest in the submarket, and current development levels as a percent of existing inventory are well below metrowide averages. However, the submarket saw the largest completion in decades with the delivery of the 244-unit Jefferson SoLA in South Gate at the end of 2021.

Looking at capital markets, the submarket offers some of the cheapest communities on absolute and per-unit bases. Recent sales activity demonstrates continued interest in assets in the area.

## KEY INDICATORS

| Current Quarter | Units | Vacancy Rate | Asking Rent | Effective Rent | Absorption Units | Delivered Units | Under Constr Units |
|---|---|---|---|---|---|---|---|
| 4 & 5 Star | 745 | 12.5% | $2,587 | $2,524 | 40 | 0 | 150 |
| 3 Star | 8,940 | 2.5% | $1,990 | $1,979 | 34 | 0 | 65 |
| 1 & 2 Star | 48,673 | 1.6% | $1,494 | $1,489 | 1 | 0 | 0 |
| Submarket | 58,358 | 1.8% | $1,611 | $1,604 | 75 | 0 | 215 |

| Annual Trends | 12 Month | Historical Average | Forecast Average | Peak | When | Trough | When |
|---|---|---|---|---|---|---|---|
| Vacancy Change (YOY) | 0.1% | 3.3% | 1.7% | 4.5% | 2009 Q3 | 1.7% | 2021 Q3 |
| Absorption Units | 460 | 35 | 107 | 835 | 2022 Q1 | (574) | 2002 Q1 |
| Delivered Units | 508 | 64 | 129 | 536 | 2022 Q2 | 0 | 2017 Q3 |
| Demolished Units | 6 | 46 | 32 | 365 | 2012 Q2 | 0 | 2021 Q3 |
| Asking Rent Growth (YOY) | 6.1% | 2.7% | 3.7% | 6.7% | 2001 Q1 | -5.2% | 2009 Q4 |
| Effective Rent Growth (YOY) | 6.0% | 2.7% | 3.7% | 6.7% | 2001 Q1 | -5.2% | 2009 Q4 |
| Sales Volume | $622M | $281.1M | N/A | $618.6M | 2022 Q2 | $62.6M | 2010 Q4 |

# Vacancy

The Southeast Los Angeles Submarket has taken the past two years in relative stride. Whereas the Greater L.A. apartment market saw vacancy spike to decades-high records in 2020, vacancy didn't budge in 2020 and also declined like the Greater L.A. apartment market in 2021. With vacancy in the submarket currently 1.8%, the area is among the tightest submarkets in L.A. County and also well below the two-decade submarket average for the submarket of 4.5%.

The submarket covers a wide swath of the metro, from Downtown L.A. to the Orange County border. The I-5 and I-710 freeways that run through the heart of the submarket provide easy access to central L.A. and Orange County job hubs. Demographic realities and restrictive zoning tend to limit developer interest in most parts of the submarket. Median incomes in most portions of the submarket are below the L.A. County average, and large portions of the area are zoned for single-family residential or industrial use. But there is still a large renter pool, as over half the households rent instead of owning their homes.

**ABSORPTION, NET DELIVERIES & VACANCY**



# Vacancy

**Southeast Los Angeles Multi-Family**

### OVERALL & STABILIZED VACANCY



### VACANCY RATE



# Vacancy

**VACANCY BY BEDROOM**



Legend: Studio, 1 Bed, 2 Bed, 3 Bed

# Rent

## Southeast Los Angeles Multi-Family

Southeast Los Angeles average asking rents of $1,610/month are among the lowest seen in the Greater L.A. apartment market. Average asking rates have experienced gains of 6.2% during the past 12 months, compared to gains of 5.3% seen across the L.A. metro.

In contrast to the Greater Los Angeles apartment market, Southeast Los Angeles saw rents continue to rise during 2020. Additionally, growth had outpaced the market for years. While the submarket witnessed average annual growth of 3.7% over the past five years, the metro trailed that pace, with average annual gains of 2.9%. This outperformance in the submarket has also occurred in other more affordable locations in the L.A. metro and/or areas that have seen more measured supply pipelines.

**DAILY ASKING RENT PER SF**



■ Southeast Los Angeles

# Rent



**Southeast Los Angeles Multi-Family**

## MARKET RENT PER UNIT & RENT GROWTH



## MARKET RENT PER UNIT BY BEDROOM



© 2022          **Tobin Real Estate Advisors**

# Construction

## Southeast Los Angeles Multi-Family

The Southeast Los Angeles Submarket saw the largest new market-rate apartment community since the 1970s when Jefferson SoLA in South Gate delivered in November 2021. Texas-based developer JPI developed the 244-unit community. In late 2021, Alivia Apartments, a 128-unit community in Whittier, also delivered.

There are presently 220 units under construction, equating to only 0.4% of existing inventory in the submarket. This percentage is below the L.A. metro average of 2.8%. The largest market-rate project is Barranca in Lincoln Heights. The 100-unit property will deliver in the coming months. In Whitter, Shopoff Realty Investments is wrapping up work on Cierra Apartments, a 60-unit property that will also complete later this year.

Southeast L.A. has over 58,000 market-rate units, more than 80% of which are in 1 & 2 Star properties. There's an abundance of small complexes of fewer than 20 units. Higher-end 4 & 5 Star properties are but a sliver of the inventory in the submarket.

Multiple new housing projects have completed in Southeast Los Angeles in recent years but were designated a low-income, affordable, or senior housing communities, meaning they are not included in CoStar's statistics for market-rate communities. One notable example is the Jordan Downs public housing project that is undergoing redevelopment and is expected to add more than 700 new affordable units to the submarket. The Metropolitan Transit Authority has proposed a number of mixed-use projects centered around the Gold Line metro stations, but these are also expected to be rent-controlled.

**DELIVERIES & DEMOLITIONS**



# Construction

## Southeast Los Angeles Multi-Family

| All-Time Annual Avg. Units | Delivered Units Past 8 Qtrs | Delivered Units Next 8 Qtrs | Proposed Units Next 8 Qtrs |
|---|---|---|---|
| **64** | **593** | **215** | **1,353** |

**PAST 8 QUARTERS DELIVERIES, UNDER CONSTRUCTION, & PROPOSED**



● Proposed Next 8 Quarters    ● Completed Past 8 Quarters    ● Under Construction

**PAST & FUTURE DELIVERIES IN UNITS**



■ Historical Deliveries    ■ Completed Past 8 Quarters    ■ Underway Now    ■ Proposed    ---- All-Time Average

# Construction

### RECENT DELIVERIES

| | Property Name/Address | Rating | Units | Stories | Start | Complete | Developer/Owner |
|---|---|---|---|---|---|---|---|
| 1 | **Whittier Park Place** 14660 Whittier Blvd | ★★★☆☆ | 50 | 3 | Sep 2017 | Jun 2022 | - Danny Rojani |
| 2 | **4302 Elizabeth St** | ★★★☆☆ | 48 | 2 | Dec 2019 | Mar 2022 | - AQP Property Management, Inc. |
| 3 | **4704 Florence Ave** | ★★☆☆☆ | 14 | 3 | Dec 2020 | Jan 2022 | - Jose Gonzalez |
| 4 | **1612 Pleasant Ave** | ★★★☆☆ | 18 | 3 | Mar 2020 | Dec 2021 | D T Construction D T Construction |
| 5 | **Alivia Apartments** 11201 Carmenita Rd | ★★★☆☆ | 128 | 3 | Oct 2020 | Dec 2021 | - Mercedes A Diaz |
| 6 | **Jefferson SoLA** 10930 Garfield Ave | ★★★★★ | 244 | 4 | Jun 2019 | Nov 2021 | JPI/TDI Standard Companies |
| 7 | **The Charlie La Mirada** 11628 La Mirada Blvd | ★★★★☆ | 28 | 2 | Jun 2020 | Jul 2021 | - La Mirada Investors Llc |
| 8 | **4254 Elizabeth St** | ★★★☆☆ | 6 | 2 | Jun 2020 | Jul 2021 | - AQP Capital |
| 9 | **308 N Lorena St** | ★☆☆☆☆ | 6 | 2 | Aug 2019 | Jun 2021 | - Post Investment Group |
| 10 | **731-733 S Boyle Ave** | ★★★★☆ | 5 | 3 | Apr 2021 | Apr 2021 | Toledo Capital Development, LLC Toledo Capital Development, LLC |
| 11 | **1029 S Montebello Blvd** | ★☆☆☆☆ | 15 | 3 | Mar 2020 | Apr 2021 | - Ocotillo Oasis LLC |
| 12 | **Bella Rosa** 8248 Orange Pl | ★★★☆☆ | 21 | 2 | May 2018 | Jan 2021 | - D.R. Horton, Inc. |
| 13 | **1002 E 33rd St** | ★★★★☆ | 5 | 3 | Mar 2020 | Jan 2021 | - Joseph Eshagian |
| 14 | **4506 Esmeralda St** | ★★★☆☆ | 5 | 3 | Mar 2020 | Jan 2021 | - Kevon Kevonian |

### UNDER CONSTRUCTION

| | Property Name/Address | Rating | Units | Stories | Start | Complete | Developer/Owner |
|---|---|---|---|---|---|---|---|
| 1 | **Barranca** 2020 Barranca St | ★★★★☆ | 100 | 5 | Jun 2020 | Oct 2022 | 4Site Real Estate Brett Goldstone |
| 2 | **Cierra Apartments** 8016 Santa Fe Springs Rd | ★★★☆☆ | 60 | 3 | Jan 2021 | Oct 2022 | - Shopoff Realty Investments L.P. |
| 3 | **Leffingwell Apartment C...** 13865-13869 Leffingwell Rd | ★★★★☆ | 24 | 3 | Mar 2022 | Jun 2023 | - NRI Group |
| 4 | **1619 Firestone Blvd** | ★★★★☆ | 20 | 4 | Jun 2021 | Feb 2023 | CRATE Makan Mostafavi |
| 5 | **5111 Elizabeth St** | ★★★★☆ | 6 | 2 | Aug 2021 | Oct 2022 | - Family Flips Construction |
| 6 | **5353 Oakland St** | ★★★☆☆ | 5 | 3 | Jun 2021 | Oct 2022 | - Abe Oheb |

# Construction

**Southeast Los Angeles Multi-Family**

## PROPOSED

| | Property Name/Address | Rating | Units | Stories | Start | Complete | Developer/Owner |
|---|---|---|---|---|---|---|---|
| 1 | **Modelo**<br>7316 E Gage Ave | ★★★★☆ | 850 | 5 | Nov 2022 | Jan 2024 | Comstock Realty Partners<br>City of Commerce |
| 2 | **4020 Compton Ave** | ★★★★☆ | 127 | - | Oct 2022 | Sep 2023 | Thomas Safran & Associates<br>Thomas Safran & Associates |
| 3 | **4851 S Alameda St** | ★★★★☆ | 118 | 3 | Oct 2022 | Oct 2023 | -<br>ETO Doors |
| 4 | **4643–4653 E 3rd St** | ★★★★☆ | 76 | - | Sep 2022 | Sep 2024 | National Community Renaissance<br>National Community Renaissance |
| 5 | **Los Lirios**<br>111-121 S Soto St | ★★★★☆ | 64 | 5 | Oct 2022 | Nov 2023 | East LA Community Corporation<br>County of Los Angeles |
| 6 | **1st & Boyle**<br>100 S Boyle | ★★★★☆ | 44 | 5 | Oct 2022 | Feb 2023 | Community Redevelopment Agen…<br>City of Los Angeles |
| 7 | **1550 E Pleasant Ave** | ★★★☆☆ | 34 | 2 | Oct 2022 | Oct 2023 | Andrew William Raitt |
| 8 | **1817 N Sichel St** | ★★★★☆ | 18 | - | Sep 2022 | Aug 2023 | Amichay Dejman<br>Ben Shaool |
| 9 | **2432 E Cincinnati St** | ★★★★☆ | 16 | 2 | Sep 2022 | Sep 2023 | Dayan Investments<br>Daryoush Dayan |
| 10 | **7224 Florence Ave** | ★★★☆☆ | 6 | 3 | Jan 2023 | May 2024 | Michael Chang & Eric Grismen |

**Sales**

Apartment market pricing per unit in Southeast Los Angeles, $300,000/unit, is 30% below the L.A. metro average, driven by the area's lower rents, asset quality, and demographics. Average cap rates, 4.3%, are above the metro average. Investment activity in the submarket during the past 12 months on a dollar basis, $609 million, was strong.

Small-scale, private investors dominate transaction volumes given the prevalence of lower-quality, smaller properties in the submarket. Most deal activity here involves private buyers trading smaller 1 & 2 Star assets. Of the roughly 180 deals closed in the submarket in the past 12 months, 160 of them involved 1 & 2 Star properties.

Looking at recent notable sales, in May 2022, Standard Companies purchased Jefferson SoLa from developer

JPI for $130 million ($533,000/unit). The 244-unit community is one of the newest in the area, having completed in late 2021, a key factor driving the elevated pricing achieved. The sale is the largest multifamily transaction on a dollar basis in the submarket's history by a long shot: The previous largest market-rate property transaction was in early 2019, when Miro Apartments in Santa Fe Springs traded in a portfolio sale with an allocated pricing of $56.8 million ($378,000/unit). The property was still in lease-up mode, with occupancy around 50% at the time of sale.

In July 2022, Sirott Investments acquired the 45-unit Colima Villa Apartments in Whittier from Four Point Investment Company for $13 million ($289,000/unit). Four Point purchased the community in January 2019 for $11.5 million ($256,000/unit).

**SALES VOLUME & MARKET SALE PRICE PER UNIT**



# Sales

**Southeast Los Angeles Multi-Family**

**MARKET CAP RATE**



© 2022    Tobin Real Estate Advisors

TOBIN REAL ESTATE ADVISORS, INC.

# Sales Past 12 Months

**Southeast Los Angeles Multi-Family**

| Sale Comparables | Avg. Price/Unit (thous.) | Average Price (mil.) | Average Vacancy at Sale |
|:---:|:---:|:---:|:---:|
| **185** | **$283** | **$3.4** | **7.5%** |

### SALE COMPARABLE LOCATIONS



◆ Sale Comparables

### SALE COMPARABLES SUMMARY STATISTICS

| Sales Attributes | Low | Average | Median | High |
|---|---|---|---|---|
| Sale Price | $685,000 | $3,369,365 | $1,700,000 | $130,000,000 |
| Price/Unit | $70,000 | $282,818 | $226,666 | $606,666 |
| Cap Rate | 1.6% | 4.5% | 4.4% | 7.9% |
| Vacancy Rate At Sale | 0% | 7.5% | 0% | 49.2% |
| Time Since Sale in Months | 0.1 | 6.6 | 6.6 | 12.0 |
| **Property Attributes** | **Low** | **Average** | **Median** | **High** |
| Property Size in Units | 5 | 11 | 7 | 244 |
| Number of Floors | 1 | 1 | 2 | 4 |
| Average Unit SF | 199 | 764 | 698 | 3,144 |
| Year Built | 1895 | 1951 | 1956 | 2021 |
| Star Rating | ★★★★★ | ★★★★★ 2.1 | ★★★★★ | ★★★★★ |

# Sales Past 12 Months

**Southeast Los Angeles Multi-Family**

## RECENT SIGNIFICANT SALES

| | Property Name/Address | Property Information | | | | Sale Information | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Rating | Yr Built | Units | Vacancy | Sale Date | Price | Price/Unit | Price/SF |
| 1 | Jefferson SoLA<br>10930 Garfield Ave | ★★★★☆ | 2021 | 244 | 49.2% | 5/23/2022 | $130,000,000 | $532,786 | $520 |
| 2 | NorthView Terrace<br>821 N Wilcox Ave | ★★☆☆☆ | 1971 | 103 | 0% | 3/17/2022 | $30,900,000 | $300,000 | $358 |
| 3 | Mulberry Terrace<br>14829 Mulberry Dr | ★★☆☆☆ | 1986 | 64 | 0% | 12/17/2021 | $17,750,000 | $277,343 | $340 |
| 4 | Town & Country<br>11635 Downey Ave | ★★☆☆☆ | 1960 | 62 | 0% | 7/21/2022 | $17,500,000 | $282,258 | $467 |
| 5 | Colima Villa Apartments<br>11442 Colima Rd | ★★☆☆☆ | 1965 | 45 | 2.2% | 7/14/2022 | $13,000,000 | $288,888 | $333 |
| 6 | Elm Vista Apartments<br>9312-9330 Elm Vista Dr | ★★☆☆☆ | 1960 | 28 | 3.6% | 4/15/2022 | $12,200,000 | $435,714 | $503 |
| 7 | Monte Vista Home Apartments<br>11510 Colima Rd | ★★☆☆☆ | 1964 | 41 | 0% | 1/5/2022 | $11,379,592 | $277,551 | $360 |
| 8 | Saturn Apartments<br>12417 Benedict Ave | ★★★☆☆ | 1963 | 28 | 3.6% | 1/27/2022 | $9,470,000 | $338,214 | $412 |
| 9 | 1029 S Montebello Blvd | ★☆☆☆☆ | 2021 | 15 | 26.7% | 12/17/2021 | $9,100,000 | $606,666 | $347 |
| 10 | 7943-7957 Garfield Ave | ★★★☆☆ | 1989 | 16 | 0% | 5/4/2022 | $7,025,000 | $439,062 | $322 |
| 11 | Sabre Apartments<br>12110 Downey Ave | ★★★☆☆ | 1960 | 22 | 9.1% | 1/24/2022 | $6,950,000 | $315,909 | $512 |
| 12 | El Dorado Apartments<br>11736 Gurley Ave | ★★☆☆☆ | 1957 | 26 | 0% | 4/23/2022 | $5,950,000 | $228,846 | $509 |
| 13 | Maywood Apartment<br>5307-5311 Maywood Ave | ★★☆☆☆ | 1923 | 22 | 4.6% | 5/20/2022 | $5,713,889 | $259,722 | $281 |
| 14 | 7348 Florence Ave | ★★☆☆☆ | 1960 | 20 | 5.0% | 9/23/2021 | $5,705,000 | $285,250 | $366 |
| 15 | 5453 Norwalk Blvd | ★★☆☆☆ | 1970 | 17 | 0% | 6/17/2022 | $5,400,000 | $317,647 | $286 |
| 16 | 5143-5147 Clara St | ★★☆☆☆ | 1962 | 16 | 0% | 7/27/2022 | $5,250,000 | $328,125 | $345 |
| 17 | 5223-5229 Santa Ana St | ★★☆☆☆ | 1963 | 16 | 0% | 7/27/2022 | $5,250,000 | $328,125 | $350 |
| 18 | 7745 Florence Ave | ★★☆☆☆ | 1959 | 18 | 0% | 9/14/2021 | $5,175,000 | $287,500 | $308 |
| 19 | Neptune<br>13637 Ruther Ave | ★★☆☆☆ | 1962 | 20 | 0% | 2/25/2022 | $4,900,000 | $245,000 | $445 |
| 20 | 6330 Newlin Ave | ★★☆☆☆ | 1963 | 14 | 0% | 5/25/2022 | $4,900,000 | $350,000 | $368 |

# Appendix

**Southeast Los Angeles Multi-Family**

## OVERALL SUPPLY & DEMAND

| | Inventory | | | Absorption | | |
|------|-------|--------|----------|-------|----------|--------------------|
| Year | Units | Growth | % Growth | Units | % of Inv | Construction Ratio |
| 2026 | 58,660 | 111 | 0.2% | 37 | 0.1% | 3.0 |
| 2025 | 58,549 | 51 | 0.1% | (11) | 0% | - |
| 2024 | 58,498 | (3) | 0% | (8) | 0% | 0.4 |
| 2023 | 58,501 | 90 | 0.2% | 168 | 0.3% | 0.5 |
| 2022 | 58,411 | 165 | 0.3% | 418 | 0.7% | 0.4 |
| YTD | 58,358 | 112 | 0.2% | 298 | 0.5% | 0.4 |
| 2021 | 58,246 | 475 | 0.8% | 798 | 1.4% | 0.6 |
| 2020 | 57,771 | 13 | 0% | 164 | 0.3% | 0.1 |
| 2019 | 57,758 | 75 | 0.1% | (47) | -0.1% | - |
| 2018 | 57,683 | 110 | 0.2% | (23) | 0% | - |
| 2017 | 57,573 | (60) | -0.1% | (4) | 0% | 15.0 |
| 2016 | 57,633 | 6 | 0% | 44 | 0.1% | 0.1 |
| 2015 | 57,627 | 40 | 0.1% | 321 | 0.6% | 0.1 |
| 2014 | 57,587 | 19 | 0% | 130 | 0.2% | 0.1 |
| 2013 | 57,568 | (204) | -0.4% | (30) | -0.1% | 6.8 |
| 2012 | 57,772 | (263) | -0.5% | 16 | 0% | - |
| 2011 | 58,035 | (99) | -0.2% | (86) | -0.1% | 1.2 |
| 2010 | 58,134 | (140) | -0.2% | 19 | 0% | - |

## 4 & 5 STAR SUPPLY & DEMAND

| | Inventory | | | Absorption | | |
|------|-------|--------|----------|-------|----------|--------------------|
| Year | Units | Growth | % Growth | Units | % of Inv | Construction Ratio |
| 2026 | 1,136 | 149 | 15.1% | 120 | 10.6% | 1.2 |
| 2025 | 987 | 89 | 9.9% | 62 | 6.3% | 1.4 |
| 2024 | 898 | 29 | 3.3% | 52 | 5.8% | 0.6 |
| 2023 | 869 | 124 | 16.6% | 84 | 9.7% | 1.5 |
| 2022 | 745 | 0 | 0% | 193 | 25.9% | 0 |
| YTD | 745 | 0 | 0% | 117 | 15.7% | 0 |
| 2021 | 745 | 282 | 60.9% | 88 | 11.8% | 3.2 |
| 2020 | 463 | 0 | 0% | (7) | -1.5% | 0 |
| 2019 | 463 | 76 | 19.6% | 83 | 17.9% | 0.9 |
| 2018 | 387 | 81 | 26.5% | 77 | 19.9% | 1.1 |
| 2017 | 306 | 0 | 0% | 6 | 2.0% | 0 |
| 2016 | 306 | 0 | 0% | 5 | 1.6% | 0 |
| 2015 | 306 | 150 | 96.2% | 134 | 43.8% | 1.1 |
| 2014 | 156 | 0 | 0% | 0 | 0% | - |
| 2013 | 156 | 0 | 0% | 0 | 0% | - |
| 2012 | 156 | 0 | 0% | 0 | 0% | - |
| 2011 | 156 | 0 | 0% | 0 | 0% | - |
| 2010 | 156 | 0 | 0% | 0 | 0% | - |

# Appendix

**Southeast Los Angeles Multi-Family**

## 3 STAR SUPPLY & DEMAND

| Year | Units | Inventory Growth | % Growth | Absorption Units | % of Inv | Construction Ratio |
|------|-------|--------|----------|-------|----------|-------------------|
| 2026 | 9,005 | 0 | 0% | (6) | -0.1% | 0 |
| 2025 | 9,005 | 0 | 0% | (4) | 0% | 0 |
| 2024 | 9,005 | 5 | 0.1% | 5 | 0.1% | 1.0 |
| 2023 | 9,000 | 0 | 0% | 44 | 0.5% | 0 |
| 2022 | 9,000 | 158 | 1.8% | 191 | 2.1% | 0.8 |
| YTD | 8,940 | 98 | 1.1% | 135 | 1.5% | 0.7 |
| 2021 | 8,842 | 178 | 2.1% | 189 | 2.1% | 0.9 |
| 2020 | 8,664 | 13 | 0.2% | 98 | 1.1% | 0.1 |
| 2019 | 8,651 | (1) | 0% | 12 | 0.1% | - |
| 2018 | 8,652 | 29 | 0.3% | (102) | -1.2% | - |
| 2017 | 8,623 | 6 | 0.1% | 12 | 0.1% | 0.5 |
| 2016 | 8,617 | 6 | 0.1% | 23 | 0.3% | 0.3 |
| 2015 | 8,611 | (110) | -1.3% | (72) | -0.8% | 1.5 |
| 2014 | 8,721 | 0 | 0% | 5 | 0.1% | 0 |
| 2013 | 8,721 | (14) | -0.2% | 25 | 0.3% | - |
| 2012 | 8,735 | 0 | 0% | 18 | 0.2% | 0 |
| 2011 | 8,735 | 9 | 0.1% | 24 | 0.3% | 0.4 |
| 2010 | 8,726 | 0 | 0% | 18 | 0.2% | 0 |

## 1 & 2 STAR SUPPLY & DEMAND

| Year | Units | Inventory Growth | % Growth | Absorption Units | % of Inv | Construction Ratio |
|------|-------|--------|----------|-------|----------|-------------------|
| 2026 | 48,519 | (38) | -0.1% | (77) | -0.2% | 0.5 |
| 2025 | 48,557 | (38) | -0.1% | (69) | -0.1% | 0.6 |
| 2024 | 48,595 | (37) | -0.1% | (65) | -0.1% | 0.6 |
| 2023 | 48,632 | (34) | -0.1% | 40 | 0.1% | - |
| 2022 | 48,666 | 7 | 0% | 34 | 0.1% | 0.2 |
| YTD | 48,673 | 14 | 0% | 46 | 0.1% | 0.3 |
| 2021 | 48,659 | 15 | 0% | 521 | 1.1% | 0 |
| 2020 | 48,644 | 0 | 0% | 73 | 0.2% | 0 |
| 2019 | 48,644 | 0 | 0% | (142) | -0.3% | 0 |
| 2018 | 48,644 | 0 | 0% | 2 | 0% | 0 |
| 2017 | 48,644 | (66) | -0.1% | (22) | 0% | 3.0 |
| 2016 | 48,710 | 0 | 0% | 16 | 0% | 0 |
| 2015 | 48,710 | 0 | 0% | 259 | 0.5% | 0 |
| 2014 | 48,710 | 19 | 0% | 125 | 0.3% | 0.2 |
| 2013 | 48,691 | (190) | -0.4% | (55) | -0.1% | 3.5 |
| 2012 | 48,881 | (263) | -0.5% | (2) | 0% | 131.5 |
| 2011 | 49,144 | (108) | -0.2% | (110) | -0.2% | 1.0 |
| 2010 | 49,252 | (140) | -0.3% | 1 | 0% | - |

# Appendix

Southeast Los Angeles Multi-Family

## OVERALL VACANCY & RENT

| Year | Vacancy | | | Market Rent | | | | Effective Rents | |
|------|---------|---------|----------|----------|--------|----------|----------|-------|--------|
| | Units | Percent | Ppts Chg | Per Unit | Per SF | % Growth | Ppts Chg | Units | Per SF |
| 2026 | 1,072 | 1.8% | 0.1 | $1,861 | $2.58 | 2.6% | (0.3) | $1,852 | $2.57 |
| 2025 | 998 | 1.7% | 0.1 | $1,815 | $2.51 | 2.9% | (0.5) | $1,806 | $2.50 |
| 2024 | 935 | 1.6% | 0 | $1,763 | $2.44 | 3.4% | (1.2) | $1,754 | $2.43 |
| 2023 | 928 | 1.6% | (0.1) | $1,705 | $2.36 | 4.6% | (1.5) | $1,696 | $2.35 |
| 2022 | 1,005 | 1.7% | (0.4) | $1,629 | $2.26 | 6.1% | 2.3 | $1,621 | $2.25 |
| YTD | 1,073 | 1.8% | (0.3) | $1,611 | $2.22 | 6.2% | 2.4 | $1,604 | $2.20 |
| 2021 | 1,257 | 2.2% | (0.6) | $1,535 | $2.10 | 3.8% | 2.0 | $1,530 | $2.09 |
| 2020 | 1,578 | 2.7% | (0.3) | $1,479 | $2.01 | 1.8% | (1.3) | $1,473 | $2 |
| 2019 | 1,730 | 3.0% | 0.2 | $1,453 | $1.97 | 3.2% | (0.9) | $1,447 | $1.97 |
| 2018 | 1,605 | 2.8% | 0.2 | $1,409 | $1.91 | 4.0% | (0.1) | $1,400 | $1.90 |
| 2017 | 1,467 | 2.5% | (0.1) | $1,354 | $1.83 | 4.2% | (1.5) | $1,345 | $1.82 |
| 2016 | 1,523 | 2.6% | (0.1) | $1,300 | $1.76 | 5.7% | 0.7 | $1,292 | $1.75 |
| 2015 | 1,562 | 2.7% | (0.5) | $1,230 | $1.66 | 5.0% | 1.7 | $1,222 | $1.65 |
| 2014 | 1,842 | 3.2% | (0.2) | $1,172 | $1.57 | 3.3% | 0.6 | $1,162 | $1.56 |
| 2013 | 1,953 | 3.4% | (0.3) | $1,134 | $1.52 | 2.7% | 0.9 | $1,128 | $1.51 |
| 2012 | 2,128 | 3.7% | (0.5) | $1,104 | $1.48 | 1.8% | 1.0 | $1,098 | $1.47 |
| 2011 | 2,407 | 4.1% | 0 | $1,085 | $1.45 | 0.8% | 1.7 | $1,079 | $1.45 |
| 2010 | 2,417 | 4.2% | (0.3) | $1,076 | $1.44 | -0.9% | - | $1,070 | $1.43 |

## 4 & 5 STAR VACANCY & RENT

| Year | Vacancy | | | Market Rent | | | | Effective Rents | |
|------|---------|---------|----------|----------|--------|----------|----------|-------|--------|
| | Units | Percent | Ppts Chg | Per Unit | Per SF | % Growth | Ppts Chg | Units | Per SF |
| 2026 | 90 | 7.9% | 1.7 | $2,941 | $3.12 | 1.7% | (0.7) | $2,869 | $3.05 |
| 2025 | 61 | 6.2% | 2.4 | $2,890 | $3.07 | 2.4% | (0.8) | $2,819 | $2.99 |
| 2024 | 34 | 3.8% | (2.7) | $2,822 | $3 | 3.2% | (1.1) | $2,753 | $2.92 |
| 2023 | 56 | 6.5% | 4.3 | $2,734 | $2.90 | 4.3% | (1.5) | $2,667 | $2.83 |
| 2022 | 16 | 2.2% | (25.9) | $2,621 | $2.78 | 5.9% | (2.1) | $2,557 | $2.71 |
| YTD | 93 | 12.5% | (15.6) | $2,587 | $2.75 | 5.9% | (2.0) | $2,524 | $2.68 |
| 2021 | 209 | 28.1% | 24.6 | $2,476 | $2.63 | 7.9% | 8.0 | $2,468 | $2.62 |
| 2020 | 16 | 3.5% | 1.4 | $2,294 | $2.43 | -0.1% | (1.1) | $2,288 | $2.43 |
| 2019 | 10 | 2.1% | (1.9) | $2,296 | $2.44 | 1.0% | (1.0) | $2,291 | $2.43 |
| 2018 | 16 | 4.1% | 1.5 | $2,272 | $2.41 | 2.1% | (0.5) | $2,248 | $2.39 |
| 2017 | 8 | 2.6% | (1.9) | $2,226 | $2.36 | 2.5% | 0.8 | $2,200 | $2.33 |
| 2016 | 14 | 4.5% | (1.6) | $2,171 | $2.30 | 1.7% | 0.5 | $2,137 | $2.27 |
| 2015 | 18 | 6.0% | 4.5 | $2,135 | $2.26 | 1.2% | 1.1 | $2,112 | $2.24 |
| 2014 | 2 | 1.5% | (0.1) | $2,109 | $2.24 | 0.1% | (1.7) | $2,091 | $2.22 |
| 2013 | 2 | 1.5% | (0.3) | $2,106 | $2.24 | 1.8% | 0.1 | $2,090 | $2.22 |
| 2012 | 3 | 1.8% | 0 | $2,069 | $2.20 | 1.7% | 0.9 | $2,053 | $2.18 |
| 2011 | 3 | 1.8% | (0.1) | $2,035 | $2.16 | 0.8% | 2.7 | $2,021 | $2.14 |
| 2010 | 3 | 1.9% | (0.3) | $2,018 | $2.14 | -1.9% | - | $2,002 | $2.12 |

© 2022          · Tobin Real Estate Advisors

# Appendix

**Southeast Los Angeles Multi-Family**

## 3 STAR VACANCY & RENT

| Year | Units | Vacancy Percent | Ppts Chg | Per Unit | Per SF | % Growth | Ppts Chg | Effective Rents Units | Per SF |
|------|-------|---------|----------|----------|--------|----------|----------|-------|--------|
| 2026 | 190 | 2.1% | 0.1 | $2,290 | $2.82 | 2.6% | (0.4) | $2,277 | $2.80 |
| 2025 | 184 | 2.0% | 0 | $2,233 | $2.75 | 2.9% | (0.5) | $2,220 | $2.73 |
| 2024 | 180 | 2.0% | 0 | $2,169 | $2.67 | 3.4% | (1.2) | $2,157 | $2.65 |
| 2023 | 179 | 2.0% | (0.5) | $2,098 | $2.58 | 4.6% | (3.0) | $2,086 | $2.56 |
| 2022 | 222 | 2.5% | (0.4) | $2,006 | $2.47 | 7.5% | 2.0 | $1,994 | $2.45 |
| YTD | 219 | 2.5% | (0.4) | $1,990 | $2.41 | 7.8% | 2.3 | $1,979 | $2.40 |
| 2021 | 256 | 2.9% | (0.2) | $1,865 | $2.25 | 5.5% | 4.4 | $1,857 | $2.24 |
| 2020 | 267 | 3.1% | (1.0) | $1,767 | $2.12 | 1.2% | (2.8) | $1,758 | $2.11 |
| 2019 | 352 | 4.1% | (0.2) | $1,747 | $2.10 | 3.9% | 0 | $1,739 | $2.09 |
| 2018 | 365 | 4.2% | 1.5 | $1,681 | $2.01 | 4.0% | 0 | $1,666 | $2 |
| 2017 | 233 | 2.7% | (0.1) | $1,616 | $1.93 | 4.0% | (1.5) | $1,604 | $1.92 |
| 2016 | 239 | 2.8% | (0.2) | $1,554 | $1.86 | 5.5% | 0.4 | $1,543 | $1.84 |
| 2015 | 256 | 3.0% | (0.4) | $1,473 | $1.75 | 5.1% | 1.5 | $1,456 | $1.73 |
| 2014 | 293 | 3.4% | (0.1) | $1,401 | $1.66 | 3.6% | 0.6 | $1,390 | $1.65 |
| 2013 | 298 | 3.4% | (0.5) | $1,353 | $1.61 | 3.0% | 0.4 | $1,342 | $1.59 |
| 2012 | 338 | 3.9% | (0.2) | $1,314 | $1.56 | 2.6% | 0.6 | $1,306 | $1.55 |
| 2011 | 356 | 4.1% | (0.2) | $1,280 | $1.52 | 2.0% | 3.0 | $1,273 | $1.51 |
| 2010 | 369 | 4.2% | (0.2) | $1,255 | $1.49 | -1.0% | - | $1,248 | $1.48 |

## 1 & 2 STAR VACANCY & RENT

| Year | Units | Vacancy Percent | Ppts Chg | Per Unit | Per SF | % Growth | Ppts Chg | Effective Rents Units | Per SF |
|------|-------|---------|----------|----------|--------|----------|----------|-------|--------|
| 2026 | 792 | 1.6% | 0.1 | $1,729 | $2.48 | 2.6% | (0.3) | $1,723 | $2.47 |
| 2025 | 753 | 1.6% | 0.1 | $1,685 | $2.41 | 3.0% | (0.5) | $1,679 | $2.41 |
| 2024 | 721 | 1.5% | 0.1 | $1,636 | $2.34 | 3.4% | (1.2) | $1,630 | $2.34 |
| 2023 | 693 | 1.4% | (0.1) | $1,582 | $2.27 | 4.7% | (1.0) | $1,576 | $2.26 |
| 2022 | 766 | 1.6% | (0.1) | $1,512 | $2.17 | 5.7% | 2.6 | $1,506 | $2.16 |
| YTD | 760 | 1.6% | (0.1) | $1,494 | $2.13 | 5.8% | 2.7 | $1,489 | $2.12 |
| 2021 | 792 | 1.6% | (1.0) | $1,430 | $2.02 | 3.1% | 1.0 | $1,426 | $2.02 |
| 2020 | 1,295 | 2.7% | (0.2) | $1,388 | $1.96 | 2.1% | (0.9) | $1,382 | $1.95 |
| 2019 | 1,368 | 2.8% | 0.3 | $1,359 | $1.91 | 3.0% | (1.1) | $1,354 | $1.91 |
| 2018 | 1,224 | 2.5% | 0 | $1,319 | $1.85 | 4.2% | (0.1) | $1,313 | $1.84 |
| 2017 | 1,226 | 2.5% | (0.1) | $1,267 | $1.78 | 4.3% | (1.6) | $1,259 | $1.77 |
| 2016 | 1,270 | 2.6% | 0 | $1,214 | $1.70 | 5.9% | 0.7 | $1,209 | $1.69 |
| 2015 | 1,287 | 2.6% | (0.5) | $1,147 | $1.60 | 5.2% | 1.8 | $1,141 | $1.59 |
| 2014 | 1,547 | 3.2% | (0.2) | $1,090 | $1.51 | 3.4% | 0.7 | $1,081 | $1.50 |
| 2013 | 1,652 | 3.4% | (0.3) | $1,054 | $1.46 | 2.7% | 1.1 | $1,049 | $1.45 |
| 2012 | 1,787 | 3.7% | (0.5) | $1,027 | $1.42 | 1.6% | 1.1 | $1,021 | $1.42 |
| 2011 | 2,048 | 4.2% | 0 | $1,011 | $1.40 | 0.5% | 1.2 | $1,006 | $1.39 |
| 2010 | 2,045 | 4.2% | (0.3) | $1,006 | $1.39 | -0.8% | - | $1,001 | $1.39 |

# Appendix

## Southeast Los Angeles Multi-Family

### OVERALL SALES

| Year | Deals | Volume | Turnover | Avg Price | Avg Price/Unit | Avg Cap Rate | Price/Unit | Price Index | Cap Rate |
|------|-------|--------|----------|-----------|----------------|--------------|------------|-------------|----------|
| | | | **Completed Transactions (1)** | | | | | **Market Pricing Trends (2)** | |
| 2026 | - | - | - | - | - | - | $338,819 | 317 | 4.3% |
| 2025 | - | - | - | - | - | - | $331,433 | 310 | 4.3% |
| 2024 | - | - | - | - | - | - | $323,519 | 303 | 4.3% |
| 2023 | - | - | - | - | - | - | $312,806 | 293 | 4.3% |
| 2022 | - | - | - | - | - | - | $299,789 | 281 | 4.3% |
| YTD | 118 | $478.5M | 2.7% | $4,054,992 | $301,315 | 4.5% | $296,386 | 278 | 4.3% |
| 2021 | 172 | $367.7M | 2.8% | $2,137,661 | $228,513 | 4.5% | $282,457 | 265 | 4.3% |
| 2020 | 153 | $368.5M | 2.9% | $2,456,862 | $222,273 | 4.7% | $255,840 | 240 | 4.3% |
| 2019 | 239 | $486.2M | 4.7% | $2,559,180 | $211,687 | 4.7% | $240,947 | 226 | 4.6% |
| 2018 | 320 | $465.9M | 6.0% | $2,329,313 | $188,665 | 4.6% | $221,496 | 207 | 4.7% |
| 2017 | 355 | $380.8M | 6.4% | $1,755,033 | $163,032 | 4.7% | $204,083 | 191 | 4.9% |
| 2016 | 251 | $398M | 5.1% | $2,020,380 | $164,809 | 5.0% | $189,082 | 177 | 5.0% |
| 2015 | 267 | $410.1M | 5.6% | $2,020,006 | $153,008 | 5.2% | $174,395 | 163 | 5.2% |
| 2014 | 250 | $307.2M | 4.8% | $1,528,447 | $127,635 | 6.0% | $159,129 | 149 | 5.4% |
| 2013 | 191 | $246.2M | 3.8% | $1,538,974 | $127,583 | 6.5% | $145,200 | 136 | 5.6% |
| 2012 | 186 | $188M | 3.7% | $1,372,312 | $109,497 | 7.0% | $141,672 | 133 | 5.6% |
| 2011 | 106 | $111.4M | 2.1% | $1,375,519 | $108,700 | 7.0% | $135,518 | 127 | 5.6% |

(1) Completed transaction data is based on actual arms-length sales transactions and levels are dependent on the mix of what happened to sell in the period.
(2) Market price trends data is based on the estimated price movement of all properties in the market, informed by actual transactions that have occurred.

### 4 & 5 STAR SALES

| Year | Deals | Volume | Turnover | Avg Price | Avg Price/Unit | Avg Cap Rate | Price/Unit | Price Index | Cap Rate |
|------|-------|--------|----------|-----------|----------------|--------------|------------|-------------|----------|
| | | | **Completed Transactions (1)** | | | | | **Market Pricing Trends (2)** | |
| 2026 | - | - | - | - | - | - | $633,065 | 303 | 3.9% |
| 2025 | - | - | - | - | - | - | $621,509 | 297 | 3.9% |
| 2024 | - | - | - | - | - | - | $608,369 | 291 | 3.9% |
| 2023 | - | - | - | - | - | - | $586,970 | 282 | 3.9% |
| 2022 | - | - | - | - | - | - | $565,649 | 270 | 3.8% |
| YTD | 2 | $132.6M | 33.4% | $66,320,000 | $532,691 | 5.9% | $559,113 | 267 | 3.8% |
| 2021 | 1 | $2.2M | 0.8% | $2,225,000 | $370,833 | 3.0% | $542,631 | 259 | 3.8% |
| 2020 | - | - | - | - | - | - | $502,724 | 240 | 3.8% |
| 2019 | 2 | $59.2M | 33.5% | $29,619,750 | $382,190 | 5.1% | $475,444 | 227 | 4.0% |
| 2018 | - | - | - | - | - | - | $443,586 | 212 | 4.1% |
| 2017 | - | - | - | - | - | - | $408,091 | 195 | 4.3% |
| 2016 | 1 | $47.1M | 49.0% | $47,050,000 | $313,667 | 4.8% | $382,228 | 183 | 4.4% |
| 2015 | - | - | - | - | - | - | $355,946 | 170 | 4.5% |
| 2014 | - | - | - | - | - | - | $327,637 | 157 | 4.6% |
| 2013 | - | - | - | - | - | - | $299,720 | 143 | 4.8% |
| 2012 | - | - | - | - | - | - | $290,649 | 139 | 4.8% |
| 2011 | - | - | - | - | - | - | $273,012 | 130 | 4.9% |

(1) Completed transaction data is based on actual arms-length sales transactions and levels are dependent on the mix of what happened to sell in the period.
(2) Market price trends data is based on the estimated price movement of all properties in the market, informed by actual transactions that have occurred.

# Appendix

## 3 STAR SALES

| Year | Deals | Volume | Turnover | Avg Price | Avg Price/Unit | Avg Cap Rate | Price/Unit | Price Index | Cap Rate |
|------|-------|--------|----------|-----------|----------------|--------------|------------|-------------|----------|
| | | | Completed Transactions (1) | | | | Market Pricing Trends (2) | | |
| 2026 | - | - | - | - | - | - | $411,465 | 315 | 4.3% |
| 2025 | - | - | - | - | - | - | $402,521 | 308 | 4.3% |
| 2024 | - | - | - | - | - | - | $392,944 | 301 | 4.2% |
| 2023 | - | - | - | - | - | - | $379,960 | 291 | 4.2% |
| 2022 | - | - | - | - | - | - | $364,253 | 279 | 4.2% |
| YTD | 13 | $42.8M | 1.7% | $3,295,769 | $287,550 | 4.3% | $359,564 | 275 | 4.2% |
| 2021 | 14 | $45.8M | 2.0% | $3,274,179 | $260,446 | 4.4% | $343,719 | 263 | 4.2% |
| 2020 | 22 | $50.1M | 2.3% | $2,385,429 | $272,250 | 4.9% | $312,637 | 239 | 4.3% |
| 2019 | 28 | $60.4M | 3.3% | $2,625,641 | $260,301 | 4.3% | $294,029 | 225 | 4.5% |
| 2018 | 28 | $124.2M | 6.7% | $5,400,130 | $239,774 | 4.4% | $269,282 | 206 | 4.7% |
| 2017 | 31 | $46.4M | 5.1% | $2,017,063 | $179,121 | 4.5% | $247,204 | 189 | 4.8% |
| 2016 | 26 | $46M | 3.7% | $2,092,436 | $173,059 | 5.1% | $230,470 | 176 | 4.9% |
| 2015 | 13 | $77.1M | 4.7% | $5,927,346 | $190,260 | 5.1% | $213,595 | 163 | 5.1% |
| 2014 | 12 | $66.1M | 4.9% | $6,607,000 | $161,540 | 6.1% | $195,575 | 150 | 5.2% |
| 2013 | 16 | $27M | 2.3% | $1,926,786 | $144,251 | 5.9% | $176,600 | 137 | 5.4% |
| 2012 | 12 | $32.8M | 2.6% | $3,277,650 | $159,109 | 6.7% | $174,851 | 134 | 5.4% |
| 2011 | 2 | $6.8M | 0.5% | $3,400,000 | $154,545 | 6.0% | $166,684 | 128 | 5.4% |

(1) Completed transaction data is based on actual arms-length sales transactions and levels are dependent on the mix of what happened to sell in the period.
(2) Market price trends data is based on the estimated price movement of all properties in the market, informed by actual transactions that have occurred.

## 1 & 2 STAR SALES

| Year | Deals | Volume | Turnover | Avg Price | Avg Price/Unit | Avg Cap Rate | Price/Unit | Price Index | Cap Rate |
|------|-------|--------|----------|-----------|----------------|--------------|------------|-------------|----------|
| | | | Completed Transactions (1) | | | | Market Pricing Trends (2) | | |
| 2026 | - | - | - | - | - | - | $319,968 | 319 | 4.4% |
| 2025 | - | - | - | - | - | - | $312,947 | 312 | 4.4% |
| 2024 | - | - | - | - | - | - | $305,437 | 304 | 4.3% |
| 2023 | - | - | - | - | - | - | $295,304 | 294 | 4.3% |
| 2022 | - | - | - | - | - | - | $282,974 | 282 | 4.3% |
| YTD | 103 | $303M | 2.4% | $2,941,786 | $254,625 | 4.5% | $279,866 | 279 | 4.3% |
| 2021 | 157 | $319.6M | 2.9% | $2,035,759 | $223,976 | 4.6% | $266,339 | 265 | 4.3% |
| 2020 | 131 | $318.4M | 3.1% | $2,468,490 | $216,035 | 4.7% | $240,793 | 240 | 4.4% |
| 2019 | 209 | $366.6M | 4.7% | $2,221,908 | $191,945 | 4.7% | $226,815 | 226 | 4.6% |
| 2018 | 292 | $341.7M | 5.9% | $1,930,280 | $175,120 | 4.6% | $208,571 | 208 | 4.8% |
| 2017 | 324 | $334.4M | 6.7% | $1,723,967 | $161,025 | 4.7% | $192,354 | 191 | 4.9% |
| 2016 | 224 | $304.9M | 5.1% | $1,752,479 | $152,542 | 5.0% | $177,873 | 177 | 5.1% |
| 2015 | 254 | $333M | 5.8% | $1,752,662 | $146,376 | 5.2% | $163,805 | 163 | 5.2% |
| 2014 | 238 | $241.1M | 4.8% | $1,262,554 | $120,695 | 6.0% | $149,288 | 149 | 5.4% |
| 2013 | 175 | $219.3M | 4.1% | $1,501,787 | $125,795 | 6.5% | $136,180 | 136 | 5.7% |
| 2012 | 174 | $155.2M | 3.9% | $1,222,285 | $102,733 | 7.1% | $132,794 | 132 | 5.7% |
| 2011 | 104 | $104.6M | 2.4% | $1,324,266 | $106,643 | 7.1% | $127,224 | 127 | 5.7% |

(1) Completed transaction data is based on actual arms-length sales transactions and levels are dependent on the mix of what happened to sell in the period.
(2) Market price trends data is based on the estimated price movement of all properties in the market, informed by actual transactions that have occurred.

# Appendix

Southeast Los Angeles Multi-Family

## DELIVERIES & UNDER CONSTRUCTION

| Year | Inventory | | | Deliveries | | Net Deliveries | | Under Construction | |
|------|-------|-------|---------|-------|-------|-------|-------|-------|-------|
| | Bldgs | Units | Vacancy | Bldgs | Units | Bldgs | Units | Bldgs | Units |
| 2026 | - | 58,662 | 1.8% | - | 148 | - | 112 | - | - |
| 2025 | - | 58,550 | 1.7% | - | 93 | - | 51 | - | - |
| 2024 | - | 58,499 | 1.6% | - | 32 | - | (3) | - | - |
| 2023 | - | 58,502 | 1.6% | - | 124 | - | 90 | - | - |
| 2022 | - | 58,412 | 1.7% | - | 172 | - | 166 | - | - |
| YTD | 4,462 | 58,358 | 1.8% | 3 | 112 | 3 | 112 | 6 | 215 |
| 2021 | 4,459 | 58,246 | 2.2% | 11 | 481 | 10 | 475 | 8 | 303 |
| 2020 | 4,449 | 57,771 | 2.7% | 2 | 13 | 2 | 13 | 14 | 688 |
| 2019 | 4,447 | 57,758 | 3.0% | 2 | 82 | 1 | 75 | 7 | 382 |
| 2018 | 4,446 | 57,683 | 2.8% | 8 | 110 | 8 | 110 | 4 | 153 |
| 2017 | 4,438 | 57,573 | 2.5% | 1 | 6 | (7) | (60) | 9 | 209 |
| 2016 | 4,445 | 57,633 | 2.6% | 1 | 6 | 1 | 6 | 3 | 131 |
| 2015 | 4,444 | 57,627 | 2.7% | 2 | 158 | 0 | 40 | 2 | 82 |
| 2014 | 4,444 | 57,587 | 3.2% | 1 | 19 | 1 | 19 | 2 | 158 |
| 2013 | 4,443 | 57,568 | 3.4% | 0 | 0 | (8) | (204) | 2 | 169 |
| 2012 | 4,451 | 57,772 | 3.7% | 0 | 0 | (23) | (263) | 0 | 0 |
| 2011 | 4,474 | 58,035 | 4.1% | 1 | 9 | (4) | (99) | 0 | 0 |
| 2010 | 4,478 | 58,134 | 4.2% | 0 | 0 | (5) | (140) | 1 | 9 |

Source:   *Costar, 2022.*

## PEER GROUP ANALYSIS

To gain a better understanding of the market conditions immediately surrounding the subject, we have conducted an analysis of the peer group within which the subject competes. The following analysis also serves as the basis for estimation of market rent, future rent growth and vacancy for the subject. Subject unit mix and occupancy information, rent roll and financials were not available for this engagement. The following information is reflective of the subject's area asking rents and actual recent lease deals signed in the subject's market area.

TOBIN REAL ESTATE ADVISORS, INC.

## Comparable Leased Multi-family Rental Properties

TOBIN REAL ESTATE ADVISORS, INC.

2526 Lincoln Park Ave          Rent Comps

CoStar Defined Comp Set - 0.60 mi Radius

| Rent Comps | Avg Rent Per Unit | Avg Rent Per SF | Avg Vacancy Rate |
|:---:|:---:|:---:|:---:|
| 8 | $938 | $1.61 | 5.6% |

| Unit Breakdown | Low | Average | Median | High |
|---|---|---|---|---|
| Total Units | 5 | 6 | 6 | 6 |
| Studio Units | 0 | 0 | 0 | 2 |
| One Bedroom Units | 0 | 2 | 1 | 6 |
| Two Bedroom Units | 0 | 3 | 4 | 4 |
| Three Bedroom Units | 0 | 0 | 0 | 1 |

| Property Attributes | Low | Average | Median | High |
|---|---|---|---|---|
| Year Built | 1890 | 1925 | 1920 | 1964 |
| Number of Floors | 1 | 2 | 1 | 4 |
| Average Unit Size | 608 SF | 722 SF | 1,006 SF | 1,404 SF |
| Vacancy Rate | 0% | 5.0% | 0% | 40.0% |
| Star Rating | ★★☆☆☆ | ★★☆☆☆ 2.13 | ★★☆☆☆ | ★★★☆☆ |

## Rent Comp Properties

| | Map # | Building Name | Address | Rating | Apartmen Le |
|---|---|---|---|---|---|
| | | - | 2526 Lincoln Park Ave | ★★☆☆☆ | - |
| ⊘ | 1 | - | 2323 Alta St | ★★☆☆☆ | - |
| ⊘ | 2 | - | 2319 Gates St | ★★☆☆☆ | - |
| ⊘ | 3 | - | 2821 Sierra St | ★★☆☆☆ | - |
| ⊘ | 4 | - | 2325 Prince St | ★★☆☆☆ | - |
| ⊘ | 5 | - | 2520 Hancock St | ★★☆☆☆ | - |
| ⊘ | 6 | - | 3101 Altura St | ★★☆☆☆ | - |
| ⊘ | 7 | - | 428 E Avenue 28 | ★★★☆☆ | - |
| ⊘ | 8 | - | 422 E Avenue 28 | ★★☆☆☆ | - |

# 2323 Alta St

★★☆☆☆

Apartments - Lincoln Heights Submarket
Los Angeles, CA 90031

| | | | | | |
|---|---|---|---|---|---|
| **6** Units | **3,654** SF GBA | **1952** Built | **1.4%** Vacancy | **$1,016** Asking Rent/Unit | **$1.67** Asking Rent/SF |

## Sale

| | |
|---|---|
| Sold Price | $910,000 ($151,667/Unit) |
| Date | Feb 2019 |
| Sale Type | Investment |
| Financing | Down Payment of $364,000 (40%) |
| | 1st Mortgage: First Republic Bank |
| | Bal/Pmt: $546,000/- |

## Building

| | | | |
|---|---|---|---|
| Type | 2 Star Garden Apartments | | |
| Location | Urban | | |
| Units | 6 | Year Built | 1952 |
| Avg Unit Size | 608 SF | Class | C |
| GBA | 3,654 SF | Metering | Individually M... |
| Typical Floor | 3,524 SF | | |
| # of Buildings | 1 | | |
| Units per Area | 32/AC | | |
| Market Segment | All | | |
| Rent Type | Market | | |
| Taxes | $1,995.63/Unit (2021) | | |
| Opportunity Zone | Yes | | |
| Walk Score® | Very Walkable (81) | | |
| Transit Score® | Good Transit (55) | | |
| Parking Ratio | 0.67/Unit | | |

| Parking Type | Spaces |
|---|---|
| Surface | 4 |

## Land

| | | | |
|---|---|---|---|
| Land Acres | 0.19 AC | Land SF | 8,276 SF |
| Bldg FAR | 0.44 | | |
| Zoning | R3-1, City of L.A. | | |

## Building Notes

Property Description: 6-UNIT APARTMENT BUILDING

## Public Transportation

| Commuter Rail | Drive | Distance |
|---|---|---|
| Union Station Commuter Rail (Ventura County, Antelop... | 7 min | 2.9 mi |
| Cal State LA Commuter Rail (San Bernardino Line) | 11 min | 7.1 mi |

| Airport | Drive | Distance |
|---|---|---|
| Bob Hope Airport | 25 min | 16.0 mi |
| Los Angeles International Airport | 31 min | 19.9 mi |
| Long Beach-Daugherty Field Airport | 34 min | 22.5 mi |

## Unit Mix

| Beds | Units | Avg SF | Asking Rent/Unit | Asking Rent/SF | Concessions |
|---|---|---|---|---|---|
| 1 | 6 | 608 | $1,016 | $1.67 | 0.4% |
| Totals | 6 | 608 | $1,016 | $1.67 | 0.4% |

Updated August 27, 2022

## Market Conditions

| Vacancy Rates | Current | | YOY Change |
|---|---|---|---|
| Submarket 1-3 Star | 1.7% | ↓ | -0.1% |
| Subject Property | 1.4% | ↔ | -0.0% |
| Market Overall | 3.4% | ↓ | -0.6% |

| Market Rent Per Unit | | | |
|---|---|---|---|
| Submarket 1-3 Star | $1,586 | ↑ | 6.1% |
| Subject Property | $1,016 | ↑ | 2.1% |
| Market Overall | $2,188 | ↑ | 5.3% |

| Concessions | | | |
|---|---|---|---|
| Submarket 1-3 Star | 0.4% | ↔ | -0.0% |
| Subject Property | 0.4% | ↔ | 0.0% |
| Market Overall | 0.6% | ↓ | -0.3% |

| Under Construction Units | | | |
|---|---|---|---|
| Market Overall | 28,005 | ↑ | 1.7% |

| Submarket Sales Activity | Current | Prev Year |
|---|---|---|
| | - | - |
| 12 Mo. Price Per Unit | $296.39K | $275.7K |
| 12 Mo. Sales Volume | $621.68M | $327.03M |

## Property Contacts

| | |
|---|---|
| True Owner | Cardinal Investments |
| Recorded Owner | Alta & 20th Partners Llc |
| Owner Type | Developer |

## Demographics

| | 1 mile | 3 miles |
|---|---|---|
| Population | 34,004 | 310,945 |
| Households | 9,126 | 90,623 |
| Median Age | 35.80 | 37 |
| Median HH Income | $49,184 | $58,798 |
| Daytime Employees | 14,321 | 139,345 |
| Population Growth '22 - '27 | ↓ -1.83% | ↓ -1.38% |
| Household Growth '22 - '27 | ↓ -2.15% | ↓ -1.36% |

## Traffic

| Collection Street | Cross Street | Traffic Vol | Last Mea... | Distance |
|---|---|---|---|---|
| N Broadway | Thomas St E | 29,757 | 2022 | 0.11 mi |
| Gates St | Manitou Ave S | 490 | 2022 | 0.13 mi |
| N Broadway | Gates St E | 28,206 | 2022 | 0.18 mi |
| Gates St | N Broadway S | 367 | 2022 | 0.19 mi |
| Lincoln Park Ave | Altura St S | 5,713 | 2022 | 0.23 mi |
| N Broadway | Hancock St W | 27,191 | 2022 | 0.26 mi |
| Hancock St | Manitou Ave S | 1,872 | 2022 | 0.28 mi |
| Hancock St | N Broadway S | 2,363 | 2022 | 0.31 mi |
| N Broadway | Johnston St W | 27,738 | 2022 | 0.33 mi |
| N Broadway | Metzler Dr W | 17,523 | 2022 | 0.42 mi |

## About the Owner

**CARDINAL INVESTMENTS**

### Cardinal Investments
291 Coral Cir
El Segundo, CA 90245
United States
(310) 643-5050 (p)
(310) 643-5065 (f)
www.cardinalinvestments.com
Since Feb 6, 2019

Cardinal Investments was founded by Kyle Ransford and Christian Heger in 2001. The company focuses on the astute development and rehabilitation of commercial, residential and resort properties with distinct profit potential in strategic target markets. The projects that Cardinal creates are defined by their environment, community and a commitment to maintaining the sense of place within each location. Their focus on value through design and detailed quality distinguishes Cardinal in the industry.

## Location

| | |
|---|---|
| Zip | 90031 |
| Submarket | Lincoln Heights |
| Submarket Cluster | Southeast Los Angeles |
| Location Type | Urban |
| Market | Los Angeles |
| County | Los Angeles |
| State | California |
| CBSA | Los Angeles-Long Beach-Glendale, CA |
| DMA | Los Angeles, CA-NV |
| Country | United States |

## Public Record

**2021 Assessment**

| | | | |
|---|---|---|---|
| Improvements | $371,004 | $61,834.00/Unit | |
| Land | $566,811 | $94,468.50/Unit | |
| Total Value | $937,815 | $156,302.50/Unit | 103% of last sale |
| Parcels | 5208-030-024 | | |

## Flood Risk

| | |
|---|---|
| Flood Risk Area | Moderate to Low Risk Areas |
| FEMA Flood Zone | B and X Area of moderate flood hazard, usually the area between the limits of the 100-year and 500-year floods. |
| Floodplain Area | 100-year and 500-year |
| In SFHA | No |
| FEMA Map Identifier | 06037C1629F |
| FIRM ID | 06037C |
| FIRM Panel Number | 1629F |
| FEMA Map Date | Sep 26, 2008 |

---

### 2323 Alta St

★★☆☆☆

Apartments - Lincoln Heights
Submarket
Los Angeles, CA 90031

| 6 Units | 3,654 SF GBA | 1952 Built | 1.4% Vacancy | $1,016 Asking Rent/Unit | $1.67 Asking Rent/SF |
|---|---|---|---|---|---|

## Unit Mix

Show    All    Actual    Export

| | Models | | | Counts | | Units Available | | Avg Asking Rent | | Avg Effec |
| Beds | Baths | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 608 | 6 | 100.0% | 0 | 0.0% | $1,016 | $1.67 | $1,012 |

| | | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
|---|---|---|---|---|---|---|---|---|---|
| All 1 Beds | | 608 | 6 | 100.0% | 0 | 0.0% | $1,016 | $1.67 | $1,012 |
| **Totals** | | 608 | 6 | 100.0% | 0 | 0.0% | $1,016 | $1.67 | $1,012 |

Estimate    Unit Mix as of August 27, 2022

## 2323 Alta St

★★★★★

Apartments - Lincoln Heights
Submarket
Los Angeles, CA 90031

| 6 Units | 3,654 SF GBA | 1952 Built | 1.4% Vacancy | $1,016 Asking Rent/Unit | $1.67 Asking Rent/SF |
|---|---|---|---|---|---|

### Recorded Owner



**Alta & 20th Partners Llc**
300 Manhattan Beach Blvd
Manhattan Beach, CA 90266
United States
(310) 643-5050 (p)
www.cardinalinvestments.com
Since Feb 6, 2019

Cardinal Investments was founded by Kyle Ransford and Christian Heger in 2001. The company focuses on the astute development and rehabilitation of commercial, residential and resort properties with distinct profit potential in strategic target markets. The projects that Cardinal creates are defined by their environment, community and a commitment to maintaining the sense of place within each location. Their focus on value through design and detailed quality distinguishes Cardinal in the industry.

### True Owner



**Cardinal Investments**
291 Coral Cir
El Segundo, CA 90245
United States
(310) 643-5050 (p)
(310) 643-5065 (f)
www.cardinalinvestmen...
Since Feb 6, 2019

**Kyle Ransford**
Founder & General Partner
(310) 643-5050 (p)
kyle@cardinalinvestments.com

Cardinal Investments was founded by Kyle Ransford and Christian Heger in 2001. The company focuses on the astute development and rehabilitation of commercial, residential and resort properties with distinct profit potential in strategic target markets. The projects that Cardinal creates are defined by their environment, community and a commitment to maintaining the sense of place within each location. Their focus on value through design and detailed quality distinguishes Cardinal in the industry.

### Previous Recorded Owner

**Becerra Juan J**
2325 1/2 Alta St
Los Angeles, CA 90031
United States
Since Jan 25, 1990

### Previous True Owner

**Becerra Juan J**
2325 1/2 Alta St
Los Angeles, CA 90031
United States
Since Jan 25, 1990

## 2323 Alta St

★★☆☆☆

| Apartments - Lincoln Heights Submarket Los Angeles, CA 90031 | 6 Units | 3,654 SF GBA | 1952 Built | 1.4% Vacancy | $1,016 Asking Rent/Unit | $1.67 Asking Rent/SF |
|---|---|---|---|---|---|---|



Primary Photo



Building Photo



Plat Map

## 2319 Gates St

★★☆☆☆

Apartments - Lincoln Heights
Submarket
Los Angeles, CA 90031

| 5 Units | 4,308 SF GBA | 1930 Built | 38% Vacancy | $1,064 Asking Rent/Unit | $1.47 Asking Rent/SF |

### Sale

| | | | |
|---|---|---|---|
| Sold Price | $620,000 ($124,000/Unit) | | |
| Date | Mar 2014 | Cap Rate | 5.70% |
| Sale Type | Investment | | |
| Financing | Down Payment of $245,040 (39.52%) | | |
| | 1st Mortgage: Seller | | |
| | Bal/Pmt: $375,000/- | | |

### Building

| | | | |
|---|---|---|---|
| Type | 2 Star Garden Apartments | | |
| Location | Urban | | |
| Units | 5 | Year Built | 1930 |
| Avg Unit Size | 1,404 SF | Class | C |
| Stories | 2 | | |
| GBA | 4,308 SF | | |
| Typical Floor | 2,154 SF | | |
| # of Buildings | 5 | | |
| Units per Area | 19/AC | | |
| Market Segment | All | | |
| Rent Type | Market | | |
| Taxes | $1,889.60/Unit (2020) | | |
| Opportunity Zone | Yes | | |
| Walk Score® | Very Walkable (87) | | |
| Transit Score® | Good Transit (56) | | |
| Parking Ratio | 1.00/Unit | | |

| Parking Type | Spaces |
|---|---|
| One-Car Garage | 5 |

### Land

| | | | |
|---|---|---|---|
| Land Acres | 0.26 AC | Land SF | 11,535 SF |
| Bldg FAR | 0.37 | | |
| Zoning | LARD2 | | |

### Public Transportation

| Commuter Rail | Drive | Distance |
|---|---|---|
| Union Station Commuter Rail (Ventura County, Antelop... | 7 min | 2.8 mi |
| Cal State LA Commuter Rail (San Bernardino Line) | 11 min | 7.1 mi |

| Airport | Drive | Distance |
|---|---|---|
| Bob Hope Airport | 25 min | 15.9 mi |
| Los Angeles International Airport | 31 min | 19.8 mi |
| Long Beach-Daugherty Field Airport | 35 min | 22.4 mi |

### About the Owner

**Vito & Martha Marinaccio Living Trus**
502 Los Altos Ave
Arcadia, CA 91007
**United States**
(626) 447-5379 (p)
Since Mar 24, 2014

### Unit Mix

| Beds | Units | Avg SF | Asking Rent/Unit | Asking Rent/SF | Concessions |
|---|---|---|---|---|---|
| 2 | 4 | - | $815 | - | 1.0% |
| 3 | 1 | 1,404 | $2,062 | $1.47 | 1.0% |
| Totals | 5 | 1,404 | $1,064 | $1.47 | 1.0% |

Updated August 27, 2022

### Market Conditions

| Vacancy Rates | Current | | YOY Change |
|---|---|---|---|
| Submarket 1-3 Star | 1.7% | ↓ | -0.1% |
| Subject Property | 38.0% | ↓ | -0.7% |
| Market Overall | 3.4% | ↓ | -0.6% |

| Market Rent Per Unit | | | |
|---|---|---|---|
| Submarket 1-3 Star | $1,586 | ↑ | 6.1% |
| Subject Property | $1,064 | ↑ | 2.1% |
| Market Overall | $2,188 | ↑ | 5.3% |

| Concessions | | | |
|---|---|---|---|
| Submarket 1-3 Star | 0.4% | ↔ | -0.0% |
| Subject Property | 1.0% | ↔ | 0.0% |
| Market Overall | 0.6% | ↓ | -0.3% |

| Under Construction Units | | | |
|---|---|---|---|
| Market Overall | 28,005 | ↑ | 1.7% |

| Submarket Sales Activity | Current | | Prev Year |
|---|---|---|---|
| 12 Mo. Price Per Unit | $296.39K | | $275.7K |
| 12 Mo. Sales Volume | $621.68M | | $327.03M |

### Property Contacts

| | |
|---|---|
| True Owner | Vito & Martha Marinaccio Living Trust |
| Recorded Owner | Vito & Martha Marinaccio Living Trust |
| Owner Type | Trust |

### Demographics

| | 1 mile | 3 miles |
|---|---|---|
| Population | 33,462 | 320,450 |
| Households | 9,101 | 94,976 |
| Median Age | 35.90 | 37.30 |
| Median HH Income | $48,730 | $57,901 |
| Daytime Employees | 15,486 | 159,584 |
| Population Growth '22 - '27 | ↓ -1.72% | ↓ -1.31% |
| Household Growth '22 - '27 | ↓ -2.00% | ↓ -1.29% |

9/13/22, 8:54 AM

2319 Gates St | CoStar

## Location

| | |
|---|---|
| Zip | 90031 |
| Submarket | Lincoln Heights |
| Submarket Cluster | Southeast Los Angeles |
| Location Type | Urban |
| Market | Los Angeles |
| County | Los Angeles |
| State | California |
| CBSA | Los Angeles-Long Beach-Glendale, CA |
| DMA | Los Angeles, CA-NV |
| Country | United States |

## Traffic

| Collection Street | Cross Street | Traffic Vol | Last Mea... | Distance |
|---|---|---|---|---|
| Gates St | Manitou Ave S | 490 | 2022 | 0.02 mi |
| N Broadway | Gates St E | 26,206 | 2022 | 0.08 mi |
| N Broadway | Thomas St E | 29,757 | 2022 | 0.11 mi |
| Hancock St | Manitou Ave S | 1,872 | 2022 | 0.13 mi |
| N Broadway | Hancock St W | 27,191 | 2022 | 0.13 mi |
| Gates St | N Broadway S | 367 | 2022 | 0.15 mi |
| Hancock St | N Broadway S | 2,363 | 2022 | 0.19 mi |
| N Broadway | Johnston St W | 27,738 | 2022 | 0.19 mi |
| Griffin Ave | N Broadway S | 12,322 | 2022 | 0.31 mi |
| Lincoln Park Ave | Altura St S | 5,713 | 2022 | 0.32 mi |

Made with TrafficMetrix® Products

## Public Record

2021 Assessment

| | | | |
|---|---|---|---|
| Improvements | $175,534 | $35,106.80/Unit | |
| Land | $526,612 | $105,322.40/Unit | |
| Total Value | $702,146 | $140,429.20/Unit | 113% of last sale |
| | | | |
| Parcels | 5208-010-009 | | |

## Flood Risk

| | |
|---|---|
| Flood Risk Area | Moderate to Low Risk Areas |
| FEMA Flood Zone | B and X Area of moderate flood hazard, usually the area between the limits of the 100-year and 500-year floods. |
| Floodplain Area | 100-year and 500-year |
| In SFHA | No |
| FEMA Map Identifier | 06037C1629F |
| FIRM ID | 06037C |
| FIRM Panel Number | 1629F |
| FEMA Map Date | Sep 26, 2008 |

## 2319 Gates St

★★☆☆☆

Apartments - Lincoln Heights
Submarket
Los Angeles, CA 90031

| 5 Units | 4,308 SF GBA | 1930 Built | 38% Vacancy | $1,064 Asking Rent/Unit | $1.47 Asking Rent/SF |
|---|---|---|---|---|---|

Show | All | Actual | Export

## Unit Mix

| Models | | | Counts | | Units Available | | Avg Asking Rent | | Avg Effec |
|---|---|---|---|---|---|---|---|---|---|
| Beds | Baths | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
| 2 | 1 | - | 4 | 80.0% | 0 | 0.0% | $815 | - | $807 |
| 3 | 2 | 1,404 | 1 | 20.0% | 0 | 0.0% | $2,062 | $1.47 | $2,041 |

| Totals | | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
|---|---|---|---|---|---|---|---|---|---|
| All 2 Beds | | - | 4 | 60.0% | 0 | 0.0% | $815 | - | $807 |
| All 3 Beds | | 1,404 | 1 | 20.0% | 0 | 0.0% | $2,062 | $1.47 | $2,041 |
| Totals | | 1,404 | 5 | 100.0% | 0 | 0.0% | $1,064 | $1.47 | $1,053 |

## 2319 Gates St

★★☆☆☆

Apartments - Lincoln Heights Submarket
Los Angeles, CA 90031

| | | | | | |
|---|---|---|---|---|---|
| **5** Units | **4,308** SF GBA | **1930** Built | **38%** Vacancy | **$1,064** Asking Rent/Unit | **$1.47** Asking Rent/SF |

### Unit Mix

| Beds | Units | Avg SF | Asking Rent/Unit | Asking Rent/SF | Concessions |
|---|---|---|---|---|---|
| 2 | 4 | - | $815 | - | 1.0% |
| 3 | 1 | 1,404 | $2,062 | $1.47 | 1.0% |
| Totals | 5 | 1,404 | $1,064 | $1.47 | 1.0% |

Updated August 27, 2022

### Market Conditions

| Vacancy Rates | Current | | YOY Change |
|---|---|---|---|
| Submarket 1-3 Star | 1.7% | ↓ | -0.1% |
| Subject Property | 38.0% | ↓ | -0.7% |
| Market Overall | 3.4% | ↓ | -0.6% |

| Market Rent Per Unit | | | |
|---|---|---|---|
| Submarket 1-3 Star | $1,586 | ↑ | 6.1% |
| Subject Property | $1,064 | ↑ | 2.1% |
| Market Overall | $2,198 | ↑ | 5.3% |

| Concessions | | | |
|---|---|---|---|
| Submarket 1-3 Star | 0.4% | ↔ | -0.0% |
| Subject Property | 1.0% | ↔ | 0.0% |
| Market Overall | 0.6% | ↓ | -0.3% |

| Under Construction Units | | | |
|---|---|---|---|
| Market Overall | 28,005 | ↑ | 1.7% |

| Submarket Sales Activity | Current | Prev Year |
|---|---|---|
| | - | - |
| 12 Mo. Price Per Unit | $296.39K | $275.7K |
| 12 Mo. Sales Volume | $621.68M | $327.03M |

## 2319 Gates St

★★ ☆ ☆

Apartments - Lincoln Heights
Submarket
Los Angeles, CA 90031

| 5 Units | 4,308 SF GBA | 1930 Built | 38% Vacancy | $1,064 Asking Rent/Unit | $1.47 Asking Rent/SF |
|---|---|---|---|---|---|

### Recorded Owner

**Vito & Martha Marinaccio Living Trust**
502 Los Altos Ave
Arcadia, CA 91007
United States
(626) 447-5379 (p)
Since Mar 24, 2014

### True Owner

**Vito & Martha Marinacc...**
502 Los Altos Ave
Arcadia, CA 91007
United States
(626) 447-5379 (p)
Since Mar 24, 2014

**Martha Marinaccio**
(626) 447-5379 (p)

### Previous Recorded Owner

**Rodarte Family Trust of 1990**
Since Mar 22, 2014

### Previous True Owner

**Rodarte Family Trust of...**
Since Mar 22, 2014

**Cynthia Tenn**

# 2319 Gates St



Apartments - Lincoln Heights
Submarket
Los Angeles, CA 90031

| 5 Units | 4,308 SF GBA | 1930 Built | 38% Vacancy | $1,064 Asking Rent/Unit | $1.47 Asking Rent/SF |



Primary Photo



Building Photo



Building Photo



Building Photo

# 2821 Sierra St

★★☆☆☆

| | | | | | |
|---|---|---|---|---|---|
| Apartments - Montecito Heights Submarket Los Angeles, CA 90031 | 6 Units | 2,854 SF GBA | 1923 Built | 1.4% Vacancy | $1,152 Asking Rent/Unit |

## Sale

| | |
|---|---|
| Sold Price | Not Disclosed |
| Date | May 2018 |

## Building

| | | | |
|---|---|---|---|
| Type | 2 Star Apartments | | |
| Location | Urban | | |
| Units | 6 | Year Built | 1923 |
| Stories | 1 | Class | C |
| GBA | 2,854 SF | | |
| Typical Floor | 2,854 SF | | |
| Units per Area | 35/AC | | |
| Market Segment | All | | |
| Rent Type | Market | | |
| Taxes | $1,458.24/Unit (2020) | | |
| Opportunity Zone | Yes | | |
| Walk Score® | Car-Dependent (47) | | |
| Transit Score® | Some Transit (46) | | |

## Land

| | | | |
|---|---|---|---|
| Land Acres | 0.17 AC | Land SF | 7,492 SF |
| Bldg FAR | 0.38 | | |
| Zoning | LAR1 | | |

## Space Features

| |
|---|
| Unit Amenities |
| Range |

## Public Transportation

| Commuter Rail | Drive | Distance |
|---|---|---|
| Union Station Commuter Rail (Ventura County, Antelop... | 8 min | 3.3 mi |
| Cal State LA Commuter Rail (San Bernardino Line) | 12 min | 7.6 mi |

| Airport | Drive | Distance |
|---|---|---|
| Bob Hope Airport | 26 min | 16.5 mi |
| Los Angeles International Airport | 32 min | 20.3 mi |
| Long Beach-Daugherty Field Airport | 36 min | 22.9 mi |

## Location

| | |
|---|---|
| Zip | 90031 |
| Submarket | Montecito Heights |
| Submarket Cluster | Southeast Los Angeles |
| Location Type | Urban |
| Market | Los Angeles |
| County | Los Angeles |
| State | California |
| CBSA | Los Angeles-Long Beach-Glendale, CA |
| DMA | Los Angeles, CA-NV |
| Country | United States |

## Unit Mix

| Beds | Units | Avg SF | Asking Rent/Unit | Asking Rent/SF | Concessions |
|---|---|---|---|---|---|
| Studio | 4 | - | $623 | - | 0.4% |
| 1 | 1 | - | $1,058 | - | 0.4% |
| 2 | 1 | - | $1,245 | - | 0.4% |
| Totals | 6 | - | $799 | - | 0.4% |

Updated August 27, 2022

## Market Conditions

| | Current | YOY Change | |
|---|---|---|---|
| **Vacancy Rates** | | | |
| Submarket 1-3 Star | 1.7% | ↓ | -0.1% |
| Subject Property | 1.4% | ↔ | -0.0% |
| Market Overall | 3.4% | ↓ | -0.6% |
| **Market Rent Per Unit** | | | |
| Submarket 1-3 Star | $1,586 | ↑ | 6.1% |
| Subject Property | $799 | ↑ | 2.1% |
| Market Overall | $2,188 | ↑ | 5.3% |
| **Concessions** | | | |
| Submarket 1-3 Star | 0.4% | ↔ | -0.0% |
| Subject Property | 0.4% | ↑ | 0.1% |
| Market Overall | 0.6% | ↓ | -0.3% |
| **Under Construction Units** | | | |
| Market Overall | 28,005 | ↑ | 1.7% |

| Submarket Sales Activity | Current | Prev Year |
|---|---|---|
| 12 Mo. Price Per Unit | - | - |
| 12 Mo. Price Per Unit | $296.39K | $275.7K |
| 12 Mo. Sales Volume | $621.68M | $327.03M |

## Property Contacts

| | |
|---|---|
| Recorded Owner | Mitchell Living Trust |

## Demographics

| | 1 mile | 3 miles |
|---|---|---|
| Population | 34,234 | 302,966 |
| Households | 9,228 | 86,656 |
| Median Age | 36.10 | 37 |
| Median HH Income | $53,575 | $61,607 |
| Daytime Employees | 5,584 | 121,899 |
| Population Growth '22 - '27 | ↓ -1.82% | ↓ -1.51% |
| Household Growth '22 - '27 | ↓ -2.18% | ↓ -1.69% |

## Traffic

| Collection Street | Cross Street | Traffic Vol | Last Mea... | Distance |
|---|---|---|---|---|
| Sierra St | Gillig Ave NE | 3,317 | 2022 | 0.19 mi |
| Lincoln Park Ave | Altura St S | 5,713 | 2022 | 0.25 mi |
| Montecito St | Johnston St NW | 1,318 | 2018 | 0.35 mi |
| Minnesota St | Prewett St W | 169 | 2018 | 0.40 mi |
| Sierra St | Mercury Ave S | 1,730 | 2022 | 0.40 mi |
| Gates St | N Broadway S | 367 | 2022 | 0.41 mi |
| Minnesota St | Prewett St E | 105 | 2018 | 0.43 mi |
| N Broadway | Thomas St E | 29,757 | 2022 | 0.44 mi |
| Mercury Ave | N Luther St E | 3,339 | 2022 | 0.46 mi |
| N Mission Rd | Huntington Dr N NE | 26,004 | 2022 | 0.46 mi |

## 2821 Sierra St

★★☆☆☆

Apartments - Montecito Heights
Submarket
Los Angeles, CA 90031

| 6 Units | 2,854 SF GBA | 1923 Built | 1.4% Vacancy | $1,152 Asking Rent/Unit |

### Unit Mix

Show | All | Actual | Export

| | Models | | | Counts | | Units Available | | Avg Asking Rent | | Avg Effec |
|---|---|---|---|---|---|---|---|---|---|---|
| Beds | Baths | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
| Studio | 0 | - | 4 | 66.7% | 0 | 0.0% | $623 | - | $620 |
| 1 | 1 | - | 1 | 16.7% | 0 | 0.0% | $1,056 | - | $1,054 |
| 2 | 1 | - | 1 | 16.7% | 0 | 0.0% | $1,245 | - | $1,240 |

| Totals | | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
|---|---|---|---|---|---|---|---|---|---|
| All Studios | | - | 4 | 66.7% | 0 | 0.0% | $623 | - | $620 |
| All 1 Beds | | - | 1 | 16.7% | 0 | 0.0% | $1,056 | - | $1,054 |
| All 2 Beds | | - | 1 | 16.7% | 0 | 0.0% | $1,245 | - | $1,240 |
| **Totals** | | **-** | **6** | **100.0%** | **0** | **0.0%** | **$799** | **-** | **$796** |

## 2821 Sierra St

★★☆☆☆

Apartments - Montecito Heights
Submarket
Los Angeles, CA 90031

| 6 Units | 2,854 SF GBA | 1923 Built | 1.4% Vacancy | $1,152 Asking Rent/Unit |

### Recorded Owner

**Mitchell Living Trust**
2671 Astral Dr
Los Angeles, CA 90046
United States
Since May 1, 2018

### Previous Recorded Owner

**Mitchell Alex**
Since Apr 29, 2018

**Xingwen Du**
Since Oct 1, 2013

### Previous True Owner

**Xingwen Du**
Since Oct 1, 2013

## 2821 Sierra St

Apartments - Montecito Heights
Submarket
Los Angeles, CA 90031



| 6 Units | 2,854 SF GBA | 1923 Built | 1.4% Vacancy | $1,152 Asking Rent/Unit |
|---------|--------------|------------|--------------|--------------------------|



Primary Photo



Building Photo



Building Photo



Building Photo

## 2325 Prince St

★★☆☆☆

Apartments - Lincoln Heights Submarket
Los Angeles, CA 90031

| 6 Units | 3,633 SF GBA | 1964 Built | 1.4% Vacancy | $513 Asking Rent/Unit |
|---|---|---|---|---|

### Sale

| | |
|---|---|
| Sold Price | $425,000 ($70,833/Unit) |
| Date | Apr 2004 |
| Sale Type | Investment |
| Financing | Down Payment of $85,000 (20%) |
| | 1st Mortgage: EverBank |
| | Bal/Pmt: $340,000/- |

Cap Rate — 4.85%

### Building

| | | | |
|---|---|---|---|
| Type | 2 Star Mid-Rise Apartments | | |
| Location | Urban | | |
| | | | |
| Units | 6 | Year Built | 1964 |
| Stories | 4 | Class | C |
| | | | |
| GBA | 3,633 SF | Construction | Wood Frame |
| Typical Floor | 908 SF | Elevators | None |
| # of Buildings | 1 | | |
| Units per Area | 61/AC | | |
| Market Segment | All | | |
| Rent Type | Market | | |
| | | | |
| Taxes | $1,687.86/Unit (2021) | | |
| | | | |
| Opportunity Zone | Yes | | |
| | | | |
| Walk Score® | Somewhat Walkable (68) | | |
| Transit Score® | Good Transit (52) | | |

### Land

| | | | |
|---|---|---|---|
| Land Acres | 0.10 AC | Land SF | 4,269 SF |
| Bldg FAR | 0.85 | | |
| | | | |
| Zoning | RD3, Los Angeles | | |

### Building Notes

Apn: 5211-016-021

### Public Transportation

| Commuter Rail | Drive | Distance |
|---|---|---|
| Union Station Commuter Rail (Ventura County, Antelop… | 7 min | 3.0 mi |
| Cal State LA Commuter Rail (San Bernardino Line) | 11 min | 7.2 mi |

| Airport | Drive | Distance |
|---|---|---|
| Bob Hope Airport | 26 min | 17.6 mi |
| Los Angeles International Airport | 31 min | 20.0 mi |
| Long Beach-Daugherty Field Airport | 35 min | 22.6 mi |

### About the Owner

**Lakwe Yonas**
PO BOX 741822
Los Angeles, CA 90004
United States
Since Sep 29, 2006

### Unit Mix

| Beds | Units | Avg SF | Asking Rent/Unit | Asking Rent/SF | Concessions |
|---|---|---|---|---|---|
| Studio | 2 | - | $467 | - | 0.3% |
| 1 | 1 | - | $666 | - | 0.3% |
| 2 | 3 | - | $493 | - | 0.4% |
| Totals | 6 | - | $513 | - | 0.4% |

Updated August 27, 2022

### Market Conditions

| Vacancy Rates | Current | | YOY Change |
|---|---|---|---|
| Submarket 1-3 Star | 1.7% | ↓ | -0.1% |
| Subject Property | 1.4% | ↔ | -0.0% |
| Market Overall | 3.4% | ↓ | -0.6% |

| Market Rent Per Unit | | | |
|---|---|---|---|
| Submarket 1-3 Star | $1,586 | ↑ | 6.1% |
| Subject Property | $513 | ↑ | 2.1% |
| Market Overall | $2,188 | ↑ | 5.3% |

| Concessions | | | |
|---|---|---|---|
| Submarket 1-3 Star | 0.4% | ↔ | -0.0% |
| Subject Property | 0.4% | ↔ | 0.0% |
| Market Overall | 0.6% | ↓ | -0.3% |

| Under Construction Units | | | |
|---|---|---|---|
| Market Overall | 28,005 | ↑ | 1.7% |

| Submarket Sales Activity | Current | Prev Year |
|---|---|---|
| | - | - |
| 12 Mo. Price Per Unit | $296.39K | $275.7K |
| 12 Mo. Sales Volume | $621.68M | $327.03M |

### Property Contacts

| | |
|---|---|
| True Owner | Lakwe Yonas |
| Recorded Owner | Lakwe Yonas |
| Owner Type | Individual |

### Demographics

| | 1 mile | 3 miles |
|---|---|---|
| Population | 30,225 | 302,627 |
| Households | 7,946 | 85,263 |
| Median Age | 35.70 | 36.70 |
| Median HH Income | $50,101 | $58,351 |
| Daytime Employees | 12,281 | 128,977 |
| | | |
| Population Growth '22 - '27 | ↓ -1.79% | ↓ -1.55% |
| Household Growth '22 - '27 | ↓ -2.13% | ↓ -1.67% |

## Location

| | |
|---|---|
| Zip | 90031 |
| Submarket | Lincoln Heights |
| Submarket Cluster | Southeast Los Angeles |
| Location Type | Urban |
| Market | Los Angeles |
| County | Los Angeles |
| State | California |
| CBSA | Los Angeles-Long Beach-Glendale, CA |
| DMA | Los Angeles, CA-NV |
| Country | United States |

## Traffic

| Collection Street | Cross Street | Traffic Vol | Last Mea... | Distance |
|---|---|---|---|---|
| N Mission Rd | Duke St SW | 18,752 | 2022 | 0.11 mi |
| N Broadway | Metzler Dr W | 17,523 | 2022 | 0.12 mi |
| N Mission Rd | Commodore St NE | 26,933 | 2022 | 0.24 mi |
| N Soto St | Multnomah St S | 19,007 | 2022 | 0.28 mi |
| Lincoln Park Ave | Altura St S | 5,713 | 2022 | 0.30 mi |
| N Mission Rd | Huntington Dr N NE | 26,004 | 2022 | 0.37 mi |
| Multnomah St | N Soto St W | 6,268 | 2022 | 0.38 mi |
| N Broadway | Thomas St E | 29,757 | 2022 | 0.40 mi |
| Gates St | Manitou Ave S | 490 | 2022 | 0.44 mi |
| N Soto St | Multnomah St N | 20,972 | 2022 | 0.45 mi |

Made with TrafficMetrix® Products

## Public Record

### 2021 Assessment

| | | | |
|---|---|---|---|
| Improvements | $358,944 | $59,824.00/Unit | |
| Land | $433,210 | $72,201.67/Unit | |
| Total Value | $792,154 | $132,025.67/Unit | 186% of last sale |

Parcels  5211-016-021

## Flood Risk

| | |
|---|---|
| Flood Risk Area | Moderate to Low Risk Areas |
| FEMA Flood Zone | B and X Area of moderate flood hazard, usually the area between the limits of the 100-year and 500-year floods. |
| Floodplain Area | 100-year and 500-year |
| In SFHA | No |
| FEMA Map Identifier | 06037C1629F |
| FIRM ID | 06037C |
| FIRM Panel Number | 1629F |
| FEMA Map Date | Sep 26, 2008 |

2325 Prince St ,

## 2325 Prince St

★★☆☆☆

Apartments - Lincoln Heights
Submarket
Los Angeles, CA 90031

| 6 Units | 3,633 SF GBA | 1964 Built | 1.4% Vacancy | $513 Asking Rent/Unit |
|---|---|---|---|---|

## Unit Mix

Show  All  **Actual**  Export

| Models | | | Counts | | Units Available | | Avg Asking Rent | | Avg Effec |
|---|---|---|---|---|---|---|---|---|---|
| Beds | Baths | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
| Studio | 1 | - | 2 | 33.3% | 0 | 0.0% | $467 | - | $465 |
| 1 | 1 | - | 1 | 16.7% | 0 | 0.0% | $666 | - | $664 |
| 2 | 1 | - | 3 | 50.0% | 0 | 0.0% | $493 | - | $491 |
| Totals | | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
| All Studios | | - | 2 | 33.3% | 0 | 0.0% | $467 | - | $465 |
| All 1 Beds | | - | 1 | 16.7% | 0 | 0.0% | $666 | - | $664 |
| All 2 Beds | | - | 3 | 50.0% | 0 | 0.0% | $493 | - | $491 |
| **Totals** | | - | 6 | 100.0% | 0 | 0.0% | $513 | - | $51... |

## 2325 Prince St

★★☆☆☆

| | | | | | |
|---|---|---|---|---|---|
| Apartments - Lincoln Heights Submarket Los Angeles, CA 90031 | 6 Units | 3,633 SF GBA | 1964 Built | 1.4% Vacancy | $513 Asking Rent/Unit |

### Recorded Owner

**Lakwe Yonas**
PO BOX 741822
Los Angeles, CA 90004
United States
Since Sep 29, 2006

### True Owner

**Lakwe Yonas**
PO BOX 741822
Los Angeles, CA 90004
United States
Since Sep 29, 2006

## 2325 Prince St

★★☆☆☆

| | | | | | |
|---|---|---|---|---|---|
| Apartments - Lincoln Heights Submarket Los Angeles, CA 90031 | 6 Units | 3,633 SF GBA | 1964 Built | 1.4% Vacancy | $513 Asking Rent/Unit |



Primary Photo



Plat Map

## 2520 Hancock St

★★☆☆☆

Apartments - Montecito Heights
Submarket
Los Angeles, CA 90031

| 6 | 6,131 | 1890 | $1,304 |
|---|---|---|---|
| Units | SF GBA | Built | Asking Rent/Unit |

### Sale

| | | | |
|---|---|---|---|
| Sold Price | $732,000 ($122,000/Unit) | | |
| Date | Jun 2013 | Cap Rate | 6.93% |
| Sale Type | Investment | | |

### Building

| | | | |
|---|---|---|---|
| Type | 2 Star Garden Apartments | | |
| Location | Urban | | |
| Units | 6 | Year Built | 1990 |
| Stories | 1 | Class | C |
| GBA | 6,131 SF | Construction | Wood Frame |
| Typical Floor | 6,131 SF | | |
| # of Buildings | 4 | | |
| Units per Area | 2/AC | | |
| Market Segment | All | | |
| Rent Type | Market | | |
| Taxes | $1,824.70/Unit (2020) | | |
| Opportunity Zone | Yes | | |
| Walk Score® | Very Walkable (88) | | |
| Transit Score® | Good Transit (58) | | |
| Parking Ratio | 0.83/Unit | | |

| Parking Type | Spaces |
|---|---|
| Surface | 5 |

### Land

| | | | |
|---|---|---|---|
| Land Acres | 3.62 AC | Land SF | 157,626 SF |
| Bldg FAR | 0.04 | | |
| Zoning | RD3 | | |

### Public Transportation

| Transit/Subway | Drive | Walk | Distance |
|---|---|---|---|
| Lincoln Heights/Cypress Park Station (... | 4 min | 19 min | 0.9 mi |

| Commuter Rail | Drive | Walk | Distance |
|---|---|---|---|
| Union Station Commuter Rail (Ventura ... | 7 min | | 2.9 mi |
| Cal State LA Commuter Rail (San Bern... | 11 min | | 7.2 mi |

| Airport | Drive | Walk | Distance |
|---|---|---|---|
| Bob Hope Airport | 24 min | | 15.6 mi |
| Los Angeles International Airport | 31 min | | 19.6 mi |
| Long Beach-Daugherty Field Airport | 35 min | | 22.5 mi |

### About the Owner

**Glassical Creations, Inc.**
13915 Live Oak Ave.
Irwindale, CA 91706
United States
(626) 814-8334 (p)
Since May 23, 2013

### Unit Mix

| Beds | Units | Avg SF | Asking Rent/Unit | Asking Rent/SF | Concessions |
|---|---|---|---|---|---|
| Studio | 1 | - | $862 | - | 0.2% |
| 1 | 1 | - | $1,085 | - | 0.3% |
| 2 | 4 | - | $1,359 | - | 0.3% |
| Totals | 6 | - | $1,230 | - | 0.3% |

Updated August 27, 2022

### Market Conditions

| Vacancy Rates | Current | | YOY Change |
|---|---|---|---|
| Submarket 1-3 Star | 1.7% | ↓ | -0.1% |
| Subject Property | 0.0% | ↔ | 0.0% |
| Market Overall | 3.4% | ↓ | -0.6% |

| Market Rent Per Unit | | | |
|---|---|---|---|
| Submarket 1-3 Star | $1,586 | ↑ | 6.1% |
| Subject Property | $1,230 | ↑ | 2.1% |
| Market Overall | $2,188 | ↑ | 5.3% |

| Concessions | | | |
|---|---|---|---|
| Submarket 1-3 Star | 0.4% | ↔ | -0.0% |
| Subject Property | 0.3% | ↔ | 0.0% |
| Market Overall | 0.6% | ↓ | -0.3% |

| Under Construction Units | | | |
|---|---|---|---|
| Market Overall | 28,005 | ↑ | 1.7% |

| Submarket Sales Activity | Current | | Prev Year |
|---|---|---|---|
| | - | | |
| 12 Mo. Price Per Unit | $296.39K | | $275.7K |
| 12 Mo. Sales Volume | $621.69M | | $327.03M |

### Property Contacts

| | |
|---|---|
| True Owner | Glassical Creations, Inc. |
| Recorded Owner | Glassical Creations, Inc. |
| Owner Type | Individual |
| Property Manager | Glassical Creations, Inc. |

### Demographics

| | 1 mile | 3 miles |
|---|---|---|
| Population | 35,518 | 316,251 |
| Households | 9,706 | 94,126 |
| Median Age | 36 | 37.20 |
| Median HH Income | $50,169 | $59,905 |
| Daytime Employees | 9,999 | 149,887 |
| Population Growth '22 - '27 | ↓ -1.72% | ↓ -1.31% |
| Household Growth '22 - '27 | ↓ -2.02% | ↓ -1.30% |

## Location

| | |
|---|---|
| Zip | 90031 |
| Submarket | Montecito Heights |
| Submarket Cluster | Southeast Los Angeles |
| Location Type | Urban |
| Market | Los Angeles |
| County | Los Angeles |
| State | California |
| CBSA | Los Angeles-Long Beach-Glendale, CA |
| DMA | Los Angeles, CA-NV |
| Country | United States |

## Traffic

| Collection Street | Cross Street | Traffic Vol | Last Mea... | Distance |
|---|---|---|---|---|
| Minnesota St | Prewett St W | 169 | 2018 | 0.10 mi |
| Minnesota St | Prewett St E | 105 | 2018 | 0.10 mi |
| Hancock St | N Broadway S | 2,363 | 2022 | 0.11 mi |
| Gates St | N Broadway S | 367 | 2022 | 0.17 mi |
| Griffin Ave | E Ave 26 N | 13,730 | 2022 | 0.17 mi |
| N Broadway | Hancock St W | 27,191 | 2022 | 0.17 mi |
| N Broadway | Johnston St W | 27,738 | 2022 | 0.18 mi |
| N Broadway | Gates St E | 28,206 | 2022 | 0.20 mi |
| Griffin Ave | N Broadway S | 12,322 | 2022 | 0.21 mi |
| Hancock St | Manitou Ave S | 1,872 | 2022 | 0.24 mi |

Made with TrafficMetrix® Products

## Public Record

### 2021 Assessment

| | | | |
|---|---|---|---|
| Improvements | $250,279 | $41,713.17/Unit | |
| Land | $582,474 | $97,079.00/Unit | |
| Total Value | $832,753 | $136,792.17/Unit | 114% of last sale |

Parcels   5208-007-008

## Flood Risk

| | |
|---|---|
| Flood Risk Area | Moderate to Low Risk Areas |
| FEMA Flood Zone | B and X Area of moderate flood hazard, usually the area between the limits of the 100-year and 500-year floods. |
| Floodplain Area | 100-year and 500-year |
| In SFHA | No |
| FEMA Map Identifier | 06037C1629F |
| FIRM ID | 06037C |
| FIRM Panel Number | 1629F |
| FEMA Map Date | Sep 26, 2008 |

# 2520 Hancock St

★★★★★

Apartments - Montecito Heights
Submarket
Los Angeles, CA 90031

| | | | |
|---|---|---|---|
| **6** Units | **6,131** SF GBA | **1890** Built | **$1,304** Asking Rent/Unit |

## Unit Mix

Show | All | Actual | Export

| | Models | | Counts | | Units Available | | Avg Asking Rent | | Avg Effec |
|---|---|---|---|---|---|---|---|---|---|
| Beds | Baths | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
| Studio | - | - | 1 | 16.7% | 0 | 0.0% | $862 | - | $860 |
| 1 | 1 | - | 1 | 16.7% | 0 | 0.0% | $1,085 | - | $1,082 |
| 2 | 1 | - | 3 | 50.0% | 0 | 0.0% | $1,245 | - | $1,242 |
| 2 | 2 | - | 1 | 16.7% | 0 | 0.0% | $1,698 | - | $1,694 |
| **Totals** | | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
| All Studios | | - | 1 | 16.7% | 0 | 0.0% | $862 | - | $860 |
| All 1 Beds | | - | 1 | 16.7% | 0 | 0.0% | $1,085 | - | $1,082 |
| All 2 Beds | | - | 4 | 66.7% | 0 | 0.0% | $1,359 | - | $1,355 |
| **Totals** | | - | 6 | 100.0% | 0 | 0.0% | $1,230 | - | $1,227 |

## 2520 Hancock St

Apartments - Montecito Heights
Submarket
Los Angeles, CA 90031

| 6 Units | 6,131 SF GBA | 1890 Built | $1,304 Asking Rent/Unit |

### Recorded Owner

**Glassical Creations, Inc.**
13915 Live Oak Ave.
Irwindale, CA 91706
United States
(626) 814-8334 (p)
Since May 23, 2013

### True Owner

**Glassical Creations, Inc.**
13915 Live Oak Ave.
Irwindale, CA 91706
United States
(626) 814-8334 (p)
Since May 23, 2013



**Katie Tseng**
(626) 814-8334 (p)
(626) 472-9223 (m)
**katie@unisongifts.com**

### Property Management

**Glassical Creations, Inc.**
13915 Live Oak Ave.
Irwindale, CA 91706
United States
(626) 814-8334 (p)
Since May 23, 2013



**Connie Sang**
Property Manager
(626) 814-8334 (p)
(626) 616-3557 (m)

### Previous Recorded Owner

**Julio & Katya De La Cruz**
8346 Lexington Rd
Downey, CA 90241
United States
(323) 864-3660 (p)
Since May 21, 2013

**Julio & Katya Delacruz**
8346 Lexington
Downey, CA 90241
United States
Since Jan 7, 2008

**Edgardo Lopez**
3600 Wilshire Blvd, Suite 1716
Los Angeles, CA 90010
United States
(213) 380-3939 (p)
Since Jan 5, 2008

### Previous True Owner

**Julio & Katya De La Cruz**
8346 Lexington Rd

**Katya De La Cruz**
(323) 864-3660 (p)

## 2520 Hancock St



Apartments - Montecito Heights
Submarket
Los Angeles, CA 90031

**6** Units | **6,131** SF GBA | **1890** Built | **$1,304** Asking Rent/Unit



Primary Photo



Building Photo



Plat Map

# 3101 Altura St

★★ ☆ ☆ ☆

| | | | | | |
|---|---|---|---|---|---|
| Apartments - Montecito Heights Submarket Los Angeles, CA 90031 | 6 Units | 5,578 SF GBA | 1916 Built | 1.4% Vacancy | $799 Asking Rent/Unit |

## Sale

| | |
|---|---|
| Sold Price | Not Disclosed |
| Date | May 2018 |

## Building

| | |
|---|---|
| Type | 2 Star Low-Rise Apartments |
| Location | Urban |

| | | | |
|---|---|---|---|
| Units | 6 | Year Built | 1916 |
| Stories | 1 | Class | C |
| GBA | 5,578 SF | Construction | Masonry |
| Typical Floor | 5,578 SF | Metering | Individually M... |
| # of Buildings | 2 | | |
| Units per Area | 29/AC | | |
| Market Segment | All | | |
| Rent Type | Market | | |
| Taxes | $2,627.75/Unit (2020) | | |
| Opportunity Zone | Yes | | |
| Walk Score® | Very Walkable (88) | | |
| Transit Score® | Good Transit (56) | | |
| Parking Ratio | 1.00/Unit | | |

| Parking Type | Spaces |
|---|---|
| Covered | 2 |
| Surface | 4 |

## Land

| | | | |
|---|---|---|---|
| Land Acres | 0.21 AC | Land SF | 8,999 SF |
| Bldg FAR | 0.62 | Dimensions | 60' x 150' |
| Zoning | RD3 | | |

## Building Notes

Close to USC Medical Center. Extremely convenient for tenants. Below market rents. No vacany. Separate gas/electric, 2 detached buildings.

## Public Transportation

| Transit/Subway | Drive | Walk | Distance |
|---|---|---|---|
| Lincoln Heights/Cypress Park Station (... | 4 min | 18 min | 0.9 mi |

| Commuter Rail | Drive | Walk | Distance |
|---|---|---|---|
| Union Station Commuter Rail (Ventura ... | 7 min | | 2.9 mi |
| Cal State LA Commuter Rail (San Bern... | 11 min | | 7.1 mi |

| Airport | Drive | Walk | Distance |
|---|---|---|---|
| Bob Hope Airport | 24 min | | 15.5 mi |
| Los Angeles International Airport | 31 min | | 19.5 mi |
| Long Beach-Daugherty Field Airport | 34 min | | 22.5 mi |

## Unit Mix

| Beds | Units | Avg SF | Asking Rent/Unit | Asking Rent/SF | Concessions |
|---|---|---|---|---|---|
| 1 | 2 | - | $670 | - | 0.3% |
| 2 | 4 | - | $863 | - | 0.4% |
| Totals | 6 | - | $799 | - | 0.4% |

Updated August 27, 2022

## Market Conditions

| | Current | YOY Change | |
|---|---|---|---|
| **Vacancy Rates** | | | |
| Submarket 1-3 Star | 1.7% | ▼ | -0.1% |
| Subject Property | 1.4% | ↔ | -0.0% |
| Market Overall | 3.4% | ▼ | -0.6% |
| **Market Rent Per Unit** | | | |
| Submarket 1-3 Star | $1,586 | ↑ | 6.1% |
| Subject Property | $799 | ↑ | 2.1% |
| Market Overall | $2,188 | ↑ | 5.3% |
| **Concessions** | | | |
| Submarket 1-3 Star | 0.4% | ↔ | -0.0% |
| Subject Property | 0.4% | ↔ | 0.0% |
| Market Overall | 0.6% | ▼ | -0.3% |
| **Under Construction Units** | | | |
| Market Overall | 28,005 | ↑ | 1.7% |

| Submarket Sales Activity | Current | Prev Year |
|---|---|---|
| 12 Mo. Price Per Unit | $296.39K | $275.7K |
| 12 Mo. Sales Volume | $621.68M | $327.03M |

## Property Contacts

| | |
|---|---|
| Recorded Owner | Steve C Luong |

## Demographics

| | 1 mile | 3 miles |
|---|---|---|
| Population | 34,749 | 317,707 |
| Households | 9,494 | 94,443 |
| Median Age | 36 | 37.30 |
| Median HH Income | $49,699 | $59,481 |
| Daytime Employees | 10,140 | 156,319 |
| Population Growth '22 - '27 | ▼ -1.70% | ▼ -1.30% |
| Household Growth '22 - '27 | ▼ -2.00% | ▼ -1.29% |

## Traffic

| Collection Street | Cross Street | Traffic Vol | Last Mea... | Distance |
|---|---|---|---|---|
| Hancock St | N Broadway S | 2,363 | 2022 | 0.07 mi |
| N Broadway | Hancock St W | 27,191 | 2022 | 0.13 mi |
| Minnesota St | Prewett St E | 105 | 2018 | 0.14 mi |
| Minnesota St | Prewett St W | 169 | 2018 | 0.14 mi |
| N Broadway | Johnston St W | 27,738 | 2022 | 0.14 mi |
| Gates St | N Broadway S | 367 | 2022 | 0.15 mi |
| N Broadway | Gates St E | 28,206 | 2022 | 0.17 mi |
| Griffin Ave | E Ave 26 N | 13,730 | 2022 | 0.17 mi |
| Griffin Ave | N Broadway S | 12,322 | 2022 | 0.18 mi |
| Hancock St | Manitou Ave S | 1,872 | 2022 | 0.20 mi |

Made with TrafficMetrix® Products

## 3101 Altura St

★★ ★ ★

Apartments - Montecito Heights
Submarket
Los Angeles, CA 90031

| 6 Units | 5,578 SF GBA | 1916 Built | 1.4% Vacancy | $799 Asking Rent/Unit |

### Unit Mix

Show | All | Actual | Export

| Models | | | Counts | | Units Available | | Avg Asking Rent | | Avg Effec |
|---|---|---|---|---|---|---|---|---|---|
| Beds | Baths | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
| 1 | 1 | - | 2 | 33.3% | 0 | 0.0% | $670 | - | $668 |
| 2 | 1 | - | 4 | 66.7% | 0 | 0.0% | $863 | - | $860 |

| Totals | | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
|---|---|---|---|---|---|---|---|---|---|
| All 1 Beds | | - | 2 | 33.3% | 0 | 0.0% | $670 | - | $668 |
| All 2 Beds | | - | 4 | 66.7% | 0 | 0.0% | $863 | - | $860 |
| **Totals** | | - | 6 | 100.0% | 0 | 0.0% | $799 | - | $796 |

Estimate    Unit Mix as of August 27, 2022

## 3101 Altura St

★★ ☆ ☆ ☆

Apartments - Montecito Heights
Submarket
Los Angeles, CA 90031

| 6 Units | 5,578 SF GBA | 1916 Built | 1.4% Vacancy | $799 Asking Rent/Unit |

### Recorded Owner

**Steve C Luong**
18473 Atlantic St
Hesperia, CA 92345
United States
Since Jan 20, 2021

### Previous Recorded Owner

**Luong Cuong Q**
Since Jan 18, 2021

**Quynh Chau**
Since May 4, 2018

**Cuong Q Luong**
18473 Atlantic St
Hesperia, CA 92345
United States
Since May 4, 2018

**Luong Steve C**
Since May 2, 2018

**Steve C Luong**
3211 Minnesota St
Los Angeles, CA 90031
United States
Since Aug 31, 2017

**Cuong Q Luong**
3211 Minnesota St
Los Angeles, CA 90031
United States
Since Sep 28, 2006

### Previous True Owner

**Cuong Q Luong**
3211 Minnesota St
Los Angeles, CA 90031
United States
Since Sep 28, 2006

## 3101 Altura St



| | 6 Units | 5,578 SF GBA | 1916 Built | 1.4% Vacancy | $799 Asking Rent/Unit |
|---|---|---|---|---|---|
| Apartments - Montecito Heights Submarket Los Angeles, CA 90031 | | | | | |



Primary Photo



Building Photo



Building Photo



Plat Map

## 428 E Avenue 28

★★★☆☆

Apartments - Montecito Heights Submarket
Los Angeles, CA 90031

| | | | | |
|---|---|---|---|---|
| 5 Units | 4,714 SF GBA | 1910 Built | 1.4% Vacancy | $792 Asking Rent/Unit |

### Sale

| | |
|---|---|
| Sold Price | Not Disclosed |
| Date | Mar 2019 |

### Building

| | | | | |
|---|---|---|---|---|
| Type | 3 Star Low-Rise Apartments | | | |
| Location | Urban | | | |
| | | | | |
| Units | 5 | Year Built | 1910 | |
| Stories | 2 | Class | C | |
| | | | | |
| GBA | 4,714 SF | Construction | Masonry | |
| Typical Floor | 4,714 SF | | | |
| # of Buildings | 1 | | | |
| Units per Area | 22/AC | | | |
| Market Segment | All | | | |
| Rent Type | Market | | | |
| | | | | |
| Taxes | $1,191.79/Unit (2020) | | | |
| | | | | |
| Opportunity Zone | Yes | | | |
| | | | | |
| Walk Score® | Very Walkable (79) | | | |
| Transit Score® | Good Transit (62) | | | |
| | | | | |
| Parking Ratio | 1.60/Unit | | | |

| Parking Type | Spaces |
|---|---|
| Surface | 8 |

### Land

| | | | |
|---|---|---|---|
| Land Acres | 0.23 AC | Land SF | 9,862 SF |
| Bldg FAR | 0.48 | | |
| | | | |
| Zoning | R3, Los Angeles | | |

### Building Notes

Location Corner: NW

Property Description: Multi Family  • 5 Units

Apartment Unit:  SFR

### Public Transportation

| Transit/Subway | Drive | Walk | Distance |
|---|---|---|---|
| Lincoln Heights/Cypress Park Station (... | 3 min | 15 min | 0.8 mi |
| Heritage Square/Arroyo Station (Gold Li... | 3 min | 17 min | 0.8 mi |

| Commuter Rail | Drive | Walk | Distance |
|---|---|---|---|
| Union Station Commuter Rail (Ventura ... | 8 min | | 3.1 mi |
| Cal State LA Commuter Rail (San Bern... | 11 min | | 7.3 mi |

| Airport | Drive | Walk | Distance |
|---|---|---|---|
| Bob Hope Airport | 24 min | | 15.5 mi |
| Los Angeles International Airport | 31 min | | 19.6 mi |
| Long Beach-Daugherty Field Airport | 35 min | | 22.7 mi |

### Unit Mix

| Beds | Units | Avg SF | Asking Rent/Unit | Asking Rent/SF | Concessions |
|---|---|---|---|---|---|
| 1 | 1 | - | $761 | - | 0.4% |
| 2 | 4 | - | $799 | - | 0.4% |
| Totals | 5 | - | $792 | - | 0.4% |

Updated August 27, 2022

### Market Conditions

| Vacancy Rates | Current | | YOY Change |
|---|---|---|---|
| Submarket 2-4 Star | 1.8% | ↑ | 0.1% |
| Subject Property | 1.4% | ↔ | -0.0% |
| Market Overall | 3.4% | ↓ | -0.6% |

| Market Rent Per Unit | | | |
|---|---|---|---|
| Submarket 2-4 Star | $1,612 | ↑ | 6.1% |
| Subject Property | $792 | ↑ | 1.9% |
| Market Overall | $2,189 | ↑ | 5.3% |

| Concessions | | | |
|---|---|---|---|
| Submarket 2-4 Star | 0.5% | ↑ | 0.1% |
| Subject Property | 0.4% | ↔ | 0.0% |
| Market Overall | 0.6% | ↓ | -0.3% |

| Under Construction Units | | | |
|---|---|---|---|
| Market Overall | 28,005 | ↑ | 1.7% |

| Submarket Sales Activity | Current | Prev Year |
|---|---|---|
| | - | - |
| 12 Mo. Price Per Unit | $296.39K | $275.7K |
| 12 Mo. Sales Volume | $621.68M | $327.03M |

### Property Contacts

| | |
|---|---|
| True Owner | John & Maria Yateem |
| Recorded Owner | Yateem John & Maria Trust |
| Owner Type | Individual |

### Demographics

| | 1 mile | 3 miles |
|---|---|---|
| Population | 38,533 | 314,539 |
| Households | 10,610 | 94,107 |
| Median Age | 36.20 | 37.30 |
| Median HH Income | $51,323 | $61,076 |
| Daytime Employees | 7,842 | 143,108 |
| | | |
| Population Growth '22 - '27 | ↓ -1.82% | ↓ -1.26% |
| Household Growth '22 - '27 | ↓ -2.16% | ↓ -1.28% |

## About the Owner

**John & Maria Yateem**
1409 E Palmer Ave
Glendale, CA 91205
United States
(818) 240-8816 (p)
Since Mar 4, 2020

## Location

| | |
|---|---|
| Zip | 90031 |
| Submarket | Montecito Heights |
| Submarket Cluster | Southeast Los Angeles |
| Location Type | Urban |
| Market | Los Angeles |
| County | Los Angeles |
| State | California |
| CBSA | Los Angeles-Long Beach-Glendale, CA |
| DMA | Los Angeles, CA-NV |
| Country | United States |

## Traffic

| Collection Street | Cross Street | Traffic Vol | Last Mea... | Distance |
|---|---|---|---|---|
| Minnesota St | Prewett St E | 105 | 2018 | 0.11 mi |
| Griffin Ave | E Ave 28 S | 7,583 | 2022 | 0.12 mi |
| Minnesota St | Prewett St W | 169 | 2018 | 0.13 mi |
| Montecito St | Johnston St NW | 1,318 | 2018 | 0.21 mi |
| Griffin Ave | E Ave 26 N | 13,730 | 2022 | 0.22 mi |
| Hancock St | N Broadway S | 2,363 | 2022 | 0.31 mi |
| Sichel St | Altura St N | 875 | 2022 | 0.32 mi |
| Griffin Ave | N Broadway S | 12,322 | 2022 | 0.32 mi |
| Griffin Ave | Smith St N | 6,920 | 2022 | 0.36 mi |
| Gates St | N Broadway S | 367 | 2022 | 0.36 mi |

Made with TrafficMetrix® Products

## Public Record

### 2021 Assessment

| | | |
|---|---|---|
| Improvements | $247,528 | $49,505.60/Unit |
| Land | $160,555 | $32,111.00/Unit |
| Total Value | $408,083 | $81,616.60/Unit |

Parcels    5206-010-021

## Flood Risk

| | |
|---|---|
| Flood Risk Area | Moderate to Low Risk Areas |
| FEMA Flood Zone | B and X Area of moderate flood hazard, usually the area between the limits of the 100-year and 500-year floods. |
| Floodplain Area | 100-year and 500-year |
| In SFHA | No |
| FEMA Map Identifier | 06037C1629F |
| FIRM ID | 06037C |
| FIRM Panel Number | 1629F |
| FEMA Map Date | Sep 26, 2008 |

## 428 E Avenue 28    ★★★☆☆

| | | | | | |
|---|---|---|---|---|---|
| Apartments - Montecito Heights Submarket Los Angeles, CA 90031 | 5 Units | 4,714 SF GBA | 1910 Built | 1.4% Vacancy | $792 Asking Rent/Unit |

### Unit Mix

Show | All | Actual | Export

| Models | | | Counts | | Units Available | | Avg Asking Rent | | Avg Effec |
|---|---|---|---|---|---|---|---|---|---|
| Beds | Baths | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
| 1 | 1 | - | 1 | 20.0% | 0 | 0.0% | $761 | - | $758 |
| 2 | 1 | - | 4 | 80.0% | 0 | 0.0% | $799 | - | $796 |
| Totals | | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
| All 1 Beds | | - | 1 | 20.0% | 0 | 0.0% | $761 | - | $758 |
| All 2 Beds | | - | 4 | 80.0% | 0 | 0.0% | $799 | - | $796 |
| **Totals** | | **-** | **5** | **100.0%** | **0** | **0.0%** | **$792** | **-** | **$789** |

426 E Avenue 28

## 428 E Avenue 28    ★★★☆☆

| | | | | | |
|---|---|---|---|---|---|
| Apartments - Montecito Heights Submarket Los Angeles, CA 90031 | 5 Units | 4,714 SF GBA | 1910 Built | 1.4% Vacancy | $792 Asking Rent/Unit |

### Recorded Owner

**Yateem John & Maria Trust**
1409 E Palmer Ave
Glendale, CA 91205
United States
Since Mar 28, 2019

### True Owner

**John & Maria Yateem**
1409 E Palmer Ave
Glendale, CA 91205
United States
(818) 240-8816 (p)
Since Mar 4, 2020

**John Yateem**
(818) 240-8816 (p)

### Previous Recorded Owner

**Yateem John & Maria**
Since Mar 26, 2019

**Yateem John & Maria**
1409 E Palmer Ave
Glendale, CA 91205
United States
Since Jul 30, 2002

**Images**



Primary Photo



Building Photo



Building Photo



Building Photo



Plat Map

# 422 E Avenue 28

| | | | |
|---|---|---|---|
| Apartments - Montecito Heights Submarket Los Angeles, CA 90031 | 5 Units | 4,480 SF GBA | 1912 Built | $1,357 Asking Rent/Unit |

## Sale

| | |
|---|---|
| Sold Price | $600,000 ($120,000/Unit) |
| Date | May 2013 |
| Sale Type | Investment |
| Financing | Down Payment of $150,000 (25%) |
| | 1st Mortgage: Wells Fargo Bank |
| | Bal/Pmt: $450,000/- |

Cap Rate 7.28%

## Building

| | |
|---|---|
| Type | 2 Star Low-Rise Apartments |
| Location | Urban |
| Units | 5 |
| Stories | 1 |
| GBA | 4,480 SF |
| Typical Floor | 4,480 SF |
| # of Buildings | 2 |
| Units per Area | 31/AC |
| Market Segment | All |
| Rent Type | Market |
| Taxes | $1,909.68/Unit (2020) |
| Opportunity Zone | Yes |
| Walk Score® | Very Walkable (79) |
| Transit Score® | Good Transit (62) |
| Parking Ratio | 1.20/Unit |

| | |
|---|---|
| Year Built | 1912 |
| Class | C |
| Construction | Wood Frame |

| Parking Type | Spaces |
|---|---|
| Surface | 6 |

## Land

| | | | |
|---|---|---|---|
| Land Acres | 0.16 AC | Land SF | 6,952 SF |
| Bldg FAR | 0.64 | Dimensions | 50' x 139' |
| Zoning | RD3 | | |

## Public Transportation

| Transit/Subway | Drive | Walk | Distance |
|---|---|---|---|
| Lincoln Heights/Cypress Park Station (... | 3 min | 15 min | 0.7 mi |
| Heritage Square/Arroyo Station (Gold Li... | 3 min | 16 min | 0.7 mi |

| Commuter Rail | Drive | Walk | Distance |
|---|---|---|---|
| Union Station Commuter Rail (Ventura ... | 7 min | | 3.1 mi |
| Cal State LA Commuter Rail (San Bern... | 11 min | | 7.3 mi |

| Airport | Drive | Walk | Distance |
|---|---|---|---|
| Bob Hope Airport | 23 min | | 15.5 mi |
| Los Angeles International Airport | 30 min | | 19.5 mi |
| Long Beach-Daugherty Field Airport | 35 min | | 22.7 mi |

## About the Owner

**Stphen Liu and Devon Myers**
1441 Ardmore Ave
Glendale, CA 91202
United States
Since May 16, 2013

## Unit Mix

| Beds | Units | Avg SF | Asking Rent/Unit | Asking Rent/SF | Concessions |
|---|---|---|---|---|---|
| 1 | 4 | - | $1,280 | - | 0.3% |
| 2 | 1 | - | $1,664 | - | 0.2% |
| Totals | 5 | - | $1,357 | - | 0.3% |

Updated August 27, 2022

## Market Conditions

| | Current | YOY Change |
|---|---|---|
| Vacancy Rates | | |
| Submarket 1-3 Star | 1.7% | ↓ -0.1% |
| Subject Property | 0.0% | ↔ 0.0% |
| Market Overall | 3.4% | ↓ -0.6% |
| Market Rent Per Unit | | |
| Submarket 1-3 Star | $1,586 | ↑ 6.1% |
| Subject Property | $1,357 | ↑ 2.1% |
| Market Overall | $2,188 | ↑ 5.3% |
| Concessions | | |
| Submarket 1-3 Star | 0.4% | ↔ -0.0% |
| Subject Property | 0.3% | ↔ 0.0% |
| Market Overall | 0.6% | ↓ -0.3% |
| Under Construction Units | | |
| Market Overall | 28,005 | ↑ 1.7% |

| Submarket Sales Activity | Current | Prev Year |
|---|---|---|
| 12 Mo. Price Per Unit | $296.39K | $275.7K |
| 12 Mo. Sales Volume | $621.68M | $327.03M |

## Property Contacts

| | |
|---|---|
| True Owner | Stphen Liu and Devon Myers |
| Owner Type | Individual |

## Demographics

| | 1 mile | 3 miles |
|---|---|---|
| Population | 38,486 | 314,472 |
| Households | 10,603 | 94,170 |
| Median Age | 36.20 | 37.30 |
| Median HH Income | $51,266 | $61,025 |
| Daytime Employees | 7,852 | 148,175 |
| Population Growth '22 - '27 | ↓ -1.82% | ↓ -1.26% |
| Household Growth '22 - '27 | ↓ -2.15% | ↓ -1.27% |

## Traffic

| Collection Street | Cross Street | Traffic Vol | Last Mea... | Distance |
|---|---|---|---|---|
| Griffin Ave | E Ave 28 S | 7,583 | 2022 | 0.10 mi |
| Minnesota St | Prewett St E | 105 | 2018 | 0.13 mi |
| Minnesota St | Prewett St W | 169 | 2018 | 0.15 mi |
| Griffin Ave | E Ave 26 N | 13,730 | 2022 | 0.22 mi |
| Montecito St | Johnston St NW | 1,318 | 2018 | 0.22 mi |
| Sichel St | Altura St N | 875 | 2022 | 0.31 mi |
| Hancock St | N Broadway S | 2,363 | 2022 | 0.32 mi |
| Griffin Ave | N Broadway S | 12,322 | 2022 | 0.32 mi |
| Griffin Ave | Smith St N | 6,920 | 2022 | 0.35 mi |
| W Ave 26 | Barranca St NW | 15,644 | 2022 | 0.36 mi |

## Location

| | |
|---|---|
| Zip | 90031 |
| Submarket | Montecito Heights |
| Submarket Cluster | Southeast Los Angeles |
| Location Type | Urban |
| Market | Los Angeles |
| County | Los Angeles |
| State | California |
| CBSA | Los Angeles-Long Beach-Glendale, CA |
| DMA | Los Angeles, CA-NV |
| Country | United States |

## Public Record

### 2021 Assessment

| | | | |
|---|---|---|---|
| Improvements | $396,798 | $77,359.60/Unit | |
| Land | $295,785 | $59,157.00/Unit | |
| Total Value | $682,583 | $136,516.60/Unit | 114% of last sale |
| | | | |
| Parcels | 5206-010-017 | | |

## Flood Risk

| | |
|---|---|
| Flood Risk Area | Moderate to Low Risk Areas |
| FEMA Flood Zone | B and X Area of moderate flood hazard, usually the area between the limits of the 100-year and 500-year floods. |
| Floodplain Area | 100-year and 500-year |
| In SFHA | No |
| FEMA Map Identifier | 06037C1629F |
| FIRM ID | 06037C |
| FIRM Panel Number | 1629F |
| FEMA Map Date | Sep 26, 2008 |

422 E Avenue 28 |

## 422 E Avenue 28

★★☆☆☆

Apartments - Montecito Heights
Submarket
Los Angeles, CA 90031

| 5 Units | 4,480 SF GBA | 1912 Built | $1,357 Asking Rent/Unit |
|---|---|---|---|

## Unit Mix

Show  All  | Actual | Export

| | Models | | | Counts | | Units Available | | Avg Asking Rent | | Avg Efice |
|---|---|---|---|---|---|---|---|---|---|---|
| Beds | Baths | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
| 1 | 1 | - | 4 | 80.0% | 0 | 0.0% | $1,280 | - | $1,277 |
| 2 | 1 | - | 1 | 20.0% | 0 | 0.0% | $1,664 | - | $1,660 |
| | | Avg SF | Units | Mix % | Units | Percent | Per Unit | Per SF | Per Unit |
| Totals | | | | | | | | | |
| All 1 Beds | | - | 4 | 80.0% | 0 | 0.0% | $1,280 | - | $1,277 |
| All 2 Beds | | - | 1 | 20.0% | 0 | 0.0% | $1,664 | - | $1,660 |
| Totals | | - | 5 | 100.0% | 0 | 0.0% | $1,357 | - | $1,353 |

## 422 E Avenue 28

★★ ☆ ☆ ☆

Apartments - Montecito Heights
Submarket
Los Angeles, CA 90031

| 5 | 4,480 | 1912 | $1,357 |
|---|---|---|---|
| Units | SF GBA | Built | Asking Rent/Unit |

### True Owner

**Stphen Liu and Devon ...**
1441 Ardmore Ave
Glendale, CA 91202
United States
Since May 16, 2013



**Stphen Liu**

### Previous Recorded Owner

**Alfredo Gutierrez**
1217 E 8th St
Long Beach, CA 90813
United States
Since May 14, 2013

**Stphen Liu and Devon Myers**
1441 Ardmore Ave
Glendale, CA 91202
United States
Since May 1, 2013

**Larry M Herrera**
1033 E Michelle St
West Covina, CA 91790
United States
Since Feb 12, 2008

**Larry Mercado Herrera**
1033 E Michelle St
West Covina, CA 91790
United States
Since Sep 8, 2007

**Herlinda Herrera Luna**
1033 E Michelle St
West Covina, CA 91790
United States
Since Sep 8, 2007

### Previous True Owner

**Alfredo Gutierrez**
1217 E 8th St
Long Beach, CA 90813
United States
Since May 14, 2013



**Alfredo Gutierrez**

## 422 E Avenue 28



| Apartments - Montecito Heights Submarket Los Angeles, CA 90031 | 5 Units | 4,480 SF GBA | 1912 Built | $1,357 Asking Rent/Unit |
|---|---|---|---|---|



Primary Photo



Building Photo



Building Photo



Plat Map

## Analysis of Comparable Lease Activity

We have surveyed leasing agents and managers for the subject's market area and have located comparable properties that offer competition to the subject given the subject property's status as a leased property, similar to a large majority of the properties located in the subject area. Our estimation of market rent was determined by recently signed leases in comparable buildings and conversations with property managers and brokers for various properties in the retail facility market. We have surveyed leasing agents and managers for the subject's market area and have located comparable properties that offer competition to the subject given the subject property's status as a leased property, similar to a large majority of the properties located in the subject area.

## Analysis of Comparable Market Data - Estimation of Market Rent

Subject unit mix and occupancy information, rent roll and financials were not available for this engagement. Actual rents for comparable area leased properties reported an average lease rate of $1.61 per square foot. All comparables are within a one mile radius of the subject. Properties located closer to downtown or toward I-5 will command higher rental rates. The subject appears to be in good condition, better than the average condition of comparable properties. If available for rent, the subject should be able to lease at a rate as is above the average range of $1.61 per square foot per month, or approximately $1.75 to %2.25 per square foot per month, or $2 per square foot per month and $24 per square foot per year. Gross income is projected at $24 per square foot times 2,843 square feet or approximately $68,000 per year.

TOBIN REAL ESTATE ADVISORS, INC.

## Rate Growth

Rental income and operating expense increases have been based upon an analysis of the Urban Wage Earners and Clerical Workers, U.S. City Average Consumer Price Index base year 1967, displayed as follows:

TOBIN REAL ESTATE ADVISORS, INC.

| Consumer Price Index | | |
|---|---|---|
| Date | Level | Change |
| December 2021 | 815.94 | 7.81% |
| December 2020 | 756.83 | 1.45% |
| December 2019 | 746..02 | 2.32% |
| December 2018 | 729.14 | 1.77% |
| December 2017 | 716.45 | 2.22% |
| December 2016 | 701.15 | 1.99% |
| December 2015 | 687.46 | 0.38% |
| December 2014 | 684.83 | 0.32% |
| December 2013 | 682.64 | 1.49% |
| December 2012 | 672.85 | 1.67% |
| December 2011 | 661.8 | 3.12% |
| December 2010 | 641.2 | 1.68% |
| December 2009 | 630.6 | 3.36% |
| December 2008 | 610.1 | -0.46% |
| December 2007 | 612.9 | 4.36% |
| December 2006 | 587.3 | 2.44% |
| December 2005 | 573.3 | 3.45% |
| December 2004 | 554.2 | 3.40% |
| December 2003 | 536.0 | 1.67% |
| December 2002 | 527.2 | 2.37% |
| December 2001 | 515.0 | 1.28% |
| December 2000 | 508.5 | 3.40% |
| December 1999 | 491.8 | 2.76% |
| December 1998 | 478.6 | 1.55% |
| December 1997 | 471.3 | 1.51% |
| December 1996 | 464.3 | 3.29% |
| December 1995 | 449.5 | 2.49% |
| December 1994 | 438.6 | 2.76% |
| December 1993 | 426.8 | 2.52% |
| December 1992 | 416.3 | 2.87% |
| December 1991 | 404.7 | 2.77% |
| December 1990 | 393.8 | 6.12% |
| December 1989 | 371.1 | 4.54% |
| December 1988 | 355.0 | 4.35% |
| December 1987 | 340.2 | 4.45% |
| December 1986 | 325.7 | 0.71% |
| December 1985 | 323.4 | 3.59% |
| December 1984 | 312.2 | 3.55% |
| December 1983 | 301.5 | 3.25% |
| December 1982 | 292.0 | 3.88% |
| December 1981 | 281.1 | 8.66% |
| December 1980 | 258.7 | 12.48% |
| December 1979 | 230.0 | 13.36% |
| December 1978 | 202.9 | 9.03% |
| December 1977 | 186.1 | 6.77% |
| December 1976 | 174.3 | 4.81% |
| December 1975 | 166.3 | 7.01% |
| December 1974 | 155.4 | 12.20% |
| December 1973 | 138.5 | 8.80% |
| December 1972 | 127.3 | 3.41% |
| December 1971 | 123.1 | 3.36% |
| December 1970 | 119.1 | 5.49% |
| December 1969 | 112.9 | 6.11% |
| December 1968 | 106.4 | 6.40% |
| December 1967 | 100.0 | |

● Page 24

The average cumulative change over the past fifty-two years is summarized in five to fifty year segments, as follows:

| Past Time Frame | Average Change |
|---|---|
| Five Preceding Years | 3.11% |
| Ten Preceding Years | 2.14% |
| Fifteen Preceding Years | 2.23% |
| Twenty Preceding Years | 2.34% |
| Twenty-Five Preceding Years | 2.29% |
| Thirty Preceding Years | 2.37% |
| Thirty-Five Preceding Years | 2.67% |
| Forty Preceding Years | 2.71% |
| Forty-Five Preceding Years | 3.53% |
| Fifty Preceding Years | 3.90% |
| Fifty Four Preceding Years | 4.01% |

Given the good health of the national economy, and the solid location of the subject just south of I-90, and its desirable location in the *Far Northwest* submarket, we have projected rental increases and expense increases at two to four percent per year, or three percent, particularly with the latest monthly national CPI showing increases closer to eight percent.

## Vacancy

The market vacancy rate for residential multifamily rental properties was reported at 3.4% in the second quarter of 2022 for the *Los Angeles* market, according to *Costar,* and 1.8% in the *Southeast Los Angeles* submarket as of the same time period. No significant new supply is expected to impact the subject's market over the next 12 to 18 months. The subject is expected to be well leased for an extended period of time, however, properties with older tenant profiles tend to indicate higher vacancy over time. To account for potential new competition, we have projected vacancy factor of 4% to 6%, or 5% for the space.

## ESTIMATE OF MARKET RENTS, TERMS AND ABSORPTION

The market rent and terms have been estimated by a survey of recent leasing activity in the subject and its sub market. We have surveyed leasing agents and managers for the subject's market area and have located comparable properties that offer competition to the subject given the subject property's status as a leased property, similar to a large majority of the properties located in the subject area. Our estimation of market rent was determined by recently signed leases in comparable buildings and conversations with property managers and brokers for various properties in the automotive facility market. Subject unit mix and occupancy information, rent roll and financials were not available for this engagement. Actual rents for comparable area leased properties reported an average lease rate of $1.61 per square foot. All comparables are within a one mile radius of the subject. Properties located closer to downtown or toward I-5 will command higher rental rates. The subject appears to be in good condition, better than the average condition of comparable properties. If available for rent, the subject should be able to lease at a rate as is above the average range of $1.61 per square foot per month, or approximately $1.75 to %2.25 per square foot per month, or $2 per square foot per month and $24 per square foot per year. Gross income is projected at $24 per square foot times 2,843 square feet or approximately $68,000 per year.

TOBIN REAL ESTATE ADVISORS, INC.

## HIGHEST AND BEST USE ANALYSIS

### AS VACANT

The first constraint imposed on the possible use of the property is that which is dictated by the physical aspects of the site itself.  The subject property is irregular in shape.  The subject neighborhood is fully improved with all utilities and is served by adequate city services.  Consequently, the size and shape of the subject site along with utilities, services available and topography allow for flexibility in potential development.  Overall, the physical aspects of the site itself impose no constraints that would prevent the site from being developed with those legal and feasible uses.

The most significant legal restriction imposed upon the parcel's development potential is its zoning status, or LAR1, Residential District (City of *Los Angeles* Zoning Ordinance).  Principal permitted uses: The purpose of this district is to accommodate low-density residential and institutional uses.

Typically, of those uses that are both possible and permissible, only a few are feasible.  The subject is located northeast of downtown, in a residential single- and multifamily//office/retail submarket, with areas in all directions continuing to exhibit ongoing renovation of properties.  The neighborhood is considered in the stable stage given population growth expectations and it has remained a viable residential retail location due to excellent transportation and an available skilled and unskilled labor pool.  Considering industrial use (light industrial allowable), today's industrial building designs are primarily one floor that allow for continuous flow manufacturing.    Industrial use is most compatible to these areas (predominantly off a main thoroughfare) where the city has master planned its existence in this location.  The site also does not allow for office usage.  Office uses are most compatible in downtown and closer to the interstate in suburban locations.  Retail uses are more suitable to high traffic arteries, similar to the subject's location. Institutional uses, including public libraries, theaters or museums, are already well represented in areas closer to entertainment destinations and in the more established downtown areas.  Entertainment centers, including movie screens and arcade attractions for both young and adult consumers, are a significant current development trend in the market.  The emerging entertainment market has not yet tested the depth of demand to indicate whether all entertainment developments that have been announced will be successful.

After an examination of possible, permissible and feasible uses, it is concluded that the highest and best use of the subject site as vacant would be for development in conjunction with the existing development in the immediate area, primarily small-scale residential.  The size of the subject site, the site's proximity to downtown and interstates and labor force proximity make the subject property a very attractive target for purchase.

### AS IMPROVED

In estimating the highest and best use of the subject property as improved, an analysis was undertaken with its respect to conforming to city requirements (building and zoning regulations), conformity with development in the immediate area and the market demand for improved property of this type.  The improvements consist of a residential multifamily rental property.  An analysis of the available market data vacant and improved) indicates that the total value of the property, as improved, is greater than the site as if vacant.  Given the physical characteristics of the improved property, it appears that this property does have an immediate

● Page 26

alternative use. It is our opinion that any change to an alternative use would not require substantial capital expenditures that would approach a prohibitive amount. Due to the area's proximity to the interstate and surrounding growing residential as substantial traffic generators drawing residents from surrounding areas, development of properties with higher densities have remained economically viable. Therefore, it is our opinion that the highest and best use of the subject property, as improved, is its current use.

TOBIN REAL ESTATE ADVISORS, INC.

# IV. FINANCIAL ANALYSIS

# THE VALUATION PROCESS

A valuation is an informed opinion of value. In preparation for formulating an opinion, the analysts gather relevant facts from the marketplace; these facts are classified and interpreted on the basis of the analysts' specialized training and experience. The opinions of other experts or participants in the market are sought and their input is factored in with the analysts' observations. The valuation process begins with an estimate of the highest and best use of the land as though vacant; all the preceding analyses of the county/city, neighborhood and improvements are taken into account in this section of the valuation (the process of estimating value flows from this initial determination or estimate). Contemporary analysts usually gather and process the data according to the three approaches to value; these approaches lead the analysts through a logical and orderly process, with built-in checks and balances to assure the analysts and the client that every reasonable effort has been made to acquire and analyze all factors relevant to the valuation process.

The cost approach is defined as that procedure in appraisal analysis that is based on the proposition that an informed purchaser would pay no more than the cost of producing a substitute property with the same utility. It is particularly applicable when the property is proposed or involves relatively new improvements that represent the highest and best use of the land, or when relatively unique or specialized improvements are located on the site and there exist no comparable properties on the market. In determining market value via the cost approach, the estimated costs of the improvements are added to the market value of the land as estimated through sales comparisons.

The sales comparison approach is predicated on prices paid in actual market transactions. This is a process of analyzing sales of similar properties to derive an indication of the most probable sale price of the property being appraised. This approach is used to extract pertinent appraisal indicators as they relate to the subject, such as overall rates of return, gross income multipliers and price per square foot. Sales chosen are felt to be the most accurate indications of the actions of buyers and sellers in the market.

To estimate value via the income capitalization approach, we forecast earning potential through lease income of the property. To estimate the subject's market rental rates, we surveyed several competing properties in the market. With the gross potential income estimated, appropriate deductions for expenses, vacancy and collection loss yield net operating income. Anticipated income is then transformed into a present worth through a capitalization process. The income capitalization approach is based on the theory of anticipation, which affirms that value is created by the anticipation of future benefits. That value may be defined as the present worth of all rights to future benefits.

At the conclusion of these approaches, the value indicators are correlated into a final value estimate. Final consideration is given to the purpose of the appraisal, the type of property appraised, and the accuracy, relevancy and reliability of the data processed as they relate to the market.

## Applicability to the Subject Property

Investors in property such as the subject are motivated primarily by income and profit. For that reason, the income capitalization approach is considered the most relevant. The reliability of the sales comparison approach is dependent on the quality of data obtained concerning recent sales of similar properties. In this case, the sales comparison approach is considered useful because of the abundance of comparable rental developments transacted during the past few years; the sales comparison approach has been used as a check on the value derived via the income capitalization approach. In the case of the cost approach, there have been recent land sale transactions to estimate the value of the vacant land via a sales comparison analysis, and the project is in good condition. In this instance, we have estimated the market value of the subject via the cost approach as a check against our sales comparison and income capitalization conclusions of value.

TOBIN REAL ESTATE ADVISORS, INC.

# THE COST APPROACH

## METHODOLOGY

The cost approach is predicated on the assumption that an informed investor would pay no more for a property than the cost of producing a substitute property having the same utility, without undue delay.  The basic steps of this approach are:

1. Estimate the value of the site as though vacant.

2. Estimate the replacement cost of the building and the site improvements new.

3. Estimate the dollar amount of accrued depreciation resulting from physical deterioration (curable and incurable), functional obsolescence, and adverse economic or environmental conditions.

4. Deduct accrued depreciation from the reproduction or replacement cost new (RCN), and add the estimated site value.  The depreciated cost of personal property, if applicable, can also be added.

## LAND VALUATION

Using the sales comparison methodology, the analysts estimate the value of a property by comparing it with similar, recently sold properties in the surrounding or competing areas. Inherent in this approach is the principle of substitution, which holds that when a property is replaceable in the market, its value tends to be set as the cost of acquiring an equally desirable substitute property, assuming that no costly delay is encountered in making the substitution.  By analyzing sales that qualify as arm's length transactions between willing and knowledgeable buyers and sellers, we can identify market value and price trends.  The sold properties must be comparable to the subject in physical, locational and economic characteristics.  The basic steps of this approach are:

1. Research recent, relevant property sales and current offerings throughout the competitive area.

2. Select and analyze properties that are most similar to the subject, giving consideration to the appropriate elements of comparison, including property rights conveyed, financing terms, conditions of sale, market conditions, location, physical characteristics and intended use.

3. Make appropriate adjustments, if needed, to the prices of the comparable properties, or attempt to rank the properties with respect to the subject.

4. Interpret the sales data and draw a logical value conclusion, estimating market value based on a common unit of comparison (price per square foot).

### Presentation of Sales

The following pages include comparable land sales selected for analysis and a market data map for a visual depiction of the sale properties' location relative to the subject.

# COMPARABLE LAND SALES



Scale 1 : 25,000

1" = 2,083.3 ft        Data Zoom 13-4

TOBIN REAL ESTATE ADVISORS, INC.

## 231 S Avenue 18

**SOLD**

Los Angeles, CA 90031
Sale on 7/15/2022 for $1,350,000 ($5,918,456.82/AC) - Research Complete
Residential Land of 0.23 AC (9,936 SF)




### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | **231Sa18 Partners LP** | Recorded Seller: | **ATWTR8, LLC** |
| True Buyer: | **Streetlamp Partners** | True Seller: | **Ted Chan** |
| | **Seth Hamilton** | | **Ted Chan** |
| | 1940 N Tustin St | | 2180 Ashbourne Dr |
| | Orange, CA 92865 | | San Marino, CA 91108 |
| | (714) 397-6077 | | (626) 841-8888 |
| Buyer Type: | **Other - Private** | Seller Type: | **Individual** |
| Buyer Broker: | **Growth Investment Group, Inc.** | Listing Broker: | **Growth Investment Group, Inc.** |
| | **Han Widjaja-Chen** | | **Han Widjaja-Chen** |
| | (626) 594-4900 | | (626) 594-4900 |
| | **Justin McCardle** | | **Justin McCardle** |
| | (626) 898-9730 | | (626) 898-9730 |

### Transaction Details

ID: 6084176

| | | | |
|---|---|---|---|
| Sale Date: | **07/15/2022 (88 days on market)** | Sale Type: | **Investment** |
| Escrow Length: | - | Land Area: | **0.23 AC (9,936 SF)** |
| Sale Price: | **$1,350,000-Confirmed** | Proposed Use: | **MultiFamily, Apartment Units, Apartment Units - Condo, Single Family Development** |
| Asking Price: | **1284000** | | |
| Price/AC Land Gross: | **$5,918,456.82 ($135.87/SF)** | | |
| Zoning: | **RD1.5 Tier 1** | Percent Improved: | **20.0%** |
| Transfer Tax: | **$1,485** | Total Value Assessed: | **$937,815 in 2021** |
| | | Improved Value Assessed: | **$187,563** |
| | | Land Value Assessed: | **$750,252** |
| | | Land Assessed/AC: | **$3,289,136** |
| Street Frontage: | **60 feet on South Avenue 18 (with 1 curb cut)** | | |
| Financing: | **Down payment of $675,000.00 (50.0%)** **$675,000.00 from Private Lender** | | |
| Topography: | **Level** | | |
| On-Site Improv: | **Previously developed lot** | | |

© 2022                        ~ Tobin Real Estate Advisors

## 231 S Avenue 18

**SOLD**

Residential Land of 0.23 AC (9,936 SF) (con't)

| | |
|---|---|
| Off-Site Improv: | **Curb/Gutter/Sidewalk, Electricity, Gas, Irrigation, Sewer, Streets, Water** |
| Improvements: | **Vacant SFR** |
| Legal Desc: | **Lot 11 blk 1, bk 3 pg 194.** |
| Parcel No: | **5447-026-005** |
| Document No: | **0728910** |

### Transaction Notes

On 7/15/22, the land at 231 S Avenue 18 was sold for $1,350,000. There was a phase 1 done and it came back clean.

The property was on the market for three months, with an initial asking price of $1,284,000.

The buyer is planning develop residential condos on the site, additional details were not disclosed.

### Current Land Information

ID: 12727381

| | | | |
|---|---|---|---|
| Zoning: | **RD1.5 Tier 1** | Proposed Use: | **MultiFamily/Apartment Units/Apartment Units - Condo/Single Family Development** |
| Density Allowed: | - | Land Area: | **0.23 AC (9,936 SF)** |
| Number of Lots: | - | On-Site Improv: | **Previously developed lot** |
| Max # of Units: | - | Lot Dimensions: | - |
| Units per Acre: | - | Owner Type: | **Other - Private** |
| Improvements: | **Vacant SFR** | | |
| Topography: | **Level** | | |
| Off-Site Improv: | **Curb/Gutter/Sidewalk, Electricity, Gas, Irrigation, Sewer, Streets, Water** | | |
| Street Frontage: | **60 feet on South Avenue 18 (with 1 curb cut)** | | |
| Traffic Count: | **0 cars per day on South Avenue 18** | | |

### Location Information

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |



**231 S Avenue 18**

Residential Land of 0.23 AC (9,936 SF) (con't)

**SOLD**

| Parcel Number: | 5447-026-005 |
| Legal Description: | - |
| County: | Los Angeles |

**Plat Map: 231 S Avenue 18**

## 4534 Tourmaline - 4534 E Tourmaline St

**SOLD**

**Los Angeles, CA 90032**
Sale on 4/13/2022 for $35,000 ($295,857.99/AC) - Public Record
Residential Land of 0.12 AC (5,153 SF)

 

### Buyer & Seller Contact Info

| | |
|---|---|
| Recorded Buyer: | **Procoro Gomez**<br>3928 S Wilton Pl<br>Los Angeles, CA 90062<br>**Yolinda L Avellaneda** |
| Recorded Seller: | **Eastgate Town Center Llc** |

### Transaction Details

ID: 5985504

| | | | |
|---|---|---|---|
| Sale Date: | **04/13/2022** | Land Area: | **0.12 AC (5,153 SF)** |
| Escrow Length: | - | Proposed Use: | - |
| Sale Price: | **$35,000** | | |
| Price/AC Land Gross: | **$295,857.99 ($6.79/SF)** | | |
| | | | |
| Zoning: | **LAR1** | Percent Improved: | - |
| | | Total Value Assessed: | **$8,770 in 2021** |
| | | Improved Value Assessed | - |
| | | Land Value Assessed: | **$8,770** |
| | | Land Assessed/AC: | **$74,133** |
| | | | |
| Parcel No: | **5214-005-056** | | |
| Document No: | **0410581** | | |
| Sale History: | **Sold for $35,000 on 4/13/2022**<br>**Sold for $35,000 on 4/13/2022** | | |

### Current Land Information

ID: 12038944

| | | | |
|---|---|---|---|
| Zoning: | **LAR1** | Proposed Use: | - |
| Density Allowed: | - | Land Area: | **0.12 AC (5,153 SF)** |
| Number of Lots: | - | On-Site Improv: | - |
| Max # of Units: | - | Lot Dimensions: | - |
| Units per Acre: | - | Owner Type: | - |
| Improvements: | - | | |

### Location Information

© 2022        Tobin Real Estate Advisors

TOBIN REAL ESTATE ADVISORS, INC.

## 4534 Tourmaline - 4534 E Tourmaline St

**SOLD**

Residential Land of 0.12 AC (5,153 SF) (con't)

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

## 4602 Klamath St

**SOLD**

**Los Angeles, CA 90032**
Sale on 4/11/2022 for $3,200,000 ($327,868.85/AC) - Research Complete
Residential Land of 9.76 AC (425,146 SF)



### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | **ACEM LLC** | Recorded Seller: | **Dan & Ali Trinh** |
| True Buyer: | **TeamRise International, Inc** | True Seller: | **Dan & Ali Trinh** |
| | **Melody Fang** | | **Dan Trinh** |
| | 2 N Lake Ave | | 3836 Oak Hill Ave |
| | Pasadena, CA 91101 | | Los Angeles, CA 90032 |
| | (626) 714-7535 | | |
| | | Seller Type: | **Individual** |
| Buyer Type: | **Developer/Owner-NTL** | Listing Broker: | **Milano Realty** |
| | | | **Brian Ngoy** |
| | | | (626) 773-8181 |

### Transaction Details

ID: 5969968

| | | | |
|---|---|---|---|
| Sale Date: | 04/11/2022 (579 days on market) | Sale Type: | **Investment** |
| Escrow Length: | - | Land Area: | **9.76 AC (425,146 SF)** |
| Sale Price: | **$3,200,000-Confirmed** | Proposed Use: | **Mixed Use, MultiFamily, Apartment Units, Apartment Units - Senior, Community Center, Hold for Development, Hold for Investment, Master Planned Community, Single Family Development, Single Family Residence** |
| Asking Price: | 3999000 | | |
| Price/AC Land Gross: | **$327,868.85 ($7.53/SF)** | | |
| Zoning: | **A1** | Percent Improved: | - |
| Transfer Tax: | **$3,520** | Total Value Assessed: | **$610,672** |
| | | Improved Value Assessed | - |
| | | Land Value Assessed: | **$610,672** |
| | | Land Assessed/AC: | **$62,568** |
| Street Frontage: | **39 feet on Klamath Street** | | |
| | **1 feet on Klamath** | | |
| Financing: | **Down payment of $3,200,000.00 (100.0%)** | | |

© 2022 ~ ~ Tobin Real Estate Advisors

## 4602 Klamath St

**SOLD**

Residential Land of 9.76 AC (425,146 SF) (con't)

| | |
|---|---|
| Topography: | **Level** |
| On-Site Improv: | **Raw land** |
| Legal Desc: | **LOT COM E 360 FT AND S 300 FT FROM NW COR OF LOT 1 IN NW 1/4 OF SEC 19 T 1S R 12W TH S TO S LINE OF SD LOT TH E THEREON TO A PT W 450 FT FROM SW COR OF LOT 66 TR NO 13785 TH N TO SW COR OF IN NW 1/4 OF LOT 19** |
| Parcel No: | **5214-025-004, 5214-025-006, 5214-024-019** |
| Document No: | **0396481** |

### Transaction Notes

Sale price confirmed by the Listing Broker.

### Current Land Information

ID: 11337592

| | | | |
|---|---|---|---|
| Zoning: | **A1** | Proposed Use: | **Mixed Use/MultiFamily/Apartment Units/Apartment Units - Senior/Community Center/Hold for Development/Hold for Investment/Master Planned Community/Single Family Development/Single Family Residence** |
| Density Allowed: | - | Land Area: | **9.76 AC (425,146 SF)** |
| Number of Lots: | - | On-Site Improv: | **Raw land** |
| Max # of Units: | - | Lot Dimensions: | - |
| Units per Acre: | - | Owner Type: | **Developer/Owner-NTL** |
| Improvements: | - | | |
| Topography: | **Level** | | |
| Street Frontage: | **39 feet on Klamath Street**<br>**1 feet on Klamath** | | |
| Traffic Count: | **0 cars per day on Klamath Street** | | |

### Location Information

| | |
|---|---|
| Cross Street: | **N Eastern Ave** |
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

© 2022    Tobin Real Estate Advisors

## 4602 Klamath St

**SOLD**

Residential Land of 9.76 AC (425,146 SF) (con't)

| | |
|---|---|
| Parcel Number: | **5214-025-004, 5214-025-006, 5214-024-019** |
| Legal Description: | **-** |
| County: | **Los Angeles** |

**Plat Map: 4602 Klamath St**

## 4602 Klamath St

Residential Land of 9.76 AC (425,146 SF) (con't)

**SOLD**

---

**Plat Map: 4602 Klamath St**

# 4602 Klamath St

Residential Land of 9.76 AC (425,146 SF) (con't)

**SOLD**

## Plat Map: 4602 Klamath St



CITY LANDS OF LOS ANGELES    T. IS., R.12W.
M.R. 2 - 504 - 505    T. IS., R.13W.

© 2022 ~ ~ ~ ~ Tobin Real Estate Advisor~

## 2661 Forest Park Dr

**SOLD**

**Los Angeles, CA 90032**
Sale on 10/20/2021 for $42,000 ($208,126.86/AC) - Public Record
Residential Land of 0.20 AC (8,790 SF)




### Buyer & Seller Contact Info

Recorded Buyer: **Gia H Trinh**                Recorded Seller: **Van Sander Karsten L**

### Transaction Details                                      ID: 5735048

| | | | |
|---|---|---|---|
| Sale Date: | **10/20/2021** | Land Area: | **0.20 AC (8,790 SF)** |
| Escrow Length: | - | Proposed Use: | - |
| Sale Price: | **$42,000** | | |
| Price/AC Land Gross: | **$208,126.86 ($4.78/SF)** | | |
| | | | |
| Zoning: | **LARE20** | Percent Improved: | - |
| | | Total Value Assessed: | **$13,397 in 2021** |
| | | Improved Value Assessed: | - |
| | | Land Value Assessed: | **$13,397** |
| | | Land Assessed/AC: | **$66,387** |

Parcel No: **5209-021-008**
Document No: **1579318**
Sale History: **Sold for $42,000 on 10/20/2021**
**Sold for $42,000 on 10/20/2021**

### Current Land Information                                      ID: 11310252

| | | | |
|---|---|---|---|
| Zoning: | **LARE20** | Proposed Use: | - |
| Density Allowed: | - | Land Area: | **0.20 AC (8,790 SF)** |
| Number of Lots: | - | On-Site Improv: | - |
| Max # of Units: | - | Lot Dimensions: | - |
| Units per Acre: | - | Owner Type: | - |
| Improvements: | - | | |

### Location Information

Metro Market: **Los Angeles**
Submarket: **Burbank/Glendale/Pasadena/Glendale**

## 2661 Forest Park Dr    SOLD

Residential Land of 0.20 AC (8,790 SF) (con't)

|  |  |
|---|---|
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

### 4318 Raynol St

**SOLD**



**Los Angeles, CA 90032**
Sale on 5/10/2021 for $70,000 ($938,337.80/AC) - Public Record
Residential Land of 0.07 AC (3,250 SF)





## Buyer & Seller Contact Info

| | |
|---|---|
| Buyer Type: | Seller Type: |
| | Listing Broker: **KW Commercial Beverly Hills** |
| | **Shawn Kormondy** |
| | **(323) 638-7567** |

## Transaction Details

**ID: 5511105**

| | | | |
|---|---|---|---|
| Sale Date: | **05/10/2021 (432 days on market)** | Sale Type: | **Investment** |
| Escrow Length: | **-** | Land Area: | **0.07 AC (3,250 SF)** |
| Sale Price: | **$70,000-Confirmed** | Proposed Use: | **Single Family Development** |
| Asking Price: | **80000** | | |
| Price/AC Land Gross: | **$938,337.80 ($21.54/SF)** | | |
| Zoning: | **LAR1** | | |
| Improvements: | **none** | | |

## Current Land Information

**ID: 11210823**

| | | | |
|---|---|---|---|
| Zoning: | **LAR1** | Proposed Use: | **Single Family Development** |
| Density Allowed: | **-** | Land Area: | **0.07 AC (3,250 SF)** |
| Number of Lots: | **-** | On-Site Improv: | **-** |
| Max # of Units: | **-** | Lot Dimensions: | **-** |
| Units per Acre: | **-** | Owner Type: | **-** |
| Improvements: | **none** | | |

## Location Information

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Burbank/Glendale/Pasadena/Glendale** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |

© 2022    ~ Tobin Real Estate Advisor~



**4318 Raynol St**

Residential Land of 0.07 AC (3,250 SF) (con't)

**SOLD**

DMA: **Los Angeles, CA-NV**

Parcel Number: -
Legal Description: -
County: **Los Angeles**

**Plat Map: 4318 Raynol St**

SCALE 1" = 60'

RAYNOL ST.

AMETHYST ST.

ST.

ESMERALDA

ROSE HILL COURT

M.B. 8-2-3

CODE 4

FOR PREV. ASSM'T. SEE 1121-18

ASSESSOR'S MAP
COUNTY OF LOS ANGELES, CALIF.

© 2022                ~ Tobin Real Estate Advisors

TOBIN REAL ESTATE ADVISORS, INC.

<u>Elements of Comparison</u>

Using the Sales Comparison methodology, the consultants analyze the comparables and adjust, when appropriate, for the various characteristics that cause price variations in transactions. If insufficient data are available to substantiate adjustments, the analysts make qualitative comparisons among the sold properties and the subject and rank the subject within the range of sale prices of the comparables. These features include property rights conveyed, financing terms, conditions of sale, market conditions, location, physical characteristics and intended use.

## Property Rights Conveyed

The analysts must identify the real property rights conveyed in each of the comparable sales in order to relate the market data to the subject. We are estimating the market value of the fee simple interest in the site as though vacant. The property rights conveyed in each of the comparable transactions were fee simple interests; therefore, no adjustments have been made for property rights conveyed, unless noted.

## Financing Terms

The transaction price from one property may differ from that of an identical property because financing arrangements vary. It is for this reason that all financing terms of each comparable sale must be evaluated to determine if the terms affected the sale price. The definition of market value is implicit in the matter of cash equivalency. The market value reported should reflect the most probable price of the subject in cash, terms equivalent to cash or in other precisely revealed terms. All comparable sales were in the form of cash, or market financing considered equivalent to cash; therefore, no adjustments have been made for financing terms, unless noted.

## Conditions of Sale

This factor relates to the motivation of the buyer and seller. Unusual conditions of sale may result from a transaction between related parties. A buyer may be more highly motivated to purchase a property if it is adjacent to property already owned. Seller motivation typically varies depending on the pressure, or lack thereof, placed on the seller to sell the property. This timing aspect is generally tied to the method and the motivation behind the seller's acquisition of the property. For example, a speculative owner does not normally face substantial timing restraints and, as a result, is willing to wait for market conditions that facilitate a favorable transaction. However, the disposition arm of a failed financial institution may be motivated to accept a lower price in order to expedite the sale and limit holding costs associated with asset management. None of the comparables were adjusted for unusual seller motivation, unless noted.

## Market Conditions

The subject's market area continues to be in the growth stage of development. Land appreciation does not occur on a straight-line inflation basis; instances of land appreciation of thirty to fifty percent per year have occurred in past recoveries for selected markets; negative growth is also possible in the economic cycle. All of the sales transacted within the recent past. Since all of the comparable sales occurred in this time frame, we adjusted upward by our projected inflation/appreciation rate of two to four, or three percent.

● Page 31

## Location

Location encompasses a number of issues, including location within different market areas with different supply/demand pressures, the character/condition of surrounding development, corner location, access and visibility. It is important to assess which factors truly impact value for different types of real estate. This factor (as well as physical and economic characteristics) will be discussed on a comparable-by-comparable basis. All of the comparable sales are located within five miles of the subject, each of which is discussed on a comparable by comparable basis.

## Physical Characteristics

Important physical characteristics include size, shape, topography and availability of infrastructure. Obviously, sites that feature a generally rectangular shape, level topography, all utilities and appropriate infrastructure tend to sell for a higher price per square foot. With respect to size, different sizes of land parcels sell at different unit prices because the optimal size of the parcel depends upon its use (most types of development have an optimal site size; if the site is larger, the value of the excess land tends to decline at an accelerating rate). Size is generally less important an element of comparison than date and location. In this instance, we have given more weight to comparables that are approximately the same size as the subject property. All comparable land sales, with noted exceptions, had utilities available to the site and level topography at the time of sale; therefore, no adjustments are made for these features, unless noted. The other factors are discussed for each individual property.

## Use

The price a buyer is willing to pay for a property may differ depending on the manner in the property is intended to be used. The owner purchases some properties for use and occupancy. Users normally pay the higher prices in an active market because there is no delay involved in obtaining a return on the investment, and in many cases, there are no alternative properties available to the user due to constraints such as location. Investors typically purchase property for rental income from subsequent users or occupants, adding an element of risk that is usually reflected in a slightly lower purchase price. Furthermore, unlike some users, investors are not normally compelled to buy a specific parcel of real estate, resulting in a somewhat lower price. Speculators represent a third category of buyers. Speculators purchase land to hold for investment purposes, intending to develop the land at some point in the future when demand for the property matures. These properties typically sell at a discount to reflect the holding costs associated with this type of investment. Speculative land sales are common in over built markets in which little or no immediate demand for new construction exists. In the case of the subject and comparables, no adjustment has been made for these characteristics, unless noted.

## Analysis of Market Data

The comparable sales range in date of sale between May 2021 to July 2022, in size from under one acre to just under 10 acres and in price per square foot between approximately $5 to $136 per square foot; excluding the upper outlier, the range is from $5 to $22 per square foot, averaging just over $10 per square foot, prior to our discussion of differing attributes. The following are comments pertaining to each sale.

● Page 32

**231 S. Avenue 18** is the recent sale of a smaller site located approximately one mile southwest of the subject, considered superior with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography and availability of utilities are similar, and frontage is superior. Zoning is superior, and the highest and best use is superior. This property's shape is irregular, similar to the subject. This sale is not a corner location, similar to the subject. Improvements were required for removal, inferior to the assumed vacant status of the subject. This sale should be above the upper range per square foot of the subject given its superior location, zoning and highest and best use, however, this sale is well above the data for reasons not apparent to your analysts.

**4534 Tourmaline** is the recent sale of a smaller site located approximately ¼ mile northeast of the subject, considered similar with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography is inferior, and availability of utilities are similar, and frontage is inferior. Zoning is similar, and the highest and best use is similar. This property's shape is irregular, similar to the subject. This sale is not a corner location, similar to the subject. This sale should set the lower range per square foot of the subject given its inferior topography and frontage.

**4602 Klamath** is the recent sale of a substantially larger site located approximately one mile east of the subject, considered similar with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography is inferior, and availability of utilities are similar, and frontage is superior. Zoning is superior, and the highest and best use is superior. This property's shape is irregular, similar to the subject. This sale is not a corner location, similar to the subject. This sale should set the lower range per square foot of the subject given its substantially larger size.

**2661 Forest Park Dr.** is the recent sale of a smaller site located approximately ¼ mile northeast of the subject, considered similar with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography is inferior, and availability of utilities are similar, and frontage is inferior. Zoning is superior, and the highest and best use is superior. This property's shape is irregular, similar to the subject. This sale is not a corner location, similar to the subject. This sale should set the lower range per square foot of the subject given its inferior topography and frontage.

**438 Raynol St.** is the recent sale of a smaller site located approximately ½ mile northeast of the subject, considered similar with regard to historical surrounding area redevelopment activities, including new construction/renovation. This property does possess the subject's non-direct access to a major artery, and therefore is similar for major arterial access. Topography is similar, and availability of utilities are similar, and frontage is inferior. Zoning is similar, and the highest and best use is similar. This property's shape is irregular, similar to the subject. This sale is not a corner location, similar to the subject. This sale should set the mid range per square foot of the subject given its similar attributes.

TOBIN REAL ESTATE ADVISORS, INC.

**Conclusion**

The comparable sales range in date of sale between May 2021 to July 2022, in size from under one acre to just under 10 acres and in price per square foot between approximately $5 to $136 per square foot; excluding the upper outlier, the range is from $5 to $22 per square foot, averaging just over $10 per square foot. Most parcels feature similar locations along high trafficked thoroughfares, with most sales featuring similar zoning/highest and best use, shape, all sales featuring similar topography, and utility access, with size or zoning/highest and best use mostly distinguishing differences between the subject and comparables. After considering differing attributes, these sales are very supportive of the residential development activity taking place in the subject's area - primarily high quality sites. All of the sales are most supportive of the value of the subject, indicating a range of $15 to $25 or $20 per square foot, for the subject's parcel. Therefore, based upon the preceding analysis, the indicated market value of the subject site is best supported by recent sales activity of $15 to $25, or $20 per square foot, and our estimated market value is as follows:

**13,539 Square Feet @ $20 Per Square Foot = $270,780, or rounded = $300,000**

## THREE HUNDRED THOUSAND DOLLARS

## ($300,000)

# REPLACEMENT COST ESTIMATE

In estimating the replacement cost of the subject improvements, we have relied upon a review of the contractor's statement for the subject property, the Replacement Cost Calculator Method of the *Marshall Valuation Service* cost indices and our files detailing construction costs of similar properties. Our understanding of the subject property is based upon the site plan and preliminary specifications as furnished, in addition to conversations with current management. The *Marshall Valuation Service* is a widely known national firm providing detailed cost estimates for all types of construction. Costs are updated monthly and further adjusted to reflect regional and local cost variations. Costs included are: normal site preparation, labor, materials, normal utility hookups, sales tax, architectural fees, contractor overhead and profit, interim interest and interim loan fees. Other items which can be added include permanent loan fees, rent loss to lease-up, leasing commissions, rent concessions, real estate taxes, insurance and developer's profit, when applicable. In this case, reproduction cost has been assumed because of the subject's new construction status.

The subject improvements best represent a Class C, Average Multiple Residence as defined by the *Marshall Valuation Service.* The base cost as presented in the *Marshall Valuation Service* Cost Manual is for a typical building and adjustments must be made to compensate for any deviations from the average that the subject improvements represent. Among these items are physical characteristics (number of stories, height of stories, ratio of floor area to perimeter, etc.) and regional and local factors. Items such as sidewalks, drives and lighting have been added separately as site improvements and are based upon estimated costs presented in the *Marshall Valuation Service.*

● Page 34

**Indirect Costs**

In addition to the above hard costs, additional soft costs including real estate taxes, professional services, marketing and contingency costs, and initial lease-up costs, etc. (items to be added discussed above), are typically incurred. The indirect cost estimates are based on the particulars of the subject property and our experience with similar construction projects, as well as surveys of developers of comparable properties. Total indirect costs have been estimated at 15% to 25%, or 20% of replacement cost new.

**Entrepreneurial Profit**

Discussions with property developers indicated that target investor profit margins are typically in the range of five to twenty-five percent of replacement cost new less depreciation for an existing property. Factors affecting the profit margin are the size and complexity of the project, general environment affecting the development such as the strength of the local economy, the cost and availability of construction and permanent financing and the economic demand for the particular property. Given current market conditions, we have estimated entrepreneurial profit at 20 percent.

# DEPRECIATION

At this point, the amount of depreciation to apply to the subject property must be determined. The areas, which were considered, consist of physical deterioration (including deferred maintenance), functional and external obsolescence.

### 1. Physical Deterioration (short-lived Items) - Deferred Maintenance

Deferred maintenance is defined as existing g but neglected maintenance, which contemplates the need for immediate expenditures, although it does not necessarily denote inadequate maintenance in the past. This item typically includes, but is not limited to, upgrading including the replacement of carpet and the repair and replacement of walls. Additional renovation typically includes the bathrooms, upgrading exterior walls (tuck-pointing), lighting and landscaping/paving. No items of deferred maintenance were noted in the inspection of the subject premises.

### 2. Physical Deterioration (Long-Lived Items)

Physical deterioration (long-lived items) results in a loss in value attributable to general wear and tear of the improvements due to age, use and inadequate maintenance. Although the subject property appears to be receiving normal maintenance, it is necessary to make an adjustment for normal wear and aging of the major building components. Physical depreciation in the cost approach has been determined by the effective age/life method of depreciation. This method relates the physical effective age of the improvements to the typical economic life of structures similar to the subject in construction quality. The subject building was constructed in 1957, and updated to 2022. Therefore, we have estimated an effective age of approximately 15-25 years, or 20 years, and a remaining economic life of approximately 20-30years; therefore, 20/55 = 36%.

TOBIN REAL ESTATE ADVISORS, INC.

## COST APPROACH SUMMARY

| | | | |
|---|---|---|---|
| Type (Class) | C, Multiple Residence | | |
| Quality | Good | | |
| Building SF | | | 2,843 |
| | | | |
| Base Cost/SF | | | $147.00 |
| Sprinkler Adjustment | | | $0.00 |
| Basement Adjustment | | | $0.00 |
| HVAC Adjustment | | | $0.00 |
| | | | |
| Total Base Cost/SF | | | $147.00 |
| | | | |
| Multipliers | | | |
| Floor Area Perimeter | | | 1.00 |
| Story Height | | | 1.00 |
| No. Stories | | | 1.00 |
| Current Cost Multiplier | | | 1.03 |
| Local Multiplier | | | 1.18 |
| | | | |
| Composite Multiplier | | | 1.22 |
| | | | |
| Adjusted Base Cost/SF | | $ | 178.66 |
| | | | |
| Total Reproduction Cost New | | $ | 507,941 |
| | | | |
| Indirect Costs | 20.0% | $ | 101,588 |
| | | | |
| RCN before Profit | | $ | 609,529 |
| | | | |
| Developer's Profit | 20% | $ | 121,906 |
| | | | |
| RCN - Building Improvements | | $ | 731,435 |
| | | | |
| Less: Deferred Maintenance | | | $0 |
| | | | |
| Subtotal (RCN - Building Improvements) | | $ | 731,435 |
| 2 Refrigerators x $1,000 | | | $2,000 |
| 2 Dishwashers x $500 | | | $1,000 |
| 2 Range Units x $1,000 | | | $1,000 |
| Total | | $ | 735,435 |
| Less: Depreciation | | | |
| Eff. Age (years) | 20 | | |
| Total Physical  Deprecia Ec. Life (years) | 55 | | |
| | 36% | $ | (264,757) |
| RCN after Physical Depreciation | | $ | 470,679 |
| | | | |
| Functional Depreciation | | | |
| External Depreciation | 0% | $ | - |
| | 0% | $ | - |
| Total Functional & External Depreciation | | $ | - |
| | | | |
| Depreciated Value of Building Improvements | | $ | 470,679 |
| | | | |
| Plus: Site Improvements (landscaping, paving, etc.) | | $ | 100,000 |
| | | | |
| Total Depreciated Cost - All Improvements | | $ | 570,679 |
| Plus: Estimated Land Value | | $ | 300,000 |
| Value Indicated by the Cost Approach | | $ | 870,679 |
| Rounded | | $ | 900,000 |

3. **Functional Obsolescence**

Functional obsolescence represents a loss in value due to the deficiencies within the property itself that impair optimum utilization. Causes for such loss in value include poor floor planning, poor design, functional inadequacy, or over capacity in size, style or construction, often resulting from changing market tastes and standards. The subject was constructed in 1957/updated to 2022, and continues to offer functional design and layout; therefore, the subject does not suffer from functional obsolescence.

4. **External/Location Obsolescence**

External/location obsolescence may be defined, as losses in value stemming from influences that originate from outside the property itself that are not controlled by ownership. Some examples of such influences are population shifts, significant changes in the economy that may reduce the market for a certain property (or alter its desirability from an investment standpoint) and transitions in the character of land development in the immediate environment of the property. The retail market has been stable for the past few years. The subject's micro market has very limited additional approved land available to build, which reduces additional competition coming on line. The improvements that have amassed in this location have historically done well and are expected to do so in the foreseeable future. Therefore, it is our opinion that no adjustment is noted for external obsolescence.

A summary of our cost approach appears on the preceding page.

● Page 36

# THE SALES COMPARISON APPROACH

## METHODOLOGY

In the sales comparison approach, the analysts estimate the value of a property by comparing it with similar, recently sold properties in surrounding or competing areas.  Inherent in this approach is the principle of substitution, which holds that when a property is replaceable in the market, its value tends to be set at the cost of acquiring an equally desirable substitute property, assuming that no costly delay is encountered in making the substitution.

By analyzing sales that qualify as arm's length transactions between willing and knowledgeable buyers and sellers, the analysts can often identify market value and price trends.  The sold properties must be comparable to the subject in physical, locational and economic characteristics.  The basic steps of this approach are:

1.  Research recent, relevant property sales and current offerings throughout the competitive area.

2.  Select and analyze properties that are most similar to the subject, giving consideration to the appropriate elements of comparison, including property rights conveyed, financing terms, conditions of sale, market conditions, physical and economic characteristics and intended use.

3.  Make appropriate adjustments, if needed, to the prices of the comparable properties, or attempt to rank the properties with respect to the subject.

4.  Interpret the sales data and draw a logical value conclusion, estimating market value based on common units of comparison (e.g., price per square foot, gross income multiplier).

## PRESENTATION OF SALES

On the following pages, the improved sales selected for analysis are presented, along with a Market Data Map for a visual depiction of the sale properties' locations relative to the subject. We have analyzed the sales on a price per unit basis. The following are the details of our survey.

● Page 37

## COMPARABLE IMPROVED SALES



TOBIN REAL ESTATE ADVISORS, INC.

## 2344 Prince St

**SOLD**

**Los Angeles, CA 90031**
Sale on 4/21/2022 for $745,000 ($274.20/SF) - Public Record    +136,154/unit
4 Unit, 2,717 SF Class C Apartments Building Built in 1921




| **Buyer & Seller Contact Info** |
|---|

Buyer Type:

Seller Type:
Listing Broker: **Century 21 A Better Service Realty**
**Ali Hijazi**
(562) 231-2816

| **Transaction Details** | ID: 5972116 |
|---|---|

Sale Date: **04/21/2022 (173 days on market)**
Escrow Length: -
Sale Price: **$745,000-Confirmed**
Asking Price: **$750,000**
Price/SF: **$274.20**
Price/AC Land Gross: **$8,533,791.52**

Percent Leased: -
GRM/GIM: **14.56/-**

# Units: **4**
Avg Unit Size: **679 SF**

Sale Type: **Investment**
Bldg Type: **Apartments**
Year Built/Age: **Built in 1921 Age: 101**
RBA: **2,717 SF**
Land Area: **0.09 AC (3,803 SF)**

### UNIT MIX AT TIME OF SALE

| Bed/Bath | # | % | Avg SF | Vacant | Min/Unit | Max/Unit | Min/SF | Max/SF | Min/Unit | Max/Unit | Min/SF | Max/SF | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Units** | | | | **Asking Rent** | | | | **Effective Rent** | | | | **Concessions** |
| Studio/1.0 | 1 | 25.0 | - | - | - | - | - | - | - | - | - | - | - |
| 1/1.0 | 2 | 50.0 | - | - | - | - | - | - | - | - | - | - | - |
| 2/1.0 | 1 | 25.0 | - | - | - | - | - | - | - | - | - | - | - |

© 202"                   ˹ Tobin Real Estate Advisor˹

TOBIN REAL ESTATE ADVISORS, INC.

# 2344 Prince St

4 Unit, 2,717 SF Class C Apartments Building Built in 1921 (con't)

**SOLD**

| Current Building Information | | ID: 12402678 |
|---|---|---|

| | | | |
|---|---|---|---|
| Bldg Type: | **Apartments** | Bldg Status: | **Built in 1921** |
| # Units: | **4** | Bldg Size: | **2,717 SF** |
| Avg Unit Size: | **679 SF** | Stories: | **2** |
| Avg Vacancy: | **0.0%** | Typical Floor Size: | **1,359 SF** |
| Bldg Vacant: | **0 SF** | Rent/SF/Yr: | **-** |
| Owner Type: | **-** | Elevators: | **0** |
| Zoning: | **LARD3** | | |
| Land Area: | **0.09 AC** | | |

Expenses: **2021 Tax @ $2811.00/Unit; 2021 Ops @ $5030.25/Unit**

| Location Information | |
|---|---|

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Southeast Los Angeles MF/Lincoln Heights MF** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

## 2723 Manitou Ave

**SOLD**

**Los Angeles, CA 90031**
Sale on 11/1/2021 for $1,200,000 ($244.90/SF; $240,000/Unit) - Research Complete
5 Unit, 4,900 SF Class C Apartments Building Built in 1914



### Buyer & Seller Contact Info

| | |
|---|---|
| **Recorded Buyer:** Manitou Sichel LLC | **Recorded Seller:** Sam Ortiz |
| **True Buyer:** David Eiges | **True Seller:** Sam Ortiz |
| David Eiges | Sam Ortiz |
| 1665 E California Blvd | 13112 Hadley St |
| Pasadena, CA 91106 | Whittier, CA 90601 |
| **Buyer Type:** Individual | **Seller Type:** Individual |

### Transaction Details

ID: 5756126

| | | | |
|---|---|---|---|
| Sale Date: | **11/01/2021** | Sale Type: | **Investment** |
| Escrow Length: | **-** | Bldg Type: | **Apartments** |
| Sale Price: | **$1,200,000-Full Value** | Year Built/Age: | **Built in 1914 Age: 107** |
| Asking Price: | **-** | RBA: | **4,900 SF** |
| Price/SF: | **$244.90** | Land Area: | **0.21 AC (9,017 SF)** |
| Price/AC Land Gross: | **$5,797,101.45** | | |
| | | | |
| Percent Leased: | **-** | | |
| GRM/GIM: | **-/-** | Percent Improved: | **53.8%** |
| Transfer Tax: | **$1,320** | Total Value Assessed: | **$71,510 in 2021** |
| | | Improved Value Assessed | **$38,473** |
| | | Land Value Assessed: | **$33,037** |
| | | Land Assessed/AC: | **$159,599** |
| | | | |
| Financing: | **Down payment of $200,000.00 (16.7%)** | | |
| | | | |
| Legal Desc: | **EAST LOS ANGELES LOT 16** | | |
| Parcel No: | **5204-016-017** | | |
| Document No: | **1634354** | | |
| | | | |
| # Units: | **5** | Price/Unit: | **$240,000** |
| Avg Unit Size: | **980 SF** | | |

TOBIN REAL ESTATE ADVISORS, INC.

## 2723 Manitou Ave

**SOLD**

5 Unit, 4,900 SF Class C Apartments Building Built in 1914 (con't)

### UNIT MIX AT TIME OF SALE

| Units | | | | | Asking Rent | | | | Effective Rent | | | | Concessions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bed/Bath | # | % | Avg SF | Vacant | Min/Unit | Max/Unit | Min/SF | Max/SF | Min/Unit | Max/Unit | Min/SF | Max/SF | % |
| Studio/1.0 | 5 | 100.0 | - | - | - | - | - | - | - | - | - | - | - |

### Transaction Notes

All transaction information is based on recorded county documents and county assessor records. If more information is confirmed this comp will be updated.

### Current Building Information

ID: 12458511

| | | | |
|---|---|---|---|
| Bldg Type: | **Apartments** | Bldg Status: | **Built in 1914** |
| # Units: | **5** | Bldg Size: | **4,900 SF** |
| Avg Unit Size: | **980 SF** | Stories: | **2** |
| Avg Vacancy: | **0.0%** | Typical Floor Size: | **2,450 SF** |
| Bldg Vacant: | **0 SF** | Rent/SF/Yr: | **-** |
| Owner Type: | **Individual** | Elevators: | **0** |
| Zoning: | **LARD2** | | |
| Land Area: | **0.21 AC** | | |

Expenses: **2020 Tax @ $370.10/Unit**

### Location Information

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Southeast Los Angeles MF/Lincoln Heights MF** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

## 2723 Manitou Ave

**SOLD**

5 Unit, 4,900 SF Class C Apartments Building Built in 1914 (con't)

| | |
|---|---|
| Parcel Number: | **5204-016-017** |
| Legal Description: | **-** |
| County: | **Los Angeles** |

### Plat Map: 2723 Manitou Ave



© 2022          Tobin Real Estate Advisor™

TOBIN REAL ESTATE ADVISORS, INC.

## 4506 Esmeralda St

**SOLD**

**Los Angeles, CA 90032**
Sale on 9/13/2021 for $2,850,000 ($329.71/SF; $570,000/Unit) - Research Complete
5 Unit, 8,644 SF Class B Apartments Building Built in 2021




Map data ©2022

### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | **4506 Esmeralda LLC** | Recorded Seller: | **4506 ES Partners LP** |
| True Buyer: | **Kevon Kevonian** | True Seller: | **Streetlamp Partners** |
| | **Kevon Kevonian** | | **Seth Hamilton** |
| | 24816 Wooded Vis | | 1940 N Tustin St |
| | West Hills, CA 91307 | | Orange, CA 92865 |
| | (818) 399-8620 | | (714) 397-6077 |
| Buyer Type: | **Individual** | Seller Type: | **Other - Private** |
| | | Listing Broker: | **Streetlamp Partners** |
| | | | **Seth Hamilton** |
| | | | (714) 397-6936 |

### Transaction Details

ID: 5681299

| | | | |
|---|---|---|---|
| Sale Date: | **09/13/2021 (97 days on market)** | Sale Type: | **Investment** |
| Escrow Length: | - | Bldg Type: | **Apartments** |
| Sale Price: | **$2,850,000-Confirmed** | Year Built/Age: | **Built in 2021** |
| Asking Price: | **$2,850,000** | RBA: | **8,644 SF** |
| Price/SF: | **$329.71** | Land Area: | **0.17 AC (7,405 SF)** |
| Price/AC Land Gross: | **$16,764,705.88** | | |
| | | | |
| Percent Leased: | **100.0%** | Percent Improved: | - |
| GRM/GIM: | **13.50/-** | Total Value Assessed: | **$582,624 in 2020** |
| Actual Cap Rate: | **5.24%** | Improved Value Assessed | - |
| Transfer Tax: | **$3,135** | Land Value Assessed: | **$582,624** |
| | | Land Assessed/AC: | **$3,427,200** |

| | | | |
|---|---|---|---|
| Financing: | **Down payment of $2,850,000.00 (100.0%)** | | |
| Legal Desc: | **GRIDER AND HAMILTON'S ROSE HILL LOT 53** | | |
| Parcel No: | **5305-042-012** | | |
| Document No: | **1397147** | | |
| | | Price/Unit: | **$570,000** |
| # Units: | **5** | | |

© 2022

Tobin Real Estate Advisors

## 4506 Esmeralda St

**SOLD**

5 Unit, 8,644 SF Class B Apartments Building Built in 2021 (con't)

| | | | |
|---|---|---|---|
| Avg Unit Size: | **1,328 SF** | Avg Rent/Unit/Mo: | **$3,598** |
| SF of all Units: | **6,643** | Avg Rent/SF/Mo: | **$2.71** |

### UNIT MIX AT TIME OF SALE

| | Units | | | | Asking Rent | | | | Effective Rent | | | | Concessions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bed/Bath | # | % | Avg SF | Vacant | Min/Unit | Max/Unit | Min/SF | Max/SF | Min/Unit | Max/Unit | Min/SF | Max/SF | % |
| 3/2.0 | 2 | 40.0 | 1,131 | - | - | - | - | - | - | - | - | - | - |
| 3/3.0 | 2 | 40.0 | 1,391 | - | - | - | - | - | - | - | - | - | - |
| 4/3.5 | 1 | 20.0 | 1,599 | - | - | - | - | - | - | - | - | - | - |

### Transaction Notes

This is the sale of a 3 story, 5 unit multi-family building with a square footage of 8,644. All units are sized with a three and four bedroom layouts with two garage spaces, private laundry rooms, and plenty of natural light. Units 4 and 5 at the rear of the property each have their own private yards. This new construction property is located in Montecito Heights, just minutes from DTLA, Ascot Hills Park, Debs Park, Pasadena and walkable to many restaurants such as Bambino Stone Pizza. The property has been built with a high attention to detail by one of the most active contractors in the city, Truebuilt Construction, and comes fully warrantied.

### Income Expense Data

| | | | |
|---|---|---|---|
| **Income** | Gross Scheduled Income | $210,600 | |
| | + Other Income | | |
| | - Vacancy Allowance | ($6,318) | |
| | Effective Gross Income | | |
| **Expenses** | - Taxes | | |
| | - Operating Expenses | $54,868 | |
| | Total Expenses | $54,868 | |
| **Net Income** | Net Operating Income | $149,414 | |
| | - Debt Service | $91,640 | |
| | - Capital Expenditure | | |
| | Cash Flow | $57,773 | |

### Current Building Information

ID: 12268957

| | | | | |
|---|---|---|---|---|
| Bldg Type: | **Apartments** | | Bldg Status: | **Built in 2021** |
| # Units: | **5** | | Bldg Size: | **8,644 SF** |
| Avg Unit Size: | **1,328 SF** | | Stories: | **3** |
| Avg Vacancy: | **0.0%** | | Typical Floor Size: | **2,881 SF** |
| Bldg Vacant: | **0 SF** | | Metering: | **Individually Metered** |
| Owner Type: | **Individual** | | Rent/SF/Yr: | **-** |
| Zoning: | **RD 1.5-1** | | Elevators: | **0** |
| Land Area: | **0.17 AC** | | | |

| | |
|---|---|
| Parking: | **Ratio of 1.16/1,000 SF** |
| Expenses: | **2020 Tax @ $1452.75/Unit; 2021 Ops @ $10973.7/Unit** |
| Site Amenities: | **Air Conditioning, Balcony, Controlled Access, Double Pane Windows, Washer/Dryer** |

### Location Information

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Southeast Los Angeles MF/Montecito Heights MF** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

## 4506 Esmeralda St

**SOLD**

5 Unit, 8,644 SF Class B Apartments Building Built in 2021 (con't)

Parcel Number: **5305-042-012**
Legal Description: **-**
County: **Los Angeles**

### Plat Map: 4506 Esmeralda St



© 2022     Tobin Real Estate Advisors

## 2331 Johnston St

**SOLD**

**Los Angeles, CA 90031**
Sale on 9/8/2020 for $1,495,000 ($287.94/SF; $299,000/Unit) - Research Complete
5 Unit, 5,192 SF Class C Apartments Building Built in 1971





### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | **Berj Kaprielian & Rita X Kaprielian** | Recorded Seller: | **Salaz Trust** |
| True Buyer: | **Berj Kaprielian & Rita X Kaprielian** | True Seller: | **Salaz Trust** |
| | **Berj Kaprielian** | | **Helen Salaz** |
| | 2009 Gangi Ln | | 539 Loma Vista St |
| | Glendale, CA 91202 | | El Segundo, CA 90245 |
| Buyer Type: | **Individual** | Seller Type: | **Trust** |
| | | Listing Broker: | **Baboudjian Properties, Inc.** |
| | | | **Jack Baboudjian** |
| | | | (818) 244-5151 |

### Transaction Details

**ID: 5232402**

| | | | |
|---|---|---|---|
| Sale Date: | **09/08/2020 (69 days on market)** | Sale Type: | **Investment** |
| Escrow Length: | - | Bldg Type: | **Apartments** |
| Sale Price: | **$1,495,000-Confirmed** | Year Built/Age: | **Built in 1971 Age: 49** |
| Asking Price: | **$1,495,000** | RBA: | **5,192 SF** |
| Price/SF: | **$287.94** | Land Area: | **0.23 AC (9,914 SF)** |
| Price/AC Land Gross: | **$6,568,541.30** | | |
| | | | |
| Percent Leased: | **100.0%** | | |
| GRM/GIM: | **14.85/-** | Percent Improved: | **59.1%** |
| Actual Cap Rate: | **5.03%** | Total Value Assessed: | **$743,070** |
| Transfer Tax: | **$1,097.25** | Improved Value Assessed | **$438,928** |
| | | Land Value Assessed: | **$304,142** |
| | | Land Assessed/AC: | **$1,336,300** |

| | |
|---|---|
| Financing: | **Down payment of $598,000.00 (40.0%)** |
| | **$598,500.00 from Private Lender** |
| | **$298,500.00 from Private Lender** |
| Parcel No: | **5204-024-008, 5204-024-009, 5204-024-009** |
| Document No: | **1069984** |
| Sale History: | **Sold on 11/8/2021 Non-Arms Length** |
| | **Sold on 11/8/2021 Non-Arms Length** |
| | **Sold for $1,495,000 ($287.94/SF; $299,000/Unit) on 9/8/2020** |

© 2022          Tobin Real Estate Advisors

# 2331 Johnston St

**SOLD**

5 Unit, 5,192 SF Class C Apartments Building Built in 1971 (con't)

| | | | | |
|---|---|---|---|---|
| # Units: | **5** | | Price/Unit: | **$299,000** |
| Avg Unit Size: | **1,038 SF** | | | |

## UNIT MIX AT TIME OF SALE

| Units | | | | | Asking Rent | | | | Effective Rent | | | | Concessions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bed/Bath | # | % | Avg SF | Vacant | Min/Unit | Max/Unit | Min/SF | Max/SF | Min/Unit | Max/Unit | Min/SF | Max/SF | % |
| 2/1.0 | 3 | 60.0 | - | - | - | - | - | - | - | - | - | - | - |
| 3/2.0 | 1 | 20.0 | - | - | - | - | - | - | - | - | - | - | - |
| 3/3.0 | 1 | 20.0 | - | - | - | - | - | - | - | - | - | - | - |

## Transaction Notes

The listing agent confirmed the sale price and closing date. The property consists of two parcels, one SFR and a fourplex, for a total of 5 units.

Several attempts were made to reach seller and buyer, but we were unable to contact them.

## Income Expense Data

| | | | |
|---|---|---|---|
| Expenses | - Taxes | | $12,141 |
| | - Operating Expenses | | |
| | Total Expenses | | $12,141 |

## Current Building Information

ID: 11180384

| | | | |
|---|---|---|---|
| Bldg Type: | **Apartments** | Bldg Status: | **Built in 1971** |
| # Units: | **5** | Bldg Size: | **5,192 SF** |
| Avg Unit Size: | **1,038 SF** | Stories: | **2** |
| Avg Vacancy: | **0.0%** | Typical Floor Size: | **2,596 SF** |
| Bldg Vacant: | **0 SF** | Rent/SF/Yr: | **-** |
| Owner Type: | **-** | Elevators: | **0** |
| Zoning: | **LARD2** | | |
| Land Area: | **0.23 AC** | | |

Expenses: **2020 Tax @ $3513.20/Unit; 2020 Ops @ $1595.60/Unit**

## Location Information

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Southeast Los Angeles MF/Lincoln Heights MF** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

## 2331 Johnston St

5 Unit, 5,192 SF Class C Apartments Building Built in 1971 (con't)

**SOLD**

Parcel Number:  **5204-024-008, 5204-024-009, 5204-024-009**
Legal Description:  **-**
County:  **Los Angeles**

**Plat Map: 2331 Johnston St**



© 2022                    © Tobin Real Estate Advisors

TOBIN REAL ESTATE ADVISORS, INC.

## 2320 Alta St

**Los Angeles, CA 90031**
Sale on 6/24/2020 for $560,000 ($275.45/SF; $186,667/Unit) - Public Record
3 Unit, 2,033 SF Class C Apartments Building Built in 1926

**SOLD**



### Buyer & Seller Contact Info

| | | | |
|---|---|---|---|
| Recorded Buyer: | **Biggle Paws, LLC**<br>124 N Dillon St<br>Los Angeles, CA 90026 | Recorded Seller: | **Dien D Dinh** |
| True Buyer: | - | True Seller: | **Dien D Dinh**<br>**Dien Dinh**<br>1811 Lemon St<br>Alhambra, CA 91803<br>(626) 576-2138 |
| | | Seller Type: | **Individual** |
| | | Listing Broker: | **KW Commercial**<br>**Mike Pesci**<br>(818) 432-1627<br>**James Antonucci**<br>(818) 432-1513 |

### Transaction Details                                                     ID: 5365627

| | | | |
|---|---|---|---|
| Sale Date: | **06/24/2020** | Sale Type: | **Investment** |
| Escrow Length: | - | Bldg Type: | **Apartments** |
| Sale Price: | **$560,000-Confirmed** | Year Built/Age: | **Built in 1926 Age: 94** |
| Asking Price: | - | RBA: | **2,033 SF** |
| Price/SF: | **$275.45** | Land Area: | **0.19 AC (8,276 SF)** |
| Price/AC Land Gross: | **$2,947,368.42** | | |
| Percent Leased: | - | | |
| GRM/GIM: | -/- | Percent Improved: | **21.1%** |
| | | Total Value Assessed: | **$403,258 in 2020** |
| | | Improved Value Assessed | **$84,896** |
| | | Land Value Assessed: | **$318,362** |
| | | Land Assessed/AC: | **$1,675,589** |
| Parcel No: | **5208-031-012** | | |

© 2022                          ᵀᵒ Tobin Real Estate Advisors

## 2320 Alta St                                                                    SOLD
3 Unit, 2,033 SF Class C Apartments Building Built in 1926 (con't)

|  |  |  |  |
|---|---|---|---|
| # Units: | **3** | Price/Unit: | **$186,667** |
| Avg Unit Size: | **677 SF** |  |  |

### UNIT MIX AT TIME OF SALE

| Units |  |  |  |  | Asking Rent |  |  |  | Effective Rent |  |  |  | Concessions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bed/Bath | # | % | Avg SF | Vacant | Min/Unit | Max/Unit | Min/SF | Max/SF | Min/Unit | Max/Unit | Min/SF | Max/SF | % |
| 1/1.0 | 2 | 66.7 | - | - | - | - | - | - | - | - | - | - | - |
| 2/1.0 | 1 | 33.3 | - | - | - | - | - | - | - | - | - | - | - |

### Income Expense Data

|  |  |  |
|---|---|---|
| **Expenses** | - Taxes | **$5,274** |
|  | - Operating Expenses | _____ |
|  | Total Expenses | **$5,274** |

### Current Building Information                                                    ID: 11623068

| | | | |
|---|---|---|---|
| Bldg Type: | **Apartments** | Bldg Status: | **Built In 1926** |
| # Units: | **3** | Bldg Size: | **2,033 SF** |
| Avg Unit Size: | **677 SF** | Stories: | **1** |
| Avg Vacancy: | **0.0%** | Typical Floor Size: | **2,033 SF** |
| Bldg Vacant: | **0 SF** | Rent/SF/Yr: | **-** |
| Owner Type: | **-** | Elevators: | **0** |
| Zoning: | **LARD3** | | |
| Land Area: | **0.19 AC** | | |

Expenses:   **2020 Tax @ $1758.11/Unit**

### Location Information

| | |
|---|---|
| Metro Market: | **Los Angeles** |
| Submarket: | **Southeast Los Angeles MF/Lincoln Heights MF** |
| County: | **Los Angeles** |
| CBSA: | **Los Angeles-Long Beach-Glendale, CA** |
| CSA: | **Los Angeles-Long Beach, CA** |
| DMA: | **Los Angeles, CA-NV** |

## 2320 Alta St

**SOLD**

3 Unit, 2,033 SF Class C Apartments Building Built in 1926 (con't)

| | |
|---|---|
| Parcel Number: | **5208-031-012** |
| Legal Description: | **-** |
| County: | **Los Angeles** |

### Plat Map: 2320 Alta St



# ELEMENTS OF COMPARISON

In the sales comparison approach, the analysts consider the comparables and adjust, when appropriate, for the various characteristics that cause price variations in transactions. If insufficient data are available to substantiate adjustments, the analysts make qualitative comparisons among the sold properties and the subject and rank the subject within the range of sale prices of the comparables. These features include property rights conveyed, financing terms, conditions of sale, market conditions, location, physical and economic characteristics and intended use.

## Property Rights Conveyed

The analysts must identify the real property rights conveyed in each of the comparable sales in order to relate the market data to the subject. We are estimating the market value of the leased fee interest in the property as improved. The property rights in each of the comparable transactions were also leased fee. No adjustments are deemed necessary for the property rights conveyed, unless noted.

## Financing Terms

The transaction price on one property may differ from that of an identical property because financing arrangements vary. It is for this reason that all financing terms of each comparable sale must be evaluated to determine if they affected the sale price. The definition of market value is implicit in the matter of cash equivalency. The market value reported should reflect the most probable price for the subject in cash, terms equivalent to cash or in other precisely revealed terms. No adjustments were necessary for financing arrangements, unless noted.

## Conditions of Sale

This factor relates to the motivation of the buyer and seller. Unusual conditions of sale may result from a transaction between related parties, or a buyer may be more highly motivated to purchase a property if it is adjacent to property already owned. Seller motivation typically varies depending on the pressure, or lack thereof, placed on the seller to sell a property. This timing aspect is generally tied to the method and motivation behind the seller's acquisition of the property. No adjustment is necessary for the other comparables for conditions of sale, unless noted.

## Market Conditions

The date of sale is considered in order to assess the overall trend and changes in price levels in an area caused by a change in market conditions. All of the sales occurred in the recent past, an indication that the sales market for these properties is very active. The market for well-located retail properties has been growing. The retail market in particular has experienced increased population growth, and considering the subject's good location, each of the comparables have been adjusted individually from their sale date at an annual growth rate of three percent to the present as of the date of this appraisal.

## Location

Location encompasses a number of issues, including location within different market areas

● Page 38

with different supply/demand pressures, the character/condition of surrounding development, location, access and visibility. It is important to assess which factors truly impact value for different types of real estate. We have addressed this issue (as well as the remaining elements of comparison) on a comparable-by comparable basis.

## Physical Characteristics

Important physical characteristics include design/quality, age/condition and size. The design/quality of a property relates to the grade of materials used, quality of construction, appropriateness of design, and amenity package included in the property. The age/condition of an improvement is a function of the effective age of the property. In addition, deferred maintenance, if any, is considered. With respect to size, different building sizes sell at different prices per square foot because the optimal size of the building depends upon its use. Also, the pool of potential purchasers decreases as property size (and purchase price) increases, effectively reducing competition.

## Economic Characteristics

Analysis of economic characteristics is essential when comparing income-producing properties. Issues typically addressed include average rental rates, occupancy, length of leases and operating expense ratios. Investors generally pay more, on a per square foot basis, for properties with higher occupancy, higher rent, lower operating expense ratios and higher net operating income per square foot. In some cases, the transaction may reflect a lower income-to-price ratio if the buyer perceives significant upside potential in the property's income stream (e.g., potential absorption or rent increases). Economic characteristics often reflect the impact of previously discussed physical characteristics on the property's operating success. Therefore, analysis of economic characteristics should be conducted separately so that adjustments are not duplicated. We believe that we have sufficiently addressed these issues within the discussion that follows.

## Use

The price a buyer is willing to pay for a property may differ depending on the manner in which the property is intended to be used. Some properties are purchased for owner occupancy. Users normally pay the highest prices in an active market because there is no delay involved in obtaining a return on the investment, and in many cases, there are no alternative properties available to the user, due to constraints such as location. Investors typically purchase properties for immediate lease to users or occupants, adding an element of risk that is usually reflected in a slightly lower purchase price. Furthermore, unlike some users, investors are not normally compelled to purchase a specific property, which, again, usually results in a lower purchase price.

### Analysis of Improved Sales

The following discussion serves as a comparison of the subject to each comparable with regard to the elements of comparison discussed above. The comparable sales range in date from June 2020 to April 2022, in size from 3 to five units, and in price from $187,000 to $570,000 per unit, prior to our discussion of differing attributes. Given the substantial differences in average size, we have chosen to analyze the properties on a price per unit basis.

TOBIN REAL ESTATE ADVISORS, INC.

**2344 Prince St.** is the recent sale of a larger property located approximately two blocks southeast of the subject. This property is similar for location, situated in an area with similar on-going renovation activities, and the property does not possess a corner location, similar to the subject. Access is similar and frontage is inferior. This property is inferior in age/inferior in condition to the subject with similar tenancy. Type/quality of construction is inferior to the subject. Land to building ratio is inferior and parking ratio is inferior. Occupancy is similar. Overall, this property sets the low range for the subject property due to its larger size and inferior age/condition.

**2723 Manitou Ave.** is the recent sale of a larger property located approximately eight blocks southwest of the subject. This property is similar for location, situated in an area with similar on-going renovation activities, and the property does not possess a corner location, similar to the subject. Access is similar and frontage is inferior. This property is inferior in age/inferior in condition to the subject with similar tenancy. Type/quality of construction is inferior to the subject. Land to building ratio is inferior and parking ratio is inferior. Occupancy is similar. Overall, this property sets the low range for the subject property due to its larger size and inferior age/condition.

**4508 Esmeralda St.** is the recent sale of a larger property located approximately eight blocks northeast of the subject. This property is similar for location, situated in an area with similar on-going renovation activities, and the property does not possess a corner location, similar to the subject. Access is similar and frontage is inferior. This property is superior in age/superior in condition to the subject with similar tenancy. Type/quality of construction is superior to the subject. Land to building ratio is inferior and parking ratio is inferior. Occupancy is similar. This sale was purchased with all cash, inferior to the assumed typical financing available to the subject. Overall, this property sets the upper range for the subject property due to its superior age/condition, mitigated somewhat by its larger size and all cash purchase.

**2331 Johnston St.** is the recent sale of a larger property located approximately five blocks southwest of the subject. This property is similar for location, situated in an area with similar on-going renovation activities, and the property does not possess a corner location, similar to the subject. Access is similar and frontage is inferior. This property is superior in age/superior in condition to the subject with similar tenancy. Type/quality of construction is superior to the subject. Land to building ratio is inferior and parking ratio is inferior. Occupancy is similar. Overall, this property sets the low range for the subject property due to its larger size.

**2320 Alta St.** is the recent sale of a larger property located approximately two blocks southwest of the subject. This property is similar for location, situated in an area with similar on-going renovation activities, and the property does not possess a corner location, similar to the subject. Access is similar and frontage is inferior. This property is inferior in age/inferior in condition to the subject with similar tenancy. Type/quality of construction is inferior to the subject. Land to building ratio is inferior and parking ratio is inferior. Occupancy is similar. Overall, this property sets the low range for the subject property due to its larger size and inferior age/condition.

## CONCLUSION

The comparable sales range in date from June 2020 to April 2022, in size from 3 to five units, and in price from $187,000 to $570,000 per unit, prior to our discussion of differing attributes. A primary place where the subject is similar to several of the above sales is its current and projected strong tenancy. The data assembled bracket the subject from a residential rental

● Page 40

multifamily property perspective, sharing several of the subject traits. The subject's immediate market has long been a growing area. Investors in the subject's broad property class of commercial buildings are attracted to the very same features as the prospective consumer, primarily a mix of high quality units which are in high demand, in a very accessible property. Income is the most important factor to investors, in this area the subject is expected to perform well given its location just northeast of downtown *Los Angeles*. In our opinion, the subject is best bracketed at the upper range of the data given its smaller size, or $400,000 to $600,000, or $500,000 per unit, rounded. Multiplying this range by two units indicates a current market value as of the date of our appraisal of $1,000,000, rounded. Based upon the preceding analysis, the preponderance of market evidence and the knowledge and experience of the analysts, the estimated the market value of the fee simple interest in the subject property, as of the date of our appraisal, via the sales comparison approach, is:

## ONE MILLION DOLLARS
## ($1,000,000)

TORIN REAL ESTATE ADVISORS, INC.

# THE INCOME CAPITALIZATION APPROACH

## METHODOLOGY

The income capitalization approach to value is based on the premise that the value of an income producing property is largely determined by the ability of the property to produce economic benefits. The value of such a property to a prudent investor lies in the capitalized net operating income for a property, particularly properties with long term fixed leases. An estimate of the property's market value is derived via the capitalization of this stabilized income.

Two methods are used to convert income into an estimate of value. In the direct capitalization method, an estimate of stabilized net operating income (NOI) is divided by an overall rate (OAR) extracted from actual sales to arrive at an estimate of value. The discounted cash flow (DCF) technique discounts future cash flows and an estimate of the property's reversionary value into an estimate of present value. The direct capitalization technique is most effective when market conditions are relatively stable. However, when market conditions (or the subject) reflect decline or recovery, the discounted cash flow (DCF) methodology produces a more accurate estimate of value. In this instance, the subject property typically would have longer term (three to five year) leases and the market for similar facilities has been stable for some time. Therefore, the Direct Capitalization Method has been utilized.

The major steps are as follows:

- Estimation of market rent for the subject property, based on comparable properties.

- Estimation of the stabilized income stream, through consideration of operating expenses, real estate taxes and management fees.

- Derivation of a stabilized income statement which reflects the most probable cash flow generated by subtracting all expenses, leasing costs and capital improvements from effective gross revenue.

- Capitalizing the forecaster net operating income at an appropriate rate.

The results of this analysis provide an estimate of the market value of the property.

### Gross Income Estimate

Our market rental rate analysis is provided in the Estimate of Market Rents within the Market Analysis section of our report (pages 18 to 25). The market rent and terms have been estimated by a survey of recent leasing activity in the subject and its sub market. We have surveyed leasing agents and managers for the subject's market area and have located comparable properties that offer competition to the subject given the subject property's status as a leased property, similar to a large majority of the properties located in the subject area. Our estimation of market rent was determined by recently signed leases in comparable buildings and conversations with property managers and brokers for various properties in the automotive facility market. Subject unit mix and occupancy information, rent roll and financials were not available for this engagement. Actual rents for comparable area leased properties reported an average lease rate of $1.61 per square foot. All comparables are within a one mile radius of the subject. Properties located closer to downtown or toward I-5 will command higher

- Page 42

rental rates. The subject appears to be in good condition, better than the average condition of comparable properties. If available for rent, the subject should be able to lease at a rate as is above the average range of $1.61 per square foot per month, or approximately $1.75 to %2.25 per square foot per month, or $2 per square foot per month and $24 per square foot per year. Gross income is projected at $24 per square foot times 2,843 square feet or approximately $68,000 per year.

**Vacancy and Collection Loss**

The market vacancy rate for residential multifamily rental properties was reported at 3,4% in the second quarter of 2022 for the *Los Angeles* market, according to *Costar,* and 1.8% in the *Southeast Los Angeles* submarket as of the same time period. No significant new supply is expected to impact the subject's market over the next 12 to 18 months. The subject is expected to be well leased for an extended period of time, however, properties with older tenant profiles tend to indicate higher vacancy over time. To account for potential new competition, we have projected vacancy factor of 4% to 6%, or 5% for the space.

## OPERATING EXPENSES

Properties like the subject are leased with most expenses passed along to the tenant, except for property taxes (approximately $6,000). Because the property is in good condition, we have estimated a structural reserve of $0.10 per square foot to account for capital improvements over the long term (management fee of 1% gross rent).

Therefore, net rent (after vacancy) to the property has been has been estimated at $58,000.

## CAPITALIZATION RATES

Generally, the rate to use in an appraisal problem is the rate that investors in that class or type of property require as a condition for purchasing. The rate which investors require varies from time to time, depending upon economic conditions. Accordingly, the analyst must consider competitive market conditions and alternative investment opportunities for the class or type of investor typically interested in the property being analyzed, as well as rates being demonstrated by sales in the market.

We have analyzed the following alternative investment yields published in the Federal Reserve Statistical Release, as published by the Federal Reserve, for the week ending August 26, 2022.

Selected Interest Rates

| INSTRUMENTS | RATES |
|---|---|
| Federal Funds | 2.33% |
| Commercial Paper (1-3 Months) | 2.44-2.75 |
| Bank Prime Loan | 5.50 |
| Discount Window Primary Credit | 2.50 |
| Treasury Bonds (10 - 30 Years) | 3.04-3.21 |

● Page 43

As shown in the preceding table, yields for federal funds as of August 2022 were 0.08%. This reflects the additional risk perception inherent in the lower graded bonds. Ten and thirty year U.S. bonds were yielding 3.04% and 3.21%, respectively. These figures give an indication of expected yields by investors on quality investments. As seen above, discount and lending rates are comparatively low. The prime rate was quoted at 5.50%, while the discount rate stood at 2.50%.    Yields on 30 day to three-month commercial paper range from 0.32% to 0.72%. These indicators all provide insight into current yields demanded by investors on high-grade, low risk investments.

## CAPITALIZATION METHODS

### Overall Rate Method

Whenever sufficient comparable data is available, the best method of capitalization is the use of the overall rate. In the simplest terms, the overall rate is the relationship of Net Income to the sales price. The relationship is expressed as a percentage:

Net Income (divided by) Sale Price=    Overall Rate (percent)

Combined in this overall rate are all of the factors that went into an investor's decision to purchase or develop a property. No attempt is made to separate this figure into a "return on land, return on building and return of building." During the early 2000s, overall rates have changed less dramatically than mortgage interest rates which were higher during the early part of this past decade, reflecting flexible financing arrangements and the investor's willingness to accept a low cash on cash return in anticipation of some inflation and the resultant appreciation to equity. Owners of well-located and constructed properties are willing to accept lower equity dividends in anticipation of higher overall yield.

### Market Data - Capitalization Rate

Two properties selling in the subject's market area analyzed prior to page 38 of our report revealed two capitalization rates ranging from 5% to 5.25%. While similar in location, these sales feature improvements that are superior in age/condition to the subject. Real estate investors are additionally influenced by rates prevailing in other markets. Capital will not be attracted to income producing real estate if the investor senses that their chance for satisfying investment objectives are better in other markets. Therefore, by utilizing the money market as a primary source of information, more realistic and appropriate methods can be selected. Money market quotations represent, as of any date, a consensus of investor attitudes toward property competitive rates offered by alternative investments. In this context, the money market is a more effective reflector of "futures" than the real estate market. Accordingly, in analyzing the property return to equity, returns offered by alternative investments as of August 2022 were considered. These are outlined in the preceding discussion and illustrate that long term, non real estate investments offer a return ranging from 3.04% to 3.21 percent.

Given the basic premise that many real estate investments compete directly with these alternatives, an appropriate capitalization rate for the very best investment grade product must fall within this indicated range. It also stands to reason that the very best real estate investments will offer a return within the lower end of this range, given the fact that the income will be sheltered somewhat from income taxes and benefit from appreciation in value.

TORIN REAL ESTATE ADVISORS, INC.

*PricewaterhouseCoopers* and *Situs/Real Estate Research Corporation* summarize return expectations, property selection criteria and investment outlook of a representative sampling of large institutional investors in the United States, providing insight into the yields, return criteria and risk adjustments that the largest investors rely on in their decision making. This data is useful to investors, developers and financial institutions to monitor changing market conditions and forecast financial performance. The suburban office studies are summarized as follows:

| Source | Period | Range | Average |
|---|---|---|---|
| *Situs/ Real Estate Research* | Summer Quarter 2022 | 4.5% - 7.5% | 6% |
| *PricewaterhouseCoopers* | Second Quarter 2022 | 4% - 9% | 6.5% |

Investors and property companies are currently purchasing traditional apartment properties at overall rates of 4% to 9%, averaging 6% to 6.5%. Current yields on long term, non real estate investments offer a return ranging from 2% to 2.36 percent. Two properties selling in the subject's market area analyzed prior to page 38 of our report revealed two capitalization rates ranging from 5% to 5.25%. While similar in location, these sales feature improvements that are superior in age/condition to the subject. Single and smaller multitenant multifamily residential rental properties are the *crème de la crème* of the property category because of their stable long-term tenancy offering housing which will be in ever increasing demand given the increasing housing needs of consumers. As such, these investments, coupled with generally higher rents, rate among the very best in the residential sector. The subject is currently a small multitenant residential multifamily property, indicating an overall rate at the upper range.

Based upon the preceding, it is our opinion that an overall rate at the upper range indicated by all of the market data is appropriate to reflect the average risk inherent in the subject as compared to the comparable data. Considering the subject property's location, size, utility and trends for the area, condition and the nature/character of the income stream, including fee simple ownership, an overall rate of 5.5% to 6%, or 5.75 percent, as applied to the stabilized net income, is applicable to the subject property.

## Conclusion - Income Capitalization Approach

The indicated value of the subject property as a rental development is

| | |
|---|---|
| Net Income ($20.40/SF) | $58,000 |
| Overall Rate (OAR) | 5.75% |
| **INDICATED VALUE VIA THE INCOME CAPITALIZATION APPROACH** | $1,000,000 rounded |

● Page 45

## RECONCILIATION AND FINAL VALUE ESTIMATE

Three estimates of value have been derived for the subject property by analysis of all pertinent data.  The results of the individual approaches, estimating the market value of the improved property, as of the date of the appraisal, are as follows:

| | |
|---|---|
| **Cost Approach** | **$ 900,000** |
| **Sales Comparison Approach** | **$ 1,000,000** |
| **Income Capitalization Approach** | **$ 1,000,000** |

Depending on the type of property appraised or the purpose of the appraisal, one of the approaches may be a more reliable indication of value than the others.  This can be attributed to the adequacy or availability of data, among other factors.

The development of facilities similar to the subject buildings can be reasonably estimated through the cost approach.  This approach allows assessing highest and best use feasibility and is reasonably accurate if the improvements are newer.  The cost approach, in this instance, is typically considered a reasonable indicator of value because the improvements are in reasonable condition.   This approach has not been given consideration weighted by the value indications from our sales comparison and income capitalization approaches due to depreciation estimates which can vary for an older structure.

Although not directly comparable to the subject in all characteristics, the properties considered in the sales comparison approach typically provide appropriate units of comparison.  The range of unit indicators in this instance is typically relatively narrow with respect to property class.  This approach is useful for predominantly owner-occupied markets.  In this instance, the sales comparison approach has been given some consideration weighted by the income capitalization approach in our final conclusion of value.

The income capitalization approach weighs the income producing capacity of a property.  There was sufficient market data available to effectively estimate income, expenses and cash flow for the subject, in addition to applying factors appropriate to account for risk.   This approach is typically given substantial weight in our analysis and is supported by the indications in the cost and sales comparison approaches.

It is therefore our opinion that the market rental value of the subject property as of the date of this appraisal is

**ONE MILLION DOLLARS**
**($1,000,000)**

TOBIN REAL ESTATE ADVISORS, INC.

**TOBIN** REAL ESTATE ADVISORS, **INC.** *VALUEPLUS* MANAGEMENT **LETTER**

In this section, we attempt to include a brief summary of our observations of the property and your entire real estate portfolio that are designed to improve the profitability or market appeal of the property (or to prevent or minimize any lack of market appeal). Among the major characteristics pertaining to the subject property and your entire real estate portfolio, the following attributes of the subject/your portfolio can be built upon. They are:

- The historic $2.99 trillion economic stimulus bill passed in March 2020 in response to the COVID-19 pandemic features a number of positive implications for commercial real estate (CRE), including a technical correction to the *Qualified Improvement Property (QIP)* provision in the 2017 *Tax Cuts and Jobs Act. QIP* is now available for immediate expensing, rather than subject to the 39-year depreciation period. Other provisions of interest to CRE in the $2.99 trillion stimulus bill, includes allowing a 5-year carryback of net operating losses (NOL) for non-REIT businesses for 2018, 2019 and 2020; increases the limitation on deductible business interest from 30% to 50% of EBITDA (earnings before interest, taxes, depreciation, amortization) for 2019 and 2020; excludes from income cancellation of debt related to new, emergency small business loans, and, provides small businesses (many CRE tenants), with $367 billion in loan assistance to maintain staff payroll and continue paying obligations. The legislation also provides direct payments to many individuals and families, extends unemployment insurance and shores up social safety net programs. A $1 trillion infrastructure bill followed in fall 2021;

- Rental real estate is renowned for its many tax break, and the 2017 tax overhaul added a new one. The benefit is the 199A deduction of 20%, applying to business income – including rental income – earned by many sole proprietorships, limited-liability companies, partnerships and S corporations. These entities pass through profits and losses directly to their owners' individual tax returns, instead of paying tax at the corporate level;

- Aggressively contest real estate taxes by arming yourself with information that could help your tax attorney and the assessor. A building may have lingering vacancies or unique challenges that the assessor hasn't considered;

- Consider making your property more "green," which may include *Energy Star* and *LEED* certification. Landlords should pay attention to what's included in the stimulus package if the program offers incentives for property owners. However, big incentives are already available from utility companies in every geographic market;

- Take advantage of group purchasing to lower operating expenses, including property insurance, utilities, janitorial services and trash removal. Landlords can receive significant discounts by leveraging the size of their portfolios managed by their service provider;

- The U.S. population is expected to increase 33 percent – to 376 million- by 2030. That growth could generate demand for 60 million new housing units and unknown numbers of new master-planned developments. About half the homes, office buildings, stores and factories needed by 2030 do not even exist today. The supply of land is finite, while the opportunities for high quality development are almost infinite, however COVID 19 has not slowed these projections, likely, temporarily;

TOBIN REAL ESTATE ADVISORS, INC.

- Be prepared for opportunities to acquire properties from distressed sellers or lenders. "Out-lease and out-manage" your competition. Focused owners in this cycle will maintain and even enhance value through intensive asset management. Acquire loans at a discount from lenders seeking to deleverage their balance sheets at any price. "Assist" borrowers whose financial structures are "upside down" to restructure and recapitalize loans before they are forced to deal with their lender;

- Hard assets, such as commercial real estate, likely will not lose value as precipitously as financial assets. In general, real estate has outperformed stocks over the past ten years by a significant margin. Continue to hold "core" properties as they remain irreplaceable assets. Purchase or hold multifamily apartments; they are the antidote for young adults, downsizing baby boomers, and anyone else who thinks that home-style living is too expensive or inconvenient. Buy or hold industrial. While there will be some softness in reaction to the economy, coastal gateway markets and international airport hubs should continue to consolidate their position in the distribution chain long term, but in the short term, the U.S. should be shifting many distribution chains back to the U.S. due to COVID-19, another boon to commercial real estate. Many manufacturing jobs will no longer be outsourced, which could be perceived as an incentive to innovate and create new jobs in land development. Hold office assets; long-term leases can bridge the downturn. Hold hotels, although this sector has been remarkably resilient in the slow recovery because of lack of overbuilding and continued business/convention/tourism strength, likely to return robustly as COVID-19 effects dissipate. Be cautious about retail – consumer exhaustion is an issue in a weakening economy. Focus on fortress malls and grocery- and drug-anchored centers. Expect opportunities to surface in the residential building lot and condominium sectors – if you have a solid capital structure and strong stomach for risk;

- The focus on higher-density mixed use, infill and transit-oriented development will return after COVID1- recovery, which seems to make the most sense in this era of fluctuating energy prices, singles and empty nesters, and convenience-oriented living, but has significantly slowed in mid-2020. Transit use will eventually continue to grow as the trend changes from car-oriented trips to walk-able shopping districts. Urban infill will eventually again become attractive. On average, 15 percent of city land is vacant. Prospective homebuyers today tend to choose compact rather than large-lot neighborhoods. This signals that Americans may be ready to give up their bedroom communities. High quality always wins. Sustainable development is in. The culture is changing from profligacy to frugality, emphasizing low environmental impact and high efficiency. Find opportunities to "green" your portfolio, as tenants are demanding it, period. "Green is green," whether it is new construction or an existing building;

- Suburbs should continue to be an investor focus. Over the past decade, the percentage of Americans living in suburbs and single-family homes has increased. Downtown condominiums in some markets (Miami, Los Angeles, Las Vegas, etc.) have led the housing bust. Since 1980, the percentage of residents settling in urban areas has dropped to 34% from 41%. Some 52% of residents are now living in the suburbs, up from 44% 30 years ago. Millennials (the generation born after 1983) are even more suburban-centric than their boomer parents; four of five in this group intend to marry and have families. Roughly 18% of millennials consider the city an ideal place to live, but approximately 43% envision the suburbs as their preferred long-term destination; this trend should now be higher due to *COVID-19*.

- Page 48

# CERTIFICATION

The undersigned do certify on behalf of Tobin Real Estate Advisors, Inc. that to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions and conclusions in this report are limited only by the reported assumptions and limiting conditions and are our personal, impartial, and unbiased professional analyses, opinions and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the property/parties involved.

4. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. Our compensation for completing this assignment is not contingent upon the development of or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. Our analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation* and with the requirements of the *Code of Professional Ethics/ the Supplementary Standards of Professional Appraisal Practice of the Appraisal Institute*.

8. I, Patrick L. Tobin, MAI, certify that the use of this report is subject to the requirements of the *Appraisal Institute* relating to review by its duly authorized representatives. As of the date of this report, I have completed the requirements of the continuing education program of the *Appraisal Institute*.

9. Margaret P. Tobin coordinated the research activities for this engagement.

10. Patrick L. Tobin, MAI made a personal external inspection of the property that is the subject of this report, but otherwise has not provided any services pertaining to this property during the past three years.

It is our opinion that the market/rental value of the fee simple interest in the underlying real property known as 2520 Lincoln Park Avenue, Los Angeles, California, as of September 8, 2022, was:

**ONE MILLION DOLLARS
($1,000,000)**

A reasonable marketing period associated with this estimated value is nine to twelve months.

Patrick L. Tobin, MAI, Principal
CA Certified General 3004963-005 8-24-23
IL Certified General 553-000220 9-30-23
**TOBIN** Real Estate Advisors, **INC.**

Margaret P. Tobin, Principal
**TOBIN** Real Estate Advisors, **INC.**

# ASSUMPTIONS & LIMITING CONDITIONS

1. Tobin Real Estate Advisors, Inc. cannot assume responsibility for matters of a legal nature. It is assumed that the title is marketable and that the descriptive information furnished is correct. Except as noted, the property is assumed in accordance with applicable local, state and federal ordinances, regulations and laws.

2. The physical condition of the real estate described herein was based upon visual inspection except as noted. It is assumed that there are no hidden conditions that would render the property more or less valuable. Hidden conditions include, but are not limited to, Americans with Disability Act (ADA) requirements, soundness of members, equipment, soil conditions or environmental contamination. Tobin Real Estate Advisors, Inc. cannot assume responsibility for such conditions, their effects or for arranging engineering studies that may be required to discover them. This report does not take into consideration the possibility of the existence of asbestos, PCB transformers, mold, or other toxic, hazardous or contaminated substances and/or underground storage tanks (hazardous material), or the cost of encapsulation or removal thereof, unless otherwise noted. Should the client have concern over the existence of such substances on the property, we consider it imperative for the client to retain the services of a qualified, independent engineer or contractor to determine the existence and extent of any hazardous materials, as well as the cost associated with any required or desirable treatment or removal thereof.

3. Any plot plans, diagrams or drawings presented are only to facilitate and aid the reader and are not meant to be used in matters of survey or for any other purpose.

4. Any distribution of value applies only as presented or discussed. Value distributions include, but are not limited to, leased fee and leasehold, and land and building allocations. Portions of this report should not be relied upon except in the context of the whole.

5. All analyses, opinions and conclusions assume responsible ownership and competent management.

6. No persons signing or identified as contributing to this report shall be required to give testimony or appear in court by reason of this report with reference to the property herein described, unless prior arrangements have been made.

7. As used herein, the report is defined to include both the written version and information contained in our files.

8. Neither all or any part of the contents of this report (especially any conclusions, the identity of the persons signing or contributing to this report or the firm with which they are connected, or any reference to the Appraisal Institute or the MAI designation) shall be disseminated to the public through advertising media, public relations media, news media, sales media or any other public means of communication without prior written consent and approval. The terms of our engagement are such that we have no obligation to update or revise the report or our analyses, opinions and conclusions in any manner because of events or transactions occurring subsequent to the date of the report. This appraisal report and all of the appraiser's work in connection with the appraisal assignment are subject to these assumptions and limiting conditions and all other terms stated in this report. Any use of the appraisal by any party, regardless of whether such use is authorized or intended by the appraiser, constitutes acceptance of all such limiting conditions and terms. No purchaser or seller of the subject property nor any borrower are intended users of this appraisal and no such parties should use or rely on this appraisal for any purpose. All such parties are advised to consult with appraisers or other professionals of their own choosing.

● Page 51

# V.  ADDENDA

TOBIN REAL ESTATE ADVISORS, INC.

# ADDENDUM A

# RESUMES

TOBIN REAL ESTATE ADVISORS, INC.

# Patrick L. Tobin, MAI

Pat is a principal in Tobin Real Estate Advisors, Inc. and business executive with forty-one years of diverse and extensive experience in real estate and management. Pat has achieved consistent results in increasing profitability and enhancing value by creating systems and strategies to meet the market and accommodate future growth. Pat has directed and interacted with a large and diverse professional staff and institutional organizations, and his contributions have included the formation, development and refinement of major corporate departments and procedures.

## Professional Experience

Tobin Real Estate Advisors, Inc.: Pat formed Tobin Real Estate Advisors, Inc. in 1995 to assist clients in appraisal/valuation due diligence, investor advisory services, litigation support, performance improvement and portfolio strategy. Services offered include narrative self contained valuation reports, summary and restricted use documents, valuation reviews, market studies, partial interests in debt/equity, buy/sell negotiation support, concurrence opinions, purchase price allocation, property reviews, cash flow creation, market analyses and detailed investor packages, underwriter's letter and verification services, deposition, expert witness testimony, lease audits, cash flow, occupancy and financial performance bench marking, operations, administration and maintenance diagnostics, portfolio performance measurement and diversification assessment, evaluation of individual properties/opportunities to enhance value and economic and market condition risk identification.

*Ernst & Young, 1990-1995*: Senior Manager and Midwest Region Director of Real Estate Consulting. Pat developed client relationships while recruiting, growing, training and leading a real estate advisory consulting team in performance improvement, investor advisory due diligence and litigation support engagements for worldwide corporate and institutional holders of real estate.

*Appraisal Research Counselors, Ltd., 1980-1990*: Vice President. Pat developed client relationships while recruiting, growing, training and leading a real estate advisory consulting team in national appraisal/valuation due diligence, counseling and market research engagements for use in financing, planning, syndication, foreclosure, purchase/sale and insurance.

## Education and Seminars

Pat graduated from Loyola University of Chicago in 1982 with a Bachelor's of Science degree in Business Administration/Marketing. In 1990, Pat completed the requirements for the Appraisal Institute's MAI designation (#8488). Pat has led numerous seminars, including total quality management process improvement teams, financial advisory service education programs and international real estate consulting groups. External seminars include "Master the Game of Restructuring/Bankruptcy in the Lodging Industry," with the law firm of *Jenner & Block* in Chicago, Cincinnati, Kansas City and Minneapolis, and "Trends in Real Estate Consulting from a Lender's Perspective," with *Citigroup, HSBC, JP Morgan Chase, Bank of America* and *Northern Trust*.

## Professional Affiliations

Chicago Real Estate Council, Member; Real Estate Investment Association, Member; Pension Real Estate Association, Member; Member; Urban Land Institute, Associate Member; State of Illinois Certified Real Estate Appraiser, License No. 553-000220.

● Page 54

## Statement of Prior Testimony

### ROUSE/RANDHURST SHOPPING CENTER, INC. V. JC PENNEY COMPANY, INC., Case No. 01 C 1623

Pat Tobin provided damage calculations in preparation for expert witness testimony (*Federal Bankruptcy Court for the Northern District of Illinois*, Judge Milton I. Shadur's Court) in the successful settlement of an anchor tenant who elected to depart a super-regional mall located in the Chicago metro area. The retail industry has closely watched this case. Tobin's client was *Navigant Consulting Group/JC Penney*; the law firm was *Jones Day. JC Penney, Inc.* believed the settlement to be desirable.

### PRIME RAIL INTEREST, INC V. CITGO PETROLEUM CORPORATION

*Tobin* assisted *Citgo* and the law firm of *Eimer Stahl Klevorn & Solberg*. The issue in this case was market value with/without environmental contamination, and our firm acted as expert for trial in the *United States District Court, Northern District of Texas, Ft. Worth Division.* In this instance, we also reviewed expert reports regarding whether the extent of soil/groundwater conditions in the *Citgo* release area are suitable for regulatory closure under applicable environmental regulations, and whether the soil/groundwater conditions in this area limit development of the site for commercial industrial purposes. Part of the subject property was used in the past by *Sinclair Oil Company* for storage of petroleum products in ASTs, with removal of these tanks occurring sometime between 1942 and 1957. Case is expected to be settled out of court.

### TRANSCONTINENTAL REALTY INVESTORS, INC. V. ST. LOUIS ONE CITY CENTRE, LTD., 2/20 MANAGEMENT COMPANY, INC. & ONE CITY CENTRE INVESTMENTS, LLC

Pat Tobin prepared expert witness testimony for the plaintiff regarding a major Class A downtown St. Louis office property's breach of contract to sell this asset in Case No. 02-11233-D, *160th District Court of Dallas County, Texas and St. Louis County, Missouri.* Presiding judge was Megan Dolan. The plaintiff law firm was *Madden Sewell*, which received a favorable judgment.

### U.S. BANK, N.A., (AS SUCCESSOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER FOR PARK NATIONAL BANK) V. WISEMAN-HUGHES ENTERPRISES, INC., CASTLE BAR INVESTMENTS, LLC, JAMES P. HUGHES SR., JAMES P. HUGHES, JR. AND JOHN F. KULCZEWSKI, 08 CH 0604,

Pat Tobin delivered expert witness testimony for the defendant in the *Circuit Court of the Sixteenth Judicial Circuit, Kendall County, Chancery Division,* Judge Timothy J. McCann. *Tobin Real Estate Advisors, Inc.* prepared a report estimating the market value of a large subdivision property the property (129.53 acre parcel containing 210 developed, vacant townhome pads, a 3.54-acre vacant commercial site, 41.28 acres platted for residential development including 91 single-family homes, and seven model townhomes), including the retrospective and prospective market values before/after the residential market crash in conjunction with a sheriff's sale. *Tobin* worked with law firm *Freeborn & Peters LLP.*

### PEARLMAN V. SAMUEL ZELL, Case No. 95 G 4242

Pat Tobin provided deposition testimony (*Federal Court for the Northern District of Illinois*, Judge Castillo) in the suit brought by Richard Pearlman against Sam Zell and his respective firms *Equity Residential* and *Equity Manufactured Homes*, residential portfolios comprising over 105,000 apartment units and 45 manufactured home parks across the United States. Tobin's client law firm was *Novack & Macey.*

TOBIN REAL ESTATE ADVISORS, INC

## NORTH SIDE COMMUNITY BANK V. CLARK & LELAND
## CONDOMINIUM LLC, CASE NO. 10-5327508    Pat Tobin delivered expert witness

testimony for the defendant (*Clark & Leland Condominium, LLC,* debtor), in this Chapter 11 bankruptcy case in the *United States Bankruptcy Court* for the *Northern District of Illinois Eastern Division,* Hon. Eugene R. Wedoff. *Tobin Real Estate Advisors, Inc.* prepared a report estimating the market value of a newly delivered elevator masonry and concrete-constructed mixed-used building comprising 36 residential rental units and nine commercial spaces, including the retrospective and prospective market values before/after the residential market crash in conjunction with the confirmation of a plan of reorganization. *Tobin* worked with law firm *Arnstein & Lehr LLP.*

## CHICAGO FLOOD/DAYTON HUDSON/CITY OF CHICAGO/GREAT LAKES
## DOCK & DREDGE/MCDERMOTT, WILL & EMERY    Pat Tobin led a litigation support

team and was deposed as the lead real estate expert to analyze damage claims filed against *Great Lakes Dock & Dredge* and their insurer as a result of the Chicago Flood. Since the largest elements of the claims filed against *Great Lakes* was damage to property, Pat provided expert witness assistance, including developing questions for the plaintiff's expert witnesses and providing expert testimony on behalf of the defendant regarding the proper methods of valuing damage to *Macy's* downtown flagship store and Loop office buildings.

## JENNER & BLOCK/SEYFARTH & SHAW/AMERITECH/SALOMON
## BROTHERS/MOTELS OF AMERICA/BEST INNS    Pat Tobin co-led a litigation

support team in due diligence, report preparation, deposition and expert witness (*Northern District of Illinois Bankruptcy Court* - now settled) over a three-year period for a motel portfolio consisting of over 200 motels.

## NORFOLK & SOUTHERN CORPORATION    Pat Tobin co-led a real estate consulting

team that completed various engagements of rights-of-way valuations for condemnation proceedings involving expert witness testimony. The engagements comprised over 2,500 miles of track structure, bridges, culverts, signaling, grade crossings and real estate, including studies pertaining to corridor value-in-use, gross and net liquidation analyses.

## VAN KAMPEN MERRITT/XEROX LIFE/ UNGARETTI & HARRIS    Pat Tobin

led a real estate consulting team and was deposed as an expert witness in the evaluation of a 500 lot single-family subdivision and Robert Trent Jones II golf and country club located in Crested Butte, Colorado. The bankruptcy court ruled in favor of the bondholders (*Van Kampen Merritt/Xerox Life*). Pat also co-led a real estate consulting/litigation support team which assisted bondholders in evaluating a 119 room full service hotel in Denver, Colorado, a 202 room *Radisson* Hotel in Arlington Heights, Illinois and a 250 room *Holiday Inn* in LaCrosse, Wisconsin.

## PRUDENTIAL ASSOCIATES    Pat Tobin led a real estate consulting/litigation support team

which provided consulting due diligence pertaining to diminution in value/lost profits in *Prudential's* lawsuit against *Turner Construction* (in the construction delivery and leaseup of Two Prudential Plaza, Chicago, Illinois).

## GARDNER CARTON DOUGLAS/BRAUVIN/MADCO/MONY/ HARRIS    Pat

Tobin led a real estate consulting/litigation support team and was deposed as expert witness in various financial risk rate cases for a downtown Chicago office building and suburban shopping center.

TOBIN REAL ESTATE ADVISORS, INC.

## JENNER & BLOCK/NEAL GERBER & EISENBERG - LE MERIDIEN/MADISON HOTEL ASSOCIATES/WATERFRONT PLAZA

**HOTEL**   Pat Tobin co-led a real estate consulting/litigation support team representing an investor group in the "363" sale and plan of reorganization of a downtown Chicago hotel, including consulting relating to impact on value due to operational performance; Pat assisted the debtor in possession in a plan of reorganization through replacement of management/general partner and economic valuation for a 362 room full service, convention hotel in Madison, Wisconsin; finally, Pat analyzed a 150 room full service hotel located in Indianapolis (determining economic value, analyzing operations and preparing financial projections).

## FIDELITY NATIONAL TITLE GROUP, INC. u/t/#1926 V. OLIVET NAZARENE UNIVERSITY, Case No. 06-MR-156

Pat Tobin prepared expert witness valuations for *Fidelity National Title Group, Inc.,* and the *Circuit Court of the 21st Judicial District, Kankakee County, Illinois* pertaining to title defect in the diminution in value of commercial property assuming full access to parking/no shared access with the adjacent property owner.

## FIDELITY NATIONAL TITLE GROUP, INC.

Pat Tobin prepared expert witness valuations for *Fidelity National Title Group, Inc.,* and the *Circuit Court of Kane County, Illinois* the before and after title defect discovery of a permanent easement in favor of *Commonwealth Edison* adjacent the existing *Canadian National* right-of way- formerly the *Illinois Central* right-of way.

## CITY OF ST. CHARLES, ILLINOIS V. AETNA BANK ET AL , Case No. ED AC 99 002

Pat Tobin provided deposition testimony (*Kane County, Illinois Circuit Court*) in the condemnation suit brought by the City of St. Charles, Illinois against the owner of a single-family subdivision along the Fox River, St. Charles Township, Illinois.    Litigation was settled out of court. Tobin's client was *Goldberg Weisman & Cairo,* who represented *Aetna*.

## CITY OF COUNTRYSIDE, ILLINOIS V. LOCAL 719, UNITED AUTO WORKERS

Pat Tobin provided deposition testimony in the eminent domain case brought by the *City of Countryside, Illinois* regarding the taking of the union meeting hall property in Countryside. Tobin's client law firm was *Goldberg Weisman & Cairo.* Case was settled out of court.

## CITY OF FORT WAYNE, INDIANA V. EQUITY INVESTMENT GROUP

Pat Tobin provided expert witness damage calculations in this eminent domain case brought by the *City of Fort Wayne, Indiana* regarding the taking of access from a large shopping center in Fort Wayne. Tobin's client law firm was internal counsel and *Faegre Baker Daniels,* representing *Equity Investment Group.* Case was successfully settled out of court.

## CITY OF WESTMONT, ILLINOIS V. DUKE REALTY INVESTMENTS/CONSTRUCTION

Pat Tobin provided zoning hearing testimony in the zoning matter case brought by the *City of Westmont, Illinois* regarding the expansion of a Class A office building in Westmont. Tobin's client was *Duke Realty Investments/Construction.* Case was successfully settled out of court.

## CHICAGO BOARD OF EDUCATON V. MIKE TIERAN , Case No. 00L-050446

Pat Tobin provided expert witness testimony (Cook County, Illinois Circuit Court, Judge John Ward) in the condemnation suit brought by the Chicago Board of Education in the taking of an apartment property at 3735 West Leland Avenue, Chicago.    Litigation was settled out of court.  Council for the *Chicago Board of Education* was *Earl Neal & Associates.*  Tobin's client was Mike Tieran.

TOBIN REAL ESTATE ADVISORS, INC.

## *CHICAGO TRANSIT AUTHORITY V. GOODYEAR TIRE & RUBBER*

*COMPANY* **Case No. 3-17-04** The prime issue in this case was condemnation regarding leasehold value loss in connection with the intended condemnation by the *Chicago Transit Authority – Brown Line Capacity Expansion Project* for the *Paulina Street Station (Chicago Transit Authority v. Dean H. Bilton, et al, Circuit Court of Cook County*, 3-17-04). Case was settled out of court. *Tobin* assisted *Goodyear* and the law firm of *Williams, Pope & John.*

## *5331 CICERO L.L.C. V. PETER WEMPEL (BUDGET RENT-A-CAR)* Pat

Tobin provided a report/expert witness testimony in the *Circuit Court of Cook County, Illinois, County Department, Law Division,* Case No. 03 L 008710, Hon. Judge Lee Preston, for the recovery of damages regarding lease cancellation in bankruptcy for the purpose of establishing market value for an leased airport property with estoppel certificate. The law firm was *Brown, Udell & Pomerantz.*

## *NORTHERN TRUST BANK V. HAWTHORN REALTY GROUP,* **Case No.**

**95 B 12343** Pat Tobin provided expert witness testimony (*Federal Bankruptcy Court for the Northern District of Illinois,* Judge Wedoff's Court) in the successful reorganization of a debtor-in-possession for a 500,000 square foot manufacturing facility located in the Chicago metro area. Tobin's client law firm was *Gould & Ratner.* Judge ruled in favor of *Hawthorn Realty Group, Gould & Ratner's* client.

## *METROPOLITAN V. SPEIGEL* Pat Tobin has provided deposition testimony provided a

report/expert witness testimony *(Circuit Court, Cook County, Illinois Circuit Court)* in the broker fee dispute brought by *Metropolitan* in connection with *Speigel's* relocation from the city of Chicago. Tobin's client was *Arnstein & Lehr LLP,* who represented *Metropolitan.*

## *CTM ENTERPRISES, a/k/a CAPRI ENTERPRISES, LLC. V. VANMARK*

*CORPORATION,* **Case No. 03-CH 17834** Pat Tobin delivered a report/expert witness testimony for the plaintiff regarding a retail land property in Chicago, in a breach of contract case focusing on before/after values during the housing crash. The plaintiff law firm included *K&L Gates.*

## *LOU MITCHELL'S, INC. & MB FINANCIAL BANK, a/t/u/t #2444 V. 555 WEST JACKSON LLC & 555 W. JACKSON CONDOMINIUM*

*ASSOCIATION* **Case No. 05-CH 04980** Pat Tobin prepared expert witness valuations for *Fidelity National Title Group, Inc.,* and the *Circuit Court of Cook County, Illinois County Department, Chancery Division,* Judge Kathleen M. Pantle presiding, pertaining to title defect in the diminution in value of commercial parking assuming full access to parking/no shared access with the adjacent property owner.

## *B.J. DOLAN & WILLIAMSBURG WAY, L.L.C. V. JOSEPH JAYSON, REALMARK-WILLIAMSBURG/MANAGEMENT, L.L.C.,* Pat Tobin prepared expert

witness retrospective valuations for the plaintiff and *Hinshaw & Culberston LLP.* in the *Circuit Court of Cook County, Illinois, County Department, Law Division* regarding overstated income pertaining to historical accounting records. This litigation was settled out of court for what the plaintiff/*Hinshaw & Culbertson LLP* felt was a favorable result.

## **MARY K. CARTWRIGHT V. C. TUCKER MOORE** Pat Tobin delivered a

report/expert witness testimony for the plaintiff regarding a major Alaskan hotel property and Kenilworth, Illinois residential real estate in Case No. 00 CH 16248, *Circuit Court of Cook County, Chancery Division,* Judge Nudelman, regarding breach of fiduciary duty of the trustee. The plaintiff law firms include *Harrison & Held* plus *Lord Bissell & Brook.*

TOBIN REAL ESTATE ADVISORS, INC.

## KEVIN B. MINIAT V. RONALD M./DAVID J. MINIAT, Case No. 01 L

**005256** Pat Tobin provided an expert report and deposition testimony (*Circuit Court of Cook County*, Judge Nudelman) regarding the value and lease rate pertaining to a specialized meat processing facility located in South Holland, Illinois. Tobin's clients were *Novack & Macey* and *Grippo & Elden*, representing *Ed Miniat, Inc.* The judge ruled in favor for our counsel's client.

## GUARANTEE TRUST LIFE INSURANCE COMPANY V. STONE CAPITAL-BEECHER LLC/ GREYSTONE HOLDINGS, LLC Pat Tobin provided

an expert report in preparation for a *Will County Sheriff's* sale for 7.993 acres of vacant land. Part of the property includes a below-ground pipeline for jet fuel to potentially be used for the proposed *Peotone Airport.* Tobin's client was *Guarantee Trust Life Insurance Company,* with the sheriff's sale deemed successful.

## MURAD SWEISS V. CAPRI ENTERPRISES, LLC & CHARLES MUDD, Case No. 06-CH 16344 Pat Tobin delivered expert witness reports for the defendant and the

*Illinois County Department, Chancery Division,* before the Hon. Mary Ann Mason, regarding a retail land property in Chicago, in a breach of contract case focusing on before/after values during the housing crash. The plaintiff law firm included *K&L Gates.*

## CHOICE FURNISHINGS V. MB FINANCIAL TRUST/WIREMASTERS, INC. Pat Tobin provided expert witness testimony before a three member arbitration panel known as

the *Chicago Rabbinical Association* for the purpose of establishing market value for certain real estate assets pertaining to a business break-up; the law firm was *Schuyler, Roche & Swirner,* who believed our testimony to be crucial to the case.

## DENIZMAN V. DENIZMAN, ET AL, Case No. 05 CH 11400 Pat Tobin provided

an expert report regarding the value pertaining to a mixed use property in the Lakeview area of Chicago, Illinois. Tobin's client was *Brown, Udell & Pomerantz, Ltd.* The case was settled out of court.

## 110 DELAWARE CONDOMINIUM V. FANSLOW Pat Tobin provided expert

testimony (Cook County Circuit Court) in the suit brought by this condominium association against the ground floor retail owner of space off North Michigan Avenue in Chicago, Illinois.    Tobin's client law firm was *Novack & Macey.* Case was ruled in favor of *Novack & Macey* client *Fanslow.*

## SPICE FACTORY LOFTS V. LOFT MANAGEMENT Pat Tobin provided expert

witness testimony *(Federal Bankruptcy Court for the Northern District of Illinois)* in the suit brought by this owner of a 400,000 square foot loft property against a former partner.    Tobin's client law firm was *Liskor Properties.* Court ruled in favor of *Liskor Properties.*

## WELLS FARGO BANK V. NEWCARE CONSTRUCTION Pat Tobin provided an

expert witness report and testimony preparation in the suit brought by this owner of an adjacent office building against the builder of a multiuse complex located in Dickinson, North Dakota, due to fire-related damages and environmental asbestos disturbance.    Tobin's client law firm was *Ebeltoft & Sickler,* who represented *Newcare Construction.*

## GUARANTEE TRUST LIFE INSURANCE COMPANY V. SCOTT A. SINAR, RICHARD ARONSON, ET. AL (CONDOMINIUM ASSOCIATION, UNKNOWN OWNERS AND NON-RECORD CLAIMANTS) Pat Tobin provided an

expert witness report and testimony preparation in the suit brought by this insurer regarding a Judgment of Foreclosure/Sheriff's sale, in the matter of Case 11 CH 18214, *Cook County Chancery Court,* Judges

John H. Erlich/Michael Otto), due to a non-performing *Thorndale Park* residential condominium conversion loan.    Tobin's client firm was *Guarantee Trust Life Insurance Company*, with the sheriff's sale deemed successful.

## *EQUITY INVESTMENT GROUP V. LAWYER'S TITLE/CHICAGO TITLE &*

*TRUST COMPANY*   Pat Tobin provided expert witness report/retrospective damage calculations as the basis for litigation support/negotiating a settlement, pertaining to a loss of marketability/diminution in value due to the discovery of an easement appearing on the *Palace Mall* retail property located in Mitchell, South Dakota.   Tobin's client law firm was internal counsel representing *Equity Investment Group.*   Case was successfully settled out of court.

## *BADGER MUTUAL INSURANCE COMPANY V. SOLARIS ROOFING*
## *SOLUTIONS, INC./ACUITY, A MUTUAL INSURANCE COMPANY*  Pat Tobin

provided an expert witness report/retrospective damage calculations as the basis for litigation support/negotiating a settlement, pertaining to a loss of marketability/value diminution for determining casualty loss after a fire completely destroyed nightclub facilities, operating business and personal property.  Tobin's client law firm was *Foran Glennon Palandech Ponzi & Rudloff PC*, representing *Badger Mutual Insurance Company.*  Case is ongoing.

## *ANTHEUS CAPITAL/SILLIMAN GROUP V.CITY OF CHICAGO*  Pat Tobin

provided an expert witness report/testimony before *Chicago City Council/Department of Zoning* regarding variances pertaining to 5110 South Harper Avenue, Chicago, Illinois special use/variance report for the proposed development of a parking lot for use by a mixed development located across the street at 5101-27 South Harper Avenue/1525 East Hyde Park Boulevard, concerning the ongoing redevelopment of the former *Village* shopping center under construction for a mixed use storefront plus apartments above type development. Tobin's clients were *Antheus Capital/Silliman Group/Daley & George.* Testimony included compliance with all the applicable standards of this zoning ordinance, that the proposed use will provide a beneficial impact on the neighborhood, and fulfill a need for the residences and the businesses located in the surrounding area, and that the subject is expected to provide both a short- and long-term economic boost to the community with regard to increased housing, sales tax receipts and increased housing values, is compatible with the character of the surrounding area regarding site planning and project design, building scale and will not provide a significant adverse impact on the general welfare of the neighborhood and/or community. That the proposed redevelopment, scale and size is compatible with the character of the surrounding area in terms of operating characteristics, such as hours of operation, outdoor lighting, noise and traffic generation, will not impair an adequate supply of light and air to an adjacent property or substantially increase the congestion in the public streets, or increase the danger of fire or endanger the public safety, or substantially diminish or impair property values within the neighborhood. In summary, Tobin testified that the redevelopment will provide employment opportunities during construction and upon completion; fulfill a need; increase the real estate tax revenue to the various bodies and be harmonious and compatible with surrounding uses and will not provide an adverse impact upon the use and enjoyment of other properties in the subject area. The variance was granted.

## *FEATHERFIST  DEVELOPMENT V.CITY OF CHICAGO*   Pat Tobin provided an

expert witness report/testimony before *Chicago City Council/Department of Zoning* regarding variances pertaining to a portfolio of *Chicago Catholic Archdiocesan* properties to U.S. veterans recovery facilities on the south side of Chicago. The testimony regarded the special use/variance for the proposed development. Tobin's clients were *Featherfist Development/Anchor Group Ltd.* Testimony included similar issues to the above preceding *Antheus Capital/Silliman Group* v. *City of Chicago* case. The variances were granted.

TOBIN REAL ESTATE ADVISORS, INC.

**DEPARTMENT OF TRANSPORTATION OF THE STATE OF ILLINOIS, FOR/ON BEHALF OF PEOPLE OF THE STATE OF ILLINOIS, PLAINTIFF, V. IH LAND CORP.; CIB BANK; METROPOLITAN CAPITAL BANK; GRUPO UNIDOS POR EL CANAL, S.A.; INDIAN HILLS TRAINING CENTER, INC.; RFO HOLDINGS, INC.; GD LAND CORP.; ROBERT F. OURY; UNKNOWN OWNERS; AND NON-RECORD CLAIMANTS, DEFENDANTS** Pat Tobin provided an expert witness report and testimony preparation in the suit brought by the *State of Illinois* regarding a roadway taking and judgment of foreclosure/sheriff's sale pertaining to a 400-acre horse farm located along I-90 in *Kane County*, Illinois, Case No. 14 ed 25, condemnation, in the *Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois*, for *Illinois Department of Transportation (IDOT)* acquisition purposes. Issues included the *Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970* and *Illinois Department of Transportation's IDOT's Land Acquisition Policies and Procedures Manual*. Tobin's client firm was *Metropolitan Capital Bank/Novack & Macey*, with the right-of-way settlement deemed successful and current bank/bank director suit ongoing.

**ANN E. RODI, ROBERT E. RODI, MICHAEL J. RODI, PATRICIA RODI, RODI PROPERTIES AND RODI CONSTRUCTION COMPANY , PLAINTIFFS, V. JAMES K. HORSTMAN, TIMOTHY C. SAMUELSON, CRAY HUBER HORSTMAN HEIL & VANAUSDAL, LLC, A LIMITED LIABILITY COMPANY, F/K/A IWAN CRAY HUBER HORSTMAN & VANAUSDAL, LLC, A LIMITED LIABILITY COMPANY, DENICE A. GIERACH AND GIERACH LAW FIRM, F/K/A GIERACH AND** Pat Tobin provided expert witness reports and testimony preparation in the suit brought by the claimants regarding attorney legal liability issues pertaining to a riverside yacht/boating operation on 8 acres along the *South Branch* of the *Chicago River* in addition to an estimate of market value after subtracting the debt plus interest accruing at both the rate of 9% per year (bankruptcy interest rate) and the prime rate since September 1992 to present which began at the sheriff's sale $2.073442 million. From this time period, Tobin also noted annual real estate taxes accruing at the same rates during the same time period. The subject features approximately 636 feet of frontage along the *South Branch* of the *Chicago River*. Tobin's client firms were *Hinshaw & Culbertson LLP/Alholm, Monahan, Klauke, Hay & Oldenburg, LLC* with the suit dismissed/deemed successful by our clients.

**FOREST PRESERVE OF LAKE COUNTY V. CRAIG BERGMANN LANDSCAPING, INC.** Pat Tobin provided expert witness reports used as part of the basis for a condemnation proceeding regarding *Wisconsin Power's* taking of a strip of the property owner's land along eastern border of *Craig Bergmann Landscape Design, Inc.* Client was *Goldberg Weisman & Cairo*. Case was settled successfully out of court;

**MCFARLANE'S V. BRIGGS & STRATTON**
Pat Tobin provided deposition/expert witness reports as one of the factors for determining casualty loss after a fire completely destroyed the subject improvements on May 20, 2013 and May 21, 2013 as of the date prior to and after the fire. A portion of the subject was utilized as a *True Value* hardware outlet, also selling *Briggs & Stratton* lawnmowers/miscellaneous equipment. Our client is *Pfefferle Kane LLC*, representing *McFarlane*. Trial in *Wisconsin State Court* is scheduled for June 2020;

● Page 61

# UNITED STATES DEPARTMENT OF JUSTICE

Pat Tobin provided multifamily market analysis and an expert witness report with *Malek/Remian LLC* as part of an investigation of predatory lending against a confidential financial institution for markets pertaining to California, Maryland, Massachusetts and Virginia. Case is ongoing;

## MARCUS THEATRES V. COOK COUNTY ASSESSOR

Pat Tobin completed an expert witness report and is expected to provide testimony regarding the *Country Club Hills Cinema* for advalorem tax planning purposes, a 16-plex movie theatre complex. The subject was not operational (formerly an *AMC Loew's*, closed for renovation), but it now fully renovated/in business for the summer movie season;

## ENTERPRISE RENT-A-CAR V. COOK COUNTY ASSESSOR

Pat Tobin completed an expert witness report and is expected to provide testimony regarding an Alsip, IL *Enterprise Rent-A-Car* property for advalorem tax planning purposes;

## MARCUS COS. V. CITY OF CHICAGO

Pat Tobin provided an expert report and assisted *Swanson, Martin & Bell LLP* in the zoning variance hearing regarding 630 North Rush Street, a multi-story garage facility. Tobin's testimony in City Council chambers pertained to *Rush Ontario, LLC (Marcus),* a firm that presently holds an Accessory Garage license for the parking and has applied to the *City of Chicago* for a Non-Accessory (Public Garage) license through a Special Use application to the city. Tobin's testimony covered the following topics: whether the proposed special use complies with all applicable standards of the *Chicago Zoning Ordinance;* whether, the proposed special use is in the interest of the public convenience and will not have an adverse impact on the general welfare of the neighborhood or community; whether the proposed special use is compatible with the character of the surrounding area in terms of site planning, building scale and project design; whether the proposed special use is compatible with the character of the surrounding area in terms of operating characteristics, such as hours of operation, outdoor lighting, noise and traffic generation, and whether the proposed special use is designed to promote pedestrian safety and comfort;

### CHICAGO TRANSIT AUTHORITY V. BRIDGEVIEW BANK GROUP

Pat Tobin provided expert witness reports and deposition conforming to the *Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970* pertaining to a right-of-way acquisition of the subject property in the matter of the *Chicago Transit Authority, Red and Purple Modernization Project, 1123 West Lawrence Avenue & 4723 North Clinton Avenue, Chicago, Illinois,* for *Chicago Transit Authority (CTA)* acquisition purposes. Part of the 4753 N. Broadway, Clinton Lot and Magnolia Lot are currently utilized on an interim basis as parking lots, serving the customers/employees of adjacent *Bridgeview Bank Group,* the other tenants of the adjacent 12-story office building (4753 North Broadway) plus miscellaneous parking tenants.   The 4753 N. Broadway Clinton Lot and Magnolia Lot has been planned for redevelopment including the 12-story 176,310 square foot office building located at 4753 North Broadway (bank building) and for the ground-up development of two existing surface parking lots located at 1123 W. Lawrence and 4717-23 N. Clinton and 1236-48 W. Lawrence (Magnolia Lot). Law firm was *Schain Banks,* with negotiations ongoing;

# BANK OF AMERICA, N.A., AS SUCCESSOR-IN-INTEREST TO LASALLE BANK NATIONAL ASSOCIATION V. CHICAGO TITLE INSURANCE

● Page 62

## COMPANY, AS SUCCESSOR-IN-INTEREST TO TICOR INSURANCE COMPANY.

Pat Tobin provided expert witness reports and expects to provide testimony assisting ReedSmith LLP in the matter of *Bank of America, N.A.*, a national banking association, as successor-in-interest to *LaSalle Bank National Association,* in its individual capacity and as authorized Agent v. *Chicago Title Insurance Company,* a Nebraska Corporation, as successor-in-interest to *Ticor Title Insurance Company. Circuit Court of Cook County,* Case No. *2016L012450/United States District Court North District of Illinois Eastern Division,* Case No. 1:17-CV-,00407, Honorable Robert W. Gettleman. The matter involves a title insurance claim that *Bank of America* submitted to *Chicago Title Insurance Company* regarding a foreclosed mortgage. We understand that in the foreclosure action, an *Illinois* trial court held that an agreement obligating the mortgagor to reimburse a retailer *(Home Depot)* at *Kendall* Marketplace for a local tax (the *SSA* tax), which granted the retailer tax reimbursement and lien rights against the mortgagor's property, was personal, did not run with the land, and thus was extinguished by the foreclosure. *Bank of America* then purchased that property at judicial sale. The *Appellate Court* reversed the trial court's decision and held that the retailer's *SSA* tax reimbursement and lien rights were covenants that ran with the land and were not extinguished by the foreclosure. In its entirety, including shadow anchors, *Kendall Marketplace* is a 590,014 square foot power center constructed in 2008 situated on approximately 128.5 acres. The property is anchored by *Dick's Sporting Goods, Marshalls* and *PetsSmart* and shadow-anchored by *Super Target, Home Depot* and *Kohl's.* The subject property is comprised of 191,736 square feet of shop space situated in two buildings on approximately 73.4 acres, as well as 20 undeveloped parcels situated on approximately 23.6 acres The case is ongoing;

## FORMER) VORA RESIDENCE, BLOOMFIELD HILLS, MICHIGAN

Pat Tobin completed a review of your replacement cost estimates and expressed an estimate of replacement cost, with the opinion will be used as part of the basis for processing an insurance claim. The subject property consisted of an approximate 16,000 square foot single-family residence. Client: *Miner & East LLC/Foran Glennon Palandech Ponzi & Rudloff PC;*

## THE MICHAEL S. SHECTMAN/FC MANAGEMENT LIVING TRUST/FISCHEL & KAHN, LTD. & LEVENFELD & PEARLSTEIN

Pat Tobin completed expert appraisal reports for a portfolio of over 50 shopping centers, apartment, office buildings, residential multifamily properties and vacant land across the United States for family office estate planning purposes pertaining to a filing with the *Internal Revenue Service;*

## NORTH HIGHLAND MACHINE CORP V. BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY

Pat Tobin provided an export report as one of the factors for determining casualty loss after a wind damaged the subject improvements, with the court action located in the *U.S. District Court Eastern District, Wisconsin,* Case/Reference No. 2:18-cv-335. Our work included an analysis of the subject property as of the date prior to and after the wind event. Client: *Foran Glennon Palandech Ponzi & Rudloff PC* representing *Berkshire Hathaway Homestate Insurance Company;*

## BOYD V. FIRE & MARINE NATIONAL INDEMNITY

Pat Tobin provided an expert report as one of the factors for determining casualty loss after a fire completely destroyed an apartment property in *East St. Louis, IL,* including as of the date prior to and after fire destroyed the improvements. Client: *Foran Glennon Palandech Ponzi & Rudloff PC* representing *Fire & Marine National Indemnity;*

TOBIN REAL ESTATE ADVISORS, INC.

### 114 CHURCH STREET FUNDING, LLC

Pat Tobin provided an expert report regarding a foreclosure proceeding against the current owners of an office property located in *Homewood, IL.* Client: *Ashman & Stein, P.C.*

### CHICAGO TRANSIT AUTHORITY V. FARPOINT LLC

Pat Tobin provided expert witness reports pertaining to a lease arbitration conforming to the *Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970* pertaining to a right-of-first refusal pertaining to a purchase option, with negotiations ongoing;

### THE JOSEPH MOSS TRUST 6/10/91- HOOGENDAM & TALBOTT LLP

Pat Tobin provided expert reports pertaining to the assets of a deceased condominium converter pertaining to the distribution of family assets, with negotiations ongoing;

### GREAT AMERICAN INSURANCE COMPANY OF NEW YORK v. MALLERS BUILDING, L.L.C. AND SPECTRUM PROPERTIES GROUP, INC., IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, CASE NO. 1:19-cv-03831, HON. THOMAS DURKIN

Pat Tobin provided an expert report and expert rebuttal as one of the factors for determining casualty loss after a fire destroyed a portion of a downtown high-rise *Chicago* office property, including as of the date prior to and after fire destroyed the improvements. Tobin's opinions included values related to massive tenant relocation in a 200-tenant downtown office property. Client: *Foran Glennon Palandech Ponzi & Rudloff PC* representing *Great American Insurance Company of New York;*

### THE GEORGE H. HUBER LIVING TRUST/EQUITY INVESTMENT GROUP/DOCK SQUARE/FINBACK PARTNERS

Pat Tobin provided an expert report pertaining to a 600-acre working ranch, encompassing adjacent leased grazing tracts of *United States Bureau of Land Management* forestry land located in *Rifle, Colorado* for estate planning purposes pertaining to a filing with the *Internal Revenue Service.*

TOBIN REAL ESTATE ADVISORS, INC.

# Margaret P. Tobin

Margie is a principal in Tobin Real Estate Advisors, Inc. and business executive with thirty-six years of diverse and extensive business experience. Margie coordinates the firm's research activities, and has conducted valuation and consulting studies for various property types in the Chicago metropolitan area and across the United States, including full service and economy hotels, health clubs, resorts, retail centers, industrial properties, office buildings, multi-family condominium, rental apartments and land acreage planned unit developments.

## Professional Experience

Tobin Real Estate Advisors, Inc.:   Margie formed Tobin Real Estate Advisors, Inc. in 1995 to assist clients in appraisal/valuation due diligence, investor advisory services, litigation support, performance improvement and portfolio strategy.   Services offered include narrative self contained valuation reports, summary and restricted use documents,   valuation reviews, market studies, partial interests in debt/equity,  buy/sell negotiation support, concurrence opinions, purchase price allocation,  property reviews, cash flow creation,  market analyses and detailed investor packages, underwriter's letter and verification services, deposition, expert witness testimony,  lease audits, cash flow, occupancy and financial performance bench marking, operations, administration and maintenance diagnostics, portfolio performance measurement and diversification assessment,   evaluation of individual properties/opportunities to enhance value and economic and market condition risk identification.

*Appraisal Research Counselors, Ltd., 1990-1995*:   Senior Real Estate Analyst.   Margie provided assistance in national appraisal/valuation due diligence,  counseling and market research engagements for use in financing,  planning,  syndication,  foreclosure, purchase/sale and insurance.

*PKF Consulting, Inc. 1987-1990*:   Real Estate Analyst.   Margie provided assistance in national appraisal/valuation due diligence,  counseling and market research engagements to the firm's hospitality clients or use in financing,  planning,  syndication,  foreclosure, purchase/sale and insurance.

*Avondale Federal Savings Bank. 1985-1987*:   Secondary Mortgage Loan Servicing Department Analyst. Margie serviced loans sold to the secondary loan market.

## Education and Seminars

Margie graduated from Mundelein College/Loyola University of Chicago in 1983 with a Bachelor's of Science degree.   Margie is an affiliate of the *Appraisal Institute*.

## Professional Affiliations

Affiliate, Appraisal Institute; Chicago Real Estate Council, Member; Real Estate Investment Association, Member; Pension Real Estate Association, Urban Land Institute, Associate Member.

## ATTORNEYS

Arnstein & Lehr
Ashman & Stein, P.C.
Brainard Law
Brown Udell Pomerantz & Delrahim Ltd.
Bryan Cave McPheeters & McRoberts
Chapman & Cutler
Dann Pecar & Newman
Davis Polk & Wardwell
DLA Piper LLP
EimerStahl LLP
Faegre Baker Daniels
Fischel & Kahn
Foran Glennon Palandech Ponzi & Rudloff
Freeborn & Peters LLP
Gardner Carton & Douglas
Gould & Ratner
Goldberg Weisman & Cairo
Grippo & Elden
Harrison & Held LLP
Hinshaw & Culbertson LLP
Jenner & Block
Jones Day
K&L Gates
Latham & Watkins
Leavenfeld & Pearlstein, LLC
Leydig Voit & Mayer
Lord, Bissell & Brook
Lowe, Fell & Skogg
McDermott Will & Emery
Michael, Best & Freidrich
Miller Shakman Hamilton Kurtzon & Schlifke
Novack and Macey
Pffefferle Kane LLP
Pietz, Vanderwaal, Stacker & Rottier, SC
ReedSmith
Rosenthal & Schanfield
Ross & Hardies
Ross & Stevens
Seyfarth Shaw Fairweather & Geraldson
Sidley & Austin
Skadden Arps Slate Meagher Flom
Smith Hemmesch Burke & Kaczynski
SNR Denton
Ungaretti & Harris
Williams Montgomery & John

## FINANCIAL INSTITUTIONS

Amalgamated Bank
American National Bank
American State Bank
Arbor National Commercial Mortgage
Associated Bank
Bank of America
BankFinancial
Bank Leumi/Le Israel
Bank Midwest
BayBanks
Blackhawk Bank & Trust
BMO Harris Bank
Bridgeview Bank Group
Calumet Federal Savings & Loan
Central Bank
Chevy Chase Federal Savings Bank

## GOVERNMENT (Cont'd)

U.S. Dept. of Housing & Urban Development
United States Postal Service

## INSURANCE/INVESTMENT/ PENSION FUNDS

Aid Association for Lutherans
American Express Financial Services
American Fidelity
American Family Insurance
American Property Financing
AmerUs Life
ARS Commercial
Baird & Warner Real Estate Capital
Balcor
Banyan Management Corporation
Beneficial Standard Life Insurance
Berkshire Hathaway Homestate Companies
Berkshire Mortgage Finance
Bridge33Capital
Bridgepoint Investment Banking
Cambridge Realty Capital Companies
Chicago Title & Trust
Churchill Capital
CIBC World Markets
Cohen Financial
Columbia Mutual Life
Column Financial
Community Investment Corporation
Continental Wingate
Country Life
D.A. Davidson Companies
David Cronheim Mortgage Corporation
Farm Bureau Life Insurance Company
Fidelity National Financial
GE/General Electric Capital Corporation
Glaser Financial Group
Greystone Funding Corp.
Great American Insurance Group
Guarantee Trust Life
Holliday, Fenoglio, Fowler, L.P.
IDS Life
Inland Mortgage Corp.
JP Morgan Mortgage Capital, Inc
LaSalle Advisors Capital Management Inc
LaSalle Nova Capital Markets
Lehman Brothers Inc.
Lincoln National Investment Management/Delaware Investments
Met Life Capital
The Midland Life Insurance Company
Mid-North Financial
Morgan Stanley Dean Witter Discover
Mutual of Omaha
Mutual Trust Life
National Indemnity Company
Newman Financial
Nippon Life Properties Inc.
Northern Telecom International Finance
Northpoint Capital
PB Capital
Prudential Associates/Realty Group
Protective Life Insurance
The RREEF Funds

## REAL ESTATE ORGANIZATIONS (Cont'd)

Jones Lang LaSalle
Jupiter Realty Services, Inc.
Keating Resources
Korman/Lederer and Associates, LLC
LJ Melody & Company
Lyrical Partners, L.P.
Magnum Development Corp.
Marcus Theatres
Marquette Properties Management, Inc.
Meridian Pacific
McCann Real Equities
Metropolitan Structures
Monroe Partners
M.T. Food Service Company
Nash Realty
Newcare Construction LLC
Newmark Grubb Knight Frank
Novogroder Companies
NRA Holdings
Motels of America
Newcastle Properties
National Corporation for Housing Partnerships
Pabcor Management
Paragon Properties
Pathstone Management
P&L Investments LLC
Prime Group
PRM (Peter R. Morris) Realty Group LLC
Related Cos.
RCG Vetnures
Scannell Properties
Senior Lifestyle Corporation
Silver Tree Residential
Special Assets Inc.
Standard Communities
Sterling Bay Companies
Stonegate Properties Inc.
Sudler, Inc.
SWG Capital
The Joseph Moss Real Estate Trust
The Reliant Group
Tishman - Speyer Properties
Town & County Homes
Trammell Crow
UGL Services
Van Metre Company
Village Development
Windriver Companies
Zifkin Realty & Development

## VARIOUS CORPORATIONS

American Library Association
Argosy Gaming
Asa Auto Plaza
AT&T
Ball Corporation
Bally's
Belcan Engineering/JI Case
Blue Cross/Blue Shield
Butera Foods
Certified Grocers
Chcgo. Milw. Corp - Heartland
Dayton Hudson

TOBIN REAL ESTATE ADVISORS, INC.

## FINANCIAL INSTITUTIONS (Cont'd)

Citizens National Bank
Citigroup Global Markets Realty Corp.
Cole Taylor Bank
Cornhusker Bank
Council Bluffs Savings Bank
Covest Banc
Credit Suisse First Boston
Credit Lyonnais
Delaware Place Bank
Devon Bank
First American Bank
First Bank & Trust of Illinois
First Federal Lincoln
Midwest Bank
1st National Bank of Omaha
First Chicago Bank & Trust
First Definance Financial Corp
FirstMerit Bank
First State Bank of Mendota
Great Western Bank
Hanil Bank
HSA BancGroup LLC
HSBC
KeyBank
Korea First Bank
Lakeside Bank
Liberty Bank
MidwestOne Bank
Metropolitan Capital Bank & Trust
Mitsubishi Bank, Ltd.
The National Bank
National Bank of Commerce
New Haven Savings Bank
North American Savings Bank
Northern Trust Company
Omaha State Bank
Plattsmouth State Bank
The Private Bank
Republic Bank
Royal American Bank
Savings of America
TCF Bank
Union Bank & Trust Company
Valley Bank
Village Bank & Trust
Wells Fargo Bank
Westar Bank
Wintrust

## GOVERNMENT

City of Chicago
City of Detroit
Federal Deposit Insurance Corporation
Federal Home Loan Bank Board
General Services Administration
Government of the U.S. Virgin Islands
Internal Revenue Service
Metropolitan Water District of Greater Chicago
Pennsylvania Department of Insurance
State of Illinois - Department of Insurance
State of Kentucky - Department of Insurance
United States Department of Justice

## INSURANCE/INVESTMENT/ PENSION FUNDS (Cont'd)

Providian
Safeco Credit
Sentinel Investments
Southern Farm Bureau Life Insurance Co
Standard Life Insurance of Indiana
State Farm Insurance Company
Sun Life of Canada
The Travelers Insurance Company
Union Insurance
University of Iowa Community Credit Union
UNUM Life Insurance of Indiana
U.S. West Financial Services, Inc.
Van Kampen Merritt/Xerox Life
Zurich Kemper Life

## REAL ESTATE ORGANIZATIONS

Aimco
Amcap Properties, Inc.
American Equity
American Invsco
American Real Estate Group
Amli Realty Co
Anchor Realty Group Inc.
Antheus Capital LLC
Arroyo & Coates
Atlantic Real Estate Services
Baldwin United Development
BCJ Management LP
BLVD Capital
Capital Realty Group
CFM Realty
Colliers International Turley Martin Tucker
Copley Real Estate Advisors
Development Resources Group
Dial Capital/Properties Corporation
Draper & Kramer, Inc.
Duke Realty Investments/Construction
Dwinn Shaffer & Co.
ECB Equity Community Builders
ELDS Senior Housing Communities
Equity Group Investments LLC
Equity Residential Properties Trust
Equity Investment Group
Fair Housing Partners, Inc.
Farpoint Development
Featherfist Development
First Union Real Estate Investment Trust
Fletcher Bright & Company
G&H Development
Galt Capital LLP
Gold Realty Group
Group One Investments
The Habitat Company
Hawthorn Realty Group
ING Realty Partners
Inland Real Estate
Insight Associates, Inc.
Insignia/Hotel Partners
Janko & Wool/Financial Group, LLC
The John Buck Company
JMB Institutional Real Estate, Inc.

## VARIOUS CORPORATIONS (Cont'd)

DB Schenker
Dominick's Finer Foods
Donnelley Marketing
Enterpnse Rent-A-Car
Euclid Construction Management Inc.
Federated Department Stores, Inc.
Frederick & Nelson
Gillett Holdings
Grand Wayne County, Indiana Convention Center
Great Lakes Dock & Dredge Co.
Hartmarx Corporation
Hobby Lobby
Holy Cross Health System
International Paper
Industrial Hardchrome
Johnson Wax
Le Meridien Hotels
Leo Burnett & Co.
Linkbelt
L'Ore'al
Lutheran GeneralHealth System
Malek & Remian LLC
McDonald's Corporation
Miner & East
Morton International
Navigant Consulting Group
Norfolk & Southern
Omega Healthcare Systems, Inc.
P.A. Bergner
Peabody Coal
Pepsi-Cola General Bottlers-Whitman
Petrie Stores
Plante & Moran PLLC
Prairie Life Fitness
Richard DeVos Corp.
Rotec Industries
Saint Jude's/Siemens
Speigel
Softsheen-Carson
Solo Cup Company
Sullivan Buick/GMC
Trailmobile, Inc.
TRW
United Auto Workers
Viskase Corporation
VP Racing Fuels
Ulich Children's Home
USEM Cadillac/Cherolet
Waste Management Inc.
Weiler/Diamond Machine Werks, Inc.
Whirlpool Corporation
Wickes Furniture
Younkers

TOBIN REAL ESTATE ADVISORS, INC.

Business, Consumer Services & Housing Agency

# BUREAU OF REAL ESTATE APPRAISERS
## TEMPORARY PRACTICE PERMIT

BREA APPRAISER IDENTIFICATION NUMBER 3004963-005

**Patrick L. Tobin**

having demonstrated good standing at the Certified General level in the State of Illinois is authorized to
perform the appraisal assignment(s) described below:

2929 Amethyst Street, Los Angeles, CA, 2526, 2520 Lincoln Park, Los Angeles, CA

This permit is valid until the completion of the 2 appraisal(s) described, the expiration date indicated below
or the expiration of the license issued by the State of Illinois whichever occurs first.

Loretta Dillon, Deputy Bureau Chief, BREA

Date Issued:     August 25, 2022
Date Expires:    August 24, 2023

3067348



THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"

TOBIN REAL ESTATE ADVISORS, INC.

# EXHIBIT K

1  ZEV SHECHTMAN (State Bar No. 266280)
   *zs@DanningGill.com*
2  JOHN N. TEDFORD, IV (State Bar No. 205537)
   *jtedford@DanningGill.com*
3  ALPHAMORLAI L. KEBEH (State Bar No. 336798)
   *akebeh@DanningGill.com*
4  DANIELLE R. GABAI (State Bar No. 339242)
   *dgabai@DanningGill.com*
5  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
6  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
7  Facsimile: (310) 277-5735

8  Proposed General Bankruptcy Counsel for
   Jinzheng Group (USA) LLC, Debtor in Possession
9

10                    **UNITED STATES BANKRUPTCY COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12                         **LOS ANGELES DIVISION**

13  In re                              Case No. 2:21-bk-16674-ER

14  JINZHENG GROUP (USA) LLC,          Chapter 11

15            Debtor and Debtor in     **NOTICE OF AMENDED EXHIBIT 1 TO
            Possession.                THE APPLICATION TO EMPLOY REAL
16                                      ESTATE BROKERS AND TO ENTER
                                       INTO EXCLUSIVE LISTING
17                                      AGREEMENT [DOC. NO. 263]**

18                                      [No Hearing Required]

19

20        **TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY**

21  **JUDGE, AND INTERESTED PARTIES:**

22

23        **PLEASE TAKE NOTICE** that Jinzheng Group (USA) LLC (the "Debtor"), hereby

24  submits and attached hereto is the Debtor's amended Exhibit 1 to the Debtor's *Application to*

25  *Employ The CREM Group and Marcus & Millichap as Real Estate Brokers* (doc. no. 263) filed on

26  / / /

27  / / /

28  / / /

1686275.1  27086

1   June 23, 2022, which is the executed version of the listing agreement that is the subject of the

2   application.

3

4   DATED: June 24, 2022                    DANNING, GILL, ISRAEL & KRASNOFF, LLP

5

6                                            By:  _____

7                                                 ZEV SHECHTMAN
                                                  Proposed General Bankruptcy Counsel for
8                                                 Jinzheng Group (USA) LLC, Debtor in Possession

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1686275.1  27086

**EXHIBIT "1"**

**(As required by the Civil Code)**
**(C.A.R. Form AD, Revised 12/21)**

☐ (If checked) This form is being provided in connection with a transaction for a leasehold interest exceeding one year as per Civil Code section 2079.13(j), (k), and (l).

When you enter into a discussion with a real estate agent regarding a real estate transaction, you should from the outset understand what type of agency relationship or representation you wish to have with the agent in the transaction.

## SELLER'S AGENT

A Seller's agent under a listing agreement with the Seller acts as the agent for the Seller only. A Seller's agent or a subagent of that agent has the following affirmative obligations:
To the Seller: A Fiduciary duty of utmost care, integrity, honesty and loyalty in dealings with the Seller.
To the Buyer and the Seller:
  (a) Diligent exercise of reasonable skill and care in performance of the agent's duties.
  (b) A duty of honest and fair dealing and good faith.
  (c) A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the parties. An agent is not obligated to reveal to either party any confidential information obtained from the other party that does not involve the affirmative duties set forth above.

## BUYER'S AGENT

A Buyer's agent can, with a Buyer's consent, agree to act as agent for the Buyer only. In these situations, the agent is not the Seller's agent, even if by agreement the agent may receive compensation for services rendered, either in full or in part from the Seller. An agent acting only for a Buyer has the following affirmative obligations:
To the Buyer: A fiduciary duty of utmost care, integrity, honesty and loyalty in dealings with the Buyer.
To the Buyer and the Seller:
  (a) Diligent exercise of reasonable skill and care in performance of the agent's duties.
  (b) A duty of honest and fair dealing and good faith.
  (c) A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the parties. An agent is not obligated to reveal to either party any confidential information obtained from the other party that does not involve the affirmative duties set forth above.

## AGENT REPRESENTING BOTH SELLER AND BUYER

A real estate agent, either acting directly or through one or more salespersons and broker associates, can legally be the agent of both the Seller and the Buyer in a transaction, but only with the knowledge and consent of both the Seller and the Buyer.
In a dual agency situation, the agent has the following affirmative obligations to both the Seller and the Buyer:
  (a) A fiduciary duty of utmost care, integrity, honesty and loyalty in the dealings with either the Seller or the Buyer.
  (b) Other duties to the Seller and the Buyer as stated above in their respective sections.
In representing both Seller and Buyer, a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the Buyer's or Seller's financial position, motivations, bargaining position, or other personal information that may impact price, including the Seller's willingness to accept a price less than the listing price or the Buyer's willingness to pay a price greater than the price offered.

## SELLER AND BUYER RESPONSIBILITIES

Either the purchase agreement or a separate document will contain a confirmation of which agent is representing you and whether that agent is representing you exclusively in the transaction or acting as a dual agent. Please pay attention to that confirmation to make sure it accurately reflects your understanding of your agent's role.

The above duties of the agent in a real estate transaction do not relieve a Seller or Buyer from the responsibility to protect his or her own interests. You should carefully read all agreements to assure that they adequately express your understanding of the transaction. A real estate agent is a person qualified to advise about real estate. If legal or tax advice is desired, consult a competent professional.

If you are a Buyer, you have the duty to exercise reasonable care to protect yourself, including as to those facts about the property which are known to you or within your diligent attention and observation.

Both Sellers and Buyers should strongly consider obtaining tax advice from a competent professional because the federal and state tax consequences of a transaction can be complex and subject to change.

Throughout your real property transaction you may receive more than one disclosure form, depending upon the number of agents assisting in the transaction. The law requires each agent with whom you have more than a casual relationship to present you with this disclosure form. You should read its contents each time it is presented to you, considering the relationship between you and the real estate agent in your specific transaction. **This disclosure form includes the provisions of Sections 2079.13 to 2079.24, inclusive, of the Civil Code set forth on page 2. Read it carefully. I/WE ACKNOWLEDGE RECEIPT OF A COPY OF THIS DISCLOSURE AND THE PORTIONS OF THE CIVIL CODE PRINTED ON THE SECOND PAGE.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ Buyer | ☒ Seller | ☐ Landlord | ☐ Tenant | *Zhao Pu Yang* | *Jinzheng Group USA LLC* | Date | 6/24/2022 |
| | | | | 34929D9DEA804CA... | | | |
| ☐ Buyer | ☐ Seller | ☐ Landlord | ☐ Tenant | | | Date | |

Agent _____ **The CREM Group** _____ DRE Lic. # *02029217*

By _____ **Mark Cianciulli** DRE Lic. # *01990266* _____ Date 6/24/2022
(Salesperson or Broker-Associate, if any)

Real Estate Broker (Firm)

© 2021, California Association of REALTORS®, Inc.

**AD REVISED 12/21 (PAGE 1 OF 2)**



**DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP (AD PAGE 1 OF 2)**

2079.13. As used in Sections 2079.7 and 2079.14 to 2079.24, inclusive, the following terms have the following meanings:

**(a)** "Agent" means a person acting under provisions of Title 9 (commencing with Section 2295) in a real property transaction, and includes a person who is licensed as a real estate broker under Chapter 3 (commencing with Section 10130) of Part 1 of Division 4 of the Business and Professions Code, and under whose license a listing is executed or an offer to purchase is obtained. The agent in the real property transaction bears responsibility for that agent's salespersons or broker associates who perform as agents of the agent. When a salesperson or broker associate owes a duty to any principal, or to any buyer or seller who is not a principal, in a real property transaction, that duty is equivalent to the duty owed to that party by the broker for whom the salesperson or broker associate functions. **(b)** "Buyer" means a transferee in a real property transaction, and includes a person who executes an offer to purchase real property from a seller through an agent, or who seeks the services of an agent in more than a casual, transitory, or preliminary manner, with the object of entering into a real property transaction. "Buyer" includes vendee or lessee of real property. **(c)** "Commercial real property" means all real property in the state, except (1) single-family residential real property, (2) dwelling units made subject to Chapter 2 (commencing with Section 1940) of Title 5, (3) a mobilehome, as defined in Section 798.3, (4) vacant land, or (5) a recreational vehicle, as defined in Section 799.29. **(d)** "Dual agent" means an agent acting, either directly or through a salesperson or broker associate, as agent for both the seller and the buyer in a real property transaction. **(e)** "Listing agreement" means a written contract between a seller of real property and an agent, by which the agent has been authorized to sell the real property or to find or obtain a buyer, including rendering other services for which a real estate license is required to the seller pursuant to the terms of the agreement. **(f)** "Seller's agent" means a person who has obtained a listing of real property to act as an agent for compensation. **(g)** "Listing price" is the amount expressed in dollars specified in the listing for which the seller is willing to sell the real property through the seller's agent. **(h)** "Offering price" is the amount expressed in dollars specified in an offer to purchase for which the buyer is willing to buy the real property. **(i)** "Offer to purchase" means a written contract executed by a buyer acting through a buyer's agent that becomes the contract for the sale of the real property upon acceptance by the seller. **(j)** "Real property" means any estate specified by subdivision (1) or (2) of Section 761 in property, and includes (1) single-family residential property, (2) multiunit residential property with more than four dwelling units, (3) commercial real property, (4) vacant land, (5) a ground lease coupled with improvements, or (6) a manufactured home as defined in Section 18007 of the Health and Safety Code, or a mobilehome as defined in Section 18008 of the Health and Safety Code, when offered for sale or sold through an agent pursuant to the authority contained in Section 10131.6 of the Business and Professions Code. **(k)** "Real property transaction" means a transaction for the sale of real property in which an agent is retained by a buyer, seller, or both a buyer and seller to act in that transaction, and includes a listing or an offer to purchase. **(l)** "Sell," "sale," or "sold" refers to a transaction for the transfer of real property from the seller to the buyer and includes exchanges of real property between the seller and buyer, transactions for the creation of a real property sales contract within the meaning of Section 2985, and transactions for the creation of a leasehold exceeding one year's duration. **(m)** "Seller" means the transferor in a real property transaction and includes an owner who lists real property with an agent, whether or not a transfer results, or who receives an offer to purchase real property of which he or she is the owner from an agent on behalf of another. "Seller" includes both a vendor and a lessor of real property. **(n)** "Buyer's agent" means an agent who represents a buyer in a real property transaction.

**2079.14.** A seller's agent and buyer's agent shall provide the seller and buyer in a real property transaction with a copy of the disclosure form specified in Section 2079.16, and shall obtain a signed acknowledgment of receipt from that seller and buyer, except as provided in Section 2079.15, as follows: **(a)** The seller's agent, if any, shall provide the disclosure form to the seller prior to entering into the listing agreement. **(b)** The buyer's agent shall provide the disclosure form to the buyer as soon as practicable prior to execution of the buyer's offer to purchase. If the offer to purchase is not prepared by the buyer's agent, the buyer's agent shall present the disclosure form to the buyer not later than the next business day after receiving the offer to purchase from the buyer.

**2079.15.** In any circumstance in which the seller or buyer refuses to sign an acknowledgment of receipt pursuant to Section 2079.14, the agent shall set forth, sign, and date a written declaration of the facts of the refusal.

**2079.16** Reproduced on Page 1 of this AD form.

**2079.17(a)** As soon as practicable, the buyer's agent shall disclose to the buyer and seller whether the agent is acting in the real property transaction as the buyer's agent, or as a dual agent representing both the buyer and the seller. This relationship shall be confirmed in the contract to purchase and sell real property or in a separate writing executed or acknowledged by the seller, the buyer, and the buyer's agent prior to or coincident with execution of that contract by the buyer and the seller, respectively. **(b)** As soon as practicable, the seller's agent shall disclose to the seller whether the seller's agent is acting in the real property transaction as the seller's agent, or as a dual agent representing both the buyer and seller. This relationship shall be confirmed in the contract to purchase and sell real property or in a separate writing executed or acknowledged by the seller and the seller's agent prior to or coincident with the execution of that contract by the seller.

CONFIRMATION: **(c)** The confirmation required by subdivisions (a) and (b) shall be in the following form:

Seller's Brokerage Firm _____DO NOT COMPLETE. SAMPLE ONLY_____ License Number _____

Is the broker of (check one): ☐ the seller; or ☐ both the buyer and seller. (dual agent)

Seller's Agent _____DO NOT COMPLETE. SAMPLE ONLY_____ License Number _____

Is (check one): ☐ the Seller's Agent. (salesperson or broker associate) ☐ both the Buyer's and Seller's Agent. (dual agent)

Buyer's Brokerage Firm _____DO NOT COMPLETE. SAMPLE ONLY_____ License Number _____

Is the broker of (check one): ☐ the buyer; or ☐ both the buyer and seller. (dual agent)

Buyer's Agent _____DO NOT COMPLETE. SAMPLE ONLY_____ License Number _____

Is (check one): ☐ the Buyer's Agent. (salesperson or broker associate) ☐ both the Buyer's and Seller's Agent. (dual agent)

**(d)** The disclosures and confirmation required by this section shall be in addition to the disclosure required by Section 2079.14. An agent's duty to provide disclosure and confirmation of representation in this section may be performed by a real estate salesperson or broker associate affiliated with that broker.

**2079.18** (Repealed pursuant to AB-1289)

**2079.19** The payment of compensation or the obligation to pay compensation to an agent by the seller or buyer is not necessarily determinative of a particular agency relationship between an agent and the seller or buyer. A listing agent and a selling agent may agree to share any compensation or commission paid, or any right to any compensation or commission for which an obligation arises as the result of a real estate transaction, and the terms of any such agreement shall not necessarily be determinative of a particular relationship.

**2079.20** Nothing in this article prevents an agent from selecting, as a condition of the agent's employment, a specific form of agency relationship not specifically prohibited by this article if the requirements of Section 2079.14 and Section 2079.17 are complied with.

**2079.21 (a)** A dual agent may not, without the express permission of the seller, disclose to the buyer any confidential information obtained from the seller. **(b)** A dual agent may not, without the express permission of the buyer, disclose to the seller any confidential information obtained from the buyer. **(c)** "Confidential information" means facts relating to the client's financial position, motivations, bargaining position, or other personal information that may impact price, such as the seller is willing to accept a price less than the listing price or the buyer is willing to pay a price greater than the price offered. **(d)** This section does not alter in any way the duty or responsibility of a dual agent to any principal with respect to confidential information other than price.

**2079.22** Nothing in this article precludes a seller's agent from also being a buyer's agent. If a seller or buyer in a transaction chooses to not be represented by an agent, that does not, of itself, make that agent a dual agent.

**2079.23 A** contract between the principal and agent may be modified or altered to change the agency relationship at any time before the performance of the act which is the object of the agency with the written consent of the parties to the agency relationship.

**2079.24** Nothing in this article shall be construed to either diminish the duty of disclosure owed buyers and sellers by agents and their associate licensees, subagents, and employees or to relieve agents and their associate licensees, subagents, and employees from liability for their conduct in connection with acts governed by this article or for any breach of a fiduciary duty or a duty of disclosure.

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

AD REVISED 12/21 (PAGE 2 OF 2)



**DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP (AD PAGE 2 OF 2)**

DocuSign Envelope ID: 3951D8B3-85B7-4C8C-BA18-13378506850

## FAIR HOUSING & DISCRIMINATION ADVISORY
**ASSOCIATION OF REALTORS®**
(C.A.R. Form FHDA, 10/20)

1. **EQUAL ACCESS TO HOUSING FOR ALL:** All housing in California is available to all persons. Discrimination as noted below is prohibited by law. Resources are available for those who have experienced unequal treatment under the law.

2. **FEDERAL AND STATE LAWS PROHIBIT DISCRIMINATION AGAINST IDENTIFIED PROTECTED CLASSES:**
   A. FEDERAL FAIR HOUSING ACT ("FHA") Title VIII of the Civil Rights Act; 42 U.S.C. §§ 3601-3619; Prohibits discrimination in sales, rental or financing of residential housing against persons in protected classes;
   B. CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT ("FEHA") California Government Code ("GC") §§12900-12996,12955; 2 California Code of Regulations ("CCR") §§12005-12271; Prohibits discrimination in sales, rental or financing of housing opportunity against persons in protected classes by providers of housing accommodation and financial assistance services as related to housing;
   C. CALIFORNIA UNRUH CIVIL RIGHTS ACT ("Unruh") California Civil Code ("CC") §51; Prohibits business establishments from discriminating against, and requires full and equal accommodation, advantages, facilities, privileges, and services to persons in protected classes;
   D. AMERICANS WITH DISABILITIES ACT ("ADA") 42 U.S.C. §§12181-12189; Title III of the ADA prohibits discrimination based on disability in public accommodations; and
   E. OTHER FAIR HOUSING LAWS: Section 504 of Rehabilitation Act of 1973 29 U.S.C. §794; Ralph Civil Rights Act CC §51.7.; California Disabled Persons Act; CC §§54-55.32; any local city or county fair housing ordinances, as applicable.

3. **POTENTIAL LEGAL REMEDIES FOR UNLAWFUL DISCRIMINATION: Violations of fair housing laws may result in monetary civil fines, injunctive relief, compensatory and/or punitive damages, and attorney fees and costs.**

4. **PROTECTED CLASSES/CHARACTERISTICS:** Whether specified in Federal or State law or both, discrimination against persons if based on that person's belonging to, association with, or perceived membership to, any of the following classes or categories is prohibited.

| Race | Color | Ancestry | National Origin | Religion |
|---|---|---|---|---|
| Sex | Sexual Orientation | Gender | Gender Identity | Gender Expression |
| Marital Status | Familial Status (family with a child or children under 18) | Source of Income (e.g., Section 8 Voucher) | Disability (Mental & Physical) | Medical Condition |
| Citizenship | Primary Language | Immigration Status | Military/Veteran Status | Age |
| Criminal History (non-relevant convictions) | | | Any arbitrary characteristic | |

5. **THE CALIFORNIA DEPARTMENT OF REAL ESTATE REQUIRES TRAINING AND SUPERVISION TO PREVENT HOUSING DISCRIMINATION BY REAL ESTATE LICENSEES:**
   A. California Business & Professions Code ("B&PC") §10170.5(a)(4) requires 3 hours of training on fair housing for DRE license renewal; Real Estate Regulation §2725(f) requires brokers who oversee salespersons to be familiar with the requirements of federal and state laws relating to the prohibition of discrimination.
   B. Violation of DRE regulations or real estate laws against housing discrimination by a real estate licensee may result in the loss or suspension of the licensee's real estate license. B&PC §10177(l)(1); 10 CCR §2780

6. **REALTOR® ORGANIZATIONS PROHIBIT DISCRIMINATION:** NAR Code of Ethics Article 10 prohibits discrimination in employment practices or in rendering real estate license services against any person because of race, color, religion, sex, handicap, familial status, national origin, sexual orientation, or gender identity by REALTORS®.

7. **WHO IS REQUIRED TO COMPLY WITH FAIR HOUSING LAWS?**
   Below is a non-exclusive list of providers of housing accommodations or financial assistance services as related to housing who are most likely to be encountered in a housing transaction and who must comply with fair housing laws.

   - Sellers
   - Real estate licensees
   - Mobilehome parks
   - Insurance companies
   - Landlords
   - Real estate brokerage firms
   - Homeowners Associations ("HOAs");
   - Government housing services
   - Sublessors
   - Property managers
   - Banks and Mortgage lenders

8. **EXAMPLES OF CONDUCT THAT MAY NOT BE MOTIVATED BY DISCRIMINATORY INTENT BUT COULD HAVE A DISCRIMINATORY EFFECT:**
   A. Prior to acceptance of an offer, asking for or offering buyer personal information or letters from the buyer, especially with photos. Those types of documents may inadvertently reveal, or be perceived as revealing, protected status information thereby increasing the risk of **(i)** actual or unconscious bias, and **(ii)** potential legal claims against sellers and others by prospective buyers whose offers were rejected.
   B. Refusing to rent **(i)** an upper level unit to an elderly tenant out of concern for the tenant's ability to navigate stairs or **(ii)** a house with a pool to a person with young children out of concern for the children's safety.

9. **EXAMPLES OF UNLAWFUL OR IMPROPER CONDUCT BASED ON A PROTECTED CLASS OR CHARACTERISTIC:**
   A. Refusing to negotiate for a sale, rental or financing or otherwise make a housing opportunity unavailable; failing to present offers due to a person's protected status;
   B. Refusing or failing to show, rent, sell or finance housing; "channeling" or "steering" a prospective buyer or tenant to or away from a particular area due to that person's protected status or because of the racial, religious or ethnic composition of the neighborhood;
   C. "Blockbusting" or causing "panic selling" by inducing a listing, sale or rental based on the grounds of loss of value of property, increase in crime, or decline in school quality due to the entry or prospective entry of people in protected categories into the neighborhood;
   D. Making any statement or advertisement that indicates any preference, limitation, or discrimination;

© 2020, California Association of REALTORS®, Inc.
**FHDA 10/20 (PAGE 1 OF 2)**



### FAIR HOUSING & DISCRIMINATION ADVISORY (FHDA PAGE 1 OF 2)

E. Inquiring about protected characteristics (such as asking tenant applicants if they are married, or prospective purchasers if they have children or are planning to have children);

F. Using criminal history information before otherwise affirming eligibility, and without a legally sufficient justification;

G. Failing to assess financial standards based on the portion of the income responsible by a tenant who receives government subsidies (such as basing an otherwise neutral rent to income ratio on the whole rent rather than just the part of rent that is the tenant's responsibility);

H. Denying a home loan or homeowner's insurance;

I. Offering inferior terms, conditions, privileges, facilities or services;

J. Using different qualification criteria or procedures for sale or rental of housing such as income standards, application requirements, application fees, credit analyses, sale or rental approval procedures or other requirements;

K. Harassing a person;

L. Taking an adverse action based on protected characteristics;

M. Refusing to permit a reasonable modification to the premises, as requested by a person with a disability (such as refusing to allow a wheel chair bound tenant to install, at their expense, a ramp over front or rear steps, or refusing to allow a physically disabled tenant from installing, at their own expense, grab bars in a shower or bathtub);

N. Refusing to make reasonable accommodation in policies, rules, practices, or services for a person with a disability (such as the following, if an actual or prospective tenant with a disability has a service animal or support animal):

   (i) Failing to allow that person to keep the service animal or emotional support animal in rental property,

   (ii) Charging that person higher rent or increased security deposit, or

   (iii) Failing to show rental or sale property to that person who is accompanied by the service animal or support animal, and;

O. Retaliating for asserting rights under fair housing laws.

10. **EXAMPLES OF POSITIVE PRACTICES:**

A. Real estate licensees working with buyers or tenants should apply the same objective property selection criteria, such as location/neighborhood, property features, and price range and other considerations, to all prospects.

B. Real estate licensees should provide complete and objective information to all clients based on the client's selection criteria.

C. Real estate licensees should provide the same professional courtesy in responding to inquiries, sharing of information and offers of assistance to all clients and prospects.

D. Housing providers should not make any statement or advertisement that directly or indirectly implies preference, limitation, or discrimination regarding any protected characteristic (such as "no children" or "English-speakers only").

E. Housing providers should use a selection process relying on objective information about a prospective buyer's offer or tenant's application and not seek any information that may disclose any protected characteristics (such as using a summary document, e.g. C.A.R. Form SUM-MO, to compare multiple offers on objective terms).

11. **FAIR HOUSING RESOURCES**: If you have questions about your obligations or rights under the Fair Housing laws, or you think you have been discriminated against, you may want to contact one or more of the sources listed below to discuss what you can do about it, and whether the resource is able to assist you.

A. Federal: **https://www.hud.gov/program_offices/fair_housing_equal_opp**

B. State: **https://www.dfeh.ca.gov/housing/**

C. Local: local Fair Housing Council office (non-profit, free service)

D. DRE: **https://www.dre.ca.gov/Consumers/FileComplaint.html**

E. Local Association of REALTORS®. List available at: **https://www.car.org/en/contactus/rosters/localassociationroster**.

F. Any qualified California fair housing attorney, or if applicable, landlord-tenant attorney.

12. **LIMITED EXCEPTIONS TO FAIR HOUSING REQUIREMENTS: No person should rely on any exception below without first seeking legal advice about whether the exception applies to their situation. Real estate licensees are not qualified to provide advice on the application of these exceptions.**

A. Legally compliant senior housing is exempt from FHA, FEHA and Unruh as related to age or familial status only;

B. An owner of a single-family residence who resides at the property with one lodger may be exempt from FEHA for rental purposes, PROVIDED **no real estate licensee is involved** in the rental;

C. An owner of a single-family residence may be exempt from FHA for sale or rental purposes, PROVIDED **(i) no real estate licensee is involved** in the sale or rental and **(ii)** no discriminatory advertising is used, and **(iii)** the owner owns no more than three single-family residences. Other restrictions apply;

D. An owner of residential property with one to four units who resides at the property, may be exempt from FHA for rental purposes, PROVIDED **no real estate licensee is involved** in the rental; and

E. Both FHA and FEHA do not apply to roommate situations. See, *Fair Housing Council v Roommate.com LLC*, 666 F.3d 1216 (2019).

F. Since both the 14th Amendment of the U.S. Constitution and the Civil Rights Act of 1866 prohibit discrimination based on race; the FHA and FEHA exemptions do not extend to discrimination based on race.

Buyer/Tenant and Seller/Landlord have read, understand and acknowledge receipt of a copy of this Fair Housing & Discrimination Advisory.

Buyer/Tenant _____ Date _____

Buyer/Tenant _____ Date _____

Seller/Landlord _____*Zhao Pu Yang*_____ _Jinzheng Group USA LLC_ Date 6/24/2022
          DocuSigned by:
          34929D9DEA804CA...

Seller/Landlord _____ Date _____

© 2020, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

**FHDA 10/20 (PAGE 2 OF 2)**

**FAIR HOUSING & DISCRIMINATION ADVISORY (FHDA PAGE 2 OF 2)**



# POSSIBLE REPRESENTATION OF MORE THAN ONE BUYER
## OR SELLER - DISCLOSURE AND CONSENT
### (C.A.R. Form PRBS, Revised 12/21)

A real estate broker (Broker), whether a corporation, partnership or sole proprietorship, may represent more than one buyer or seller. This multiple representation can occur through an individual licensed as a broker or salesperson or through different individual broker's or salespersons (associate licensees) acting under the Broker's license. The associate licensees may be working out of the same or different office locations.

**Multiple Buyers:** Broker (individually or through its associate licensees) may be working with many prospective buyers at the same time. These prospective buyers may have an interest in, and make offers on, the same properties. Some of these properties may be listed with Broker and some may not. Broker will not limit or restrict any particular buyer from making an offer on any particular property whether or not Broker represents other buyers interested in the same property.

**Multiple Sellers:** Broker (individually or through its associate licensees) may have listings on many properties at the same time. As a result, Broker will attempt to find buyers for each of those listed properties. Some listed properties may appeal to the same prospective buyers. Some properties may attract more prospective buyers than others. Some of these prospective buyers may be represented by Broker and some may not. Broker will market all listed properties to all prospective buyers whether or not Broker has another or other listed properties that may appeal to the same prospective buyers.

**Dual Agency:** If Seller is represented by Broker, Seller acknowledges that broker may represent prospective buyers of Seller's property and consents to Broker acting as a dual agent for both seller and buyer in that transaction. If Buyer is represented by Broker, buyer acknowledges that Broker may represent sellers of property that Buyer is interested in acquiring and consents to Broker acting as a dual agent for both buyer and seller with regard to that property.

In the event of dual agency, seller and buyer agree that: a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the buyer's or seller's financial position, motivations, bargaining position, or other personal information that may impact price, including the seller's willingness to accept a price less than the listing price or the buyer's willingness to pay a price greater than the price offered; and except as set forth above, a dual agent is obligated to disclose known facts materially affecting the value or desirability of the Property to both parties.

**Offers not necessarily confidential:** Buyer is advised that seller or listing agent may disclose the existence, terms, or conditions of buyer's offer unless all parties and their agent have signed a written confidentiality agreement. Whether any such information is actually disclosed depends on many factors, such as current market conditions, the prevailing practice in the real estate community, the listing agent's marketing strategy and the instructions of the seller.

Buyer and seller understand that Broker may represent more than one buyer or more than one seller and even both buyer and seller on the same transaction and consents to such relationships.

**Seller and/or Buyer acknowledges reading and understanding this Possible Representation of More Than One Buyer or Seller - Disclosure and Consent and agrees to the agency possibilities disclosed.**

| | | | |
|---|---|---|---|
| Seller | *Zhao Pu Yang* (DocuSigned by, 34929D9DEA804CA...) | *Jinzheng Group USA LLC* Date | 6/24/2022 |
| Seller | | Date | |
| Buyer | | Date | |
| Buyer | | Date | |
| Buyer's Brokerage Firm *The CREM Group* | | DRE Lic # | Date |
| By *Mark Cianciulli* | | DRE Lic # | Date |
| Seller's Brokerage Firm *The CREM Group* | | DRE Lic # *02029217* | Date |
| By *Mark Cianciulli* (DocuSigned by, ...5C4DF6B04F2...) | | DRE Lic # *01990266* | Date 6/24/2022 |

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020



**PRBS REVISED 12/21 (PAGE 1 OF 1)**

## POSSIBLE REPRESENTATION OF MORE THAN ONE BUYER OR SELLER (PRBS PAGE 1 OF 1)

DocuSign Envelope ID: 3951D5B3-6BB2-4C8E-BA18-13278F5A6850

ASSOCIATION OF REALTORS®

Date Prepared: _June 17, 2022_

1. **EXCLUSIVE AUTHORIZATION:** _Jinzheng Group USA LLC_ ("Owner")
hereby employs and grants _The CREM Group_ ("Broker")
beginning (date) _____ and ending at 11:59 P.M. on (date) _____ ("Listing Period")
the exclusive and irrevocable right to: [X] SELL, ☐ LEASE, ☐ EXCHANGE, ☐ OPTION, or ☐ OTHER _____
the real property described as: _Multiple Addresses; See Addendum #1_ ,
situated in _____ (City), _____ (County), California, _____ (Zip Code),
Assessor's Parcel No.: _See Addendum #1_ ("Property").

2. **LISTING PRICE AND TERMS:**
   **A.** The listing price shall be _____
   _____ Dollars ($ _____ ).
   **B.** Additional Terms: _Listing Price Subject to Offer._
   _____.

3. **COMPENSATION TO BROKER:**
   **Notice: The amount or rate of real estate commissions is not fixed by law. They are set by each Broker individually and may be negotiable between Owner and Broker (real estate commissions include all compensation and fees to Broker).**
   **A.** Owner agrees to pay to Broker as compensation for services irrespective of agency relationship(s): [X] _5.000_ percent of the listing price (or if a purchase agreement is entered into, of the contract price), or ☐ $_____ , AND _____ , as follows:
   - **(1)** If during the Listing Period, or any extension, Broker, cooperating broker, Owner or any other person procures a ready, willing and able buyer(s) or transferee(s) whose offer to purchase, lease, exchange, option, or otherwise transfer the Property on any price and terms is accepted by Owner, provided the Buyer or Transferee completes the transaction or is prevented from doing so by Owner. (It is agreed by Owner that any reference to Buyer or Prospective Buyer in this Agreement shall and does also include Transferee or Prospective Transferee. Broker is entitled to compensation whether any escrow or other transfer resulting from such offer closes during or after the expiration of the Listing Period or any extension.)
   - **OR (2)** If within _180_ calendar days (a) after the end of the Listing Period or any extension; or (b) after any cancellation of this Agreement, unless otherwise agreed, Owner enters into a contract to sell, convey, lease or otherwise transfer the Property to anyone ("Prospective Buyer") or that person's related entity: **(i)** who physically entered and was shown the Property during the Listing Period or any extension by Broker or a cooperating broker; or **(ii)** for whom Broker or any cooperating broker submitted to Owner a signed, written offer to acquire, lease exchange or obtain an option on the Property. Owner, however, shall have no obligation to Broker under paragraph 3A(2) unless, not later than the end of the Listing Period or any extension or cancellation, Broker has given Owner a written notice of the names of such Prospective Buyers.
   - **OR (3)** If, without Broker's prior written consent, the Property is withdrawn from sale, conveyed, leased, rented, otherwise transferred, or made unmarketable by a voluntary act of Owner during the Listing Period, or any extension.
   **B.** If completion of the sale is prevented by a party to the transaction other than Owner, then compensation which otherwise would have been earned under paragraph 3A shall be payable only if and when Owner collects damages by suit, arbitration, settlement or otherwise, and then in an amount equal to the lesser of one-half of the damages recovered or the above compensation, after first deducting title and escrow expenses and the expenses of collection, if any.
   **C.** In addition, Owner agrees to pay Broker: _____
   **D.** Owner has been advised of Broker's policy regarding cooperation with, and the amount of compensation offered to, other brokers.
   - **(1)** Broker is authorized to cooperate with and compensate brokers participating through the multiple listing service(s) ("MLS") by offering to MLS brokers out of Broker's compensation specified in 3A, either [X] _2.000_ percent of the purchase price, or ☐ $_____ .
   - **(2)** Broker is authorized to cooperate with and compensate brokers operating outside the MLS as per Broker's policy.
   **E.** ~~Owner hereby irrevocably assigns to Broker the above compensation from Owner's funds and proceeds in escrow. Broker may submit this Agreement, as instructions to compensate Broker pursuant to paragraph 3A, to any escrow regarding the Property involving Owner and a buyer, Prospective Buyer or other transferee.~~
   **F.** **(1)** Owner represents that Owner has not previously entered into a listing agreement with another broker regarding the Property, unless specified as follows: _____.
   - **(2)** Owner warrants that Owner has no obligation to pay compensation to any other broker regarding the Property unless the Property is transferred to any of the following individuals or entities: _____
   _____.
   - **(3)** If the Property is sold to anyone listed above during the time Owner is obligated to compensate another broker: **(i)** Broker is not entitled to compensation under this Agreement; and **(ii)** Broker is not obligated to represent Owner in such transaction.

© 2020, California Association of REALTORS®, Inc

Owner's Initials (  ) ( _____ )



**VLL REVISED 6/20 (PAGE 1 OF 5)**

The CREM Group, 3900 W. Alameda Ave, Suite 1200 Burbank CA 91505    Phone: 3236835100    Fax:    Jinzheng Group
Mark Cianciulli    Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com

4. **A** **ITEMS EXCLUDED AND INCLUDED:** Unless otherwise specified in a real estate purchase agreement, all fixtures and fittings that are attached to the Property are included, and personal property items are excluded, from the purchase price.
   **ADDITIONAL ITEMS EXCLUDED:** _____ .
   **ADDITIONAL ITEMS INCLUDED:** _____
   Owner intends that the above items be excluded or included in offering the Property for sale, but understands that; **(i)** the purchase agreement supersedes any intention expressed above and will ultimately determine which items are excluded and included in the sale; and **(ii)** Broker is not responsible for and does not guarantee that the above exclusions and/or inclusions will be in the purchase agreement.

   **B.** **(1) LEASED OR NOT OWNED ITEMS:** The following items are leased or not owned by Owner:
   ☐ Solar power system   ☐ Water Softener   ☐ _____
   **(2) LIENED ITEMS:** The following items have been financed and a lien has been placed on the Property to secure payment:
   ☐ Solar power system   ☐ _____
   Owner will provide to Buyer, as part of the sales agreement, copies of lease documents, or other documents obligating Owner to pay for any such leased or liened item.

5. **MULTIPLE LISTING SERVICE:**
   **A.** **WHAT IS AN MLS?** The MLS is a database of properties for sale that is available and disseminated to and accessible by all other real estate agents who are participants or subscribers to the MLS. As set forth in **paragraph 7**, participants and subscribers conducting public marketing of a property listing must submit the property information to the MLS. Property information submitted to the MLS describes the price, terms and conditions under which the Owner's property is offered for sale (including but not limited to the listing broker's offer of compensation to other brokers). It is likely that a significant number of real estate practitioners in any given area are participants or subscribers to the MLS. The MLS may also be part of a reciprocal agreement to which other multiple listing services belong. Real estate agents belonging to other multiple listing services that have reciprocal agreements with the MLS also have access to the information submitted to the MLS. The MLS may further transmit listing information to Internet sites that post property listings online.
   **B.** **WHAT INFORMATION IS PROVIDED TO THE MLS:** All terms of the transaction, including sales price and financing, if applicable, **(i)** will be provided to the MLS in which the Property is listed for publication, dissemination and use by persons and entities on terms approved by the MLS, and **(ii)** may be provided to the MLS even if the Property was not listed with the MLS. Owner consents to Broker providing a copy of this listing agreement to the MLS if required by the MLS.
   **C.** **WHAT IS BROKER'S MLS?** Broker is a participant/subscriber to _____*The MLS*_____ Multiple Listing Service (MLS) and possibly others. That MLS is (or if checked ☐ is not) the primary MLS for the geographic area of the Property. When required by paragraph 7 or by the MLS, Property will be listed to the MLS(s) specified above.

6. **BENEFITS OF USING THE MLS; IMPACT OF OPTING OUT OF THE MLS**
   **A.** **EXPOSURE TO BUYERS THROUGH MLS:** Listing property with an MLS exposes an seller's property to all real estate agents and brokers (and their potential buyer clients) who are participants or subscribers to the MLS or a reciprocating MLS. The MLS may further transmit the MLS database to Internet sites that post property listings online.
   **B.** **IMPACT OF OPTING OUT OF MLS:** If Owner elects to exclude the Property from the MLS, Owner understands and acknowledges that: **(i)** Owner is authorizing limited exposure of the Property and NO marketing or advertising of the Property to the public will occur; **(ii)** real estate agents and brokers from other real estate offices, and their buyer clients, who have access to that MLS may not be aware that Owner's Property is offered for sale; **(iii)** Information about Owner's Property will not be transmitted from the MLS to various real estate Internet sites that are used by the public to search for property listings and; **(iv)** real estate agents, brokers and members of the public may be unaware of the terms and conditions under which Owner is marketing the Property.
   **C.** **REDUCTION IN EXPOSURE:** Any reduction in exposure of the Property may lower the number of offers and negatively impact the sales price.
   **D.** **NOT LISTING PROPERTY IN A LOCAL MLS:** If the Property is listed in an MLS which does not cover the geographic area where the Property is located then real estate agents and brokers working that territory, and Buyers they represent looking for property in the neighborhood, may not be aware the Property is for sale.

   | Owner's Initials ( *ZPY* )( _____ ) | Broker's/Agent's Initials ( *MC* )( _____ ) |
   |---|---|

7. **PUBLIC MARKETING OF PROPERTY:**
   **A.** **CLEAR COOPERATION POLICY:** MLS rules require (☐ Do NOT require - see 7F) that residential real property with one to four units and vacant lot listings be submitted to the MLS within 1 business day of any public marketing.
   **B.** **PUBLIC MARKETING WITHIN CLEAR COOPERATION: (i) Public marketing** includes, but is not limited to, flyers displayed in windows, yard signs, digital marketing on public facing websites, brokerage website displays, digital communications marketing and email blasts, multi-brokerage listing sharing networks, marketing to closed or private listing clubs or groups, and applications available to the general public. **(ii)** Public marketing does not include an office exclusive listing where there is direct promotion of the listing between the brokers and licensees affiliated with the listing brokerage, and one-to-one promotion between these licensees and their clients.
   **C.** **"COMING SOON" STATUS IMPACT ON MARKETING:** Owner is advised to discuss with Broker the meaning of "Coming Soon" as that term applies to the MLS in which the Property will be listed, and how any Coming Soon status will impact when and how a listing will be viewable to the public via the MLS. Owner does (☐ does not) authorize Broker to utilize Coming Soon status, if any.
   **D.** **Owner Instructs Broker:**
   **(1)** Owner instructs Broker to market the Property to the public, and to start marketing on the beginning date of this Agreement or ☐ _____ (date).

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com            Jinzheng Group

**OR (2)** ☐ Owner instructs Broker NOT to market the Property to the public. (MLS may require C.A.R. Form SELM or local equivalent form) Owner understands that no public marketing will occur and the scope of marketing that will occur will consist only of direct one-on-one promotion between the brokers and licensees affiliated with the listing brokerage and their respective clients.

**E. Whether 7D(1) or 7D(2) is selected**, Owner understands and agrees that should any public marketing of the property occur, the Property listing will be submitted to the MLS within 1 business day.

**F.** ☐ **CLEAR COOPERATION POLICY DOES NOT APPLY:** Paragraphs 7A (other than the language in the parenthetical), 7B, 7D and 7E do not apply to this listing. Broker shall disclose to Owner and obtain Owner's consent for any instruction to not market the Property on the MLS or to the public.

**8. MLS DATA ON THE INTERNET:** MLS rules allow MLS data to be made available by the MLS to additional Internet sites unless Broker gives the MLS instructions to the contrary. Specific information that can be excluded from the Internet as permitted by (or in accordance with) the MLS is as follows:

    **A. PROPERTY OR PROPERTY ADDRESS:** Owner can instruct Broker to have the MLS not display the Property or the Property address on the Internet (C.A.R. Form SELI). Owner understands that either of these opt-outs would mean consumers searching for listings on the Internet may not see the Property or Property's address in response to their search.

    **B. FEATURE OPT-OUTS:** Owner can instruct Broker to advise the MLS that Owner does not want visitors to MLS Participant or Subscriber Websites or Electronic Displays that display the Property listing to have the features below (C.A.R. Form SELI). Owner understands the **(i)** that these opt-outs apply only to Websites or Electronic Displays of MLS Participants and Subscribers who are real estate broker and agent members of the MLS; **(ii)** that other Internet sites may or may not have the features set forth herein; and **(iii)** that neither Broker nor the MLS may have the ability to control or block such features on other Internet sites.

        **(1) COMMENTS AND REVIEWS:** The ability to write comments or reviews about the Property on those sites; or the ability to link to another site containing such comments or reviews if the link is in immediate conjunction with the Property display.

        **(2) AUTOMATED ESTIMATE OF VALUE:** The ability to create an automated estimate of value or to link to another site containing such an estimate of value if the link is in immediate conjunction with the Property display.

        ☐ Owner elects to opt out of certain Internet features as provided by C.A.R. Form SELI or the local equivalent form.

~~**9. OWNER REPRESENTATIONS:** Owner represents that, unless otherwise specified in writing, Owner is unaware of:~~
~~**(i)** any Notice of Default recorded against the Property; **(ii)** any delinquent amounts due under any loan secured by, or other obligation affecting, the Property; **(iii)** any bankruptcy, insolvency or similar proceeding affecting the Property; **(iv)** any litigation, arbitration, administrative action, government investigation or other pending or threatened action that affects or may affect the Property or Owner's ability to transfer it; and **(v)** any current, pending or proposed special assessments affecting the Property. Owner shall promptly notify Broker in writing if Owner becomes aware of any of these items during the Listing Period or any extension thereof.~~

**10. BROKER'S AND OWNER'S DUTIES:**

    **A.** Broker agrees to exercise reasonable effort and due diligence to achieve the purposes of this Agreement. Unless Owner gives Broker written instructions to the contrary, Broker is authorized, but not required, to **(i)** order reports and disclosures including those specified in 7C as necessary, **(ii)** advertise and market the Property by any method and in any medium selected by Broker, including MLS and the Internet, and, to the extent permitted by these media, control the dissemination of the information submitted to any medium; and **(iii)** disclose to any real estate licensee making an inquiry the receipt of any offers on the Property and the offering price of such offers.

    **B.** Broker agrees to present all offers received for Owner's Property, and present them to Owner as soon as possible, unless Owner gives Broker written instructions to the contrary.

    **C.** Owner agrees to consider offers presented by Broker, and to act in good faith to accomplish the sale of the Property by, among other things, making the Property available for showing at reasonable times and, subject to paragraph 3F, referring to Broker all inquiries of any party interested in the Property. Owner is responsible for determining at what price to list and sell the Property.

    **D. Investigations and Reports:** Owner agrees, within **5 (or _10_ ) Days** of the beginning date of this Agreement, to pay for the following pre-sale reports: ☐ Structural Pest Control ☐ General Property Inspection ☐ Homeowners Association Documents ☐ Other _____. If Property is located in a Common Interest Development or Homeowners Association, Owner is advised that there may be benefits to obtaining any required documents prior to entering into escrow with any buyer. Such benefits may include, but not be limited to, potentially being able to lower costs in obtaining the documents and avoiding any potential delays or complications due to late or slow delivery of such documents.

    **E.** Owner agrees to provide Broker and transferee(s) all written disclosures, as required by law. Owner further agrees to immediately disclose in writing any condition known to Owner that affects the Property, including, but not limited to, any past or current generation, storage, release, threatened release, disposal, and presence and location of asbestos, PCB transformers, petroleum products, flammable explosives, underground storage tanks, and other hazardous, toxic or contaminated substances or conditions in, or, or about the Property. Owner shall maintain public liability and property damage insurance on the Property during the Listing Period or any extension. Owner waives all subrogation rights under any insurance against Broker, cooperating brokers or employees.

    ~~**F.** Owner further agrees to indemnify, defend and hold Broker harmless from all claims, disputes, litigation, judgments, attorney fees and costs arising from any incorrect or incomplete information supplied by Owner, or from any material facts that Owner knows but fails to disclose including dangerous or hidden conditions on the Property.~~

    **G.** ☐ (If checked) The attached property disclosures is part of this Listing Agreement and may be provided to Prospective Transferees.

**11. DEPOSIT:** Broker is authorized to accept and hold on Owner's behalf any deposits to be applied toward the purchase price.

**12. AGENCY RELATIONSHIPS:**

    **A. DISCLOSURE:** The Seller acknowledges receipt of a ☒ "Disclosure Regarding Real Estate Agency Relationships" (C.A.R. Form AD).

**VLL REVISED 6/20 (PAGE 3 OF 5)**      Owner's Initials ( ZPY ) ( )

**VACANT LAND LISTING AGREEMENT (VLL PAGE 3 OF 5)**

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com      Jinzheng Group

**B.  OWNER REPRESENTATION:** Broker shall represent Owner in any resulting transaction, except as specified in paragraph 3F.

**C.  POSSIBLE DUAL AGENCY WITH BUYER:** Depending upon the circumstances, it may be necessary or appropriate for Broker to act as an agent for both Owner and buyer, exchange party, or one or more additional parties ("Buyer"). Broker shall, as soon as practicable, disclose to Owner any election to act as a dual agent representing both Owner and Buyer. If a Buyer is procured directly by Broker or an associate-licensee in Broker's firm, Owner hereby consents to Broker acting as a dual agent for Owner and Buyer. In the event of an exchange, Owner hereby consents to Broker collecting compensation from additional parties for services rendered, provided there is disclosure to all parties of such agency and compensation. Owner understands and agrees that: a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the Buyer's or Owner's financial position, motivations, bargaining position, or other personal information that may impact price, including the Owner's willingness to accept a price less than the listing price or the Buyer's willingness to pay a price greater than the price offered; and except as set forth above, a dual agent is obligated to disclose known facts materially affecting the value or desirability of the Property to both parties.

**D.  CONFIRMATION:** Broker shall confirm the agency relationship described above, or as modified, in writing, prior to or concurrent with Owner's execution of a purchase agreement.

**E.  Potentially Competing Sellers and Buyers:** Owner understands that Broker may have or obtain listings on other properties, and that potential buyers may consider, make offers on, or purchase through Broker, property the same as or similar to Owner's Property. Owner consents to Broker's representation of sellers and buyers of other properties before, during and after the end of this Agreement. Owner acknowledges receipt of a ☒ "Possible Representation of More than One Buyer or Seller - Disclosure and Consent" (C.A.R. Form PRBS).

**13. SECURITY, INSURANCE, SHOWINGS, AUDIO AND VIDEO:** Broker is not responsible for loss of or damage to personal or real property, or person, whether attributable to use of a keysafe/lockbox, a showing of the Property, or otherwise. Third parties, including, but not limited to, appraisers, inspectors, brokers and prospective buyers, may have access to, and take videos and photographs of, the interior of the Property. Owner agrees: **(i)** to take reasonable precautions to safeguard and protect valuables that might be accessible during showings of the Property; **(ii)** to obtain insurance to protect against these risks. Broker does not maintain insurance to protect Owner. Persons visiting the Property may not be aware that they could be recorded by audio or visual devices installed by Owner (such as "nanny cams" and hidden security cameras). Owner is advised to post notice disclosing the existence of security devices.

**14. PHOTOGRAPHS AND INTERNET ADVERTISING:**

**A.**  In order to effectively market the Property for sale it is often necessary to provide photographs, including aerial photographs, virtual tours and other media to buyers. Owner agrees (or ☐ if checked, does not agree) that Broker or others may photograph or otherwise electronically capture images of the exterior and interior of the Property ("Images") for static and/or virtual tours of the Property by buyers and others for use on Broker's website, the MLS, and other marketing materials and sites. Owner acknowledges that if Broker engages third parties to capture and/or reproduce and display Images, the agreement between Broker and those third parties may provide such third parties with certain rights to those Images. The rights to the Images may impact Broker's control or lack of control of future use of the Images. If Owner is concerned, Owner should request that Broker provide any third parties' agreement impacting the Images. Owner also acknowledges that once Images are placed on the Internet neither Broker nor Owner has control over who can view such Images and what use viewers may make of the Images, or how long such Images may remain available on the Internet. Owner further assigns any rights in all Images to the Broker/Agent and agrees that such Images are the property of Broker/Agent and that Broker/Agent may use such Images for advertising, including post sale and for Broker/Agent's business in the future.

**B.**  Owner acknowledges that prospective buyers and/or other persons coming onto the property may take photographs, videos or other images of the property. Owner understands that Broker does not have the ability to control or block the taking and use of Images by any such persons. (If checked) ☐ Owner instructs Broker to publish in the MLS that taking of Images is limited to those persons preparing Appraisal or Inspection reports. Owner acknowledges that unauthorized persons may take images who do not have access to or have not read any limiting instruction in the MLS or who take images regardless of any limiting instruction in the MLS. Once Images are taken and/or put into electronic display on the Internet or otherwise, neither Broker nor Owner has control over who views such Images nor what use viewers may make of the Images.

**15. KEYSAFE/LOCKBOX:** A key safe/lockbox is designed to hold a key to the Property to permit access to the Property by Broker, cooperating brokers, MLS participants, their authorized licensees and representatives, authorized inspectors, and accompanied prospective buyers. Owner further agrees that Broker, at Broker's discretion, and without further approval from Owner, shall have the right to grant access to and convey Owner's consent to access the Property to inspectors, appraisers, workers, repair persons, and other persons requiring entry to the Property in order to facilitate the sale of the Property. Broker, cooperating brokers, MLS and Associations/Boards of REALTORS® are not insurers against injury, theft, loss, vandalism or damage attributed to the use of a key safe/lockbox. Owner does (or if checked ☐ does not) authorize Broker to install a key safe/lockbox. If Owner does not occupy the Property, Owner shall be responsible for obtaining occupant(s)' written permission for use of a key safe/lockbox (C.A.R. Form KLA).

**16. SIGN:** Owner does (or if checked ☐ does not) authorize Broker to install a FOR SALE/SOLD sign on the Property.

**17. EQUAL HOUSING OPPORTUNITY:** The Property is offered in compliance with federal, state and local anti-discrimination laws.

**18. ATTORNEY FEES:** In any action, proceeding or arbitration between Owner and Broker to enforce the compensation provisions of this Agreement, the prevailing Owner or Broker shall be entitled to reasonable attorney fees and costs from the non-prevailing Owner or Broker, except as provided in paragraph 22A.

**19. ADDITIONAL TERMS:** ☐ REO Advisory Listing (C.A.R. Form REOL) ☐ Short Sale Information and Advisory (C.A.R. Form SSIA)
☐ Trust Advisory (C.A.R. Form TA)
☐ Owner intends to include a contingency to purchase a replacement property as part of any resulting transaction
*Listing Agreement to be included with the sale of properties listed in Addendum #1*
*Seller discloses there is a bankruptcy that is affecting the property.*
*See additional terms on Addendum #2.*

**VLL REVISED 6/20 (PAGE 4 OF 5)**                    Owner's Initials ( _ZPY_ ) ( ____ )

**VACANT LAND LISTING AGREEMENT (VLL PAGE 4 OF 5)**



**20. MANAGEMENT APPROVAL:** If an associate-licensee in Broker's office (salesperson or broker-associate) enters into this Agreement on Broker's behalf, and Broker or Manager does not approve of its terms, Broker or Manager has the right to cancel this Agreement, in writing, within 5 Days after its execution.

**21. SUCCESSORS AND ASSIGNS:** This Agreement shall be binding upon Owner and Owner's successors and assigns.

~~22. **DISPUTE RESOLUTION:**~~

~~A. **MEDIATION:** Owner and Broker agree to mediate any dispute or claim arising between them regarding the obligation to pay compensation under this Agreement, before resorting to arbitration or court action. Mediation fees, if any, shall be divided equally among the parties involved. If, for any dispute or claim to which this paragraph applies, any party **(i)** commences an action without first attempting to resolve the matter through mediation, or **(ii)** before commencement of an action, refuses to mediate after a request has been made, then that party shall not be entitled to recover attorney fees, even if they would otherwise be available to that party in any such action. Exclusions from this mediation agreement are specified in paragraph 22B.~~

~~B. **ADDITIONAL MEDIATION TERMS:** The following matters shall be excluded from mediation: (i) a judicial or non-judicial foreclosure or other action or proceeding to enforce a deed of trust, mortgage or installment land sale contract as defined in Civil Code §2985; (ii) an unlawful detainer action; (iii) the filing or enforcement of a mechanic's lien; and (iv) any matter that is within the jurisdiction of a probate, small claims or bankruptcy court. The filing of a court action to enable the recording of a notice of pending action, for order of attachment, receivership, injunction, or other provisional remedies, shall not constitute a waiver or violation of the mediation provisions.~~

~~C. **ARBITRATION ADVISORY:** If Seller and Broker desire to resolve disputes arising between them through arbitration rather than court, they can document their agreement by attaching and signing an Arbitration Agreement (C.A.R. Form ARB).~~

**23. ENTIRE AGREEMENT:** All prior discussions, negotiations and agreements between the parties concerning the subject matter of this Agreement are superseded by this Agreement, which constitutes the entire contract and a complete and exclusive expression of their agreement and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement. If any provision of this Agreement is held to be ineffective or invalid, the remaining provisions will nevertheless be given full force and effect. This Agreement and any supplement, addendum or modification, including any photocopy or facsimile, may be executed in counterparts.

**24. OWNERSHIP, TITLE AND AUTHORITY:** Owner warrants that: **(i)** Owner is the owner of the Property; **(ii)** no other persons or entities have title to the Property; and **(iii)** Owner has the authority to both execute this Agreement and sell the Property. Exceptions to ownership, title and authority are as follows: *Jinzheng Group USA LLC*

---

☒ **REPRESENTATIVE CAPACITY:** This Listing Agreement is being signed for Owner by an individual acting in a Representative Capacity as specified in the attached Representative Capacity Signature Disclosure (C.A.R. Form RCSD-S). Wherever the signature or initials of the representative identified in the RCSD appear on this Agreement or any related documents, it shall be deemed to be in a representative capacity for the entity described and not in an individual capacity, unless otherwise indicated. Owner **(i)** represents that the entity for which the individual is signing already exists and **(ii)** shall Deliver to Broker, within 3 Days after execution of this Agreement, evidence of authority to act (such as but not limited to: applicable trust document, or portion thereof, letters testamentary, court order, power of attorney, resolution, or formation documents of the business entity).

---

By signing below, Owner acknowledges that Owner has read, understands, received a copy of and agrees to the terms of this Listing Agreement and any attached schedule of compensation.

Owner _____*Zhao Pu Yang*_____ *Jinzheng Group USA LLC* Date 6/24/2022
Address *Multiple Addresses; See Addendum #1* _____ City _____ State ____ Zip ____
Telephone _____ Fax _____ E-mail _____

Owner _____ Date _____
Address *Multiple Addresses; See Addendum #1* _____ City _____ State ____ Zip ____
Telephone _____ Fax _____ E-mail _____

☐ Additional Signature Addendum attached (C.A.R. Form ASA)

Real Estate Broker (Firm) *The CREM Group* _____ DRE Lic. # *02029217*
Address *3900 W. Alameda Ave, Suite 1200* _____ City *Burbank* _____ State *CA* Zip *91505*
By  _____ Tel.*(323)683-5100* E-mail *mark@cremgroupre.com* DRE Lic.#*01990266* Date 6/24/2022
*Mark Cianciulli*
By _____ Tel. _____ E-mail _____ DRE Lic.# _____ Date _____

☒ Two Brokers with different companies are co-listing the Property. Co-listing Broker information is on the attached Additional Broker Acknowledgement (C.A.R. Form ABA)

© 2020, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

**VLL REVISED 6/20 (PAGE 5 OF 5)** | Reviewed by _____ |

**VACANT LAND LISTING AGREEMENT (VLL PAGE 5 OF 5)**

DocuSign Envelope ID: 3D511D52-84B2-41B2-A98C-BA18-13378585850

ASSOCIATION
OF REALTORS®

1. **INTRODUCTION:** Selling property in California is a process that involves many steps. From start to finish, it could take anywhere from a few weeks to many months, depending upon the condition of your Property, local market conditions and other factors. You have already taken an important step by listing your Property for sale with a licensed real estate broker. Your broker will help guide you through the process and may refer you to other professionals, as needed. This advisory addresses many things you may need to think about and do as you market your Property. Some of these things are requirements imposed upon you, either by law or by the listing or sale contract. Others are simply practical matters that may arise during the process. Please read this document carefully and, if you have any questions, ask your broker or appropriate legal or tax advisor for help.

2. **DISCLOSURES:**
   A. **General Disclosure Duties:** You must affirmatively disclose to the buyer, in writing, any and all known facts that materially affect the value or desirability of your Property. You must disclose these facts whether or not asked about such matters by the buyer, any broker, or anyone else. This duty to disclose applies even if the buyer agrees to purchase your Property in its present condition without requiring you to make any repairs. If you do not know what or how to disclose, you should consult a real estate attorney in California of your choosing. Broker cannot advise you on the legal sufficiency of any disclosures you make.
   B. **Specific Contractual Disclosure Duties:**
      (1) The Vacant Land Purchase Agreement provides that the seller shall, if required by Law, deliver to buyer information regarding earthquakes, environmental hazards, flood hazards, and fire hazards
      (2) If seller has actual knowledge, the Purchase Contract requires seller to disclose **(i)** Legal Proceedings affecting the Property, **(ii)** Agricultural Use restrictions, **(iii)** Deed restrictions; **(iv)** Farm Use and right to farm issues, **(v)** Endangered Species issues, **(vi)** Environmental Hazards, **(vii)** Common Walls, **(viii)** Landlocked property, **(ix)** Easements and Encroachments, **(x)** Soil fill and Soil problems, **(xi)** Earthquake damage, **(xii)** Zoning Issues, **(xiii)** Neighborhood problems.
      (3) Existing Rental and Service agreements must be disclosed.
      (4) Seller is also required to make a good faith effort to obtain and deliver to the buyer a disclosure notice from the appropriate local agency(ies) about any special tax levied on your Property pursuant to the Mello-Roos Community Facilities Act, the Improvement Bond Act of 1915, and a notice concerning the contractual assessment provided by section 5898.24 of the Streets and Highways Code.
      (5) Common Interest Developments: If the Property is in a common interest development, you must provide to the buyer copies of the governing documents, the most recent financial statements distributed, and other documents required by law or contract. If you do not have a current version of these documents, you can request them from the management of your homeowners' association. To avoid delays, you are encouraged to obtain these documents as soon as possible, even if you have not yet entered into a purchase agreement to sell your Property.
      (6) Contract Terms and Conditions: A buyer may request, as part of the contract for the sale of your Property, that you pay for repairs to the Property and other items. Your decision on whether or not to comply with a buyer's requests may affect your ability to sell your Property at a specified price.
   C. **Other Legal Duties Withholding Taxes:** Under federal and California tax laws, a buyer is required to withhold a portion of the purchase price from your sale proceeds for tax purposes unless you sign an affidavit of non-foreign status and California residency, or some other exemption applies and is documented.
   D. **Prohibition Against Discrimination:** Discriminatory conduct in the sale of real property against individuals belonging to legally protected classes is a violation of the law.

3. **LEGAL AND TAX IMPLICATIONS:** Your Property may have legal, tax, insurance, title or other implications. You should consult an appropriate professional for advice on these matters.

4. **MARKETING CONSIDERATIONS:**
   A. **Pre-Sale Inspections and Considerations:** You should consider doing what you can to prepare your Property for sale. Many people are not aware of defects in or problems with their own Property. One way to make yourself aware is to obtain professional inspections prior to sale. Pre-sale inspections may include a general property inspection and an inspection of the septic or well systems, if any, among others. By doing this, you then have an opportunity to make repairs before your Property is sold, which may enhance its marketability. Keep in mind, however, that any problems revealed by such inspection reports or repairs that have been made, whether or not disclosed in a report, should be disclosed to the buyer (see "Disclosures" in paragraph 2 above). This is true even if the buyer gets his/her own inspections covering the same area. Obtaining inspection reports may also assist you during contract negotiations with the buyer.
   B. **Safety Precautions:** Advertising and marketing your Property for sale, including, but not limited to, placing a

© 2019, California Association of REALTORS®, Inc.

**SVLA 12/19 (PAGE 1 OF 2)**

| The CREM Group, 3900 W. Alameda Ave, Suite 1200 Burbank CA 91505 | Phone: 3236835100 | Fax: | Jinzheng Group |
|---|---|---|---|
| Mark Cianciulli | Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201 www.lwolf.com | | |

Resale/lockbox, erecting FOR SALE signs, and disseminating photographs, videotapes, and virtual tours of the Property, may jeopardize the safety of your Property. You are strongly encouraged to maintain insurance, and to take any and all possible precautions and safeguards to protect Property, and your belongings, including valuables located on the Property.

**C. Expenses:** You are advised that you, not the Broker, are responsible for the fees and costs, if any, to comply with your duties and obligations to the buyer of your Property.

5. **OTHER ITEMS:**

_____

_____

_____

Seller has read and understands this Advisory. By signing below, Seller acknowledges receipt of a copy of this document.

Seller _____*Zhao Pu Yang*_____ Date ___6/24/2022___
                34929D9DEA804CA

***Jinzheng Group USA LLC***
Print Name

Seller _____ Date _____

_____
Print Name

Real Estate Broker (Listing Firm) ***The CREM Group***_____ DRE Lic# ***02029217***_____

By _____ ***Mark Cianciulli*** DRE Lic # ***01990266***___ Date ___6/24/2022___
        58CE5C4DF6B94F2

By _____ DRE Lic # _____ Date _____

Address ***3900 W. Alameda Ave, Suite 1200***_____ City ***Burbank***_____ State ***CA***  Zip ***91505***

Telephone ***(323)683-5100***_____ Fax _____ E-mail ***mark@cremgroupre.com***

© 2019, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

**SVLA 12/19 (PAGE 2 OF 2)**



### SELLER'S VACANT LAND ADVISORY (SVLA PAGE 2 OF 2)

![CALIFORNIA ASSOCIATION OF REALTORS®]

# CALIFORNIA CONSUMER PRIVACY ACT ADVISORY, DISCLOSURE AND NOTICE

**(C.A.R. Form CCPA, Revised 12/21)**

The California Consumer Privacy Act (commencing with Civil Code § 1798.100) ("CCPA") grants to California residents certain rights in their private, personal information ("PI") that is collected by companies with whom they do business. Under the CCPA, PI is defined broadly to encompass non-public records information that could reasonably be linked directly or indirectly to you. PI could potentially include photographs of, or sales information about, your property.

During the process of buying and selling real estate your PI will be collected and likely shared with others, including real estate licensees, a Multiple Listing Service, real estate internet websites, service providers, lenders, and title and escrow companies, to name several possibilities. Businesses that are covered by the CCPA are required to grant you various rights in your PI, including the right to know what PI is collected, "opt out" or stop the transfer of your PI to others, and the right to request that the business delete your PI entirely. You may get one or more notices regarding your CCPA rights from businesses you interact with in a real estate transaction. However, not all businesses that receive or share your PI are obligated to comply with the CCPA. Also, even businesses that are otherwise covered under the CCPA may have a legal obligation to maintain PI, notwithstanding your instruction to the contrary. For instance, regardless of whether they are covered by CCPA, under California law, brokers and Multiple Listing Services are required to maintain their records for 3 years. If you wish to exercise your rights under CCPA, where applicable, you should contact the respective business directly.

You can obtain more information about the CCPA and your rights under the law from the State of California Department of Justice (oag.ca.gov/privacy/ccpa).

**I/we acknowledge receipt of a copy of this California Consumer Privacy Act Advisory, Disclosure and Notice.**

Buyer/Seller/Landlord/Tenant _____Zhao Pu Yang_____ Date ___6/24/2022___

*Jinzheng Group USA LLC*

Buyer/Seller/Landlord/Tenant _____ Date _____

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020



**CCPA REVISED 12/21 (PAGE 1 OF 1)**

**CALIFORNIA CONSUMER PRIVACY ACT ADVISORY (CCPA PAGE 1 OF 1)**

| The CREM Group, 3900 W. Alameda Ave, Suite 1200 Burbank CA 91505 | Phone: 3236835100 | Fax: | Jinzheng Group |
|---|---|---|---|
| Mark Cianciulli | Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com | | |

![CALIFORNIA ASSOCIATION OF REALTORS®]

**Exhibit "ADDENDUM" No. 1723629**

(C.A.R. Form ADM, Revised 12/21)

The following terms and conditions are hereby incorporated in and made a part of the Purchase Agreement, OR ☐ Residential Lease or Month-to-Month Rental Agreement, ☐ Transfer Disclosure Statement (Note: An amendment to the TDS may give the Buyer a right to rescind), ☒ Other **_Vacant Land Listing Agreement._**_____,
dated _____**June 17, 2022**_____ , on property known as _____**Multiple Addresses; See Addendum #1**_____
_____ ("Property/Premises"),
in which _____ is referred to as ("Buyer/Tenant")
and _____**Jinzheng Group USA LLC**_____ is referred to as ("Seller/Landlord").
Buyer/Tenant and Seller/Landlord are referred to as the "Parties."

*A) The property addresses and APN numbers listed below are to be listed and sold together.*

*1. 2929 Amethyst St, Los Angeles CA 90032: 5209-009-001, Land,*

*2. 2526-2528 Lincoln Park Ave, Los Angeles CA 90031: 5208-025-001, Triplex,*

*3. 2520-2522 Lincoln Park Ave, Los Angeles CA 90031: 5208-025-002, Duplex,*

*4. 2602 Lincoln Park Ave, Los Angeles CA 90031: 5208-025-014, Land,*

*5. 2600 N Sierra St, Los Angeles CA 90031: APN 5209-005-003, Land,*

*6. \*The Paradise Drive Lots include APNs (i) 5209-021-002, -005, -006; (ii) 5209-022-007; (iii) 5209-023-022, -029; -030; -031; -032; and (iv) 5209-025-006.*

**The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this Addendum.**

Buyer/Tenant _____ Date _____

Buyer/Tenant _____ Date _____

Seller/Landlord ⎡DocuSigned by: _____ Date __6/24/2022__
                 Zhao Pu Yang
                 *Jinzheng Group USA LLC*

Seller/Landlord _____ Date _____

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020



**ADM REVISED 12/21 (PAGE 1 OF 1)**

**ADDENDUM (ADM PAGE 1 OF 1)**

# ADDENDUM No. _2_

**(C.A.R. Form ADM, Revised 12/21)**

The following terms and conditions are hereby incorporated in and made a part of the Purchase Agreement, OR ☐ Residential Lease or Month-to-Month Rental Agreement, ☐ Transfer Disclosure Statement (Note: An amendment to the TDS may give the Buyer a right to rescind), ☒ Other *Vacant Land Listing Agreement*,
dated _____*June 17, 2022*_____, on property known as _____*Multiple Addresses; See Addendum #1*_____
("Property/Premises"),
in which _____ is referred to as ("Buyer/Tenant")
and _____*Jinzheng Group USA LLC*_____ is referred to as ("Seller/Landlord").
Buyer/Tenant and Seller/Landlord are referred to as the "Parties."

*B). Seller is the Debtor-In-Possession in the United States Bankruptcy Court for the Central District of California, under Proceeding No. _____, Chapter 11, Jinzheng Group USA, LLC, Debtor.*

*C). This Agreement is expressly conditioned upon approval to its terms and conditions by the Bankruptcy Court ("Court").*

*D). All sales are subject to the approval of the Bankruptcy Court.*

*E). All sales commission due hereunder shall be deducted (to the extent possible) from the gross proceeds of the sale of the Property.*

*F). Additional terms attached. Bankruptcy addendum shall control.*

**The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this Addendum.**

Buyer/Tenant _____ Date _____

Buyer/Tenant _____ Date _____

Seller/Landlord _____ *Zhao Pu Yang* _____ Date _6/24/2022_
— DocuSigned by:
*Jinzheng Group USA LLC*

Seller/Landlord _____ Date _____

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020



**ADM REVISED 12/21 (PAGE 1 OF 1)**

**ADDENDUM (ADM PAGE 1 OF 1)**

**BANKRUPTCY ADDENDUM TO VACANT LAND LISTING AGREEMENT**

Jinzheng Group (USA) LLC ("Seller"), it its capacity as debtor and debtor in possession of its bankruptcy estate in *In re Jinzheng Group (USA) LLC*, Case No. 2:21-bk-16674-ER, agrees to grant The CREM Group and Marcus & Millichap (collectively, "Broker"), the exclusive right to negotiate the sale of multiple parcels of real property described in Addendum #1 (the "Property"), upon the terms and conditions of the foregoing Residential Listing Agreement, together with the Seller Instruction to Exclude Listing from the Multiple Listing Service and Days on Market and other accompanying standard disclosures and advisories (collectively the "Listing Agreement"), as amended by the following terms and conditions:

1.     Addendum.    This document is an addendum to Listing Agreement. Notwithstanding any contrary terms and conditions in the Listing Agreement, this Addendum shall apply.

2.     Deletions from the Listing Agreement.   The following paragraphs of the Listing Agreement shall not apply:

      a.      paragraph 3(E) (irrevocable assignment);

      b.      paragraph 9 (Seller representations);

      c.      paragraph 10(F) (indemnification); and

      c.      paragraph 22 (dispute resolution).

3.     No Dual Agency.   Notwithstanding California law or anything in the Listing Agreement to the contrary, Broker will act as the agent for Seller only and will not act as the agent of both Seller and the purchaser in the transaction.

4.     Commission.   If buyer is not represented in the transaction by a real estate broker, the total commission to Broker shall be 3.5%, instead of 5%. If buyer is represented by a broker, the split of commission shall be 3% to the listing Broker (which shall be split between The CREM Group and Marcus & Millichap per a separate addendum to the Listing Agreement), and 2% to the buyer's broker.

5.     Abandonment.   Seller reserves the right, in its sole discretion, to determine not to sell the Property and to abandon the Property by serving a notice of its intention to abandon the Property in accordance with the Bankruptcy Code and applicable court rules. In the event of any such abandonment, the Listing Agreement and this Addendum shall

1686052.1  27086

1

terminate and no liability or obligations shall accrue to Seller as a result of any such abandonment and termination.

6.    <u>Conditions of Sale</u>.  Broker agrees and understands that any sale of the Property shall be subject to the following terms and conditions:

a.    Seller is selling the Property in its capacity as the representative of a bankruptcy estate.

b.    If for any reason, or no reason whatsoever, Seller is unable to deliver possession or title to the Property to any potential purchaser, the purchaser's sole remedy shall be the return of any money that the purchaser has deposited towards the purchase of the Property.

c.    Seller is selling the Property on an "AS IS" and "WHERE IS" basis without any representations or warranties whatsoever, including without limitation representations or warranties as to title, oil and mineral rights, city or government agency notifications regarding work to be done, marketability of title, ownership, physical condition, compliance with state, city or federal statutes, codes, ordinances, or regulations, geological stability, zoning, suitability for improvement, and fire insurance policies to cover any improvements on the Property, nor any assurances regarding the subdividability of the Property.

d.    The sale of the Property is subject to Bankruptcy Court approval after notice given in accordance with the Bankruptcy Code and applicable court rules.

e.    The sale of the Property may be subject to overbid at public sale.  Seller reserves the right to reject any and all offers which in its judgment are insufficient.  If overbids are received and the Property is sold to an overbidder, or to the original bidder, at a higher price, the commission to be paid to Broker shall be based upon the higher sale price (not the original bid price).

f.    The purchaser shall, at the purchaser's sole expense, acquire any and all insurance policies that the purchaser desires to cover the Property.  Seller does not agree to acquire or transfer any insurance policies to the purchaser.

g.    The purchaser is to arrange for all financing of the acquisition of the Property before the close of escrow.

h.    All escrow fees shall be shared and paid on a 50/50 basis by Seller and the purchaser.

1686052.1  27086

2

DocuSign Envelope ID: 3951 0B82-84B3-4C85-BA19-13278F5A6950

Case 2:21-bk-16674-ER    Doc 526673    Filed 06/21/22    Entered 06/21/22 16:49:20    Desc
Main Document    Page 228 of 236
Exhibit Ken Page 2 of 23

i.    The Property is being sold subject to:

(1)    All general and special taxes that are presently due, or may become due, regarding the Property, other than property taxes, which shall be prorated as of the close of escrow; and

(2)    Any and all easements, restrictions, rights and conditions of record and rights of way, against, on or regarding the Property.  Title, however, is to be transferred free and clear of secured claims of record.

7.    <u>Payment of Commission</u>. The commission to be paid to Broker shall only be paid from the proceeds of the sale of the Property.  The payment of commission is subject to prior approval of the Bankruptcy Court.

8.    <u>Limitation of Liability of Broker</u>.  Broker's liability is limited to the amount of Broker's commission hereunder in the event of any damages caused by negligence or unwilful misconduct by Broker.

9.    <u>Entire Agreement</u>. This Addendum and the Listing Agreement (and attachments thereto), to the extent that the Listing Agreement is not contrary to the terms and conditions herein, constitute the entire contract between the parties.  Their terms are intended by the parties as a final expression of their agreement with respect to such terms as are included herein, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement.  The parties further intend that this this Addendum and the Listing Agreement constitute the complete, final and exclusive statement of their terms and that no extrinsic evidence whatsoever may be introduced in any judicial or arbitration proceeding, if any, involving this agreement.

10.    <u>Bankruptcy Court Jurisdiction</u>. The United States Bankruptcy Court for the Central District of California shall have exclusive jurisdiction to resolve any and all disputes relating to this Addendum and the Listing Agreement sitting without a jury, which is specifically waived.  This agreement and any disputes related thereto shall be governed by California law, to the extent not pre-empted by federal law.


Date:  June __, 2022                    Date:  June __, 2022

"SELLER"                             "BROKER"

Jinzheng Group (USA) LLC             The CREM Group

1686052.1  27086

3

By: Zhao Pu Yang  6/24/2022

By: Mark Cianciulli  6/24/2022

"BROKER"

Marcus & Millichap

By: Lonnie McDermott  6/24/2022

**CALIFORNIA ASSOCIATION OF REALTORS®**

# REPRESENTATIVE CAPACITY SIGNATURE DISCLOSURE
## (FOR SELLER REPRESENTATIVES)
### (C.A.R. Form RCSD-S, Revised 12/21)

This form is not an assignment. It should not be used to add new parties after a contract has been formed. The purpose of this form is to identify who the principal is in the transaction and who has authority to sign documents on behalf of the principal.

☐ The disclosure in this form supersedes any Legally Authorized Signer representation or Representative Capacity Signature Disclosure made in the Agreement specified below or on separate form.

This is a disclosure to the Purchase Agreement, OR ☐ Listing Agreement, ☒ Other **Vacant Land Listing Agreement** _____ ("Agreement"),
dated **06/17/2022** , for the property known as _____**Multiple Addresses; See Addendum #1, ,**_____ ("Property"),
between _____**The CREM Group**_____ ("Buyer", ☒ Listing Broker).
And _____**Jinzheng Group USA LLC**_____ ("Seller").
Buyer and Seller are referred to as the "Parties." If a trust, in the blank line above identify Seller as the trustee(s) of the trust or by simplified trust name (ex. John Doe, co-trustee, Jane Doe, co-trustee or Doe Revocable Family Trust 3). Full name of trust should be identified in 1A below. If power of attorney, insert principal's name as Seller.

1.  **A.** ☐ **TRUST:** (1) The Property is held in trust pursuant to a trust document, titled (Full name of trust): _____
    _____ dated _____
    (2) The person(s) signing below is/are Sole/Co/Successor Trustee(s) of the Trust.
    **B.** ☒ **ENTITY:** Seller is a ☐ Corporation, ☒ Limited Liability Company, ☐ Partnership ☐ Other: _____
    which has authorized the officer(s), managing member(s), partner(s) or person(s) signing below to act on its behalf.
    An authorizing resolution of the applicable body of the entity described above ☐ is ☒ is not attached.
    **C.** ☐ **POWER OF ATTORNEY:** Seller ("Principal") has authorized the person(s) signing below ("Attorney-In-Fact", "Power of Attorney" or "POA") to act on his/her behalf pursuant to a General Power of Attorney ☐ Specific Power of Attorney for the Property), dated _____. **This form is not a Power of Attorney. A Power of Attorney must have already been executed before this form is used.**
    **D.** ☐ **ESTATE:** (1) Seller is an ☐ estate, ☐ conservatorship, or ☐ guardianship, identified by Superior Court Case name as _____ , Case # _____ .
    (2) The person(s) signing below is/are court approved representatives (whether designated as Sole or Co-Executor, Administrator, Conservator, Guardian) of the estate, conservatorship or guardianship identified above.

2.  Seller's Representative represents that the trust, entity or power of attorney for which that Party is acting already exists.

**Seller:**
By _____*Zhao Pu Yang*_____ Date: 6/24/2022
(Sign Name of Trustee, Officer, Managing Member, Partner, Attorney-in-Fact or Administrator/Executor)

(Print Representative Name) **Zhao Pu Yang** _____ Title: **Attorney in Fact for Managing Member, Jianqing Yang**

By _____ Date: _____
(Sign Name of Trustee, Officer, Managing Member, Partner, Attorney-in-Fact or Administrator/Executor)

(Print Representative Name) _____ Title: _____

**Acknowledgement of Receipt by Other Party:**

| AT TIME OF SALE |
| --- |
| Seller and _____ ("Buyer") are parties to a Purchase Agreement dated _____ for property known as **Multiple Addresses; See Addendum #1, ,** _____ . |
| Buyer _____ Date _____ |
| Buyer _____ Date _____ |

© 2021, California Association of REALTORS®, Inc.

**RCSD-S REVISED 12/21 (PAGE 1 OF 2)**

**REPRESENTATIVE CAPACITY SIGNATURE DISCLOSURE (RCSD-S PAGE 1 OF 2)**

| AT TIME OF LISTING AGREEMENT | | |
|---|---|---|
| Seller and **The CREM Group** | | ("Seller's Broker") |

are parties to a Listing Agreement dated **6/17/2022** .

Real Estate Broker **The CREM Group**

By **Mark Cianciulli**     ~DocuSigned by: *signature* 58DE5C4DF6B94F2...    Date **6/24/2022**

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

**RCSD-S REVISED 12/21 (PAGE 2 OF 2)**



**REPRESENTATIVE CAPACITY SIGNATURE DISCLOSURE (RCSD-S PAGE 2 OF 2)**

![CALIFORNIA ASSOCIATION OF REALTORS®]

# ADDITIONAL BROKER ACKNOWLEDGEMENT
(C.A.R. Form ABA, Revised 12/21)

This is an addendum to the Purchase Agreement, OR ☐ Listing Agreement, ☒ Other ___*Vacant Land Listing Agreement*___
(collectively, "Agreement"),
dated ___*06/17/2022*___, on property known as ___*Multiple Addresses; See Addendum #1, ,*___
between ___*The CREM Group*___ ("Buyer/Tenant/Broker")
and ___*Jinzheng Group USA LLC*___ ("Seller/Landlord").

## 1. LISTING AGREEMENT:
Co-Listing Brokers:

___*The CREM Group*___ (Broker 1) and
___*Marcus & Millichap*___ (Broker 2) are
Co-listing Brokers under the Listing Agreement identified above and agree to share responsibility and compensation for the representation of Seller/Landlord as follows: ___*Agreed upon compensation 2% to Marcus & Millichap, 1% to The CREM Group.If Buyer is not represented in the transaction, 2.25% to Marcus & Millichap, 1.25% to CREM Group.*___
(☒ on the terms of the attached agreement).

## 2. PURCHASE AGREEMENT/OTHER:
Check **ONE** box **ONLY**. If more than one applies, use separate forms for each.

**A.** ☒ Multiple Brokers Representing Seller/Landlord:

___*The CREM Group*___ (Broker 1) and
___*Marcus & Millichap*___ (Broker 2) are
parties to a Residential Listing Agreement, ☒ Other ___*Vacant Land Listing Agreement*___ dated ___*06/17/2022*___
in which they have agreed to share responsibility and compensation for the representation of Seller/Landlord.

**OR B.** ☐ Multiple Brokers Representing Buyer/Tenant:

_____ (Broker 1) and
_____ (Broker 2) are
real estate brokers who have entered into an agreement to share responsibility and compensation for the representation of Buyer/Tenant.

## 3. ☐ Activity under the license of Broker 1 and/or Broker 2 will be conducted by multiple associate licensees, partners or teams as indicated on the attached Additional Agent Acknowledgement form(s) (C.A.R. Form AAA).

## 4. By signing below, all parties understand, acknowledge and agree that, wherever the name of either Broker 1 or Broker 2, as applicable, is indicated in the Agreement or related documents, as a representative for the Buyer or Seller specified in 1, 2A or B above, the other Broker shall also be deemed to be named. Buyer/Tenant signatures are not necessary if this form is only used as part of a Listing Agreement.

Real Estate Broker (Broker 1) *The CREM Group*          DRE Lic.# *02029217*
By _____ *Mark Cianciulli* DRE Lic.# *01990266*          Date 6/24/2022
Real Estate Broker (Broker 2) *Marcus & Millichap*          DRE Lic.# *00530854*
By _____ *Lonnie McDermott* DRE Lic.# *01874375*          Date 6/24/2022
Seller/Landlord _____ *Zhao Pu Yang* _____ *Jinzheng Group USA LLC* Date 6/24/2022
Seller/Landlord _____          Date _____
Buyer/Tenant _____          Date _____
Buyer/Tenant _____          Date _____

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
*a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®*
525 South Virgil Avenue, Los Angeles, California 90020

**ABA REVISED 12/21 (PAGE 1 OF 1)**

## ADDITIONAL BROKER ACKNOWLEDGEMENT (ABA PAGE 1 OF 1)



| The CREM Group, 3900 W. Alameda Ave, Suite 1200 Burbank CA 91505 | Phone: 3236835100 | Fax: | Jinzheng Group |
| Mark Cianciulli | Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF AMENDED EXHIBIT 1 TO THE APPLICATION TO EMPLOY REAL ESTATE BROKERS AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT [DOC. NO. 263]  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____6/24/22_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____6/24/22_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 24, 2022 | Patricia Morris | /s/ Patricia Morris |
| *Date* | *Printed Name* | *Signature* |

1686275.1  27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

1

**ADDITIONAL SERVICE INFORMATION (if needed):**

2

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

3

Donna C Bullock on behalf of Interested Party Donna Bullock Carrera
donnabullockcarrera@yahoo.com, donna.bullock@ymail.com

4

Steven P Chang on behalf of Interested Party Courtesy NEF

5

heidi@spclawoffice.com,
schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.

6

com;changsr75251@notify.bestcase.com

7

Michael F Chekian on behalf of Creditor The Phalanx Group
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

8

Michael F Chekian on behalf of Interested Party Chekian Law Office, Inc.
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

9

Heidi M Cheng on behalf of Plaintiff JINZHENG GROUP (USA) LLC

10

heidi@slclawoffice.com,
assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

11

Susan Titus Collins on behalf of Interested Party INTERESTED PARTY
scollins@counsel.lacounty.gov

12

Jeffrey W Dulberg on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS

13

jdulberg@pszjlaw.com

14

Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
oestrada@ttc.lacounty.gov

15

Richard Girgado on behalf of Interested Party Courtesy NEF
rgirgado@counsel.lacounty.gov

16

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF

17

jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david

18

@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

19

Teddy M Kapur on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
tkapur@pszjlaw.com, mdj@pszjlaw.com

20

Alphamorlai Lamine Kebeh on behalf of Debtor JINZHENG GROUP (USA) LLC

21

akebeh@danninggill.com

22

Peter A Kim on behalf of Attorney LAW OFFICES OF PETER KIM
peter@pkimlaw.com, peterandrewkim@yahoo.com

23

Peter A Kim on behalf of Defendant Betula Lenta Inc
peter@pkimlaw.com, peterandrewkim@yahoo.com

24

Peter A Kim on behalf of Defendant David Park

25

peter@pkimlaw.com, peterandrewkim@yahoo.com

26

Peter A Kim on behalf of Defendant Jonathan Pae
peter@pkimlaw.com, peterandrewkim@yahoo.com

27

Christopher J Langley on behalf of Plaintiff JINZHENG GROUP (USA) LLC
chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

28

Benjamin R Levinson, ESQ on behalf of Creditor Michael E. Dorff and Sheri L. Dorff
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District
of California.

June 2012                                                                         **F 9013-3.1.PROOF.SERVICE**

1    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com

2    Eric A Mitnick on behalf of Interested Party Courtesy NEF
     MitnickLaw@aol.com, mitnicklaw@gmail.com

3    Giovanni Orantes on behalf of Other Professional Orantes Law Firm, P.C.
     go@gobklaw.com, gorantes@orantes-
4    law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

5    Donald W Reid on behalf of Interested Party INTERESTED PARTY
     don@donreidlaw.com, ecf@donreidlaw.com
6

     Matthew D. Resnik on behalf of Attorney Matthew Resnik
7    matt@rhmfirm.com,
     roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pard
8    is@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

9    Matthew D. Resnik on behalf of Creditor Royalty Equity Lending, LLC/Bobs LLC
     matt@rhmfirm.com,
     roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pard
10   is@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

11   Matthew D. Resnik on behalf of Interested Party Courtesy NEF
     matt@rhmfirm.com,
12   roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pard
     is@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
13

     Peter J Ryan on behalf of Defendant Testa Capital Group
14   ryan@floresryan.com, schneider@floresryan.com

15   Peter J Ryan on behalf of Defendant Thomas L. Testa
     ryan@floresryan.com, schneider@floresryan.com
16

     Allan D Sarver on behalf of Creditor Investment Management Company LLC
17   ADS@asarverlaw.com

18   Allan D Sarver on behalf of Interested Party Courtesy NEF
     ADS@asarverlaw.com
19

     Zev Shechtman on behalf of Debtor JINZHENG GROUP (USA) LLC
20   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

21   Zev Shechtman on behalf of Interested Party INTERESTED PARTY
     zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
22

     Zev Shechtman on behalf of Plaintiff JINZHENG GROUP (USA) LLC
23   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

24   David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
     david@shevitzlawfirm.com,
25   shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

     John N Tedford, IV on behalf of Interested Party INTERESTED PARTY
26   jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

27   United States Trustee (LA)
     ustpregion16.la.ecf@usdoj.gov
28

     Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
     hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

---

1686275.1  27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District
of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

1

2

3

4

**SERVED BY UNITED STATES MAIL**:

5    The Honorable Ernest M. Robles
     U.S. Bankruptcy Court
6    Roybal Federal Building
     Bin outside of Suite 1560
7    255 E. Temple Street
     Los Angeles, CA 90012
8

9    Bentula Lenta, Inc.
     David Park
10   800 W. 6th Street, Suite 1250
     Los Angeles, CA 900171
11

12   The Phalanx Group, Inc.
     Anthony Rodriguez
13   424 E. 1st Street, Unit #10
     Los Angeles, CA 90015
14

15   Testa Capital Group
     620 Newport Center Dr., #1100
     Newport Beach, CA 92660
16

17

18

19

20

21

22

23

24

25

26

27

28

1686275.1  27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**