ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@DanningGill.com*
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
*akebeh@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>　　　Debtor and Debtor in Possession<br><br>. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON RELIEF FROM STAY MOTION FILED BY ROYALTY EQUITY LENDING LLC/ BOBS LLC [DOC. NO. 395]**<br><br>**Old Date**<br>Date:　October 31, 2022<br>Time:　10:00 a.m.<br><br>**New Date**<br>Date:　November 14, 2022<br>Time:　10:00 a.m.<br>Crtrm.:　1586<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA 90012 |

1695861.1  27086

1

Jinzheng Group (USA) LLC, debtor and debtor in possession (the "Debtor"), on the one hand, and Royalty Equity Lending LLC/ Bobs LLC ("REL"), on the other hand, hereby stipulate as follows:

## Background

1. REL filed its *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Real Property)* (doc. no. 395) (the "Motion") on October 10, 2022.

2. Th Motion is set for hearing on October 31, 2022, at 10:00 a.m.

3. The Debtor and REL are engaged in discussions to attempt to resolve the Motion consensually and have, therefore, agreed to a two week extension of the hearing.

## Stipulation

4. Based on the foregoing facts, the Debtor and REL stipulate, and jointly request that, the Court enter an order to continue the hearing on the Motion by two weeks from October 31, 2022, to November 14, 2022.  The Debtor will lodge a proposed order.

DATED:  October 14, 2022                    DANNING, GILL, ISRAEL & KRASNOFF, LLP


                                            By:       /s/ Zev Shechtman
                                                  ZEV SHECHTMAN
                                                  General Bankruptcy Counsel for Jinzheng Group
                                                  (USA) LLC, Debtor and Debtor in Possession

| | | |
|---|---|---|
| 1 | DATED: October 14, 2022 | RHM LAW LLP |



By: _____
MATTHEW D. RESNIK
Attorneys for Royalty Equity Lending LLC/ Bobs LLC

1695861.1  27086

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  STIPULATION TO CONTINUE HEARING ON RELIEF FROM STAY MOTION FILED BY ROYALTY EQUITY LENDING LLC/ BOBS LLC [DOC. NO. 395]  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  October 14, 2022  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  October 14, 2022 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 14, 2022 | GLORIA RAMOS | /s/ Gloria Ramos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- **Donna C Bullock**    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Steven P Chang**    heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Heidi M Cheng**    heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com
- **Susan Titus Collins**    scollins@counsel.lacounty.gov
- **Nicholas S Couchot**    ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Runmin Gao**    ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Brian T Harvey**    bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Teddy M Kapur**    tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh**    akebeh@danninggill.com
- **Peter A Kim**    peter@pkimlaw.com, peterandrewkim@yahoo.com
- **Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Paul J Leeds**    Pleeds@fsl.law, ssanchez@fsl.law
- **Benjamin R Levinson**    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **Damian J. Martinez**  damian.martinez@aalrr.com, julissa.ruiz@aalrr.com
- **Eric A Mitnick**  MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Giovanni Orantes**  go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Donald W Reid**  don@donreidlaw.com, ecf@donreidlaw.com
- **Matthew D. Resnik**  matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Peter J Ryan**  ryan@floresryan.com, schneider@floresryan.com
- **Allan D Sarver**  ADS@asarverlaw.com
- **Zev Shechtman**  zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **David Samuel Shevitz**  david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **John N Tedford**  jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**  hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov;dare.law@usdoj.gov;eryk.r.escobar@usdoj.gov

## 2. SERVED BY U.S. MAIL

| Debtor | Counsel for Royalty Equity, Lending, LLC/Bobs, LLC | The Honorable Ernest Robles |
|---|---|---|
| JINZHENG GROUP (USA) LLC | Matthew D. Resnik, Esq. | United States Bankruptcy Court |
| 1414 S Azusa Ave, Suite B-22 | RHM Law LLP | 255 E. Temple Street |
| West Covina, CA 91791 | 17609 Ventura Blvd., Suite 314 | Suite 1560 |
| | Encino, CA 91316 | Los Angeles, CA 90012 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**