ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
JOHN N. TEDFORD, IV (State Bar No. 205537)
jtedford@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**FILED & ENTERED**

**OCT 17 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>    Debtor and Debtor in Possession<br><br>. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON RELIEF FROM STAY MOTION FILED BY ROYALTY EQUITY LENDING LLC/ BOBS LLC [DOC. NO. 395]**<br><br>**Old Date**<br>Date:    October 31, 2022<br>Time:    10:00 a.m.<br><br>**New Date**<br>Date:    November 14, 2022<br>Time:    10:00 a.m.<br>Crtrm.:   1586<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

1695833.1  27086

1

1     Jinzheng Group (USA) LLC, debtor and debtor in possession (the "Debtor"), on the one
2 hand, and Royalty Equity Lending LLC/ Bobs LLC ("REL"), on the other hand, having submitted
3 on October 14, 2022 their *Stipulation to Continue Hearing on Relief From Stay Motion filed by*
4 *Royalty Equity Lending LLC/ Bobs LLC [doc. no. 395]*; good cause appearing therefor, it is hereby
5     ORDERED THAT:
6     1.    The Stipulation is approved.
7     2.    The hearing on the *Motion for Relief from the Automatic Stay Under 11 U.S.C. §*
8 *362 (Real Property)* (doc. no. 395) (the "RFS Motion") is continued from October 31, 2022, at
9 10:00 a.m., to November 14, 2022, at 10:00 a.m. Briefing deadlines on the RFS Motion shall be
10 calculated in accordance with the continued hearing date.

                                    ###

Date: October 17, 2022

*[signature]*
Ernest M. Robles
United States Bankruptcy Judge

1695833.1  27086    2