1  Gene H. Shioda – SBN 186780
   ghs@slclawoffice.com
2  Christopher J. Langley – SBN 258851
   chris@slclawoffce.com
3  Steven P. Chang – SBN 221783
   schang@slclawoffice.com
4  **SHIODA, LANGLEY & CHANG LLP**
5  1063 E. Las Tunas Dr.
   San Gabriel, CA 91776
6  Tel: (626)281-1232
   Fax: (626)281-2919
7

8  Former Counsel for Jinzheng Group (USA) LLC
   Debtor and Debtor-in-Possession
9

10              **UNITED STATES BANKRUPTCY COURT**

11      **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

12

13  In re                              | Case No. 2:21-bk-16674-ER

14                                      | Chapter 11

15  JINZHENG GROUP (USA) LLC            |
                                        | **SHIODA LANGLEY & CHANG LLP'S**
16                                      | **APPLICATION FOR ORDER**
        Debtor and Debtor in Possession. | **AUTHORIZING PAYMENT OF FIRST**
17                                      | **AND FINAL FEES AND**
                                        | **REIMBURSEMENT OF EXPENSES;**
18                                      | **DECLARATION OF CHRISTOPHER J.**
                                        | **LANGLEY IN SUPPORT THEREOF**
19
                                        | [11 U.S.C. §§ 330; LBR 9013-1(A) AND
20                                      | 2016-1]
21
                                        | **HEARING DATE:**
22
                                        | Date:      November 9, 2022
23                                      | Time:      10:00am
                                        | Location:  Ctrm 1568
24                                      |            255 E. Temple St.
25                                      |            Los Angeles, CA 90012
26

27

28

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF**
**FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

Shioda Langley & Chang ("SLC" and/or "Applicant), hereby submits to this Court (the "Application") for an order allowing and approving compensation for legal services rendered and reimbursement for expenses incurred as prior general bankruptcy counsel to Jinzheng Group (USA) LLC (the "Debtor"), during the period from November 21, 2021 to October 19, 2022 (the "Covered Period).

## I.     FEES AND EXPENSES INCURRED AND NOTICE

A.     **REQUEST FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES.**

During the Covered Period, SLC incurred fees in the amount of $292,159.00 and expenses in the amount of $5,806.78 for total fees and expenses in the amount of $297,965.78

Given SLC's efforts and the results achieved by SLC during the pendency of its representation of the Debtor, SLC respectfully submits that its requested fees and expenses are reasonable and should be approved by the Court.

Pursuant to the Application, SLC is seeking authority to draw on Debtor's retainer in the amount of $76,949.00 and for an order for the Debtor and Debtor in possession to pay SLC's unpaid balance of $221,016.78 for fees and expenses incurred during the Covered Period.

B.     **PROPER NOTICE.**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and the applicable Local Bankruptcy Rules, SLC served notice of this Application, and the Applications and the amount of fees and expenses sought by the respective professional upon the Debtor, the Office of the United States Trustee (the "OUST"), all creditors, and all parties who have requested special notice.

## II.     BRIEF NARRATIVE OF CASE AND THE SIGNIFICANT EVENTS WHICH OCCURRED DURING THE COVERED PERIOD

### A.  BACKGROUND

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

On August 24, 2021 ("Petition Date"), the Debtor filed an emergency voluntary Chapter 11 petition, initiating this Bankruptcy Case.  The timing of the bankruptcy case was to stop an imminent foreclosure sale on the Debtor's largest asset, a real estate parcel in the Lincoln Heights neighborhood of Los Angeles, which the Debtor was attempting to develop.

Debtor is a California limited liability company that was in the business of real estate development.  Its managing member is Jianqing Yang, resides in China and the US operation of the business was handled by his attorney-in-fact.  Prior to the bankruptcy filing through November 29, 2021, Betty Zhang ran the day-to-day operations. Thereafter, Jianqing Yang appointed Max Yang as in attorney-in-fact until his son, Zhao Pu Yang, was able to assume control of operations. Once Jianqing Yang appointed Zhao Pu Yang as his attorney-on-fact, he hired new bankruptcy counsel, Danning Gill Israel & Krosnoff, LLP, replacing SLC as general counsel for the Debtor. Once new counsel was appointed, the case strategy shifted from a reorganization to a liquidation. The substitution of attorney removing SLC as general counsel for the Debtor was filed on June 3, 2022 [Doc. 244].

**B.  SIGNIFICANT EVENTS DURING COVERED PERIOD**

During the Covered Period, SLC attempted to ascertain and investigate the events leading up to the bankruptcy, as well as propose a plan for reorganization to allow the Debtor to emerge from bankruptcy through a restructuring the loan with its primary lenders, Bobs LLC/Royalty Equity Funding.

On December 7, 2021, the Court entered an *Order Setting Bar Date for Filing Proofs of Claim* [Doc. 55], which set the claims bar date for February 4, 2022 ("Claims Bar Date").

In December 2021, the Debtor filed separate motions to conduct examinations of Mr. Carlin, Mr. Pae, and Mr. Park pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure [Docs. 57, 68, 69], which the Court granted by written orders [Docs. 60, 72, 73]. The rule 2004 exams were then conducted as to Mr. Pae and Mr. Park.

3

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

1       On December 13, 2021, the Debtor filed a *Motion for Order Extending Debtor's*

2   *Exclusivity Period to File Chapter 11 Plan and Solicit Acceptances Thereto* [Doc. 61]

3   ("Exclusivity Motion").  Royalty Equity Lending opposed.  The Court granted the Exclusivity

4   Motion pursuant to an Order entered on January 18, 2022 [Doc. 80] ("Exclusivity Order").

5       Pursuant to the Exclusivity Order, the exclusivity periods for Debtor to file a plan was

6   extended to April 21, 2020, and to solicit acceptances of its Plan was extended to May 20, 2022.

7       Debtor filed its combined disclosure statement and plan of reorganization on March 14,

8   2022 [Doc. 158], which was subsequently amended on May 4, 2022 [Doc.204] at which time

9   Debtor filed a Motion for Approval of Chapter 11 disclosure statement and combined plan of

10  reorganization.

11      On February 24, 2022, Royalty Equity Lending filed a *Motion for Relief for the Automatic*

12  *Stay Under 11 U.S.C. § 362* [Doc. 127] ("Royalty Equity Lending MRS"), which seeks relief from

13  stay to foreclose against the Los Angeles Properties.  Royalty Equity Lending seeks relief under

14  11 U.S.C. § 362(d)(1) and (2).  The Royalty Equity Lending MRS values the Los Angeles

15  Properties in the amount of $9,335,000.00, which is approximately 40% of the appraised value

16  according to Cushman & Wakefield, Inc. in June 2021 ($23,450,000.00).  Royalty Equity Lending

17  argues that its interest in the Los Angeles Properties is under-secured. The Debtor was successful

18  in defending against the Motion for Relief which was ultimately denied by this Court.

19      To reduce the administrative fees in the case and allow the Debtor the best chances to

20  reorganize, Debtor attempted to reach an agreement regarding a cap of administrative fees with the

21  attorney for the Official Committee of Unsecured Creditors. For the same reason the Debtor

22  believed it advantageous to attempt to change the membership of the Committee as well as

23  disband the Committee.

24      On March 1, 2022, the Debtor filed a *Motion to Change Membership and Disband Official*

25  *Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 1102(a)* [Doc. 135] ("Committee

26  Membership Motion").  In it, the Debtor argued Betula, Pennington, and Phalanx cannot

27  adequately represent the interests of unsecured creditors because (i) Betula is an insider with an

28

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF
FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

1    actual and unavoidable conflict of interest as it is currently being sued by Debtor in the Betula

2    Action, (ii) Pennington is a creditor of Betula—not Debtor, and (iii) Phalanx admits it was not

3    licensed to perform the services contracted for and, to date, has failed to provide any explanation

4    or documentation for the services it allegedly provided Debtor.  The Debtor further argued that the

5    Committee should be disbanded because there is no need for its services as Debtor would be

6    proposing a plan that will pay allowed general unsecured claims in full. The Court ultimately

7    denied the motion.

8        During the Covered period, the Debtor also opposed the Committee's Motion for

9    Appointment of a Chapter 11 Trustee. On March 1, 2022, the Committee filed a *Motion for (I) the*

10   *Appointment of a Chapter 11 Trustee, or In the Alternative, (II) (A) Termination of Plan and*

11   *Solicitation Exclusivities and (B) Authorizing Standing for the Committee to Prosecute Actions*

12   *Against Insiders of the Debtor* [Doc. 135]. In it, the Committee alleged that the Debtor was

13   proceeding in bad faith by challenging the unsecured claims asserted against its bankruptcy estate

14   and protecting insiders. The motion was ultimately resolved by new counsel.

15

16        **C.  DATE OF ENTRY OF THE ORDER APPROVING SLC'S EMPLOYMENT**

17            **AND DATE SERVICES COMMENCED AND RETAINER ISSUES.**

18        On December 6, 2021, the Debtor filed a substitution of counsel to name Shioda, Langley

19   & Chang LLP ("SLC") as its general bankruptcy counsel.  That same day, the Debtor filed an

20   Application to Employ Shioda Langley & Chang LLP as General Insolvency Counsel [Doc. 49].

21   No opposition was filed and on January 18, 2022, the Court entered an order approving same

22   [Doc. 81]. A true and correct copy of the order is attached hereto as "**Exhibit A".**

23        SLC currently has $76,949 in its retainer account, $34,807 paid by a third party and

24   $42,142 retainer forwarded from Debtor's pre-petition attorney.

25        As noted in the SLC Employment Application, SLC received a third-party retainer, as a

26   deposit against fees in the amount of $40,000. The source of the retainer is a payment from LT

27   Global Investments made on behalf of Jianqing Yang, the Debtor's managing member. LT Global

28

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF
FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

Investments tendered the check to SLC in late October of 2021. Prior to retention as general bankruptcy counsel, SLC incurred legal fees of $5,193.00 between October 28, 2021 and November 1, 2021. Those fees were incurred doing an initial review of the case and meeting with Debtor's principal, his attorney-in-fact and his personal attorney. SLC was subsequently retained as general counsel for the Debtor effective November 21, 2021. The balance remaining on the retainer at the time of retention was $34,807.

SLC received an additional $42,142.00 was turned over to SLC which represented the balance of Attorney Donna C. Bullock's retainer.

### D.  FEE AND EXPENSES PREVIOUSLY REQUESTED

N/A – This is SLC's first fee application.

### E.  CASH ON HAND AND ESTIMATED AMOUNT OF OTHER ACCRUED AND UNPAID EXPENSES OF ADMINISTRATION.

The estate is holding cash totaling $207,942.28. Based on Debtor's general bankruptcy counsel fee application it appears that the Debtor's intention is that no distributions will be made until the real estate holdings have been liquidated and funds become available.

### F.  BREIF NARRATIVE STATEMENT OF SERVIECES RENDERED, TIME EXPENDED AND FEES CHARGED FOR EACH BILLING CATEGORY.

When recording its time for this matter, SLC placed all time entries for fees into one of ten categories. These categories are (1) Asset Analysis and Recovery, (2) Asset Disposition, (3) Case Administration, (4) Claims Administration and Objections, (5) Fee/Employment Applications, (6) Fee/Employment Objections, (7) Financing, (8) Litigation, (9) Relief from Stay, (10) Plan and Disclosure. Inevitably, certain time entries do not fit neatly into any one category while other time entries cross over into more than one category. SLC did its best to place time entries into categories which accurately reflect the work performed. However, it is inevitable that there will be some time entries that have been placed into the incorrect category or where various time entries dealing with the same subject matter have been placed into multiple categories

### I.  ASSET ANALYSIS AND RECOVERY.

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

During the Covered Period, SLC billed 77.7 hours and incurred $34,560.00 of fees in this category. Included in this category are fees incurred by SLC determination and analysis of what the Debtor's assets this included a site visit to the principal real estate holding of the Debtor. Entries also include the drafting of demand letters to companies who had contracted with the Debtor or allegedly performed services to the Debtor prior to bankruptcy. SLC's time entries for the rule 2004 exams for Jonathan Pae, David Park, and Michael Carlin are also included under this category. Some of the discussion with entitlement professional were also billed under this category as an effort to determine the nature and value of the Debtor's assets. Some of the billing entries in this category cross over with litigation.

## II.  ASSET DISPOSITION

During the Covered Period, SLC billed 5.5 hours and incurred $2,475.00 of fees in this category. Included in this category are fees incurred by SLC (1) preparation of the sale motion for the San Marino property which included negotiation with the lenders (2) discussion and planning with Debtor's representative regarding possible courses of action regarding the La Sierra property as well as the Van Nuys condo.

## III.  CASE ADMINISTRATION

During the Covered Period, SLC billed 246.10 hours and incurred $104,203.00 of fees in this category. Included in this category are fees incurred by SLC (1) work included in substituting into the case and getting up to speed on the Debtor's financial concerns including communications with Debtor's pre-bankruptcy attorneys, reviewing the 341(a) transcripts and the 7 day package, (2) calls and personal meetings Debtor's representative and managing member to keep them apprised of case development and to discuss case strategy, (4) drafting first and second motion to extend the exclusivity period, appearance at hearings regarding the same, (4) prepare opposition to committees' motion to appoint a Trustee (3) communication with the OUST and the Official Committee of Unsecured Creditors, (4) preparation and reply to motion to disband the Committee, (5) reviewing the day-to-day concerns of the Debtor including preparation of MOR's, (6) communication with the committee regarding hearing dates and continuances, (7) settlement

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

1  communications with secured lenders, (8) communication with Debtor's new bankruptcy counsel.

2  ### IV.  CLAIMS ADMINISTRATION AND OBJECTIONS

3  During the Covered Period, SLC billed 132.80 hours and incurred $58,788.00 of fees in

4  this category. Included in this category are fees incurred by SLC (1) petitioning the Court to set a

5  bar date for claims (2) reviewing all proof of claims files in the case with the supporting

6  documentation, (3) reaching out to claimants for documentation supporting claims, (4) motion to

7  determine if fees paid to prior counsel were excessive (5) review of contract between Debtor and

8  claimants, (6) objections to multiple proof of claims including the claim of Betula Lenta, Inc. as

9  well as conducting discover regarding the same. Part of the preparation for the 2004 exams

10  conducted were billed under this category as well.

11  ### V.  FEE/EMPLOYMENT APPLICATIONS

12  During the Covered Period, SLC billed 24.1 hours and incurred $ 10,386.00 of fees in this

13  category. Included in this category are fees incurred by SLC (1) for preparation and review of the

14  application to employ SLC as Debtor's general bankruptcy counsel, (2) preparation and review of

15  the application to employ real estate broker Jay Wu to sell the San Marino property, researching

16  possible conflict of issue, and negotiating a reduced commission, communicating with Committee

17  and secured creditors regarding the same, submitting the declaration of non-opposition and order

18  to employ (3) preparation and review of this application for compensation.

19  ### VI.  FEE/EMPLOYMENT OBJECTIONS

20  During the Covered Period, SLC billed 22.80 hours and incurred $10,260.00 of fees in this

21  category. Included in this category are fees incurred by SLC (1) reviewing the application for

22  employment of Pachulski Stang Ziehl & Jones LLP as counsel to the official Committee of

23  Unsecured Creditors and limited opposition to the same, (2) research and preparation of Motion to

24  disband the Committee, (3) attempts to stipulate with Committee regarding fee cap and treatment

25  of fees in Plan.

26  ### VII.  FINANCING

27  During the Covered Period, SLC billed 11 hours and incurred $4,950.00 of fees in this

28

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF
FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

category. Included in this category are fees incurred by SLC meeting with brokers potential lender to obtain take out financing. One of the strategies of the case was for the Debtor to obtain financing necessary to pay off the distressed properties, as such SLC met with multiple potential lenders as well as preparation of submission packages.

## VIII.  LITIGATION

During the Covered Period, SLC billed 31.9 hours and incurred $13,644.00 of fees in this category. Included in this category are fees incurred by SLC research for and preparation of state court complaints against Testa Capital Group et al, as well as Jonathan Pae et al. as well as setting up an initial discovery plan and review and documents produced.

## IX.  MOTION FOR RELIEF

During the Covered Period, SLC billed 13.90 hours and incurred $6,228.00 of fees in this category. Included in this category are fees incurred by SLC defending against the motion for relief filed by Royalty Equity Lending LLC/Bobs LLC which involved the Debtor's principal Los Angeles real estate holding.

## X.  PLAN AND DISCLOSURE STATEMENT

During the Covered Period, SLC billed 103.9 hours and incurred $46,755.00 of fees in this category. Included in this category are fees incurred by SLC drafting and revising the Chapter 11 reorganization plan and disclosure statement, as well as the time dedicated discus the details and reviewing options with the Debtor's managing member and his attorney-in-fact. SLC met with the Official Committee Unsecured Creditors multiple times to propose a consensual plan.

## G.  DETAILED LISTING OF ALL TIME SPENT BY THE PROFESSIONAL ON THE MATTER FOR WHICH COMPENSATION IS SOUGHT

Attached hereto as **Exhibit "B"** is a detailed listing of all the time that SLC spent during the Covered Period for which SLC seeks compensation including the date SLC rendered the service, a description of the service, the amount of time spent and a designation of the person who rendered the service for the period of time for the Covered Period.

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

## H.  DETAILED LISTING OF EXPENSES BY CATEGORY

Attached hereto as **Exhibit "C"** is a summary listing by category and an itemization of all expenses that SLC advanced on behalf of the Debtor during the Covered Period. These include SLC's expenses incurred in photocopying, making long distance telephone calls, telecopying, mailing, and hiring messenger services. SLC generally handles regular and routine photocopying in-house for which SLC charges clients fifteen ($.15) cents per page. While SLC believes that this is less than SLC's actual expenses incurred with regard to the photocopying machines, supplies and labor associated with providing photocopying services, this charge reflects the photocopying charge recommended by the OUST in the Central District of California. SLC's photocopy machines automatically record the number of copies made when the person that is photocopying enters the client's account number into a device attached to the photocopy machine. Whenever feasible, SLC sends large copying projects to outside copy services that charge bulk rates for photocopying. In such instances, SLC charges clients the same amount that SLC pays the outside service. All expenses that SLC advanced on behalf of the Debtor were necessarily incurred and are properly charged as administrative expenses of the Debtor's Chapter 11 estate

## I.   DESCRIPTION OF PROFESSIONAL EDUCATAION AND EXPERIENCE

SLC is comprised of approximately 6 attorneys who specialize in matters of insolvency, reorganization, bankruptcy law, as well as general litigation matters, and is well qualified to represent the Debtor. All attorneys comprising or associated with SLC are admitted to practice law in the California courts and in the United States District Court for the Central District of California. Attached hereto as **Exhibit "D"** are copies of the resumes of SLC's professionals.

## III.    LEGAL STANDARD

Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation requests in the Ninth Circuit was that the Court should award attorneys' fees in accordance with a "strict rule of economy test." In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th Cir. 1981), cert. denied, 456 U.S. 977 (1982). This is no longer the law. The legislative history to Section 330

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF
FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

of the Bankruptcy Code indicates that Congress was primarily concerned with protecting the public interest in the smooth, efficient operation of the bankruptcy system by encouraging competent bankruptcy specialists to remain in the field. First National Bank of Chicago v. Committee of Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770 (Bankr. 9th Cir. 1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr. S.D. Ohio 1987). Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters. Id. at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor and multiply such number by a reasonable hourly rate for the services performed. See Delaware Valley Citizens' Council for Clear Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. Missouri v. Jenkins by Agyei, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co., Inc.) 853 F.2d 687, 691 (9th Cir. 1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

"Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as their experience, skill, and reputation, varies extensively -- even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate." Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by their own attorneys." Missouri v. Jenkins by Agyei, 109 S.Ct. at 2470 (quoting City of Riverside v. Rivera, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF
FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

1    typically would be entitled as compensation. Blum v. Stenson, 465 U.S. at 895 n.11.

2          SLC respectfully submits that the hourly rates for its attorneys and paraprofessionals are

3    reasonable and appropriate in the relevant community and in view of the circumstances of this

4    case, the demands that the case placed on SLC, and SLC's efforts and the results achieved

5    by SLC. Based on all of the foregoing, SLC respectfully submits that its requested discounted fees

6    and expenses are reasonable and should be approved on a final basis.

7

8                              **IV. CONCLUSION**

9          WHERFORE, SLC respectfully requests that this Court enter an order:

10   (1)    approving the Application

11   (2)    approving, on a final basis, SLC's fees incurred during the Covered Period in the amount

12   of $292,159.00 and expenses incurred during the Covered Period in the amount of $5,806.78, for

13   total fees and expenses in the amount of $297,965.78;

14   (3)    authorizing SLC to draw down on the 3rd party deposit and Debtor's retainer in the

15   amount of $76,949.00 to satisfy the award of fees and costs.

16   (4)    authorize the Debtor to pay SLC the sum of $221,016.78 as per available funds; and

17   (5)    granting such other and further relief as the Court deems just and proper.

18

19

20   Dated:  October 19, 2022                    SHIODA, LANGLEY & CHANG LLP

21

22                                   By:     /s/Christopher J. Langley
                                            Christopher J. Langley
23                                   Prior Attorneys for Debtor and Debtor in Possession

24

25

26

27

28

                                     12

1

## <u>DECLARATION OF CHRSTOPHER J. LANGLEY</u>

2      I, Christopher J. Langley, hereby declare as follows:

3      1.      I am over 18 years of age. Except where otherwise stated, I have personal

4  knowledge of the facts set forth below and, if called to testify, I could and would testify

5  competently thereto.

6      2.      I am a partner of Shioda Langley & Chang LLP ("SLC") which served as general

7  bankruptcy counsel to Jinzheng Group (USA) LLC, Debtor and Debtor-in-Possession from the

8  period of November 21, 2021 to June 3, 2022.

9      3.      I make this Declaration in support of SLC's First and Final Application for

10  Approval of Fees and Reimbursement of Expenses (the "Application") to which this

11  Declaration is attached. All capitalized terms herein which are not defined herein have the same

12  meaning as in the Application.

13      4.      In the ordinary course of SLC's business, SLC creates business books and records

14  (the "Books and Records") regarding, among other things, time recorded by SLC attorneys

15  performing particular tasks for clients and expenses incurred for particular clients. SLC's Books

16  and Records are made at or near the time by, or from information transmitted by, a person with

17  knowledge, in the ordinary course of the SLC's business and as a regular practice of SLC's

18  business. The amounts requested in the Application for compensation of fees and

19  reimbursement of expenses incurred are based on SLC's Books and Records.

20      5.      I am the attorney at SLC primarily responsible for the representation of Debtor as

21  bankruptcy counsel during the Debtor's Chapter 11 case. I have represented many Chapter 11

22  debtor throughout my legal career. I have confirmed numerous Chapter 11 plans of

23  reorganization.

24      6.      To the best of my knowledge, information and belief, all of the matters stated in the

25  Application are true and correct.

26      7.      All expenses for outside services such as photocopying services, messenger and

27  express mail services, postage and research services (Lexis and Westlaw) for which SLC request

28

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF
FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

1   reimbursement are the actual expenses incurred by SLC for such services, and SLC does not seek

2   any additional amounts or profits with respect thereto.

3       8.      I have reviewed the requirements of Local Bankruptcy Rule 2016-1, and I believe

4   that the Application complies with this Rule.

5       I declare and verify under penalty of perjury under the laws of the United State of America

6   that the foregoing is true and correct.

7       Executed this 19th day of October 2022 at San Gabriel, California

8

9                                   By:   /s/Christopher J. Langley
                                         Christopher J. Langley

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SHIODA LANGLEY & CHANG LLP'S APPLICATION FOR ORDER AUTHORIZING PAYMENT OF
FIRST AND FINAL FEE AND REIMBURSEMENT OF EXPENSES**

**Exhibit A**

1  Gene H. Shioda – SBN 186780
   ghs@slclawoffice.com
2  Christopher J. Langley – SBN 258851
   chris@slclawoffce.com
3  Steven P. Chang – SBN 221783
   schang@slclawoffice.com
4  **SHIODA, LANGLEY & CHANG LLP**
5  1063 E. Las Tunas Dr.
   San Gabriel, CA 91776
6  Tel: (626)281-1232
   Fax: (626)281-2919
7
8  Proposed Counsel for Jinzheng Group (USA) LLC
   Debtor and Debtor-in-Possession
9

FILED & ENTERED

JAN 18 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

CHANGES MADE BY COURT

10            **UNITED STATES BANKRUPTCY COURT**

11     **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

12

13  In re

14

15  JINZHENG GROUP (USA) LLC

16

17            Debtor and Debtor in Possession.

18

19

|  |  |
|---|---|
| Case No. 2:21-bk-16674-ER | |
| Chapter 11 | |

**ORDER ~~APPROVING~~ GRANTING
APPLICATION TO EMPLOY SHIODA,
LANGLEY & CHANG LLP AS GENERAL
INSOLVENCY COUNSEL FOR DEBTOR
IN POSSESSION**

20

21

22

23

24

25

26

27

28

1

The Court having considered the *Application of Debtor and Debtor-in-Possession to Employ Shioda Langley & Chang LLP as General Insolvency Counsel* [Doc. 49] ("Application"), no opposition made thereto, and for good cause appearing,

IT IS HEREBY ORDERED:

1.     The Application is approved.

2.     The Debtor's employment of the Shioda, Langley & Chang LLP (the "Firm") is approved pursuant to 11 U.S.C. § 327 on the terms set forth in the Application effective as of November 21, 2021.

3.     The Firm may seek court approval of compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 330, 331.

<span style="color:red">IT IS SO ORDERED.</span>

###

Date: January 18, 2022

Ernest M. Robles
United States Bankruptcy Judge

# Exhibit B

# Asset Analysis and Recovery

| Date | Hours | Rate | Amount | | Description |
|------|-------|------|--------|---|-------------|
| 11/29/2021 | 0.2 | 450 | $90.00 | SPC | Telephone call with client's rep re upate as to Betty Zhang |
| 11/30/2021 | 0.3 | 450 | $135.00 | GHS | letter to third parties re: file, work and information |
| 12/1/2021 | 0.8 | 450 | $360.00 | SPC | Review docs received from David Su |
| 12/6/2021 | 0.1 | 450 | $45.00 | SPC | Review letter from Hazel demand for doc |
| 12/6/2021 | 0.5 | 450 | $225.00 | SPC | Prep. Meet and confer re LBR 2004 with Michael Carlin |
| 12/6/2021 | 0.5 | 450 | $225.00 | SPC | Prep. Meet and confer re LBR 2004 with the Code Solution |
| 12/6/2021 | 1.2 | 450 | $540.00 | SPC | Work re demands and case relating to Carlin and Code Solution request for supporting document and analyze the claims as scheduled by Debtor prior counsel |
| 12/7/2021 | 0.4 | 450 | $180.00 | SPC | Prep. Demand ltr to Donna re estate fund |
| 12/7/2021 | 0.3 | 450 | $135.00 | SPC | Review email from secured creditor and forward to client via wechat and inquire re prop. Tax |
| 12/8/2021 | 2 | 450 | $900.00 | SPC | Prep and draft 2004 motion for Carlin |
| 12/8/2021 | 0.9 | 450 | $405.00 | SPC | Prep. And finalize meet and confer ltrs to Betual, Pae, Cho, PMK or Betula.  Research Betula GC license. |
| 12/8/2021 | 0.4 | 450 | $180.00 | SPC | Work re case on 2004 examination |
| 12/8/2021 | 0.4 | 450 | $180.00 | SPC | Further work re demands of Donna |
| 12/9/2021 | 2 | 450 | $900.00 | GHS | and modify 2004 exam of Carlin; revise SPC declaration and edit and modify |
| 12/10/2021 | 1.8 | 450 | $810.00 | CJL | Travel to and Site Visit |
| 12/10/2021 | 0.1 | 450 | $45.00 | CJL | Email to Attorney P. Kim. |
| 12/10/2021 | 1.2 | 450 | $540.00 | GHS | Revise letter to Carlin re: 2004 exam; response letter to Peter Kim, and review and respond to letter by Donna |
| 12/10/2021 | 1.8 | 450 | $810.00 | SPC | Travel to and Site Visit |
| 12/10/2021 | 0.5 | 450 | $225.00 | SPC | Review email with Orantes re Creditor Testa Capital Group and Home Loans Unlimited |
| 12/12/2021 | 4.5 | 450 | $2,025.00 | CJL | Draft/compile timeline of pre-bankruptcy activity |
| 12/12/2021 | 0.8 | 450 | $360.00 | SPC | Work re 2004 and reach out to Peter Kim to confirm his representation; work re attachment request doc to Betula |
| 12/12/2021 | 1.2 | 450 | $540.00 | SPC | Prep. Demand ltr to Broker assisted with the loan; review and research Open Door Lending; relating to Lil Wave Financial and Broker is |
| 12/13/2021 | 1.8 | 450 | $810.00 | SPC | Work re review docs and new POC from Home Lending and Testa; objections should be made |
| 12/13/2021 | 1.6 | 450 | $720.00 | SPC | Work re review claims and strategize objection/adversary against Testa and Home Loan Unlimited; work re case exit strategy |
| 12/13/2021 | 0.4 | 450 | $180.00 | SPC | call 213-537-0158 to Meet and confer with Jonathan Pae and David Park at 1:34PM.  Follow up with email re 2004 unilaterally |
| 12/14/2021 | 0.5 | 450 | $225.00 | SPC | Prep. Ltr to  Open Door Lending; look up defendant's broker info |
| 12/14/2021 | 0.6 | 450 | $270.00 | SPC | Work re service of process re M Carlin |

| Date | Hours | Rate | Amount | Init | Description |
|---|---|---|---|---|---|
| 12/14/2021 | 0.5 | 450 | $225.00 | SPC | Review M. Carlin's background |
| 12/14/2021 | 0.2 | 450 | $90.00 | SPC | Review B. Zhang's explanation of funds |
| 12/15/2021 | 1 | 450 | $450.00 | GHS | and edit statement of facts re: matter |
| 12/15/2021 | 0.1 | 450 | $45.00 | SPC | Review email from Griffin Underwriting; reply re same |
| 12/15/2021 | 1.3 | 450 | $585.00 | SPC | Draft 2004 examination for Pae |
| 12/15/2021 | 0.8 | 450 | $360.00 | SPC | Further edit to 2004 examination facts |
| 12/16/2021 | 1.5 | 360 | $540.00 | HMC | Work re 2004 motions for examinations |
| 12/16/2021 | 0.4 | 450 | $180.00 | SPC | T with Max Yang re case update and approval of 2004 of Pae, et. al. |
| 12/22/2021 | 1.1 | 450 | $495.00 | CJL | Review, prepare and file 2004 motion for David Park |
| 12/22/2021 | 0.3 | 450 | $135.00 | CJL | Prepare order and notice of lodgment for 2004 order for David Park |
| 12/22/2021 | 1.1 | 450 | $495.00 | CJL | Review, and file 2004 motion for Jonathan Pae. |
| 12/22/2021 | 0.2 | 450 | $90.00 | CJL | Prepare order and notice of lodgment for 2004 exam for Jonathan Pae. |
| 12/22/2021 | 0.5 | 450 | $225.00 | SPC | Work re: examination Jonathan + David |
| 1/3/2022 | 1.5 | 450 | $675.00 | SPC | Review audiio recoroding of 341a hearing; preparation of notes regarding the same |
| 1/6/2022 | 1 | 450 | $450.00 | GHS | case facts for 2004 exam scope and motion, statement of facts; review client documents and lack of documents being provided |
| 1/11/2022 | 0.5 | 450 | $225.00 | GHS | loan documents and related documents associated with the Need for 2004 exam |
| 1/12/2022 | 0.2 | 450 | $90.00 | GHS | document production issues; 2004 exam location |
| 1/25/2022 | 2.2 | 450 | $990.00 | GHS | client summary; prepare statement of facts for Betula lawsuit and broker claims; review issues related with corporate formalities; review additional documents from client |
| 1/28/2022 | 3 | 360 | $1,080.00 | HMC | Continue work re complaints against Testa and Betula |
| 2/3/2022 | 0.5 | 450 | $225.00 | SPC | Discussion with Entitlement team from Chateau |
| 2/4/2022 | 0.5 | 450 | $225.00 | GHS | and edit letter to creditors and former counsel; and work re 2004 exam and production |
| 2/8/2022 | 0.5 | 450 | $225.00 | SPC | Work and review and call with Chateau's findings |
| 2/10/2022 | 0.6 | 450 | $270.00 | CJL | Review and Email to P. Kim requesting additional documents re Betula Lenta Inc in preparation for 2004 exam. |
| 2/15/2022 | 2 | 450 | $900.00 | GHS | 2004 exam of Pae and Park; review Betula documents and bank records for the said exams |
| 2/16/2022 | 1.3 | 450 | $585.00 | GHS | and prepare for 2004 exam; motion to compel 2004 exam; letter to counsel re: 2004 exam; review client summary |
| 2/22/2022 | 1.5 | 450 | $675.00 | GHS | client documents; contracts and prepare for 2004 exam of Park and Pae |
| 2/23/2022 | 1 | 450 | $450.00 | GHS | of documents and review pleadings to prepare for 2004 exam |
| 2/24/2022 | 1.5 | 450 | $675.00 | CJL | Review record and draft stipulation for continuance of 2004 examination of Park and Pae. |
| 2/24/2022 | 1.5 | 450 | $675.00 | GHS | documents for 2004 exam; review claims of betula, review discovery and propound FI on the state action |

| Date | Hours | Rate | Amount | Atty | Description |
|---|---|---|---|---|---|
| 2/25/2022 | 2.5 | 450 | $1,125.00 | GHS | 2004 exam of Park and Pae; prepare and revise stipulation for 2004 exam; review client documents related with Contracts with Park and Pae company, review website of Beluta for representations; review claim filed Beluta in BK |
| 3/1/2022 | 2 | 450 | $900.00 | SPC | Work re case discussion and prep for Pae deposition |
| 3/2/2022 | 8 | 450 | $3,600.00 | CJL | Preparation for and 2004 examination of Jonathan Pae. |
| 3/3/2022 | 8 | 450 | $3,600.00 | CJL | Preparation for and 2004 examination of David Park |
| 3/28/2022 | 0.3 | 450 | $135.00 | GHS | and confirm extension to respond; review and preliminary discovery |
| 4/11/2022 | 0.2 | 450 | $90.00 | CJL | Review notice of removal re Testa Capital |
| 4/12/2022 | 0.2 | 450 | $90.00 | CJL | Email to P. Kim re Betula lawsuit |
| 4/20/2022 | 0.5 | 450 | $225.00 | GHS | Research re Forum on federal court and Adversary process in BK for both state matters |
| 4/25/2022 | 0.6 | 450 | $270.00 | SPC | Work re evidentairy hearing deadline set by Court and related issues |
| 5/12/2022 | 0.3 | 450 | $135.00 | SPC | Telephone call  with client Yang Zhaopu regarding issues surrounding La Sierra property. |

**Subtotal      77.70      $34,560.00**

# Asset Disposition

| Date | Hours | Rate | Amount | Atty | Description |
|------|-------|------|--------|------|-------------|
| 1/20/2022 | 0.7 | 450 | $315.00 | SPC | discussion with M. Yang re take out financing, waiver of late fees and review Sierra property |
| 1/21/2022 | 0.1 | 450 | $45.00 | SPC | Follow up re listing agreement |
| 1/23/2022 | 0.1 | 450 | $45.00 | SPC | Review email re listing agent and agreement |
| 1/31/2022 | 1.7 | 450 | $765.00 | SPC | Meeting with Broker |
| 2/8/2022 | 0.1 | 450 | $45.00 | SPC | Conf call with Broker re new term sheet |
| 4/13/2022 | 0.5 | 450 | $225.00 | CJL | Draft sale motion for San Marino property; email to client re same |
| 4/13/2022 | 1.1 | 450 | $495.00 | DWR | Preparation of San Marino property sale motion. |
| 4/13/2022 | 0.7 | 450 | $315.00 | SPC | Work re motion to sell SM prop |
| 5/4/2022 | 0.2 | 450 | $90.00 | CJL | Review and forward on estimated closing statement for 2240 Lorain Rd. San Marino, CA 91108 |
| 5/4/2022 | 0.2 | 450 | $90.00 | CJL | Email update to Committee on San Marino sale. |
| 5/20/2022 | 0.1 | 450 | $45.00 | SPC | Review client's rep email re sale of Van Nuy and reply re same |

| Subtotal | 5.5 | | $2,475.00 |
|----------|-----|--|-----------|

# Case Administration

| Date | Hours | Rate | Amount | Initials | Description |
|---|---|---|---|---|---|
| 11/22/2021 | 0.3 | 450 | $135.00 | GHS | Draft cover letter to M Yang re: matter and sub |
| 11/24/2021 | 2.3 | 360 | $828.00 | HMC | Work in preparation of substitution into case including reviewing case file and interoffice discussion regarding actiion plan for case |
| 11/29/2021 | 0.7 | 450 | $315.00 | GHS | Draft letter to Donna re: client file and sub of attorney; 2nd letter to Donna; review Donna response and prepare 2nd letter in response; edit re: same |
| 11/29/2021 | 1 | 450 | $450.00 | SPC | In office meeting with client's represrenrive re ch. 11 discussoin |
| 11/29/2021 | 1.7 | 450 | $765.00 | SPC | Work re action plan; prep. for meeting with D. Su and M. Yang |
| 11/29/2021 | 0.2 | 450 | $90.00 | SPC | Review issues regarding coporate resolutions and resignation of B. Zhang. |
| 11/30/2021 | 2 | 450 | $900.00 | SPC | Work re case; review docket; review case file |
| 11/30/2021 | 0.9 | 450 | $405.00 | SPC | Review Monthly operationg reports |
| 11/30/2021 | 0.3 | 450 | $135.00 | SPC | Further update and case discussion |
| 12/1/2021 | 1.6 | 450 | $720.00 | SPC | Review files from Donna and misc. work preparation for Ch. 11 |
| 12/1/2021 | 2.1 | 450 | $945.00 | SPC | Case discussion and update through in office meeting with M. Yang and Atty D. Su, and conf call with Jianquing Yang via wechat. |
| 12/1/2021 | 2 | 450 | $900.00 | SPC | Work re case review and further review |
| 12/2/2021 | 1.2 | 450 | $540.00 | GHS | Modify and re draft letter to Carlin, review same, review and edit letter to Donna, and prepare letter to Betty and contractor re: same |
| 12/3/2021 | 0.6 | 450 | $270.00 | GHS | and draft letters to prior counsel Donna Bullock on file and fees; prepare letter to third party on information |
| 12/3/2021 | 0.5 | 450 | $225.00 | SPC | Work re finalizing letters to Donna and Mike Carlin |
| 12/3/2021 | 1 | 450 | $450.00 | SPC | Work re investigation and ltr to Betty |
| 12/6/2021 | 0.3 | 450 | $135.00 | GHS | Letter and edit re: same to Counsel re; file and sub of attorney |
| 12/6/2021 | 1 | 450 | $450.00 | GHS | and edit and modify letters to Donna; carlin letter; 3rd party creditors; and code solutions for records and exam |
| 12/6/2021 | 1.1 | 180 | $198.00 | JM | Prparation filing and service of documents |
| 12/6/2021 | 0.1 | 450 | $45.00 | SPC | Review letter from Carlin re more runaround but no substantive response |
| 12/6/2021 | 1 | 450 | $450.00 | SPC | Work re case strategy |
| 12/6/2021 | 0.4 | 450 | $180.00 | SPC | Work re ltr to Donna follow up on Carlin |
| 12/6/2021 | 0.3 | 450 | $135.00 | SPC | Work re ltr to Carlin |

| Date | Hours | Rate | Amount | | Description |
|------|-------|------|--------|---|-------------|
| 12/6/2021 | 0.6 | 450 | $270.00 | SPC | Telephone call with CJL re Marshack Hays LLP involvement as BK counsel,  misappropriation of Estate funds and potential disgorgement issues |
| 12/7/2021 | 1 | 450 | $450.00 | GHS | and edit letters re: donna and review her response; review three letters to creditors; review post petition issues |
| 12/7/2021 | 0.1 | 450 | $45.00 | SPC | Work re 341 transcript |
| 12/7/2021 | 0.3 | 450 | $135.00 | SPC | Review 7 day package |
| 12/7/2021 | 0.1 | 450 | $45.00 | SPC | Prep. Demand to Axos bank |
| 12/7/2021 | 1 | 450 | $450.00 | SPC | Conf call update with Max Yang re case |
| 12/8/2021 | 0.7 | 450 | $315.00 | CJL | Discussion of case with Managing Partner |
| 12/8/2021 | 0.3 | 450 | $135.00 | GHS | review and edit termination letter : re: carlin |
| 12/8/2021 | 1 | 450 | $450.00 | SPC | revies case action plan discussion, examination and evidentiary issues |
| 12/9/2021 | 1 | 450 | $450.00 | SPC | Review Michael Carlin's letter and begin preparing response |
| 12/10/2021 | 1.2 | 450 | $540.00 | CJL | Continue drafting motion to extend exclusivity period |
| 12/10/2021 | 0.5 | 450 | $225.00 | SPC | Telephone calll with client's representative regarding update on case including status of documents requests; property taxes; land site visit opinions; Betula Lenta; $5mm infusion status; and Loan update. |
| 12/10/2021 | 0.3 | 450 | $135.00 | SPC | Work re finalize letter to Carlin |
| 12/10/2021 | 0.4 | 450 | $180.00 | SPC | Review letter from D. Bulloock and begin preparing response to the same. |
| 12/10/2021 | 1.5 | 450 | $675.00 | SPC | Prep. narrative and assisted with Motion to extend exclusivity |
| 12/11/2021 | 0.2 | 450 | $90.00 | SPC | Reach out AXOS bank re account info |
| 12/11/2021 | 2.3 | 450 | $1,035.00 | SPC | Work re Motion to extend exclusivity |
| 12/12/2021 | 1.1 | 450 | $495.00 | SPC | Review ltr from Donna and prep. Response; research and review attorney-client privilege issue by Donna claiming to breach it. |
| 12/12/2021 | 1.3 | 450 | $585.00 | SPC | Work re Motion to extend exclusivity |
| 12/13/2021 | 1.3 | 450 | $585.00 | CJL | Draft motion to extend exclusivity period. |
| 12/13/2021 | 1.2 | 450 | $540.00 | CJL | Draft declaration for client in re motion to extend exclusivity period. |
| 12/13/2021 | 0.2 | 450 | $90.00 | CJL | Email exchange with J Hays and M. Resnik counsel for Bobs LLC |
| 12/13/2021 | 1.5 | 450 | $675.00 | GHS | and edit letter to donna on money; and edit production of document request |
| 12/13/2021 | 0.3 | 450 | $135.00 | SPC | Finalize letter to D. Bollock  re total doc available |
| 12/13/2021 | 0.3 | 450 | $135.00 | SPC | T with client re update |
| 12/14/2021 | 0.6 | 180 | $108.00 | JM | Serving Docket #61 and 62 |
| 12/16/2021 | 0.1 | 450 | $45.00 | SPC | Wechat client re update with lender and req. for authority |

| Date | Hours | Rate | Amount | | Description |
|------|------|------|--------|---|-------------|
| 12/16/2021 | 0.9 | 450 | $405.00 | SPC | Further edits to background of facts and theme for case |
| 12/16/2021 | 0.1 | 450 | $45.00 | SPC | Review skip search report re M. Douglas Carlin |
| 12/22/2021 | 0.1 | 450 | $45.00 | SPC | Review Cher email w/ Donna re: Loan Options |
| 12/27/2021 | 4.5 | 450 | $2,025.00 | DWR | Preparation of reply ISO motion to extend exclusivity. |
| 12/28/2021 | 1.2 | 450 | $540.00 | CJL | Review and file reply to opposition on motion to extend exclusivity. |
| 12/28/2021 | 5 | 450 | $2,250.00 | DWR | Preparation of reply ISO motion to extend exclusivity. |
| 12/28/2021 | 0.6 | 450 | $270.00 | SPC | Work re: MOR motion Emp follow up with client re: case status + project. |
| 12/28/2021 | 0.2 | 450 | $90.00 | SPC | Reply open Dee Lordy, Ltr re: req. for file, Review + reply re: loan. |
| 12/30/2021 | 0.7 | 450 | $315.00 | CJL | Interoffice strategy discussion |
| 12/30/2021 | 0.1 | 450 | $45.00 | SPC | Email M. Yang for update and follow up |
| 1/3/2022 | 0.2 | 500 | $100.00 | SPC | Work re Superior Loan Servicing issues |
| 1/3/2022 | 1.2 | 450 | $540.00 | SPC | Assisted with preparation of hearing on Motion to extend exclusivity. |
| 1/4/2022 | 2.5 | 450 | $1,125.00 | CJL | Prepare and appearance at hearing on Motion to extend exclusivity. |
| 1/4/2022 | 0.4 | 450 | $180.00 | DWR | Review of tentative ruling.  Call with CJL re same. |
| 1/4/2022 | 0.5 | 450 | $225.00 | SPC | Telephone call with M. Yang re case update including impress on client need for loan and settlement authority with BOBS LLC. |
| 1/6/2022 | 0.4 | 450 | $180.00 | CJL | Interoffice planning discussion |
| 1/11/2022 | 0.6 | 450 | $270.00 | SPC | Telephone call with client's repreative re case update |
| 1/13/2022 | 0.2 | 450 | $90.00 | SPC | Work re MOR; email client for Bank stmts |
| 1/14/2022 | 1.5 | 180 | $270.00 | OM | Drafted, prepared and filed declaration/order RE: application for employment and application to extend exclusivity. |
| 1/17/2022 | 2.6 | 450 | $1,170.00 | DWR | Preparation of 11/21 and 12/21 MORs. |
| 1/17/2022 | 2.6 | 450 | $1,170.00 | DWR | Preparation of 11/21 and 12/21 MORs. |
| 1/18/2022 | 0.2 | 450 | $90.00 | SPC | Work re review Nov and Dec MOR |
| 1/19/2022 | 2.4 | 450 | $1,080.00 | CJL | Review/Correct schedules D and F. |
| 1/19/2022 | 0.1 | 450 | $45.00 | SPC | Work re review MOR signature and listing price |
| 1/21/2022 | 0.1 | 450 | $45.00 | SPC | Review schedules E&F; instruct client to sign |
| 1/24/2022 | 3.5 | 450 | $1,575.00 | SPC | Further research and review B&P 10131 and Civil Code 2920 et. Seq. re mortgage liabilities |
| 1/25/2022 | 0.4 | 450 | $180.00 | CJL | Review email from and reply to Hatty Yip re employment application for broker on San Marino property. |
| 1/25/2022 | 0.8 | 180 | $144.00 | JM | Serving docket #90,91, and 92 |
| 1/28/2022 | 1 | 450 | $450.00 | SPC | Review and work re Unsecured Creditor's committee and creditors appointed |
| 1/30/2022 | 1 | 450 | $450.00 | SPC | Work re comnf with lender |

| Date | Hours | Rate | Amount | Atty | Description |
|---|---|---|---|---|---|
| 1/31/2022 | 0.5 | 450 | $225.00 | CJL | Telephone call with J. Dulberg |
| 1/31/2022 | 4.5 | 450 | $2,025.00 | DWR | Research re objecting to committee. Calls with CJL re same. |
| 1/31/2022 | 2 | 450 | $900.00 | SPC | T with Jeffrey of Pachulski re committee issues; review file preparation |
| 1/31/2022 | 0.4 | 450 | $180.00 | SPC | Work re Entitlement and Construction team review of Chateau |
| 2/1/2022 | 0.3 | 450 | $135.00 | CJL | Email to Hatty Yip with the UST regarding unsecured committee. |
| 2/1/2022 | 0.2 | 450 | $90.00 | CJL | Email to Matthew Mullhofer requesting pre-petition retainer and billing statements. |
| 2/1/2022 | 6.9 | 450 | $3,105.00 | DWR | Preparation of Letter to H. Yip re appointment of creditors committee. |
| 2/2/2022 | 1.5 | 450 | $675.00 | SPC | Meeting with Chateau entitlement consulting team |
| 2/2/2022 | 1 | 450 | $450.00 | SPC | In office meeting with client re case |
| 2/3/2022 | 0.5 | 450 | $225.00 | SPC | T with client re case update |
| 2/4/2022 | 0.5 | 450 | $225.00 | SPC | Review D. Su's comments |
| 2/4/2022 | 1.1 | 450 | $495.00 | SPC | Conf call with M. Yang and D. Su |
| 2/7/2022 | 0.6 | 180 | $108.00 | VH | Work: Prep for Service of Process & Place an Order |
| 2/8/2022 | 0.1 | 450 | $45.00 | SPC | Work re update to client and lawsuit against Pae |
| 2/8/2022 | 0.2 | 450 | $90.00 | SPC | Conf call with Max Yang |
| 2/8/2022 | 0.6 | 450 | $270.00 | SPC | T with CJL re claims and case admin issues |
| 2/8/2022 | 0.1 | 450 | $45.00 | SPC | Email with client re claims |
| 2/8/2022 | 0.1 | 180 | $18.00 | VH | Reorganize Documents to File & Replace |
| 2/9/2022 | 1.7 | 450 | $765.00 | SPC | Conference with creditors/co-counsel re case strategy; work re issues with claims and secured creditors |
| 2/10/2022 | 0.6 | 450 | $270.00 | CJL | Preparation for and call with Atty Jeffrey Dulberg regarding status of committee issues. |
| 2/10/2022 | 1.2 | 450 | $540.00 | CJL | Email and text communication with M. Resnik re secured claim of Bobs LLC |
| 2/10/2022 | 2 | 450 | $900.00 | SPC | Work re absolute priority rule analysis |
| 2/11/2022 | 0.5 | 450 | $225.00 | CJL | T/C with Hatty Yip re status of case. |
| 2/11/2022 | 1.2 | 450 | $540.00 | CJL | Review and schedule outline for outstanding tasks. |
| 2/11/2022 | 0.2 | 450 | $90.00 | SPC | Work re obtaining full file from City of LA |
| 2/11/2022 | 0.8 | 450 | $360.00 | SPC | Analysis of committee emails/correspondence |
| 2/11/2022 | 1 | 450 | $450.00 | SPC | Evaluate assets of estate and liquidation analysis |
| 2/11/2022 | 0.4 | 180 | $72.00 | VH | Research - LADBS Document Retrieval Process, TC Attorney Service |
| 2/11/2022 | 0.1 | 180 | $18.00 | VH | POS-Jonathan Pae received from Atty svc. download & save |
| 2/12/2022 | 1.2 | 450 | $540.00 | CJL | Review and reply to Donna Bullock's email re attorney billing. |

| Date | Hours | Rate | Amount | Init. | Description |
|---|---|---|---|---|---|
| 2/12/2022 | 0.8 | 450 | $360.00 | SPC | Review emails between Donna, UST and CJL. Respond to Donna and req/demand for statement and correspondence in this case. |
| 2/12/2022 | 1.3 | 450 | $585.00 | SPC | Cont. work re analysis of assets and claims attached to assets; work re Arcadia property |
| 2/13/2022 | 0.3 | 450 | $135.00 | SPC | Work re review misc. letters from Donna. Reply re same |
| 2/13/2022 | 0.5 | 450 | $225.00 | SPC | Review and assisted with reply to motion |
| 2/13/2022 | 0.2 | 450 | $90.00 | SPC | Review files re status of pending litigation |
| 2/13/2022 | 0.2 | 450 | $90.00 | SPC | Review 7 day pkg |
| 2/13/2022 | 1 | 450 | $450.00 | SPC | Work re status report |
| 2/14/2022 | 2.7 | 450 | $1,215.00 | SPC | Work re Motion Pursuant to 11 U.S.C. 506 for (1) Valuation of Security Interest in Real Property, 2929 Amethyst; Memorandum of Points and Authorities. |
| 2/14/2022 | 0.3 | 180 | $54.00 | VH | Schedule Court Reporter for 2/17 2004 Exam |
| 2/15/2022 | 0.2 | 450 | $90.00 | SPC | Correspondence with client re current case status |
| 2/15/2022 | 0.6 | 450 | $270.00 | SPC | Further edit re 506 motion |
| 2/16/2022 | 0.8 | 180 | $144.00 | JM | Serving documents filed 2/16/22 |
| 2/16/2022 | 1 | 450 | $450.00 | SPC | Work re Park's deposition; email from Jeffrey |
| 2/16/2022 | 0.3 | 450 | $135.00 | SPC | Telephone call with M. Yang re status/update on case |
| 2/17/2022 | 2 | 450 | $900.00 | GHS | discovery disclosures; review documents related with craig associates; review documents related with craig associates; payments by Betula ; review Betula bank records and payments; modify discovery order on 2004 exam |
| 2/18/2022 | 0.6 | 450 | $270.00 | CJL | Email exchange with committee counsel. |
| 2/18/2022 | 0.2 | 180 | $36.00 | JM | Served Doc# 114 |
| 2/18/2022 | 0.2 | 180 | $36.00 | JM | Serve Doc #117 |
| 2/18/2022 | 0.3 | 450 | $135.00 | SPC | Review email from J. Dulberg of Palchuski; forward to debtor's agent along with explantion. |
| 2/18/2022 | 3.2 | 180 | $576.00 | VH | Research - LADBS Online Documents |
| 2/21/2022 | 1.7 | 450 | $765.00 | SPC | Conf call with Yang, Max and Su re case progress update |
| 2/22/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing RE: objection proof of claim, updated calendar. |
| 2/22/2022 | 0.2 | 450 | $90.00 | SPC | Finalize notice of depo with doc req. for phalanx additional edits |
| 2/22/2022 | 1 | 450 | $450.00 | SPC | research and review interest rate issues relating to BOBs |
| 2/22/2022 | 0.5 | 180 | $90.00 | VH | Arrange & Rearrange Court Reporter for 2004 Exam |
| 2/24/2022 | 0.2 | 450 | $90.00 | GHS | Review FI to Defendants |
| 2/24/2022 | 0.2 | 180 | $36.00 | OM | Reviewed MFR, generated workflow, added notes, calendared hearing. |
| 2/24/2022 | 0.3 | 180 | $54.00 | OM | Prepared and filed NEF, |
| 2/24/2022 | 0.2 | 450 | $90.00 | SPC | Discuss with M. Yang re update on case |

| Date | Hours | Rate | Amount | | Description |
|------|------|------|--------|------|-------------|
| 2/24/2022 | 1.5 | 450 | $675.00 | SPC | Work re M. Yang 2004 examination with Jeff |
| 2/24/2022 | 0.6 | 180 | $108.00 | VH | Work: Prep 5 sets FI to Defs, Arrange Mail Service, Calendar Date, Save to file |
| 2/24/2022 | 0.3 | 180 | $54.00 | VH | Request Certificate of Non-Appearance for Peter Kim 2004 Exam |
| 2/24/2022 | 0.2 | 180 | $36.00 | VH | Conformed copy received, Rename, save to file |
| 2/24/2022 | 0.2 | 180 | $36.00 | VH | TC with Veritext for Certificate of Non Appearance |
| 2/25/2022 | 0.3 | 180 | $54.00 | OM | Prepared and finalized the request for electronic notice. Researched Pacer/ECF account merge instructions, merged Steven's account and filed the notice. |
| 2/25/2022 | 1.9 | 450 | $855.00 | SPC | Work re M. Yang examination; conf with Jeff of Pachulski |
| 2/25/2022 | 1.5 | 450 | $675.00 | SPC | Work re demand letters |
| 2/25/2022 | 0.2 | 450 | $90.00 | SPC | Telephone call  with M. Yang re MFR and case update |
| 2/25/2022 | 0.6 | 180 | $108.00 | VH | Prep & Order Process Services for Defs |
| 2/26/2022 | 1 | 450 | $450.00 | SPC | Review case docket, case and budget analysis |
| 2/28/2022 | 0.3 | 180 | $54.00 | VH | Work: Court Notice of OSC & CMC, calendar dates, save copy |
| 3/1/2022 | 0.6 | 180 | $108.00 | JM | Serving Doc #135 |
| 3/1/2022 | 0.3 | 450 | $135.00 | SPC | T with Max re fund issue |
| 3/1/2022 | 1.4 | 450 | $630.00 | SPC | Review and edit motion to disband committee |
| 3/1/2022 | 0.8 | 180 | $144.00 | VH | Court Reporter Reservation; TC & Email with Court Reporter Company |
| 3/2/2022 | 1 | 450 | $450.00 | SPC | Review tee motion |
| 3/3/2022 | 0.2 | 180 | $36.00 | VH | Process Status received, Review and Speak to Server & Email re. further detail |
| 3/4/2022 | 0.7 | 450 | $315.00 | SPC | T with client re update and stip |
| 3/4/2022 | 0.1 | 180 | $18.00 | VH | Work: 2 POS received - download, save to file |
| 3/6/2022 | 2 | 450 | $900.00 | SPC | Review motion to disband and related work |
| 3/7/2022 | 1.1 | 450 | $495.00 | CJL | Draft stipulation to continue responsive deadlines and circulate to parties |
| 3/7/2022 | 6.4 | 450 | $2,880.00 | SPC | Work on case; opp to MFR and misc. work on disclosure and unsecured committee issues; stipulation re extension |
| 3/7/2022 | 0.2 | 450 | $90.00 | SPC | Review order and memo re 2004 examination of Max Yang |
| 3/8/2022 | 0.5 | 450 | $225.00 | CJL | Prepare and file order on stipulation to continue deadlines. |
| 3/8/2022 | 0.5 | 450 | $225.00 | CJL | Email exchange with Committee and UST re stipulation. |
| 3/8/2022 | 0.2 | 450 | $90.00 | SPC | w with max re BOB neg update and need for entitlement officer |
| 3/8/2022 | 3.3 | 450 | $1,485.00 | SPC | Further work re crafting plan and issue re interest rate |

| Date | Hours | Rate | Amount | Initials | Description |
|---|---|---|---|---|---|
| 3/9/2022 | 0.2 | 450 | $90.00 | SPC | Work re stipulation |
| 3/11/2022 | 1 | 450 | $450.00 | GHS | objections to plan, broker letter and demand; objection to claims |
| 3/12/2022 | 2.8 | 450 | $1,260.00 | SPC | Work re oppositions |
| 3/14/2022 | 1.1 | 450 | $495.00 | CJL | Preparation of stipulation and order to extend hearings on Mtn to disband committee, motion to appoint a trustee and employment application; email exchange regarding the same; file and upload. |
| 3/15/2022 | 0.2 | 450 | $90.00 | GHS | email from Kim re discovery extension; prepare response re: same approving request |
| 3/15/2022 | 0.3 | 450 | $135.00 | SPC | Telephone call with client's representative re settlement with BOBs |
| 3/15/2022 | 0.1 | 450 | $45.00 | SPC | Work re settlement with BOBs |
| 3/15/2022 | 0.2 | 180 | $36.00 | VH | Work: Phalanx RFP Responses Download Rename save to server |
| 3/16/2022 | 0.1 | 180 | $18.00 | OM | Reviewed order on stipulation to continue hearing dates. Scheduled new hearings. |
| 3/16/2022 | 0.5 | 180 | $90.00 | VH | Transcript for 3/02/22 2004 Exam Jonathan Pae, Download rename save to server |
| 3/17/2022 | 1.7 | 450 | $765.00 | SPC | work re settlement with BOBs |
| 3/18/2022 | 0.6 | 450 | $270.00 | SPC | Work re settlement with Bobs; update |
| 3/18/2022 | 0.3 | 450 | $135.00 | SPC | Review letters from Betty Zheng re extension; review POS re same |
| 3/18/2022 | 0.1 | 180 | $18.00 | VH | Update Service Status for Shawn Sourgose |
| 3/21/2022 | 1.5 | 450 | $675.00 | CJL | Case discussion and case prep. |
| 3/21/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of continued hearing, calendared new event. |
| 3/21/2022 | 0.2 | 450 | $90.00 | SPC | T with client re case update and BOB loan issues |
| 3/21/2022 | 0.2 | 450 | $90.00 | SPC | Misc. follow up with client re case progress issues |
| 3/21/2022 | 0.5 | 450 | $225.00 | SPC | Work re counter offer; email client re same |
| 3/21/2022 | 1.8 | 450 | $810.00 | SPC | Work re tentative and cont. discuss with CJL re case and other issues |
| 3/21/2022 | 0.2 | 450 | $90.00 | SPC | T with Max re settlement auth with BOB. Confirmed appraised value. |
| 3/22/2022 | 0.5 | 180 | $90.00 | VH | Transcript for 3/03/22 2004 Exam David Park, Download rename save to server |
| 3/23/2022 | 3.7 | 450 | $1,665.00 | SPC | Review proposal from brokers re joint plan; review file and work re same |
| 3/27/2022 | 0.5 | 450 | $225.00 | DWR | Preparation of Jan and Feb 2022 MORs. |
| 3/28/2022 | 0.2 | 450 | $90.00 | GHS | and respond to request for extension of time |
| 3/28/2022 | 0.2 | 360 | $72.00 | HMC | Review and respond to OPC emails (Phillip Kwon) re extension |
| 3/28/2022 | 0.3 | 360 | $108.00 | HMC | Review and respond to OPC emails (Orantes) re extension and service, review status of service |

| Date | Hours | Rate | Amount | Initials | Description |
|---|---|---|---|---|---|
| 3/29/2022 | 1.9 | 450 | $855.00 | DWR | Preparation of second motion to extend exclusivity periods. |
| 3/29/2022 | 3 | 450 | $1,350.00 | GHS | reiew documents left by Betula Lenta and prepare for 2nd session of 2004 exam and declaration in opposition to the rejection of claim |
| 3/29/2022 | 3.2 | 450 | $1,440.00 | SPC | Review motions and prep. Re arguments and preparation |
| 3/29/2022 | 0.6 | 450 | $270.00 | SPC | Review tentative |
| 3/30/2022 | 2.3 | 450 | $1,035.00 | CJL | Preparation for and appearance at hearings on claim objections and motion for relief |
| 3/30/2022 | 3.3 | 450 | $1,485.00 | DWR | Preparation of second motion to extend exclusivity. |
| 3/30/2022 | 1.5 | 450 | $675.00 | SPC | Work re committee issues; plan and exclusivity issues |
| 3/31/2022 | 3.2 | 450 | $1,440.00 | GHS | email to OPC re: 2004 exams and new date; begin work re 2004 examination related facts |
| 3/31/2022 | 1 | 180 | $180.00 | JM | Prepare, File, and Serve Docket #169 and #170 |
| 3/31/2022 | 0.2 | 180 | $36.00 | OM | Reviewed 2nd Motion to Extend Exclusivity and notice of hearing. Calendared. |
| 3/31/2022 | 0.5 | 450 | $225.00 | SPC | work re hearing prep |
| 3/31/2022 | 0.1 | 180 | $18.00 | VH | POS for Shields received, download, rename, save |
| 3/31/2022 | 0.3 | 180 | $54.00 | VH | File 7 POS with the court. |
| 4/2/2022 | 0.6 | 450 | $270.00 | SPC | Discuss with M. Yang re case and suggestion to liquidate |
| 4/4/2022 | 0.5 | 450 | $225.00 | SPC | Work re secured Creditor strategizing |
| 4/6/2022 | 0.2 | 180 | $36.00 | VH | Reply to Sandra Donna Bullock's Request for Trust Acct Information. |
| 4/11/2022 | 0.1 | 180 | $18.00 | VH | Work: Email re. Confirming Wire Transfer from Donna Bullock Carrera |
| 4/12/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing and updated calendar. |
| 4/12/2022 | 0.2 | 180 | $36.00 | VH | Work: Email re. Wire Transfer Receipt, Save to file |
| 4/13/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of removal of state court action/notice of pre-trial hearing, updated in calendar. |
| 4/13/2022 | 0.5 | 450 | $225.00 | SPC | T with max re case update |
| 4/13/2022 | 1 | 450 | $450.00 | SPC | Work re plan and meeting with counsel |
| 4/14/2022 | 1.3 | 450 | $585.00 | SPC | Discuss re case strategize; entitlement personnel and SM property issues |
| 4/18/2022 | 0.1 | 180 | $18.00 | VH | Email from OPC re. Settlement forwarding |
| 4/20/2022 | 1 | 450 | $450.00 | CJL | Call with Committee's attorney re plan issues. |
| 4/20/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing, calendared hearing. |
| 4/20/2022 | 0.2 | 180 | $36.00 | VH | Work: 7 POS conformed copy, download, rename, save to file |
| 4/21/2022 | 0.1 | 180 | $18.00 | OM | Followed up with court room deputy RE: stipulation order. |
| 4/25/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing, calendared. |

| Date | Hours | Rate | Amount | Init. | Description |
|---|---|---|---|---|---|
| 4/28/2022 | 1 | 450 | $450.00 | GHS | Prep for OSC hearing |
| 4/29/2022 | 1 | 360 | $360.00 | HMC | Appearance at hearing re OSC |
| 4/29/2022 | 0.4 | 360 | $144.00 | HMC | Work re notice of ruling |
| 4/29/2022 | 0.3 | 180 | $54.00 | VH | Work: Notice Ruling Prep & File with Court, Service to OPC, Save to file |
| 5/2/2022 | 0.1 | 180 | $18.00 | VH | Email from OPC re. Service Email, Updated POS |
| 5/3/2022 | 1.8 | 450 | $810.00 | CJL | Meeting with Client (in office) to discuss status of case. |
| 5/3/2022 | 0.3 | 450 | $135.00 | CJL | Review and analyze response of committee to motion to continue exclusivity period. |
| 5/3/2022 | 1.8 | 450 | $810.00 | SPC | In office consult with Yang |
| 5/4/2022 | 0.4 | 450 | $180.00 | CJL | Reivew Committee's opposition to Mtn to disband committee. |
| 5/4/2022 | 1 | 450 | $450.00 | CJL | Draft opposition to Motion of the Committee for the appointment of Chapter 11 Trustee |
| 5/5/2022 | 1.1 | 450 | $495.00 | CJL | Continue drafting and prepare for filing opposition to Committee's Mtn to appoint Trustee. |
| 5/5/2022 | 1 | 450 | $450.00 | SPC | Continue work re motion for appointment of Trustee |
| 5/6/2022 | 0.2 | 450 | $90.00 | CJL | Email exchange with Court Clerk re issues on adversary proceedings. |
| 5/9/2022 | 0.5 | 450 | $225.00 | CJL | Prepare stipulation with Committee to withdraw opposition to exclusivity, continue out the Trustee motion and withdraw opposition to employment. |
| 5/9/2022 | 0.5 | 450 | $225.00 | SPC | Work and review filed oppositions and motions |
| 5/10/2022 | 2.1 | 450 | $945.00 | CJL | Email exchange with Committee Counsel, preparation and filing of stipulation to continune. |
| 5/10/2022 | 0.2 | 450 | $90.00 | CJL | Revise and email stipulation to continue hearings to Committee |
| 5/10/2022 | 0.2 | 450 | $90.00 | CJL | Prepare and file stipulation and order thereon. |
| 5/10/2022 | 0.5 | 450 | $225.00 | CJL | Review and revise reply to Mtn to disband committee. |
| 5/10/2022 | 9.9 | 450 | $4,455.00 | DWR | Reply ISO motion to disband committee. |
| 5/10/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing, calendared. |
| 5/11/2022 | 1.6 | 450 | $720.00 | DWR | Reply ISO second exclusivity motion. |
| 5/11/2022 | 3.8 | 450 | $1,710.00 | DWR | Preparation of reply ISO second motion to extend exclusivity periods. |
| 5/11/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing, calendared. |
| 5/12/2022 | 0.1 | 180 | $18.00 | OM | Review order on stipulation, calendar hearing. |
| 5/16/2022 | 0.8 | 450 | $360.00 | CJL | Court's tentative hearings Motion to disband the committee, Motion for Relief et al. |
| 5/16/2022 | 0.2 | 450 | $90.00 | CJL | Email exchange with opposing parties re court appearances. |
| 5/16/2022 | 1.5 | 450 | $675.00 | DWR | Review and analysis of tentative rulings for 5/17/22 hearings. Call with CJL re same. |
| 5/16/2022 | 0.1 | 180 | $18.00 | OM | Update calendar and set up court call hearing. |

| Date | Hours | Rate | Amount | | Description |
|------|-------|------|--------|---|-------------|
| 5/17/2022 | 0.3 | 450 | $135.00 | SPC | Review POA and reply Olivia request for authorization |
| 5/20/2022 | 0.1 | 450 | $45.00 | SPC | Review order appointing Committee |
| 5/20/2022 | 0.1 | 450 | $45.00 | SPC | Follow up with Ren re meeting and written authorization |
| 5/20/2022 | 0.1 | 450 | $45.00 | SPC | Review client's rep's J. Yang ZP's wechat and reply re same |
| 5/23/2022 | 0.1 | 450 | $45.00 | SPC | Review and confirm revocation of POA of Max Yang |
| 5/27/2022 | 1.2 | 450 | $540.00 | SPC | Conf call with client's old and new representive, Lili and Atty Zhou |
| 5/31/2022 | 0.8 | 450 | $360.00 | CJL | Phone call with Zev Shectman re status of case and strategy going forward etc. |
| 5/31/2022 | 0.2 | 180 | $36.00 | OM | Reviewed stipulation to continue hearings, updated calendars. |
| 5/31/2022 | 0.2 | 180 | $36.00 | VH | Preparation Joint Status Reports |
| 6/1/2022 | 1.5 | 450 | $675.00 | CJL | Review, compile and sort file for new attorney |
| 6/1/2022 | 0.1 | 180 | $18.00 | OM | Reviewed stipulation order, updated calendar. |
| 6/1/2022 | 0.2 | 450 | $90.00 | SPC | Work re transition issues; follow up with client re adversary |
| 6/1/2022 | 0.2 | 450 | $90.00 | SPC | T and text with client re adv case sub issues |
| 6/2/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing, updated calendar. |
| 6/2/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing, calendared. |
| 6/7/2022 | 0.5 | 360 | $180.00 | HMC | Work re status report for Betula adversary, send to OPC for review |
| 6/7/2022 | 0.1 | 450 | $45.00 | SPC | Review JSR conformed |
| 6/8/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing, updated calendar. |
| 6/10/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing, calendared hearing. |
| 6/13/2022 | 0.1 | 180 | $18.00 | OM | Reviewed order RE: continuing status conference, updated calendar. |
| 6/13/2022 | 0.3 | 180 | $54.00 | VH | Work: Setting up Courtcall for 6/14 hearing |
| 6/13/2022 | 0.2 | 180 | $36.00 | VH | Work: TC & Communication with Courtcall re. Cancellation |
| 6/16/2022 | 0.1 | 180 | $18.00 | OM | Reviewed stipulation (doc #250). |
| 6/16/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing, calendared. |
| 6/17/2022 | 0.1 | 180 | $18.00 | OM | Reviewed stipulation RE: order approving withdrawal. |
| 6/13/2022 | 0.2 | 180 | $36.00 | VH | Work: TC & Communication with Courtcall re. Cancellation |
| 6/16/2022 | 0.1 | 180 | $18.00 | OM | Reviewed stipulation (doc #250). |
| 6/16/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing, calendared. |
| 6/17/2022 | 0.1 | 180 | $18.00 | OM | Reviewed stipulation RE: order approving withdrawal. |

| Subtotal | 246.10 | $104,203.00 |
|----------|--------|-------------|

# Claims Admin and Objections

| | | | | |
|---|---|---|---|---|
| 12/6/2021 | 0.9 | 450 | $405.00 CJL | Prepare motion to set claims bar date |
| 12/6/2021 | 0.5 | 450 | $225.00 SPC | Finalize ltr to all creditors to demand for information |
| 12/9/2021 | 0.8 | 180 | $144.00 JM | prepare and file notice of bar date for filing claims in chapter 11 case |
| 12/13/2021 | 0.7 | 450 | $315.00 CJL | Review claims of Testa Capital and Home Loan Unlimited. |
| 12/14/2021 | 0.3 | 450 | $135.00 GHS | and edit to broker re: fees and money |
| 1/4/2022 | 0.1 | 450 | $45.00 SPC | Instruct re creditors treatment list to be prepared |
| 1/4/2022 | 0.8 | 450 | $360.00 SPC | Preparaton of creditor list for client |
| 1/7/2022 | 0.8 | 450 | $360.00 SPC | Edit re case facts and narrative for examination; work re claims review and objections |
| 1/19/2022 | 1 | 450 | $450.00 SPC | Work re review of new claims |
| 1/28/2022 | 0.4 | 450 | $180.00 CJL | Review email from Pennington Construction advisors, Inc. with proof of claim and reply to the same. |
| 1/28/2022 | 0.3 | 180 | $54.00 OM | Reviewed POC from UltraSystems Environmental, processed into Best Case |
| 1/29/2022 | 1.8 | 450 | $810.00 SPC | Review claims docket and objections to claims |
| 2/2/2022 | 1.4 | 450 | $630.00 SPC | Research Phalanx group; cannot find a license matching Anthony Rodriguez with zip or office address; he likely lives in 500 Ximeno Ave., Apt 322, Long Beach 90814; no security company register under Phalanx Group. https://search.dca.ca.gov/results |
| 2/3/2022 | 0.2 | 450 | $90.00 CJL | Review official claim 15 filed by Betty Zheng |
| 2/3/2022 | 4.7 | 450 | $2,115.00 DWR | Revision to 329 motion against Donna Bullock. |
| 2/3/2022 | 0.2 | 180 | $36.00 OM | Reviewed (3) POC, processed into Best Case. |
| 2/3/2022 | 0.2 | 180 | $36.00 OM | Reviewed and processed The Phalanx Group POC into Best Case |
| 2/3/2022 | 1.5 | 450 | $675.00 SPC | Review additional claims that came in |
| 2/4/2022 | 0.2 | 180 | $36.00 OM | Reviewed and processed Betula Lenta, Inc. POC into Best Case. |
| 2/5/2022 | 0.5 | 450 | $225.00 CJL | Review claim of Donna Bullock |
| 2/6/2022 | 0.3 | 450 | $135.00 SPC | Review claim by Donna |
| 2/7/2022 | 1.4 | 450 | $630.00 SPC | Discussion with counsel CJL re Phalanx claim and Donna Caim |
| 2/8/2022 | 2.1 | 450 | $945.00 CJL | Analyze and review claims in case. Create summary in preparation of claim objections. |
| 2/8/2022 | 0.1 | 450 | $45.00 CJL | Email to M. Carlin re support for proof of claim |
| 2/8/2022 | 0.1 | 450 | $45.00 CJL | Email to Donna Bullock re proof of claim |
| 2/10/2022 | 2.5 | 450 | $1,125.00 CJL | Review and prepare claim objections. |

| Date | Hours | Rate | Amount | Init | Description |
|---|---|---|---|---|---|
| 2/10/2022 | 0.1 | 450 | $45.00 | CJL | Follow up email to D. Bollock re providing billing records. |
| 2/10/2022 | 1.5 | 450 | $675.00 | SPC | Work re settlement neg with Secured Lenders; analyze claims and basis and interests |
| 2/10/2022 | 0.6 | 450 | $270.00 | SPC | T with client update and treatment of BOBS |
| 2/11/2022 | 5 | 450 | $2,250.00 | CJL | Continue to work on claim objections |
| 2/11/2022 | 3 | 450 | $1,350.00 | SPC | Work re edit and revise objections to claims |
| 2/12/2022 | 2.7 | 450 | $1,215.00 | SPC | Work re review claims and strategize claims objection issues |
| 2/13/2022 | 0.2 | 450 | $90.00 | GHS | and edit matter related with Donna and claims |
| 2/14/2022 | 0.3 | 180 | $54.00 | OM | Reviewed and processed 5 POCs into Best Case. |
| 2/14/2022 | 1.2 | 450 | $540.00 | SPC | Work re review opp by Donna |
| 2/15/2022 | 1 | 450 | $450.00 | SPC | Work re claims review and objection |
| 2/16/2022 | 3 | 450 | $1,350.00 | CJL | Prepare reply to opposition on motion to determine reasonableness of fees. |
| 2/16/2022 | 4.2 | 360 | $1,512.00 | MS | research and memo re unilateral holdback loan modifications powers of lender, if any |
| 2/16/2022 | 1 | 450 | $450.00 | SPC | Work with CJL on claims issues; discovery in contested matter; action with respect to BOBs |
| 2/16/2022 | 1.5 | 450 | $675.00 | SPC | Research Phalanx (BP 7582) |
| 2/17/2022 | 8 | 450 | $3,600.00 | CJL | Review claims and draft objections to Pennington, Cry Fry |
| 2/17/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing set RE: proof of claim, calendared event. |
| 2/17/2022 | 1 | 450 | $450.00 | SPC | Work re claims against Bobs and Craigs and Phalanx |
| 2/17/2022 | 0.5 | 450 | $225.00 | SPC | Work re discovery request relating to Phalanx's claim |
| 2/18/2022 | 2.1 | 450 | $945.00 | CJL | Draft and file objection to claim of Michael Carlin |
| 2/18/2022 | 2 | 450 | $900.00 | CJL | Review claim and draft objection to claim of Betula Lenta Inc. |
| 2/18/2022 | 2.5 | 450 | $1,125.00 | GHS | and discuss creditor group Phalanyx; email and review to Park re: production and 2004 exam; review creditor claim issue; edit and modify email to Jeff re: creditor counsel; prepare and modify stipulation to appear for 2004 exam; review Betula bank records for 2004 exam |
| 2/18/2022 | 1 | 450 | $450.00 | GHS | and edit objection to claims |
| 2/18/2022 | 0.1 | 180 | $18.00 | OM | Reviewed objection to claim, notice of hearing and calendared. |
| 2/18/2022 | 1.5 | 450 | $675.00 | SPC | Work re obj. to Betula, review Collier on Creditor Committee objection |
| 2/18/2022 | 1 | 450 | $450.00 | SPC | Prep. Notice of deposition, and docu request for Phalanx |
| 2/18/2022 | 1 | 450 | $450.00 | SPC | Jinzheng work re opposition and claim objection and research res judicata |

| Date | Hours | Rate | Amount | Code | Description |
|---|---|---|---|---|---|
| 2/19/2022 | 2 | 450 | $900.00 | SPC | Work re obj. to Betula claim; email client re decl. final edits before filing |
| 2/19/2022 | 1.7 | 450 | $765.00 | SPC | Finalize notice of depo with doc req. for phalanx; review contracts with Phalanx |
| 2/23/2022 | 2 | 450 | $900.00 | CJL | Preparation for and appearance at hearing on reasonableness of fees. |
| 2/24/2022 | 2 | 450 | $900.00 | SPC | Review Betula claims; research and review work products |
| 2/28/2022 | 0.2 | 450 | $90.00 | CJL | Email to opposing counsel re depo date for Phalanx claim objection |
| 3/1/2022 | 2 | 450 | $900.00 | GHS | 2004 exams and review of records and documents produced re Beluta Lenta |
| 3/2/2022 | 0.5 | 450 | $225.00 | CJL | Telephone conference with G. Orantes re brokers' claims |
| 3/2/2022 | 8.5 | 450 | $3,825.00 | GHS | 2004 exam and take 2004 exam |
| 3/2/2022 | 7.8 | 450 | $3,510.00 | SPC | Work re depo and case strategizing/planning |
| 3/3/2022 | 8 | 450 | $3,600.00 | GHS | Deposition of David Park |
| 3/3/2022 | 8 | 450 | $3,600.00 | SPC | Depo; misc. work; counsel matter etc. |
| 3/3/2022 | 1.6 | 450 | $720.00 | SPC | Depo Prep |
| 3/5/2022 | 2 | 450 | $900.00 | SPC | Work review deposition notes |
| 3/7/2022 | 0.7 | 450 | $315.00 | CJL | review opposition of Phalanx Group to claim objection. |
| 3/7/2022 | 0.1 | 450 | $45.00 | CJL | Email to counsel for Phalanx Group re date for depo. |
| 3/9/2022 | 0.5 | 450 | $225.00 | SPC | Work and review Carlin opposition |
| 3/9/2022 | 0.9 | 450 | $405.00 | SPC | Work re brokers claim obj. |
| 3/14/2022 | 2.8 | 450 | $1,260.00 | CJL | Preparation of Reply to Opposition to claim objection of Betula Lenta Inc. |
| 3/14/2022 | 2 | 450 | $900.00 | SPC | Preparation of Reply to Opposition to claim objection |
| 3/15/2022 | 1.7 | 450 | $765.00 | SPC | Review production of documents by Phalanx |
| 3/18/2022 | 2 | 450 | $900.00 | GHS | and analyze documents provided by Betula and additional documents related with 2004 exam |
| 3/25/2022 | 3.7 | 450 | $1,665.00 | SPC | Review claims; and documents prod from Betula |
| 4/2/2022 | 1 | 450 | $450.00 | SPC | Case review and misc. work on claims |
| 4/12/2022 | 0.5 | 450 | $225.00 | GHS | removal of matter, answer and forum issue |
| 4/12/2022 | 0.5 | 450 | $225.00 | GHS | Further analysis and work re Betula Lenta discovery and forum selection |
| 4/29/2022 | 0.2 | 450 | $90.00 | GHS | loans issue and email regarding same from creditor counsel |

**Subtotal    132.80    $58,788.00**

# Fee/Employment Applications

| Date | Hours | Rate | Amount | | Description |
|---|---|---|---|---|---|
| 12/3/2021 | 1.5 | 450 | $675.00 | CJL | Prepare Employment Application |
| 12/3/2021 | 0.7 | 450 | $315.00 | SPC | Work re finalize emp application |
| 12/15/2021 | 2.8 | 380 | $1,064.00 | MS | Initial draft of application to employee and notice(C) |
| 12/15/2021 | 2.3 | 450 | $1,035.00 | SPC | initial draft of Emp app re broker |
| 12/22/2021 | 0.5 | 450 | $225.00 | CJL | Draft motion to employ real estate broker |
| 12/23/2021 | 0.3 | 450 | $135.00 | SPC | Work re: J Wu Emp App |
| 12/23/2021 | 0.2 | 450 | $90.00 | SPC | Work re: Ltr to client re Jay Wu Emp App |
| 12/28/2021 | 0.1 | 450 | $45.00 | SPC | Work re employment app of agent.  5%, 2.5, 2.5 4.00 Work re: commission rate. 1.0 2.5 2.5 |
| 12/28/2021 | 0.1 | 450 | $45.00 | SPC | Work re: Agent Emp App issue. email client re same. |
| 1/12/2022 | 0.2 | 350 | $70.00 | DWR | Preparation of broker employment application. |
| 1/13/2022 | 1 | 450 | $450.00 | DWR | Preparation of broker employment application. Preparation of orders approving SLC employment and granting exclusivity motion.  Preparation of Nov '21 and Dec '21 MORs. |
| 1/17/2022 | 2.7 | 450 | $1,215.00 | DWR | Preparation of broker employment application and notice thereof.  Research re disinterestedness of broker. |
| 1/17/2022 | 2.7 | 450 | $1,215.00 | DWR | Preparation of broker employment application and notice thereof. Research re disinterestedness of broker. |
| 1/18/2022 | 0.5 | 450 | $225.00 | SPC | Review App to Employ broker |
| 1/24/2022 | 0.9 | 180 | $162.00 | OM | Finalize and file, Amended Schedule E/F, Application to Employ Jay Wu and Notice of Application to Employ. |
| 2/19/2022 | 0.6 | 450 | $270.00 | CJL | Prepare and file declaration of Non-opposition and Order for Application to employ Jay Wu as real estate agent for the estate. |
| 10/3/2022 | 2 | 450 | $900.00 | CJL | Compile time records in preparation of fee applcation |
| 10/13/2022 | 5 | 450 | $2,250.00 | CJL | Draft final fee application |

| Subtotal | 24 | $10,386.00 |
|---|---|---|

# Fee/Employment Objections

| Date | Hours | Rate | Amount | Initials | Description |
|---|---|---|---|---|---|
| 2/8/2022 | 1 | 450 | $450.00 | SPC | Review Pachulski's application re employment |
| 2/14/2022 | 1.1 | 450 | $495.00 | DWR | Research and preparation of motion to disband committee. |
| 2/15/2022 | 3.2 | 450 | $1,440.00 | DWR | Preparation of motion to disband committee. |
| 2/22/2022 | 2.2 | 450 | $990.00 | DWR | Preparation of opposition and request for hearing on PSZJ employment application. |
| 2/22/2022 | 0.5 | 450 | $225.00 | SPC | Review Obj to and Req. for Hearing on Palchuski employment |
| 2/28/2022 | 6.8 | 450 | $3,060.00 | DWR | Preparation and research re motion to disband committee. |
| 3/1/2022 | 6.9 | 450 | $3,105.00 | DWR | Preparation of motion to disband committee. |
| 3/6/2022 | 1.1 | 450 | $495.00 | CJL | draft stipulation with Committee regarding fee cap. |

Subtotal     22.80          $10,260.00

# **Financing**

| Date | Hours | Rate | Amount | | Description |
|---|---|---|---|---|---|
| 12/1/2021 | 0.7 | 450 | $315.00 | SPC | Discuss with lender re potential loan |
| 12/1/2021 | 0.4 | 450 | $180.00 | SPC | Telephone call with with potential lender |
| 12/3/2021 | 0.3 | 450 | $135.00 | SPC | Work re loan and resume of Yang |
| 12/6/2021 | 0.5 | 450 | $225.00 | SPC | Work re ltr to potential lender re bio and background |
| 12/10/2021 | 0.2 | 450 | $90.00 | SPC | Follow up with Potential Lender |
| 12/15/2021 | 0.2 | 450 | $90.00 | SPC | Review email and msg from Shayan Simantob re EFI Global. Reply email to assist in finding the claim |
| 12/15/2021 | 0.5 | 450 | $225.00 | SPC | Telephone call  with potential lender re new loan |
| 12/15/2021 | 1.8 | 450 | $810.00 | SPC | Site visit with potential lender |
| 12/21/2021 | 0.1 | 450 | $45.00 | SPC | Review email from Cher Chang of Jade Capital. Reply and req. for correspondence. |
| 1/4/2022 | 0.4 | 450 | $180.00 | SPC | Compile information in preparation for meeting with potential lender. |
| 1/5/2022 | 1.1 | 450 | $495.00 | SPC | In office meeting with potential Lender |
| 1/14/2022 | 0.1 | 450 | $45.00 | SPC | follow up with lender re loan status |
| 1/18/2022 | 0.5 | 450 | $225.00 | SPC | Review email from potential lender and work re respond ; email client to request for additional info |
| 1/19/2022 | 0.1 | 450 | $45.00 | SPC | Work re loan issues and email response |
| 1/19/2022 | 0.2 | 450 | $90.00 | SPC | Work re loan status with Dunlop |
| 1/21/2022 | 0.3 | 450 | $135.00 | SPC | Review questions from potential lender and response re same. |
| 1/25/2022 | 0.6 | 450 | $270.00 | SPC | follow up with lender re loan status |
| 1/25/2022 | 0.2 | 450 | $90.00 | SPC | T with Lender re loan |
| 1/27/2022 | 0.1 | 450 | $45.00 | SPC | Follow up re loan |
| 1/27/2022 | 0.4 | 450 | $180.00 | SPC | Work re loan |
| 1/27/2022 | 0.8 | 450 | $360.00 | SPC | Discuss with Lender |
| 2/3/2022 | 0.4 | 450 | $180.00 | SPC | Work re Van Nuys interest and update to client re new loan |
| 2/3/2022 | 0.5 | 450 | $225.00 | SPC | Work re new loan |
| 4/6/2022 | 0.6 | 450 | $270.00 | SPC | Review SM offer, and Wei Huang Bio |

Subtotal        11.00        $4,950.00

# Litigation

| Date | Hours | Rate | Amount | Atty | Description |
|---|---|---|---|---|---|
| 1/6/2022 | 2.5 | 360 | $900.00 | HMC | Work re complaint |
| 1/10/2022 | 1.5 | 450 | $675.00 | SPC | Review D. Su's email and timeline; prep. Adversary complaint |
| 1/13/2022 | 1 | 450 | $450.00 | SPC | Further edit re adversary complaint |
| 1/23/2022 | 3 | 450 | $1,350.00 | SPC | Work re Broker fiduciary duties research |
| 1/24/2022 | 0.4 | 450 | $180.00 | SPC | Work re Testa Issues |
| 1/25/2022 | 0.9 | 450 | $405.00 | SPC | Work re complaint against broker |
| 1/26/2022 | 2 | 450 | $900.00 | SPC | Further edit and research re broker liabilities |
| 1/27/2022 | 1 | 450 | $450.00 | SPC | Work re further edit to complaint; research Defendants and brokers |
| 1/30/2022 | 1 | 450 | $450.00 | SPC | Work re finalize complaint |
| 2/1/2022 | 1 | 450 | $450.00 | GHS | and modify complaint against Pae and Park, et al. review facts and client documents |
| 2/3/2022 | 0.8 | 450 | $360.00 | CJL | Review and begin drafting of adversary complaint against 150 Sierra LLC |
| 2/7/2022 | 0.5 | 450 | $225.00 | GHS | and edit complaint; review exhibits and modify factual area of complaint |
| 2/7/2022 | 2 | 450 | $900.00 | SPC | Finalize Jinzheng complaint; instruct for filling |
| 2/7/2022 | 1.2 | 180 | $216.00 | VH | Work: Complaint, Finalize, prep forms, file with the court |
| 2/21/2022 | 2 | 450 | $900.00 | SPC | work re case narrative for litigations |
| 2/23/2022 | 0.6 | 180 | $108.00 | VH | Work, finalize Complaint, prep forms for court filing and submit to the court. |
| 3/11/2022 | 0.3 | 450 | $135.00 | SPC | t with client re update; informed client we are review to attempt to demurrer; asked for extension 2 weeks ago. Will need to file responsive pleading end of march |
| 5/3/2022 | 1 | 450 | $450.00 | GHS | Discovery plan, rule 26 issues and begin to review concepts of discovery with the BK action on Testa |
| 5/4/2022 | 1 | 450 | $450.00 | GHS | Discovery plan, rule 26 issues and begin to review concepts of discovery with the BK action on BL |
| 5/11/2022 | 1 | 450 | $450.00 | GHS | Creditor claims with the state action and removal and AP action and proof and discovery and additional depositions |
| 5/11/2022 | 2.5 | 450 | $1,125.00 | SPC | Work re complaint against Betula and Pae |
| 5/20/2022 | 2 | 450 | $900.00 | GHS | documents produced by BL from prior document production and follow discovery for additional RFP |
| 5/31/2022 | 0.5 | 450 | $225.00 | GHS | Review and modify case management statement on the Testa matter |
| 5/31/2022 | 0.2 | 450 | $90.00 | GHS | Review settlement offer by Testa and submit to client |
| 6/22/2022 | 2 | 450 | $900.00 | GHS | Prior discovery responses and documents in the BL action and prepare for additional written discover |
| Subtotal | 31.9 | | $13,644.00 | | |

# Motion for Relief

| Date | Hours | Rate | Amount | | Description |
|------|-------|------|--------|---|-------------|
| 2/24/2022 | 1.2 | 450 | $540.00 | CJL | Review MFR of Bobs LLC |
| 2/24/2022 | 1 | 450 | $450.00 | SPC | Review MFR and work re |
| 2/25/2022 | 0.8 | 450 | $360.00 | SPC | Review MFR |
| 2/26/2022 | 2.5 | 450 | $1,125.00 | SPC | Work re MFR and research reasonable and adequate protection issues; valuation of property |
| 3/5/2022 | 2 | 450 | $900.00 | CJL | Draft opposition to motion for relief |
| 3/5/2022 | 1.2 | 450 | $540.00 | SPC | Review opposition to motion for relief |
| 3/7/2022 | 1.5 | 450 | $675.00 | CJL | Continued drafting opposition to Motion for relief |
| 3/7/2022 | 0.1 | 450 | $45.00 | CJL | email to client regarding motion for relief |
| 3/29/2022 | 2 | 450 | $900.00 | CJL | Prep hearing re claim objections and motion for relief |
| 3/31/2022 | 0.1 | 180 | $18.00 | OM | Reviewed notice of hearing RE: continued MFR. Calendared. |
| 5/17/2022 | 1.5 | 450 | $675.00 | CJL | Preparation for and appearance at hearings: Application to employ Pachulski, Mtn to disband committee; mtn for relief from automatic stay. |

| Subtotal | 13.90 | | $6,228.00 | | |

# Plan and Disclosure Statement

| Date | Hours | Rate | Amount | | Description |
|---|---|---|---|---|---|
| 1/15/2022 | 1.7 | 450 | $765.00 | SPC | Work on case review and action plan; reorganization plan development |
| 2/2/2022 | 1 | 450 | $450.00 | SPC | Discussion with CJL re secured lender treatment and negotiation; Ch. 11 exit strategy |
| 2/18/2022 | 2 | 450 | $900.00 | CJL | Draft disclosure statement |
| 2/19/2022 | 1.3 | 450 | $585.00 | SPC | Reviewed and revised draft of Disclosure Statement. |
| 2/19/2022 | 1 | 450 | $450.00 | SPC | Begin preparation plan and claims issues |
| 2/22/2022 | 4.5 | 450 | $2,025.00 | CJL | Draft tables and disclosure statement |
| 2/22/2022 | 1 | 450 | $450.00 | SPC | Work re edits to DS |
| 2/23/2022 | 2.8 | 450 | $1,260.00 | SPC | Reviewed and revised draft of Disclosure Statement. |
| 2/24/2022 | 1.5 | 450 | $675.00 | CJL | Continue work on disclosure statement |
| 2/25/2022 | 3 | 450 | $1,350.00 | SPC | Reviewed and revised draft of Disclosure Statement. |
| 2/28/2022 | 4 | 450 | $1,800.00 | CJL | Continue drafting disclosure statement |
| 2/28/2022 | 0.5 | 450 | $225.00 | SPC | Follow up re issues relating to Disclosure |
| 2/28/2022 | 3.4 | 450 | $1,530.00 | SPC | Work re disclosure stmt |
| 3/1/2022 | 1.2 | 450 | $540.00 | SPC | Work re Disclosure till interest rate |
| 3/2/2022 | 4 | 450 | $1,800.00 | CJL | Work on disclosure statement |
| 3/4/2022 | 7.2 | 450 | $3,240.00 | DWR | Review and modification of plan. |
| 3/4/2022 | 8 | 450 | $3,600.00 | SPC | Work re case; misc. motion, value, disclosure and plan |
| 3/7/2022 | 5.6 | 450 | $2,520.00 | DWR | Preparation of plan and plan tables. |
| 3/7/2022 | 0.8 | 450 | $360.00 | SPC | Work re disclosure and case discussion |
| 3/8/2022 | 1.5 | 450 | $675.00 | CJL | Interoffice discussion regarding plan and disclosure statement |
| 3/8/2022 | 6.2 | 450 | $2,790.00 | DWR | Preparation of plan and plan tables. |
| 3/9/2022 | 2.5 | 450 | $1,125.00 | DWR | Calls with CJL re plan modification. Changes made to plan tables to show 3-year plan. |
| 3/9/2022 | 1 | 450 | $450.00 | SPC | T with counsel re 3,5 and 10 year plan feasibility |
| 3/9/2022 | 2.6 | 450 | $1,170.00 | SPC | Further work re stip; and plan augmentation |
| 3/10/2022 | 4.5 | 450 | $2,025.00 | DWR | Preparation of plan and plan tables. |
| 3/10/2022 | 2.9 | 450 | $1,305.00 | SPC | work re review and comment on plan |
| 3/11/2022 | 2 | 450 | $900.00 | SPC | Further work re plan, strategy and review |
| 3/11/2022 | 1.9 | 450 | $855.00 | SPC | Work  re plan strategizing and deals with various parties |
| 3/12/2022 | 0.1 | 450 | $45.00 | SPC | Reach out to client re case and DS/Plan update |
| 3/13/2022 | 4.4 | 450 | $1,980.00 | SPC | Misc. work and call with Client re DS and Plan |
| 3/14/2022 | 1.1 | 450 | $495.00 | CJL | Final review and file chapter 11 plan and disclosure statement |
| 3/14/2022 | 1.2 | 450 | $540.00 | DWR | Revision of plan and plan tables. |
| 3/17/2022 | 1.5 | 450 | $675.00 | SPC | Work re plan discussion with unsecured creditors |

| Date | Hours | Rate | Amount | Atty | Description |
|---|---|---|---|---|---|
| 3/31/2022 | 2 | 450 | $900.00 | SPC | Work re Jinzheng review and plan discussion |
| 4/28/2022 | 2.3 | 450 | $1,035.00 | DWR | Preparation of redline plan. |
| 5/2/2022 | 0.5 | 450 | $225.00 | DWR | Call with C. Langley and email re same regarding amending plan. |
| 5/3/2022 | 1.1 | 450 | $495.00 | DWR | Preparation of amended plan and motion to approve DS. |
| 5/3/2022 | 3 | 450 | $1,350.00 | SPC | Work re Plan |
| 5/4/2022 | 1 | 450 | $450.00 | CJL | Revise combined Chapter 11 plan and disclosure statement. |
| 5/4/2022 | 0.1 | 450 | $45.00 | CJL | Email Chapter 11 Plan to M. Yang for signature. |
| 5/4/2022 | 0.2 | 450 | $90.00 | CJL | Prepare for filing  Disclosure Statement and Combined Plan of Reorganization dated May 4, 2022 |
| 5/4/2022 | 0.2 | 450 | $90.00 | CJL | Prepare for filing Mtn for approval of Chapter 11 disclosure statement. |
| 5/4/2022 | 1.1 | 450 | $495.00 | DWR | Preparation of motion to approve DS. |
| 5/5/2022 | 1.3 | 450 | $585.00 | SPC | Work re disclosure and plan issues |
| 5/10/2022 | 2.3 | 450 | $1,035.00 | SPC | Work re stip and plan |
| 5/27/2022 | 0.3 | 450 | $135.00 | CJL | email exchange with Committee re continuance of hearing re disclosure statement |
| 5/27/2022 | 0.2 | 450 | $90.00 | DWR | Emails with C. Langley re Committee's proposed redline. |
| 5/31/2022 | 0.4 | 450 | $180.00 | CJL | Review and sign stipulation with Committee re continuance of hearing on disclosure statement. |

| Subtotal | 103.90 | | $46,755.00 |
|---|---|---|---|

## Breakdown of Time by Professional

| Name | Initials | Position | Rate | Hour | Total |
|---|---|---|---|---|---|
| Chiristopher Langleu | CJL | Partner | $450.00 | 141.2 | $63,540.00 |
| Gene Shioda | GHS | Partner | $450.00 | 72.1 | $32,445.00 |
| Steven Chang | SCP | Partner | $450.00 | 296 | $133,200.00 |
| Donald Reid | DWR | Of Counsel | $450.00 | 114 | $51,300.00 |
| Heidi Cheng | HMC | Associate | $360.00 | 11.7 | $4,212.00 |
| Michael Smith | MS | Associate | $360.00 | 7 | $2,520.00 |
| Omar Negrete | OM | Paralegal/Legal Secretary | $180.00 | 7.2 | $1,296.00 |
| John Martinez | JM | Paralegal/Legal Secretary | $180.00 | 6.1 | $1,098.00 |
| Vivian Han | VH | Paralegal/Legal Secretary | $180.00 | 13.9 | $2,502.00 |
| | | | Total | 669.2 | $292,113.00 |
| | | | Blended rate | | $436.51 |

## Break Down by Catagories

| | | |
|---|---|---|
| Asset Analysis and Recovery | 77.7 | $34,560.00 |
| Asset Disposition | 5.5 | $2,475.00 |
| Case Administration | 246.1 | $104,203.00 |
| Claims Admin. and Objections | 132.8 | $58,788.00 |
| Fee/Employment Applications | 24.1 | $10,386.00 |
| Fee/Employment Objections | 22.8 | $10,260.00 |
| Financing | 11 | $4,950.00 |
| Litigation | 31.9 | $13,644.00 |
| Moton for Relief | 13.9 | $6,228.00 |
| Plan and Disclosure Statement | 103.9 | $46,755.00 |

**Exhibit C**

**Costs**

| | | | | |
|---|---|---|---|---|
| Court Call | 1/4/2022 | 1 | 26.25 | $26.25 |
| Court Call | 2/23/2022 | 1 | 26.25 | $26.25 |
| Court Reporter | 2/24/2022 | 1 | 515 | $515.00 |
| Court Reporter | 3/16/2022 | 1 | 1505.8 | $1,505.80 |
| Court Reporter | 3/18/2022 | 1 | 1770.15 | $1,770.15 |
| Court Research | 4/29/2022 | 1 | 7.26 | $7.26 |
| Court Research | 11/30/2021 | 1 | 80.4 | $80.40 |
| Filing Fee | 2/23/2022 | 1 | 7.26 | $7.26 |
| Filing Fee | 2/7/2022 | 1 | 454.22 | $454.22 |
| Filing Fee | 2/24/2022 | 1 | 7.26 | $7.26 |
| Filing Fee | 3/31/2022 | 1 | 7.26 | $7.26 |
| Legal Service | 12/20/2021 | 1 | 75 | $75.00 |
| Legal Service | 1/5/2022 | 1 | 93.35 | $93.35 |
| Legal Service | 1/25/2022 | 1 | 84.13 | $84.13 |
| Legal Service | 2/7/2022 | 1 | 118.22 | $118.22 |
| Legal Service | 2/7/2022 | 1 | 44.82 | $44.82 |
| Legal Service | 2/7/2022 | 1 | 62.77 | $62.77 |
| Legal Service | 2/7/2022 | 1 | 114.35 | $114.35 |
| Legal Service | 2/7/2022 | 1 | 40.95 | $40.95 |
| Postage | 12/6/2021 | 2 | 2.16 | $4.32 |
| Postage | 12/6/2021 | 66 | 0.15 | $9.90 |
| Postage | 12/6/2021 | 1 | 117.83 | $117.83 |
| Postage | 12/9/2021 | 2 | 0.55 | $1.10 |
| Postage | 12/9/2021 | 2 | 0.55 | $1.10 |
| Postage | 12/10/2021 | 58 | 0.5 | $29.00 |
| Postage | 12/10/2021 | 100 | 0.15 | $15.00 |
| Postage | 12/14/2021 | 52 | 0.15 | $7.80 |
| Postage | 12/14/2021 | 2 | 1.96 | $3.92 |
| Postage | 12/14/2021 | 1 | 29 | $29.00 |
| Postage | 1/25/2022 | 2 | 2.36 | $4.72 |
| Postage | 1/25/2022 | 1 | 76.96 | $76.96 |
| Postage | 2/16/2022 | 1 | 6.98 | $6.98 |
| Postage | 2/17/2022 | 1 | 3.02 | $3.02 |
| Postage | 2/17/2022 | 0.3 | 150 | $45.00 |
| Postage | 2/18/2022 | 1 | 2.62 | $2.62 |
| Postage | 2/18/2022 | 1 | 3.02 | $3.02 |
| Postage | 3/1/2022 | 162 | 0.15 | $24.30 |
| Postage | 3/1/2022 | 1 | 7.12 | $7.12 |
| Postage | 3/31/2022 | 68 | 0.15 | $10.20 |
| Postage | 3/31/2022 | 1 | 4.52 | $4.52 |
| Postage | 3/31/2022 | 1 | 105.02 | $105.02 |
| Reproduction costs | 12/23/2021 | 1 | 6.68 | $6.68 |
| Reproduction costs | 12/23/2021 | 0.2 | 180 | $36.00 |
| Reproduction costs | 12/17/2021 | 1 | 114.35 | $114.35 |
| Reproduction costs | 1/25/2022 | 78 | 0.15 | $11.70 |

| Reproduction costs | 2/16/2022 | 120 | 0.15 | $18.00 |
| Reproduction costs | 2/17/2022 | 28 | 0.15 | $4.20 |
| Reproduction costs | 2/18/2022 | 27 | 0.15 | $4.05 |
| Reproduction costs | 2/18/2022 | 43 | 0.15 | $6.45 |
| Reproduction costs | 12/14/2021 | 1 | 52.2 | $52.20 |

**Total Cost   $5,806.78**

# Exhibit D

**EXHIBIT B**

**FIRM RESUMES**

## GENE H. SHIODA

Gene H. Shioda is a seasoned litigator with over 25 years of courtroom experience. Gene is the head of the firm's litigation department. He has extensive jury and bench trial experience. His verdicts range from $4.3 Million dollars to $500,000.00. He has defended cases which have led to positive results for the clients.

Gene received his law degree at Southwestern Law School where he graduated Summa Cum Laude. He was editor in Chief of the Law Review. He received his undergraduate degree at Clark University, Worcester, Massachusetts, 1993 Magna cum Laude

## CHRISTOPHER J. LANGLEY

Chris is a partner of Shioda, Langley & Chang LLP, which was founded in 2019. Chris is a Certified Bankruptcy Law Specialist by the State Bar of California. Chris began working "Of Counsel" with Simon & Resnik LLP in late 2010 and then Simon Resnik Hayes LLP while he established his own firm.

Chris is a California native but graduated from Regina Apostolorum Pontifical University (Rome, Italy) with a Bachelor of Arts degree in Philosophy. Besides extensive international travels, during his undergraduate studies, Chris also lived in Mexico. He graduated from Loyola Law School in Los Angeles, California. He gained his first experience with bankruptcy law while in law school with he worked as a law clerk for a Chapter 7 Trustee and externed for bankruptcy Judge, Richard M. Neiter.

Chris began his legal career at a creditor's rights law firm who specialized in representing vehicle finance companies, mortgage lenders, and commercial creditors in bankruptcy. Chris's bankruptcy law experience includes representing consumer and corporate debtors, creditors, and trustees in both litigation and transactional forums. In addition to his bankruptcy expertise, Chris has represented clients in the formation of corporate entities, ensuring corporate compliance, creating estate plans, as well as other general civil litigation matters.

Chris is admitted to practice law before the Northern, Eastern, Central and Southern Federal District Courts of California and is a member of the State Bar of California and Georgia. Additionally, Christopher is a member of the Orange County Bar Association and the National Association of Consumer Bankruptcy Attorneys.

## STEVEN P. CHANG

Steven is a named partner of Shioda Langley & Chang LLP since the foundation of the firm in 2014. Steven has been admitted to the California Bar since 2002 after receiving his Juris Doctor from Southwestern University School of Law, Los Angeles, California. While there he was a Staff Member, Southwestern Journal of Law & Trade in the Americas 2000-2001, Vice-President, Asian Pacific American Law Student Association 2000-2001, Recipient, Paul W. Wildman Scholarship 1999 – 2002, Recipient, Southern California American Lawyers Association Scholarship 2001-2002 and the Recipient, CALI Excellence for the Future Award (Property I) – Fall 1999. He completed his undergraduate studies at California State University, Los Angeles, California where he received a Bachelor of Arts, Political Science.

Prior to his membership with Shioda Langley & Chang LLP his experience includes operating the Law Offices of Steven P. Chang, founded in Alhambra, California and later relocated to the City of Industry, California. He practiced extensively in bankruptcy. And he has filed and completed over two hundred bankruptcy petitions, including chapter 7, 11 and 13.  His experience included preparing plans of reorganization, petitions, adversary proceedings (involving preference, 707 issues, and 523 issues), Responses to Motions to Lift Automatic Stay, Motions to Avoid Judicial liens, Cash Collateral Motions. Prior experience includes clerking with Yoka & Smith, LLP, Los Angeles, California and Litigation Support Document Analyst with the Attorney General's Office, Los Angeles, California

## HEIDI M. CHENG

Heidi has been employed as an associate attorney with the Law Offices of Langley and Chang since its establishment in 2014. Prior to that time, she was employed as an associate attorney with the Law Offices of Steven P. Chang. Her past experience includes clerking for Los Angeles District Attorney's Office, Pasadena, CA where she assisted in a capital murder case with legal research and writing; Briefed transcripts and depositions; Prepared exhibits for DDA for use in trial; and Prepared and assisted in jury selection process. She also clerked with the Law Offices of Jeffrey T. Bell, Rosemead, worked as a *Certified Law Clerk,* Los Angeles District Attorney's Office, West Covina, CA and was Judicial Extern at the California Superior Court Stanley Mosk, Los Angeles, CA (2008)

Heidi was admitted to the California State Bar as well as the District Court, Central District of California in 2013. She received her Juris Doctor from Whittier Law School in Costa Mesa where she was the recipient of  Dean's Merit Scholarship, and CALI Award- International Law She was a member of Phi Alpha Delta Law Fraternity the Student Bar Association (SBA), Entertainment & Sports Law Society (ESLS) and Asian Pacific American Law Students Association (APALSA). She received her Bachelor of the Art in Political Science at University of California, San Diego, La Jolla, CA where she was a recipient of the Dean's Honor Roll.

## MICHAEL SMITH

Michael manages the Riverside location of Shioda Langley & Chang LLP, as well as the Chapter 13 department of the firm. He has over 10 years of consumer bankruptcy experience and has a unique knowledge of the practical application of the bankruptcy code as applies in consumer cases. He has filed hundreds of chapter 7 and chapter 13 cases.

Michael obtained his Juris Doctor from Loyola Law School in Los Angeles and was admitted to the bar in 2008.

**OF COUNSEL:**

## DONALD REID

Donald Reid began his legal career as a rotating law clerk for nine bankruptcy judges in the Los Angeles Division. During those three years, he worked closely with the judges and learned many invaluable lessons. Since entering private practice in 2014, Don has represented debtors, creditors, and bankruptcy trustees in bankruptcy cases, as well as parties in complex bankruptcy litigation and appeals.

In August 2020, Don was named to the Best Lawyers - Ones to Watch List for 2021, a prestigious award given to only ten bankruptcy attorneys in the State of California.  The award recognizes attorneys who have been in private practice 5-9 years and have demonstrated excellent professional service.

Don earned his law degree from the University of Oregon School of Law in 2011. There he served as Managing Editor for the Oregon Law Review. He earned his undergraduate degree (B.S.) in Environmental Science from California Lutheran University in 2006.

Don is on the Board of Directors for the Inland Empire Bankruptcy Forum, and is a former Chair for the Commercial Law and Bankruptcy Section of the Orange County Bar Association.  His article, A Trustee's Roadmap for Piercing the Debtor's Corporate Veil, was published as the cover article for the Winter 2017 issue of the American Bankruptcy Trustee Journal.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4158 14th Riverside St., Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **Shioda Langley & Chang LLP's Application For Order Authorizing Payment of First and Final Fees and Reimbursement of Expenses** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/19/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Donna C Bullock**     donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Steven P Chang**     heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian**     mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Heidi M Cheng**     heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com
- **Susan Titus Collins**     scollins@counsel.lacounty.gov
- **Nicholas S Couchot**     ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com
- **Jeffrey W Dulberg**     jdulberg@pszjlaw.com
- **Oscar Estrada**     oestrada@ttc.lacounty.gov
- **Danielle R Gabai**     dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Runmin Gao**     ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com
- **Richard Girgado**     rgirgado@counsel.lacounty.gov
- **Brian T Harvey**     bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **M. Jonathan Hayes**     jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Teddy M Kapur**     tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh**     akebeh@danninggill.com
- **Peter A Kim**     peter@pkimlaw.com, peterandrewkim@yahoo.com
- **Christopher J Langley**     chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Paul J Leeds**     Pleeds@fsl.law, ssanchez@fsl.law
- **Benjamin R Levinson**     ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Damian J. Martinez**     damian.martinez@aalrr.com, julissa.ruiz@aalrr.com
- **Eric A Mitnick**     MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Giovanni Orantes**     go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Donald W Reid**     don@donreidlaw.com, ecf@donreidlaw.com
- **Matthew D. Resnik**     matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Peter J Ryan**     ryan@floresryan.com, schneider@floresryan.com
- **Allan D Sarver**     ADS@asarverlaw.com
- **Zev Shechtman**     zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **David Samuel Shevitz**     david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **John N Tedford**     jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**     hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:

On **10/19/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method <u>for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **10/19/2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/19/2022 | John Martinez | /s/ John Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**