| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gene H. Shioda – SBN 186780<br>ghs@slclawoffice.com<br>Christopher J. Langley – SBN 258851<br>chris@slclawoffce.com<br>Steven P. Chang – SBN 221783<br>schang@slclawoffice.com<br>SHIODA, LANGLEY & CHANG LLP<br>1063 E. Las Tunas Dr.<br>San Gabriel, CA 91776<br>Tel: (626)281-1232<br>Fax: (626)281-2919<br><br>☐ *Attorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor in Possession.<br><br><br>Debtor(s). | CASE NO.: 2:21-bk-16674-ER<br>CHAPTER: 11<br><br>**NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF:**<br><br>☐ **INTERIM FEES AND/OR EXPENSES**<br>☒ **FINAL FEES AND/OR EXPENSES**<br><br>**[11 U.S.C. § 331 OR § 330]** |
|---|---|

TO ALL INTERESTED PARTIES: NOTICE IS GIVEN that on the following date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving a fee and/or expense application(s):

1. **Application Information**:  ☐ See attached page for information on additional applicants
   a. Name of Applicant *(specify)*: Shioda Langley & Chang LLP
   b. Amount of fees requested: $ 292,159.
   c. Amount of costs requested: $ 5,806.78
   d. Period covered by Application *(specify)*: November 21, 2021 through October 19, 2022
   e. Address of Applicant *(specify)*: 1063 E. Las Tunas Dr. San Gabriel CA 91776
   *(If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant)*

2. Hearing Date 11/09/2022     Time 10:00 am     Courtroom 1568     Floor 15
   ☒ 255 East Temple Street, Los Angeles, CA 90012        ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

3. **Deadline for Opposition Papers**: If you wish to object to the application(s), you must file a written objection with the court and serve a copy of it upon the Applicant(s), the Debtor's attorney, and trustee's attorney, if any, no less than 14 days prior to the above hearing date.  If you fail to file a written objection to the application(s) within such time period, the court may treat such failure as a waiver of your right to object to the application(s) and may approve the application(s). If you wish to review the full application(s), you may review the application(s) on file with the court or obtain a copy from Applicant(s).

4. **Deadline for Filing Other Professional Fee Applications**: If the above application(s) are for payment of interim fees, pursuant to LBR 2016-1, other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner.  Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Date: 10/19/2022

Shioda Langley & Chang LLP
Print name of law firm

/s/Christopher J. Langley
Signature

Christopher J. Langley
Print name of attorney

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    F 2016-1.1.NOTICE.HEARING.APP.FEES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**4158 14th Riverside St., Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Hearing on Application for Payment of Final Fees and/or Expenses** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/19/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Donna C Bullock**     donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Steven P Chang**     heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian**     mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Heidi M Cheng**     heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com
- **Susan Titus Collins**     scollins@counsel.lacounty.gov
- **Nicholas S Couchot**     ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com
- **Jeffrey W Dulberg**     jdulberg@pszjlaw.com
- **Oscar Estrada**     oestrada@ttc.lacounty.gov
- **Danielle R Gabai**     dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Runmin Gao**     ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com
- **Richard Girgado**     rgirgado@counsel.lacounty.gov
- **Brian T Harvey**     bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **M. Jonathan Hayes**     jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Teddy M Kapur**     tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh**     akebeh@danninggill.com
- **Peter A Kim**     peter@pkimlaw.com, peterandrewkim@yahoo.com
- **Christopher J Langley**     chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Paul J Leeds**     Pleeds@fsl.law, ssanchez@fsl.law
- **Benjamin R Levinson**     ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Damian J. Martinez**     damian.martinez@aalrr.com, julissa.ruiz@aalrr.com
- **Eric A Mitnick**     MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Giovanni Orantes**     go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Donald W Reid**     don@donreidlaw.com, ecf@donreidlaw.com
- **Matthew D. Resnik**     matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Peter J Ryan**     ryan@floresryan.com, schneider@floresryan.com
- **Allan D Sarver**     ADS@asarverlaw.com
- **Zev Shechtman**     zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **David Samuel Shevitz**     david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **John N Tedford**     jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**     hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **10/19/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/19/2022 | John Martinez | /s/ John Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:21-bk-16674-ER<br>Central District of California<br>Los Angeles<br>Wed Oct 19 14:38:31 PDT 2022 | Avenue 8<br>c/o Darren Hubert<br>3900 Wilshire Blvd<br>Beverly Hills, CA 90212 | Chekian Law Office, Inc.<br>Chekian Law Office, Inc.<br>445 South Figueroa Street<br>31st Floor<br>Los Angeles, CA 90071-1635 |
| Corona Capital Group LLC<br>c/o Law Office of Eric Mitnick<br>21515 Hawthorne Bl #1030<br>Torrance, CA 90503-6579 | DANNING, GILL, ISRAEL & KRASNOFF, LLP | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Investment Management Company LLC<br>Law Offices Allan Sarver<br>16000 Ventura Blvd<br>Suite 1000<br>Encino, CA 91436-2762 |
| JINZHENG GROUP (USA) LLC<br>1414 S Azusa Ave, Suite B-22<br>West Covina, CA 91791-4084 | (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | LAW OFFICES OF PETER KIM<br>LAW OFFICES OF PETER KIM<br>3450 Wilshire Blvd<br>Ste 1200<br>Los Angeles, CA 90010-2214 |
| (p)OFFICE OF FINANCE   CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 | Orantes Law Firm, P.C.<br>The Orantes Law Firm, P.C.<br>3435 Wilshire Blvd., suite 2920<br>los angeles, CA 90010-2015 | Royal Business Bank<br>c/o Buchalter, A Professional Corp<br>Nicholas S. Couchot, Esq.<br>1000 Wilshire Blvd., Suite 1500<br>`<br>Los Angeles, CA 90017-1730 |
| Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | Sound Equity, Inc.<br>c/o Franklin Soto Leeds LLP<br>Attn: Paul J. Leeds, Esq<br>444 West C Street, Suite 300<br>San Diego, CA 92101-3597 | The Phalanx Group<br>c/o Michael Chekian, Esq.<br>Chekian Law Office<br>445 South Figueroa Street<br>31st Floor<br>Los Angeles, CA 90071-1635 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Accutax Services<br>9040 Telstar Ave Ste 105<br>El Monte CA 91731-2838 | American Modern Insurance<br>7000 Midland Blvd<br>Amelia OH 45102-2608 |
| BETTY ZHENG<br>28 N. 3RD ST. #b513<br>ALHAMBRA, CA 91801-6234 | BOBS LLC<br>Attn: Barry Shy<br>7525 Avalon Bay St<br>Las Vegas, NV 89139-5307 | BREEZEBLOCK CAPITAL, LLC<br>c/o Pacific Mortgage Exchange, Inc.<br>P.O. Box 2836<br>Big Bear Lake, CA 92315-2836 |
| Bamboo Insurance<br>7050 Union Park Center Ste 400B<br>Midvale UT 84047-6055 | Bentula Lenta, Inc.<br>David Park<br>800 W. 6th Street<br>Suite 1250<br>Los Angeles, CA 90017-2721 | Best Alliance<br>16133 Ventura Blvd.<br>Suite 700<br>Encino, CA 91436-2406 |
| Betula Lenta Inc.<br>800 West 6th Street<br>Suite 1250<br>Los Angeles, CA 90017-2721 | Build Group Construction Co<br>700 Flower St 575<br>Los Angeles CA 90017-4122 | California American Water<br>8657 Grand Ave<br>Rosemead CA 91770-1220 |

| | | |
|---|---|---|
| Coory Engineering<br>1718 N Neville St<br>ORANGE, CA 92865-4214 | Corona Capital Group, LLC<br>1222 Crenshaw Blvd.<br>#B<br>Torrance, CA 90501-2496 | Craig Fry & Associates<br>990 S. Arroya Pkwy, #4<br>Pasadena, CA 91105-3920 |
| Craig Fry and Associates<br>990 Arroyo Parkway #4<br>Pasadena, CA 91105-3920 | DNQ LLC<br>Jason D Wang<br>6145 W Spring Mountain Rd. #205<br>Las Vegas NV 89146-8819 | David S Zu<br>100 N Citrus St Ste 330<br>West Covina CA 91791-1674 |
| David Z. Su<br>100 N. Citrus Street Ste 615<br>West Covina, CA 91791-6600 | Donna Bullock<br>Attorney at Law<br>800 W 6th St<br>Suite 1250<br>Los Angeles, CA 90017-2721 | Donna Bullock Esq<br>Law Offices of Donna Bullock<br>800 W 6th St Suite 1250<br>Los Angeles CA 90017-2721 |
| EFI Global<br>5261 W Imperial Hwy<br>Los Angeles CA 90045-6231 | Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | Griffin Underwriters<br>PO Box 3867<br>Bellevue WA 98009-3867 |
| Home Loans Unlimited<br>Attn Daniel Triana<br>28859 Phantom Trail<br>Santa Clarita, CA 91390-5295 | Home Loans Unlimited, Inc.<br>28859 Phantom Trail<br>Santa Clarita, CA 91390-5295 | Investment Management Company<br>1507 7th Street, #344<br>Santa Monica, CA 90401-2605 |
| Jade Capital<br>333 Thornall St Ste 101<br>Edison NJ 08837-2220 | Jianqing Yang<br>PO Box 3702<br>Alhambra CA 91803-0702 | Jinzheng Group (USA) LLC<br>100 E. Huntington Dr. Ste 207<br>Alhambra, CA 91801-1022 |
| LA City Treasurer and Tax Collector<br>255 N Hill St 1st Fl<br>Los Angeles CA 90012-2705 | LT Management Group<br>1414 S. Azusa Ave.<br>Unit 22<br>West Covina, CA 91791-4088 | Land Design Consultants<br>800 Royal Oaks Drive<br>Suite 104<br>Monrovia, CA 91016-6364 |
| Law Offices of Matthew C. Mullhofer<br>2107 N. Broadway<br>Suite 103<br>Santa Ana, CA 92706-2633 | Los Angeles Treasurer Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 | Marc Cohen<br>Cohen Law Group, APC<br>541 S. Spring Street<br>Ste. 1208<br>Los Angeles, CA 90013-1667 |
| Michael Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 | Michael E. Dorff and Shari L. Dorff<br>3239 Bordero Lane<br>Thousand Oaks, CA 91362-4659 | Office of the United States Trustee<br>915 Wilshire Blvd.<br>Los Angeles, CA 90017-3409 |
| Overland Traffic Consultants<br>952 Manhattan Beach Blvd 100<br>Manhattan Beach CA 90266-5112 | Pacific Geotech Inc<br>Attn Jirayus Pukkansasut<br>15038 Clark Ave<br>Hacienda Heights CA 91745-1408 | Pacific Mortgae Exchange, Inc.<br>73241 Hwy. 111, Ste. 1-A<br>Palm Desert, CA 92260-3921 |

Pennington Construction Advisors Inc
Attn: Todd C. Pennington
79 Bell Pasture Rd
Ladera Ranch CA 92694-1558

Phalanx
424 E. 15th Street
Suite 10
Los Angeles, CA 90015-3140

(p)ROYAL BUSINESS BANK
1055 WILSHIRE BLVD SUITE 1220
LOS ANGELES CA 90017-3103

Royalty Equity Lending LLC
600 S. Spring Street
Suite 106
Los Angeles, CA 90014-1979

Shawn Charles Sourgose
2111 Seville Drive
Santa Paula, CA 93060-8042

State Farm Insurance
PO Box 588002
North Metro GA 30029-8002

Testa Capital Group
620 Newport Center Dr., #1100
Newport Beach, CA 92660-8011

Testa Capital Group
Attn Thomas L Testa
620 Newport Center Drive
Suite 1100
Newport Beach, CA 92660-8011

The Alison Company
2060 D Avenida De Los Arboles
#471
Thousand Oaks, CA 91362-1376

The Code Solution, Inc.
Attn Jamie Cho
800 W. 6th Street
Suite 1250 A
Los Angeles, CA 90017-2721

The Orantes Law Firm APC
3435 Wilshire Blvd. Ste 2920
Los Angeles, CA 90010-2015

The Phalanx Group
424 E. 15th St Ste 10
Los Angeles, CA 90015-3140

The Phalanx Group
Anthony Rodriguez
424 E 15th St Ste Unit 10
Los Angeles CA 90015-3140

The Phalanx Group, Inc.
Anthony Rodriguez
424 E. 1st Street, Unit #10
Los Angeles, CA 90012

The Phallanx Group
Anthony Rodriguez
424 E. 1st Street, Unit #10
Los Angeles CA 90012

UltraSystems Environmental
Attn Hassan Ayati
16431 Scientific Way
Irvine, CA 92618-4355

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Yepez Gardening Services
2121 N Marengo Ave
Pasadena CA 91001

Alphamorlai Lamine Kebeh
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Ste 450
Los Angeles, CA 90067-6006

Danielle R Gabai
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars Ste 450
Ste 450
Los Angeles, CA 90067-6006

Donna Bullock Carrera
LAW OFFICES OF DONNA BULLOCK
800 W 6th St
Ste 1250
Los Angeles, CA 90017-2721

Matthew Resnik
RHM LAW LLP
17609 Ventura Blvd. Suite 314
Encino, CA 91316-5132

Michael Douglas Carlin
PO Box 67132
Century City, CA 90067-0132

Zev Shechtman
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90051-0110

(d)LOS ANGELES COUNTY TREASURER AND TAX COLLE
PO BOX 54110
LOS ANGELES, CA 90054-0110

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

| | | |
|---|---|---|
| (d)Los Angeles County Tax Collector<br>225 N. Hill Street, #1<br>Los Angeles, CA 90012 | (d)Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 | (d)Los Angeles County Treasurer and Tax Colle<br>Attn: Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0110 |
| Royal Business Bank<br>1055 Wilshire Blvd.<br>Suite 1220<br>Los Angeles, CA 90017 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ATKINSON ANDELSON LOYA RUUD & ROMO | (u)Coldwell Banker Real Estate, LLC | (u)Courtesy NEF |
| (u)INTERESTED PARTY | (u)Koo, Chow & Company, LLP | (u)Michael E. Dorff and Shari L. Dorff |
| (u)OFFICIAL COMMITTEE OF UNSECURED CREDITORS | (u)Pachulski Stang Ziehl & Jones | (u)Re/Max Of Cerritos And Coldwell Banker |
| (u)Remax | (u)Royalty Equity Lending, LLC/Bobs LLC | (u)Shioda Langley and Chang LLP |
| (u)The Crem Group | (d)Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | (d)Franchise Tax Board<br>Bankruptcy Section, MS:A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| (d)Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (u)Ji Anqi Ngyang<br>66 Yuhua West Rd<br>Shi Ji Azhuang Hebei Province 050000 Chi | (d)The Phalanx Group, Inc.<br>Anthony Rodriguez<br>424 E. 1st Street, Unit #10<br>Los Angeles, CA 90012 |
| (u)Jay Wu<br>LT Management Group Estate | (u)Stephen Eng | End of Label Matrix<br>Mailable recipients    83<br>Bypassed recipients    20<br>Total                 103 |