1  ZEV SHECHTMAN (State Bar No. 266280)
   *zs@DanningGill.com*
2  ALPHAMORLAI L. KEBEH (State Bar No. 336798)
   *akebeh@DanningGill.com*
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  General Bankruptcy Counsel for Jinzheng Group
   (USA) LLC, Debtor and Debtor in Possession

7
                    **UNITED STATES BANKRUPTCY COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9
                        **LOS ANGELES DIVISION**
10

11 | In re | Case No. 2:21-bk-16674-ER |

12 | JINZHENG GROUP (USA) LLC, | Chapter 11 |

13 | Debtor and Debtor in Possession. | **STIPULATION TO CONTINUE HEARING ON PROFESSIONAL FEE APPLICATIONS** |

14

15 Old Date
   Date:      November 9, 2022
   Time:      10:00 a.m.
16 Crtrm.:    1568
                     255 East Temple Street
17                   Los Angeles, California 90012

18 New Date
   Date:      December 7, 2022
19 Time:      10:00 a.m.
   Crtrm.:    1568
20                   255 East Temple Street
                     Los Angeles, California 90012
21

22        The chapter 11 Debtor in Possession Jinzheng Group (USA) LLC, the Official Committee

23 of Unsecured Creditors, and Shioda Langley & Chang LLP stipulate as follows:

24        1.      The Debtor's counsel, Danning, Gill, Israel & Krasnoff, LLP, the Committee's

25 counsel, Pachulski Stang Ziehl & Jones, LLP, and the Debtor's former counsel Shioda Langley &

26 Chang LLP have each filed interim fee applications set for hearing on November, 9, 2022, at 10:00

27 a.m.

28

2.      To afford all parties time to review the fee applications and to allow the Debtor to focus its time and resources on the sale of the Debtor's real properties, the parties agree that a continuance of the hearing on fee applications is appropriate.

3.      Based on the foregoing, the parties agree, stipulate, and jointly request that the Court enter an order, in a form to be lodged by the Debtor, to continue the hearing on professional fee applications from November 9, 2022, at 10:00 a.m., to December 7, 2022, at 10:00 a.m.

**SO STIPULATED.**

DATED:  October 21, 2022          DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:      _/s/ Zev Shechtman_
         ZEV SHECHTMAN
         Attorneys for Jinzheng Group (USA) LLC, Debtor
         and Debtor in Possession

DATED:  October ___, 2022          PACHULSKI STANG ZIEHL & JONES LLP

By:      _____
         TEDDY M. KAPUR
         Attorneys for Official Committee of Unsecured
         Creditors

DATED:  October ___, 2022          SHIODA LANGLEY & CHANG LLP

By:      _____
         CHRISTOPHER LANGLEY
         Applicant, as Debtor's former counsel

2.      To afford all parties time to review the fee applications and to allow the Debtor to focus its time and resources on the sale of the Debtor's real properties, the parties agree that a continuance of the hearing on fee applications is appropriate.

3.      Based on the foregoing, the parties agree, stipulate, and jointly request that the Court enter an order, in a form to be lodged by the Debtor, to continue the hearing on professional fee applications from November 9, 2022, at 10:00 a.m., to December 7, 2022, at 10:00 a.m.

**SO STIPULATED.**

DATED:  October ___, 2022          DANNING, GILL, ISRAEL & KRASNOFF, LLP


By: _____
    **ZEV SHECHTMAN**
    Attorneys for Jinzheng Group (USA) LLC, Debtor
    and Debtor in Possession

DATED:  October 21, 2022          PACHULSKI STANG ZIEHL & JONES LLP


By: _____
    **TEDDY M. KAPUR**
    Attorneys for Official Committee of Unsecured
    Creditors

DATED:  October 21, 2022          SHIODA LANGLEY & CHANG LLP


By: _____
    **CHRISTOPHER LANGLEY**
    Applicant, as Debtor's former counsel

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  <u>STIPULATION TO CONTINUE HEARING ON PROFESSIONAL FEE APPLICATIONS</u>  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>October 21, 2022</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 21, 2022 | Vivian Servin | */s/ Vivian Servin* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ADDITIONAL SERVICE INFORMATION (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Donna C Bullock**    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com

- **Steven P Chang**    heidi@spclawoffice.com,
  schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com

- **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com

- **Heidi M Cheng**    heidi@slclawoffice.com,
  assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

- **Susan Titus Collins**    scollins@counsel.lacounty.gov

- **Nicholas S Couchot**    ncouchot@buchalter.com,
  docket@buchalter.com;marias@buchalter.com

- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com

- **Oscar Estrada**    oestrada@ttc.lacounty.gov

- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com

- **Runmin Gao**    ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com

- **Richard Girgado**    rgirgado@counsel.lacounty.gov

- **Brian T Harvey**    bharvey@buchalter.com,
  IFS_filing@buchalter.com;dbodkin@buchalter.com

- **M. Jonathan Hayes**    jhayes@rhmfirm.com,
  roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

- **Teddy M Kapur**    tkapur@pszjlaw.com, mdj@pszjlaw.com

- **Alphamorlai Lamine Kebeh**    akebeh@danninggill.com

- **Peter A Kim**    peter@pkimlaw.com, peterandrewkim@yahoo.com

- **Christopher J Langley**    chris@slclawoffice.com,
  omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

- **Paul J Leeds**    Pleeds@fsl.law, ssanchez@fsl.law

- **Benjamin R Levinson**    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE

- **Damian J. Martinez**    damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

- **Eric A Mitnick**    MitnickLaw@gmail.com, mitnicklaw@gmail.com

- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

- **Donald W Reid**    don@donreidlaw.com, ecf@donreidlaw.com

- **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

- **Peter J Ryan**    ryan@floresryan.com, schneider@floresryan.com

- **Allan D Sarver**    ADS@asarverlaw.com

- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

- **David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

- **John N Tedford**    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

- **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**