ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**FILED & ENTERED**

**OCT 24 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>        Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON PROFESSIONAL FEE APPLICATIONS**<br><br>Old Date<br>Date:    November 9, 2022<br>Time:    10:00 a.m.<br>Crtrm.:  1568<br>           255 East Temple Street<br>           Los Angeles, California 90012<br><br>New Date<br>Date:    December 7, 2022<br>Time:    10:00 a.m.<br>Crtrm.:  1568<br>           255 East Temple Street<br>           Los Angeles, California 90012 |

The chapter 11 Debtor in Possession Jinzheng Group (USA) LLC, the Official Committee of Unsecured Creditors, and Shioda Langley & Chang LLP having filed on or about October 21, 2022, their *Stipulation to Continue Hearing on Professional Fee Applications* [Doc. No. 416] (the "Stipulation"); good cause appearing therefor; it is hereby

ORDERED THAT:

1. The ~~S~~stipulation is approved.

2. The hearing on professional fee applications is continued from November 9, 2022, at 10:00 a.m., to **December 7, 2022, at 10:00 a.m.**

####

Date: October 24, 2022

*[signature]*

Ernest M. Robles
United States Bankruptcy Judge

1696343.1  27086

2