ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>Debtor. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**DEBTOR'S NOTICE OF MOTION TO AUTHORIZE SALE OF REAL PROPERTY LOCATED AT 150 EAST LA SIERRA DRIVE, ARCADIA, CALIFORNIA 91006, FREE AND CLEAR OF LIENS**<br><br>Date:    November 15, 2022<br>Time:    11:00 a.m.<br>Crtrm.:  1568<br>          255 East Temple Street<br>          Los Angeles, California 90012 |

TO THE HONORABLE ERNEST M. ROBLES AND INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on November 15, 2022 at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1568 of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California, Jinzheng Group (USA), LLC, Debtor and Debtor in Possession (the "Debtor"), will move and has contemporaneously herewith filed a motion (the "Motion") under 11 U.S.C. §§ 363(b) and (f), and Local Bankruptcy Rules 6004-1(c) and 9013-1, for an order authorizing the sale of the estate's right, title and interest in real property located at 150 East La Sierra Drive, Arcadia, California 91006 (the "Property"), free and clear of liens,

interests, and other encumbrances. The proposed sale is pursuant to a Purchase and Sale Agreement (the "PSA"), a copy of which is attached to the Motion as Exhibit "1."

The Motion is made on the following grounds: the Debtor is requesting authority to sell the Property free and clear of liens pursuant to 11 U.S.C. § 363.

Pursuant to Local Bankruptcy Rule 6004-1(c), the Debtor provides the following information:

A. The date, time and place of the hearing on the Motion are set forth above.

B. The Debtor has proposed the sale of the Property to Kenny Yu (the "Buyer"), subject to opportunities for overbidding.

C. The property to be sold consists of all of the Debtor's right, title, and interest in the Property, which is located at 150 East La Sierra Drive, Arcadia, California 91006, bearing Assessor Parcel Number 5781-010-063.

D. Any and all contingencies agreed to relating to the sale have been waived, and thus the sale will not be contingent upon any events or conditions other than this Court's approval and potential overbidding.

E. The Property will be sold for **$2,100,000 (the "Proposed Sale Price"), subject to overbid, in its "as is," "where is" condition, with no warranty or recourse whatsoever.** The Buyer has conducted all due diligence on the Property that the Buyer believes is necessary for the completion of this sale.

F. Based on a review of the Debtor's schedules, proofs of claim filed in the Debtor's case, and a preliminary title report, a copy of which is attached with the Motion, the only known liens and encumbrances against the Property are:

1. A deed of trust in favor of Sound Equity Inc. ("Sound"), securing a note in the amount of approximately $2,340,000 (the "Sound Deed of Trust"). According to Sound, the current amount of debt outstanding on the note is approximately $1,928,454.69. This amount is allegedly comprised of a principal debt of $1,551,633.59, standard interest charges in the amount of $12,011.88, default interest charges in the sum of approximately $302,050.64, attorneys' fees in the

amount of at least $8,100, and various other fees and charges in the amount of $54,658.58 (the "Miscellaneous Fees").

    2.    A claim of mechanic's lien in favor of Resco Electric, Inc. ("Resco"), in the amount of $3,837.24 (the "Resco Lien").

    3.    A claim of mechanic's lien in favor of the TCS Building Solution, Inc. ("TCS"), in the amount of $350,000 (the "TCS Lien").

The liens and claims in favor of Sound, Resco, and TCS are referred to hereinafter collectively as the "Subject Liens." The Debtor disputes: (a) the default interest, attorneys' fees, and Miscellaneous Fees asserted by Sound[1], (b) the Resco lien, and (c) the TCS Lien. The Debtor is preparing to object to such disputed portions of the Subject Liens. Thus, such disputed portions of the Subject Liens are subject to a bona fide dispute under section 363(f)(4) of the Bankruptcy Code. Accordingly, the Debtor seeks to sell the Property free and clear of the Subject Liens, including free and clear of the disputed portions. The Debtor intends to sell the Property free and clear of these liens, satisfy the undisputed amounts owed under the Subject Liens in full from the net sale proceeds, and attach the disputed portions to the net proceeds of the sale with the same force, effect, validity and priority that they have with respect to the Property.

Under Ninth Circuit and other authorities, default interest and other charges by oversecured creditors may be disallowed when they are inequitable. The Debtor is preparing to object to the default interest allegedly accrued in connection with the Sound Deed of Trust (the "Default Interest") because they are inequitable in the present circumstances. The Debtor believes that the default interest rate asserted by Sound would cause significant harm to the Debtor's creditors and the estate. Therefore, the Debtor plans to object to Sound's claims to determine that the Default Interest and other disputed portions are inequitable. The Debtor is also preparing to object to the claim for attorneys' fees and Miscellaneous Fees asserted by Sound because the Debtor believes that such fees are not allowable under the Bankruptcy Code. Additionally, Debtor believes that the

---

[1] The Debtor reserves its right to object to the standard contractual interest charges asserted by Sound at a later time within the context of a claim objection or similar proceeding.

1696335.1  27086        3

TCS Lien is subject to challenge both as (1) a preferential transfer under section 547 of the Bankruptcy Code and (2) an unenforceable lien pursuant to California Civil Code §8460 and is therefore avoidable under section 544 of the Bankruptcy Code. Similarly, the Resco lien appears to be unenforceable under California Civil Code §8460 and is therefore avoidable under section 544 of the Bankruptcy Code. Thus, the sale of the Property will be made free and clear of the disputed portions of the Subject Liens, including the default interest asserted by Sound, which will attach to the sale proceeds with the same force, effect, validity, and priority that they have with respect to the Property. Specifically, the Debtor will hold the applicable net sale proceeds in escrow, subject to further Court order.

G. The proposed sale is subject to higher and better bids and, by way of this Motion, the Debtor is requesting that the Court approve the overbid procedures described in the accompanying memorandum of points and authorities, summarized as follows:

1. **Minimum initial overbid**: $2,150,000 (i.e. $50,000 above the Buyer's current offer).

2. **Minimum overbidding increments**: $10,000.

3. **Initial overbid deposit**: $64,500.

4. **Qualification for overbidding**: Any party wishing to overbid on the Property must deliver no later than November 10, 2022 to the Debtor c/o Danning, Gill, Israel & Krasnoff, LLP, Attn: Alphamorlai L. Kebeh, 1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067:

   i. a cashier's check payable to "Jinzheng Group (USA) LLC" in the amount of $64,500, and

   ii. a written, executed overbid in the form attached as Exhibit "2" to the Declaration of Alphamorlai L. Kebeh.

No party will be allowed to bid on the Property absent timely delivery of the initial overbid deposit and the written, executed overbid form (unless the Debtor exercises its discretion to allow such bid). The Debtor in its sole discretion may determine that a party desiring to bid is not qualified due to insufficient documentation or financial qualifications. The Debtor will consult

with the Committee's counsel regarding submitted overbids. Accordingly, any party wishing to bid is encouraged to contact the Debtor's counsel at least one week before the hearing to ensure qualification.

H. **Back-up bidders**: Any qualified overbidder who is not the successful overbidder may opt to be a back-up bidder, subject to the Debtor's approval, in which case such back-up bidder's initial deposit will be retained by the Debtor's counsel until the sale closes.

I. **Estimated Net Sale Proceeds**: The opening sale price for the Property is $2,100,000. The Debtor estimates that the breakdown of the net sale proceeds, with 5% broker's commission, liens, fees, and anticipated costs of sale, as follows:

| | |
|---|---|
| Sale Price | $2,100,000.00 |
| Commission to Debtor's Brokers (3%) | ($63,000.00) |
| Commission to Buyer's Broker (2%) | ($42,000.00) |
| Sale costs (estimated 2% of Sale Price) | ($42,000.00) |
| Sound Deed of Trust (Principal and Standard Interest Only)[2] | ($1,563,645.47) |
| **Estimated Net Sale Proceeds** | **$389,354.53** |

J. The Debtor proposes to pay a real estate broker's commission of 5% of the sale price of the Property as follows: 1.5% each to Coldwell Banker Realty and Re/Max of Cerritos as the Debtor's brokers, and 2% to Re/Max Universal as the Buyer's broker. If there is a successful overbidder (i.e., not the Buyer), and such successful overbidder is represented by a broker, the Debtor shall pay a real estate broker's commission of 5% of the sale price of the Property as follows: 3% to the Debtor's brokers and 2% to the successful overbidder's broker. If such successful overbidder does not have a broker or if the brokers represent both the Debtor and the buyer, the Debtor shall pay a real estate broker's commission of 4% of the sale price of the Property as follows: 2% each to Coldwell Banker Realty and Re/Max of Cerritos.

---

[2] As stated previously, the Debtor proposes to pay Sound the value of its accrued contractual standard interest without prejudice to the Debtor's right to object to Sound's claims at a later date.

K.  **Anticipated Taxes**: The Debtor is inquiring with its tax consultant regarding the potential tax consequences of the sale. The Debtor expects to provide an update with respect to any tax consequences at or prior to the hearing on the Motion.

This Motion is based upon this Notice of Motion, the Motion, the Memorandum of Points and Authorities, the Declarations of Zhao Pu Yang, Kenny Yu, Stephen Eng, and Alphamorlai L. Kebeh, and Request for Judicial Notice; the papers and pleadings in the Debtor's bankruptcy case; and such other evidence that may be presented at the hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), each interested party opposing, joining in, or responding to the Motion must, not later than **14 days** before the date of the hearing, file with the Clerk of the Bankruptcy Court and serve upon the Debtor's undersigned general counsel either: (i) a complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all evidence on which the responding party intends to rely, and any responding memorandum of points and authorities; or (ii) a written statement that the Motion will not be opposed.

Pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve papers may be deemed by the Court to be consent to the granting of the Motion.

DATED: October 24, 2022                DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:  _____/s/ Alphamorlai L. Kebeh_____
ALPHAMORLAI L. KEBEH
General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

DATE OF MAILING: October 24, 2022

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  DEBTOR'S NOTICE OF MOTION TO AUTHORIZE SALE OF REAL PROPERTY LOCATED AT 150 EAST LA SIERRA DRIVE, ARCADIA, CALIFORNIA 91006, FREE AND CLEAR OF LIENS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  October 24, 2022  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**: On October 24, 2022 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 24, 2022 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Donna C Bullock on behalf of Interested Party Donna Bullock Carrera
donnabullockcarrera@yahoo.com, donna.bullock@ymail.com

Steven P Chang on behalf of Interested Party Courtesy NEF
heidi@spclawoffice.com,
schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com

Michael F Chekian on behalf of Creditor The Phalanx Group
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Michael F Chekian on behalf of Interested Party Chekian Law Office, Inc.
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Heidi M Cheng on behalf of Plaintiff JINZHENG GROUP (USA) LLC
heidi@slclawoffice.com,
assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Susan Titus Collins on behalf of Interested Party INTERESTED PARTY     scollins@counsel.lacounty.gov

Nicholas S Couchot on behalf of Creditor Royal Business Bank
ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com

Jeffrey W Dulberg on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jdulberg@pszjlaw.com

Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
oestrada@ttc.lacounty.gov

Danielle R Gabai on behalf of Debtor JINZHENG GROUP (USA) LLC     dgabai@danninggill.com,
dgabai@ecf.courtdrive.com

Runmin Gao on behalf of Plaintiff JINZHENG GROUP (USA) LLC     ivy.gao@aalrr.com,
alicia.mcmaster@aalrr.com

Runmin Gao on behalf of Plaintiff JINZHENG GROUP (USA) LLC     ivy.gao@aalrr.com,
alicia.mcmaster@aalrr.com

Richard Girgado on behalf of Interested Party Courtesy NEF     rgirgado@counsel.lacounty.gov

Brian T Harvey on behalf of Interested Party Courtesy NEF
bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Teddy M Kapur on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
tkapur@pszjlaw.com, mdj@pszjlaw.com

Alphamorlai Lamine Kebeh on behalf of Debtor JINZHENG GROUP (USA) LLC     akebeh@danninggill.com

Alphamorlai Lamine Kebeh on behalf of Plaintiff JINZHENG GROUP (USA) LLC     akebeh@danninggill.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

Peter A Kim on behalf of Attorney LAW OFFICES OF PETER KIM        peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Betula Lenta Inc        peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant David Park    peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Jonathan Pae        peter@pkimlaw.com, peterandrewkim@yahoo.com

Christopher J Langley on behalf of Attorney Shioda Langley and Chang LLP
chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Christopher J Langley on behalf of Plaintiff JINZHENG GROUP (USA) LLC
chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Paul J Leeds on behalf of Creditor Sound Equity, Inc.        Pleeds@fsl.law, ssanchez@fsl.law

Benjamin R Levinson, ESQ on behalf of Creditor Michael E. Dorff and Shari L. Dorff
ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Eric A Mitnick on behalf of Creditor Corona Capital Group LLC        MitnickLaw@gmail.com, mitnicklaw@gmail.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF        MitnickLaw@gmail.com, mitnicklaw@gmail.com

Giovanni Orantes on behalf of Other Professional Orantes Law Firm, P.C.
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Donald W Reid on behalf of Interested Party INTERESTED PARTY        don@donreidlaw.com, ecf@donreidlaw.com

Matthew D. Resnik on behalf of Attorney Matthew Resnik
matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik on behalf of Creditor Royalty Equity Lending, LLC/Bobs LLC
matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik on behalf of Interested Party Courtesy NEF
matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Peter J Ryan on behalf of Defendant Testa Capital Group        ryan@floresryan.com, schneider@floresryan.com

Peter J Ryan on behalf of Defendant Thomas L. Testa        ryan@floresryan.com, schneider@floresryan.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

Allan D Sarver on behalf of Creditor Investment Management Company LLC    ADS@asarverlaw.com

Allan D Sarver on behalf of Interested Party Courtesy NEF    ADS@asarverlaw.com

Zev Shechtman on behalf of Attorney DANNING, GILL, ISRAEL & KRASNOFF, LLP
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor JINZHENG GROUP (USA) LLC    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party INTERESTED PARTY    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Plaintiff JINZHENG GROUP (USA) LLC    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

John N Tedford, IV on behalf of Interested Party INTERESTED PARTY
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

## 2. SERVED BY U.S. MAIL

| | | |
|---|---|---|
| JINZHENG GROUP (USA) LLC<br>1414 S Azusa Ave, Suite B-22<br>West Covina, CA 91791 | The Honorable Ernest M. Robles<br>U.S. Bankruptcy Court<br>255 E. Temple Street, Suite 1560<br>Los Angeles, CA 90012 | Lienholder<br>Resco Electric Inc.<br>2431 W. Washington Blvd., #B<br>Los Angeles, CA 90018 |
| Lienholder<br>Resco Electric Inc.,<br>Agent for Service of Process<br>YOUNG H PARK<br>350 FULLER AVE<br>LOS ANGELES, CA 90036 | Lienholder<br>TCS Building Solution, Inc.<br>800 W. 6th Street, #1250<br>Los Angeles, CA 90017 | Lienholder<br>TCS Building Solution, Inc.<br>Agent for Service of Process<br>BRIAN G YOU<br>800 W 6TH ST SUITE 1250<br>LOS ANGELES, CA 90017 |
| DNQ, LLC<br>Jason D. Wang<br>6145 W. Spring Mountain Road, #205<br>Las Vegas, NV 89146 | | |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Avenue 8<br>c/o Darren Hubert<br>3900 Wilshire Blvd<br>Beverly Hills, CA 90212 | Chekian Law Office, Inc.<br>Chekian Law Office, Inc.<br>445 South Figueroa Street<br>31st Floor<br>Los Angeles, CA 90071-1635 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | Orantes Law Firm, P.C.<br>The Orantes Law Firm, P.C.<br>3435 Wilshire Blvd., suite 2920<br>los angeles, CA 90010-2015 | OFFICE OF FINANCE CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 |
| Michael Douglas Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Accutax Services<br>9040 Telstar Ave Ste 105<br>El Monte CA 91731-2838 |
| American Modern Insurance<br>7000 Midland Blvd<br>Amelia OH 45102-2608 | BETTY ZHENG<br>28 N. 3RD ST. #b513<br>ALHAMBRA, CA 91801-6234 | BOBS LLC<br>Attn: Barry Shy<br>7525 Avalon Bay St<br>Las Vegas, NV 89139-5307 |
| BREEZEBLOCK CAPITAL, LLC<br>c/o Pacific Mortgage Exchange, Inc.<br>P.O. Box 2836<br>Big Bear Lake, CA 92315-2836 | Bamboo Insurance<br>7050 Union Park Center Ste 400B<br>Midvale UT 84047-6055 | Bentula Lenta, Inc.<br>David Park<br>800 W. 6th Street<br>Suite 1250<br>Los Angeles, CA 90017-2721 |
| Best Alliance<br>16133 Ventura Blvd.<br>Suite 700<br>Encino, CA 91436-2406 | Betula Lenta Inc.<br>800 West 6th Street<br>Suite 1250<br>Los Angeles, CA 90017-2721 | Build Group Construction Co<br>700 Flower St 575<br>Los Angeles CA 90017-4122 |
| California American Water<br>8657 Grand Ave<br>Rosemead CA 91770-1220 | Coory Engineering<br>1718 N Neville St<br>ORANGE, CA 92865-4214 | Corona Capital Group, LLC<br>1222 Crenshaw Blvd.<br>#B<br>Torrance, CA 90501-2496 |
| Craig Fry & Associates<br>990 S. Arroya Pkwy, #4<br>Pasadena, CA 91105-3920 | Craig Fry and Associates<br>990 Arroyo Parkway #4<br>Pasadena, CA 91105-3920 | DNQ LLC<br>Jason D Wang<br>6145 W Spring Mountain Rd. #205<br>Las Vegas NV 89146-8819 |
| David S Zu<br>100 N Citrus St Ste 330<br>West Covina CA 91791-1674 | David Z. Su<br>100 N. Citrus Street Ste 615<br>West Covina, CA 91791-6600 | Donna Bullock<br>Attorney at Law<br>800 W 6th St<br>Suite 1250<br>Los Angeles, CA 90017-2721 |
| Donna Bullock Esq<br>Law Offices of Donna Bullock<br>800 W 6th St Suite 1250<br>Los Angeles CA 90017-2721 | EFI Global<br>5261 W Imperial Hwy<br>Los Angeles CA 90045-6231 | Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 720, MS: A-260<br>Rancho Cordova, CA 95741-1720 |
| Home Loans Unlimited<br>Attn Daniel Triana<br>28859 Phantom Trail<br>Santa Clarita, CA 91390-5295 | Home Loans Unlimited, Inc.<br>28859 Phantom Trail<br>Santa Clarita, CA 91390-5295 | Griffin Underwriters<br>PO Box 3867<br>Bellevue WA 98009-3867 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Investment Management Company<br>1507 7th Street, #344<br>Santa Monica, CA 90401-2605 | Jade Capital<br>333 Thornall St Ste 101<br>Edison NJ 08837-2220 | Ji Anqi Ngyang<br>66 Yuhua West Rd<br>Shi Ji Azhuang Hebei Province 050000<br>Chi |
| Jianqing Yang<br>PO Box 3702<br>Alhambra CA 91803-0702 | Jinzheng Group (USA) LLC<br>100 E. Huntington Dr. Ste 207<br>Alhambra, CA 91801-1022 | LA City Treasurer and Tax Collector<br>255 N Hill St 1st Fl<br>Los Angeles CA 90012-2705 |
| LT Management Group<br>1414 S. Azusa Ave.<br>Unit 22<br>West Covina, CA 91791-4088 | Land Design Consultants<br>800 Royal Oaks Drive<br>Suite 104<br>Monrovia, CA 91016-6364 | Law Offices of Matthew C. Mullhofer<br>2107 N. Broadway<br>Suite 103<br>Santa Ana, CA 92706-2633 |
| Los Angeles Treasurer Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 | Marc Cohen<br>Cohen Law Group, APC<br>541 S. Spring Street<br>Ste. 1208<br>Los Angeles, CA 90013-1667 | Michael Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 |
| Michael E. Dorff and Shari L. Dorff<br>3239 Bordero Lane<br>Thousand Oaks, CA 91362-4659 | Donna Bullock Carrera<br>LAW OFFICES OF DONNA BULLOCK<br>800 W 6th St., Ste 1250<br>Los Angeles, CA 90017-2721 | Overland Traffic Consultants<br>952 Manhattan Beach Blvd 100<br>Manhattan Beach CA 90266-5112 |
| Pacific Geotech Inc<br>Attn Jirayus Pukkansasut<br>15038 Clark Ave<br>Hacienda Heights CA 91745-1408 | Pacific Mortgae Exchange, Inc.<br>73241 Hwy. 111, Ste. 1-A<br>Palm Desert, CA 92260-3921 | Pennington Construction Advisors Inc<br>Attn: Todd C. Pennington<br>79 Bell Pasture Rd<br>Ladera Ranch CA 92694-1558 |
| Phalanx<br>424 E. 15th Street<br>Suite 10<br>Los Angeles, CA 90015-3140 | ROYAL BUSINESS BANK<br>1055 WILSHIRE BLVD SUITE 1220<br>LOS ANGELES CA 90017-3103 | Royalty Equity Lending LLC<br>600 S. Spring Street<br>Suite 106<br>Los Angeles, CA 90014-1979 |
| Shawn Charles Sourgose<br>2111 Seville Drive<br>Santa Paula, CA 93060-8042 | State Farm Insurance<br>PO Box 588002<br>North Metro GA 30029-8002 | Testa Capital Group<br>620 Newport Center Dr., #1100<br>Newport Beach, CA 92660-8011 |
| Testa Capital Group<br>Attn Thomas L Testa<br>620 Newport Center Drive<br>Suite 1100<br>Newport Beach, CA 92660-8011 | The Alison Company<br>2060 D Avenida De Los Arboles<br>#471<br>Thousand Oaks, CA 91362-1376 | The Code Solution, Inc.<br>Attn Jamie Cho<br>800 W. 6th Street<br>Suite 1250 A<br>Los Angeles, CA 90017-2721 |
| The Orantes Law Firm APC<br>3435 Wilshire Blvd. Ste 2920<br>Los Angeles, CA 90010-2015 | The Phalanx Group<br>424 E. 15th St Ste 10<br>Los Angeles, CA 90015-3140 | The Phalanx Group<br>Anthony Rodriguez<br>424 E 15th St Ste Unit 10<br>Los Angeles CA 90015-3140 |
| The Phalanx Group, Inc.<br>Anthony Rodriguez<br>424 E. 1st Street, Unit #10<br>Los Angeles, CA 90012 | UltraSystems Environmental<br>Attn Hassan Ayati<br>16431 Scientific Way<br>Irvine, CA 92618-4355 | The Phallanx Group<br>Anthony Rodriguez<br>424 E. 1st Street, Unit #10<br>Los Angeles CA 90012 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

Matthew Resnik
RHM LAW LLP
17609 Ventura Blvd. Suite 314
Encino, CA 91316-5132

Yepez Gardening Services
2121 N Marengo Ave
Pasadena CA 91001

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**