| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ALPHAMORLAI L. KEBEH (State Bar No. 336798)<br>akebeh@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone (310) 277-0077<br>Facsimile (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Jinzheng Group (USA) LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br><br>JINZHENG GROUP (USA) LLC,<br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-16674-ER<br>CHAPTER: 11<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 11/15/2022 | **Time:** 11:00 am |
|---|---|
| **Location:** Courtroom 1568, 255 E. Temple Street, Los Angeles, California 90012 ||

**Type of Sale**:  ☒ Public   ☐ Private      **Last date to file objections**: 11/01/2022

**Description of property to be sold**: All of Debtor's right, title and interest in real property located at 150 East La Sierra Drive, Arcadia, California 91006 (the "Property"), Assessor Parcel Number 5781-010-063, free and clear of liens, interests, and other encumbrances

**Terms and conditions of sale**:
All cash, as-is, where-is condition, with no warranty or recourse whatsoever.

**Proposed sale price**: $ 2,100,000.00

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                                    **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*)**: Minimum initial overbid: $2,150,000; minimum overbidding increments: $10,000; initial deposit: $64,500.  Any party wishing to overbid on the Property must deliver no later than November 10, 2022 to the Debtor, c/o Alphamorlai Kebeh,  Danning, Gill, Israel & Krasnoff, LLP, 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067, a cashier's check payable to "Jinzheng Group (USA) LLC" in the amount of $64,500 and an overbid form.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**
November 15, 2022 at 11:00 a.m. in Courtroom 1568, 255 E. Temple Street, Los Angeles, California 90012

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**
Alphamorlai L. Kebeh, Esq.
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA  90067
Telephone (310) 277-0077
Facsimile (310) 277-5735
email: akebeh@DanningGill.com

Date: 10/24/2022

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 2  **F 6004-2.NOTICE.SALE**