ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
*akebeh@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:21-bk-16674-ER |
| JINZHENG GROUP (USA) LLC, | Chapter 11 |
|     Debtor and Debtor-in Possession. | **STATUS REPORT RE:** |
| | **ORDER GRANTING DEBTOR'S MOTION TO AUTHORIZE SALE OF REAL PROPERTY COMMONLY KNOWN AS 6840 DE CELIS PLACE, APT 9, VAN NUYS, CALIFORNIA 91406 FREE AND CLEAR OF LIENS [Docket No. 387]** |
| | <u>Hearing Date, Time, and Place</u><br>Date:    October 24, 2022<br>Time:    11:00 a.m.<br>Place:    Courtroom 1568<br>           255 E. Temple Street<br>           Los Angeles, California 90012 |

1696910.1  27086                                                1

1 At the conclusion of the above mentioned hearing regarding the Motion to Authorize Sale of Real Property Commonly Known as 6840 De Celis Place, Apt 9, Van Nuys, California 91406 Free and Clear of Liens, *docket no. 387* (the "Motion"), filed by Jinzheng Group (USA) LLC (the "Debtor"), the Court directed the Debtor to meet and confer with the objecting secured creditors regarding the form of the order and submit a proposed order within one week of that date. The parties have been communicating regarding the form of the order, but have not yet concluded their efforts to meet and confer. The Debtor intends to submit a form of order as soon as possible after completing its effort to meet and confer with the other parties.

DATED: October 31, 2022    DANNING, GILL, ISRAEL & KRASNOFF, LLP


By:    */s/ Zev Shechtman*
ZEV SHECHTMAN
Attorneys for General Bankruptcy Counsel for Jinzheng Group (USA) LLC, Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  STATUS REPORT RE:  ORDER GRANTING DEBTOR'S MOTION TO AUTHORIZE SALE OF REAL PROPERTY COMMONLY KNOWN AS 6840 DE CELIS PLACE, APT 9, VAN NUYS, CALIFORNIA 91406 FREE AND CLEAR OF LIENS [Docket No. 387] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  October 31, 2022  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 31, 2022 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Donna C Bullock**  donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Steven P Chang**  heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian**  mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Heidi M Cheng**  heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com
- **Susan Titus Collins**  scollins@counsel.lacounty.gov
- **Nicholas S Couchot**  ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com
- **Jeffrey W Dulberg**  jdulberg@pszjlaw.com
- **Oscar Estrada**  oestrada@ttc.lacounty.gov
- **Danielle R Gabai**  dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Runmin Gao**  ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com
- **Richard Girgado**  rgirgado@counsel.lacounty.gov
- **Brian T Harvey**  bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **M. Jonathan Hayes**  jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Teddy M Kapur**  tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh**  akebeh@danninggill.com
- **Peter A Kim**  peter@pkimlaw.com, peterandrewkim@yahoo.com
- **Christopher J Langley**  chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Paul J Leeds**  Pleeds@fsl.law, ssanchez@fsl.law
- **Benjamin R Levinson**  ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Damian J. Martinez**  damian.martinez@aalrr.com, julissa.ruiz@aalrr.com
- **Eric A Mitnick**  MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Giovanni Orantes**  go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- **Donald W Reid**    don@donreidlaw.com, ecf@donreidlaw.com

- **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

- **Peter J Ryan**    ryan@floresryan.com, schneider@floresryan.com

- **Allan D Sarver**    ADS@asarverlaw.com

- **Zev Shechtman**    zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

- **David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

- **John N Tedford**    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

- **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**