FRANKLIN SOTO LEEDS LLP
Paul J. Leeds (Bar No. 214309)
pleeds@fsl.law
Meredith King (Bar No. 280043)
mking@fsl.law
444 West C Street, Suite 300
San Diego, California 92101
Tel:  619.872.2520
Fax: 619.566.0221

Attorneys for *Sound Equity Inc.*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA,

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor. | Case No.: 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**DECLARATION OF PAUL J. LEEDS, IN SUPPORT OF SOUND EQUITY INC.'S OPPOSITION TO DEBTOR'S MOTION TO AUTHORIZE SALE OF REAL PROPERTY LOCATED AT 150 EAST LA SIERRA DRIVE, ARCADIA, CALIFORNIA 91006, FREE AND CLEAR OF LIENS**<br><br>**PROPERTY ADDRESS:**<br>**150 LA SIERRA LLC**<br>**ARCADIA, CA 91106**<br><br>[Memorandum of Points and Authorities and Declaration of Ken Hansen concurrently filed herewith]<br><br>**HEARING:**<br>Date:     November 15, 2022<br>Time:    11:00 a.m.<br>Crtrm.:   1568<br>            255 E. Temple Street<br>            Los Angeles, California 90012<br>Judge:   Ernest M. Robles |

Case. No. 2:21-bk-16674-ER

DECLARATION OF PAUL J. LEEDS

I, Paul J. Leeds, declare as follows:

1. I am, and at all relevant times herein mentioned have been, an attorney duly licensed to practice law in the State of California in all state and federal courts. I am a partner with the law firm of Franklin Soto Leeds LLP ("FSL"), attorneys for Sound Equity Inc. ("Sound Equity"), secured creditor of 150 La Sierra, LLC (the "La Sierra Borrower"), whose manager member is Jinzheng Group (USA) LLC ("Jinzheng"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case (the "Bankruptcy").

2. I make this Declaration in support of Sound Equity's Limited Opposition to Debtor's *Motion to Authorize Sale of Real Property located at 150 East La Sierra Drive, Arcadia, California 91006, Free And Clear Of Liens)* (the "Sale Motion"). [Doc 421], based on my own personal knowledge. If called as a witness, I could and would competently testify to the matters contained herein.

3. I have reviewed the billing records kept by FSL in connection with this Bankruptcy and the attorney fees and costs identified in this declaration are based upon FSL's billing records kept in the ordinary course of business which are true and correct to the best of my knowledge as of the date of this declaration. All entries made into FSL's billing records are made at or near the time that services were performed by the individual who performs the services described, and FSL's professionals are required to record their time as part of their duties at FSL.

4. The hourly rates charged by FSL and its professionals in connection with this Case are the usual hourly rates charged for similar legal matters and are equivalent to those rates charged by comparably skilled practitioners in cases titled under Title 11 of the United States Code in the Central District of California.

5. Sound Equity has had an opportunity to review on a monthly basis all the statements for fees and expenses identified in this declaration and has approved in full the amounts identified herein.

1    Case. No. 2:21-bk-16674-ER

DECLARATION OF PAUL J. LEEDS

6. Between July 1, 2022 and July 20, 2022 FSL incurred attorney fees and costs of $7,110 in connection with this Bankruptcy, reviewing and analyzing bankruptcy documents and researching and preparing an opposition to Jinzheng's motion (the "9019 Motion") seeking to transfer the real property located at 150 E. La Sierra Dr., Arcadia, California 91106 ("La Sierra") to the bankruptcy estate. I performed a total of 14.10 hours of work at rate of $450 per hour, and FSL paralegal Sophia Sanchez performed 5.8 hours of paralegal work at a rate of $150 hour.

7. The fees and costs incurred in connection with the 9019 Motion are the product of FSL's efforts to administer legal services as efficiently as possible and are reasonable in light of the complexity of these proceedings and the issues litigated in connection with the 9019 Motion and the need to protect Sound Equity's rights in connection with the transfer of La Sierra to the bankruptcy estate. FSL coordinated and supervised all of the professional activities and assigned tasks to the person who could perform the legal services at the lowest hourly rate, consistent with high quality and efficient.

8. Between July 21, 2022 and November 1, 2022, FSL has incurred $16,540 in connection with this Bankruptcy, including researching and analyzing Sound Equity's rights in connection with the administration of its claim in this case; monitoring the progress of the sale of La Sierra; and preparing and filing this Opposition. I performed a total of 8.3 hours of work at rate of $450 per hour, attorney Meredith King, Esq. billed a total of 28.6 hours of work at a rate of $400 per hour, and paralegal Sophia Sanchez performed 9.1 hours of paralegal work at a rate of $150 hour.

//

///

///

2    Case. No. 2:21-bk-16674-ER

DECLARATION OF PAUL J. LEEDS

9. I anticipate an additional $4,000 in attorney fees and costs will be incurred in connection with responding to this Sales Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of November 2021.

_____
PAUL J. LEEDS

3    Case. No. 2:21-bk-16674-ER

DECLARATION OF PAUL J. LEEDS