

**FILED & ENTERED**

**NOV 09 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Jinzheng Group (USA) LLC, Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter: 11<br><br>**AMENDED[1] ORDER CONTINUING HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY FROM NOVEMBER 14, 2022 AT 10:00 A.M. TO NOVEMBER 15, 2022 AT 11:00 A.M., TO TAKE PLACE CONCURRENTLY WITH THE HEARING ON THE DEBTOR'S SALE MOTION**<br><br>**CONTINUED HEARING:**<br><br>Date:      November 15, 2022<br>Time:      11:00 a.m.<br>Location:  Courtroom 1568<br>           Roybal Federal Building<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

Good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The hearing on the *Motion for Relief from the Automatic Stay Under § 362* [Doc. Nos. 395–96] (the "RFS Motion") is **CONTINUED** from November 14, 2022 at 10:00 a.m. to **November 15, 2022 at 11:00 a.m.**, so that the hearing may take place concurrently with the hearing on the *Debtor's Motion to Authorize Sale of Real Property Located at 150 East La Sierra Drive, Arcadia, California 91006, Free and Clear of Liens* [Doc. No. 420].

---

[1] Amended solely to provide that the continued hearing on the RFS Motion will take place at 11:00 a.m. on November 15, 2022 (not at 10:00 a.m.).

2) Parties may appear at the November 15, 2022 hearings either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

###

Date: November 9, 2022

Ernest M. Robles
United States Bankruptcy Judge