ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
*akebeh@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:21-bk-16674-ER |
| JINZHENG GROUP (USA) LLC, | Chapter 11 |
| Debtor and Debtor in Possession | **NOTICE OF FILING OF CORPORATE RESOLUTIONS** |
| | [No Hearing Required] |

Jinzheng Group (USA) LLC, Debtor and Debtor in Possession in the above captioned bankruptcy case, hereby files the following corporate resolutions, copies of which are attached hereto as exhibits:

1.      "Resolution of the Members of Jinzheng Group (USA) LLC, A California Limited Liability Company to Authorize Zhao Pu Yang (also known as Zhaopu Yang) to Execute Deeds and Transfer Title";

2.      "Resolution of the Members of Jinzheng Group (USA) LLC, A California Limited Liability Company to Terminate Membership of Betty Zheng"; and

3.      "Resolution of the Members of Jinzheng Group (USA) LLC, A California Limited Liability Company Confirming Authorization for Bankruptcy Filing".


DATED:  November 14, 2022                    DANNING, GILL, ISRAEL & KRASNOFF, LLP


                                    By:      _/s/ Zev Shechtman_
                                             ZEV SHECHTMAN
                                             General Bankruptcy Counsel for Jinzheng Group
                                             (USA) LLC, Debtor and Debtor in Possession

# EXHIBIT "1"

**Resolution of the Members of Jinzheng Group (USA) LLC, A California Limited Liability Company to Authorize Zhao Pu Yang (also known as Zhaopu Yang) to Execute Deeds and Transfer Title**

The members of the Jinzheng Group (USA) LLC, a California Limited Liability Company, hereby resolve on November 9, 2022, as follows:

### Background Facts

These facts provide the background for this resolution:

1. On or abut July 13, 2016, Jianqing Yang, Chao Yang, and Zhao Pu Yang (also known as Zhaopu Yang) executed the Operating Agreement describing the organization of Jinzheng Group (USA) LLC, a California Limited Liability Company (the "Organization").

2. The Organization owns various parcels of real property.

3. The Organization is a debtor in bankruptcy.

4. Zhao Pu Yang has been conducting and managing the business of the organization through bankruptcy, including, without limitation, efforts to sell real properties of the Organization by bankruptcy court order.

5. The members wish to confirm the authority of Zhao Pu Yang to cause real properties of the Organization to be sold including, without limitation, to execute deeds and to otherwise transfer title.

### Resolution

6. Based on the foregoing facts, the members of the Organization hereby resolve, confirm, ratify, and approve that Zhao Pu Yang has, and at all times had, authority to sell the real properties of the debtor including, without limitation, the execution of deeds and to otherwise take any action needed to sell and transfer title to any real property of the Organization.

Jianqing Yang

Chao Yang

Zhao Pu Yang

1697189.1 27086

**4**

**EXHIBIT "2"**

<u>**Resolution of the Members of Jinzheng Group (USA) LLC, A California Limited Liability
Company to Terminate Membership of Betty Zheng**</u>

The members of the Jinzheng Group (USA) LLC, a California Limited Liability Company,
hereby resolve as of November 9, 2022, as follows:

<u>**Background Facts**</u>

These facts provide the background for this resolution:

1. On or abut July 13, 2016, Jianqing Yang, Chao Yang, and Zhao Pu Yang (also known
as Zhaopu Yang) executed the Operating Agreement describing the organization of Jinzheng
Group (USA) LLC, a California Limited Liability Company (the "Organization").

2. Jianqing Yang, Chao Yang, and Zhao Pu Yang were the original members and,
collectively, owned 100% of the interests in the Organization.

3. On or about November 5, 2019, Jianqing Yang, Chao Yang, and Zhao Pu Yang
executed the First Amendment to Operating Agreement which designated Betty Zheng as a new
member of the Organization.  The First Amendment to Operating Agreement stated that the
ownership interests shall be unchanged, meaning that Betty Zheng received no equity interest in
the Organization.

4. Betty Zheng was terminated as a member and/or employee of the Organization on or
about December 1, 2021.

<u>**Resolution**</u>

5. Based on the foregoing facts, the members of the Organization hereby resolve,
confirm, ratify, and approve the termination of Betty Zheng as a member, employee, and any
other capacity she may have held or purported to hold, effective as of December 1, 2021.

Jianqing Yang

Chao Yang

Zhao Pu Yang

1697188.1  27086

**6**

# EXHIBIT "3"

## Resolution of the Members of Jinzheng Group (USA) LLC, A California Limited Liability Company Confirming Authorization for Bankruptcy Filing

The members of the Jinzheng Group (USA) LLC, a California Limited Liability Company, hereby resolve on November 8, 2022, as follows:

### Background Facts

These facts provide the background for this resolution:

1. On or abut August 24, 2021, Jinzheng Group (USA) LLC, a California Limited Liability Company (the "Organization"), filed a voluntary bankruptcy petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. The Organization is in the process of selling its real properties in its pending bankruptcy case.

### Resolution

3. Based on the foregoing facts, the undersigned members of the Organization hereby certify that:

    a. The undersigned are the owners of the organization;
    b. The undersigned authorized the Organization's bankruptcy filing;
    c. The undersigned approve of the Organization's ongoing conduct of the bankruptcy case; and
    d. Zhao Pu Yang (also know as Zhoupu Yang) is expressly authorized to take any and all further actions on behalf of the Organization.

Jianqing Yang

Chao Yang

Zhao Pu Yang

1697191.1  27086

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE OF FILING OF CORPORATE RESOLUTIONS  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  November 14, 2022  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 14, 2022 | Patricia Morris | */s/ Patricia Morris* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1698082.1  27086

**F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Donna C Bullock**    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Steven P Chang**    heidi@spclawoffice.com,
  schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincom
  pass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Heidi M Cheng**    heidi@slclawoffice.com,
  assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com
- **Susan Titus Collins**    scollins@counsel.lacounty.gov
- **Nicholas S Couchot**    ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Runmin Gao**    ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Brian T Harvey**    bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com,
  roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.co
  m;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Teddy M Kapur**    tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh**    akebeh@danninggill.com
- **Peter A Kim**    peter@pkimlaw.com, peterandrewkim@yahoo.com
- **Christopher J Langley**    chris@slclawoffice.com,
  omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Paul J Leeds**    Pleeds@fsl.law, ssanchez@fsl.law
- **Benjamin R Levinson**    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Damian J. Martinez**    damian.martinez@aalrr.com, julissa.ruiz@aalrr.com
- **Eric A Mitnick**    MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-
  law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase
  .com
- **Donald W Reid**    don@donreidlaw.com, ecf@donreidlaw.com
- **Matthew D. Resnik**    matt@rhmfirm.com,
  roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.c
  om;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **Peter J Ryan**    ryan@floresryan.com, schneider@floresryan.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Zev Shechtman**    zshechtman@DanningGill.com,
  danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **David Samuel Shevitz**    david@shevitzlawfirm.com,
  shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **John N Tedford**    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1698082.1  27086

**F 9013-3.1.PROOF.SERVICE**