|   |   |   |
|---|---|---|
| 1 | FRANKLIN SOTO LEEDS LLP | |
| 2 | Paul J. Leeds (Bar No. 214309) | |
| 3 | pleeds@fsl.law | |
| 4 | Meredith King (Bar No. 280043) mking@fsl.law | |
| 5 | 444 West C Street, Suite 300 San Diego, California 92101 | |
| 6 | Tel: 619.872.2520 | |
| 7 | Fax: 619.566.0221 | |
| 8 | Attorneys for *Sound Equity High* | |
| 9 | *Income Debt Fund, LLC* | |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA,**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor. | Case No.: 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**NOTICE OF ERRATA RE:**<br><br>**EXHIBIT E TO DECLARATION OF KEN HANSEN IN SUPPORT OF LIMITED OPPOSITION TO DEBTOR'S MOTION TO AUTHORIZE THE SALE OF REAL PROPERTY LOCATED AT 150 EAST LA SIERRA DRIVE, ARCADIA, CALIFORNIA 91006, FREE AND CLEAR OF LIENS**<br><br><u>HEARING:</u><br>Date:   November 15, 2022<br>Time:   11:00 a.m.<br>Crtrm.:  1568<br>        255 E. Temple Street<br>        Los Angeles, California 90012<br>Judge:  Ernest M. Robles |

Case. No. 2:21-bk-16674-ER

NOTICE OF ERRATE RE EXHIBIT E TO DEC OF KEN HANSEN

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, ITS COUNSEL, AND ALL INTERESTED PARTIES:**

Sound Equity High Income Debt Fund, LLC ("Sound Equity"), a secured creditor with a first-priority security interest in the partially completed residence located at 150 E. La Sierra Dr., Arcadia, California 91106 ("La Sierra"), respectfully submits this Notice of Errata regarding **Exhibit E** to Declaration of Ken Hansen in support of its Opposition to Debtor's *Motion to Authorize Sale of Real Property located at 150 East La Sierra Drive, Arcadia, California 91006, Free And Clear Of Liens* (the "Sale Motion") (Doc 421), which was filed on November 2 , 2022, at Doc 434, in order to correct an inadvertent clerical error. At page 118 [or Exhibit E, pg 9], a table containing a summary of itemized fees and interest pre and postpetition, was inadvertently removed during the "pdf cleaning" process prior to efiling.

Attached hereto as **Exhibit E**, is a true and correct ledger showing all interest charged to the Loan from November 30, 2021 to the present, including the summary on that last page previously omitted; no other changes had been made

DATED: November 14, 2022      **FRANKLIN SOTO LEEDS LLP**

By*: /s/ Paul J. Leeds, Esq.*
PAUL J. LEEDS, ESQ.
MEREDITH KING, ESQ.

Attorneys for *Sound Equity High Income Debt Fund, LLC*

# EXHIBIT E

Interest Calculation Ledger November 30, 2021 to Present

| Date | Draws Funded | Daily Principal Balance | Note Rate 8.99% | Note Rate Daily Interest (360 day) | Default Rate 24% (-8.99%) | Default Rate Daily Interest (360 day) | Total Daily Interest (Note+Default) |
|---|---|---|---|---|---|---|---|
| 11/30/21 | | $1,417,925.89 | 8.99% | $ - | 15.01% | | $ - |
| 12/1/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/2/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/3/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/4/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/5/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/6/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/7/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/8/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/9/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/10/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/11/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/12/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/13/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/14/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/15/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/16/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/17/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/18/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/19/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/20/21 | | $1,417,925.89 | 8.99% | $ 354.09 | 15.01% | | $ 354.09 |
| 12/21/21 | $ 133,707.70 | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | | $ 387.48 |
| 12/22/21 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | | $ 387.48 |
| 12/23/21 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | | $ 387.48 |
| 12/24/21 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | | $ 387.48 |
| 12/25/21 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | | $ 387.48 |
| 12/26/21 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | | $ 387.48 |
| 12/27/21 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | | $ 387.48 |
| 12/28/21 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | | $ 387.48 |
| 12/29/21 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | | $ 387.48 |
| 12/30/21 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | | $ 387.48 |
| 12/31/21 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | | $ 387.48 |
| 1/1/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/2/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/3/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/4/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/5/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/6/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/7/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/8/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/9/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/10/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/11/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/12/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |

Interest Calculation Ledger November 30, 2021 to Present

| Date | Draws Funded | Daily Principal Balance | Note Rate 8.99% | Note Rate Daily Interest (360 day) | Default Rate 24% (-8.99%) | Default Rate Daily Interest (360 day) | Total Daily Interest (Note+Default) |
|---|---|---|---|---|---|---|---|
| 1/13/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/14/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/15/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/16/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/17/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/18/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/19/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/20/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/21/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/22/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/23/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/24/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/25/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/26/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/27/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/28/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/29/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/30/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 1/31/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/1/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/2/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/3/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/4/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/5/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/6/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/7/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/8/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/9/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/10/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/11/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/12/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/13/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/14/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/15/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/16/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/17/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/18/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/19/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/20/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/21/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/22/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/23/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/24/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/25/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |

Interest Calculation Ledger November 30, 2021 to Present

| Date | Draws Funded | Daily Principal Balance | Note Rate 8.99% | Note Rate Daily Interest (360 day) | Default Rate 24% (-8.99%) | Default Rate Daily Interest (360 day) | Total Daily Interest (Note+Default) |
|---|---|---|---|---|---|---|---|
| 2/26/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/27/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 2/28/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/1/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/2/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/3/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/4/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/5/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/6/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/7/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/8/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/9/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/10/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/11/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/12/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/13/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/14/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/15/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/16/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/17/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/18/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/19/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/20/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/21/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/22/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/23/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/24/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/25/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/26/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/27/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/28/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/29/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/30/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 3/31/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/1/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/2/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/3/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/4/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/5/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/6/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/7/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/8/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/9/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/10/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |

Interest Calculation Ledger November 30, 2021 to Present

| Date | Draws Funded | Daily Principal Balance | Note Rate 8.99% | Note Rate Daily Interest (360 day) | Default Rate 24% (-8.99%) | Default Rate Daily Interest (360 day) | Total Daily Interest (Note+Default) |
|---|---|---|---|---|---|---|---|
| 4/11/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/12/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/13/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/14/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/15/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/16/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/17/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/18/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/19/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/20/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/21/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/22/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/23/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/24/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/25/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/26/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/27/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/28/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/29/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 4/30/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/1/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/2/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/3/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/4/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/5/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/6/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/7/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/8/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/9/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/10/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/11/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/12/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/13/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/14/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/15/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/16/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/17/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/18/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/19/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/20/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/21/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/22/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/23/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/24/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |

Interest Calculation Ledger November 30, 2021 to Present

| Date | Draws Funded | Daily Principal Balance | Note Rate 8.99% | Note Rate Daily Interest (360 day) | Default Rate 24% (-8.99%) | Default Rate Daily Interest (360 day) | Total Daily Interest (Note+Default) |
|---|---|---|---|---|---|---|---|
| 5/25/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/26/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/27/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/28/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/29/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/30/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 5/31/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/1/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/2/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/3/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/4/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/5/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/6/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/7/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/8/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/9/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/10/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/11/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/12/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/13/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/14/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/15/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/16/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/17/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/18/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/19/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/20/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/21/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/22/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/23/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/24/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/25/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/26/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/27/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/28/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/29/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 6/30/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/1/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/2/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/3/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/4/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/5/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/6/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/7/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |

Interest Calculation Ledger November 30, 2021 to Present

| Date | Draws Funded | Daily Principal Balance | Note Rate 8.99% | Note Rate Daily Interest (360 day) | Default Rate 24% (-8.99%) | Default Rate Daily Interest (360 day) | Total Daily Interest (Note+Default) |
|---|---|---|---|---|---|---|---|
| 7/8/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/9/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/10/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/11/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/12/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/13/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/14/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/15/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/16/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/17/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/18/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/19/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/20/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/21/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/22/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/23/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/24/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/25/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/26/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/27/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/28/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/29/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/30/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 7/31/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/1/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/2/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/3/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/4/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/5/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/6/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/7/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/8/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/9/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/10/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/11/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/12/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/13/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/14/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/15/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/16/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/17/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/18/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/19/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/20/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |

Interest Calculation Ledger November 30, 2021 to Present

| Date | Draws Funded | Daily Principal Balance | Note Rate 8.99% | Note Rate Daily Interest (360 day) | Default Rate 24% (-8.99%) | Default Rate Daily Interest (360 day) | Total Daily Interest (Note+Default) |
|---|---|---|---|---|---|---|---|
| 8/21/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/22/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/23/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/24/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/25/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/26/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/27/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/28/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/29/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/30/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 8/31/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/1/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/2/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/3/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/4/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/5/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/6/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/7/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/8/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/9/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/10/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/11/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/12/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/13/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/14/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/15/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/16/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/17/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/18/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/19/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/20/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/21/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/22/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/23/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/24/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/25/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/26/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/27/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/28/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/29/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 9/30/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/1/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/2/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/3/22 | | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |

Interest Calculation Ledger November 30, 2021 to Present

| Date | Draws Funded | Daily Principal Balance | Note Rate 8.99% | Note Rate Daily Interest (360 day) | Default Rate 24% (-8.99%) | Default Rate Daily Interest (360 day) | Total Daily Interest (Note+Default) |
|---|---|---|---|---|---|---|---|
| 10/4/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/5/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/6/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/7/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/8/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/9/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/10/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/11/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/12/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/13/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/14/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/15/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/16/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/17/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/18/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/19/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/20/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/21/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/22/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/23/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/24/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/25/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/26/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/27/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/28/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/29/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/30/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |
| 10/31/22 |  | $1,551,633.59 | 8.99% | $ 387.48 | 15.01% | $ 646.95 | $ 1,034.42 |

| Fees and Interest 11/30/2021 to 7/20/2022 | |
|---|---|
| Principal Balance | $ 1,551,633.59 |
| Note Rate 12/1/2021-7/20/2022 | $ 89,226.96 |
| Default Rate 1/1/2022-7/20/2022 | $ 130,035.95 |
| **TOTAL** | **$ 1,770,896.49** |

| Fees and Interest 7/21/2022 to 11/1/2022 | |
|---|---|
| Note Rate 7/21/2022-11/1/2022 | $ 39,910.17 |
| Default Rate 7/21/2022-11/1/2022 | $ 65,988.39 |
| **TOTAL** | **$ 105,898.56** |