| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ALPHAMORLAI L. KEBEH (State Bar No. 336798)<br>*akebeh@DanningGill.com*<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for  Jinzheng Group (USA), LLC* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>JINZHENG GROUP (USA), LLC,<br><br>                                        Debtor. | CASE NO.:  2:21-bk-16674-ER<br>CHAPTER:  11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (title of motion[1]): **DEBTOR'S MOTION TO AUTHORIZE SALE OF REAL PROPERTY LOCATED AT 150 EAST LA SIERRA DRIVE, ARCADIA, CALIFORNIA 91006 FREE AND CLEAR OF LIENS** |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER GRANTING DEBTOR'S MOTION TO AUTHORIZE SALE OF REAL PROPERTY LOCATED AT 150 EAST LA SIERRA DRIVE, ARCADIA, CALIFORNIA 91006 FREE AND CLEAR OF LIENS was lodged on November 17, 2022 and is attached.  This order relates to the motion which is docket number 420.

---

[1] Please abbreviate if title cannot fit into text field

1684540.1   27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

1  ZEV SHECHTMAN (State Bar No. 266280)
   *zs@DanningGill.com*
2  ALPHAMORLAI L. KEBEH (State Bar No. 336798)
   *akebeh@DanningGill.com*
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  General Bankruptcy Counsel for Jinzheng Group
   (USA) LLC, Debtor and Debtor in Possession
7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             LOS ANGELES DIVISION

11  In re                              | Case No. 2:21-bk-16674-ER

12  JINZHENG GROUP (USA) LLC,          | Chapter 11

13          Debtor and Debtor-in       | **ORDER GRANTING DEBTOR'S
            Possession.                | MOTION TO AUTHORIZE SALE OF
14                                     | REAL PROPERTY LOCATED AT 150
                                       | EAST LA SIERRA DRIVE, ARCADIA,
15                                     | CALIFORNIA 91006 FREE AND CLEAR
                                       | OF LIENS [Docket No. 420]**
16
                                       | Hearing Date, Time, and Place
17                                     | Date:      November 15, 2022
                                       | Time:      11:00 a.m.
18                                     | Place:     Courtroom 1568
                                       |            255 E. Temple Street
19                                     |            Los Angeles, California 90012

20         On November 15, 2022, at 11:00 a.m., there came before the Court for hearing the Motion

21  to Authorize Sale of Real Property Located at 150 East La Sierra Drive, Arcadia, California 91006

22  Free and Clear of Liens, *docket no. 420* (the "Motion"), filed by Jinzheng Group (USA) LLC (the

23  "Debtor"), the Honorable Ernest Robles, United States Bankruptcy Judge, presiding.  Zev

24  Shechtman and Alphamorlai L. Kebeh of Danning, Gill, Israel & Krasnoff, LLP appeared for the

25  Debtor; Paul J. Leeds and Meredith King of Franklin Soto Leeds LLP appeared on behalf of

26  secured creditor Sound Equity High Income Debt Fund, LLC ("Sound"); Teddy Kapur of Pachulski

27  Stang Ziehl & Jones, LLP appeared for the Official Committee of Unsecured Creditors; and Kenny

28  Yu (the "Buyer") appeared.  All other appearances were as stated on the record at the hearing.

1698256.1  27086                          1

                                                                    EXHIBIT A

1    The Court having read and considered the Motion and the notice in support of the Motion at

2    *docket no. 421*, the opposition to the Motion filed by Sound, *docket no. 433*, the Debtor's reply in

3    support of the Motion, and pleadings and evidence offered in support thereof; having found that

4    notice of the Motion and the hearing were adequate and proper; having heard the oral arguments of

5    counsel at the hearing; having called for overbids and no overbids having been received; and good

6    cause appearing; it is hereby

7        **ORDERED that**:

8        1.    The Motion is granted.

9        2.    The sale by the Debtor of all of its right, title and interest in the real property located

10   at 150 East La Sierra Drive, Arcadia, California 91006 (the "Property"), which has the following

11   legal description,

12       The land referred to herein is situated in the State of California, County of Los
         Angeles, City of Arcadia and described as follows:

13

         Lot 1 of Tract No. 63552, in the City of Arcadia, County of Los Angeles, State of
14       California, as per Map recorded in Book 1325 Page(s) 32 and 33 of Maps, in the
         Office of the County Recorder of said County.

15

         Except therefrom all oil, gas, minerals and other hydrocarbon substances, lying
16       below a depth of 500 feet from the surface of said property, but with no right of
         surface entry, where they have been previously reserved in Instruments of Record.

17

         APN: 5781-010-063,

18

19   to La Sierra Doves, LLC, as assignee to Kenny Yu (the "Buyer"), for $2,100,000 (the "Purchase

20   Price"), is confirmed on the terms and conditions set forth in the Motion and in the agreement

21   attached as Exhibit "1" to the Motion (the "PSA").  The Property is sold "as is," "where is," with

22   no warranty or recourse whatsoever.

23       3.    The overbid procedures proposed in the Motion are approved.

24       4.    The sale shall be free and clear of all liens and interests pursuant to 11 U.S.C. §

25   363(f).  Without limiting the foregoing, disputed portions of the following liens shall attach to the

26   net sale proceeds:

27           (a)    A deed of trust in favor of Sound, recorded in the County Recorder's Office

28   as instrument no. 20200086211 (the "Sound Deed of Trust");

1      (b)    A claim of mechanic's lien in favor of Resco Electric, Inc. ("Resco"),

2    recorded in the County Recorder's Office as instrument no. 20211861454 (the "Resco Lien");

3      (c)    A claim of mechanic's lien in favor of the TCS Building Solution, Inc.

4    ("TCS"), recorded in the County Recorder's Office as instrument no. 20220731103 (the "TCS

5    Lien").

6      5.    There is a bona fide dispute between the Debtor and Sound with respect to the

7    allowability of default interest, attorneys' fees asserted, and other charges in excess of contract

8    standard interest (the "Disputed Amounts").  Accordingly, the Debtor may sell the Property free

9    and clear of such Disputed Amounts pursuant to 11 U.S.C. § 363(f)(4).

10      6.    The Disputed Amounts of Sound's claim shall attach to like amounts of the net sale

11    proceeds, with the same force, effect, validity and priority that they had as of August 24, 2021, the

12    petition date, against the Property.

13      7.    The Debtor is authorized to withhold payment of the Disputed Amounts and

14    maintain such Disputed Amounts in an escrow account until the dispute thereon is resolved by the

15    Court.

16      8.    At closing, the Debtor is authorized to pay Sound the principal amounts owed on the

17    Sound Deed of Trust and contractual non-default interest accruing at a rate of 8.99% per annum or

18    $387.48 per diem.

19      9.    Accordingly, the Debtor is authorized to pay the following amounts to Sound on

20    account of its alleged claim through November 30, 2022:

| | Principal | Contractual Standard Interest |
|---|---|---|
| Sound | $1,551,633.59 | $140,762.40 |

23      10.    Sound shall timely submit demands for payoff through escrow in the amounts set

24    forth immediately above.

25      11.    The Debtor's payments of these amounts will be without prejudice to any party's

26    objections to such amounts or their allowability at a later date.

27

28

1698256.1  27086                                                    3

12.     The Debtor shall hold back in escrow the following amounts until the Court orders that they may be removed from escrow:

| | Default Interest of 15.01% in Excess of the Contract Standard Rate (Accruing at a Rate of $646.95 Per Diem) | Attorneys' Fees | Other Charges |
|---|---|---|---|
| Sound | $216,081.30 | $8,100.00 | $54,658.58 |

13.     In addition to the amounts set forth above, the Debtor will hold back in escrow an additional $5,000 from the net sale proceeds.  This amount will be held back to account for differences in the interest calculations between the Debtor and Sound as well as any accumulating per diem interest[1] and attorneys' fees.

14.     The Debtor is authorized to pay from the net sale proceeds the principal and contract interest allegedly accrued under the Sound's Deed of Trust.  The Debtor is authorized to pay any disputed sums if it believes that a dispute no longer exists.

15.     The Debtor is authorized to pay through escrow all ordinary closing costs, such as escrow, title and other fees, as well as real property taxes.

16.     The Debtor is authorized to pay through escrow a 5% commission as follows: 3%, or $63,000, to Coldwell Banker Realty and Re/Max of Cerritos as the Debtor's brokers in connection with the closing of this sale; 2%, or $42,000, to Re/Max Universal as the Buyer's broker in connection with the closing of this sale.

17.     If the Buyer does not deliver to the Debtor the balance of the Purchase Price in good funds by the first business day which is more than fourteen calendar days following the date of entry of this Order, the Debtor is authorized to retain the Buyer's deposit of $64,500.

---

[1] The alleged accruing per diem interest for Sound's Standard and Default Interest is as follows: $387.48 and $646.95, respectively.

18.     Based on the evidence submitted to the Court, the Buyer is found to be a good faith

purchaser within the meaning of 11 U.S.C. § 363(m) and pursuant thereto no reversal or

modification on appeal shall affect the validity of the sale authorized herein.

19.     The Debtor, and parties designated by the Debtor, or a chapter 11 or chapter 7

trustee appointed in this case (if and when applicable), are authorized to execute all documents and

otherwise take all actions the Debtor deems necessary and appropriate to close the sale of the

Property including the signing of deeds, escrow documents, title documents, authorizing

disbursements, and any other actions ordinarily required to close a sale, or which the title or escrow

company may reasonably require to close this sale.

20.     Further, Zhao Pu Yang (also known as Zhaopu Yang), one of the members of the

Debtor, and the attorney in fact for Jianqing Yang, the managing member of the Debtor, is hereby

expressly authorized to take such actions described in the preceding paragraph, to execute any and

all documents and take any and all other reasonably necessary and appropriate actions, or to

designate another person to do so, on behalf of the debtor, without any further court order,

corporate action, or any other requirement, to effect the closing of this sale in a timely and

commercially reasonably manner.

21.     The recordation of this order with the Los Angeles County Recorder shall constitute

a discharge, termination, reconveyance, and cancellation as to the Property of the Sound Deed of

Trust, the Resco Lien, the TCS Lien, and any other liens, without need for reconveyance or release

of such liens, encumbrances, or other interests.

22.     There shall be no personal liability to the Debtor, or any person authorized or

designated to act for the Debtor, in any capacity, by virtue of the sale of the Property hereinabove

approved.  In the event the Debtor cannot consummate the sale for any reason, the Buyer's sole

remedy, as the case may be, shall be limited to a return of his deposit.

///

///

///

///

1698256.1  27086                                                         5

1    23.    The 14-day stay provided by Rule 6004(h) shall not apply to this Order.

2                                         ###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  November 17, 2022  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:  On  November 17, 2022 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 17, 2022 | Beverly Lew | /s/ Beverly Lew |
| *Date* | *Printed Name* | *Signature* |

1684540.1  27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    *Page 2*            **F 9021-1.2.BK.NOTICE.LODGMENT**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Donna C Bullock on behalf of Interested Party Donna Bullock Carrera
donnabullockcarrera@yahoo.com, donna.bullock@ymail.com

Steven P Chang on behalf of Interested Party Courtesy NEF
heidi@spclawoffice.com,
schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.
com;changsr75251@notify.bestcase.com

Michael F Chekian on behalf of Creditor The Phalanx Group
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Michael F Chekian on behalf of Interested Party Chekian Law Office, Inc.
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Heidi M Cheng on behalf of Plaintiff JINZHENG GROUP (USA) LLC
heidi@slclawoffice.com,
assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Susan Titus Collins on behalf of Interested Party INTERESTED PARTY
scollins@counsel.lacounty.gov

Nicholas S Couchot on behalf of Creditor Royal Business Bank
ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com

Jeffrey W Dulberg on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jdulberg@pszjlaw.com

Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
oestrada@ttc.lacounty.gov

Danielle R Gabai on behalf of Debtor JINZHENG GROUP (USA) LLC
dgabai@danninggill.com, dgabai@ecf.courtdrive.com

Runmin Gao on behalf of Plaintiff JINZHENG GROUP (USA) LLC
ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com

Runmin Gao on behalf of Plaintiff JINZHENG GROUP (USA) LLC
ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com

Richard Girgado on behalf of Interested Party Courtesy NEF
rgirgado@counsel.lacounty.gov

Brian T Harvey on behalf of Interested Party Courtesy NEF
bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david
@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Teddy M Kapur on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS

1684540.1   27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of
California.

*December 2012*                           *Page 3*                    **F 9021-1.2.BK.NOTICE.LODGMENT**

tkapur@pszjlaw.com, mdj@pszjlaw.com

Alphamorlai Lamine Kebeh on behalf of Debtor JINZHENG GROUP (USA) LLC
akebeh@danninggill.com

Alphamorlai Lamine Kebeh on behalf of Plaintiff JINZHENG GROUP (USA) LLC
akebeh@danninggill.com

Peter A Kim on behalf of Attorney LAW OFFICES OF PETER KIM
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Betula Lenta Inc
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant David Park
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Jonathan Pae
peter@pkimlaw.com, peterandrewkim@yahoo.com

Christopher J Langley on behalf of Attorney Shioda Langley and Chang LLP
chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Christopher J Langley on behalf of Plaintiff JINZHENG GROUP (USA) LLC
chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Paul J Leeds on behalf of Creditor Sound Equity, Inc.
Pleeds@fsl.law, ssanchez@fsl.law

Benjamin R Levinson, ESQ on behalf of Creditor Michael E. Dorff and Shari L. Dorff
ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com

Damian J. Martinez on behalf of Attorney ATKINSON ANDELSON LOYA RUUD & ROMO
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Eric A Mitnick on behalf of Creditor Corona Capital Group LLC
MitnickLaw@gmail.com, mitnicklaw@gmail.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF
MitnickLaw@gmail.com, mitnicklaw@gmail.com

Giovanni Orantes on behalf of Other Professional Orantes Law Firm, P.C.
go@gobklaw.com, gorantes@orantes-
law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Donald W Reid on behalf of Interested Party INTERESTED PARTY
don@donreidlaw.com, ecf@donreidlaw.com

Matthew D. Resnik on behalf of Attorney Matthew Resnik
Matt@rhmfirm.com,

1684540.1  27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    *Page 4*                    **F 9021-1.2.BK.NOTICE.LODGMENT**

roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;russ
@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik on behalf of Creditor Royalty Equity Lending, LLC/Bobs LLC
Matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;russ
@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik on behalf of Interested Party Courtesy NEF
Matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;russ
@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Peter J Ryan on behalf of Defendant Testa Capital Group
ryan@floresryan.com, schneider@floresryan.com

Peter J Ryan on behalf of Defendant Thomas L. Testa
ryan@floresryan.com, schneider@floresryan.com

Allan D Sarver on behalf of Creditor Investment Management Company LLC
ADS@asarverlaw.com

Allan D Sarver on behalf of Interested Party Courtesy NEF
ADS@asarverlaw.com

Zev Shechtman on behalf of Attorney DANNING, GILL, ISRAEL & KRASNOFF, LLP
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor JINZHENG GROUP (USA) LLC
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party INTERESTED PARTY
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Plaintiff JINZHENG GROUP (USA) LLC
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
david@shevitzlawfirm.com,
shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

John N Tedford, IV on behalf of Interested Party INTERESTED PARTY
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

1684540.1   27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of
California.

*December 2012*                                    *Page 5*                    **F 9021-1.2.BK.NOTICE.LODGMENT**

## 2. **SERVED BY U.S. MAIL**

JINZHENG GROUP (USA) LLC
1414 S Azusa Ave, Suite B-22
West Covina, CA 91791

The Honorable Ernest M. Robles
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

Lienholder
Resco Electric Inc.
2431 W. Washington Blvd., #B
Los Angeles, CA  90018

Lienholder
Resco Electric Inc.,
Agent for Service of Process
YOUNG H PARK
350 FULLER AVE
LOS ANGELES, CA  90036

Lienholder
TCS Building Solution, Inc.
800 W. 6th Street, #1250
Los Angeles, CA  90017

Lienholder
TCS Building Solution, Inc.
Agent for Service of Process
BRIAN G YOU
800 W 6TH ST SUITE 1250
LOS ANGELES, CA  90017

DNQ, LLC
Jason D. Wang
6145 W. Spring Mountain Road, #205
Las Vegas, NV  89146

1684540.1   27086 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    *Page 6*                    **F 9021-1.2.BK.NOTICE.LODGMENT**