ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:21-bk-16674-ER |
| JINZHENG GROUP (USA) LLC, | Chapter 11 |
| Debtor and Debtor in Possession | **DEBTORS' NOTICE OF RESPONSE AND RESPONSE RE FEE APPLICATIONS OF: (1) PACHULSKI STANG ZIEHL & JONES LLP; (2) DANNING, GILL, ISRAEL & KRASNOFF, LLP; (3) SHIODA LANGLEY & CHANG LLP [DOC. NOS. 403, 407, 411]; DECLARATION OF ZEV SHECHTMAN IN SUPPORT OF RESPONSE** |
| . | Date:     December 7, 2022<br>Time:    10:00 a.m.<br>Crtrm.:   1568<br>             255 East Temple Street<br>             Los Angeles, California 90012 |

TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY

JUDGE, AND INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT:

Debtor and Debtor in Possession, Jinzheng Group (USA) LLC (the "Debtor"), hereby

responds with respect to the pending fee applications (doc. nos. 403, 407, 411) of: (1) Pachulski

Stang Ziehl & Jones LLP; (2) Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill"); and (3)

Shioda Langley & Chang LLP (collectively, the "Professionals"), as follows:

1698649.1  27086                                     1

The Debtor, through its counsel, Danning Gill, has communicated with the other Professionals, and reports as follows:

Danning Gill is working with the other Professionals towards a stipulation which would be submitted to the Court prior to the December 7, 2022 hearing on professional fee applications and would:

1) Reserve parties' rights to object to fees and expenses of the Professionals at a later date, and avoid the need to file an objection to the fee applications presently before the Court; and

2) Propose distributions to the Professionals in amounts to be agreed to by such Professionals and the Debtor, subject to Court approval.

This response is supported by the attached declaration of Zev Shechtman.

A reply hereto, if any, must be filed and served at least 7 days before the hearing.

DATED: November 23, 2022        DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:    /s/ Zev Shechtman
ZEV SHECHTMAN
General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

# DECLARATION OF ZEV SHECHTMAN

I, Zev Shechtman, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am the principal of a professional corporation that is a partner of Danning, Gill, Israel & Krasnoff, LLP, General Bankruptcy Counsel for Jinzheng Group (USA) LLC, Debtor and Debtor in Possession.

2. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of the above Response Re Interim Fee Applications Of: (1) Pachulski Stang Ziehl & Jones Llp; (2) Danning, Gill, Israel & Krasnoff, Llp; (3) Shioda Langley & Chang Llp [doc. Nos. 403, 407, 411].

3. The facts stated in the above response are true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of November, 2022, at Los Angeles, California.

                                                                  */s/ Zev Shechtman*
                                                                  Zev Shechtman

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  DEBTORS' NOTICE OF RESPONSE AND RESPONSE RE FEE APPLICATIONS OF: (1) PACHULSKI STANG ZIEHL & JONES LLP; (2) DANNING, GILL, ISRAEL & KRASNOFF, LLP; (3) SHIODA LANGLEY & CHANG LLP [DOC. NOS. 403, 407, 411]; DECLARATION OF ZEV SHECHTMAN IN SUPPORT OF RESPONSE  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 23, 2022  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 23, 2022 | Beverly Lew | */s/ Beverly Lew* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                                    F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Donna C Bullock**    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Steven P Chang**    heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Heidi M Cheng**    heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com
- **Susan Titus Collins**    scollins@counsel.lacounty.gov
- **Nicholas S Couchot**    ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Runmin Gao**    ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Brian T Harvey**    bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Teddy M Kapur**    tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh**    akebeh@danninggill.com
- **Peter A Kim**    peter@pkimlaw.com, peterandrewkim@yahoo.com
- **Christopher J Langley**    chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Paul J Leeds**    Pleeds@fsl.law, ssanchez@fsl.law
- **Benjamin R Levinson**    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Damian J. Martinez**    damian.martinez@aalrr.com, julissa.ruiz@aalrr.com
- **Eric A Mitnick**    MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **Donald W Reid**   don@donreidlaw.com, ecf@donreidlaw.com

- **Matthew D. Resnik**   Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

- **Peter J Ryan**   ryan@floresryan.com, schneider@floresryan.com

- **Allan D Sarver**   ADS@asarverlaw.com

- **Zev Shechtman**   zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

- **David Samuel Shevitz**   david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

- **John N Tedford**   jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

- **Hatty K Yip**   hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     **F 9013-3.1.PROOF.SERVICE**