ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Damian J. Martinez        State Bar No. 200159
  Damian.Martinez@aalrr.com
201 South Lake Avenue, Suite 300
Pasadena, California 91101-4869
Telephone: (626) 583-8600
Fax: (626) 583-8610

Attorneys for Debtor and Debtor-in-Possession
JINZHENG GROUP (USA) LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor-in-Possession | Case No. 2:21-BK-16674-ER<br><br>Chapter 11<br><br>Adv. No.: 2:22-AP-01090-ER<br>Adv. No.: 2:22-AP-01088-ER<br><br>**PLAINTIFF JINZHENG GROUP (USA), LLC'S REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT BETTY ZHENG AND FOR RELATED RELIEF**<br><br>Date:      December 20, 2022<br>Time:     11:00 a.m.<br>Crtrm:    Courtroom 1568<br>              255 E. Temple Street<br>              Los Angeles, CA 90012 |

018134.00008
39568109.1

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT ZHENG

In her opposition to Plaintiff's motion to compel, Defendant Betty Zheng and her counsel (David M. Browne, Esq.) attempt to rewrite history in an effort to redirect the Court's attention away from Zheng's willful refusal to respond to written discovery or appear for deposition. While the opposition attempts to paint a picture of a confused non-party without legal counsel or any awareness of Plaintiff's long-pending discovery requests (or the current motion), irrefutable documentary evidence tells a very different story.

First, Zheng not only received Plaintiff's written discovery in mid-August (via mail service and electronic courtesy copy), but she requested—and received—multiple extensions to respond. (Declaration of Damian J. Martinez ("Martinez Decl."), Exs. G and H). For Defendant Zheng to now claim (through Mr. Browne) that she has never had any duty to respond to discovery is outrageous. Plaintiff's counsel has bent over backwards in good faith attempts to work with Zheng and Mr. Browne, but the opposition plainly shows that those efforts have been met with nothing more than gamesmanship and diversion. Zheng's requests for extensions to respond to discovery undercut her argument that the discovery was improperly served because she was a nonparty. Her conduct in real time evidenced that *she* believed she was a party to the case. Not only was there no objection to the discovery when served, Zheng affirmatively requested extensions and requested that Plaintiff select a date in November for her to be deposed. Nor was this a case of mere confusion by a *pro se* litigant unfamiliar with federal litigation, which might otherwise be excused. Rather, on October 5, Zheng's counsel emailed Plaintiff's counsel that:

> I have been retained by Betty Zheng and her corporation in connection with the adversary proceedings in this bankruptcy matter. *I understand that there is discovery pending*. I want to be certain what is outstanding. *Can you forward to me whatever must be responded to*. My understanding is a set of interrogatories and a document request in connection with the deposition.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
201 SOUTH LAKE AVENUE, SUITE 300
PASADENA, CALIFORNIA 91101-4869
TELEPHONE: (626) 583-8600

> *Any date during the first week of November for the deposition is fine for us. Pick one and let me know promptly.*

(Martinez Decl., Ex. I (emphasis added).) In short, rather than objecting, Zheng and counsel asserted that discovery had been properly served and that they needed to respond to it. Zheng's failure to raise her procedural argument that she was not a party to the case until two court days before the hearing plainly falls short of good faith practice and it imposed significant burden on Plaintiff. This type of litigation "by ambush" with less than candid communication justifies that sanctions be awarded.

Second, the timeline provided in Mr. Browne's sworn declaration contradicts irrefutable evidence. In his declaration, dated December 15, 2022, Mr. Browne declares that he was "contacted [by Zheng] a little less than two months ago." (Browne Decl., ¶2.) In other words, Mr. Browne swears that he had not heard from Zheng prior to October 15, 2022. However, Mr. Browne sent an email to Plaintiff's counsel on October 5, 2022 (*i.e.,* ten days before he was supposedly contacted by Zheng) in which Mr. Browne claimed he had already been retained by Zheng. (Martinez Decl., Ex. I.) Despite Mr. Browne's email, dated October 5, 2022, affirming that he had "*been retained* by Betty Zheng and her corporation in connection with the adversary proceedings in this bankruptcy matter," Mr. Browne *now* contends that he has "only recently been retained by defendants for this case." (Browne Decl. ¶2.)

Third, although Zheng repeatedly contends that she was not a party to this action until December 16, 2022, her opposition conspicuously ignores the documented reality that she was *personally served* with the summonses and complaints in both actions more than nine months ago. (*See* Supplemental Declaration of Damian J. Martinez, Ex. L (proof of service in Betula Lenta Action (Adv. No 2:22-AP-01090-ER), dated February 11, 2022) and Ex. M (proof of

service in Testa Capital Action (Adv. No 2:22-AP-01088-ER), dated March 2, 2022).) In effect, Zheng's opposition asks the Court to overlook her refusal to respond to discovery requests because she also missed her deadlines to respond to both complaints by more than eight months.

Fourth, the opposition also conveniently ignores that Mr. Browne received the attached meet and confer letter regarding Zheng's failure to respond to discovery on November 14, 2022—more than a month before he finally filed the opposition. Similarly, Mr. Browne chose to ignore the meet and confer letter when he failed to respond to the letter or provide any information to Plaintiff's counsel regarding his supposedly delayed retainer and/or Zheng's unspecified surgery.

Fifth, the opposition further asserts that Plaintiff's motion to compel was served "without any actual service on the defendants" and claims that Mr. Browne only learned of motion when Plaintiff's counsel "eventually emailed the already pending motions to defendants well after they were filed." In reality, Plaintiff did in fact serve Zheng via overnight mail on the day of filing (November 22, 2022) and merely sent Zheng an electronic courtesy copy after the fact—in an effort to avoid the very gamesmanship tactics that Zheng and her counsel and currently attempting.

Sixth, Zheng claims that "defendants want to cooperate and get this case underway" and that she "will respond to the requested discovery in a reasonable time. . ." Notably, Zheng does not provide any proposal for a supposedly "reasonable time" to respond to written discovery requests that she received more than four months ago (on August 17, 2022). Plaintiff has already granted Zheng more than enough time to respond to discovery. In fact, Zheng personally requested a 10-day extension more than three months ago, so there is no reason for Zheng to receive more than 14 days to provide her long overdue responses. (Martinez Decl., Ex. G.)

Finally, Plaintiff has already incurred significant expense as a direct result of Defendant Zheng's dilatory tactics. It would be wholly improper for Plaintiff (*i.e.*,

its bona fide creditors) to be further damaged by Zheng's gamesmanship forcing Plaintiff to expend its limited resources in filings to compel Zheng to comply with her basic obligations and affirmative promises to respond to written discovery.

Accordingly, Plaintiff respectfully requests the Court issue an order compelling Zheng to: (i) appear for a deposition to be held no later than January 20, 2023, (ii) provide substantive responses to Plaintiff's First Set of Interrogatories and Requests for Production within 14 days of the Court's Order, and (iii) produce all documents in Zheng's possession, custody or control that are responsive to Plaintiff's First Set of Requests for Production within 14 days of the Court's Order. Additionally, pursuant to Rule 37(a)(5)(A) and Rule 37(d)(3), Plaintiff requests that the Court award Plaintiff $9,918, representing its attorneys' fees and costs incurred in bringing the motion to compel at issue.

Dated: December 19, 2022          ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: */s/ Damian J. Martinez*
Damian J. Martinez
Attorneys for Debtor and Debtor-in-Possession
PLAINTIFF GROUP (USA) LLC

# **SUPPLEMENTAL DECLARATION OF DAMIAN J. MARTINEZ**

I, DAMIAN J. MARTINEZ, declare as follows:

1. I am an individual above the age of eighteen (18) years of age, and I have personal knowledge of all of the facts stated herein and I could and would competently testify thereto if called as a witness, except for such information declared on information and belief, in which case, I am informed and believe that the facts so stated are true and correct.

2. I am an attorney at law duly licensed to practice before all the Courts of the State of California and before these Federal District Courts. I am a Partner with the law firm of Atkinson, Andelson, Loya, Ruud & Romo, a professional corporation. I submit this declaration is support of Plaintiff's Motion to Compel Betty Zheng and for Related Relief.

3. Attached as **Exhibit L** is a true and correct copy of the proof of service of summons to Defendant Betty Zheng, which was filed on February 14, 2022, with the Los Angeles County Superior Court in *Jinzheng Group (USA), LLC v. Betula Lenta, Inc., et al.* (Case No. 22STCV04623).

4. Attached as **Exhibit M** is a true and correct copy of the proof of service of summons to Defendant Betty Zheng, which was filed on March 3, 2022, with the Los Angeles County Superior Court in *Jinzheng Group (USA), LLC v. Testa Captal Group, et al.* (Case No. 22AHCV00093).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2022 at Pasadena, California.

> */s/ Damian J. Martinez*
> DAMIAN J. MARTINEZ, Declarant

# EXHIBIT L

EXHIBIT L

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Gene H. Shioda | SBN: 186780<br>Shioda Langley & Chang, LLP<br>1063 E Las Tunas Dr.  San Gabriel, CA 91776<br>TELEPHONE NO.: (626) 281-1232 | FAX NO. (626) 281-2919 | E-MAIL ADDRESS *(Optional):* vivian@slclawoffice.com<br>ATTORNEY FOR *(Name):* Plaintiff: Jinzheng Group (USA), LLC | FOR COURT USE ONLY |
|---|---|

**LOS ANGELES COUNTY SUPERIOR COURT**
STREET ADDRESS: 111 NORTH HILL ST.
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: STANLEY MOSK COURTHOUSE

| PLAINTIFF: Jinzheng Group (USA), LLC | CASE NUMBER:<br>22STCV04623 |
|---|---|
| DEFENDANT: Jonathan Pae; et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>11648 Jinzheng vs. Pae, et al. |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **Civil Case Cover Sheet; Civil Case Cover Sheet Addendum; Notice of Case Assignment; Voluntary Efficient Litigation Stipulations Packet; Order Pursuant to CCP 1054(a), Extending Time to Respond by 30 Days When Parties Agree to Early Organizational Meeting Stipulation; First Amended General Order**

3. a. Party served *(specify name of party as shown on documents served):*
   **Betty Bao Zheng, an individual**
   
   | Age: 56 - 65 | Weight: 100lbs - 140lbs | Hair: Black | Sex: Female |
   | Height: 5' 1" - 5' 5" | Eyes: Brown | Race: Asian | |

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: **28 N 3rd St Apt B513**
   **Alhambra, CA 91801-6234**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **2/11/2022**  (2) at *(time):* **12:40 PM**
   b. ☐ **by substituted service.** On *(date):*  at *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*   **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/249347D** |

PETITIONER: Yinzheng Group (USA), LLC

RESPONDENT: Jonathan Pae; et al.

CASE NUMBER: 22STCV04623

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date):*                        (2) from *(city):*
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☑ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☐ On behalf of *(specify):*
     under the following Code of Civil Procedure section:
     - ☐ 416.10 (corporation)
     - ☐ 416.20 (defunct corporation)
     - ☐ 416.30 (joint stock company/association)
     - ☐ 416.40 (association or partnership)
     - ☐ 416.50 (public entity)
     - ☐ 415.95 (business organization, form unknown)
     - ☐ 416.60 (minor)
     - ☐ 416.70 (ward or conservatee)
     - ☐ 416.90 (authorized person)
     - ☐ 415.46 (occupant)
     - ☐ other:

7. **Person who served papers**
   - a. Name: **John Duong - DDS Legal Support**
   - b. Address: **2900 Bristol Street  Costa Mesa, CA 92626**
   - c. Telephone number: **(714) 662-5555**
   - d. **The fee** for service was: **$ 228.70**
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☑ registered California process server:
       - (i) ☐ owner    ☐ employee    ☑ independent contractor.
       - (ii) Registration No.: **5932**
       - (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/14/2022**

**DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
**www.ddslegal.com**

**John Duong**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

# EXHIBIT M

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Gene H. Shioda | SBN: 186780<br>Shioda Langley & Chang, LLP<br>1063 E Las Tunas Dr.   San Gabriel, CA 91776<br>TELEPHONE NO.: (626) 281-1232 | FAX NO. (626) 281-2919 | E-MAIL ADDRESS *(Optional):* vivian@slclawoffice.com<br>ATTORNEY FOR *(Name):* Plaintiff: Jinzheng Group (USA), LLC | |

**Los Angeles County Superior Court**
STREET ADDRESS: 150 West Commonwealth
MAILING ADDRESS:
CITY AND ZIP CODE: Alhambra, CA 91801
BRANCH NAME: Alhambra Courthouse

| PLAINTIFF: Jinzheng Group (USA), LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: Testa Capital Group, et al. | 22AHCV00093 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>11762 Jinzheng vs. Testa |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **Civil Case Cover Sheet; Civil Case Cover Sheet Addendum; Notice of Case Assignment**
3. a. Party served *(specify name of party as shown on documents served):*
   **Betty Bao Zheng, an individual**
   
   | Age: 56 - 65 | Weight: -90Lbs | Hair: Brown | Sex: Female |
   | Height: 5' 1" - 5' 5" | Eyes: Brown | Race: Asian | |
   
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: **28 N 3rd St Apt B513**
   **Alhambra, CA 91801-6234**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **3/2/2022**  (2) at *(time):* **12:00 PM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*   **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/256412B** |

| PETITIONER: Yinzheng Group (USA), LLC | CASE NUMBER: |
|---|---|
| RESPONDENT: Testa Capital Group, et al. | 22AHCV00093 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                        *(2) from (city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                       ☐ 415.46 (occupant)
                                                            ☐ other:

7. **Person who served papers**
   a. Name: **John Duong - DDS Legal Support**
   b. Address: **2900 Bristol Street  Costa Mesa, CA 92626**
   c. Telephone number: **(714) 662-5555**
   d. **The fee** for service was: **$ 40.95**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
         (i) ☐ owner       ☐ employee     ☑ independent contractor.
        (ii) Registration No.: **5932**
        (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/3/2022**

**DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
**www.ddslegal.com**

**John Duong**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**       Page 2 of 2
                                                                                                                          **POS-010/256412B**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): **PLAINTIFF JINZHENG GROUP (USA), LLC'S REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT BETTY ZHENG AND FOR RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 19, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **December 19, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 19, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2022 | Inger Robberstad | */s/ Inger Robberstad* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                             **F 9013-3.1.PROOF.SERVICE**

## 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]:**

Donna C Bullock on behalf of Interested Party Donna Bullock Carrera
donnabullockcarrera@yahoo.com, donna.bullock@ymail.com

Steven P Chang on behalf of Interested Party Courtesy NEF
heidi@spclawoffice.com,
schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com

Michael F Chekian on behalf of Creditor The Phalanx Group
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Michael F Chekian on behalf of Interested Party Chekian Law Office, Inc.
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Heidi M Cheng on behalf of Plaintiff JINZHENG GROUP (USA) LLC
heidi@slclawoffice.com,
assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Susan Titus Collins on behalf of Interested Party INTERESTED PARTY
scollins@counsel.lacounty.gov

Nicholas S Couchot on behalf of Creditor Royal Business Bank
ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com

Jeffrey W Dulberg on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jdulberg@pszjlaw.com

Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
oestrada@ttc.lacounty.gov

Danielle R Gabai on behalf of Debtor JINZHENG GROUP (USA) LLC
dgabai@danninggill.com, dgabai@ecf.courtdrive.com

Runmin Gao on behalf of Plaintiff JINZHENG GROUP (USA) LLC
ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com

Runmin Gao on behalf of Plaintiff JINZHENG GROUP (USA) LLC
ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com

Richard Girgado on behalf of Interested Party Courtesy NEF
rgirgado@counsel.lacounty.gov

Brian T Harvey on behalf of Interested Party Courtesy NEF
bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      F 9013-3.1.PROOF.SERVICE

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Teddy M Kapur on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
tkapur@pszjlaw.com, mdj@pszjlaw.com

Alphamorlai Lamine Kebeh on behalf of Debtor JINZHENG GROUP (USA) LLC
akebeh@danninggill.com

Alphamorlai Lamine Kebeh on behalf of Plaintiff JINZHENG GROUP (USA) LLC
akebeh@danninggill.com

Peter A Kim on behalf of Attorney LAW OFFICES OF PETER KIM
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Betula Lenta Inc
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant David Park
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Jonathan Pae
peter@pkimlaw.com, peterandrewkim@yahoo.com

Christopher J Langley on behalf of Attorney Shioda Langley and Chang LLP
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Christopher J Langley on behalf of Plaintiff JINZHENG GROUP (USA) LLC
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Paul J Leeds on behalf of Creditor Sound Equity, Inc.
Pleeds@fsl.law, ssanchez@fsl.law

Benjamin R Levinson, ESQ on behalf of Creditor Michael E. Dorff and Shari L. Dorff
ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com

Damian J. Martinez on behalf of Attorney ATKINSON ANDELSON LOYA RUUD & ROMO
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

David M. Browne, Esq. on behalf of Defendants Betty Zheng and CBW Global, Inc.
dmbrownelaw@gmail.com

Eric A Mitnick on behalf of Creditor Corona Capital Group LLC
MitnickLaw@gmail.com, mitnicklaw@gmail.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF
MitnickLaw@gmail.com, mitnicklaw@gmail.com

Giovanni Orantes on behalf of Other Professional Orantes Law Firm, P.C.
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Donald W Reid on behalf of Interested Party INTERESTED PARTY
don@donreidlaw.com, ecf@donreidlaw.com

Matthew D. Resnik on behalf of Attorney Matthew Resnik
matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik on behalf of Creditor Royalty Equity Lending, LLC/Bobs LLC
matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik on behalf of Interested Party Courtesy NEF
matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Peter J Ryan on behalf of Defendant Testa Capital Group
ryan@floresryan.com, schneider@floresryan.com

Peter J Ryan on behalf of Defendant Thomas L. Testa
ryan@floresryan.com, schneider@floresryan.com

Allan D Sarver on behalf of Creditor Investment Management Company LLC
ADS@asarverlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                         F 9013-3.1.PROOF.SERVICE

Allan D Sarver on behalf of Interested Party Courtesy NEF
ADS@asarverlaw.com

Zev Shechtman on behalf of Attorney DANNING, GILL, ISRAEL & KRASNOFF, LLP
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor JINZHENG GROUP (USA) LLC
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party INTERESTED PARTY
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Plaintiff JINZHENG GROUP (USA) LLC
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
david@shevitzlawfirm.com,
shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

John N Tedford, IV on behalf of Interested Party INTERESTED PARTY
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov


**2. SERVED BY UNITED STATES MAIL [CONTINUED]:**

Jinzheng Group LLC
1414 S Azusa Ave., Suite B-22
West Covina, CA 91791

**3. SERVED BY OVERNIGHT MAIL [CONTINUED]:**

*Judge's Copy*
The Honorable Judge Ernest Robles
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**