ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Damian J. Martinez     State Bar No. 200159
   Damian.Martinez@aalrr.com
201 South Lake Avenue, Suite 300
Pasadena, California 91101-4869
Telephone: (626) 583-8600
Fax: (626) 583-8610

Attorneys for Debtor and Debtor-in-Possession
JINZHENG GROUP (USA) LLC

**FILED & ENTERED**

**DEC 22 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor-in-Possession | Case No. 2:21-BK-16674-ER<br><br>Chapter 11<br><br>Adv. No.: 2:22-AP-01090-ER<br>Adv. No.: 2:22-AP-01088-ER<br><br>**ORDER GRANTING PLAINTIFF JINZHENG GROUP (USA), LLC'S MOTION TO COMPEL DEFENDANT BETTY ZHENG AND FOR RELATED RELIEF**<br><br>Date:    December 20, 2022<br>Time:   11:00 a.m.<br>Crtrm:  Courtroom 1568<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT ZHENG

On December 20, 2022, at 11:00 a.m., there came before the Court for hearing the Motion to Compel Defendant Betty Zheng and for Related Relief (the "Motion"), filed by Plaintiff Jinzheng Group (USA) LLC ("Plaintiff"), the Honorable Ernest Robles, United States Bankruptcy Judge, presiding. Damian Martinez of Atkinson, Andelson, Loya, Ruud & Romo, PLC appeared for Plaintiff and David Browne appeared on behalf of Defendant Betty Zheng ("Defendant").

Following the Court's review and consideration of the Motion and the notice in support of the Motion [Bankr. Doc. No. 462], the opposition to the Motion filed by Defendant [Doc. No. 27, Adv. No. 2:22-ap-01088], Plaintiff's reply in support of the Motion [Bankr. Doc. No. 472], and pleadings and evidence offered in support thereof, and hearing the oral arguments of counsel, and for the reasons set forth in the tentative ruling [Bankr. Doc. No. 473], which the Court adopts as its final ruling and which is incorporated herein by reference, the Court finds:

1. Defendant and her counsel were aware of the Motion and the hearing;
2. Defendant became a party to the action when the Summons and Complaint were personally served on her approximately nine months ago;
3. Defendant has failed to appear for a properly-noticed deposition and has failed to respond to written discovery to which Plaintiff is entitled; and
4. Defendant's counsel failed to respond to good faith meet and confer efforts initiated by Plaintiff's counsel.

**Accordingly, it is hereby ORDERED that:**

1. Plaintiff's Motion is GRANTED;
2. Defendant shall substantively respond to Plaintiff's First Set of Interrogatories by no later than January 13, 2023;
3. Defendant shall substantively respond to Plaintiff's First Set of Requests for Production by no later than January 13, 2023;

- 2 -
ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT ZHENG

4. Defendant shall produce all documents in her possession, custody, or control that are responsive to Plaintiff's First Set of Requests for Production by no later than January 13, 2023;

5. Defendant shall submit to a deposition, to be held on a date to be noticed by Plaintiff on or before January ~~19~~ 20, 2023;

6. Defendant and her counsel are hereby sanctioned and shall be jointly and severally liable to Plaintiff for $5,000 in attorneys' fees incurred in connection with filing the Motion.

7. The Clerk of the Court is directed to enter this order in the main bankruptcy case [2:21-bk-16674-ER] and in Adv. Nos. 2:22-ap-01088-ER and 2:22-ap-01090-ER.

### 

Date: December 22, 2022

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge