ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Damian J. Martinez    State Bar No. 200159
  Damian.Martinez@aalrr.com
201 South Lake Avenue, Suite 300
Pasadena, California 91101-4869
Telephone: (626) 583-8600
Fax: (626) 583-8610

Attorneys for Debtor and Debtor-in-Possession
JINZHENG GROUP (USA) LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC<br><br>Debtor and Debtor-in-Possession | Case No. 2:21-BK-16674-ER<br><br>Chapter 11<br><br>Adv. No.: 2:22-AP-01090-ER<br><br>**DECLARATION OF DAMIAN J. MARTINEZ IN SUPPORT OF UNILATERAL CASE REPORT OF PLAINTIFF JINZHENG GROUP (USA), LLC**<br><br>Date:    January 10, 2023<br>Time:   11:00 a.m.<br>Crtrm:  Courtroom 1568<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

018134.00008
39659410.1

# **DECLARATION OF DAMIAN J. MARTINEZ**

I, DAMIAN J. MARTINEZ, declare as follows:

1. I am an individual above the age of eighteen (18) years of age, and I have personal knowledge of all of the facts stated herein and I could and would competently testify thereto if called as a witness, except for such information declared on information and belief, in which case, I am informed and believe that the facts so stated are true and correct.

2. I am an attorney at law duly licensed to practice before all the Courts of the State of California and before these Federal District Courts. I am a Partner with the law firm of Atkinson, Andelson, Loya, Ruud & Romo, a professional corporation. I submit this declaration regarding my efforts to meet and confer with counsel for Defendants Betula Lenta, Inc., Jonathan Pae and David Park ("BLI Defendants") regarding the mandatory joint status report.

3. On or about February 7, 2022, the Plaintiff commenced the above captioned adversary proceeding by filing its complaint with the Los Angeles Superior Court.

4. By no later than February 11, 2022, Plaintiff had served each of the Defendants with the summons and the Complaint. On April 14, 2022, the BLI Defendants removed the action to this Court.

5. On or about December 16, 2022, Defendants Betty Bao Zheng and CBW Global, Inc., through counsel, filed their answer to the Complaint.

6. On or about December 19, 2022, I emailed Peter Kim—counsel for the BLI Defendants—regarding the BLI Defendants' failure to file an answer to the Complaint. In my email, I gave the BLI Defendants roughly three weeks—until January 6, 2023, to file their answer to the Complaint.

7. On or about August 17, 2022, Plaintiff served Defendant Betty Bao Zheng with Plaintiff's first set of discovery requests, including Requests for Production and Interrogatories. Defendant Zheng has not yet served responses to any of Plaintiff's discovery requests, nor has she produced any documents in this action.

8. On or about August 24, 2022, Plaintiff served Defendant Zheng with a notice for a deposition to be held on October 10, 2022. She did not appear for her deposition on October 10, nor did she appear for the re-scheduled deposition on October 27, 2022.

9. On December 22, 2022, the Court granted Plaintiff's motion to compel and ordered Defendant Zheng to produce all responsive documents and respond to written discovery by no later than January 13, 2023. The Court also ordered Defendant Zheng to appear for deposition by no later than January 20, 2022.

10. Defendants David Park and Jonathan Pae initially agreed to appear for deposition on October 26 and 28, 2022. However, on October 24, 2022, their counsel—Peter Kim—advised that both men had contracted Covid-19.

11. Based on Mr. Kim's representation, I agreed to postpone the depositions until December and asked Mr. Kim for the deponents' availability. In response, Mr. Kim asked for the depositions to be re-scheduled for the week of December 12-16 and for the depositions to be conducted via Zoom.

12. I agreed to both requests, and on November 14, Plaintiff served Pae and Park with notices for Zoom depositions to be held on December 13 and 15.

13. On December 7, 2022, I emailed a reminder to Mr. Kim regarding the depositions and requested a response if the deponents did not intend to appear. When Mr. Kim did not respond, I proceeded with the deposition and sent the Zoom link on December 12.

14. On December 12, 2022, Mr. Kim told me that the deponents were retaining new counsel, who supposedly instructed the Defendants to refuse to appear for deposition until the new counsel could review the case file.

15. Since December 12, 2022, Mr. Kim has not responded to any of my phone calls or emails.

16. On or about December 22, 2022, Plaintiff's bankruptcy counsel—Zev Shechtman—contacted counsel for the BLI Defendants via email to meet and confer regarding a stipulation to continue the status conference or the preparation of the joint status report. I was copied on the email.

17. On or about December 26, 2022, I replied to Mr. Shechtman's message with an email directed to Mr. Kim following up on the need to meet and confer on a continuance or the joint status report.  A copy of the email thread ending with my December 26, 2022 email to Mr. Kim is attached hereto as Exhibit "1."

18. On or about December 27, 2022, around 2:30 p.m., I called Mr. Kim's cell phone in an attempt to meet and confer regarding the joint status report.  Mr. Kim did not answer and I was unable to leave a voicemail because his inbox was full.

19. I did not receive a response from Mr. Kim, and thus, Plaintiff has submitted a unilateral status report.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2023 at Pasadena, California.

*/s/ Damian J. Martinez*
DAMIAN J. MARTINEZ, Declarant

4
DECLARATION OF DAMIAN J. MARTINEZ

# Exhibit 1

| | |
|---|---|
| **From:** | Damian J. Martinez |
| **Sent:** | Monday, December 26, 2022 3:47 PM |
| **To:** | 'Zev Shechtman'; Peter@PKimlaw.com |
| **Cc:** | Adam P. Snyder; Alphamorlai L. Kebeh |
| **Subject:** | RE: Jinzheng adv. Betula Lenta et al. [AALRR-Cerritos.018134.00008] |

Dear Peter and Happy Holidays—

Could you please let us know on the request below asap?

THX

**Damian J. Martinez** | Partner
Atkinson, Andelson, Loya, Ruud & Romo
201 South Lake Avenue, Suite 300, Pasadena, California 91101
Direct (626) 773-7668 • Main (626) 583-8600 • Fax (626) 583-8610
damian.martinez@aalrr.com | website | subscribe

**From:** Zev Shechtman [mailto:ZShechtman@DanningGill.com]
**Sent:** Thursday, December 22, 2022 12:21 PM
**To:** Peter@PKimlaw.com
**Cc:** Damian J. Martinez; Adam P. Snyder; Alphamorlai L. Kebeh
**Subject:** [EXTERNAL] Jinzheng adv. Betula Lenta et al.

**[EXTERNAL MESSAGE]**

Hi Peter,

Hi hope all is well with you. In light of the ongoing discovery issues, the debtor suggests that we stipulate to a further 90 day continuance. We'd like to file such a stipulation this week, since our joint status report is otherwise due next Tuesday. Please let us know if the stipulation is acceptable to your clients.

**Zev Shechtman**
**Danning, Gill, Israel & Krasnoff, LLP**
1901 Avenue of the Stars, Suite 450
Los Angeles CA 90067-6006
(310) 903-6344 mobile| (310) 201-2443 direct
zs@DanningGill.com | www.DanningGill.com



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DAMIAN J. MARTINEZ IN SUPPORT OF UNILATERAL CASE REPORT OF PLAINTIFF JINZHENG GROUP (USA), LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 3, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **January 3, 2023,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 3, 2023 | Julissa Ruiz | /s/ Julissa Ruiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]:

Donna C Bullock on behalf of Interested Party Donna Bullock Carrera
donnabullockcarrera@yahoo.com, donna.bullock@ymail.com

Steven P Chang on behalf of Interested Party Courtesy NEF
heidi@spclawoffice.com,
schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com

Michael F Chekian on behalf of Creditor The Phalanx Group
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Michael F Chekian on behalf of Interested Party Chekian Law Office, Inc.
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Heidi M Cheng on behalf of Plaintiff JINZHENG GROUP (USA) LLC
heidi@slclawoffice.com,
assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Susan Titus Collins on behalf of Interested Party INTERESTED PARTY
scollins@counsel.lacounty.gov

Nicholas S Couchot on behalf of Creditor Royal Business Bank
ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com

Jeffrey W Dulberg on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jdulberg@pszjlaw.com

Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
oestrada@ttc.lacounty.gov

Danielle R Gabai on behalf of Debtor JINZHENG GROUP (USA) LLC
dgabai@danninggill.com, dgabai@ecf.courtdrive.com

Runmin Gao on behalf of Plaintiff JINZHENG GROUP (USA) LLC
ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com

Runmin Gao on behalf of Plaintiff JINZHENG GROUP (USA) LLC
ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com

Richard Girgado on behalf of Interested Party Courtesy NEF
rgirgado@counsel.lacounty.gov

Brian T Harvey on behalf of Interested Party Courtesy NEF
bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Teddy M Kapur on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
tkapur@pszjlaw.com, mdj@pszjlaw.com

Alphamorlai Lamine Kebeh on behalf of Debtor JINZHENG GROUP (USA) LLC
akebeh@danninggill.com

Alphamorlai Lamine Kebeh on behalf of Plaintiff JINZHENG GROUP (USA) LLC
akebeh@danninggill.com

Peter A Kim on behalf of Attorney LAW OFFICES OF PETER KIM
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Betula Lenta Inc
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant David Park
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Jonathan Pae
peter@pkimlaw.com, peterandrewkim@yahoo.com

Christopher J Langley on behalf of Attorney Shioda Langley and Chang LLP
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Christopher J Langley on behalf of Plaintiff JINZHENG GROUP (USA) LLC
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Paul J Leeds on behalf of Creditor Sound Equity, Inc.
Pleeds@fsl.law, ssanchez@fsl.law

Benjamin R Levinson, ESQ on behalf of Creditor Michael E. Dorff and Shari L. Dorff
ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com

Damian J. Martinez on behalf of Attorney ATKINSON ANDELSON LOYA RUUD & ROMO
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

David M. Browne, Esq. on behalf of Defendants Betty Zheng and CBW Global, Inc.
dmbrownelaw@gmail.com

Eric A Mitnick on behalf of Creditor Corona Capital Group LLC
MitnickLaw@gmail.com, mitnicklaw@gmail.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF
MitnickLaw@gmail.com, mitnicklaw@gmail.com

Giovanni Orantes on behalf of Other Professional Orantes Law Firm, P.C.
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Donald W Reid on behalf of Interested Party INTERESTED PARTY
don@donreidlaw.com, ecf@donreidlaw.com

Matthew D. Resnik on behalf of Attorney Matthew Resnik
matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik on behalf of Creditor Royalty Equity Lending, LLC/Bobs LLC
matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Matthew D. Resnik on behalf of Interested Party Courtesy NEF
matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

Peter J Ryan on behalf of Defendant Testa Capital Group
ryan@floresryan.com, schneider@floresryan.com

Peter J Ryan on behalf of Defendant Thomas L. Testa
ryan@floresryan.com, schneider@floresryan.com

Allan D Sarver on behalf of Creditor Investment Management Company LLC
ADS@asarverlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE

Allan D Sarver on behalf of Interested Party Courtesy NEF
ADS@asarverlaw.com

Zev Shechtman on behalf of Attorney DANNING, GILL, ISRAEL & KRASNOFF, LLP
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor JINZHENG GROUP (USA) LLC
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party INTERESTED PARTY
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Plaintiff JINZHENG GROUP (USA) LLC
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
david@shevitzlawfirm.com,
shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

John N Tedford, IV on behalf of Interested Party INTERESTED PARTY
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov


## 2. SERVED BY UNITED STATES MAIL [CONTINUED]:

Jinzheng Group LLC
1414 S Azusa Ave., Suite B-22
West Covina, CA 91791

***Judge's Copy***
The Honorable Judge Ernest Robles
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                        **F 9013-3.1.PROOF.SERVICE**