# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In Re. JINZHENG GROUP (USA), LLC

Debtor(s)

Case No. 21-16674

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2022                Petition Date: 08/24/2021

Months Pending: 15                                Industry Classification: 6 5 5 2

Reporting Method:    Accrual Basis ☐    Cash Basis ⦿

Debtor's Full-Time Employees (current):                         0

Debtor's Full-Time Employees (as of date of order for relief):  0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Zhaopu Yang    YANG ZHAOPU                Zhaopu Yang, Attorney in Fact for Jianqing Yang
Signature of Responsible Party                 Printed Name of Responsible Party

12/21/2022
Date

6840 De Celis Pl. #9, Van Nuys, CA 91406
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  JINZHENG GROUP (USA), LLC                                    Case No.  21-16674

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).


**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/Zhaopu Yang    *YANG ZHAOPU*                           Zhaopu Yang
Signature of Responsible Party                             Printed Name of Responsible Party

Attorney in Fact for Jianqing Yang, Managing Member         12/21/2022
Title                                                       Date

UST Form 11-MOR (12/01/2021)                      9



```
                                          Date 11/30/22          Page       1
                                          Primary Account                3235


   JINZHENG GROUP (USA) LLC
   Debtor in Possession
   Case 2:21-bk-16674-ER, General
   6840 De Celis Pl. #9
   Van Nuys CA 91406
```

| Account Title: | JINZHENG GROUP (USA) LLC Debtor in Possession Case 2:21-bk-16674-ER, General | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 3235 | Statement Dates 11/01/22 thru 11/30/22 | |
| Previous Balance | 124,775.89 | Days in the statement period | 30 |
| 1 Deposits/Credits | 49,505.08 | Avg Daily Ledger | 147,838.26 |
| 1 Checks/Debits | 75.00 | Avg Daily Collected | 147,838.26 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 174,205.97 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 11/17 | Wire Transfer Credit<br>A & A ESCROW SERVICES INC<br>(TRUST ACCOUNT)<br>415 N CRESCENT DR SUITE 320<br>BEVERLY HILLS CA 90210<br>SALE PROCEEDS- 6840 DE CELIS P<br>APT #9, VAN NUYS, CA, 91406<br>20221117L2LFCK1C003576<br>20221117MMQFMP9N000211<br>11171449FT03 | 49,505.08 |

# axos
## BANK

Date 11/30/22  Page 2
Primary Account  3235

Commercial Checking        3235   (Continued)

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 11/15 | Account Analysis Charge | 75.00- |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 124,775.89 | 11/15 | 124,700.89 | 11/17 | 174,205.97 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER



```
                                              Date 11/30/22        Page       1
                                              Primary Account            3243


   JINZHENG GROUP (USA) LLC
   Debtor in Possession
   Case 2:21-bk-16674-ER, Payroll
   6840 De Celis Pl. #9
   Van Nuys CA 91406
```

| Account Title: | JINZHENG GROUP (USA) LLC Debtor in Possession Case 2:21-bk-16674-ER, Payroll | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 3243 | Statement Dates 11/01/22 thru 11/30/22 | |
| Previous Balance | 44,236.39 | Days in the statement period | 30 |
| Deposits/Credits | .00 | Avg Daily Ledger | 44,236.39 |
| Checks/Debits | .00 | Avg Daily Collected | 44,236.39 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 44,236.39 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 11/01 | 44,236.39 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER



```
                                              Date 11/30/22          Page      1
                                              Primary Account                3250


   JINZHENG GROUP (USA) LLC
   Debtor in Possession
   Case 2:21-bk-16674-ER, Tax
   6840 De Celis Pl. #9
   Van Nuys CA 91406
```

| Account Title: | JINZHENG GROUP (USA) LLC  Debtor in Possession  Case 2:21-bk-16674-ER, Tax |
|---|---|

```
 Commercial Checking                     Number of Enclosures                 0
 Account Number                  3250    Statement Dates  11/01/22 thru 11/30/22
 Previous Balance           10,000.00    Days in the statement period        30
       Deposits/Credits            .00   Avg Daily Ledger             10,000.00
       Checks/Debits               .00   Avg Daily Collected          10,000.00
 Maintenance Fee                   .00
 Interest Paid                     .00
 Ending Balance             10,000.00
```

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 11/01 | 10,000.00 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER



```
                                        Date 11/30/22          Page       1
                                        Primary Account                4694


   JINZHENG GROUP (USA) LLC
   Debtor in Possession,
   Case 2:21-bk-16674-ER, JV Account
   6840 De Celis Pl. #9
   Van Nuys CA 91406
```

| Account Title: | JINZHENG GROUP (USA) LLC |
| | Debtor in Possession, |
| | Case 2:21-bk-16674-ER, JV Account |

```
 Commercial Checking                    Number of Enclosures              0
 Account Number               4694      Statement Dates 11/01/22 thru 11/30/22
 Previous Balance         5,574.00      Days in the statement period    30
     Deposits/Credits          .00      Avg Daily Ledger          5,574.00
     Checks/Debits             .00      Avg Daily Collected       5,574.00
 Maintenance Fee               .00
 Interest Paid                 .00
 Ending Balance           5,574.00
```

**DAILY BALANCE INFORMATION**

| Date | Balance |
|------|---------|
| 11/01 | 5,574.00 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER



15250 Ventura Blvd, Suite 715
Sherman Oaks, CA 91403

Phone: (310) 550-6055
Fax:   (310) 550-6130

## SELLER'S FINAL SETTLEMENT STATEMENT

| | | |
|---|---|---|
| **PROPERTY:** | 6840 De Celis Place, Apt #9<br>Van Nuys, CA 91406 | **DATE:** November 16, 2022 |
| **SELLER:** | Jinzheng Group (USA) LLC | **CLOSING DATE:** November 16, 2022<br>**ESCROW NO.:** 609-AA |

| | **DEBITS** | **CREDITS** |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 650,000.00 |
| Seller credit to Buyer for closing costs | 2,500.00 | |
| **PAYOFF CHARGES - Investment Management Company, LLC** | | |
| **[Total Payoff $479,406.22]** | | |
| Principal Balance | 350,000.00 | |
| Contractual Interest till 10-31 | 56,339.13 | |
| Default Interest -Hold back | 64,714.79 | |
| Attorney's Fees -Hold Back | 8,002.30 | |
| Late Charge -Hold back | 350.00 | |
| **PAYOFF CHARGES - Michael E. Dorff and Shari L. Dorff** | | |
| **[Total Payoff $68,705.36]** | | |
| Principal Balance | 50,000.00 | |
| Contractual Interest | 6,615.08 | |
| Default Interest -Hold back | 2,756.28 | |
| Attorney Fees -Hold back | 8,984.00 | |
| Administrative Fee -Hold back | 350.00 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| 1st Half Taxes 2022-2023 at $3,555.39/semi-annually from 11/16/2022 to 01/01/2023 | | 888.85 |
| HOA at $160.00/monthly from 11/16/2022 to 12/01/2022 | | 80.00 |
| **COMMISSION CHARGES** | | |
| Avenue 8 Inc. | 14,625.00 | |
| Vidal Capital Investments, Inc. | 13,000.00 | |
| **H.O.A./MANAGEMENT** | | |
| Transfer Fee to Ross Morgan & Company, Inc. | 395.00 | |
| Dues for September, October, November to De Celis Court HOA | 480.00 | |
| Late Fees for Sept, Oct & Nov. $16 each to De Celis Court HOA | 48.00 | |
| Parking Passes to De Celis Court HOA | 200.00 | |
| Document & Rush Fee upfront by Escrow to A & A Escrow Services Inc. | 400.00 | |
| **OTHER DEBITS/CREDITS** | | |
| First American Natural Hazard Disclosures for NHD Report | 65.00 | |
| A & A Escrow Services Inc. for 9A application reimbursement | 72.80 | |
| Professional Lien Services, LLC for Release of HOA Lien | 75.00 | |
| A & A Escrow Services Inc. for HOLD to account for difference in interest due lienholders | 10,000.00 | |
| Darren Hubert for reimbursement for maintenance of property | 740.00 | |

Date: November 16, 2022                                                                                                    Escrow No.:    609-AA

Page 2 of 2:

|  | **DEBITS** | **CREDITS** |
|---|---:|---:|
| **TITLE/TAXES/RECORDING CHARGES - WFG Title Company of California** | | |
| Title - Owner's Title Insurance | 1,640.00 | |
| Title - Messenger Fee | 24.00 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title - Wire Fee | 37.50 | |
| Recording Court Order | 67.00 | |
| SB2 Recording Fees | 75.00 | |
| Recording Release of HOA Lien -post closing | 40.00 | |
| SB2 Recording Fees -post closing | 75.00 | |
| Transfer Tax - County to Los Angeles County | 715.00 | |
| Transfer Tax - City to City of Los Angeles | 2,925.00 | |
| 1st Half Taxes 2022-2023 to Los Angeles County Tax Collector | 3,555.39 | |
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 1,275.00 | |
| Title - 1099 Processing Fee to A & A Escrow Services Inc. | 75.00 | |
| Title - Drawing Documentation Fee | 75.00 | |
| Title - Wire Fee to A & A Escrow Services Inc. | 25.00 | |
| Title - Messenger/FedEx Fees to A & A Escrow Services Inc. | 35.00 | |
| Title - File Archive Fee* to Archive It! | 50.00 | |
| **Net Proceeds** | 49,505.08 | |
| **TOTAL** | $ 650,968.85 | $ 650,968.85 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**