# United States Bankruptcy Court
## Central District of California
Los Angeles
Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, January 4, 2023**                                                                 Hearing Room    1568

<u>10:00 AM</u>
**2:21-16674**    **JINZHENG GROUP (USA) LLC**                                                             Chapter 11

#3.00   Hearing
RE: [480] Motion -Debtor's Notice of Motion and Motion for Approval of Procedures for Auction of Debtor's Real Property; Memorandum of Points and Authorities, Declarations of Mark Cianciulli and Alphamorlai L. Kebeh  LLC (Attachments: # 1 Exhibit # 2 Proof of Service) (Shechtman, Zev)

Docket    480

**Matter Notes:**

1/4/2023

<span style="color:red">The tentative ruling will be the order.
Party to lodge order: As set forth in the Tentative Ruling</span>

<span style="color:red">POST PDF OF TENTATIVE OR AMENDED TENTATIVE RULING TO CIAO</span>

**Tentative Ruling:**

1/3/2023

**Note: Parties may appear at the hearing either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.**

   This tentative ruling has been issued prior to the expiration of the deadline for parties to oppose the Motion. In the event that a timely opposition is filed, the Court will issue an updated tentative ruling prior to the hearing. Subject to any opposition which may be filed, the Court is prepared to **GRANT** the Motion in its entirety.

**Pleadings Filed and Reviewed:**
1) Debtor's Notice of Motion and Motion for Approval of Procedures for Auction of Debtor's Real Property [Doc. No. 480] (the "Motion")
2) No opposition to the Motion is on file

# United States Bankruptcy Court
# Central District of California
Los Angeles
Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, January 4, 2023**                                                                                                  **Hearing Room    1568**

<u>10:00 AM</u>
**CONT...        JINZHENG GROUP (USA) LLC                                                                                            Chapter 11**

### I. Facts and Summary of Pleadings

On August 24, 2021 (the "Petition Date"), Jinzheng Group (USA) LLC (the "Debtor") filed a voluntary Chapter 11 petition. The Debtor continues in possession of its property and is operating and managing its business as a debtor-in-possession.

The primary asset of the estate is the property located at 2929 Amethyst Street, Los Angeles, California, in addition to several adjacent parcels (collectively, the "Property"). **[Note 1]** The Debtor seeks approval of procedures governing the auction of the Property.

The Debtor has engaged real estate brokers to market the Property, which has been listed for $12,000,000.00 (the "Purchase Price"). The Debtor has not yet received a binding offer to purchase the Property. Accordingly, the Debtor seeks to move forward with an auction of the Property, whereby the Property will continue to be marketed through early February 2023. Thereafter, the Debtor will conduct a 2-day virtual auction on February 9 and 10, 2023, where potential buyers would be able to bid on the Property.

The Debtor's current listing agreement expired on December 20, 2022. The Debtor plans to extend the listing agreement for an additional 120 days or until the end of the proposed sale process, whichever occurs sooner. Notwithstanding the foregoing, the Debtor will, in consultation with the Committee, consider interviewing a third broker, if a qualified broker is recommended by the Committee or another interested party, whose proposed engagement would be subject to mutual agreement of the Debtor and its brokers and whose employment would be subject to approval of the Court.

The Debtor notes that the timing and schedule proposed in the Motion is needed because, absent a timely sale or postponement of the foreclosure, the Property will be foreclosed on March 7, 2023. Pursuant to the Court's order entered on November 22, 2022 [Doc. No. 456], the automatic stay was lifted with respect to the Property, provided that no foreclosure sale could take place before March 7, 2023.

#### A. Stalking Horse Bidder
The Debtor will continue to entertain inquiries from potential stalking horse bidders. A bidder will be qualified as the "Stalking Horse Bidder" if by no later than January 31, 2023 such bidder:

1)   submits a written offer designated as a "Proposed Stalking Horse Bid" with a

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
**Ernest Robles, Presiding**
**Courtroom 1568 Calendar**

**Wednesday, January 4, 2023**                                                                                           **Hearing Room**    **1568**

<u>10:00 AM</u>
**CONT...        JINZHENG GROUP (USA) LLC                                                                             Chapter 11**
       deposit in the amount of 3% of the Purchase Price for the Property in an
       amount not less than $12,000,000.00; and
2) the offer otherwise complies with all of the terms and bidding procedures approved by the Court (the "Stalking Horse Bid").

    The Debtor will determine by February 3, 2023, in its discretion, and after consulting with the Committee, which bid if any is the most qualified bid to serve as the Stalking Horse Bidder. The Stalking Horse Bidder will receive a break-up fee of 1.50% of the amount of its Stalking Horse Bid if the Stalking Horse Bid remains as a qualified bidder through the closing of the auction but is overbid by another bidder who ultimately succeeds in closing the sale.

<u>**B. Bidding Procedures Pertaining to the Auction**</u>
    The material terms of the auction and sale applicable to all bidders (the "Bidding Procedures") may be summarized as follows **[Note 2]**:

1) By February 6, 2023, all buyers must submit a 3% non-refundable earnest money deposit (the "Deposit") to the Debtor together with a written bid to purchase the Property in an amount not less than $12,000,000.00.
2) A qualified bid will be accompanied by proof of funds in a form and manner satisfactory to the Debtor.
3) A qualified bid will include a mark-up to the form asset purchase agreement.
4) A qualified bid will be accompanied by a declaration sufficient to establish the bidder's good faith under Section 363(m) of the Bankruptcy Code.
5) The Auction shall take place on February 9 and 10, 2023, and will be held virtually.
6) After the conclusion of the auction, the Debtor will file a motion to be heard by the Court no later than March 3, 2023, unless another date is approved by the Court, for approval of the sale pursuant to 11 U.S.C. § 363 (the "Sale Motion").
7) A closing of the sale of the Property must take place by March 6, 2023, unless another date is authorized by the Court.

## II. Findings and Conclusions
<u>**A. The Bidding Procedures Are Approved**</u>
    Pursuant to § 363(b), "[t]he trustee, after notice and a hearing, may use, sell or

# United States Bankruptcy Court
## Central District of California
Los Angeles
Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, January 4, 2023**                                                                              Hearing Room    1568

10:00 AM
**CONT...        JINZHENG GROUP (USA) LLC**                                                                                Chapter 11

lease, other than in the ordinary course of business, property of the estate." The Court's obligation is to approve bidding procedures that are most likely to maximize the proceeds received by the estate in connection with the auction. *See Simantob v. Claims Prosecutor, LLC (In re Lahijani)*, 325 B.R. 282, 288–89 (B.A.P. 9th Cir. 2005) ("The court's obligation in § 363(b) sales is to assure that optimal value is realized by the estate under the circumstances."). The paramount goal in any proposed sale of estate property is to maximize the proceeds received by the estate. The Debtor's duty with respect to such sales is to obtain the highest price or greatest overall benefit possible for the estate. The Bidding Procedures must encourage bidding with the goal of maximizing the value of the Debtor's assets.

The Court's findings regarding the Bidding Procedures are governed primarily by the need to ensure that one of the estate's most lucrative assets inures to the benefit of the estate and its creditors. Also, as the Debtor notes, the Property is likely to be foreclosed on or about March 7, 2023.

The Debtor has established a reserve price of $12,000,000.00, and if that price is met, will sell the Property to the bidder presenting the highest bid for the Property. The Bidding Procedures are intended to enhance competitive bidding and aim to maximize the proceeds received by the estate. Therefore, the Bidding Procedures, which are fair and reasonable, constitute the Debtor's best chance to liquidate the Property, preclude foreclosure, and generate substantial proceeds for the benefit of the estate.

Additionally, the Debtor proposes a 1.50% break-up fee. The Court finds that this break-up fee is warranted to attract a competitive stalking horse bid and increase the likelihood of a successful sale of the Property. Therefore, the break-up fee is approved.

The Court notes that it has not had the opportunity to review the form asset purchase agreement, as it has not yet been filed. However, the Court recognizes that under the Bidding Procedures, a qualified bid will include a mark-up to the form asset purchase agreement.

The Bidding Procedures are approved. The following timeline shall apply (all times are in prevailing local time):

1) Wednesday, January 11, 2023 – Service of Bidding Procedures, Auction, and Sale Notice
2) Tuesday, January 31, 2023 – Bid deadline for Stalking Horse Bidder
3) Friday, February 3, 2023 – Deadline for the Debtor to designate a Stalking

# United States Bankruptcy Court
# Central District of California
Los Angeles
Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, January 4, 2023**                                                                 Hearing Room    1568

<u>10:00 AM</u>
**CONT...**    **JINZHENG GROUP (USA) LLC**                                                                 **Chapter 11**
        Horse Bidder
4) Monday, February 6, 2023 – Bid deadline for Qualified Bidders
5) Thursday and Friday, February 9 and 10, 2023 – Auction
6) Monday, February 13, 2023 at 1 P.M. – Deadline for the Debtor to file the Sale Motion
7) Thursday, February 16, 2023 at 1 P.M. – Deadline for parties to object to the Sale Motion
8) Tuesday, February 21, 2023 at 10 A.M. – Sale hearing

## III. Conclusion
Based upon the foregoing, the Motion is **GRANTED**.

**Note 1**: The Property is comprised of 15 separate, mostly adjacent, parcels: 2929 Amethyst (APN 5209-009-001), a triplex at 2526-28 Lincoln Park Ave. (APN 5208-025-001), a duplex at 2520-22 Lincoln Park Ave. (APN 5208-025-002), land at 2602 Lincoln Park Ave, (APN 5208-025-014) and land at 2600 Sierra Street (APN 5209-005-003, and the parcels of vacant land described as the Paradise Drive Lots (APNs (i) 5209-021-002, -005, -006; (ii) 5209-022-007; (iii) 5209-023-022, -029; -030; -031; -032; and (iv) 5209-025-006).

**Note 2**: This summary contains only the most significant provisions of the Bidding Procedures. Parties should consult the Bidding Procedures outlined in further detail in the Motion.1/3/2023

| Party Information |
|---|

**<u>Debtor(s):</u>**

    JINZHENG GROUP (USA) LLC        Represented By
                                                                   Zev  Shechtman
                                                                   Alphamorlai Lamine Kebeh
                                                                   Danielle R Gabai
                                                                   Damian J. Martinez