ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**FILED & ENTERED**

**JAN 05 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>      Debtor and Debtor-in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF PROCEDURES FOR AUCTION OF DEBTOR'S REAL PROPERTY [Docket No. 480]**<br><br><u>Hearing Date, Time, and Place</u><br>Date:    January 4, 2023<br>Time:    10:00 a.m.<br>Place:    Courtroom 1568<br>            255 E. Temple Street<br>            Los Angeles, California 90012 |

1701956.2  27086                                             1

On January 4, 2023, at 10:00 a.m., there came before the Court for hearing the *Motion For Approval of Procedures For Auction of Debtor's Real Property*, docket no. 480 (the "Motion"), filed by Jinzheng Group (USA) LLC (the "Debtor"), the Honorable Ernest M. Robles, United States Bankruptcy Judge, presiding. Zev Shechtman of Danning, Gill, Israel & Krasnoff, LLP appeared for the Debtor and Teddy Kapur of Pachulski Stang Ziehl & Jones LLP appeared for the Official Committee of Unsecured Creditors. There were no other appearances.

The Court having read and considered the Motion and Notice of Motion, and the pleadings and evidence offered in support thereof; having found that notice of the Motion and the hearing were adequate and proper; having issued a tentative ruling granting the Motion (*docket no. 484*) which is incorporated herein by this reference; having heard the statements of counsel at the hearing; and good cause appearing therefor; it is hereby

**ORDERED that**:

1. The Motion is **granted** in its entirety.

2. The Bidding Procedures proposed in the Motion and set forth in detail in the Notice of Motion are **approved** in their entirety. Without limiting the generality of the foregoing, it is further

**ORDERED that**:

3. The Debtor is authorized to extend the listing agreement with its brokers to April 19, 2023, or until the end of the proposed sale process, whichever occurs sooner.

4. The following timeline shall apply:

    a. Wednesday, January 11, 2023 – Deadline for Service of Bidding Procedures, Auction, and Sale Notice.

    b. Tuesday, January 31, 2023 – Bid deadline for Stalking Horse Bidder.

    c. Friday, February 3, 2023 – Deadline for the Debtor to designate a Stalking Horse Bidder.

    d. Monday, February 6, 2023 – Bid deadline for Qualified Bidders.

    e. Thursday and Friday, February 9 and 10, 2023 – Dates of Auction.

        f.        Monday, February 13, 2023 at 1 P.M. – Deadline for the Debtor to file the Sale Motion.

        g.        Thursday, February 16, 2023 at 1 P.M. – Deadline for parties to object to the Sale Motion.

        h.        Tuesday, February 21, 2023 at 10 A.M. – Sale hearing.

###

Date: January 5, 2023

*[signature]*

Ernest M. Robles
United States Bankruptcy Judge

1701956.2  27086

3