ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
*akebeh@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for
Jinzheng Group (USA) LLC, Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:21-bk-16674-ER |
| JINZHENG GROUP (USA) LLC, | Chapter 11 |
| Debtor. | **DEBTOR'S NOTICE OF BIDDING PROCEDURES, AUCTION, AND SALE OF DEBTOR'S REAL PROPERTY** |
| | [No Hearing Required] |

**PLEASE TAKE NOTICE** that, pursuant to the Court's *Order Granting Debtor's Motion for Approval of Procedures for Auction of Debtor's Real Property* (docket no. 485), a copy of which is attached as Exhibit "1," Jinzheng Group (USA) LLC (the "Debtor"), hereby gives notice of the following procedures and dates relating to the auction and sale of the Debtor's real property located at 2929 Amethyst Street, Los Angeles, California, and several adjacent or nearby parcels (collectively, the "Lincoln Heights Property")[1] free and clear of liens, claims, and interests pursuant to 11 U.S.C. § 363(f):

---

[1] The Lincoln Heights Property has the following Assessor Parcel Numbers: 2929 Amethyst Street (APN 5209-009-001), a triplex at 2526-28 Lincoln Park Ave. (APN 5208-025-001), a duplex at 2520-22 Lincoln Park Ave. (APN 5208-025-002), land at 2602 Lincoln Park Ave. (APN 5208-025-014) and land at 2600 Sierra Street (APN 5209-005-00, and the parcels of vacant land described as the Paradise Drive Lots (APNs (i) 5209-021-002, -005, -006; (ii) 5209-022-007; (iii) 5209-023-022, -029; -030; -031; -032; and (iv) 5209-025-006).

1.  **Bid Deadline for Stalking Horse Bidder**: Tuesday, January 31, 2023.  A bidder will be qualified as the "Stalking Horse Bidder" if, by no later than January 31, 2023, such bidder:

a.  submits a written offer designated as a "Proposed Stalking Horse Bid" with Deposit in the amount of 3% of the purchase price for the Lincoln Heights Property in an amount not less than $12,000,000; and

b.  the offer otherwise complies with all of the terms and bidding procedures set forth herein (the "Stalking Horse Bid").

2.  The Debtor may entertain multiple bids as potential Stalking Horse Bids.

3.  **Deadline for the Debtor to designate a Stalking Horse Bidder**: Friday, February 3, 2023.  The Debtor will determine by February 3, 2023, in its discretion, and after consulting with the Committee, which bid if any is the most qualified bid to serve as the Stalking Horse Bidder.  The Stalking Horse Bidder will receive a breakup fee of 1.50% of the amount of its Stalking Horse Bid if the Stalking Horse Bidder remains as a qualified bidder through the closing of the auction but is overbid by another bidder who ultimately succeeds in closing the sale.

3.  **Bid deadline for Qualified Bidders**: Monday, February 6, 2023.  The following terms apply to all potential bidders:

a.  Unless the party is a proposed Stalking Horse Bidder in which case the applicable deadline is mentioned above, by February 6, 2023, all bidders must submit a 3% non-refundable earnest money deposit (the "Deposit") to the Debtor together with a written bid to purchase the Lincoln Heights Property in an amount not less than $12,000,000;

b.  All Deposits, bids, and supporting documents shall be delivered: to Zev Shechtman and Alphamorlai Kebeh, 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067, email: zs@DanningGill.com and akebeh@DanningGill.com, telephone: 310-277-0077 with a copy to the Debtor's Brokers via email at: mark@cremgroupre.com;

c.  All qualified bidders must execute an asset purchase agreement.  A copy of a form asset purchase agreement is attached hereto as Exhibit "2";

d.  A qualified bid will be accompanied by proof of funds in a form and manner satisfactory to the Debtor;

e.      A qualified bid will be accompanied by a declaration sufficient to establish the bidder's good faith under section 363(m) of the Bankruptcy Code.  A copy of a draft form of such declaration is attached hereto as Exhibit "3";

f.      Any sale of the Property will be as-is, where-is, without representations or warranties, and no contingencies, whatsoever;

g.      All bids are subject to the discretion of the Debtor to select the highest and best bid, and any backup bidders, and to continue the auction if the Debtor does not determine one, through and including the hearing date, in consultation with the Committee, and subject to the approval of the Bankruptcy Court;

h.      The Debtor will retain possession of the Deposits submitted by the successful bidder and any backup bidder until the closing of the sale; and

i.      A closing of the sale of the Property must take place by March 6, 2023, unless another date is authorized by the Court.

4.      **Dates of Auction:** Thursday and Friday, February 9 and 10, 2023.  The auction will be held virtually through the auction platform "Ten-X."

5.      **The Sale Motion:** On or before Monday, February 13, 2023 at 1 P.M., the Debtor will file a motion to be heard by the Court on Tuesday, February 21, 2023 at 10 A.M. (the "Sale Motion").  Any party who wishes to object to the Sale Motion must do so by Thursday, February 16, 2023 at 1 P.M.

DATED:  January 10, 2023                    DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:      _/s/ Alphamorlai L. Kebeh_
ALPHAMORLAI L. KEBEH
General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

EXHIBIT 1

1 | ZEV SHECHTMAN (State Bar No. 266280)
   | *zs@DanningGill.com*
2 | ALPHAMORLAI L. KEBEH (State Bar No. 336798)
   | *akebeh@DanningGill.com*
3 | DANNING, GILL, ISRAEL & KRASNOFF, LLP
   | 1901 Avenue of the Stars, Suite 450
4 | Los Angeles, California 90067-6006
   | Telephone: (310) 277-0077
5 | Facsimile: (310) 277-5735
6 | General Bankruptcy Counsel for Jinzheng Group
   | (USA) LLC, Debtor and Debtor in Possession
7 |

FILED & ENTERED

JAN 05 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **LOS ANGELES DIVISION**

11 |

12 | In re                                    Case No. 2:21-bk-16674-ER

13 | JINZHENG GROUP (USA) LLC,                Chapter 11

14 |                  Debtor and Debtor-in    **ORDER GRANTING DEBTOR'S**
   |                  Possession.            **MOTION FOR APPROVAL OF**
15 |                                         **PROCEDURES FOR AUCTION OF**
   |                                         **DEBTOR'S REAL PROPERTY [Docket**
16 |                                         **No. 480]**

17 |                                         Hearing Date, Time, and Place
   |                                         Date:      January 4, 2023
18 |                                         Time:      10:00 a.m.
   |                                         Place:     Courtroom 1568
19 |                                                    255 E. Temple Street
   |                                                    Los Angeles, California 90012

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1701956.2  27086

1

EXHIBIT 1

4

On January 4, 2023, at 10:00 a.m., there came before the Court for hearing the *Motion For Approval of Procedures For Auction of Debtor's Real Property*, *docket no. 480* (the "Motion"), filed by Jinzheng Group (USA) LLC (the "Debtor"), the Honorable Ernest M. Robles, United States Bankruptcy Judge, presiding.  Zev Shechtman of Danning, Gill, Israel & Krasnoff, LLP appeared for the Debtor and Teddy Kapur of Pachulski Stang Ziehl & Jones LLP appeared for the Official Committee of Unsecured Creditors.  There were no other appearances.

The Court having read and considered the Motion and Notice of Motion, and the pleadings and evidence offered in support thereof; having found that notice of the Motion and the hearing were adequate and proper; having issued a tentative ruling granting the Motion (*docket no. 484*) which is incorporated herein by this reference; having heard the statements of counsel at the hearing; and good cause appearing therefor; it is hereby

**ORDERED that**:

1.      The Motion is **granted** in its entirety.

2.      The Bidding Procedures proposed in the Motion and set forth in detail in the Notice of Motion are **approved** in their entirety.  Without limiting the generality of the foregoing, it is further

**ORDERED that**:

3.      The Debtor is authorized to extend the listing agreement with its brokers to April 19, 2023, or until the end of the proposed sale process, whichever occurs sooner.

4.      The following timeline shall apply:

      a.      Wednesday, January 11, 2023 – Deadline for Service of Bidding Procedures, Auction, and Sale Notice.

      b.      Tuesday, January 31, 2023 – Bid deadline for Stalking Horse Bidder.

      c.      Friday, February 3, 2023 – Deadline for the Debtor to designate a Stalking Horse Bidder.

      d.      Monday, February 6, 2023 – Bid deadline for Qualified Bidders.

      e.      Thursday and Friday, February 9 and 10, 2023 – Dates of Auction.

f.    Monday, February 13, 2023 at 1 P.M. – Deadline for the Debtor to file the Sale Motion.

g.    Thursday, February 16, 2023 at 1 P.M. – Deadline for parties to object to the Sale Motion.

h.    Tuesday, February 21, 2023 at 10 A.M. – Sale hearing.

###

Date: January 5, 2023

Ernest M. Robles
United States Bankruptcy Judge

1701956.2  27086

3

EXHIBIT 2

# PURCHASE AND SALE AGREEMENT

This Purchase and Sale Agreement (the "**Agreement**") is entered into by and between the following (each a "**Party**" and collectively the "**Parties**"):

**Seller**          Jinzheng Group (USA) LLC, a California Limited Liability Company

**Buyer**          _____          (Name)

                   _____          (Address)

                   _____          (City, State, Zip)

**Purchase Price**     $_____

# RECITALS

A.     The Seller is the record title holder of real property located at 2929 Amethyst Street, Los Angeles, California, and several adjacent or nearby parcels (collectively, the "**Lincoln Heights Property**" or the "**Property**"), described as follows:

1.     2929 Amethyst Street (APN 5209-009-001);

2.     a multifamily residential property at 2526-28 Lincoln Park Ave. (APN 5208-025-001);

3.     a multifamily residential property at 2520-22 Lincoln Park Ave. (APN 5208-025-002);

4.     land at 2602 Lincoln Park Ave. (APN 5208-025-014);

5.     land at 2600 Sierra Street (APN 5209-005-003); and

6.     parcels of vacant land described as the Paradise Drive Lots (APNs (i) 5209-021-002, -005, -006; (ii) 5209-022-007; (iii) 5209-023-022, -029; -030; -031; -032; and (iv) 5209-025-006).

B.     On August 24, 2021, the Seller filed a petition for relief under chapter 11 of title 11 of the United States Code (the "**Code**"), in the United States Bankruptcy Court for the Central District of California (the "**Court**"), Case No. 2:21-bk-16674-ER (the "**Case**").

C.     On January 5, 2023, the Court entered an order (the "**Sale Procedures Order**") approving procedures relating to the Seller's proposed sale of the Property through an auction (the "**Auction**") conducted by the CREM Group and Marcus & Millichap, the Debtor's Brokers (the "**Debtor's Brokers**").

D.     On or about January 10, 2023, the Debtor filed its Notice of Bidding Procedures, Auction, and Sale of Debtor's Real Property (the "**Notice of Bidding Procedures**"), which is docket

no. 487, in the Case.  Buyer has received a copy of the Notice of Bidding Procedures and exhibits thereto.

E.      The Seller has agreed to sell the Property to the Buyer on the terms set forth herein.

## AGREEMENT

Based on the mutual promises contained herein and for other good and valuable consideration, the receipt of which is acknowledged, the Parties agree as follows:

1.      **Recitals Acknowledged**.  Each of the Parties acknowledges that, to the best of the Party's knowledge, each of the above recitals is true and correct in every material respect.

2.      **Purchase Agreement**.  The Buyer agrees to purchase, and the Seller agrees to sell to the Buyer, all right, title and interest of the Seller, and the Seller's bankruptcy estate, in the Property pursuant to the terms, conditions and provisions herein.

3.      **Sale Subject to Court Approval**.  The sale evidenced by this Agreement is subject to approval by the Court in accordance with the Sale Procedures Order and the Notice of Bidding Procedures.

4.      **Sale Free and Clear of Liens**.  Pursuant to 11 U.S.C. § 363(f), the sale shall be free and clear of any and all liens against the Property, including:

(a)      liens securing real property taxes owed to the County of Los Angeles as of the date on which the sale closes, for the period prior to the closing of the sale;

(b)      a deed of trust recorded in the Los Angeles County Recorder's Office on December 4, 2020, as instrument no. 2020-1580412, in favor of Royalty Equity Lending, LLC

(c)      a deed of trust recorded in the Los Angeles County Recorder's Office on September 6, 2019, as instrument no. 2019-913224, in favor of Michael E. Dorff and Shari L. Dorff, as joint tenants;

(d)      a deed of trust recorded in the Los Angeles County Recorder's Office on September 28, 2020, as instrument no. 2020-1183963, in Breezeblock Capital, LLC; and

(e)      a deed of trust recorded in the Los Angeles County Recorder's Office on December 16, 2019, as instrument no. 2019-1398228, in favor of Helen P. Ho, Trustee of the Helen P. Ho Revocable Trust as to an undivided 75% interest and Stephen Yen, as to an undivided 25% interest.

5.      **Purchase Price**.

(a)      The purchase price for the Property shall be the Purchase Price identified in the preamble of this Agreement.

(b)      The Buyer acknowledges that Seller's sale of the Property is subject to higher and better bids through and including the auction on the Property.

6.      **Deposit**.  The initial deposit (the "**Deposit**") shall be $\_\_\_$.  A cashier's check made payable to "A & A Escrow, Inc." or a wire transfer in that sum, along with an executed copy of this Agreement, shall be delivered to the Escrow Company (defined below) upon acceptance of this Agreement by the Parties.  The deposit shall be non-refundable after the removal of all of the Buyer's contingencies.  If the sale fails to close as a result of the Buyer's default, the Deposit shall be deemed liquidated damages and retained by the Seller; otherwise, the Deposit shall be applied to the Purchase Price upon closing.

7.      **Closing**.  The sale contemplated by this Agreement shall close no later than March 6, 2023, unless another date is authorized by the Court.

8.      **Brokerage Fees and Closing Costs Paid through Escrow**.

(a)      **Seller's Broker**.  The Seller's brokers are the CREM Group and Marcus & Millichap.  The Buyer understands and acknowledges that, if the Buyer is represented by a broker, the Seller will pay the Debtor's Brokers a real estate broker's commission equal to 3% of the Purchase Price, from which The CREM Group will receive 1%, and Marcus & Millichap will receive 2.0%.  If the Buyer is not represented by a broker, the Debtor's Brokers will be entitled to a total commission of 3.5%, from which The CREM Group will receive 1.25%, and Marcus & Millichap will receive 2.25%.

(b)      **Buyer's Broker**.  The Buyer's broker is \_\_\_\_.

(c)      **Closing Costs**.  All closing costs associated with the transfer of the Property shall be borne by the Buyer, including settlement fees, escrow fees, title insurance premiums, document preparation fees, and transfer and recording costs.

9.      **No Closing Contingencies**.  The Seller's sale of the Property to the Buyer is not subject to any contingencies, including inspection and financing contingencies, other than entry of an order by the Court approving the Seller's sale of the Property to the Buyer on the terms set forth in this Agreement.

10.      **Escrow and Title Companies**.

(a)      **Escrow Company**.  Unless otherwise agreed by the Seller and the Buyer, the escrow holder shall be A&A Escrow Services, Inc., 15250 Ventura Blvd #715, Sherman Oaks, California 91403, telephone no. (310) 550-6055.  Escrow instructions corresponding to the terms of this Agreement shall be signed by the Parties within a reasonable time after such instructions are prepared by the escrow holder.

(b)      **Title Company**.  Unless otherwise agreed by the Seller and the Buyer, the title company shall be First American Title Company, 4 First American Way, Santa Ana, California 92707.

11.     **Form of Conveyance**.  The Property shall be conveyed by the Seller to the Buyer by quitclaim deed.

12.     **"As Is" and "Where Is" Basis; No Representations or Warranties by the Seller**. The Seller has not, and will not, determine the condition of the Property or its fitness for any particular purpose.  The Seller's sale of the Property to the Buyer shall be on an "as is" and "where is" basis with no representations, warranties or recourse whatsoever.

13.     **Remedy for the Buyer's or the Seller's Failure to Close**.  The Buyer's sole remedy if escrow fails to close as a result of the Seller's default or inability to close escrow, including but not limited to the Court's denial of the Seller's motion for approval of the sale, shall be a refund of the Deposit in full.  If the Buyer defaults, the Deposit may be retained by Seller as liquidated damages without further legal action.

_____  [Seller's initials]          _____  [Buyer's initials]

14.     **Jurisdiction; Applicable Law**.  The Court shall have sole and exclusive jurisdiction to interpret and enforce the terms of this Agreement and the Buyer hereby consents and submits to such exclusive jurisdiction.  This Agreement shall be interpreted and enforced pursuant to the laws of the United States of America, and where state law is required to be applied, California law shall apply.

15.     **Interpretation**.  The Seller and the Buyer acknowledge that the Seller is represented by counsel, and that the Buyer is represented by counsel, to review, negotiate and approve this Agreement.  If there is a dispute over the meaning of any provision, this Agreement shall not be interpreted against either party, regardless of which one prepared the initial draft hereof.

16.     **Parties Bound**.  This Agreement is binding upon and shall inure to the benefit of the Parties, and their respective attorneys, agents, heirs, administrators, predecessors, successors and assigns.

17.     **Integration**.  This Agreement constitutes the entire agreement between the Parties pertaining to the subject matter hereof and supersedes all prior and contemporaneous agreements and other writings between the Parties.  No supplement, modification, waiver or termination of this Agreement shall be binding unless executed in writing by the Party to be bound thereby.

18.     **Attorneys' Fees and Expenses**.  Each Party shall bear his/her/its own attorneys' fees, expenses and costs incurred in connection with this Agreement and the sale contemplated hereby. However, should legal action be necessary to enforce or interpret the terms of this Agreement, the Party declared to be the prevailing party in such proceeding(s) shall be entitled to recover from the non-prevailing party his/her/its reasonable attorneys' fees and costs incurred in enforcing or interpreting this Agreement.

/ / /

/ / /

/ / /

1702551.2  27086                                4

19.    **Execution**.  This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

DATED: _____, 2023    _____

By:   Buyer
Title:

DATED: _____, 2023    _____

By:
Title:

EXHIBIT 3

**<u>DECLARATION OF [</u>                     **]**

I, [name:_____], declare as follows:

1.     I am the [title:_____] of [name of bidder:

_____](the "Offeror").  The Offeror is making a bid as to all

right, title and interest of Jinzheng Group (USA) LLC (the "Debtor"), in the Debtor's real property

located at 2929 Amethyst Street, Los Angeles, California, and several adjacent or nearby parcels of

property (collectively, the "Lincoln Heights Property")[1].

2.     I am the authorized representative of Offeror and am authorized to legally bind the

Offeror, including at an auction.

3.     I have personal knowledge of the facts in this declaration.  If called as a witness, I

could testify competently to these facts.

4.     Neither Offeror, nor I or Offeror's ownership or management, have any prior,

current or expected association or other connection with the Debtor, major creditors or equity

security holders in the Debtor's bankruptcy case or with any of the professionals employed by the

Debtor, except as follows:_____

_____

_____.

5.     There has been no collusion between Offeror, on the one hand, and any other

bidders, creditors, or interested parties, on the other hand, regarding the sale of the Lincoln Heights

Property.

6.     The contact information for the Offeror is as follows:

    a.    Name:_____

    b.    Email:_____

---

[1] The Lincoln Heights Property has the following Assessor Parcel Numbers: 2929 Amethyst Street (APN 5209-009-001), a triplex at 2526-28 Lincoln Park Ave. (APN 5208-025-001), a duplex at 2520-22 Lincoln Park Ave. (APN 5208-025-002), land at 2602 Lincoln Park Ave. (APN 5208-025-014) and land at 2600 Sierra Street (APN 5209-005-00, and the parcels of vacant land described as the Paradise Drive Lots (APNs (i) 5209-021-002, -005, -006; (ii) 5209-022-007; (iii) 5209-023-022, -029; -030; -031; -032; and (iv) 5209-025-006).

1

EXHIBIT 3

1              c.       Phone:_____

2              d.       Address:_____

3              e.       Broker's Contact Information: _____

4              f.       Attorney's Contact Information: _____

5       7.      I will supplement the information provided herein promptly if and when there is a

6  change.

7       8.      I declare under penalty of perjury under the laws of the United States of America

8  that the foregoing is true and correct.

9          Executed at, City and State:_____, on January __, 2023.

10

11  DATED:  January __, 2023                    Offeror:_____

12

13                                          By:   _____

14                                                Name:_____
                                                  Title:_____

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): DEBTOR'S NOTICE OF BIDDING PROCEDURES, AUCTION, AND SALE OF DEBTOR'S REAL PROPERTY_ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  January 10, 2023  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:  On  January 10, 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| January 10, 2023 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

**1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

David M Browne on behalf of Defendant CBW Global Inc.
dmbrownelaw@gmail.com, dmbeaster@aol.com

David M Browne on behalf of Defendant CBW Global, Inc.
dmbrownelaw@gmail.com, dmbeaster@aol.com

David M Browne on behalf of Defendant Betty Zheng
dmbrownelaw@gmail.com, dmbeaster@aol.com

David M Browne on behalf of Defendant Betty Bao Zheng
dmbrownelaw@gmail.com, dmbeaster@aol.com

Donna C Bullock on behalf of Interested Party Donna Bullock Carrera
donnabullockcarrera@yahoo.com, donna.bullock@ymail.com

Steven P Chang on behalf of Interested Party Courtesy NEF
heidi@spclawoffice.com,
schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincom
pass.com;changsr75251@notify.bestcase.com

Michael F Chekian on behalf of Creditor The Phalanx Group
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Michael F Chekian on behalf of Interested Party Chekian Law Office, Inc.
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Heidi M Cheng on behalf of Plaintiff JINZHENG GROUP (USA) LLC
heidi@slclawoffice.com,
assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Susan Titus Collins on behalf of Interested Party INTERESTED PARTY
scollins@counsel.lacounty.gov

Nicholas S Couchot on behalf of Creditor Royal Business Bank
ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com

Jeffrey W Dulberg on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
jdulberg@pszjlaw.com

Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
oestrada@ttc.lacounty.gov

Danielle R Gabai on behalf of Debtor JINZHENG GROUP (USA) LLC
dgabai@danninggill.com, dgabai@ecf.courtdrive.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

Runmin Gao on behalf of Plaintiff JINZHENG GROUP (USA) LLC
ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com

Runmin Gao on behalf of Plaintiff JINZHENG GROUP (USA) LLC
ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com

Richard Girgado on behalf of Interested Party Courtesy NEF
rgirgado@counsel.lacounty.gov

Brian T Harvey on behalf of Interested Party Courtesy NEF
bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com,
roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.
com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.co
m

Teddy M Kapur on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
tkapur@pszjlaw.com, mdj@pszjlaw.com

Alphamorlai Lamine Kebeh on behalf of Debtor JINZHENG GROUP (USA) LLC
akebeh@danninggill.com

Alphamorlai Lamine Kebeh on behalf of Plaintiff JINZHENG GROUP (USA) LLC
akebeh@danninggill.com

Peter A Kim on behalf of Attorney LAW OFFICES OF PETER KIM
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Betula Lenta Inc
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant David Park
peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Jonathan Pae
peter@pkimlaw.com, peterandrewkim@yahoo.com

Christopher J Langley on behalf of Attorney Shioda Langley and Chang LLP
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Christopher J Langley on behalf of Plaintiff JINZHENG GROUP (USA) LLC
chris@slclawoffice.com,
omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Paul J Leeds on behalf of Creditor Sound Equity, Inc.
Pleeds@fsl.law, ssanchez@fsl.law

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Benjamin R Levinson, ESQ on behalf of Creditor Michael E. Dorff and Shari L. Dorff
ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com

Damian J. Martinez on behalf of Attorney ATKINSON ANDELSON LOYA RUUD & ROMO
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Damian J. Martinez on behalf of Debtor JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Eric A Mitnick on behalf of Creditor Corona Capital Group LLC
MitnickLaw@gmail.com, mitnicklaw@gmail.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF
MitnickLaw@gmail.com, mitnicklaw@gmail.com

Giovanni Orantes on behalf of Other Professional Orantes Law Firm, P.C.
go@gobklaw.com, gorantes@orantes-
law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase
.com

Donald W Reid on behalf of Interested Party INTERESTED PARTY
don@donreidlaw.com, ecf@donreidlaw.com

Matthew D. Resnik on behalf of Attorney Matthew Resnik
Matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfir
m.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew D. Resnik on behalf of Creditor Royalty Equity Lending, LLC/Bobs LLC
Matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfir
m.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew D. Resnik on behalf of Interested Party Courtesy NEF
Matt@rhmfirm.com,
roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfir
m.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Peter J Ryan on behalf of Defendant Testa Capital Group
ryan@floresryan.com, schneider@floresryan.com

Peter J Ryan on behalf of Defendant Thomas L. Testa
ryan@floresryan.com, schneider@floresryan.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          F 9013-3.1.PROOF.SERVICE

Allan D Sarver on behalf of Creditor Investment Management Company LLC
ADS@asarverlaw.com

Allan D Sarver on behalf of Interested Party Courtesy NEF
ADS@asarverlaw.com

Zev Shechtman on behalf of Attorney DANNING, GILL, ISRAEL & KRASNOFF, LLP
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor JINZHENG GROUP (USA) LLC
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party INTERESTED PARTY
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Plaintiff JINZHENG GROUP (USA) LLC
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
david@shevitzlawfirm.com,
shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

John N Tedford, IV on behalf of Interested Party INTERESTED PARTY
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

## 2. **SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| JINZHENG GROUP (USA) LLC<br>1414 S Azusa Ave, Suite B-22<br>West Covina, CA 91791 | The Honorable Ernest M. Robles<br>U.S. Bankruptcy Court<br>255 E. Temple Street, Suite 1560<br>Los Angeles, CA 90012 | Breezeblock Capital, LLC<br>c/o Pacific Mortgage Exchange Inc.<br>PO Box 2836<br>Big Bear Lake, CA 92315 |
| Helen P. Ho, Trustee of the Helen P. Ho<br>Revocable Trust as to an Undivided 75 %<br>Interest and Stephen Yen as to an<br>Undivided 25% interest<br>PO Box 3473<br>Fremont, CA 94539 | Pacific Mortgage Exchange<br>73241 Hwy 11, Ste 1-A<br>Palm Desert, CA 92260 | Best Alliance Foreclosure Services<br>16133 Ventura Blvd., Ste 700<br>Encino, CA 91436 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Avenue 8<br>c/o Darren Hubert<br>3900 Wilshire Blvd<br>Beverly Hills, CA 90212 | Michael Douglas Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LOS ANGELES COUNTY
TREASURER AND TAX
COLLECTOR
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Accutax Services
9040 Telstar Ave Ste 105
El Monte CA 91731-2838

OFFICE OF FINANCE  CITY OF
LOS ANGELES
200 N SPRING ST RM 101 CITY
HALL
LOS ANGELES CA 90012-3224

American Modern Insurance
7000 Midland Blvd
Amelia OH 45102-2608

BETTY ZHENG
28 N. 3RD ST. #b513
ALHAMBRA, CA 91801-6234

BOBS LLC
Attn: Barry Shy
7525 Avalon Bay St
Las Vegas, NV 89139-5307

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Bamboo Insurance
7050 Union Park Center Ste 400B
Midvale UT 84047-6055

Bentula Lenta, Inc.
David Park
800 W. 6th Street
Suite 1250
Los Angeles, CA 90017-2721

Best Alliance
16133 Ventura Blvd.
Suite 700
Encino, CA 91436-2406

Betula Lenta Inc.
800 West 6th Street
Suite 1250
Los Angeles, CA 90017-2721

Build Group Construction Co
700 Flower St 575
Los Angeles CA 90017-4122

California American Water
8657 Grand Ave
Rosemead CA 91770-1220

Coory Engineering
1718 N Neville St
ORANGE, CA 92865-4214

Corona Capital Group, LLC
1222 Crenshaw Blvd.
#B
Torrance, CA 90501-2496

Craig Fry & Associates
990 S. Arroya Pkwy, #4
Pasadena, CA 91105-3920

Craig Fry and Associates
990 Arroyo Parkway #4
Pasadena, CA 91105-3920

DNQ LLC
Jason D Wang
6145 W Spring Mountain Rd. #205
Las Vegas NV 89146-8819

David S Zu
100 N Citrus St Ste 330
West Covina CA 91791-1674

David Z. Su
100 N. Citrus Street Ste 615
West Covina, CA 91791-6600

Donna Bullock
Attorney at Law
800 W 6th St
Suite 1250
Los Angeles, CA 90017-2721

Donna Bullock Esq
Law Offices of Donna Bullock
800 W 6th St Suite 1250
Los Angeles CA 90017-2721

EFI Global
5261 W Imperial Hwy
Los Angeles CA 90045-6231

Franchise Tax Board Chief Counsel
c/o General Counsel Section
P.O. Box 720, MS: A-260
Rancho Cordova, CA 95741-1720

Home Loans Unlimited
Attn Daniel Triana
28859 Phantom Trail
Santa Clarita, CA 91390-5295

Home Loans Unlimited, Inc.
28859 Phantom Trail
Santa Clarita, CA 91390-5295

Griffin Underwriters
PO Box 3867
Bellevue WA 98009-3867

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Investment Management Company
1507 7th Street, #344
Santa Monica, CA 90401-2605

Jade Capital
333 Thornall St Ste 101
Edison NJ 08837-2220

Ji Anqi Ngyang
66 Yuhua West Rd
Shi Ji Azhuang Hebei Province 050000
Chi
 undeliverable

Jianqing Yang
PO Box 3702
Alhambra CA 91803-0702

Jinzheng Group (USA) LLC
100 E. Huntington Dr. Ste 207
Alhambra, CA 91801-1022

LA City Treasurer and Tax Collector
255 N Hill St 1st Fl
Los Angeles CA 90012-2705

LT Management Group
1414 S. Azusa Ave.
Unit 22
West Covina, CA 91791-4088

Land Design Consultants
800 Royal Oaks Drive
Suite 104
Monrovia, CA 91016-6364

Law Offices of Matthew C. Mullhofer
2107 N. Broadway
Suite 103
Santa Ana, CA 92706-2633

Los Angeles Treasurer Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Marc Cohen
Cohen Law Group, APC
541 S. Spring Street, Ste. 1208
Los Angeles, CA 90013-1667

Michael Carlin
PO Box 67132
Century City, CA 90067-0132

Pacific Geotech Inc
Attn Jirayus Pukkansasut
15038 Clark Ave
Hacienda Heights CA 91745-1408

Overland Traffic Consultants
952 Manhattan Beach Blvd 100
Manhattan Beach CA 90266-5112

Pennington Construction Advisors Inc
Attn: Todd C. Pennington
79 Bell Pasture Rd
Ladera Ranch CA 92694-1558

Phalanx
424 E. 15th Street
Suite 10
Los Angeles, CA 90015-3140

ROYAL BUSINESS BANK
1055 WILSHIRE BLVD SUITE 1220
LOS ANGELES CA 90017-3103

Royalty Equity Lending LLC
600 S. Spring Street
Suite 106
Los Angeles, CA 90014-1979

Shawn Charles Sourgose
2111 Seville Drive
Santa Paula, CA 93060-8042

State Farm Insurance
PO Box 588002
North Metro GA 30029-8002

Testa Capital Group
620 Newport Center Dr., #1100
Newport Beach, CA 92660-8011

Testa Capital Group
Attn Thomas L Testa
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660-8011

The Alison Company
2060 D Avenida De Los Arboles
#471
Thousand Oaks, CA 91362-1376

The Code Solution, Inc.
Attn Jamie Cho
800 W. 6th Street
Suite 1250 A
Los Angeles, CA 90017-2721

 The Phalanx Group, Inc.
Anthony Rodriguez
424 E. 1st Street, Unit #10
Los Angeles, CA 90012

The Phalanx Group
424 E. 15th St Ste 10
Los Angeles, CA 90015-3140

The Phalanx Group
Anthony Rodriguez
424 E 15th St Ste Unit 10
Los Angeles CA 90015-3140

The Phallanx Group
Anthony Rodriguez
424 E. 1st Street, Unit #10
Los Angeles CA 90012

UltraSystems Environmental
Attn Hassan Ayati
16431 Scientific Way
Irvine, CA 92618-4355

Yepez Gardening Services
2121 N Marengo Ave
Pasadena CA 91001

Michael E. Dorff and Shari L. Dorff
3239 Bordero Lane
Thousand Oaks, CA 91362-4659

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**