| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (State Bar No. 266280)<br>zs@DanningGill.com<br>ALPHAMORLAI L. KEBEH (State Bar No. 336798)<br>akebeh@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735 | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Jinzheng Group

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

JINZHENG GROUP (USA) LLC

Debtor(s).

CASE NO.: 2:21-bk-16674-ER
CHAPTER: 11

# NOTICE OF SALE OF ESTATE PROPERTY

**Sale Date:** 02/21/2023     **Time:** 10:00 am

**Location:** Ctrm 1568, 255 E. Temple St. Los Angeles, CA  90012

**Type of Sale**:  ☐ Public   ☒ Private     **Last date to file objections**: 02/16/2023

**Description of property to be sold**:
Real property located at 2929 Amethyst Street, Los Angeles, CA, in addition to several parcels adjacent to the Amethyst Street property (collectively, the "Lincoln Heights Property" or the "Property"). Please doc. no. 487 for further details.

Dates of Auction: February 9 and 10, 2023. The Auction will be held virtually through auction platform "Ten-X."

**Terms and conditions of sale**:
All buyers must submit a 3% nonrefundable earnest money deposit to the Debtor together with a written bid to purchase the Lincoln Heights Property in an amount not less than $12,000,000.  Delivered to Zev Shechtman and Alphamorlai Kebeh, 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067; zs@DanningGill.com and akebeh@DanningGill.com, 310-277-0077 with a copy to the Debtor's Brokers via email at: mark@cremgroupre.com

**Proposed sale price**: _____

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                     Page 1                     **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*)**:
Please refer to bidding procedures set forth in detail in the Debtor's Notice of Bidding Procedures, Auction and Sale of Debtor's Real Property, docket 487.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

February 21, 2023 at 10 A.M

255 E. Temple Street
Los Angeles, CA  90012

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**
Zev Shechtman and Alphamorlai Kebeh, 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067;
zs@DanningGill.com and akebeh@DanningGill.com, 310-277-0077

Date: 01/10/2023

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**