**NELA SOUL Inc,**
**A Public Charity and Non-Profit Organization**
**NORTH EAST LOS ANGELES**
**SAVE OUR UNDEVELOPED LANDS**
IRS EIN: 87-2125218
Public Charity Status:
170(b)(1)(A)(vi)
Secretary of State Corp # 4768231
Email: Nelasoul.inc@gmail.com
**https://www.protectparadisehill.com/**
**https://www.change.org/p/city-and-county-of-los-angeles-save-paradise-hill-create-sal-castro-park-9dc29e02-c373-411b-b097-bccab99cc602**

January 13, 2023

*Letter to U.S. Trustee*
**United States Trustee (LA)**
**Represented by Hatty K Yip**
Hatty.yip@usdoj.gov
**Office of UST/DOJ**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811

*Letter to Creditor Committee*
**OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS**
represented by Jeffrey W. Dulburg
represented by Teddy M Kapur
Pachulski, Stang, Ziehl
& Jones LLP
10100 Santa Monica
Blvd, 13th Floor
Los Angeles, CA
90067
(310) 227-6910
jdulberg@pszjlaw.com
tkapur@pszjlaw.com

Re: Objection to public auction of Paradise Hill in <u>Case Number 2:21-bk-16674 JINGZHENG GROUP (USA) LLC</u> – CA Central Bankruptcy Court

Dear CA Central Bankruptcy Court, Hatty Yip, Jeffrey Dulburg and Teddy Kapur,

Please be advised that the undersigned hereby object to the public auction scheduled in March 2023 of the above 30-acre parcel at 2929 Amethyst Street, Los Angeles, CA 90031, known as Paradise Hill, on the basis that the land is currently designated for a community park and urban wildlife conservation corridor. In October 2022 the board of directors for the Santa Monica Mountains Conservation met and

1

determined that Paradise Hill is part of the wildlife corridor in Los Angeles, and they voted to acquire Paradise Hill. They are currently accessing the public funds to purchase Paradise Hill.

Nelasoul is a local nonprofit organization that is actively working with elected representatives who have jurisdiction over Paradise Hill and with the Santa Monica Mountains Conservancy to conserve Paradise Hill as part of the continuing wildlife corridor in North East Los Angeles.

Also, be advised that the State Assembly Office Representative Wendy Carrillo is currently accessing the public funds to purchase Paradise Hill.

Also, please be advised the Planning Director Emma Howard from the City Council District 14 met with the undersigned in December 2022 and notified that Paradise Hill is currently zoned as A-1, which means that the land is not zoned for multiple housing development. Also, Ms. Howard advised that should private developers acquire Paradise Hill and apply for a zoning variance, it is not likely to be granted, given the long history of conservation efforts by the government representatives, by the Santa Monica Mountains Conservancy, by our land conservancy nonprofit Nelasoul and by the neighbors on Paradise Hill (see Petition to Conserve Paradise Hill link above), and by the Lincoln Heights Neighborhood Council (see attached letter).

We are copying the representatives and the Santa Monica Mountains Conservancy with this letter.

Very truly yours,

Dylan Gasperik, President Nelasoul, e-signature on file
Roy Payan, Vice President Nelasoul, e-signature on file
John Vangelisti, Asst Vice President Nelasoul, e-signature on file
John Collinson, Treasurer Nelasoul, e-signature on file
Sylvia Cruz, Secretary Nelasoul, e-signature on file


cc: via email:
    Paul Edelman, Santa Monica Mountains Conservancy
    Karen Bass, Los Angeles Mayor
    Wendy Carrillo, 51st Assembly Office
    Emma Howard, City Council District 14
    Alice Roth, City Council District 14
    Eunisses Hernandez, City Council District 1
    Hilda Solis via Guadalupe Duran-Medina, LA County Representative
    Maria Elena Durazo, 24th District California State Senate
    Jimmy Gomez via Roberto Gama, US 34th Congressional District
    Shelley Billik, Los Angeles Community Forest Advisory Committee
    Sara Clendening, President Lincoln Heights Neighborhood Council

Attachment: Lincoln Heights Neighborhood Council letter in support of conservancy of Paradise Hill



PROOF OF SERVICE

Lodging of Letter of Objection to public auction of Paradise Hill in **Case Number 2:21-bk-16674 JINGZHENG GROUP (USA) LLC – CA Central Bankruptcy Court** on behalf of non-profit organization and public charity Nelasoul.inc

Service and lodging by USPS mail on January 17, 2023

**United States Central Bankruptcy Court**

**Department: Honorable Ernest M. Robles**

**255 E Temple St**

**Los Angeles, CA 90012**

I, Sylvia Cruz, hereby declare under penalty of perjury that on 1-17-23 I lodged the above referenced letter by a mailed letter addressed to the above referenced court by mailing it from the United States Post Office at 4875 Huntington Drive North, Los Angeles, CA 90032. I further declare that on 1-16-23 I also served said letter by email on the following:

Court Trustee Hatty Yip, Hatty.yip@usdoj.gov

Official Committee of Unsecured Creditors:

Jeffrey W. Dulburg, jdulberg@pszjlaw.com

Teddy M Kapur, tkapur@pszjlaw.com

I declare that the foregoing is true and correct under penalty of perjury.

Sylvia Cruz

Secretary, Nelasoul.inc

Email: Nelasoul.inc@gmail.com

P. O. Box 32249

Los Angeles, CA 90032