Attorney or Professional Name, Address, Telephone and FAX
Damian J. Martinez SBN 200159
Adam P. Snyder SBN 312160
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
201 S. Lake Avenue, Suite 300
Pasadena, California 91101-4869
Telephone: (626) 583-8600
Fax: (626) 583-8610

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
Jinzheng Group (USA) LLC

Debtor

Chapter 11 Case Number
2:21-BK-16674-ER (Lead Case)

**Professional Fee Statement**

Number: 3

Month of: November, 2022

| | |
|---|---|
| 1. Name of Professional: | Atkinson, Andelson, Loya, Ruud & Romo |
| 2. Date of entry of order approving employment of the professional: | July 7, 2022 |
| 3. Total amount of pre-petition payments received by the professional: | $ |
| 4. Less: Total amount of pre-petition services rendered and expenses: | - |
| 5. Balance of funds remaining on date of filing of petition: | $ 80,000.00 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | - 36,262.79 |
| 7. Less: Total amount of services and expenses this reporting period: | - $36,262.79 |
| 8. Balance of funds remaining for next reporting period: | $ 0.00 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9. Total number of pages attached hereto: | 13 |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: January 30, 2023

Damian J. Martinez                                        /s/ Damian J. Martinez
Type Name of Professional                         Signature of Professional


Type Name of Attorney for Professional (if applicable)        Signature of Attorney for Professional (if applicable)



## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
201 S. Lake Avenue, Suite 300, Pasadena, California 91101.

A true and correct copy of the foregoing document entitled (*specify*): PROFESSIONAL FEE STATEMENT (NO. 3)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 30, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 30, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2023 | Julissa Ruiz | /s/ Julissa Ruiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**

# ADDITIONAL SERVICE INFORMATION

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Donna C Bullock** donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Steven P Chang** schang@spclawoffice.com,assistant1@spclawoffice.com, attorney@spclawoffice.com; g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian** mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Heidi M Cheng** heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com
- **Susan Titus Collins** scollins@counsel.lacounty.gov
- **Nicholas S Couchot** ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com
- **Jeffrey W Dulberg** jdulberg@pszjlaw.com
- **Oscar Estrada** oestrada@ttc.lacounty.gov
- **Danielle R Gabai** dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Runmin Gao** ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com
- **Richard Girgado** rgirgado@counsel.lacounty.gov
- **Brian T Harvey** bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **M. Jonathan Hayes** jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Teddy M Kapur** tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh** akebeh@danninggill.com
- **Peter A Kim** peter@pkimlaw.com, peterandrewkim@yahoo.com
- **Christopher J Langley** chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Paul J Leeds** Pleeds@fsl.law, ssanchez@fsl.law
- **Benjamin R Levinson** ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Damian J. Martinez** damian.martinez@aalrr.com, julissa.ruiz@aalrr.com
- **Eric A Mitnick** MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Giovanni Orantes** go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Donald W Reid** don@donreidlaw.com, ecf@donreidlaw.com
- **Matthew D. Resnik** matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

- ☐ **Peter J Ryan** ryan@floresryan.com, schneider@floresryan.com
- • **Allan D Sarver** ADS@asarverlaw.com
- • **Zev Shechtman** zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- • **David Samuel Shevitz** david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- • **John N Tedford** jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- • **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- • **Hatty K Yip** hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:

| JINZHENG GROUP (USA) LLC<br>1414 S Azusa Ave, Suite B-22<br>West Covina, CA 91791-4084 | Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 |
|---|---|

### COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

| Bentula Lenta, Inc.<br>David Park<br>800 W. 6th Street, Suite 1250<br>Los Angeles, CA 900171 | The Phalanx Group, Inc.<br>Anthony Rodriguez<br>424 E. 15th Street, Unit #10<br>Los Angeles, CA 90015 | Testa Capital Group<br>620 Newport Center Dr., #1100<br>Newport Beach, CA 92660 |
|---|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**