ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**FILED & ENTERED**

**FEB 01 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>      Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING THIRD STIPULATION TO CONTINUE HEARING ON PROFESSIONAL FEE APPLICATIONS**<br><br>Old Date<br>Date:   February 8, 2023<br>Time:  10:00 a.m.<br>Crtrm.: 1568<br>         255 East Temple Street<br>         Los Angeles, California 90012<br><br>New Date<br>Date:   March 15, 2023<br>Time:  10:00 a.m.<br>Crtrm.: 1568<br>         255 East Temple Street<br>         Los Angeles, California 90012 |

The chapter 11 Debtor in Possession Jinzheng Group (USA) LLC, the Official Committee of Unsecured Creditors, and Shioda Langley & Chang LLP having filed on or about January 31, 2023, their *Third Stipulation to Continue Hearing on Professional Fee Applications (docket no.492)*; good cause appearing therefor; it is hereby

///

ORDERED THAT:

1. The stipulation is approved.

2. The hearing on professional fee applications is continued from February 8, 2023, at 10:00 a.m., to **March 15, 2023, at 10:00 a.m.**

###

Date: February 1, 2023

Ernest M. Robles
United States Bankruptcy Judge