ZEV SHECHTMAN (State Bar No. 266280)
*zs@DanningGill.com*
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
*akebeh@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for
Jinzheng Group (USA) LLC, Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:21-bk-16674-ER |
| JINZHENG GROUP (USA) LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DEBTOR'S NOTICE OF SALE STATUS**<br><br>[No Hearing Required] |

**PLEASE TAKE NOTICE** that, pursuant to the Debtor's Notice of Bidding Procedures,

Auction, and Sale of Debtor's Real Property (*docket no.* 487) (the "Notice") and related order

(*docket no.* 485), the deadline for qualified bidders for the property described in the Notice was

February 3, 2023.  The dates of the auction pursuant to the Notice were set for February 9 and 10,

2023.  The Debtor reports that it did not receive qualified bids and the auction has not occurred.

Accordingly, the Debtor has not filed a motion seeking approval of a sale.

DATED:  February 15, 2023                    DANNING, GILL, ISRAEL & KRASNOFF, LLP


By:    _____/s/ Alphamorlai L. Kebeh_____
ALPHAMORLAI L. KEBEH
General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  DEBTOR'S NOTICE OF SALE STATUS  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  February 15, 2023  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  February 15, 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Suite 1560
255 E. Temple Street
Los Angeles, CA 90012

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  February 15, 2023 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 15, 2023 | Gloria Ramos | /S/ Gloria Ramos |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ADDITIONAL SERVICE INFORMATION (if needed):

## 1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **David M Browne**    dmbrownelaw@gmail.com, dmbeaster@aol.com

- **Donna C Bullock**    donnabullockcarrera@yahoo.com, donna.bullock@ymail.com

- **Steven P Chang**    heidi@spclawoffice.com,
  schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com

- **Michael F Chekian**    mike@cheklaw.com, chekianmr84018@notify.bestcase.com

- **Heidi M Cheng**    heidi@slclawoffice.com,
  assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

- **Susan Titus Collins**    scollins@counsel.lacounty.gov

- **Nicholas S Couchot**    ncouchot@buchalter.com,
  docket@buchalter.com;marias@buchalter.com

- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com

- **Oscar Estrada**    oestrada@ttc.lacounty.gov

- **Danielle R Gabai**    dgabai@danninggill.com, dgabai@ecf.courtdrive.com

- **Runmin Gao**    ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com

- **Richard Girgado**    rgirgado@counsel.lacounty.gov

- **Brian T Harvey**    bharvey@buchalter.com,
  IFS_filing@buchalter.com;dbodkin@buchalter.com

- **M. Jonathan Hayes**    jhayes@rhmfirm.com,
  roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;
  priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;
  max@rhmfirm.com;russ@rhmfirm.com

- **Teddy M Kapur**    tkapur@pszjlaw.com, mdj@pszjlaw.com

- **Alphamorlai Lamine Kebeh**    akebeh@danninggill.com

- **Peter A Kim**    peter@pkimlaw.com, peterandrewkim@yahoo.com

- **Christopher J Langley**    chris@slclawoffice.com,
  omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

- **Paul J Leeds**    Pleeds@fsl.law, ssanchez@fsl.law

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

- **Benjamin R Levinson**    ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com

- **Damian J. Martinez**    damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

- **Eric A Mitnick**    MitnickLaw@gmail.com, mitnicklaw@gmail.com

- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

- **Donald W Reid**    don@donreidlaw.com, ecf@donreidlaw.com

- **Matthew D. Resnik**    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

- **Peter J Ryan**    ryan@floresryan.com, schneider@floresryan.com

- **Allan D Sarver**    ADS@asarverlaw.com

- **Zev Shechtman**    zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

- **David Samuel Shevitz**    david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

- **John N Tedford**    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

- **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

## 2. SERVED BY U.S. MAIL – List of All Creditors

JINZHENG GROUP (USA) LLC
1414 S Azusa Ave, Suite B-22
West Covina, CA 91791

Jinzheng Group (USA) LLC
100 E. Huntington Dr. Ste 207
Alhambra, CA 91801-1022

Avenue 8
c/o Darren Hubert
3900 Wilshire Blvd
Beverly Hills, CA 90212

LAW OFFICES OF PETER KIM
3450 Wilshire Blvd
Ste 1200
Los Angeles, CA 90010-2214

LOS ANGELES COUNTY
TREASURER AND TAX
COLLECTOR
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Chekian Law Office, Inc.
445 South Figueroa Street
31st Floor
Los Angeles, CA 90071-1635

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **F 9013-3.1.PROOF.SERVICE**

Corona Capital Group LLC
c/o Law Office of Eric Mitnick
21515 Hawthorne Bl #1030
Torrance, CA 90503-6579

Investment Management Company
LLC
Law Offices Allan Sarver
16000 Ventura Blvd - Suite 1000
Encino, CA 91436-2762

The Orantes Law Firm, P.C.
3435 Wilshire Blvd., suite 2920
Los Angeles, CA 90010-2015

Royal Business Bank
c/o Buchalter, A Professional Corp
Nicholas S. Couchot, Esq.
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Sound Equity, Inc.
c/o Franklin Soto Leeds LLP
Attn: Paul J. Leeds, Esq.
444 West C Street, Suite 300
San Diego, CA 92101-3597

The Phalanx Group
c/o Michael Chekian, Esq.
Chekian Law Office
445 South Figueroa Street
31st Floor
Los Angeles, CA 90071-1635

Accutax Services
9040 Telstar Ave Ste 105
El Monte CA 91731-2838

American Modern Insurance
7000 Midland Blvd
Amelia OH 45102-2608

BETTY ZHENG
28 N. 3RD ST. #b513
ALHAMBRA, CA 91801-6234

BOBS LLC
Attn: Barry Shy
7525 Avalon Bay St
Las Vegas, NV 89139-5307

BREEZEBLOCK CAPITAL, LLC
c/o Pacific Mortgage Exchange, Inc.
P.O. Box 2836
Big Bear Lake, CA 92315-2836

Bamboo Insurance
7050 Union Park Center Ste 400B
Midvale UT 84047-6055

Bentula Lenta, Inc.
David Park
800 W. 6th Street
Suite 1250
Los Angeles, CA 90017-2721

Best Alliance
16133 Ventura Blvd.
Suite 700
Encino, CA 91436-2406

Betula Lenta Inc.
800 West 6th Street
Suite 1250
Los Angeles, CA 90017-2721

Build Group Construction Co
700 Flower St 575
Los Angeles CA 90017-4122

California American Water
8657 Grand Ave
Rosemead CA 91770-1220

Coory Engineering
1718 N Neville St
ORANGE, CA 92865-4214

Corona Capital Group, LLC
1222 Crenshaw Blvd.
#B
Torrance, CA 90501-2496

Craig Fry & Associates
990 S. Arroya Pkwy, #4
Pasadena, CA 91105-3920

DNQ LLC
Jason D Wang
6145 W Spring Mountain Rd. #205
Las Vegas NV 89146-8819

David S Zu
100 N Citrus St Ste 330
West Covina CA 91791-1674

David Z. Su
100 N. Citrus Street Ste 615
West Covina, CA 91791-6600

Donna Bullock Esq
Law Offices of Donna Bullock
800 W 6th St Suite 1250
Los Angeles CA 90017-2721

EFI Global
5261 W Imperial Hwy
Los Angeles CA 90045-6231

Employment Development
Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-3.1.PROOF.SERVICE

Franchise Tax Board Chief Counsel
c/o General Counsel Section
P.O. Box 720, MS: A-260
Rancho Cordova, CA 95741-1720

Griffin Underwriters
PO Box 3867
Bellevue WA 98009-3867

Home Loans Unlimited
Attn Daniel Triana
28859 Phantom Trail
Santa Clarita, CA 91390-5295

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Investment Management Company
1507 7th Street, #344
Santa Monica, CA 90401-2605

Jade Capital
333 Thornall St Ste 101
Edison NJ 08837-2220

Jianqing Yang
PO Box 3702
Alhambra CA 91803-0702

LA City Treasurer and Tax Collector
255 N Hill St 1st Fl
Los Angeles CA 90012-2705

LT Management Group
1414 S. Azusa Ave.
Unit 22
West Covina, CA 91791-4088

Land Design Consultants
800 Royal Oaks Drive
Suite 104
Monrovia, CA 91016-6364

Law Offices of Matthew C. Mullhofer
2107 N. Broadway
Suite 103
Santa Ana, CA 92706-2633

LOS ANGELES COUNTY
TREASURER AND TAX
COLLECTOR
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Los Angeles Treasurer Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Marc Cohen
Cohen Law Group, APC
541 S. Spring Street
Ste. 1208
Los Angeles, CA 90013-1667

Michael Carlin
PO Box 67132
Century City, CA 90067-0132

Michael E. Dorff and Shari L. Dorff
3239 Bordero Lane
Thousand Oaks, CA 91362-4659

Overland Traffic Consultants
952 Manhattan Beach Blvd 100
Manhattan Beach CA 90266-5112

Pacific Geotech Inc
Attn Jirayus Pukkansasut
15038 Clark Ave
Hacienda Heights CA 91745-1408

Pacific Mortgae Exchange, Inc.
73241 Hwy. 111, Ste. 1-A
Palm Desert, CA 92260-3921

Pennington Construction Advisors Inc
Attn: Todd C. Pennington
79 Bell Pasture Rd
Ladera Ranch CA 92694-1558

Phalanx
424 E. 15th Street
Suite 10
Los Angeles, CA 90015-3140

ROYAL BUSINESS BANK
1055 WILSHIRE BLVD SUITE 1220
LOS ANGELES CA 90017-3103

Royalty Equity Lending LLC
600 S. Spring Street
Suite 106
Los Angeles, CA 90014-1979

Shawn Charles Sourgose
2111 Seville Drive
Santa Paula, CA 93060-8042

State Farm Insurance
PO Box 588002
North Metro GA 30029-8002

Testa Capital Group
620 Newport Center Dr., #1100
Newport Beach, CA 92660-8011

Testa Capital Group
Attn Thomas L Testa
620 Newport Center Drive
Suite 1100
Newport Beach, CA 92660-8011

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

The Alison Company
2060 D Avenida De Los Arboles
#471
Thousand Oaks, CA 91362-1376

The Code Solution, Inc.
Attn Jamie Cho
800 W. 6th Street
Suite 1250 A
Los Angeles, CA 90017-2721

The Orantes Law Firm APC
3435 Wilshire Blvd. Ste 2920
Los Angeles, CA 90010-2015

The Phalanx Group
424 E. 15th St Ste 10
Los Angeles, CA 90015-3140

The Phalanx Group
Anthony Rodriguez
424 E 15th St Ste Unit 10
Los Angeles CA 90015-3140

The Phalanx Group, Inc.
Anthony Rodriguez
424 E. 1st Street, Unit #10
Los Angeles, CA 90012

UltraSystems Environmental
Attn Hassan Ayati
16431 Scientific Way
Irvine, CA 92618-4355

Yepez Gardening Services
2121 N Marengo Ave
Pasadena CA 91001

Damian J. Martinez
Atkinson, Andelson, Loya, Ruud and
Romo
201 S. Lake Ave., Ste. 300
Ste 300
Padadena, CA 91101-4811

Pacific Mortgage Exchange
7341 Hwy 11, Ste 1-A
Palm Desert, CA 92260

Matthew Resnik
RHM LAW LLP
17609 Ventura Blvd. Suite 314
Encino, CA 91316-5132

Michael Douglas Carlin
PO Box 67132
Century City, CA 90067-0132

Best Alliance Foreclosure Services
16133 Ventura Blvd., Ste 700
Encino, CA 91436

Breezeblock Capital, LLC
c/o Pacific Mortgage Exchange Inc.
PO Box 2836
Big Bear Lake, CA 92315

Helen P. Ho, Trustee of the Helen P.
Ho Revocable Trust as to an
Undivided 75 % Interest and Stephen
Yen as to an Undivided 25% interest
PO Box 3473
Fremont, CA 94539

LISTED BY COURT AS UNDELIVERABLE

ATKINSON ANDELSON LOYA
RUUD & ROMO
undeliverable

Koo, Chow & Company, LLP
undeliverable

Coldwell Banker Real Estate, LLC
undeliverable

Pachulski Stang Ziehl & Jones
undeliverable

Re/Max Of Cerritos And Coldwell
Banker
undeliverable

Remax
undeliverable

Royalty Equity Lending, LLC/Bobs
LLC
undeliverable

Shioda Langley and Chang LLP
undeliverable

The Crem Group
undeliverable

Jay Wu
LT Management Group Estate

undeliverable

Ji Anqi Ngyang
66 Yuhua West Rd
Shi Ji Azhuang Hebei Province
050000 Chi

undeliverable

Stephen Eng
undeliverable

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Donna Bullock Carrera
**TERMINATED 12/6/21**
LAW OFFICES OF DONNA
BULLOCK
800 W 6th St
Ste 1250

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**