

**FILED & ENTERED**

**FEB 16 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:    JINZHENG GROUP (USA) LLC, Debtor and Debtor-in-Possession. | Case No.:  2:21-bk-16674-ER<br>Chapter:    11<br><br>**ORDER VACATING THE HEARING ON THE SALE OF THE DEBTOR'S REAL PROPERTY**<br><br>Hearing:<br>Date: February 21, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom 1568<br>         United States Bankruptcy Court<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

The Court having considered *Debtor's Notice of Bidding Procedures, Auction, and Sale of Debtor's Real Property* [Doc. No. 487], *Notice of Sale of Estate Property* [Doc. No. 488], and *Debtor's Notice of Sale Status* [Doc. No. 499], which attests that no qualified bids were received and that the auction did not proceed, and after due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The above-captioned hearing is **VACATED**.

**IT IS SO ORDERED.**

###

Date: February 16, 2023

Ernest M. Robles
United States Bankruptcy Judge