ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**FILED & ENTERED**

**MAR 08 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>        Debtor and Debtor in Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER APPROVING FOURTH STIPULATION TO CONTINUE HEARING ON PROFESSIONAL FEE APPLICATIONS**<br><br>Old Date<br>Date:   March 15, 2023<br>Time:  10:00 a.m.<br>Crtrm.: 1568<br>        255 East Temple Street<br>        Los Angeles, California 90012<br><br>New Date<br>Date:   June 21, 2023<br>Time:  10:00 a.m.<br>Crtrm.: 1568<br>        255 East Temple Street<br>        Los Angeles, California 90012 |

      The chapter 11 Debtor in Possession Jinzheng Group (USA) LLC, the Official Committee of Unsecured Creditors, and Shioda Langley & Chang LLP having filed on or about March 7, 2023, their *Fourth Stipulation to Continue Hearing on Professional Fee Applications (docket no. 502)*; good cause appearing therefor; it is hereby

///

1709836.1  27086

1

ORDERED THAT:

1. The stipulation is approved.

2. The hearing on professional fee applications is continued from March 15, 2023, at 10:00 a.m., to **June 21, 2023, at 10:00 a.m.**

###

Date: March 8, 2023

*/s/ Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge

1709836.1  27086

2