ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>Debtor. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**DEBTOR'S NOTICE OF MOTION TO:**<br><br>**(1) AUTHORIZE SALE OF REAL PROPERTY LOCATED AT 2240 LORAIN ROAD, SAN MARINO, CA 91108 FREE AND CLEAR OF LIENS; AND**<br><br>**(2) APPROVE COMPROMISE WITH CORONA CAPITAL GROUP, LLC**<br><br>Date:   April 4, 2023<br>Time:   11:00 a.m.<br>Crtrm.:  1568<br>        255 East Temple Street<br>        Los Angeles, California 90012 |

**TO THE HONORABLE ERNEST M. ROBLES AND INTERESTED PARTIES:**

PLEASE TAKE NOTICE THAT on **April 4, 2023 at 11:00 a.m.**, or as soon thereafter the matter may be heard, in **Courtroom 1568 of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles**, California, Jinzheng Group (USA), LLC, Debtor and Debtor in Possession (the "Debtor"), will and hereby does move (the "Motion") the Court under 11 U.S.C. § 363, Rule 9019 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules 6004-1(c) and 9013-1, for an order (1) authorizing the sale of real property located at

1710659.1  27086                                1

2240 Lorain Road, San Marino, CA 91108 free and clear of liens and encumbrances; and (2) approving the compromise with Corona Capital Group, LLC (the "Corona Carveout Agreement"). The proposed sale is pursuant to a Purchase and Sale Agreement (the "PSA"), a copy of which is attached to the Motion as Exhibit "1."

**PLEASE TAKE FURTHER NOTICE** that the Motion seeks the following relief:

## SALE OF REAL PROPERTY

Pursuant to Local Bankruptcy Rule 6004-1(c), the Debtor provides the following information:

  A. **Date, Time and Place:** The date, time and place of the hearing on the Motion are set forth above.

  B. **Name and Address of the Proposed Buyers:** The Debtor has proposed the sale of the Property, subject to possible overbidding, to Lihua He and Weijun Xu (the "Buyers"), whose address is 13103 Country Club Way, Whittier, CA 91731.

  C. **Description of the Property to be Sold:** The property to be sold consists of the Debtor's right, title, and interest in real property located at 2240 Lorain Road, San Marino, CA 91108 (the "Property"), with the following legal description:

> Parcel 1: Lot 149 of tract no. 8954, in the city of San Marino, county of Los Angeles, state of California, as per map recorded in book 145 pages 82 and 83 of maps, in the office of the county recorder of said county
>
> Parcel 2: That portion of the northeast quarter of section 2, township 1 south, range 12 west, San Bernardino meridian, in the city of San Marino, county of Los Angeles, state of California, according to the official plat of the survey of said land on file in the bureau of land management, included within that portion of the 40 feet of strip of land marked "Southern Pacific Railway Monrovia Branch" on the map of San Marino Park, recorded in book 12, page 74 of maps, in the office of the county recorder of said county, lying between the southerly prolongation of the west line of Lot 149 of Tract No. 8954, as per map recorded in book 145 pages 82 and 83 of maps, in the office of said county recorder, and the center line of San Marino Avenue, 80 feet wide shown on the map of said tract no. 8954.

  D. **Terms and Conditions, Including Price and All Contingencies:** The Property will be sold for **$1,800,000** (the "Proposed Sale Price"), subject to overbid, in its "as is," "where is" condition, with no warranty or recourse whatsoever. Any and all contingencies have been waived, and thus the sale will not be contingent upon any events or conditions other than this Court's

approval and potential overbidding. The Buyers have conducted all due diligence on the Property that the Buyers believe is necessary for the completion of this sale.

E. **Whether the Proposed Sale is Free and Clear of, and Description of Liens, Claims or Interests:** Based on a review of the Debtor's schedules, proofs of claim filed in the Debtor's case, and a preliminary title report,[1] the only known liens and encumbrances against the Property are:

1. A tax claim in connection with city/county taxes assessed against the Property for the fiscal year 2022-2023 in the amount of $27,547.41 (the "Property Tax Lien").

2. A deed of trust in favor of Pacific Bay Lending Group, assigned to Royal Business Bank ("RBB") and securing a promissory note (the "RBB Deed of Trust"). As of January 31, 2023 RBB alleges that it is owed at least $1,177,301.24 on account of the RBB Deed of Trust.[2] This amount is allegedly comprised of a principal debt of $1,058,604.70, interest charges in the amount of $67,420.40, attorneys' fees in the amount of at least $42,806.71, and various other fees and charges in the amount of $51,276.14.

3. A deed of trust in favor of Corona Capital Group, LLC ("Corona") and securing a promissory note (the "Corona Deed of Trust"). Corona alleges that, as of May 6, 2022, it is owed at least $583,194.21 on account of the Corona Deed of Trust.

4. A deed of trust in favor of DNQ LLC ("DNQ") in the amount of $420,000 (the "DNQ Deed of Trust").

The Debtor intends to pay the Property Tax Lien and RBB Lien in full from the proceeds of the sale of the Property, and thus intends to sell free and clear of such liens. The Debtor previously entered into an agreement with DNQ whereby, in relevant part, DNQ has consented to the sale of the Property free and clear of its lien (docket no. 342) (the "DNQ Carveout Agreement"). Because liens senior to DNQ's are not anticipated to be paid in full, there will be no distribution on account

---

[1] A copy of the title report is attached to the Motion as Exhibit "7."

[2] The resultant lien in favor of RBB is referred to hereinafter as the "RBB Lien."

1710659.1  27086                                3

of DNQ's secured claim absent overbidding sufficient to raise the price of the Property to pay Corona in full.

If the Court approves the Corona Carveout Agreement, the Debtor intends to sell the Property free and clear of the liens and claims in favor of Corona as well, with Corona to be paid from the proceeds of the sale pursuant to the Corona Carveout Agreement discussed below.

F.    **Overbidding:** The proposed sale is subject to higher and better bids and, by way of the Motion, the Debtor is requesting that the Court approve the overbid procedures described in the accompanying memorandum of points and authorities, summarized as follows:

1. **Minimum initial overbid**: $1,825,000 (i.e. $25,000 above the Buyers' current offer).

2. **Minimum overbidding increments**: $10,000.

3. **Initial overbid deposit**: $55,000.

4. **Qualification for overbidding**: By **March 30, 2023**, any party wishing to overbid on the Property must deliver to the Debtor c/o Danning, Gill, Israel & Krasnoff, LLP, Attn: Alphamorlai L. Kebeh, 1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067:

    i.    a cashier's check payable to "Jinzheng Group (USA) LLC" in the amount of $55,000, and

    ii.   a written, executed overbid in the form attached as Exhibit "2" to the Motion.

No party will be allowed to bid on the Property absent timely delivery of the initial overbid deposit and the written, executed overbid form. The Debtor in its sole discretion, after consulting with counsel for the committee of unsecured creditors, may determine that a party desiring to bid is or is not qualified to bid. Accordingly, any party wishing to bid is encouraged to contact the Debtor's counsel at least one week before the hearing to ensure qualification.

5. **Back-up bidders**: Any qualified overbidder who is not the successful overbidder may opt to be a back-up bidder, subject to the Debtor's approval, in which case such back-up bidder's initial deposit will be retained by the Debtor's counsel until the sale closes.

G. **Estimated Consideration**: The opening sale price for the Property is $1,800,000. The Debtor estimates that the breakdown of the proceeds, with 4% broker's commission, liens, fees, and anticipated costs of sale, will be as follows:

| | |
|---|---|
| Sale Price | $1,800,000.00 |
| Commission to Debtor's Brokers (4%) | ($72,000.00) |
| Sale costs (estimated 2% of Sale Price) | ($35,000.00) |
| Property Tax Lien | ($27,547.41) |
| RBB Deed of Trust (Principal and Standard Interest Only) | ($1,177,301.24) |
| Amount owed to Debtor's estate per Carveout Agreement | ($25,000) |
| Amount owed to Corona per Carveout Agreement | ($463,151.35) |
| DNQ Carveout Payment | $0 |

The estate will be entitled to receive additional funds if there is a successful overbid, pursuant to the Corona Carveout Agreement.

H. **Brokers' Commission:** The Debtor proposes to pay a real estate broker's commission of 4% of the sale price of the Property as follows: (1) 2% total to the Debtor's brokers, divided equally (1% each) between Coldwell Banker Realty and Re/Max of Cerritos (the "Brokers"); and (2) 2% total to the Buyers' broker, RubyHome Corporation. If another buyer overbids, then the 2% allocated to Buyers' broker will be paid to the successful overbidder's broker. If a successful overbidder does not have a broker or if the Debtor's Brokers represent both the Debtor and the buyer, the Debtor's Brokers will be entitled to a total commission of 4%, divided equally. The commission was originally set at 5% per the order authorizing the Debtor's Brokers' employment, but was reduced to 4% by the Carveout Agreement between the Debtor and Corona with the consent of the Debtor's Brokers.

I. **Anticipated Taxes**: The Debtor inquired with its tax consultant and is informed that there will be no tax consequences as a result of the sale.

1710659.1  27086

5

J. **Objections Deadline**: As further explained below, any objection must be filed at least 14 days before the hearing.

### THE CORONA CARVEOUT AGREEMENT

The Debtor also seeks Court approval of the Corona Carveout Agreement. A copy of the Corona Carveout Agreement is attached to the Motion as Exhibit "3." Without modifying the terms set forth therein, the Corona Carveout Agreement provides, among other things, that:

1. Corona consents to the sale of the Property free and clear of any lien, right, or claim it may have with respect to the Property.

2. If the Debtor completes the sale of the Property, the Debtor shall receive a carveout as follows: (1) $25,000 from the net sale proceeds, plus (2) 1/3 of the net sale proceeds generated from the sale of the Property in excess of a $1,800,000 gross sale price. In exchange, Corona will receive, after payment of senior liens, any property tac liabilities and any other reasonable and customary escrow or closing costs and brokers' commissions, all net proceeds up to the value of its secured claim.

The Debtor believes that the terms of the Corona Carveout Agreement are in the best interests of the estate and its creditors, and should be approved by the Court.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the declarations of Zhao Pu Yang, Weijun Xu, Lihua He, William Friedman, Stephen Eng and Alphamorlai L. Kebeh, and Request for Judicial Notice; the papers and pleadings in the Debtor's bankruptcy case; and such other evidence that may be presented at the hearing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), each interested party opposing, joining in, or responding to the Motion must, not later than **14 days** before the date of the hearing, file with the Clerk of the Bankruptcy Court and serve upon the Debtor's general counsel, Zev Shechtman and Alphamorlai L. Kebeh, Danning, Gill, Israel & Krasnoff, LLP, 1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067-6006, and the

United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, either: (i) a complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely, and any responding memorandum of points and authorities; or (ii) a written statement that the Motion will not be opposed.

Pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve papers may be deemed by the Court to be consent to the granting of the Motion.

DATED:  March 14, 2023                DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: _____*/s/ Alphamorlai L. Kebeh*_____
ALPHAMORLAI L. KEBEH
General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

DATE OF MAILING:  March 14, 2023

1710659.1  27086

7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  DEBTOR'S NOTICE OF MOTION TO: (1) AUTHORIZE SALE OF REAL PROPERTY LOCATED AT 2240 LORAIN ROAD, SAN MARINO, CA 91108 FREE AND CLEAR OF LIENS; AND (2) APPROVE COMPROMISE WITH CORONA CAPITAL GROUP, LLC will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 14, 2023  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:  On  March 14, 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 14, 2023 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

David M Browne on behalf of Defendant CBW Global Inc.    dmbrownelaw@gmail.com, dmbeaster@aol.com

David M Browne on behalf of Defendant CBW Global, Inc.    dmbrownelaw@gmail.com, dmbeaster@aol.com

David M Browne on behalf of Defendant Betty Zheng    dmbrownelaw@gmail.com, dmbeaster@aol.com

David M Browne on behalf of Defendant Betty Bao Zheng    dmbrownelaw@gmail.com, dmbeaster@aol.com

Donna C Bullock on behalf of Interested Party Donna Bullock Carrera
donnabullockcarrera@yahoo.com, donna.bullock@ymail.com

Steven P Chang on behalf of Interested Party Courtesy NEF
heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com

Michael F Chekian on behalf of Creditor The Phalanx Group
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Michael F Chekian on behalf of Interested Party Chekian Law Office, Inc.
mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Heidi M Cheng on behalf of Plaintiff JINZHENG GROUP (USA) LLC
heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

Susan Titus Collins on behalf of Interested Party INTERESTED PARTY    scollins@counsel.lacounty.gov

Nicholas S Couchot on behalf of Creditor Royal Business Bank
ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com

Jeffrey W Dulberg on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jdulberg@pszjlaw.com

Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
oestrada@ttc.lacounty.gov

Danielle R Gabai on behalf of Debtor JINZHENG GROUP (USA) LLC
dgabai@danninggill.com, dgabai@ecf.courtdrive.com

Runmin Gao on behalf of Plaintiff JINZHENG GROUP (USA) LLC
ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com

Runmin Gao on behalf of Plaintiff JINZHENG GROUP (USA) LLC
ivy.gao@aalrr.com, alicia.mcmaster@aalrr.com

Richard Girgado on behalf of Interested Party Courtesy NEF    rgirgado@counsel.lacounty.gov

Brian T Harvey on behalf of Interested Party Courtesy NEF
bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com

M. Jonathan Hayes on behalf of Interested Party Courtesy NEF
jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Teddy M Kapur on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
tkapur@pszjlaw.com, mdj@pszjlaw.com

Alphamorlai Lamine Kebeh on behalf of Debtor JINZHENG GROUP (USA) LLC    akebeh@danninggill.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

Alphamorlai Lamine Kebeh on behalf of Plaintiff JINZHENG GROUP (USA) LLC     akebeh@danninggill.com

Peter A Kim on behalf of Attorney LAW OFFICES OF PETER KIM     peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Betula Lenta Inc     peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant David Park     peter@pkimlaw.com, peterandrewkim@yahoo.com

Peter A Kim on behalf of Defendant Jonathan Pae     peter@pkimlaw.com, peterandrewkim@yahoo.com

Christopher J Langley on behalf of Attorney Shioda Langley and Chang LLP
chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Christopher J Langley on behalf of Plaintiff JINZHENG GROUP (USA) LLC
chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com

Paul J Leeds on behalf of Creditor Sound Equity, Inc.     Pleeds@fsl.law, ssanchez@fsl.law

Benjamin R Levinson, ESQ on behalf of Creditor Michael E. Dorff and Shari L. Dorff
ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com

Damian J. Martinez on behalf of Attorney ATKINSON ANDELSON LOYA RUUD & ROMO
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Damian J. Martinez on behalf of Debtor JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Damian J. Martinez on behalf of Plaintiff JINZHENG GROUP (USA) LLC
damian.martinez@aalrr.com, julissa.ruiz@aalrr.com

Eric A Mitnick on behalf of Creditor Corona Capital Group LLC     MitnickLaw@gmail.com, mitnicklaw@gmail.com

Eric A Mitnick on behalf of Interested Party Courtesy NEF     MitnickLaw@gmail.com, mitnicklaw@gmail.com

Giovanni Orantes on behalf of Other Professional Orantes Law Firm, P.C.
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Donald W Reid on behalf of Interested Party INTERESTED PARTY     don@donreidlaw.com, ecf@donreidlaw.com

Matthew D. Resnik on behalf of Attorney Matthew Resnik
Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew D. Resnik on behalf of Creditor Royalty Equity Lending, LLC/Bobs LLC
Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew D. Resnik on behalf of Interested Party Courtesy NEF
Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Peter J Ryan on behalf of Defendant Testa Capital Group     ryan@floresryan.com, schneider@floresryan.com

Peter J Ryan on behalf of Defendant Thomas L. Testa     ryan@floresryan.com, schneider@floresryan.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE

Allan D Sarver on behalf of Creditor Investment Management Company LLC
ADS@asarverlaw.com

Allan D Sarver on behalf of Interested Party Courtesy NEF       ADS@asarverlaw.com

Zev Shechtman on behalf of Attorney DANNING, GILL, ISRAEL & KRASNOFF, LLP
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Debtor JINZHENG GROUP (USA) LLC
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party INTERESTED PARTY
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Plaintiff JINZHENG GROUP (USA) LLC
zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

David Samuel Shevitz on behalf of Interested Party INTERESTED PARTY
david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com

John N Tedford, IV on behalf of Interested Party INTERESTED PARTY
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

United States Trustee (LA)       ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)       hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov2.

**2. SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| JINZHENG GROUP (USA) LLC<br>1414 S Azusa Ave, Suite B-22<br>West Covina, CA 91791-4084 | The Honorable Ernest M. Robles<br>U.S. Bankruptcy Court<br>255 E. Temple Street, Suite 1560<br>Los Angeles, CA 90012 | DNQ LLC<br>Jason D Wang<br>6145 W Spring Mountain Rd.<br>#205<br>Las Vegas NV 89146-8819 |
| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Avenue 8<br>c/o Darren Hubert<br>3900 Wilshire Blvd<br>Beverly Hills, CA 90212 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | OFFICE OF FINANCE CITY OF LOS ANGELES<br>200 N SPRING ST RM 101<br>CITY HALL<br>LOS ANGELES CA 90012-3224 |
| Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | Sound Equity, Inc.<br>c/o Franklin Soto Leeds LLP<br>Attn: Paul J. Leeds, Esq<br>444 West C Street, Suite 300<br>San Diego, CA 92101-3597 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     **F 9013-3.1.PROOF.SERVICE**

Accutax Services
9040 Telstar Ave Ste 105
El Monte CA 91731-2838

American Modern Insurance
7000 Midland Blvd
Amelia OH 45102-2608

BETTY ZHENG
28 N. 3RD ST. #b513
ALHAMBRA, CA 91801-6234

BOBS LLC
Attn: Barry Shy
7525 Avalon Bay St
Las Vegas, NV 89139-5307

BREEZEBLOCK CAPITAL, LLC
c/o Pacific Mortgage Exchange, Inc.
P.O. Box 2836
Big Bear Lake, CA 92315-2836

Bamboo Insurance
7050 Union Park Center Ste 400B
Midvale UT 84047-6055

Bentula Lenta, Inc.
David Park
800 W. 6th Street, Suite 1250
Los Angeles, CA 90017-2721

Best Alliance
16133 Ventura Blvd.
Suite 700
Encino, CA 91436-2406

Betula Lenta Inc.
800 West 6th Street
Suite 1250
Los Angeles, CA 90017-2721

Build Group Construction Co
700 Flower St 575
Los Angeles CA 90017-4122

California American Water
8657 Grand Ave
Rosemead CA 91770-1220

Coory Engineering
1718 N Neville St
ORANGE, CA 92865-4214

Corona Capital Group, LLC
1222 Crenshaw Blvd., #B
Torrance, CA 90501-2496

Craig Fry & Associates
990 S. Arroya Pkwy, #4
Pasadena, CA 91105-3920

Craig Fry and Associates
990 Arroyo Parkway #4
Pasadena, CA 91105-3920

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

David S Zu
100 N Citrus St Ste 330
West Covina CA 91791-1674

David Z. Su
100 N. Citrus Street Ste 615
West Covina, CA 91791-6600

Donna Bullock
Attorney at Law
800 W 6th St, Suite 1250
Los Angeles, CA 90017-2721

Donna Bullock Esq
Law Offices of Donna Bullock
800 W 6th St Suite 1250
Los Angeles CA 90017-2721

EFI Global
5261 W Imperial Hwy
Los Angeles CA 90045-6231

Griffin Underwriters
PO Box 3867
Bellevue WA 98009-3867

Home Loans Unlimited
Attn Daniel Triana
28859 Phantom Trail
Santa Clarita, CA 91390-5295

Home Loans Unlimited, Inc.
28859 Phantom Trail
Santa Clarita, CA 91390-5295

UltraSystems Environmental
Attn Hassan Ayati
16431 Scientific Way
Irvine, CA 92618-4355

Investment Management Company
1507 7th Street, #344
Santa Monica, CA 90401-2605

Jade Capital
333 Thornall St Ste 101
Edison NJ 08837-2220

Yepez Gardening Services
2121 N Marengo Ave
Pasadena CA 91001

Jianqing Yang
PO Box 3702
Alhambra CA 91803-0702

Jinzheng Group (USA) LLC
100 E. Huntington Dr. Ste 207
Alhambra, CA 91801-1022

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| LA City Treasurer and Tax Collector<br>255 N Hill St 1st Fl<br>Los Angeles CA 90012-2705 | LT Management Group<br>1414 S. Azusa Ave.<br>Unit 22<br>West Covina, CA 91791-4088 | Land Design Consultants<br>800 Royal Oaks Drive<br>Suite 104<br>Monrovia, CA 91016-6364 |
| Law Offices of Matthew C. Mullhofer<br>2107 N. Broadway<br>Suite 103<br>Santa Ana, CA 92706-2633 | Los Angeles Treasurer Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 | Marc Cohen<br>Cohen Law Group, APC<br>541 S. Spring Street, Ste. 1208<br>Los Angeles, CA 90013-1667 |
| Michael Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 | Michael E. Dorff and Shari L. Dorff<br>3239 Bordero Lane<br>Thousand Oaks, CA 91362-4659 | Michael Douglas Carlin<br>PO Box 67132<br>Century City, CA 90067-0132 |
| Overland Traffic Consultants<br>952 Manhattan Beach Blvd 100<br>Manhattan Beach CA 90266-5112 | Pacific Geotech Inc<br>Attn Jirayus Pukkansasut<br>15038 Clark Ave<br>Hacienda Heights CA 91745-1408 | Pacific Mortgae Exchange, Inc.<br>73241 Hwy. 111, Ste. 1-A<br>Palm Desert, CA 92260-3921 |
| Pennington Construction Advisors Inc<br>Attn: Todd C. Pennington<br>79 Bell Pasture Rd<br>Ladera Ranch CA 92694-1558 | Phalanx<br>424 E. 15th Street<br>Suite 10<br>Los Angeles, CA 90015-3140 | ROYAL BUSINESS BANK<br>1055 WILSHIRE BLVD SUITE 1220<br>LOS ANGELES CA 90017-3103 |
| Royalty Equity Lending LLC<br>600 S. Spring Street<br>Suite 106<br>Los Angeles, CA 90014-1979 | Shawn Charles Sourgose<br>2111 Seville Drive<br>Santa Paula, CA 93060-8042 | State Farm Insurance<br>PO Box 588002<br>North Metro GA 30029-8002 |
| Testa Capital Group<br>620 Newport Center Dr., #1100<br>Newport Beach, CA 92660-8011 | Testa Capital Group<br>Attn Thomas L Testa<br>620 Newport Center Drive, Suite 1100<br>Newport Beach, CA 92660-8011 | The Alison Company<br>2060 D Avenida De Los Arboles #471<br>Thousand Oaks, CA 91362-1376 |
| The Code Solution, Inc.<br>Attn Jamie Cho<br>800 W. 6th Street, Suite 1250 A<br>Los Angeles, CA 90017-2719 | The Orantes Law Firm APC<br>3435 Wilshire Blvd. Ste 2920<br>Los Angeles, CA 90010-2015 | The Phalanx Group<br>424 E. 15th St Ste 10<br>Los Angeles, CA 90015-3140 |
| The Phalanx Group<br>Anthony Rodriguez<br>424 E 15th St Ste Unit 10<br>Los Angeles CA 90015-3140 | The Phalanx Group, Inc.<br>Anthony Rodriguez<br>424 E. 1st Street, Unit #10<br>Los Angeles, CA 90012 | The Phallanx Group<br>Anthony Rodriguez<br>424 E. 1st Street, Unit #10<br>Los Angeles CA 90012 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Ji Anqi Ngyang
66 Yuhua West Rd
Shi Ji Azhuang Hebei Province
050000 Chi
 undeliverable

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**