| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (State Bar No. 266280)<br>zs@DanningGill.com<br>ALPHAMORLAI L. KEBEH (State Bar No. 336798)<br>akebeh@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone (310) 277-0077<br>Facsimile (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Jinzheng Group (USA) LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br><br>JINZHENG GROUP (USA) LLC,<br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-16674-ER<br>CHAPTER: 11<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

**Sale Date:** 04/04/2023       **Time:** 11:00 am

**Location:** Courtroom 1568, 255 E. Temple Street, Los Angeles, California 90012

**Type of Sale**:  ☒ Public   ☐ Private       **Last date to file objections**: 03/21/2023

**Description of property to be sold**: All of Debtor's right, title and interest in real property located at 2240 Lorain Road, San Marino, CA 91108, bearing Assessor Parcel Number 5365-019-052.

**Terms and conditions of sale**:
The Property will be sold for $1,800,000 in an "as-is," "where-is" condition, with no warranty or recourse whatsoever. See the motion for further details.

**Proposed sale price**: $ 1,800,000.00

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                      Page 1                      **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*)**: Minimum initial overbid: $1,825,000; minimum overbidding increments: $10,000; initial overbid deposit: $55,000. Overbid must be received by March 30, 2023. The acceptance of any late overbids is subject to the Debtor's discretion. See the motion for further details.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**
April 4, 2023 at 11:00 a.m. in Courtroom 1568, 255 E. Temple Street, Los Angeles, California 90012.

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**
Alphamorlai L. Kebeh, Esq.
Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA  90067
Telephone (310) 277-0077
Facsimile (310) 277-5735
email: akebeh@DanningGill.com

Date: 03/14/2023

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2                              **F 6004-2.NOTICE.SALE**