

```
                                          Date   1/31/23              Page        1
                                          Primary Account                      3235


   JINZHENG GROUP (USA) LLC
   Debtor in Possession
   Case 2:21-bk-16674-ER, General
   6840 De Celis Pl. #9
   Van Nuys CA 91406
```

| | |
|---|---|
| Account Title: | JINZHENG GROUP (USA) LLC<br>Debtor in Possession<br>Case 2:21-bk-16674-ER, General |

```
 Commercial Checking                      Number of Enclosures                  0
 Account Number                    3235   Statement Dates    1/01/23 thru 1/31/23
 Previous Balance             160,630.97  Days in the statement period         31
       Deposits/Credits              .00  Avg Daily Ledger             155,131.77
     3 Checks/Debits            7,425.00  Avg Daily Collected          155,131.77
 Maintenance Fee                     .00
 Interest Paid                       .00
 Ending Balance               153,205.97
```

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 1/09 | SALE         KOO, CHOW & CO.<br>CCD 021000023709348<br>JINZHENG GROUP USA LLC | 3,500.00- |
| 1/09 | SALE         KOO, CHOW & CO.<br>CCD 021000023709346<br>JINZHENG GROUP USA LLC | 3,850.00- |
| 1/13 | Account Analysis Charge | 75.00- |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/01 | 160,630.97 | 1/09 | 153,280.97 | 1/13 | 153,205.97 |



```
                                      Date   1/31/23            Page        2
                                      Primary Account                    3235


Commercial Checking                              3235   (Continued)

                         ***  END OF STATEMENT  ***
```

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER



```
                                          Date   1/31/23           Page       1
                                          Primary Account                  3243


   JINZHENG GROUP (USA) LLC
   Debtor in Possession
   Case 2:21-bk-16674-ER, Payroll
   6840 De Celis Pl. #9
   Van Nuys CA 91406
```

| Account Title: | JINZHENG GROUP (USA) LLC<br>Debtor in Possession<br>Case 2:21-bk-16674-ER, Payroll | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 3243 | Statement Dates   1/01/23 thru  1/31/23 | |
| Previous Balance | 44,236.39 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Avg Daily Ledger | 44,236.39 |
| Checks/Debits | .00 | Avg Daily Collected | 44,236.39 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 44,236.39 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 1/01 | 44,236.39 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.



```
                                        Date   1/31/23           Page         1
                                        Primary Account                    3250
```

JINZHENG GROUP (USA) LLC
Debtor in Possession
Case 2:21-bk-16674-ER, Tax
6840 De Celis Pl. #9
Van Nuys CA 91406

```
Account Title:          JINZHENG GROUP (USA) LLC
                        Debtor in Possession
                        Case 2:21-bk-16674-ER, Tax

Commercial Checking                     Number of Enclosures              0
Account Number              3250        Statement Dates  1/01/23 thru 1/31/23
Previous Balance       10,000.00        Days in the statement period     31
    Deposits/Credits          .00       Avg Daily Ledger          10,000.00
    Checks/Debits             .00       Avg Daily Collected       10,000.00
Maintenance Fee               .00
Interest Paid                 .00
Ending Balance         10,000.00
```

**DAILY BALANCE INFORMATION**
| Date | Balance |
|---|---|
| 1/01 | 10,000.00 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**For our 24-hour Automated Banking System, please call the number located on the front of the Statement.**
**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC   EQUAL HOUSING LENDER



```
                                          Date   1/31/23           Page       1
                                          Primary Account                  4694


   JINZHENG GROUP (USA) LLC
   Debtor in Possession,
   Case 2:21-bk-16674-ER, JV Account
   6840 De Celis Pl. #9
   Van Nuys CA 91406
```

| Account Title: | JINZHENG GROUP (USA) LLC Debtor in Possession, Case 2:21-bk-16674-ER, JV Account | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 0 |
| Account Number | 4694 | Statement Dates | 1/01/23 thru 1/31/23 |
| Previous Balance | 10,406.00 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Avg Daily Ledger | 10,406.00 |
| Checks/Debits | .00 | Avg Daily Collected | 10,406.00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 10,406.00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 1/01 | 10,406.00 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER



15250 Ventura Blvd, Suite 715
Sherman Oaks, CA 91403

Phone: (310) 550-6055
Fax:   (310) 550-6130

## SELLER'S FINAL SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **PROPERTY:** | 150 E. La Sierra Drive<br>Arcadia, CA 91006 | **DATE:** | December 12, 2022 |
| **SELLER:** | Jinzheng Group (USA), LLC | **CLOSING DATE:**<br>**ESCROW NO.:** | December 12, 2022<br>105614-AA |

| | DEBITS | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 2,100,000.00 |
| **PAYOFF CHARGES - Sound Equity Inc. a Delaware Corporation** | | |
| **[Total Payoff $1,976,660.59]** | | |
| Principal Balance | 1,551,633.59 | |
| Interest on Principal Balance at $387.4800/day from 11/30/2022 to 12/12/2022 | 5,424.72 | |
| Contractual Standard Interest till 11-30 | 140,762.40 | |
| Default Interest -Hold back | 216,081.30 | |
| Attorney's Fee -Hold back | 8,100.00 | |
| Other Charges -Hold back | 54,658.58 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| 1st 1/2 taxes 2022-2023 at $12,596.83/semi-annually from 12/12/2022 to 01/01/2023 | | 1,329.67 |
| Per Diem for property tax at $69.98/daily from 12/09/2022 to 12/12/2022 | | 209.94 |
| Per Diem for payoff loan interest at $387.48/daily from 12/09/2022 to 12/14/2022 | | 1,937.40 |
| **COMMISSION CHARGES** | | |
| Coldwell Banker | 31,500.00 | |
| RE/MAX Universal Realty | 42,000.00 | |
| RE/MAX of Cerritos | 31,500.00 | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD, Inc. for NHD Disclosure Report | 74.95 | |
| A & A Escrow Services Inc. for HOLD to account for difference in interest due lienholder | 19.64 | |
| **TITLE/TAXES/RECORDING CHARGES - Stewart Title** | | |
| Owner's Title Insurance | 3,235.00 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title - Wire Fee | 12.50 | |
| Recording Quitclaim Deed La Sierra LLC to Jin | 36.00 | |
| Recording Court Order | 59.00 | |
| Transfer Tax - County to Los Angeles County | 2,310.00 | |
| 1st 1/2 taxes 2022-2023 to LA County Tax Coll to Los Angeles County Tax Collector | 12,596.83 | |
| **ESCROW CHARGES - A & A Escrow Services, Inc.** | | |
| Title - Escrow Fee | 3,150.00 | |

Date:  December 12, 2022  Escrow No.: 105614-AA

Page 2 of 2:

|  | **DEBITS** | **CREDITS** |
|---|---:|---:|
| Title - 1099 Processing Fee to A & A Escrow Services Inc. | 75.00 | |
| Title - Drawing Documentation Fee | 75.00 | |
| Title - Wire Fee to A & A Escrow Services Inc. | 25.00 | |
| Title - Messenger/FedEx Fees to A & A Escrow Services Inc. | 35.00 | |
| Title - File Archive Fee* to Archive It! | 50.00 | |
| **TOTAL** | $ 2,103,477.01 | $ 2,103,477.01 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**