Case 2:21-bk-16674-ER    Doc 522    Filed 04/24/23    Entered 04/24/23 12:51:40    Desc
Main Document    Page 1 of 3

ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**FILED & ENTERED**

**APR 24 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>   Debtor and Debtor-in-Possession. | Case No. 2:21-bk-16674-ER<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO CONSOLIDATE ACTIONS**<br><br>Hearing Date:<br>Date:   April 19, 2023<br>Time:  11:00 a.m.<br>Crtrm.: Courtroom 1568<br>          255 E. Temple Street<br>          Los Angeles, California 90012 |

1713782.1  27086                     1

On April 19, 2023, at 11:00 a.m., there came before the Court for hearing Jinzheng Group (USA) LLC's *Motion to Consolidate Actions* (Bankr. doc. no. 513) (the "Motion"), filed by Jinzheng Group (USA) LLC (the "Debtor"), the Honorable Ernest M. Robles, United States Bankruptcy Judge, presiding.

The Court, having read and considered the Motion; having found that notice of the Motion and the hearing were adequate and proper; having received no opposition to the Motion; having issued a tentative ruling to approve the Motion and waiving appearances; with good cause shown; it is hereby

ORDERED THAT:

1. The Motion is GRANTED in its entirety <span style="color:red">for the reasons set forth in the Court's tentative ruling [Bankr. docket no. 520], which the Court adopts as its final ruling</span>.

2. The Debtor's pending adversary proceeding against Betula Lenta, Inc. ("Betula"), David Park ("Park"), and Jonathan Pae ("Pae") (collectively, the "Defendants"), Adv. No. 2:22-ap-01090-ER (the "Adversary Proceeding"), and the Debtor's pending *Objection to Proof of Claim No. 18 of Betula Lenta Inc.* (Bankr. docket no. 120) (the "Claim Objection"), filed in the Debtor's main bankruptcy case, Case No. 2:21-bk-16674-ER, are hereby consolidated.

3. All claims made in the Claim Objection are hereby deemed and considered to be additional claims for relief in the Adversary Proceeding.

4. All dates and deadlines relating to the Claim Objection and the Court's *Order Continuing Litigation Deadlines Pertaining to Evidentiary Hearing on Claim No. 18 Filed by Betula Lenta, Inc.* (Bankr. docket no. 426) are hereby vacated.

5. The complaint, filed in the Adversary Proceeding as Exhibit A to Betula's *Declaration re: Attaching a copy of Record in Removed Action* (Adv. docket no. 8), is hereby deemed amended to include any and all claims for relief and defenses raised by the parties to the Claim Objection. Any substantive rights belonging to the parties in connection with the Claim Objection are preserved and considered the same in connection with the Adversary Proceeding. The Claim Objection and any responses thereto are hereby treated as parts of the pleadings for purposes of the Adversary Proceeding.

6. This Order shall have the same effect as the Court's contemporaneously entered order granting the Debtor's *Motion to Consolidate Actions* (Adv. docket no. 48), filed in the Adversary Proceeding.

**IT IS SO ORDERED.**

###

Date: April 24, 2023

Ernest M. Robles
United States Bankruptcy Judge

1713782.1  27086