

**FILED & ENTERED**

**JUN 13 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Jinzheng Group (USA) LLC,<br>            Debtor. | Case No.: 2:21-bk-16674-ER<br>Chapter: 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON PROFESSIONAL FEE APPLICATIONS**<br><br>**[RELATES TO DOC. NO. 526]**<br><br>**CONTINUED HEARING:**<br><br>Date:       August 23, 2023<br>Time:      10:00 a.m.<br>Location: Courtroom 1568<br>              Roybal Federal Building<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

    Having reviewed the *Fifth Stipulation to Continue Hearing on Professional Fee Applications* [Doc. No. 526] (the "Stipulation"), and good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The Stipulation is **APPROVED**, subject to the modifications set forth herein.[1]
2) The hearing on the professional fee applications is **CONTINUED** from June 21, 2023 at 10:00 a.m. to **August 23, 2023 at 10:00 a.m.**
3) Parties may appear at the continued hearing either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

---

[1] The parties requested that the hearing be continued to September 19, 2023. That date is not available because the undersigned Judge is retiring on September 30, 2023, and will not be conducting hearings subsequent to August 23, 2023.

IT IS SO ORDERED.

###

Date: June 13, 2023

Ernest M. Robles
United States Bankruptcy Judge