| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jeffrey W. Dulberg (CA Bar No 181200)<br>Teddy M. Kapur (CA Bar No. 242486)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>Email: jdulberg@pszjlaw.com<br>           tkapur@pszjlaw.com<br><br>☒ *Attorney for*: Counsel to the Official Committee of Unsecured Creditors | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 25 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| In re:<br><br>JINZHENG GROUP (USA) LLC,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-16674-ER<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE:  8/23/23<br>TIME:  10:00 am<br>COURTROOM: 1568<br>PLACE:  255 E. Temple Street, Los Angeles, CA 90012 |
|---|---|

1. Name of Applicant (*specify*): Pachulski Stang Ziehl & Jones LLP

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                         Page 1                                **F 2016-1.3.ORDER.PAYMENT.FEES**

DOCS_LA:350803.1 46360/002

3. Appearances were made as follows:
    a. ☐ Applicant present in court
    b. ☐ Attorney for Applicant present in court (name):
    c. ☐ Attorney for United States trustee present in court
    d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): October 19, 2022

5. The court orders as follows:
    a. ☒ Application for Payment of Interim Fees is approved as follows:
        (1) ☒ Total amount allowed: $ 371,255.40
        (2) ☒ Amount or percentage authorized for payment at this time: $371,255.40, to the extent funds are available.

    b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
        ☒ Total amount allowed: $ 4,042.16

    c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

    d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
        ☐ Total amount allowed: $ _____

    e. (1) ☐ Application is denied
            ☐ in full
            ☐ in part
            ☐ without prejudice
            ☐ with prejudice
       (2) Grounds for denial (*specify*):

    f. ☒ The court further orders (*specify*): As the case is administratively insolvent, the Debtor may pay to the Applicant the remaining allowed and unpaid sums, on an interim basis, only to the extent funds are available.

### 

Date: August 25, 2023

*[Signature: Ernest M Robles]*

Ernest M. Robles
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    F 2016-1.3.ORDER.PAYMENT.FEES

DOCS_LA:350803.1 46360/002