| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**Christopher J. Langley (SBN 258851)**<br>**chris@slclawoffice.com**<br>**Shioda, Langley and Chang, LLP**<br>**1063 E. Las Tunas Dr.**<br>**San Gabriel, CA 91776**<br>**Phone: 951-383-3388**<br>**Fax: 877-483-4434** | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 28 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| ☒ *Attorney for*: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| | |
|---|---|
| In re:<br><br><br><br><br>Jinzheng Group (USA) LLC,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-16674-ER<br><br>CHAPTER: 11<br><br>**ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)**<br><br>DATE: 8/23/2023<br>TIME: 10:00 AM<br>COURTROOM: 1568<br>PLACE: 255 E. Temple St.<br>         Los Angeles, CA 90012 |

1.  Name of Applicant (*specify*): Shioda, Langley and Chang, LLP

2.  This proceeding was heard at the date and place set forth above and was     ☐ Contested    ☒ Uncontested

3.  Appearances were made as follows:

   a.  ☐  Applicant present in court
   b.  ☐  Attorney for Applicant present in court (name):
   c.  ☐  Attorney for United States trustee present in court
   d.  ☒  Other persons present as reflected in the court record

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4.    Applicant gave the required notice of the Application on (*specify date*): <u>10/19/2022</u>

5.    The court orders as follows:

a.    ☒  ~~Application for Payment of Interim Fees is approved as follows:~~

    (1)  ☒  ~~Total amount allowed:  $ 292,159.00~~

    (2)  ☒  ~~Amount or percentage authorized for payment at this time: $292,159.00, to the extent funds are available~~

b.    ☒  ~~Application for Reimbursement of Interim Expenses is approved and authorized for payment:~~

    ☒  ~~Total amount allowed: $ 5,806.78~~

c.    ☒   Application for Payment of Final Fees is approved in the amount of: $ <u>292,159.00</u>

d.    ☒   Application for Reimbursement of Final Expenses is approved and authorized for payment:

    ☒   Total amount allowed: $ <u>5,806.78</u>

e.    (1)  ☐   Application is denied

    ☐   in full

    ☐   in part

    ☐   without prejudice

    ☐   with prejudice

    (2)  Grounds for denial *(specify):*

f.    ☒   The court further orders *(specify):* As the case is administratively insolvent, the Debtor may pay to the Applicant the remaining allowed and unpaid sums, on a final basis, only to the extent funds are available.

###

Date: August 28, 2023

Ernest M. Robles
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                                    **F 2016-1.3.ORDER.PAYMENT.FEES**