**FILED**
SEP 21 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**JINZHENG GROUP (USA) LLC**<br><br>Debtor(s). | BK No. **2:21-bk-16674 SK**<br><br>**Chapter 11**<br><br><br>NOTICE SETTING STATUS CONFERENCE<br><br>Date: November 01, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom: 1575 |

NOTICE IS HEREBY GIVEN that the above bankruptcy proceeding has been reassigned to Hon. Sandra R. Klein and is set for a status conference on November 01, 2023 at 9:00 a.m. before Hon. Sandra Klein, located in Courtroom 1575. Edward Roybal Fed. Bldg., 255 E. Temple St., Los Angeles, Ca 90012. A status report must be filed no less than fourteen (14) days prior to the hearing date.

Dated: 9-21-23

_Thais May_
Deputy Clerk