EDD   DE 6415

PO BOX 826880 MIC 92E  
SACRAMENTO, CA 94280-0001



| | |
|---|---|
| | Letter ID:  L0730907728 |
| | Issued Date:  August 14, 2023 |
| U S BANKRUPTCY COURT | Customer ID:  XXXX-XXX1616 |
| UNITED STATES BANKRUPTCY COURT | |
| 255 EAST TEMPLE ST | |
| LOS ANGELES, CA 90012 | |

| Re: | **WITHDRAWAL OF PROOF OF CLAIM** |
|---|---|
| JINZHENG GROUP (USA) LLC | CASE NUMBER: 21-16674 |
| | TAXPAYER ID:  XXXX-XXX1616 |
| | CHAPTER:  Chapter 11 |

MARY HERRICK of the City of Sacramento, County of Sacramento, and State of California says:

That she/he is a duly appointed, authorized and acting delegate of the Director of the Employment Development Department of the State of California.

On behalf of the State of California, acting by and through the Director of the Employment Development Department, the executive officer of the Employment Development Department, as such, she/he is qualified and empowered to withdraw the Expense of Administration Proof of Claim in the amount of $2,301.59 dated August 9, 2023.

By_____  
    /s/ MARY HERRICK  
    Tax Administrator