ZEV SHECHTMAN (State Bar No. 266280)
zs@DanningGill.com
ALPHAMORLAI L. KEBEH (State Bar No. 336798)
akebeh@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>        Debtor and Debtor in<br>        Possession. | Case No. 2:21-bk-16674-SK<br><br>Chapter 11<br><br>**CHAPTER 11 STATUS REPORT**<br><br>Date:    November 1, 2023<br>Time:    9:00 a.m.<br>Crtrm.:   1575<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to the Court's Notice Setting Status Conference (doc. no. 573), Jinzheng Group (USA) LLC, as debtor in possession (the "Debtor"), hereby submits its chapter 11 status report:

**A.**     **General Case Background**

On August 24, 2021 (the "Petition Date"), the Debtor filed its voluntary chapter 11 petition.

On January 25, 2022, the Office of the United States Trustee (the "United States Trustee") filed its notice of appointment of the Official Committee of Unsecured Creditors (the "Committee"). The Committee retained Pachulski, Stang, Ziehl & Jones, LLP ("Pachulski Stang"), to represent it in this Bankruptcy Case.

1734354.1  27086

1

1    The Debtor was initially represented by Donna C. Bullock, Esq.  On December 6, 2021, Debtor filed a substitution of attorney and a motion to employ new counsel naming Shioda, Langley & Chang, LLP ("Shioda Langley") as its new counsel.

On June 3, 2022, the Debtor filed a substitution of attorney, whereby Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill") replaced Shioda Langley as the Debtor's general bankruptcy counsel.  Shortly thereafter, the Debtor engaged Atkinson, Andelson, Loya, Ruud & Romo, APLC ("Atkinson") as the Debtor's special litigation counsel.  The lead attorney at Atkinson, Damian Martinez, has changed law firms, and the Debtor expects to retain Mr. Martinez's new firm and file an employment application in the near future.

The Debtor entered the Bankruptcy Case with the intent of reorganizing.  On May 4, 2022, Debtor, through its previous counsel, filed a Disclosure Statement and Combined Plan of Reorganization ("the Disclosure Statement and Plan").  However, after experiencing various economic and legal headwinds in the Bankruptcy Case, the Debtor switched gears to pursue a liquidation strategy and sell all, or a substantial portion, of its assets.  Shortly after Danning Gill substituted in to the Bankruptcy Case, on June 16, 2022, the Debtor filed the Stipulation to Withdraw the Disclosure Statement and Plan, and the Court approved the Stipulation the next day.

In pursuit of sales of its properties, Debtor sought to retain various real estate and accounting professionals.  After Applicant filed several employment applications, the Court entered several orders authorizing the employment of the following professionals for the Debtor: Avenue 8 as real estate broker; Koo, Chow & Company, LLP ("Koo") as accountants; Stephen Eng as property manager; The CREM Group together with Marcus & Millichap as co-real estate brokers; and Re/Max of Cerritos together with Coldwell Banker as co-real estate brokers.

The Debtor has completed the sales of certain real properties, while its largest real property asset was foreclosed.  The Debtor's remaining assets are a number of adversary proceedings, which are comprised of:

1)    Two removed actions which include allegations of breach of fiduciary duty, misrepresentation, breach of contract, among other claims arising under state law, docketed as

adversary numbers 2:22-ap-01088-SK and 2:22-ap-01090-SK, which Mr. Martinez is prosecuting on behalf of the Debtor (the "Removed Actions"); and

2) Eighteen avoidance actions being prosecuted by Danning Gill in this bankruptcy case (the "Avoidance Actions").  Twenty-one avoidance actions were originally filed and the Debtor has dismissed or will dismiss three of the complaints.

The Debtor intends to propose a chapter 11 plan of liquidation which will allow the Debtor to continue prosecution of the above litigation claims to final judgment, settlement or other appropriate disposition, after confirmation of the plan.  The estate currently has significant administrative expenses that the Debtor lacks funds to pay in full on the effective date.  The Debtor's counsel is working with the other administrative creditors, particularly the chapter 11 professionals, to gain their consent to payment of their allowed and unpaid fees pursuant to such plan of liquidation.  The Debtor believes that it will be able to gain the support of the other professionals and meet the other requirements for approval of such a plan.   In particular the Debtor's counsel is in regular and productive communication with the Committee's counsel and they are working toward such a resolution.

### B.    Major Issues in Bankruptcy Case

The Debtor was founded in 2016.  The Debtor's principal is based in China and relied on local parties to represent the Debtor in business dealings.  Unfortunately, the parties entrusted with assisting the Debtor with investments caused the Debtor to make bad investments.  Most significantly, the Debtor purchased a roughly 31 acre parcel (with a number of nearby and adjacent parcels) at 2929 Amethyst, Los Angeles, CA 90032 (the "Lincoln Heights Property") for collectively about $22.5 million cash, without any debt.  Thereafter, starting in around 2018, the parties who are now defendants in the two Removed Actions (and some of the Avoidance Actions) caused the Debtor to incur millions of dollars of hard money loans against the Lincoln Heights Property and other real properties, resulting by the Petition Date in secured debt alleged by various lenders in excess of $12 million.  Efforts by the primary lender of the Lincoln Heights Property led to the Debtor's bankruptcy filing.

Some of the defendants in the Removed Actions were contracted to help the Debtor get the Lincoln Heights Property entitled for development. That never happened, and likely could neve happen. This became clear when the Debtor retained new professionals, including expert brokers in mid-2022. Thereafter, despite extensive marketing efforts with one of the top brokers of raw/undeveloped commercial land, after successfully fending off relief from stay for many months to allow such marketing, the Debtor was unable to obtain a single offer to purchase the Lincoln Heights Property that came close to paying off the existing debt on the Lincoln Heights Property. After going through this process, the Debtor believes that the Lincoln Heights Property is undevelopable, and likely never was developable. Its very steep, difficult to access terrain, combined with political opposition to developing open spaces in the hills of Los Angeles make development impossible. Thus, after the efforts of the estate's professionals, the staggering debt that the defendants caused the Debtor to incur becomes even more concerning, and the Debtor is intent to continue to pursue recoveries from the parties who misled the Debtor and misappropriated the funds borrowed by the Debtor.

The Lincoln Heights Property was lost to foreclosure in April of 2023.[1]

The Debtor has worked diligently to sell other assets, which though highly encumbered, had sufficient equity to warrant sale.

### C. Chapter 11 Process

Now that the Debtor has completed disposition of its real estate assets, the Debtor is prepared to move forward with a plan. The Debtor intends to file a plan within 30 days after the status conference. The plan will vest the post-confirmation debtor with custody and control of the pending litigation. The post-confirmation debtor will be able to continue engaging counsel to prosecute the pending litigation in the bankruptcy court, and will be authorized to contract and pay

---

[1] Order granting relief from stay was entered in November 2022 (doc. no. 456) but ordered that foreclosure could not be conducted before March 7, 2023.

1734354.1  27086                                              4

Main Document    Page 5 of 7

1 | its counsel in the ordinary course.  Allowed claims and administrative expenses will be paid from
2 | recoveries from such litigation in order of priority under the Bankruptcy Code.

DATED: October 18, 2023              DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: _____
ZEV SHECHTMAN
General Bankruptcy Counsel for Jinzheng Group
(USA) LLC, Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): CHAPTER 11 STATUS REPORT  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 18, 2023  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 18, 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sandra R. Klein
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 18, 2023 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE
1734437.1  27086

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **David M Browne**   dmbrownelaw@gmail.com, dmbeaster@aol.com
- **Donna C Bullock**   donnabullockcarrera@yahoo.com, donna.bullock@ymail.com
- **Scott W Carlson**   scarlson@stonercarlson.com, swcarl@pacbell.net
- **Steven P Chang**   heidi@spclawoffice.com, schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
- **Michael F Chekian**   mike@cheklaw.com, chekianmr84018@notify.bestcase.com
- **Heidi M Cheng**   heidi@slclawoffice.com, assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com
- **Susan Titus Collins**   scollins@counsel.lacounty.gov
- **Nicholas S Couchot**   ncouchot@buchalter.com, docket@buchalter.com;marias@buchalter.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Anthony Dutra**   adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Danielle R Gabai**   dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- **Runmin Gao**   ivy.gao@aalrr.com, ryan.hobson@aalrr.com
- **Richard Girgado**   rgirgado@counsel.lacounty.gov
- **Brian T Harvey**   bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Teddy M Kapur**   tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Alphamorlai Lamine Kebeh**   akebeh@danninggill.com
- **Peter A Kim**   peter@pkimlaw.com, peterandrewkim@yahoo.com
- **Christopher J Langley**   chris@slclawoffice.com, omar@slclawoffice.com;langleycr75251@notify.bestcase.com;ecf123@casedriver.com
- **Paul J Leeds**   Pleeds@fsl.law, ssanchez@fsl.law
- **Benjamin R Levinson**   ben@benlevinsonlaw.com, courtney@benlevinsonlaw.com
- **Damian J. Martinez**   damian.martinez@aalrr.com, julissa.ruiz@aalrr.com
- **Eric A Mitnick**   MitnickLaw@gmail.com, mitnicklaw@gmail.com
- **Matthew C Mullhofer**   MCM@MATTHEWCMULLHOFER.COM, assistant@matthewcmullhofer.com
- **Giovanni Orantes**   go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Donald W Reid**   don@donreidlaw.com, 5969661420@filings.docketbird.com
- **Matthew D. Resnik**   Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Peter J Ryan**   ryan@floresryan.com, schneider@floresryan.com
- **Allan D Sarver**   ADS@asarverlaw.com
- **Zev Shechtman**   zs@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **David Samuel Shevitz**   david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;Jose@shevitzlawfirm.com
- **John N Tedford**   jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Hatty K Yip**   hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
1734437.1  27086

**F 9013-3.1.PROOF.SERVICE**