695ZEV SHECHTMAN (State Bar No. 266280)
zev.shechtman@saul.com
CAROL CHOW (State Bar No. 169299)
carol.chow@saul.com
RYAN F. COY (Bar No. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 255-6100
Fax: (310) 255-6200

**FILED & ENTERED**

NOV 20 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **may** DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>JINZHENG GROUP (USA) LLC,<br><br>        Post-Confirmation Debtor. | Case No. 2:21-bk-16674-SK<br><br>Chapter 11<br><br>**ORDER GRANTING SAUL EWING LLP'S MOTION TO WITHDRAW AS COUNSEL FOR THE POST-CONFIRMATION DEBTOR**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rules 9013-1(o)(1) & 9013-1(p)(4)] |

//

//

//

//

//

53262912.1

1

1    On October 29, 2024, Saul Ewing LLP filed and served the Notice of Motion and Motion to Withdraw as Counsel for the Post-Confirmation Debtor (the "Motion") (Docket #695).

On November 19, 2024, Saul Ewing LLP filed the Declaration that No Party Requested a Hearing on Motion pursuant to LBR 9013-1(o)(3) (the "Declaration") (Docket #705).  As evidenced by the Declaration, no objections were received to the Motion within twenty-one (21) days after the date of service of the Motion.

The Court having considered the Motion; having found that the service of the Motion (including the Notice of Motion and all supporting documents) was appropriate; having found that no objection was filed to the Motion; and good cause appearing therefore,

IT IS ORDERED THAT:

1. The Motion is **GRANTED** in its entirety.

2. Saul Ewing LLP is relieved of serving as counsel for Jinzheng Group (USA) LLC in this main bankruptcy case as well as in the following adversary proceedings:

|    | Adv. Case No. | Adversary Proceeding Name |
|----|---------------|---------------------------|
| 1  | 2:23-ap-01391-SK | *Jinzheng Group (USA) LLC v. The Code Solution* |
| 2  | 2:23-ap-01393-SK | *Jinzheng Group (USA) LLC v. CBW Global Inc.* |
| 3  | 2:23-ap-01395-SK | *Jinzheng Group (USA) LLC v. Betty Zheng* |
| 4  | 2:23-ap-01398-SK | *Jinzheng Group (USA) LLC v. Build Group* |
| 5  | 2:23-ap-01400-SK | *Jinzheng Group (USA) LLC v. Craig Fry & Associates LLC* |
| 6  | 2:23-ap-01401-SK | *Jinzheng Group (USA) LLC v. Shawn Charles Sourgose* |
| 7  | 2:23-ap-01402-SK | *Jinzheng Group (USA) LLC v. Testa Capital Group* |
| 8  | 2:23-ap-01403-SK | *Jinzheng Group (USA) LLC v. Testa Capital Group* |
| 9  | 2:23-ap-01404-SK | *Jinzheng Group (USA) LLC v. The Law Offices of Matthew C. Mullhofer* |
| 10 | 2:23-ap-01405-SK | *Jinzheng Group (USA) LLC v. Land Design Consultants, Inc.* |

|     | Adv. Case No. | Adversary Proceeding Name |
| --- | --- | --- |
| 11 | 2:23-ap-01407-SK | *Jinzheng Group (USA) LLC v. Home Loans Unlimited, Inc.* |

3. Saul Ewing LLP is directed to file and serve a notice of entry of this Order in each of the above-referenced adversary proceedings.

###

Date: November 20, 2024

Sandra R. Klein
United States Bankruptcy Judge

53262912.1    3