**FILED & ENTERED**

MAR 28 2025

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re:

JINZHENG GROUP (USA) LLC,

Debtor(s).

Case No.  2:21-bk-16674-WB

Chapter 11

**ORDER SETTING POST CONFIRMATION STATUS CONFERENCE**

Hearing:
Date:   April 17, 2025
Time:   10:00 a.m.
Place:  255 E. Temple Street,
        Courtroom 1375, 13th floor
        Los Angeles, CA 90012

//
//
//
//
//
//

**IT IS HEREBY ORDERED** that a post confirmation status conference in the above-referenced case is set for April 17, 2025 at 10:00 a.m. The reorganized debtor shall file a post-confirmation status report in accordance with the Local Bankruptcy Rules.

###

Date: March 28, 2025

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge