**FILED & ENTERED**

MAR 28 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

|  |  |
|---|---|
| In re:<br><br>JINZHENG GROUP (USA) LLC,<br><br>                    Debtor(s). | Case No.: 2:21-bk-16674-WB<br><br>CHAPTER 11<br><br>**ORDER TO SHOW CAUSE RE CONVERSION TO CHAPTER 7 CASE**<br><br>Date:         April 17, 2025<br>Time:        10:00 a.m.<br>Courtroom: 1375 |

ON THE COURT'S OWN MOTION, IT IS HEREBY ORDERED that a hearing in this case will be held in Courtroom 1375 on the 13th Floor of the Edward R. Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012 on **April 17, 2025 at 10:00 a.m.** to show cause why this chapter 11 case should not be converted to a chapter 7 case for violation of Local Bankruptcy Rule 9011-2, which provides "A corporation…may not file a petition or otherwise appear without counsel in any case or proceeding…"

//

//

//

-1-

IT IS FURTHER ORDERED that responses, if any, to the order to show cause shall be in writing and filed with the court no later than April 10, 2025. Any objections not filed and served may be deemed waived.

###

Date: March 28, 2025

Julia W. Brand
United States Bankruptcy Judge