United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-16674-WB |
| JINZHENG GROUP (USA) LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf042 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JINZHENG GROUP (USA) LLC, 1414 S Azusa Ave, Suite B-22, West Covina, CA 91791-4084 |
| aty | + | Shantal Malmed, Greenspoon Marder LLP, 1875 Century Park East, Suite 1900, Los Angeles, CA 90067-2519 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allan D Sarver | on behalf of Creditor Investment Management Company LLC ADS@asarverlaw.com |
| Allan D Sarver | on behalf of Interested Party Courtesy NEF ADS@asarverlaw.com |
| Alphamorlai Lamine Kebeh | on behalf of Plaintiff JINZHENG GROUP (USA) LLC MKebeh@allenmatkins.com  mdiaz@allenmatkins.com |
| Alphamorlai Lamine Kebeh | on behalf of Debtor JINZHENG GROUP (USA) LLC MKebeh@allenmatkins.com  mdiaz@allenmatkins.com |
| Alphamorlai Lamine Kebeh | on behalf of Defendant Build Group MKebeh@allenmatkins.com  mdiaz@allenmatkins.com |
| Alphamorlai Lamine Kebeh | |

Case 2:21-bk-16674-WB    Doc 717    Filed 03/30/25    Entered 03/30/25 21:18:28    Desc
Imaged Certificate of Notice    Page 2 of 6

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf042 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Defendant Betty Zheng MKebeh@allenmatkins.com mdiaz@allenmatkins.com |
| Anthony Dutra | on behalf of Defendant Build Group adutra@hansonbridgett.com ssingh@hansonbridgett.com |
| Brian T Harvey | on behalf of Interested Party Courtesy NEF bharvey@buchalter.com docket@buchalter.com;dbodkin@buchalter.com |
| Carol Chow | on behalf of Attorney Saul Ewing LLP Carol.Chow@saul.com hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com |
| Carol Chow | on behalf of Debtor JINZHENG GROUP (USA) LLC Carol.Chow@saul.com hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com |
| Christopher J Langley | on behalf of Plaintiff JINZHENG GROUP (USA) LLC ShiodaLangleyChangLLP@jubileebk.net john@slclawoffice.com;ShiodaLangleyChangLLP@jubileebk.net |
| Christopher J Langley | on behalf of Attorney Shioda Langley and Chang LLP ShiodaLangleyChangLLP@jubileebk.net john@slclawoffice.com;ShiodaLangleyChangLLP@jubileebk.net |
| Damian J. Martinez | on behalf of Attorney ATKINSON ANDELSON LOYA RUUD & ROMO dmartinez@leechtishman.com mmocciaro@leechtishman.com |
| Damian J. Martinez | on behalf of Plaintiff JINZHENG GROUP (USA) LLC dmartinez@leechtishman.com mmocciaro@leechtishman.com |
| Damian J. Martinez | on behalf of Debtor JINZHENG GROUP (USA) LLC dmartinez@leechtishman.com mmocciaro@leechtishman.com |
| Danielle R Gabai | on behalf of Debtor JINZHENG GROUP (USA) LLC dgabai@ecjlaw.com dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com |
| David M Browne | on behalf of Defendant Betty Zheng dmbrownelaw@gmail.com dmbeaster@aol.com |
| David M Browne | on behalf of Defendant David Park dmbrownelaw@gmail.com dmbeaster@aol.com |
| David M Browne | on behalf of Defendant The Code Solution dmbrownelaw@gmail.com dmbeaster@aol.com |
| David M Browne | on behalf of Defendant Betula Lenta Inc. dmbrownelaw@gmail.com, dmbeaster@aol.com |
| David M Browne | on behalf of Defendant CBW Global Inc. dmbrownelaw@gmail.com dmbeaster@aol.com |
| David M Browne | on behalf of Defendant Jonathan Pae dmbrownelaw@gmail.com dmbeaster@aol.com |
| David M Browne | on behalf of Defendant Betula Lenta Inc dmbrownelaw@gmail.com dmbeaster@aol.com |
| David M Stern | on behalf of Mediator David M. Stern dstern@ktbslaw.com |
| David Samuel Shevitz | on behalf of Interested Party INTERESTED PARTY David.S.Shevitz@usdoj.gov |
| Donald W Reid | on behalf of Interested Party INTERESTED PARTY don@donreidlaw.com 5969661420@filings.docketbird.com |
| Donna C Bullock | on behalf of Interested Party Donna Bullock Carrera donnabullockcarrera@yahoo.com donna.bullock@ymail.com |
| Eric A Mitnick | on behalf of Creditor Corona Capital Group LLC MitnickLaw@gmail.com mitnicklaw@gmail.com |
| Eric A Mitnick | on behalf of Interested Party Courtesy NEF MitnickLaw@gmail.com mitnicklaw@gmail.com |
| Giovanni Orantes | on behalf of Other Professional Orantes Law Firm P.C. go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com,andreac@gobklaw.com,normay@gobklaw.com |
| Hatty K Yip | |

Case 2:21-bk-16674-WB    Doc 717    Filed 03/30/25    Entered 03/30/25 21:18:28    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: pdf042 | Total Noticed: 2 |

on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov  hatty.k.yip@usdoj.gov

Heidi M Cheng

on behalf of Plaintiff JINZHENG GROUP (USA) LLC heidi@slclawoffice.com assistant1@spclawoffice.com;schang@spclawoffice.com;chenghr75251@notify.bestcase.com

J Scott Bovitz

on behalf of Mediator J. Scott Bovitz bovitz@bovitz-spitzer.com

Jeffrey W Dulberg

on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS jdulberg@pszjlaw.com

John N Tedford, IV

on behalf of Attorney DANNING  GILL, ISRAEL & KRASNOFF, LLP JNT@LNBYG.com, jnt@ecf.courtdrive.com

John N Tedford, IV

on behalf of Interested Party INTERESTED PARTY JNT@LNBYG.com  jnt@ecf.courtdrive.com

M. Jonathan Hayes

on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew Harrison

on behalf of Defendant Betula Lenta Inc matt@procivlaw.com

Matthew Harrison

on behalf of Defendant Betula Lenta  Inc. matt@procivlaw.com

Matthew Harrison

on behalf of Creditor Betula Lenta  Inc. matt@procivlaw.com

Matthew Harrison

on behalf of Defendant The Code Solution matt@procivlaw.com

Matthew C Mullhofer

on behalf of Defendant The Law Offices of Matthew C. Mullhofer MCM@MATTHEWCMULLHOFER.COM assistant@matthewcmullhofer.com

Matthew D. Resnik

on behalf of Attorney Matthew Resnik matt@rhmfirm.com roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Matthew D. Resnik

on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Matthew D. Resnik

on behalf of Creditor Royalty Equity Lending  LLC/Bobs LLC matt@rhmfirm.com, roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Michael F Chekian

on behalf of Creditor The Phalanx Group mike@cheklaw.com  chekianmr84018@notify.bestcase.com

Michael F Chekian

on behalf of Interested Party Chekian Law Office  Inc. mike@cheklaw.com, chekianmr84018@notify.bestcase.com

Nicholas S Couchot

on behalf of Creditor Royal Business Bank ncouchot@swlaw.com

Oscar Estrada

on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

Paul J Leeds

on behalf of Creditor Sound Equity  Inc. Pleeds@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Peter A Kim

on behalf of Attorney LAW OFFICES OF PETER KIM peter@pkimlaw.com  peterandrewkim@yahoo.com

Peter J Ryan

on behalf of Plaintiff JINZHENG GROUP (USA) LLC ryan@floresryan.com  schneider@floresryan.com

Peter J Ryan

on behalf of Defendant Sourgose Investments Corporation ryan@floresryan.com  schneider@floresryan.com

Peter J Ryan

on behalf of Defendant Thomas L. Testa ryan@floresryan.com  schneider@floresryan.com

Peter J Ryan

on behalf of Defendant Shawn Charles Sourgose ryan@floresryan.com  schneider@floresryan.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf042 | Total Noticed: 2 |

Peter J Ryan
    on behalf of Defendant Home Loans Unlimited  Inc. ryan@floresryan.com, schneider@floresryan.com

Peter J Ryan
    on behalf of Defendant Testa Capital Group ryan@floresryan.com  schneider@floresryan.com

Richard Girgado
    on behalf of Interested Party Courtesy NEF rgirgado@counsel.lacounty.gov

Richard A Marshack
    on behalf of Mediator Richard A. Marshack rmarshack@marshackhays.com
    lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Runmin Gao
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC ivy.gao@aalrr.com  ryan.hobson@aalrr.com

Scott W Carlson
    on behalf of Defendant Land Design Consultants  Inc. scarlson@stonercarlson.com, swcarl@pacbell.net

Shantal Malmed
    on behalf of Debtor JINZHENG GROUP (USA) LLC shantal.malmed@gmlaw.com  cheryl.caldwell@gmlaw.com

Shantal Malmed
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC shantal.malmed@gmlaw.com  cheryl.caldwell@gmlaw.com

Shantal Malmed
    on behalf of Interested Party INTERESTED PARTY shantal.malmed@gmlaw.com  cheryl.caldwell@gmlaw.com

Steven P Chang
    on behalf of Interested Party Courtesy NEF schang@slclawoffice.com
    schang@spclawoffice.com,assistant1@spclawoffice.com,attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com

Susan Titus Collins
    on behalf of Interested Party INTERESTED PARTY scollins@counsel.lacounty.gov

Teddy M Kapur
    on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS tkapur@pszjlaw.com
    mdj@pszjlaw.com

Teddy M Kapur
    on behalf of Attorney Pachulski Stang Ziehl & Jones tkapur@pszjlaw.com  mdj@pszjlaw.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Debtor JINZHENG GROUP (USA) LLC Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Defendant Build Group Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party INTERESTED PARTY Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Plaintiff JINZHENG GROUP (USA) LLC Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Attorney Saul Ewing LLP Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Attorney DANNING  GILL, ISRAEL & KRASNOFF, LLP Zev.Shechtman@saul.com,
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 75

**FILED & ENTERED**

MAR 28 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JINZHENG GROUP (USA) LLC,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | Case No.  2:21-bk-16674-WB<br><br>Chapter 11<br><br>**ORDER SETTING POST CONFIRMATION STATUS CONFERENCE**<br><br><br>Hearing:<br>Date:     April 17, 2025<br>Time:    10:00 a.m.<br>Place:    255 E. Temple Street,<br>            Courtroom 1375, 13th floor<br>            Los Angeles, CA 90012 |

//

//

//

//

//

//

**IT IS HEREBY ORDERED** that a post confirmation status conference in the above-referenced case is set for April 17, 2025 at 10:00 a.m. The reorganized debtor shall file a post-confirmation status report in accordance with the Local Bankruptcy Rules.

###

Date: March 28, 2025

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge