| | |
|---|---|
| Michael Chekian, Esq., SBN 165026<br>Chekian Law Office<br>633 W. Fifth Street, 26th Floor<br>Los Angeles, CA  90071<br>Voice (310) 390-5529<br>Facsimile (310) 451-0739<br>Email mike@cheklaw.com<br><br><br>Attorney for Creditor The Phalanx Group | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case:<br>Jinzheng Group (USA) LLC | CASE NO.: 2:21-bk-16674-WB<br><br>CHAPTER: 7 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s):                        Chekian Law Office, Inc.
   Mailing Address:           445 South Figueroa Street, 31st Floor
   City, State, Zip Code:   Los Angeles, CA 90071

3. **New Address:**
   Mailing Address:           633 W. 5th Street, 26th Floor
   City, State, Zip Code:   Los Angeles, CA 90071

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 08/11/2025            Michael F Chekian
                            Requestor's printed name(s)

                            /s/ Michael Chekian
                            Requestor's signature(s)

                            Atttorney for The Phalanx Group
                            Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                                    F 1002-1.3.CHANGE.ADDRESS